# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| W.K.; E.H.; M.M.; R.P.; M.B.; D.P.; and A.F., | * * * | Civil Action No. 1:20-cv-05263-MHC |
| Plaintiffs, | * | |
| v. | * * | JURY TRIAL DEMANDED |
| RED ROOF INNS, INC.; FMW RRI NC, LLC; RED ROOF FRANCHISING, LLC; RRI WEST MANAGEMENT, LLC; VARAHI HOTEL, LLC; WESTMONT HOSPITALITY GROUP, INC.; and RRI III, LLC, | * * * * * * * * | |
| Defendants. | * | |

## DEFENDANT RRI III, LLC'S
## CERTIFICATE OF INTERESTED PERSONS
## AND CORPORATE DISCLOSURE STATEMENT

Defendant RRI III, LLC hereby submits this Certificate of Interested Persons and Corporate Disclosure Statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.3:

(1) The undersigned counsel of record for RRI III, LLC certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

**a. Plaintiff W.K.**

b. **Plaintiff E.H.**

c. **Plaintiff M.M.**

d. **Plaintiff R.P.**

e. **Plaintiff M.B.**

f. **Plaintiff D.P.**

g. **Plaintiff A.F.**

h. **Plaintiff T.H.**

i. **Red Roof Inns, Inc.**

j. **FMW RRI NC, LLC**

k. **Red Roof Franchising, LLC**

l. **RRI West Management, LLC**

m. **Westmont Hospitality Group, Inc.**

n. **RRI III, LLC:** RRI III, LLC is a non-governmental corporate party. R-Roof Assets, LLC is the parent corporation, and no publicly held corporation owns more than 10% of the stock of RRI III, LLC

(2) The undersigned certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

**R-Roof Assets, LLC**

(3) The following is a complete list of all persons serving as attorneys for RRI III, LLC:

    **a.** Charles K. Reed
       Michael Freed
       Adi Allushi
       LEWIS BRISBOIS BISGAARD & SMITH LLP
       Bank of America Plaza
       600 Peachtree Street NE, Suite 4700
       Atlanta, GA 30308
       (404) 348-8585
       (404) 467-8845 Facsimile
       Chuck.Reed@lewisbrisbois.com
       Michael.Freed@lewisbrisbois.com
       Adi.Allushi@lewisbrisbois.com

Respectfully submitted this 30th day of March, 2021.

| | |
|---|---|
| LEWIS BRISBOIS BISGAARD & SMITH LLP<br>Bank of America Plaza<br>600 Peachtree Street NE, Suite 4700<br>Atlanta, GA 30308<br>(404) 348-8585; (404) 467-8845 Fax<br>Chuck.Reed@lewisbrisbois.com<br>Michael.Freed@lewisbrisbois.com<br>Adi.Allushi@lewisbrisbois.com | /s/ Adi Allushi<br>CHARLES K. REED<br>Georgia Bar No. 597597<br>P. MICHAEL FREED<br>Georgia Bar No. 061128<br>ADI ALLUSHI<br>Georgia Bar No. 852810<br>*Attorneys for Defendants*<br>*Red Roof Inns, Inc.*<br>*FMW RRI NC, LLC*<br>*Red Roof Franchising, LLC*<br>*RRI West Management, LLC*<br>*Westmont Hospitality Group, Inc.*<br>*and RRI III, LLC* |

# **RULE 7.1D CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1D of the United States District Court of the Northern District of Georgia, the undersigned certifies that the foregoing submission to the Court was computer-processed, double-spaced between lines, and used Times New Roman font of 14 point size.

Dated: March 30, 2021.

                                                 */s/ Adi Allushi*
                                                 ADI ALLUSHI

# CERTIFICATE OF SERVICE

I hereby certify that I have this 30th day of March, 2021 filed the within and foregoing ***Defendant RRI III, LLC's Certificate Of Interested Persons And Corporate Disclosure Statement*** via electronic mail to all counsel of records as follows:

| | |
|---|---|
| Patrick J. McDonough<br>Jonathan S. Tonge<br>ANDERSEN, TATE & CARR, P.C.<br>One Sugarloaf Centre<br>1960 Satellite Blvd., Suite 4000<br>Duluth, GA  30097<br>*Attorneys for Plaintiffs* | John E. Floyd<br>Tiana S. Mykkeltvedt<br>Manoj S. Varghese<br>Amanda Kay Seals<br>Michael R. Baumrind<br>BONDURANT, MIXSON & ELMORE, LLP<br>1201 West Peachtree St. NW<br>Ste. 3900<br>Atlanta, GA  30309<br>*Attorneys for Plaintiffs* |

This 30th day of March, 2021.

| | |
|---|---|
| LEWIS BRISBOIS BISGAARD<br>    & SMITH LLP<br>Bank of America Plaza<br>600 Peachtree Street NE, Suite 4700<br>Atlanta, GA  30308<br>(404) 348-8585; (404) 467-8845 Fax<br>Chuck.Reed@lewisbrisbois.com<br>Michael.Freed@lewisbrisbois.com<br>Adi.Allushi@lewisbrisbois.com | /s/ Adi Allushi<br>CHARLES K. REED<br>Georgia Bar No. 597597<br>P. MICHAEL FREED<br>Georgia Bar No. 061128<br>ADI ALLUSHI<br>Georgia Bar No. 852810<br>*Attorneys for Defendants*<br>*Red Roof Inns, Inc.*<br>*FMW RRI NC, LLC*<br>*Red Roof Franchising, LLC*<br>*RRI West Management, LLC*<br>*Westmont Hospitality Group, Inc.*<br>*and RRI III, LLC* |

p