# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| W.K., E.H., M.M., R.P., M.B., D.P., A.F., C.A., R.K., and K.P., | * * * | Civil Action No. 1:20-CV-05263-MHC |
| Plaintiffs, | * | |
| v. | * * | JURY TRIAL DEMANDED |
| RED ROOF INNS, INC.; FMW RRI NC, LLC; RED ROOF FRANCHISING, LLC; RRI WEST MANAGEMENT, LLC; VAHARI HOTEL, LLC; WESTMONT HOSPITALITY GROUP, INC.; and RRI III, LLC, | * * * * * * * * | |
| Defendants. | * | |

## DEFENDANT WESTMONT HOSPITALITY GROUP, INC.'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFFS' SECOND AMENDED COMPLAINT FOR DAMAGES

COMES NOW Westmont Hospitality Group, Inc. (hereinafter "Westmont" or "Defendant"), a Defendant in the above-captioned civil action, and without waiving any defenses as to jurisdiction or venue, hereby files its Answer and Affirmative Defenses to Plaintiffs' Second Amended Complaint, stating as follows:

**INTRODUCTION**

1.

Defendant denies the allegations contained in Paragraph 1 of the Second Amended Complaint, including footnote 1.

2.

Defendant denies the allegations contained in Paragraph 2 of the Second Amended Complaint, including footnote 1.

3.

Defendant denies the allegations contained in Paragraph 3 of the Second Amended Complaint, including footnote 1.

4.

Defendant denies the allegations contained in Paragraph 4 of the Second Amended Complaint, including footnote 1.

5.

Defendant denies the allegations contained in Paragraph 5 of the Second Amended Complaint, including footnote 1.

6.

Defendant denies the allegations contained in Paragraph 6 of the Second Amended Complaint, including footnote 1.

7.

Defendant denies the allegations contained in Paragraph 7 of the Second Amended Complaint, including footnote 1.

## JURISDICTION AND VENUE

8.

Defendant denies the allegations contained in Paragraph 8 of the Second Amended Complaint.

9.

Defendant denies the allegations contained in Paragraph 9 of the Second Amended Complaint.

10.

Defendant denies the allegations contained in Paragraph 10 of the Second Amended Complaint.

## THE PARTIES

**I.    THE PLAINTIFFS**

11.

Defendant denies any sex trafficking occurred at its hotels.  Defendant denies the remaining allegations contained in Paragraph 11 of the Second Amended Complaint, including footnote 2.

12.

Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 12 of the Second Amended Complaint.

13.

Defendant denies any sex trafficking occurred at its hotels. Defendant does not have sufficient knowledge or information to either admit or deny the remaining allegations contained in Paragraph 13 of the Second Amended Complaint.

14.

Defendant denies any sex trafficking occurred at its hotels. Defendant does not have sufficient knowledge or information to either admit or deny the remaining allegations contained in Paragraph 14 of the Second Amended Complaint.

15.

Defendant denies any sex trafficking occurred at its hotels. Defendant does not have sufficient knowledge or information to either admit or deny the remaining allegations contained in Paragraph 15 of the Second Amended Complaint.

16.

Defendant denies any sex trafficking occurred at its hotels. Defendant does not have sufficient knowledge or information to either admit or deny the remaining allegations contained in Paragraph 16 of the Second Amended Complaint.

<center>17.</center>

Defendant denies any sex trafficking occurred at its hotels. Defendant does not have sufficient knowledge or information to either admit or deny the remaining allegations contained in Paragraph 17 of the Second Amended Complaint.

<center>18.</center>

Defendant denies any sex trafficking occurred at its hotels. Defendant does not have sufficient knowledge or information to either admit or deny the remaining allegations contained in Paragraph 18 of the Second Amended Complaint.

<center>19.</center>

Defendant denies any sex trafficking occurred at its hotels. Defendant does not have sufficient knowledge or information to either admit or deny the remaining allegations contained in Paragraph 19 of the Second Amended Complaint.

<center>20.</center>

Defendant denies any sex trafficking occurred at its hotels. Defendant does not have sufficient knowledge or information to either admit or deny the remaining allegations contained in Paragraph 20 of the Second Amended Complaint.

<center>21.</center>

Defendant denies any sex trafficking occurred at its hotels. Defendant does not have sufficient knowledge or information to either admit or deny the remaining allegations contained in Paragraph 21 of the Second Amended Complaint.

<center>22.</center>

Defendant denies any sex trafficking occurred at its hotels.  Defendant does not have sufficient knowledge or information to either admit or deny the remaining allegations contained in Paragraph 22 of the Second Amended Complaint, including footnote 3.

## II.    THE DEFENDANTS

### A.    Identity of Defendants

<center>23.</center>

Defendant denies the allegations in paragraph 23 of the Complaint.

<center>24.</center>

The allegations contained in Paragraph 24 of the Second Amended Complaint are not directed at this Defendant.  In further responding, Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 24 of the Second Amended Complaint.

<center>25.</center>

The allegations contained in Paragraph 25 of the Second Amended Complaint are not directed at this Defendant.  In further responding, Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 25 of the Second Amended Complaint.

26.

The allegations contained in Paragraph 26 of the Second Amended Complaint are not directed at this Defendant. In further responding, Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 26 of the Second Amended Complaint.

27.

The allegations contained in Paragraph 27 of the Second Amended Complaint are not directed at this Defendant. In further responding, Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 27 of the Second Amended Complaint.

28.

The allegations contained in Paragraph 28 of the Second Amended Complaint are not directed at this Defendant. In further responding, Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 28 of the Second Amended Complaint.

29.

The allegations contained in Paragraph 29 of the Second Amended Complaint are not directed at this Defendant. In further responding, Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 29 of the Second Amended Complaint.

30.

Paragraph 30 of the Second Amended Complaint sets forth a definition to which no response is required. To the extent a response is required, Defendant denies the allegations contained in Paragraph 30 of the Second Amended Complaint.

31.

Paragraph 31 of the Second Amended Complaint sets forth a definition to which no response is required. To the extent a response is required, Defendant denies the allegations contained in Paragraph 31 of the Second Amended Complaint.

**B.     Relationships Among Defendants at Red Roof Corporate Locations and Non-Corporate Locations**

32.

As to this Defendant, denied, including footnote 4.

33.

Defendant denies the allegations contained in Paragraph 33 of the Second Amended Complaint.

34.

Paragraph 34 of the Second Amended Complaint sets forth a definition to which no response is required. To the extent a response is required, Defendant

denies the allegations contained in Paragraph 34 of the Second Amended Complaint.

35.

The allegations contained in Paragraph 35 of the Second Amended Complaint are not directed at this Defendant.  To the extent a response is required, Defendant denies the allegations contained in Paragraph 35 of the Second Amended Complaint.

36.

Paragraph 36 of the Second Amended Complaint sets forth a definition to which no response is required.  To the extent a response is required, Defendant denies the allegations contained in Paragraph 36 of the Second Amended Complaint.

37.

Paragraph 37 of the Second Amended Complaint sets forth a definition to which no response is required.  To the extent a response is required, Defendant denies the remaining allegations contained in Paragraph 37 of the Second Amended Complaint.

38.

The allegations contained in Paragraph 38 of the Second Amended Complaint are not directed at this Defendant.  In further responding, Defendant

does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 38 of the Second Amended Complaint.

<p style="text-align:center">39.</p>

Paragraph 39 of the Second Amended Complaint sets forth a definition to which no response is required.  To the extent a response is required, Defendant denies the allegations contained in Paragraph 39 of the Second Amended Complaint.

<p style="text-align:center"><strong>FACTUAL ALLEGATIONS</strong></p>

**I.     TRAFFICKING AT THE SMYRNA RED ROOF.**

    **A.     The Smyrna Red Roof Defendants knew or should have known sex trafficking and prostitution were occurring at the Smyrna Red Roof.**

        **1.     Defendants knew of sex trafficking and prostitution at the Smyrna Red Roof.**

<p style="text-align:center">40.</p>

As to this Defendant, denied.

<p style="text-align:center">41.</p>

As to this Defendant, denied.

<p style="text-align:center">42.</p>

The allegations contained in Paragraph 42 of the Second Amended Complaint are not directed at this Defendant.  In further responding, Defendant

does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 42 of the Second Amended Complaint.

43.

As to this Defendant, denied.

44.

The allegations contained in Paragraph 44 of the Second Amended Complaint are not directed at this Defendant.  In further responding, Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 44 of the Second Amended Complaint.

45.

The allegations contained in Paragraph 45 of the Second Amended Complaint are not directed at this Defendant.  In further responding, Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 45 of the Second Amended Complaint.

46.

The allegations contained in Paragraph 46 of the Second Amended Complaint are not directed at this Defendant.  In further responding, Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 46 of the Second Amended Complaint.

47.

The allegations contained in Paragraph 47 of the Second Amended Complaint are not directed at this Defendant. In further responding, Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 47 of the Second Amended Complaint.

48.

The allegations contained in Paragraph 48 of the Second Amended Complaint are not directed at this Defendant. In further responding, Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 48 of the Second Amended Complaint.

49.

The allegations contained in Paragraph 49 of the Second Amended Complaint are not directed at this Defendant. In further responding, Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 49 of the Second Amended Complaint.

50.

The allegations contained in Paragraph 50 of the Second Amended Complaint are not directed at this Defendant. In further responding, Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 50 of the Second Amended Complaint.

51.

The allegations contained in Paragraph 51 of the Second Amended Complaint are not directed at this Defendant. In further responding, Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 51 of the Second Amended Complaint.

52.

The allegations contained in Paragraph 52 of the Second Amended Complaint are not directed at this Defendant. In further responding, Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 52 of the Second Amended Complaint.

53.

The allegations contained in Paragraph 53 of the Second Amended Complaint are not directed at this Defendant. In further responding, Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 53 of the Second Amended Complaint.

54.

The allegations contained in Paragraph 54 of the Second Amended Complaint are not directed at this Defendant. In further responding, Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 54 of the Second Amended Complaint.

<p style="text-align: center">55.</p>

The allegations contained in Paragraph 55 of the Second Amended Complaint are not directed at this Defendant.  In further responding, Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 55 of the Second Amended Complaint.

<p style="text-align: center">56.</p>

The allegations contained in Paragraph 56 of the Second Amended Complaint are not directed at this Defendant.  In further responding, Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 56 of the Second Amended Complaint.

<p style="text-align: center">57.</p>

The allegations contained in Paragraph 57 of the Second Amended Complaint are not directed at this Defendant.  In further responding, Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 57 of the Second Amended Complaint, including footnote 5.

<p style="text-align: center">58.</p>

As to this Defendant, denied.

59.

Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 59 of the Second Amended Complaint, including footnote 6. To the extent further response is required, Defendant denies the allegations contained in Paragraph 59 of the Second Amended Complaint, including footnote 6.

60.

Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 60 of the Second Amended Complaint. To the extent further response is required, Defendant denies the allegations contained in Paragraph 60 of the Second Amended Complaint.

61.

Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 61 of the Second Amended Complaint. To the extent further response is required, Defendant denies the allegations contained in Paragraph 61 of the Second Amended Complaint, including subparagraphs (a) and (b).

62.

Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 62 of the Second Amended

Complaint. To the extent further response is required, Defendant denies the allegations contained in Paragraph 62 of the Second Amended Complaint, including subparagraphs (a) and (b).

63.

Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 63 of the Second Amended Complaint. To the extent further response is required, Defendant denies the allegations contained in Paragraph 63 of the Second Amended Complaint.

64.

As to this Defendant, denied.

65.

As to this Defendant, denied.

2. **Publicly available reviews confirmed the prevalence of commercial sex and other criminal activity at the Smyrna Red Roof.**

66.

As to this Defendant, denied.

67.

The allegations contained in Paragraph 67 of the Second Amended Complaint are not directed at this Defendant. In further responding, Defendant

does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 67 of the Second Amended Complaint.

<div align="center">68.</div>

The allegations contained in Paragraph 68 of the Second Amended Complaint are not directed at this Defendant.  In further responding, Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 68 of the Second Amended Complaint.

<div align="center">69.</div>

The allegations contained in Paragraph 69 of the Second Amended Complaint are not directed at this Defendant.  In further responding, Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 69 of the Second Amended Complaint.

<div align="center">70.</div>

The allegations contained in Paragraph 70 of the Second Amended Complaint are not directed at this Defendant.  In further responding, Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 70 of the Second Amended Complaint.

<div align="center">71.</div>

As to this Defendant, denied.

72.

The allegations contained in Paragraph 72 of the Second Amended Complaint are not directed at this Defendant.  In further responding, Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 72 of the Second Amended Complaint.

73.

The allegations contained in Paragraph 73 of the Second Amended Complaint are not directed at this Defendant.  In further responding, Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 73 of the Second Amended Complaint.

74.

Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 74 of the Second Amended Complaint, including footnote 7.  To the extent further response is required, Defendant denies the allegations contained in Paragraph 74 of the Second Amended Complaint, including footnote 7.

75.

Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 75 of the Second Amended Complaint.  To the extent further response is required, Defendant denies the allegations contained in Paragraph 75 of the Second Amended Complaint.

76.

Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 76 of the Second Amended Complaint. To the extent further response is required, Defendant denies the allegations contained in Paragraph 76 of the Second Amended Complaint.

77.

Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 77 of the Second Amended Complaint. To the extent further response is required, Defendant denies the allegations contained in Paragraph 77 of the Second Amended Complaint.

78.

Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 78 of the Second Amended Complaint. To the extent further response is required, Defendant denies the allegations contained in Paragraph 78 of the Second Amended Complaint.

79.

Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 79 of the Second Amended Complaint. To the extent further response is required, Defendant denies the allegations contained in Paragraph 79 of the Second Amended Complaint.

80.

Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 80 of the Second Amended Complaint.  To the extent further response is required, Defendant denies the allegations contained in Paragraph 80 of the Second Amended Complaint.

81.

Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 81 of the Second Amended Complaint.  To the extent further response is required, Defendant denies the allegations contained in Paragraph 81 of the Second Amended Complaint.

82.

Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 82 of the Second Amended Complaint.  To the extent further response is required, Defendant denies the allegations contained in Paragraph 82 of the Second Amended Complaint.

83.

Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 83 of the Second Amended Complaint.  To the extent further response is required, Defendant denies the allegations contained in Paragraph 83 of the Second Amended Complaint.

84.

Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 84 of the Second Amended Complaint. To the extent further response is required, Defendant denies the allegations contained in Paragraph 84 of the Second Amended Complaint.

85.

Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 85 of the Second Amended Complaint. To the extent further response is required, Defendant denies the allegations contained in Paragraph 85 of the Second Amended Complaint.

**3. The trafficking and prostitution activity at the Smyrna Red Roof was open and obvious.**

86.

Defendant denies the allegations contained in Paragraph 86 of the Second Amended Complaint.

87.

Defendant denies the allegations contained in Paragraph 87 of the Second Amended Complaint.

88.

Defendant denies the allegations contained in Paragraph 88 of the Second Amended Complaint.

89.

Defendant denies the allegations contained in Paragraph 89 of the Second Amended Complaint.

90.

Defendant denies the allegations contained in Paragraph 90 of the Second Amended Complaint.

91.

Defendant denies the allegations contained in Paragraph 91 of the Second Amended Complaint.

92.

Defendant denies the allegations contained in Paragraph 92 of the Second Amended Complaint.

93.

Defendant denies the allegations contained in Paragraph 93 of the Second Amended Complaint.

94.

Defendant denies the allegations contained in Paragraph 94 of the Second Amended Complaint.

95.

Defendant denies the allegations contained in Paragraph 95 of the Second Amended Complaint.

96.

Defendant denies the allegations contained in Paragraph 96 of the Second Amended Complaint.

97.

Defendant denies the allegations contained in Paragraph 97 of the Second Amended Complaint.

98.

Defendant denies the allegations contained in Paragraph 98 of the Second Amended Complaint.

99.

Defendant denies the allegations contained in Paragraph 99 of the Second Amended Complaint.

100.

Defendant denies the allegations contained in Paragraph 100 of the Second Amended Complaint.

101.

Defendant denies the allegations contained in Paragraph 101 of the Second Amended Complaint.

102.

Defendant denies the allegations contained in Paragraph 102 of the Second Amended Complaint.

103.

As to this Defendant, denied.

104.

Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 104 of the Second Amended Complaint. To the extent further response is required, Defendant denies the allegations contained in Paragraph 104 of the Second Amended Complaint.

105.

The allegations contained in Paragraph 105 of the Second Amended Complaint are not directed at this Defendant.  In further responding, Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 105 of the Second Amended Complaint.

106.

The allegations contained in Paragraph 106 of the Second Amended Complaint are not directed at this Defendant.  In further responding, Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 106 of the Second Amended Complaint.

107.

Defendant denies the allegations contained in Paragraph 107 of the Second Amended Complaint.

108.

Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 108 of the Second Amended Complaint, including subparagraphs (a) through (f), and including footnote 8. To the extent further response is required, Defendant denies the allegations contained in Paragraph 108 of the Second Amended Complaint, including subparagraphs (a) through (f), and including footnote 8.

109.

The allegations contained in Paragraph 109 of the Second Amended Complaint are not directed at this Defendant. In further responding, Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 109 of the Second Amended Complaint.

**4.      The Smyrna Red Roof Defendants knew or should have known about arrests and criminal activity at the Smyrna Red Roof.**

110.

Defendant denies the allegations contained in Paragraph 110 of the Second Amended Complaint.

111.

The allegations contained in Paragraph 111 of the Second Amended Complaint are not directed at this Defendant. In further responding, Defendant

does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 111 of the Second Amended Complaint.

<p style="text-align:center">112.</p>

The allegations contained in Paragraph 112 of the Second Amended Complaint are not directed at this Defendant. In further responding, Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 112 of the Second Amended Complaint.

<p style="text-align:center">113.</p>

As to this Defendant, denied.

<p style="text-align:center">114.</p>

Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 114 of the Second Amended Complaint. To the extent further response is required, Defendant denies the allegations contained in Paragraph 114 of the Second Amended Complaint.

<p style="text-align:center">115.</p>

Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 115 of the Second Amended Complaint. To the extent further response is required, Defendant denies the allegations contained in Paragraph 115 of the Second Amended Complaint.

116.

Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 116 of the Second Amended Complaint. To the extent further response is required, Defendant denies the allegations contained in Paragraph 116 of the Second Amended Complaint.

117.

Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 117 of the Second Amended Complaint. To the extent further response is required, Defendant denies the allegations contained in Paragraph 117 of the Second Amended Complaint.

118.

Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 118 of the Second Amended Complaint. To the extent further response is required, Defendant denies the allegations contained in Paragraph 118 of the Second Amended Complaint.

119.

Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 119 of the Second Amended Complaint. To the extent further response is required, Defendant denies the allegations contained in Paragraph 119 of the Second Amended Complaint.

120.

Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 120 of the Second Amended Complaint. To the extent further response is required, Defendant denies the allegations contained in Paragraph 120 of the Second Amended Complaint.

121.

Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 121 of the Second Amended Complaint. To the extent further response is required, Defendant denies the allegations contained in Paragraph 121 of the Second Amended Complaint.

**5. Numerous signs of Plaintiffs' trafficking should have been obvious to Defendants.**

122.

Defendant denies the allegations contained in Paragraph 122 of the Second Amended Complaint.

123.

Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 123 of the Second Amended Complaint. To the extent further response is required, Defendant denies the allegations contained in Paragraph 123 of the Second Amended Complaint.

124.

Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 124 of the Second Amended Complaint, including footnote 9. To the extent further response is required, Defendant denies the allegations contained in Paragraph 124 of the Second Amended Complaint, including footnote 9.

125.

Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 125 of the Second Amended Complaint. To the extent further response is required, Defendant denies the allegations contained in Paragraph 125 of the Second Amended Complaint.

126.

Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 126 of the Second Amended Complaint, including footnote 10. To the extent further response is required, Defendant denies the allegations contained in Paragraph 126 of the Second Amended Complaint, including footnote 10.

127.

Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 127 of the Second Amended

Complaint.  To the extent further response is required, Defendant denies the allegations contained in Paragraph 127 of the Second Amended Complaint.

128.

The allegations contained in Paragraph 128 of the Second Amended Complaint are not directed at this Defendant.  In further responding, Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 128 of the Second Amended Complaint.

129.

Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 129 of the Second Amended Complaint, including footnote 11.  To the extent further response is required, Defendant denies the allegations contained in Paragraph 129 of the Second Amended Complaint, including footnote 11.

130.

Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 130 of the Second Amended Complaint. .  To the extent further response is required, Defendant denies the allegations contained in Paragraph 130 of the Second Amended Complaint.

131.

As to this Defendant, denied.

132.

Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 132 of the Second Amended Complaint, including footnote 12. To the extent further response is required, Defendant denies the allegations contained in Paragraph 132 of the Second Amended Complaint, including footnote 12.

133.

As to this Defendant, denied.

134.

As to this Defendant, denied.

135.

Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 135 of the Second Amended Complaint. To the extent further response is required, Defendant denies the allegations contained in Paragraph 135 of the Second Amended Complaint.

136.

Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 136 of the Second Amended Complaint. To the extent further response is required, Defendant denies the allegations contained in Paragraph 136 of the Second Amended Complaint.

137.

Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 137 of the Second Amended Complaint. To the extent further response is required, Defendant denies the allegations contained in Paragraph 137 of the Second Amended Complaint.

138.

Defendant denies the allegations contained in Paragraph 138 of the Second Amended Complaint.

139.

Defendant denies the allegations contained in Paragraph 139 of the Second Amended Complaint.

140.

Defendant denies the allegations contained in Paragraph 140 of the Second Amended Complaint.

141.

Defendant denies the allegations contained in Paragraph 141 of the Second Amended Complaint.

142.

Defendant denies the allegations contained in Paragraph 142 of the Second Amended Complaint.

143.

Defendant denies the allegations contained in Paragraph 143 of the Second Amended Complaint.

144.

Defendant denies the allegations contained in Paragraph 144 of the Second Amended Complaint.

145.

Defendant denies the allegations contained in Paragraph 145 of the Second Amended Complaint.

**B.** **Plaintiffs were each sold for sex at the Smyrna Red Roof.**

146.

Defendant denies the allegations contained in Paragraph 146 of the Second Amended Complaint.

147.

Defendant denies the allegations contained in Paragraph 147 of the Second Amended Complaint.

148.

Defendant denies the allegations contained in Paragraph 148 of the Second Amended Complaint.

**1. The Trafficking of W.K. at the Smyrna Red Roof.**

149.

Defendant denies the allegations contained in Paragraph 149 of the Second Amended Complaint.

150.

Defendant denies the allegations contained in Paragraph 150 of the Second Amended Complaint.

151.

Defendant denies the allegations contained in Paragraph 151 of the Second Amended Complaint.

152.

Defendant denies the allegations contained in Paragraph 152 of the Second Amended Complaint.

153.

Defendant denies the allegations contained in Paragraph 153 of the Second Amended Complaint.

154.

Defendant denies the allegations contained in Paragraph 154 of the Second Amended Complaint.

155.

Defendant denies the allegations contained in Paragraph 155 of the Second Amended Complaint.

156.

Defendant denies the allegations contained in Paragraph 156 of the Second Amended Complaint.

157.

Defendant denies the allegations contained in Paragraph 157 of the Second Amended Complaint, including footnote 13.

**2. The Trafficking of E.H. at the Smyrna Red Roof.**

158.

Defendant denies the allegations contained in Paragraph 158 of the Second Amended Complaint.

159.

Defendant denies the allegations contained in Paragraph 159 of the Second Amended Complaint.

160.

Defendant denies the allegations contained in Paragraph 160 of the Second Amended Complaint.

161.

Defendant denies the allegations contained in Paragraph 161 of the Second Amended Complaint, including footnote 14.

162.

Defendant denies the allegations contained in Paragraph 162 of the Second Amended Complaint.

163.

Defendant denies the allegations contained in Paragraph 163 of the Second Amended Complaint.

164.

Defendant denies the allegations contained in Paragraph 164 of the Second Amended Complaint.

165.

Defendant denies the allegations contained in Paragraph 165 of the Second Amended Complaint.

166.

Defendant denies the allegations contained in Paragraph 166 of the Second Amended Complaint.

167.

Defendant denies the allegations contained in Paragraph 167 of the Second Amended Complaint.

<center>168.</center>

Defendant denies the allegations contained in Paragraph 168 of the Second Amended Complaint.

<center>169.</center>

Defendant denies the allegations contained in Paragraph 169 of the Second Amended Complaint.

<center>170.</center>

Defendant denies the allegations contained in Paragraph 170 of the Second Amended Complaint.

**3.    The Trafficking of M.M. at the Smyrna Red Roof.**

<center>171.</center>

Defendant denies the allegations contained in Paragraph 171 of the Second Amended Complaint.

<center>172.</center>

Defendant denies the allegations contained in Paragraph 172 of the Second Amended Complaint.

<center>173.</center>

Defendant denies the allegations contained in Paragraph 173 of the Second Amended Complaint.

174.

Defendant denies the allegations contained in Paragraph 174 of the Second Amended Complaint.

175.

Defendant denies the allegations contained in Paragraph 175 of the Second Amended Complaint.

176.

Defendant denies the allegations contained in Paragraph 176 of the Second Amended Complaint.

177.

Defendant denies the allegations contained in Paragraph 177 of the Second Amended Complaint.

178.

Defendant denies the allegations contained in Paragraph 178 of the Second Amended Complaint.

179.

Defendant denies the allegations contained in Paragraph 179 of the Second Amended Complaint.

**4.      The Trafficking of R.P. at the Smyrna Red Roof.**

180.

Defendant denies the allegations contained in Paragraph 180 of the Second

Amended Complaint.

181.

Defendant denies the allegations contained in Paragraph 181 of the Second

Amended Complaint.

182.

Defendant denies the allegations contained in Paragraph 182 of the Second

Amended Complaint.

**5.      The Trafficking of M.B. at the Smyrna Red Roof.**

183.

Defendant denies the allegations contained in Paragraph 183 of the Second

Amended Complaint.

184.

Defendant denies the allegations contained in Paragraph 184 of the Second

Amended Complaint.

185.

Defendant denies the allegations contained in Paragraph 185 of the Second

Amended Complaint.

186.

Defendant denies the allegations contained in Paragraph 186 of the Second Amended Complaint.

**6. The Trafficking of D.P. at the Smyrna Red Roof.**

187.

Defendant denies the allegations contained in Paragraph 187 of the Second Amended Complaint.

188.

Defendant denies the allegations contained in Paragraph 188 of the Second Amended Complaint.

189.

Defendant denies the allegations contained in Paragraph 189 of the Second Amended Complaint.

190.

Defendant denies the allegations contained in Paragraph 190 of the Second Amended Complaint.

191.

Defendant denies the allegations contained in Paragraph 191 of the Second Amended Complaint.

<center>192.</center>

Defendant denies the allegations contained in Paragraph 192 of the Second Amended Complaint.

<center>**7.    The Trafficking of A.F. at the Smyrna Red Roof.**</center>

<center>193.</center>

Defendant denies the allegations contained in Paragraph 193 of the Second Amended Complaint.

<center>194.</center>

Defendant denies the allegations contained in Paragraph 194 of the Second Amended Complaint.

<center>195.</center>

Defendant denies the allegations contained in Paragraph 195 of the Second Amended Complaint.

## II.    TRAFFICKING AT THE ATLANTA RED ROOF

**A.    The Atlanta Red Roof Defendants knew or should have known sex trafficking and prostitution were occurring at the Atlanta Red Roof.**

**1.    The conditions at the Atlanta Red Roof gave Defendants actual and constructive knowledge of sex trafficking and prostitution there.**

<center>196.</center>

Paragraph 196 of the Second Amended Complaint sets forth a definition to which no response is required.  To the extent a response is required, Defendant

denies the allegations contained in Paragraph 196 of the Second Amended Complaint.

197.

Paragraph 197 of the Second Amended Complaint sets forth a definition to which no response is required. To the extent a response is required, Defendant denies the allegations contained in Paragraph 197 of the Second Amended Complaint.

198.

The allegations contained in Paragraph 198 of the Second Amended Complaint are not directed at this Defendant. In further responding, Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 198 of the Second Amended Complaint.

199.

Defendant denies the allegations contained in Paragraph 199 of the Second Amended Complaint.

200.

Defendant denies the allegations contained in Paragraph 200 of the Second Amended Complaint.

201.

Defendant denies the allegations contained in Paragraph 201 of the Second Amended Complaint.

202.

Defendant denies the allegations contained in Paragraph 202 of the Second Amended Complaint.

203.

Defendant denies the allegations contained in Paragraph 203 of the Second Amended Complaint.

204.

Defendant denies the allegations contained in Paragraph 204 of the Second Amended Complaint.

205.

Defendant denies the allegations contained in Paragraph 205 of the Second Amended Complaint.

206.

Defendant denies the allegations contained in Paragraph 206 of the Second Amended Complaint.

207.

Defendant denies the allegations contained in Paragraph 207 of the Second Amended Complaint.

208.

Defendant denies the allegations contained in Paragraph 208 of the Second Amended Complaint.

209.

Defendant denies the allegations contained in Paragraph 209 of the Second

Amended Complaint.

210.

Defendant denies the allegations contained in Paragraph 210 of the Second

Amended Complaint.

211.

Defendant denies the allegations contained in Paragraph 211 of the Second

Amended Complaint.

212.

The allegations contained in Paragraph 212 of the Second Amended

Complaint are not directed at this Defendant.  In further responding, Defendant

does not have sufficient knowledge or information to either admit or deny the

allegations contained in Paragraph 212 of the Second Amended Complaint.

213.

As to this Defendant, denied.

214.

As to this Defendant, denied.

215.

As to this Defendant, denied.

**2.** **Publicly available online reviews of the Atlanta Red Roof confirmed the prevalence of commercial sex and other criminal activity there.**

216.

As to this Defendant, denied.

217.

The allegations contained in Paragraph 217 of the Second Amended Complaint are not directed at this Defendant. In further responding, Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 217 of the Second Amended Complaint.

218.

The allegations contained in Paragraph 218 of the Second Amended Complaint are not directed at this Defendant. In further responding, Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 218 of the Second Amended Complaint.

219.

The allegations contained in Paragraph 219 of the Second Amended Complaint are not directed at this Defendant. In further responding, Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 219 of the Second Amended Complaint.

220.

The allegations contained in Paragraph 220 of the Second Amended Complaint are not directed at this Defendant.  In further responding, Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 220 of the Second Amended Complaint.

221.

The allegations contained in Paragraph 221 of the Second Amended Complaint are not directed at this Defendant.  In further responding, Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 221 of the Second Amended Complaint.

222.

As to this Defendant, denied.

223.

The allegations contained in Paragraph 223 of the Second Amended Complaint are not directed at this Defendant.  In further responding, Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 223 of the Second Amended Complaint.

224.

Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 224 of the Second Amended Complaint, including footnote 15.  To the extent a response is required, Defendant

denies the allegations contained in Paragraph 224 of the Second Amended Complaint, including footnote 15.

225.

Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 225 of the Second Amended Complaint. To the extent a response is required, Defendant denies the allegations contained in Paragraph 225 of the Second Amended Complaint.

226.

Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 226 of the Second Amended Complaint. To the extent a response is required, Defendant denies the allegations contained in Paragraph 226 of the Second Amended Complaint.

227.

Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 227 of the Second Amended Complaint. To the extent a response is required, Defendant denies the allegations contained in Paragraph 227 of the Second Amended Complaint.

228.

Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 228 of the Second Amended

Complaint.  To the extent a response is required, Defendant denies the allegations contained in Paragraph 228 of the Second Amended Complaint.

<p style="text-align:center">229.</p>

Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 229 of the Second Amended Complaint.  To the extent a response is required, Defendant denies the allegations contained in Paragraph 229 of the Second Amended Complaint.

<p style="text-align:center">230.</p>

Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 230 of the Second Amended Complaint.  To the extent a response is required, Defendant denies the allegations contained in Paragraph 230 of the Second Amended Complaint.

<p style="text-align:center">231.</p>

Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 231 of the Second Amended Complaint.  To the extent a response is required, Defendant denies the allegations contained in Paragraph 231 of the Second Amended Complaint.

<p style="text-align:center">232.</p>

Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 232 of the Second Amended

Complaint. To the extent a response is required, Defendant denies the allegations contained in Paragraph 232 of the Second Amended Complaint.

<p style="text-align:center">233.</p>

Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 233 of the Second Amended Complaint. To the extent a response is required, Defendant denies the allegations contained in Paragraph 233 of the Second Amended Complaint.

<p style="text-align:center">234.</p>

Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 234 of the Second Amended Complaint. To the extent a response is required, Defendant denies the allegations contained in Paragraph 234 of the Second Amended Complaint.

<p style="text-align:center">235.</p>

Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 235 of the Second Amended Complaint. To the extent a response is required, Defendant denies the allegations contained in Paragraph 235 of the Second Amended Complaint.

<p style="text-align:center">236.</p>

Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 236 of the Second Amended

Complaint. To the extent a response is required, Defendant denies the allegations contained in Paragraph 236 of the Second Amended Complaint.

237.

Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 237 of the Second Amended Complaint. To the extent a response is required, Defendant denies the allegations contained in Paragraph 237 of the Second Amended Complaint.

238.

As to this Defendant, denied.

**3.      The Atlanta Red Roof Defendants knew or should have known about arrests and criminal activity at the Atlanta Red Roof.**

239.

As to this Defendant, denied.

240.

The allegations contained in Paragraph 240 of the Second Amended Complaint are not directed at this Defendant. In further responding, Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 240 of the Second Amended Complaint.

241.

Defendant denies the allegations contained in Paragraph 241 of the Second Amended Complaint.

242.

Defendant denies the allegations contained in Paragraph 242 of the Second Amended Complaint.

243.

Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 243 of the Second Amended Complaint. To the extent a response is required, Defendant denies the allegations contained in Paragraph 243 of the Second Amended Complaint.

244.

Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 244 of the Second Amended Complaint. To the extent a response is required, Defendant denies the allegations contained in Paragraph 244 of the Second Amended Complaint.

245.

Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 245 of the Second Amended Complaint. To the extent a response is required, Defendant denies the allegations contained in Paragraph 245 of the Second Amended Complaint.

246.

Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 246 of the Second Amended

Complaint. To the extent a response is required, Defendant denies the allegations contained in Paragraph 246 of the Second Amended Complaint.

247.

Defendant denies the allegations contained in Paragraph 247 of the Second Amended Complaint. To the extent a response is required, Defendant denies the allegations contained in Paragraph 247 of the Second Amended Complaint.

248.

Defendant denies the allegations contained in Paragraph 248 of the Second Amended Complaint. To the extent a response is required, Defendant denies the allegations contained in Paragraph 248 of the Second Amended Complaint.

249.

Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 249 of the Second Amended Complaint. To the extent a response is required, Defendant denies the allegations contained in Paragraph 249 of the Second Amended Complaint.

250.

Defendant denies the allegations contained in Paragraph 250 of the Second Amended Complaint. To the extent a response is required, Defendant denies the allegations contained in Paragraph 250 of the Second Amended Complaint.

251.

Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 251 of the Second Amended Complaint. To the extent a response is required, Defendant denies the allegations contained in Paragraph 251 of the Second Amended Complaint.

252.

Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 252 of the Second Amended Complaint. To the extent a response is required, Defendant denies the allegations contained in Paragraph 252 of the Second Amended Complaint.

253.

Defendant denies the allegations contained in Paragraph 253 of the Second Amended Complaint. To the extent a response is required, Defendant denies the allegations contained in Paragraph 253 of the Second Amended Complaint.

254.

Defendant denies the allegations contained in Paragraph 254 of the Second Amended Complaint. To the extent a response is required, Defendant denies the allegations contained in Paragraph 254 of the Second Amended Complaint.

255.

Defendant denies the allegations contained in Paragraph 255 of the Second Amended Complaint. To the extent a response is required, Defendant denies the allegations contained in Paragraph 255 of the Second Amended Complaint.

256.

Defendant denies the allegations contained in Paragraph 256 of the Second Amended Complaint. To the extent a response is required, Defendant denies the allegations contained in Paragraph 256 of the Second Amended Complaint.

257.

Defendant denies the allegations contained in Paragraph 257 of the Second Amended Complaint. To the extent a response is required, Defendant denies the allegations contained in Paragraph 257 of the Second Amended Complaint.

258.

Defendant denies the allegations contained in Paragraph 258 of the Second Amended Complaint. To the extent a response is required, Defendant denies the allegations contained in Paragraph 258 of the Second Amended Complaint.

259.

Defendant denies the allegations contained in Paragraph 259 of the Second Amended Complaint. To the extent a response is required, Defendant denies the allegations contained in Paragraph 259 of the Second Amended Complaint.

260.

As to this Defendant, denied.

**B.    W.K. and R.P. were each sold for sex at the Atlanta Red Roof.**

261.

Defendant denies the allegations contained in Paragraph 261 of the Second Amended Complaint.

262.

Defendant denies the allegations contained in Paragraph 262 of the Second Amended Complaint.

263.

Defendant denies the allegations contained in Paragraph 263 of the Second Amended Complaint.

264.

Defendant denies the allegations contained in Paragraph 264 of the Second Amended Complaint.

265.

Defendant denies the allegations contained in Paragraph 265 of the Second Amended Complaint.

266.

Defendant denies the allegations contained in Paragraph 266 of the Second Amended Complaint.

267.

Defendant denies the allegations contained in Paragraph 267 of the Second Amended Complaint.

268.

Defendant denies the allegations contained in Paragraph 268 of the Second Amended Complaint.

269.

Defendant denies the allegations contained in Paragraph 269 of the Second Amended Complaint.

270.

Defendant denies the allegations contained in Paragraph 270 of the Second Amended Complaint.

**1.     The Trafficking of W.K. at the Atlanta Red Roof.**

271.

Defendant denies the allegations contained in Paragraph 271 of the Second Amended Complaint.

272.

Defendant denies the allegations contained in Paragraph 272 of the Second Amended Complaint.

## 2. The Trafficking of R.P. at the Atlanta Red Roof.

### 273.

Defendant denies the allegations contained in Paragraph 273 of the Second Amended Complaint.

### 274.

Defendant denies the allegations contained in Paragraph 274 of the Second Amended Complaint.

### 275.

Defendant denies the allegations contained in Paragraph 275 of the Second Amended Complaint.

### 276.

Defendant denies the allegations contained in Paragraph 276 of the Second Amended Complaint.

### 277.

Defendant denies the allegations contained in Paragraph 277 of the Second Amended Complaint.

## 3. The Trafficking of C.A. at the Atlanta Red Roof

### 278.

Defendant denies the allegations contained in Paragraph 278 of the Second Amended Complaint.

279.

Defendant denies the allegations contained in Paragraph 279 of the Second Amended Complaint.

280.

Defendant denies the allegations contained in Paragraph 280 of the Second Amended Complaint.

281.

Defendant denies the allegations contained in Paragraph 281 of the Second Amended Complaint.

282.

Defendant denies the allegations contained in Paragraph 282 of the Second Amended Complaint.

283.

Defendant denies the allegations contained in Paragraph 283 of the Second Amended Complaint.

284.

Defendant denies the allegations contained in Paragraph 284 of the Second Amended Complaint.

285.

Defendant denies the allegations contained in Paragraph 285 of the Second Amended Complaint.

### 4. The Trafficking of R.K. at the Atlanta Red Roof

286.

Defendant denies the allegations contained in Paragraph 286 of the Second Amended Complaint.

287.

Defendant denies the allegations contained in Paragraph 287 of the Second Amended Complaint.

288.

Defendant denies the allegations contained in Paragraph 288 of the Second Amended Complaint.

289.

Defendant denies the allegations contained in Paragraph 289 of the Second Amended Complaint.

290.

Defendant denies the allegations contained in Paragraph 290 of the Second Amended Complaint.

291.

Defendant denies the allegations contained in Paragraph 291 of the Second Amended Complaint.

292.

Defendant denies the allegations contained in Paragraph 292 of the Second Amended Complaint.

### 5. The Trafficking of K.P. at the Atlanta Red Roof

293.

Defendant denies the allegations contained in Paragraph 293 of the Second Amended Complaint.

294.

Defendant denies the allegations contained in Paragraph 294 of the Second Amended Complaint.

## III. DEFENDANTS' FAILURE TO RESPOND TO TRAFFICKING AT THE SMYRNA RED ROOF AND ATLANTA RED ROOF

295.

As to this Defendant, denied.

296.

The allegations contained in Paragraph 296 of the Second Amended Complaint are not directed at this Defendant. In further responding, Defendant

does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 296 of the Second Amended Complaint.

297.

As to this Defendant, denied.

298.

As to this Defendant, denied.

299.

As to this Defendant, denied.

300.

As to this Defendant, denied.

301.

The allegations contained in Paragraph 301 of the Second Amended Complaint are not directed at this Defendant.  In further responding, Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 301 of the Second Amended Complaint.

302.

The allegations contained in Paragraph 302 of the Second Amended Complaint are not directed at this Defendant.  In further responding, Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 302 of the Second Amended Complaint.

303.

The allegations contained in Paragraph 303 of the Second Amended Complaint are not directed at this Defendant. In further responding, Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 303 of the Second Amended Complaint.

304.

The allegations contained in Paragraph 304 of the Second Amended Complaint are not directed at this Defendant. In further responding, Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 304 of the Second Amended Complaint.

305.

As to this Defendant, denied.

## IV. THE RELATIONSHIPS AMONG THE DEFENDANTS

### A. RRI's Operation of Non-Corporate Locations.

#### 1. RRI's control over its non-corporate locations mirrors that over its corporate locations.

306.

The allegations contained in Paragraph 306 of the Second Amended Complaint are not directed at this Defendant. In further responding, Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 306 of the Second Amended Complaint.

<center>307.</center>

The allegations contained in Paragraph 307 of the Second Amended Complaint are not directed at this Defendant. In further responding, Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 307 of the Second Amended Complaint.

<center>308.</center>

The allegations contained in Paragraph 308 of the Second Amended Complaint are not directed at this Defendant. In further responding, Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 308 of the Second Amended Complaint.

<center>• **Employee Training and Performance**</center>

<center>309.</center>

The allegations contained in Paragraph 309 of the Second Amended Complaint are not directed at this Defendant. In further responding, Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 309 of the Second Amended Complaint.

<center>310.</center>

The allegations contained in Paragraph 310 of the Second Amended Complaint are not directed at this Defendant. In further responding, Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 310 of the Second Amended Complaint.

311.

The allegations contained in Paragraph 311 of the Second Amended Complaint are not directed at this Defendant. In further responding, Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 311 of the Second Amended Complaint.

312.

The allegations contained in Paragraph 312 of the Second Amended Complaint are not directed at this Defendant. In further responding, Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 312 of the Second Amended Complaint.

313.

The allegations contained in Paragraph 313 of the Second Amended Complaint are not directed at this Defendant. In further responding, Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 313 of the Second Amended Complaint.

- **Means and Use of Online Reservation System**

314.

The allegations contained in Paragraph 314 of the Second Amended Complaint are not directed at this Defendant. In further responding, Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 314 of the Second Amended Complaint.

315.

The allegations contained in Paragraph 315 of the Second Amended Complaint are not directed at this Defendant.  In further responding, Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 315 of the Second Amended Complaint.

316.

The allegations contained in Paragraph 316 of the Second Amended Complaint are not directed at this Defendant.  In further responding, Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 316 of the Second Amended Complaint.

317.

The allegations contained in Paragraph 317 of the Second Amended Complaint are not directed at this Defendant.  In further responding, Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 317 of the Second Amended Complaint.

318.

The allegations contained in Paragraph 318 of the Second Amended Complaint are not directed at this Defendant.  In further responding, Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 318 of the Second Amended Complaint.

- **Requirements for Equipment Used at Location**

319.

The allegations contained in Paragraph 319 of the Second Amended Complaint are not directed at this Defendant. In further responding, Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 319 of the Second Amended Complaint.

320.

The allegations contained in Paragraph 320 of the Second Amended Complaint are not directed at this Defendant. In further responding, Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 320 of the Second Amended Complaint.

321.

The allegations contained in Paragraph 321 of the Second Amended Complaint are not directed at this Defendant. In further responding, Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 321 of the Second Amended Complaint.

- **Participation in Promotion and Marketing Programs**

322.

The allegations contained in Paragraph 322 of the Second Amended Complaint are not directed at this Defendant. In further responding, Defendant

does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 322 of the Second Amended Complaint.

323.

The allegations contained in Paragraph 323 of the Second Amended Complaint are not directed at this Defendant. In further responding, Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 323 of the Second Amended Complaint.

324.

The allegations contained in Paragraph 324 of the Second Amended Complaint are not directed at this Defendant. In further responding, Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 324 of the Second Amended Complaint.

325.

The allegations contained in Paragraph 325 of the Second Amended Complaint are not directed at this Defendant. In further responding, Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 325 of the Second Amended Complaint.

- **On-site Security**

326.

The allegations contained in Paragraph 326 of the Second Amended Complaint are not directed at this Defendant. In further responding, Defendant

does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 326 of the Second Amended Complaint.

327.

The allegations contained in Paragraph 327 of the Second Amended Complaint are not directed at this Defendant. In further responding, Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 327 of the Second Amended Complaint.

328.

The allegations contained in Paragraph 328 of the Second Amended Complaint are not directed at this Defendant. In further responding, Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 328 of the Second Amended Complaint.

329.

The allegations contained in Paragraph 329 of the Second Amended Complaint are not directed at this Defendant. In further responding, Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 329 of the Second Amended Complaint.

330.

The allegations contained in Paragraph 330 of the Second Amended Complaint are not directed at this Defendant. In further responding, Defendant

does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 330 of the Second Amended Complaint.

331.

The allegations contained in Paragraph 331 of the Second Amended Complaint are not directed at this Defendant.  In further responding, Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 331 of the Second Amended Complaint.

- **Hours of Operation**

332.

The allegations contained in Paragraph 332 of the Second Amended Complaint are not directed at this Defendant.  In further responding, Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 332 of the Second Amended Complaint.

- **Pricing Standards**

333.

The allegations contained in Paragraph 333 of the Second Amended Complaint are not directed at this Defendant.  In further responding, Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 333 of the Second Amended Complaint.

334.

The allegations contained in Paragraph 334 of the Second Amended
Complaint are not directed at this Defendant. In further responding, Defendant
does not have sufficient knowledge or information to either admit or deny the
allegations contained in Paragraph 334 of the Second Amended Complaint.

- **Mandatory Responses to Online Reviews and Guest
  Second Amended Complaints**

335.

The allegations contained in Paragraph 335 of the Second Amended
Complaint are not directed at this Defendant. In further responding, Defendant
does not have sufficient knowledge or information to either admit or deny the
allegations contained in Paragraph 335 of the Second Amended Complaint.

336.

The allegations contained in Paragraph 336 of the Second Amended
Complaint are not directed at this Defendant. In further responding, Defendant
does not have sufficient knowledge or information to either admit or deny the
allegations contained in Paragraph 336 of the Second Amended Complaint.

337.

The allegations contained in Paragraph 337 of the Second Amended
Complaint are not directed at this Defendant. In further responding, Defendant

does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 337 of the Second Amended Complaint.

338.

The allegations contained in Paragraph 338 of the Second Amended Complaint are not directed at this Defendant. In further responding, Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 338 of the Second Amended Complaint.

339.

The allegations contained in Paragraph 339 of the Second Amended Complaint are not directed at this Defendant. In further responding, Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 339 of the Second Amended Complaint.

340.

The allegations contained in Paragraph 340 of the Second Amended Complaint are not directed at this Defendant. In further responding, Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 340 of the Second Amended Complaint.

- **RRI Made Non-Corporate Franchisees Subject to Policies Adopted in the Future**

341.

The allegations contained in Paragraph 341 of the Second Amended Complaint are not directed at this Defendant. In further responding, Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 341 of the Second Amended Complaint.

342.

The allegations contained in Paragraph 342 of the Second Amended Complaint are not directed at this Defendant. In further responding, Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 342 of the Second Amended Complaint.

343.

The allegations contained in Paragraph 343 of the Second Amended Complaint are not directed at this Defendant. In further responding, Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 343 of the Second Amended Complaint.

344.

The allegations contained in Paragraph 344 of the Second Amended Complaint are not directed at this Defendant. In further responding, Defendant

does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 344 of the Second Amended Complaint.

**2.  RRI has controlled the operations of the Smyrna Red Roof since Varahi, a non-corporate franchisee, purchased the location.**

345.

Paragraph 345 of the Second Amended Complaint sets forth a definition to which no response is required.  To the extent a response is required, Defendant denies the allegations contained in Paragraph 345 of the Second Amended Complaint, including footnote 16.

346.

The allegations contained in Paragraph 346 of the Second Amended Complaint are not directed at this Defendant.  In further responding, Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 346 of the Second Amended Complaint, including footnote 16.

•  **Financial Benefit**

347.

The allegations contained in Paragraph 347 of the Second Amended Complaint are not directed at this Defendant.  In further responding, Defendant does not have sufficient knowledge or information to either admit or deny the

allegations contained in Paragraph 347 of the Second Amended Complaint, including footnote 16.

• **Entity Ownership**

348.

The allegations contained in Paragraph 348 of the Second Amended Complaint are not directed at this Defendant. In further responding, Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 348 of the Second Amended Complaint, including footnote 16.

349.

The allegations contained in Paragraph 349 of the Second Amended Complaint are not directed at this Defendant. In further responding, Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 349 of the Second Amended Complaint, including footnote 16.

350.

The allegations contained in Paragraph 350 of the Second Amended Complaint are not directed at this Defendant. In further responding, Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 350 of the Second Amended Complaint, including footnote 16.

351.

The allegations contained in Paragraph 351 of the Second Amended Complaint are not directed at this Defendant. In further responding, Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 351 of the Second Amended Complaint, including footnote 16.

352.

The allegations contained in Paragraph 352 of the Second Amended Complaint are not directed at this Defendant. In further responding, Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 352 of the Second Amended Complaint, including footnote 16.

353.

The allegations contained in Paragraph 353 of the Second Amended Complaint are not directed at this Defendant. In further responding, Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 353 of the Second Amended Complaint, including footnote 16.

354.

The allegations contained in Paragraph 354 of the Second Amended Complaint are not directed at this Defendant. In further responding, Defendant

does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 354 of the Second Amended Complaint, including footnote 16.

355.

The allegations contained in Paragraph 355 of the Second Amended Complaint are not directed at this Defendant. In further responding, Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 355 of the Second Amended Complaint, including footnote 16.

356.

The allegations contained in Paragraph 356 of the Second Amended Complaint are not directed at this Defendant. In further responding, Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 356 of the Second Amended Complaint, including footnote 16.

357.

The allegations contained in Paragraph 357 of the Second Amended Complaint are not directed at this Defendant. In further responding, Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 357 of the Second Amended Complaint, including footnote 16.

358.

The allegations contained in Paragraph 358 of the Second Amended Complaint are not directed at this Defendant. In further responding, Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 358 of the Second Amended Complaint, including footnote 16.

359.

The allegations contained in Paragraph 359 of the Second Amended Complaint are not directed at this Defendant. In further responding, Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 359 of the Second Amended Complaint, including footnote 16.

360.

The allegations contained in Paragraph 360 of the Second Amended Complaint are not directed at this Defendant. In further responding, Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 360 of the Second Amended Complaint, including footnote 16.

361.

The allegations contained in Paragraph 361 of the Second Amended Complaint are not directed at this Defendant. In further responding, Defendant

does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 361 of the Second Amended Complaint, including footnote 16.

<center>362.</center>

The allegations contained in Paragraph 362 of the Second Amended Complaint are not directed at this Defendant.  In further responding, Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 362 of the Second Amended Complaint, including footnote 16.

**B.    RRI's Operation of Corporate Locations.**

<center>363.</center>

As to this Defendant, denied.

<center>364.</center>

As to this Defendant, denied.

<center>365.</center>

As to this Defendant, denied.

<center>366.</center>

As to this Defendant, denied.

<center>367.</center>

As to this Defendant, denied.

368.

As to this Defendant, denied.

369.

As to this Defendant, denied.

1. **During corporate ownership at the Smyrna Red Roof, Westmont and RRI ultimately controlled the location's operation.**

370.

As to this Defendant, denied, including footnote 17.

• **Financial Benefit**

371.

The allegations contained in Paragraph 371 of the Second Amended Complaint are not directed at this Defendant. In further responding, Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 371 of the Second Amended Complaint, including footnote 17.

• **Entity Ownership**

372.

As to this Defendant, denied, including footnote 17.

373.

The allegations contained in Paragraph 373 of the Second Amended Complaint are not directed at this Defendant. In further responding, Defendant

does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 373 of the Second Amended Complaint, including footnote 17.

374.

The allegations contained in Paragraph 374 of the Second Amended Complaint are not directed at this Defendant. In further responding, Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 374 of the Second Amended Complaint, including footnote 17.

375.

As to this Defendant, denied, including footnote 17.

376.

The allegations contained in Paragraph 376 of the Second Amended Complaint are not directed at this Defendant. In further responding, Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 376 of the Second Amended Complaint, including footnote 17.

377.

As to this Defendant, denied, including footnote 17.

378.

As to this Defendant, denied, including footnote 17.

<div align="center">379.</div>

The allegations contained in Paragraph 379 of the Second Amended Complaint are not directed at this Defendant.  In further responding, Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 379 of the Second Amended Complaint, including footnote 17.

**2.      At all relevant times, Westmont and RRI ultimately controlled the operation of the Atlanta Red Roof.**

<div align="center">380.</div>

As to this Defendant, denied, including footnote 18.

<div align="center">• <strong>Financial Benefit</strong></div>

<div align="center">381.</div>

The allegations contained in Paragraph 381 of the Second Amended Complaint are not directed at this Defendant.  In further responding, Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 381 of the Second Amended Complaint, including footnote 18.

<div align="center">• <strong>Entity Ownership</strong></div>

<div align="center">382.</div>

As to this Defendant, denied, including footnote 18.

383.

The allegations contained in Paragraph 383 of the Second Amended Complaint are not directed at this Defendant.  In further responding, Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 383 of the Second Amended Complaint, including footnote 18.

384.

The allegations contained in Paragraph 384 of the Second Amended Complaint are not directed at this Defendant.  In further responding, Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 384 of the Second Amended Complaint, including footnote 18.

385.

As to this Defendant, denied, including footnote 18.

386.

The allegations contained in Paragraph 386 of the Second Amended Complaint are not directed at this Defendant.  In further responding, Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 386 of the Second Amended Complaint, including footnote 18.

<center>387.</center>

As to this Defendant, denied, including footnote 18.

<center>388.</center>

As to this Defendant, denied, including footnote 18.

<center>**CLAIMS FOR RELIEF**</center>

**I.    VIOLATIONS OF THE GEORGIA RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS ACT**

**A.    Defendants engaged in acts of racketeering activity.**

**1.    Keeping a Place of Prostitution.**

<center>389.</center>

Paragraph 389 of the Second Amended Complaint sets forth a definition to which no response is required. To the extent a response is required, Defendant denies the allegations contained in Paragraph 389 of the Second Amended Complaint, including footnote 19.

<center>390.</center>

As to this Defendant, denied, including footnote 19.

<center>391.</center>

As to this Defendant, denied, including footnote 19.

<center>392.</center>

As to this Defendant, denied, including footnote 19.

## 2.      Aiding and Abetting Prostitution.

393.

Paragraph 393 of the Second Amended Complaint sets forth a definition to which no response is required.  To the extent a response is required, Defendant denies the allegations contained in Paragraph 393 of the Second Amended Complaint, including footnote 19.

394.

The allegations contained in Paragraph 394 of the Second Amended Complaint are not directed at this Defendant.  In further responding, Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 394 of the Second Amended Complaint, including footnote 19.

395.

The allegations contained in Paragraph 395 of the Second Amended Complaint are not directed at this Defendant.  In further responding, Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 395 of the Second Amended Complaint, including footnote 19.

### 3. Aiding and Abetting Pimping.

396.

Paragraph 396 of the Second Amended Complaint sets forth a definition to which no response is required. To the extent a response is required, Defendant denies the allegations contained in Paragraph 396 of the Second Amended Complaint, including footnote 19.

397.

The allegations contained in Paragraph 397 of the Second Amended Complaint are not directed at this Defendant. In further responding, Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 397 of the Second Amended Complaint, including footnote 19.

398.

The allegations contained in Paragraph 398 of the Second Amended Complaint are not directed at this Defendant. In further responding, Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 398 of the Second Amended Complaint, including footnote 19.

399.

The allegations contained in Paragraph 399 of the Second Amended Complaint are not directed at this Defendant. In further responding, Defendant

does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 399 of the Second Amended Complaint, including footnote 19.

<p style="text-align:center">400.</p>

The allegations contained in Paragraph 400 of the Second Amended Complaint are not directed at this Defendant. In further responding, Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 400 of the Second Amended Complaint, including footnote 19.

**4.      Sexual Servitude in Violation of State Law.**

<p style="text-align:center">401.</p>

Paragraph 401 of the Second Amended Complaint sets forth a definition to which no response is required. To the extent a response is required, Defendant denies the allegations contained in Paragraph 401 of the Second Amended Complaint, including footnote 19.

<p style="text-align:center">402.</p>

Paragraph 402 of the Second Amended Complaint sets forth a definition to which no response is required. To the extent a response is required, Defendant denies the allegations contained in Paragraph 402 of the Second Amended Complaint, including footnote 19.

403.

Paragraph 403 of the Second Amended Complaint sets forth a definition to which no response is required. Defendant denies the remaining allegations in Paragraph 403 of the Second Amended Complaint, including footnote 19.

404.

The allegations contained in Paragraph 404 of the Second Amended Complaint are not directed at this Defendant. In further responding, Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 404 of the Second Amended Complaint, including footnote 19.

405.

The allegations contained in Paragraph 405 of the Second Amended Complaint are not directed at this Defendant. In further responding, Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 405 of the Second Amended Complaint, including footnote 19.

406.

Paragraph 406 of the Second Amended Complaint sets forth a definition to which no response is required. To the extent a response is required, Defendant denies the allegations contained in Paragraph 406 of the Second Amended Complaint, including footnote 19.

## 407.

The allegations contained in Paragraph 407 of the Second Amended Complaint are not directed at this Defendant. In further responding, Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 407 of the Second Amended Complaint, including footnote 19.

## 408.

The allegations contained in Paragraph 408 of the Second Amended Complaint are not directed at this Defendant. In further responding, Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 408 of the Second Amended Complaint, including footnote 19.

## 409.

The allegations contained in Paragraph 409 of the Second Amended Complaint are not directed at this Defendant. In further responding, Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 409 of the Second Amended Complaint, including footnote 19.

## 410.

The allegations contained in Paragraph 410 of the Second Amended Complaint are not directed at this Defendant. In further responding, Defendant

does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 410 of the Second Amended Complaint, including footnote 19.

411.

Paragraph 411 of the Second Amended Complaint sets forth a legal conclusion to which no response is required. To the extent a response is required, Defendant denies the allegations contained in Paragraph 411 of the Second Amended Complaint, including footnote 19.

412.

The allegations contained in Paragraph 412 of the Second Amended Complaint are not directed at this Defendant. In further responding, Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 412 of the Second Amended Complaint, including footnote 19.

413.

As to this Defendant, denied, including footnote 19.

414.

As to this Defendant, denied, including footnote 19.

**B.    The acts of racketeering activity formed a pattern.**

415.

As to this Defendant, denied.

416.

As to this Defendant, denied.

417.

Paragraph 417 of the Second Amended Complaint sets forth a legal conclusion to which no response is required.  To the extent a response is required, Defendant denies the allegations contained in Paragraph 417 of the Second Amended Complaint.

418.

Paragraph 418 of the Second Amended Complaint sets forth a legal conclusion to which no response is required.  To the extent a response is required, Defendant denies the allegations contained in Paragraph 418 of the Second Amended Complaint.

419.

Paragraph 419 of the Second Amended Complaint sets forth a legal conclusion to which no response is required.  To the extent a response is required, Defendant denies the allegations contained in Paragraph 419 of the Second Amended Complaint.

420.

As to this Defendant, denied.

421.

As to this Defendant, denied, including subparagraphs (a) through (f).

<div align="center">422.</div>

As to this Defendant, denied.

<div align="center">423.</div>

As to this Defendant, denied.

<div align="center">424.</div>

As to this Defendant, denied.

<div align="center">425.</div>

As to this Defendant, denied.

<div align="center">426.</div>

As to this Defendant, denied.

## II.  NUMBERED COUNTS

<div align="center">

### COUNT I

**Violations of the Georgia Racketeer Influenced and Corrupt Organizations Act, O.C.G.A. § 16-14-4(a)
(Plaintiffs W.K., E.H., M.M., R.P., M.B., and D.P. Against Smyrna Red Roof Defendants RRI, Red Roof Franchising, and Varahi)**

427.

</div>

Defendant realleges and incorporates by reference paragraphs 1 through 426 as if expressly stated herein.

<div align="center">428.</div>

The allegations contained in Paragraph 428 of the Second Amended Complaint are not directed at this Defendant.  In further responding, Defendant

does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 428 of the Second Amended Complaint.

429.

The allegations contained in Paragraph 429 of the Second Amended Complaint are not directed at this Defendant. In further responding, Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 429 of the Second Amended Complaint.

430.

The allegations contained in Paragraph 430 of the Second Amended Complaint are not directed at this Defendant. In further responding, Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 430 of the Second Amended Complaint.

431.

The allegations contained in Paragraph 431 of the Second Amended Complaint are not directed at this Defendant. In further responding, Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 431 of the Second Amended Complaint.

432.

The allegations contained in Paragraph 432 of the Second Amended Complaint are not directed at this Defendant. In further responding, Defendant

does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 432 of the Second Amended Complaint.

433.

The allegations contained in Paragraph 433 of the Second Amended Complaint are not directed at this Defendant. In further responding, Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 433 of the Second Amended Complaint.

434.

The allegations contained in Paragraph 434 of the Second Amended Complaint are not directed at this Defendant. In further responding, Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 434 of the Second Amended Complaint.

## COUNT II
### Violations of the Georgia Racketeer Influenced and Corrupt Organizations Act, O.C.G.A. § 16-14-4(c)
### (Plaintiffs W.K., E.H., M.M., R.P., M.B., and D.P. Against Smyrna Red Roof Defendants RRI, Red Roof Franchising, and Varahi)

435.

Defendant realleges and incorporates by reference Paragraphs 1 through 434 as if expressly stated herein.

436.

The allegations contained in Paragraph 436 of the Second Amended Complaint are not directed at this Defendant. In further responding, Defendant

does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 436 of the Second Amended Complaint.

437.

The allegations contained in Paragraph 437 of the Second Amended Complaint are not directed at this Defendant.  In further responding, Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 437 of the Second Amended Complaint.

438.

The allegations contained in Paragraph 438 of the Second Amended Complaint are not directed at this Defendant.  In further responding, Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 438 of the Second Amended Complaint.

439.

The allegations contained in Paragraph 439 of the Second Amended Complaint are not directed at this Defendant.  In further responding, Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 439 of the Second Amended Complaint.

440.

The allegations contained in Paragraph 440 of the Second Amended Complaint are not directed at this Defendant.  In further responding, Defendant

does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 440 of the Second Amended Complaint.

441.

The allegations contained in Paragraph 441 of the Second Amended Complaint are not directed at this Defendant. In further responding, Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 441 of the Second Amended Complaint.

442.

The allegations contained in Paragraph 442 of the Second Amended Complaint are not directed at this Defendant. In further responding, Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 442 of the Second Amended Complaint.

443.

The allegations contained in Paragraph 443 of the Second Amended Complaint are not directed at this Defendant. In further responding, Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 443 of the Second Amended Complaint.

444.

The allegations contained in Paragraph 444 of the Second Amended Complaint are not directed at this Defendant. In further responding, Defendant

does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 444 of the Second Amended Complaint.

445.

The allegations contained in Paragraph 445 of the Second Amended Complaint are not directed at this Defendant.  In further responding, Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 445 of the Second Amended Complaint.

**COUNT III**
**TVPRA, 18 U.S.C. § 1595**
**(Plaintiffs W.K., E.H., M.M., R.P., M.B., D.P. and A.F.**
**Against Smyrna Red Roof Defendants Westmont, RRI, FMW, Red**
**Roof Franchising, RRI West, and Varahi)**

446.

Defendant realleges and incorporates by reference paragraphs 1 through 445 as if expressly stated herein.

447.

As to this Defendant, denied.

**Direct Liability**

448.

As to this Defendant, denied.

449.

As to this Defendant, denied.

450.

As to this Defendant, denied.

451.

As to this Defendant, denied.

452.

The allegations contained in Paragraph 452 of the Second Amended Complaint are not directed at this Defendant.  In further responding, Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 452 of the Second Amended Complaint.

453.

The allegations contained in Paragraph 453 of the Second Amended Complaint are not directed at this Defendant.  In further responding, Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 453 of the Second Amended Complaint.

454.

The allegations contained in Paragraph 454 of the Second Amended Complaint are not directed at this Defendant.  In further responding, Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 454 of the Second Amended Complaint.

455.

Defendant denies the allegations contained in Paragraph 455 of the Second Amended Complaint.

456.

The allegations contained in Paragraph 456 of the Second Amended Complaint are not directed at this Defendant.  In further responding, Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 456 of the Second Amended Complaint.

457.

The allegations contained in Paragraph 457 of the Second Amended Complaint are not directed at this Defendant.  In further responding, Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 457 of the Second Amended Complaint.

458.

The allegations contained in Paragraph 458 of the Second Amended Complaint are not directed at this Defendant.  In further responding, Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 458 of the Second Amended Complaint.

459.

The allegations contained in Paragraph 459 of the Second Amended Complaint are not directed at this Defendant.  In further responding, Defendant

does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 459 of the Second Amended Complaint.

460.

As to this Defendant, denied.

461.

The allegations contained in Paragraph 461 of the Second Amended Complaint are not directed at this Defendant. In further responding, Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 461 of the Second Amended Complaint.

462.

The allegations contained in Paragraph 462 of the Second Amended Complaint are not directed at this Defendant. In further responding, Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 462 of the Second Amended Complaint.

463.

As to this Defendant, denied.

464.

As to this Defendant, denied.

465.

As to this Defendant, denied.

466.

As to this Defendant, denied.

467.

As to this Defendant, denied.

468.

The allegations contained in Paragraph 468 of the Second Amended Complaint are not directed at this Defendant. In further responding, Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 468 of the Second Amended Complaint.

469.

As to this Defendant, denied.

470.

The allegations contained in Paragraph 470 of the Second Amended Complaint are not directed at this Defendant. In further responding, Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 470 of the Second Amended Complaint.

471.

The allegations contained in Paragraph 471 of the Second Amended Complaint are not directed at this Defendant. In further responding, Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 471 of the Second Amended Complaint.

472.

The allegations contained in Paragraph 472 of the Second Amended Complaint are not directed at this Defendant. In further responding, Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 472 of the Second Amended Complaint.

473.

The allegations contained in Paragraph 473 of the Second Amended Complaint are not directed at this Defendant. In further responding, Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 473 of the Second Amended Complaint.

474.

As to this Defendant, denied.

**Vicarious Liability**

475.

As to this Defendant, denied.

476.

As to this Defendant, denied.

477.

As to this Defendant, denied.

478.

The allegations contained in Paragraph 478 of the Second Amended Complaint are not directed at this Defendant. In further responding, Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 478 of the Second Amended Complaint.

479.

The allegations contained in Paragraph 479 of the Second Amended Complaint are not directed at this Defendant. In further responding, Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 479 of the Second Amended Complaint.

480.

Defendant denies the allegations contained in Paragraph 480 of the Second Amended Complaint.

**Damages**

481.

As to this Defendant, denied.

482.

As to this Defendant, denied.

483.

As to this Defendant, denied.

## COUNT IV
### Negligence
### (Plaintiffs W.K., E.H., M.M., R.P., M.B., and D.P. Against the Smyrna Red Roof Defendants Westmont, RRI, FMW, Red Roof Franchising, RRI West, and Varahi)

484.

Defendant realleges and incorporates by reference paragraphs 1 through 483 as if expressly stated herein.

### Negligence During Corporate Ownership

485.

As to this Defendant, denied.

486.

As to this Defendant, denied.

487.

The allegations contained in Paragraph 487 of the Second Amended Complaint are not directed at this Defendant. In further responding, Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 487 of the Second Amended Complaint.

488.

As to this Defendant, denied.

489.

As to this Defendant, denied.

490.

As to this Defendant, denied, including subparagraphs (a) through (k).

491.

As to this Defendant, denied.

492.

As to this Defendant, denied.

493.

Defendant denies the allegations contained in Paragraph 493 of the Second Amended Complaint.

494.

The allegations contained in Paragraph 494 of the Second Amended Complaint are not directed at this Defendant.  In further responding, Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 494 of the Second Amended Complaint.

495.

As to this Defendant, denied.

496.

As to this Defendant, denied.

497.

As to this Defendant, denied.

## Negligence During Non-Corporate Ownership

### 498.

The allegations contained in Paragraph 498 of the Second Amended Complaint are not directed at this Defendant.  In further responding, Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 498 of the Second Amended Complaint.

### 499.

The allegations contained in Paragraph 499 of the Second Amended Complaint are not directed at this Defendant.  In further responding, Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 499 of the Second Amended Complaint.

### 500.

The allegations contained in Paragraph 500 of the Second Amended Complaint are not directed at this Defendant.  In further responding, Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 500 of the Second Amended Complaint.

### 501.

The allegations contained in Paragraph 501 of the Second Amended Complaint are not directed at this Defendant.  In further responding, Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 501 of the Second Amended Complaint.

502.

The allegations contained in Paragraph 502 of the Second Amended Complaint are not directed at this Defendant. In further responding, Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 502 of the Second Amended Complaint, including subparagraphs (a) through (k).

503.

The allegations contained in Paragraph 503 of the Second Amended Complaint are not directed at this Defendant. In further responding, Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 503 of the Second Amended Complaint.

504.

The allegations contained in Paragraph 504 of the Second Amended Complaint are not directed at this Defendant. In further responding, Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 504 of the Second Amended Complaint.

505.

The allegations contained in Paragraph 505 of the Second Amended Complaint are not directed at this Defendant. In further responding, Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 505 of the Second Amended Complaint.

506.

The allegations contained in Paragraph 506 of the Second Amended Complaint are not directed at this Defendant.  In further responding, Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 506 of the Second Amended Complaint.

507.

The allegations contained in Paragraph 507 of the Second Amended Complaint are not directed at this Defendant.  In further responding, Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 507 of the Second Amended Complaint.

508.

The allegations contained in Paragraph 508 of the Second Amended Complaint are not directed at this Defendant.  In further responding, Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 508 of the Second Amended Complaint.

**COUNT V**
**Violations of the Georgia Racketeer Influenced and Corrupt Organizations Act, O.C.G.A. § 16-14-4(a)**
**(Plaintiffs W.K. and R.P. Against Atlanta Red Roof Defendants Westmont, RRI, RRI III, RRI West, and Red Roof Franchising)**

509.

Defendant realleges and incorporates by reference paragraphs 1 through 508 as if expressly stated herein.

<div align="center">510.</div>

As to this Defendant, denied.

<div align="center">511.</div>

As to this Defendant, denied.

<div align="center">512.</div>

As to this Defendant, denied.

<div align="center">513.</div>

As to this Defendant, denied.

<div align="center">514.</div>

As to this Defendant, denied.

<div align="center">515.</div>

As to this Defendant, denied.

<div align="center">516.</div>

As to this Defendant, denied.

<div align="center">

**COUNT VI**
**Violations of Georgia Racketeer Influenced and Corrupt**
**Organizations Act, O.C.G.A. § 16-14-4(c)**
**(Plaintiffs W.K. and R.P. Against Atlanta Red Roof Defendants**
**Westmont, RRI, RRI III, RRI West, and Red Roof Franchising)**

517.

</div>

Defendant realleges and incorporates by reference Paragraphs 1 through

516 as if expressly stated herein.

518.

As to this Defendant, denied.

519.

As to this Defendant, denied.

520.

As to this Defendant, denied.

521.

As to this Defendant, denied.

522.

As to this Defendant, denied.

523.

As to this Defendant, denied.

524.

As to this Defendant, denied.

525.

As to this Defendant, denied.

526.

As to this Defendant, denied.

527.

As to this Defendant, denied.

## COUNT VII
## TVPRA, 18 U.S.C. § 1595
## (Plaintiffs W.K. and R.P. Against Atlanta Red Roof Defendants
## Westmont, RRI, RRI III, RRI West, and Red Roof Franchising)

### 528.

Defendant realleges and incorporates by reference Paragraphs 1 through 527 as if expressly stated herein.

### 529.

As to this Defendant, denied.

### Direct Liability

### 530.

As to this Defendant, denied.

### 531.

As to this Defendant, denied.

### 532.

As to this Defendant, denied.

### 533.

As to this Defendant, denied.

### 534.

The allegations contained in Paragraph 534 of the Second Amended Complaint are not directed at this Defendant. In further responding, Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 534 of the Second Amended Complaint.

535.

The allegations contained in Paragraph 535 of the Second Amended Complaint are not directed at this Defendant. In further responding, Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 535 of the Second Amended Complaint.

536.

The allegations contained in Paragraph 536 of the Second Amended Complaint are not directed at this Defendant. In further responding, Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 536 of the Second Amended Complaint.

537.

As to this Defendant, denied.

538.

The allegations contained in Paragraph 538 of the Second Amended Complaint are not directed at this Defendant. In further responding, Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 538 of the Second Amended Complaint.

539.

As to this Defendant, denied.

540.

The allegations contained in Paragraph 540 of the Second Amended Complaint are not directed at this Defendant. In further responding, Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 540 of the Second Amended Complaint.

541.

As to this Defendant, denied.

542.

As to this Defendant, denied.

543.

As to this Defendant, denied.

544.

As to this Defendant, denied.

545.

As to this Defendant, denied.

546.

The allegations contained in Paragraph 546 of the Second Amended Complaint are not directed at this Defendant. In further responding, Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 546 of the Second Amended Complaint.

547.

As to this Defendant, denied.

548.

The allegations contained in Paragraph 548 of the Second Amended Complaint are not directed at this Defendant. In further responding, Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 548 of the Second Amended Complaint.

549.

As to this Defendant, denied.

**Vicarious Liability**

550.

As to this Defendant, denied.

551.

Defendant denies the allegations contained in Paragraph 551 of the Second Amended Complaint.

552.

The allegations contained in Paragraph 552 of the Second Amended Complaint are not directed at this Defendant. In further responding, Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 552 of the Second Amended Complaint.

**Damages**

553.

As to this Defendant, denied.

554.

As to this Defendant, denied.

555.

As to this Defendant, denied.

**COUNT VIII**
**Negligence**
**(Plaintiffs W.K. and R.P. Against the Atlanta Red Roof Defendants**
**Westmont, RRI, RRI III, RRI West, and Red Roof Franchising)**

556.

Defendant realleges and incorporates by reference Paragraphs 1 through 555 as if expressly stated herein.

557.

As to this Defendant, denied.

558.

As to this Defendant, denied.

559.

The allegations contained in Paragraph 559 of the Second Amended Complaint are not directed at this Defendant. In further responding, Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 559 of the Second Amended Complaint.

<center>560.</center>

As to this Defendant, denied.

<center>561.</center>

As to this Defendant, denied.

<center>562.</center>

As to this Defendant, denied, including subparagraphs (a) through (k).

<center>563.</center>

As to this Defendant, denied.

<center>564.</center>

As to this Defendant, denied.

<center>565.</center>

Defendant denies the allegations contained in Paragraph 565 of the Second Amended Complaint.

<center>566.</center>

The allegations contained in Paragraph 566 of the Second Amended Complaint are not directed at this Defendant.  In further responding, Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 566 of the Second Amended Complaint.

<center>567.</center>

As to this Defendant, denied.

<div align="center">568.</div>

As to this Defendant, denied.

<div align="center">569.</div>

As to this Defendant, denied.

## III.   ADDITIONAL THEORIES OF RECOVERY

<div align="center">**ALTER EGO**</div>

<div align="center">570.</div>

As to this Defendant, denied.

<div align="center">571.</div>

As to this Defendant, denied.

<div align="center">572.</div>

As to this Defendant, denied, including subparagraphs (a) through (d).

<div align="center">573.</div>

As to this Defendant, denied, including subparagraphs (a) through (d).

<div align="center">574.</div>

The allegations contained in Paragraph 574 of the Second Amended Complaint are not directed at this Defendant.  In further responding, Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 574 of the Second Amended Complaint.

575.

The allegations contained in Paragraph 575 of the Second Amended Complaint are not directed at this Defendant.  In further responding, Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 575 of the Second Amended Complaint, including subparagraphs (a) through (d).

## JOINT VENTURE

576.

As to this Defendant, denied.

577.

As to this Defendant, denied, including subparagraphs (a) through (c).

578.

The allegations contained in Paragraph 578 of the Second Amended Complaint are not directed at this Defendant.  In further responding, Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 578 of the Second Amended Complaint.

579.

The allegations contained in Paragraph 579 of the Second Amended Complaint are not directed at this Defendant.  In further responding, Defendant does not have sufficient knowledge or information to either admit or deny the

allegations contained in Paragraph 579 of the Second Amended Complaint, including subparagraphs (a) through (c).

580.

As to this Defendant, denied.

581.

As to this Defendant, denied, including subparagraphs (a) through (c).

582.

The allegations contained in Paragraph 582 of the Second Amended Complaint are not directed at this Defendant. In further responding, Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 582 of the Second Amended Complaint.

583.

The allegations contained in Paragraph 583 of the Second Amended Complaint are not directed at this Defendant. In further responding, Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 583 of the Second Amended Complaint, including subparagraphs (a) through (c).

584.

As to this Defendant, denied.

585.

As to this Defendant, denied, including subparagraphs (a) through (c).

<center>586.</center>

As to this Defendant, denied, including subparagraphs (a) through (c).

## IV.   PLAINTIFF T.H.

### A.   The sex trafficking of T.H. at the Atlanta Red Roof

<center>587.</center>

Defendant denies the allegations contained in Paragraph 587 of the Second Amended Complaint.

<center>588.</center>

Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 588 of the Second Amended Complaint.

<center>589.</center>

Defendant denies the allegations contained in Paragraph 589 of the Second Amended Complaint.

<center>590.</center>

Defendant denies the allegations contained in Paragraph 590 of the Second Amended Complaint.

<center>591.</center>

Defendant denies the allegations contained in Paragraph 591 of the Second Amended Complaint.

592.

Defendant denies the allegations contained in Paragraph 592 of the Second
Amended Complaint.

593.

Defendant denies the allegations contained in Paragraph 593 of the Second
Amended Complaint.

594.

Defendant denies the allegations contained in Paragraph 594 of the Second
Amended Complaint.

595.

Defendant denies the allegations contained in Paragraph 595 of the Second
Amended Complaint.

596.

Defendant denies the allegations contained in Paragraph 596 of the Second
Amended Complaint.

597.

Defendant denies the allegations contained in Paragraph 597 of the Second
Amended Complaint.

598.

Defendant denies the allegations contained in Paragraph 598 of the Second
Amended Complaint.

599.

Defendant denies the allegations contained in Paragraph 599 of the Second Amended Complaint.

600.

Defendant denies the allegations contained in Paragraph 600 of the Second Amended Complaint.

601.

Defendant denies the allegations contained in Paragraph 601 of the Second Amended Complaint.

602.

Defendant denies the allegations contained in Paragraph 602 of the Second Amended Complaint.

603.

Defendant denies the allegations contained in Paragraph 603 of the Second Amended Complaint.

604.

Defendant denies the allegations contained in Paragraph 604 of the Second Amended Complaint.

605.

Defendant denies the allegations contained in Paragraph 605 of the Second Amended Complaint.

<center>606.</center>

Defendant denies the allegations contained in Paragraph 606 of the Second

Amended Complaint.

<center>607.</center>

As to this Defendant, denied.

<center>608.</center>

As to this Defendant, denied.

**B.    T.H.'s Claims Against Defendants**

<center>**COUNT IX**</center>

<center>**Violations of the Georgia Racketeer Influenced and Corrupt
Organizations Act, O.C.G.A. § 16-14-4(a)
(Plaintiff T.H. Against Atlanta Red Roof Defendants Westmont, RRI, RRI III,
RRF, and Red Roof Franchising)**</center>

<center>609.</center>

Defendant realleges and incorporates by reference Paragraphs 1 through

608 as if expressly stated herein.

<center>610.</center>

As to this Defendant, denied.

<center>611.</center>

As to this Defendant, denied.

<center>612.</center>

As to this Defendant, denied.

613.

As to this Defendant, denied.

614.

As to this Defendant, denied.

615.

As to this Defendant, denied.

616.

As to this Defendant, denied.

## COUNT X

**Violations of Georgia Racketeer Influenced and Corrupt
Organizations Act, O.C.G.A. § 16-14-4(c)
(Plaintiff T.H. Against Atlanta Red Roof Defendants Westmont, RRI,
RRI III, RRF, and Red Roof Franchising)**

617.

Defendant realleges and incorporates by reference Paragraphs 1 through

616 as if expressly stated herein.

618.

As to this Defendant, denied.

619.

As to this Defendant, denied.

620.

As to this Defendant, denied.

621.

As to this Defendant, denied.

622.

As to this Defendant, denied.

623.

As to this Defendant, denied.

624.

As to this Defendant, denied.

625.

As to this Defendant, denied.

626.

As to this Defendant, denied.

627.

As to this Defendant, denied.

## COUNT XI
## TVPRA, 18 U.S.C. § 1595
## (Plaintiff T.H. Against Atlanta Red Roof Defendants Westmont, RRI, RRI III, RRF, and Red Roof Franchising)

628.

Defendant realleges and incorporates by reference Paragraphs 1 through 627 as if expressly stated herein.

629.

As to this Defendant, denied.

**Direct Liability**

630.

As to this Defendant, denied.

631.

As to this Defendant, denied.

632.

As to this Defendant, denied.

633.

As to this Defendant, denied.

634.

The allegations contained in Paragraph 634 of the Second Amended Complaint are not directed at this Defendant. In further responding, Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 634 of the Second Amended Complaint.

635.

The allegations contained in Paragraph 635 of the Second Amended Complaint are not directed at this Defendant. In further responding, Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 635 of the Second Amended Complaint.

636.

The allegations contained in Paragraph 636 of the Second Amended Complaint are not directed at this Defendant. In further responding, Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 636 of the Second Amended Complaint.

637.

Defendant denies the allegations contained in Paragraph 637 of the Second Amended Complaint.

638.

The allegations contained in Paragraph 638 of the Second Amended Complaint are not directed at this Defendant. In further responding, Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 638 of the Second Amended Complaint.

639.

As to this Defendant, denied.

640.

The allegations contained in Paragraph 640 of the Second Amended Complaint are not directed at this Defendant. In further responding, Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 640 of the Second Amended Complaint.

641.

As to this Defendant, denied.

642.

As to this Defendant, denied.

643.

As to this Defendant, denied.

644.

As to this Defendant, denied.

645.

As to this Defendant, denied.

646.

The allegations contained in Paragraph 646 of the Second Amended Complaint are not directed at this Defendant. In further responding, Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 646 of the Second Amended Complaint.

647.

As to this Defendant, denied.

**Vicarious Liability**

648.

As to this Defendant, denied.

<center>649.</center>

Defendant denies the allegations contained in Paragraph 649 of the Second

Amended Complaint.

<center>650.</center>

The allegations contained in Paragraph 650 of the Second Amended

Complaint are not directed at this Defendant. In further responding, Defendant

does not have sufficient knowledge or information to either admit or deny the

allegations contained in Paragraph 650 of the Second Amended Complaint.

<center>**Damages**</center>

<center>651.</center>

As to this Defendant, denied.

<center>652.</center>

As to this Defendant, denied.

<center>653.</center>

As to this Defendant, denied.

<center>**COUNT XII**
**Negligence**
**(Plaintiff T.H. Against the Atlanta Red Roof Defendants Westmont,**
**RRI, RRI III, RRF, and Red Roof Franchising)**</center>

<center>654.</center>

Defendant realleges and incorporates by reference Paragraphs 1 through

653 as if expressly stated herein.

655.

As to this Defendant, denied.

656.

As to this Defendant, denied.

657.

The allegations contained in Paragraph 657 of the Second Amended Complaint are not directed at this Defendant.  In further responding, Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 657 of the Second Amended Complaint.

658.

As to this Defendant, denied.

659.

As to this Defendant, denied.

660.

As to this Defendant, denied, including subparagraphs (a) through (k).

661.

As to this Defendant, denied.

662.

As to this Defendant, denied.

663.

Defendant denies the allegations contained in Paragraph 663 of the Second Amended Complaint.

664.

The allegations contained in Paragraph 664 of the Second Amended Complaint are not directed at this Defendant. In further responding, Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 664 of the Second Amended Complaint.

665.

As to this Defendant, denied.

666.

As to this Defendant, denied.

667.

As to this Defendant, denied.

**C.    Additional Theories of Recovery for T.H. (Alter Ego and Joint Venture)**

668.

Defendant realleges and incorporates by reference Paragraphs 1 through 667 as if expressly stated herein.

<p style="text-align:center">669.</p>

Defendant denies the allegations contained in Paragraph 669 of the Second Amended Complaint.

<p style="text-align:center">670.</p>

The allegations contained in Paragraph 670 of the Second Amended Complaint are not directed at this Defendant.  In further responding, Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 670 of the Second Amended Complaint.

All allegations not expressly admitted or otherwise addressed herein are hereby denied.

Responding to the WHEREFORE Paragraph, Defendant denies the allegations contained in this Paragraph cast against it.

## <u>AFFIRMATIVE DEFENSES</u>

## <u>FIRST AFFIRMATIVE DEFENSE</u>

The Plaintiffs have failed to state a claim for which relief can be granted.

## <u>SECOND AFFIRMATIVE DEFENSE</u>

The Plaintiffs' claims are barred by the fact that no act or omission by this Defendant has caused the Plaintiffs' alleged damages.

## THIRD AFFIRMATIVE DEFENSE

The Plaintiffs' claims are barred on the grounds of acquiescence, waiver, estoppel, and/or laches.

## FOURTH AFFIRMATIVE DEFENSE

The losses, if any, sustained by the Plaintiffs were the result of conduct of persons or entities over whom this Defendant has no control or responsibility, and for whose conduct Defendant is thus not liable.

## FIFTH AFFIRMATIVE DEFENSE

The Plaintiffs' claims against Defendant are barred because there is no causal connection between any alleged act, error, or omission by Defendant and the Plaintiffs' alleged damages.

## SIXTH AFFIRMATIVE DEFENSE

Some or all of Plaintiffs' claims may be barred by the applicable statute of limitations.

## SEVENTH AFFIRMATIVE DEFENSE

Defendant hereby gives notice that it intends to rely upon such other defenses as may become apparent during the course of discovery and thus expressly reserves the right to amend its Answers to assert such defenses.

## EIGHTH AFFIRMATIVE DEFENSE

The injuries or damages complained of were caused in whole or in part by the negligence of the Plaintiffs and that such negligence equaled or exceeded any negligence on the part of Defendant.

## NINTH AFFIRMATIVE DEFENSE

Plaintiffs willingly, knowingly and voluntarily exposed themselves to and assumed the risk and therefore, Plaintiffs' recovery are barred.

## TENTH AFFIRMATIVE DEFENSE

If it is judicially determined that Defendant was negligent or breached a duty as alleged, which is specifically denied, then such negligence or breach of duty was not a proximate cause of the damages claimed.

## ELEVENTH AFFIRMATIVE DEFENSE

Plaintiffs have released, settled, entered into accord and satisfaction or otherwise compromised their claims herein and, accordingly, said claims are barred by the operation of law.

## TWELFTH AFFIRMATIVE DEFENSE

Plaintiffs' alleged damages were caused by a superseding, intervening act, which was beyond the knowledge or control of Defendant.

## THIRTEENTH AFFIRMATIVE DEFENSE

The Plaintiffs' claims are barred in whole or in part because of their own comparative negligence.

## FOURTEENTH AFFIRMATIVE DEFENSE

Defendant at all times relevant hereto acted in accordance with the applicable standard of care under the circumstances.

## JURY DEMAND

Defendant hereby demands a trial by jury to the fullest extent permitted by law on all triable issues.

**WHEREFORE**, having fully answered Plaintiffs' Second Amended Complaint for Damages, Defendant Westmont Hospitality Group, Inc. respectfully prays for the following relief from this Honorable Court:

1. That Plaintiffs' claims be denied and Plaintiffs' Second Amended Complaint be dismissed with prejudice;

2. That all costs, attorney's fees, and expenses of this action be taxed against Plaintiffs;

3. That the case be tried before a jury of twelve (12) persons; and

4. For such other and further relief as this Honorable Court deems just and proper.

Respectfully submitted this 15th day of April, 2021.

/s/ Adi Allushi
CHARLES K. REED
Georgia Bar No. 597597
P. MICHAEL FREED
Georgia Bar No. 061128
ADI ALLUSHI
Georgia Bar No. 852810

LEWIS BRISBOIS BISGAARD
  & SMITH LLP
1180 Peachtree Street NE
Suite 2900
Atlanta, Georgia 30309
(404) 348-8585
(404) 467-8845 Facsimile
Chuck.Reed@lewisbrisbois.com
Michael.Freed@lewisbrisbois.com
Adi.Allushi@lewisbrisbois.com

*Attorneys for Red Roof Inns, Inc.;*
*FMW RRI NC, LLC;*
*Red Roof Franchising, LLC;*
*RRI West Management, LLC;*
*Westmont Hospitality Group, Inc.; and*
*RRI III, LLC*

## RULE 7.1D CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1D of the United States District Court of the Northern District of Georgia, the undersigned certifies that the foregoing submission to the Court was computer-processed, double-spaced between lines, and used Times New Roman font of 14 point size.

Dated: April 15, 2021.

<div style="text-align: right;">

*/s/ Adi Allushi*
ADI ALLUSHI

</div>

## CERTIFICATE OF SERVICE

I hereby certify that I have this 15th day of April, 2021 filed the within and foregoing ***Defendant Westmont Hospitality Group, Inc.'s Answer And Affirmative Defenses To Plaintiffs' Second Amended Complaint For Damages*** via CM/ECF, which automatically sends an electronic copy to all counsel of records as follows:

| | |
|---|---|
| John E. Floyd | Patrick J. McDonough |
| Tiana S. Mykkeltvedt | Jonathan S. Tonge |
| Manoj S. Varghese | ANDERSEN, TATE & CARR, P.C. |
| Amanda Kay Seals | One Sugarloaf Centre |
| Michael R. Baumrind | 1960 Satellite Blvd., Suite 4000 |
| BONDURANT, MIXSON & ELMORE, LLP | Duluth, Georgia 30097 |
| 1201 West Peachtree St. NW | |
| Suite 3900 | |
| Atlanta, Georgia 30309 | |

/s/ Adi Allushi
CHARLES K. REED
Georgia Bar No. 597597
P. MICHAEL FREED
Georgia Bar No. 061128
ADI ALLUSHI
Georgia Bar No. 852810

*Attorney for Defendants*
*Attorneys for Red Roof Inns, Inc.;*
*FMW RRI NC, LLC;*
*Red Roof Franchising, LLC;*
*RRI West Management, LLC;*
*Westmont Hospitality Group, Inc.; and*
*RRI III, LLC*