# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| W.K., E.H., M.M., R.P., M.B., D.P., A.F., C.A., R.K., K.P., and T.H.,<br><br>　　Plaintiffs,<br><br>v.<br><br>RED ROOF INNS, INC., FMW RRI NC, LLC, RED ROOF FRANCHISING, LLC, RRI WEST MANAGEMENT, LLC, VARAHI HOTEL, LLC, WESTMONT HOSPITALITY GROUP, INC., and RRI III, LLC,<br><br>　　Defendants. | CIVIL ACTION FILE<br><br>NO. 1:20-cv-5263-MHC<br><br>JURY TRIAL DEMANDED<br><br>Pursuant to Fed. R. Civ. P. 38 |
| JANE DOE 1–4,<br><br>　　Plaintiffs,<br><br>v.<br><br>RED ROOF INNS, INC., et al.<br><br>　　Defendant, | CIVIL ACTION FILE<br><br>NO. 1:21-cv-04278-WMR<br><br>JURY TRIAL DEMANDED<br><br>Pursuant to Fed. R. Civ. P. 38 |

## **CERTIFICATE OF SERVICE OF DISCOVERY**

I hereby certify that on July 20, 2022, I served a true and correct copy of the following document in accordance with the certificate of service attached thereto:

#3402232v1

1

1. Plaintiffs' Fourth Requests for Production of Documents to Red Roof Inns, Inc., FMW RRI NC, LLC, Red Roof Franchising, LLC, RRI West Management, LLC, and RRI III, LLC.

Respectfully submitted this 20th day of July, 2022.

                                           */s/ Michael R. Baumrind*
                                           John E. Floyd
                                           Georgia Bar No. 266413
                                           floyd@bmelaw.com
                                           Manoj S. Varghese
                                           Georgia Bar No. 734668
                                           varghese@bmelaw.com
                                           Tiana S. Mykkeltvedt
                                           Georgia Bar No. 533512
                                           mykketlvedt@bmelaw.com
                                           Amanda Kay Seals
                                           Georgia Bar No. 502720
                                           seals@bmelaw.com
                                           Michael R. Baumrind
                                           Georgia Bar No. 960296
                                           baumrind@bmelaw.com
                                           Juliana Mesa
                                           Georgia Bar No. 585087
                                           mesa@bmelaw.com

BONDURANT, MIXSON & ELMORE, LLP
1201 West Peachtree Street, N.W., Suite 3900
Atlanta, Georgia 30309
(404) 881-4100 – Telephone
(404) 881-4111 – Facsimile

                                                                           Jonathan S. Tonge
jtonge@atclawfirm.com
Georgia Bar No. 303999
Patrick J. McDonough
Georgia Bar No. 489855
pmcdonough@atclawfirm.com

ANDERSEN, TATE & CARR, P.C.
One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 – Telephone
(770) 822-9680 – Facsimile

*Attorneys for Plaintiffs*

#3402232v1

3

# CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of July, 2022, I served a true and correct copy of the within and foregoing **CERTIFICATE OF SERVICE OF DISCOVERY** using the CM/ECF filing system which will cause copies to be served on counsel as follows:

| | |
|---|---|
| Charles K. Reed, Esq.<br>Adi Allushi, Esq.<br>Emma J. Fennelly, Esq.<br>**Lewis Brisbois Bisgaard & Smith LLP**<br>Bank of America Plaza<br>600 Peachtree Street, N.E.<br>Suite 4700<br>Atlanta, Georgia 30308<br>Chuck.Reed@lewisbrisbois.com<br>Michael.Freed@lewisbrisbois.com<br>Adi.Allushi@lewisbrisbois.com<br>Emma.Fennelly@lewisbrisbois.com | Warner S. Fox, Esq.<br>C. Shane Keith, Esq.<br>Elliott C. Ream, Esq.<br>**Hawkins Parnell & Young LLP**<br>303 Peachtree Street, N.E.<br>Suite 4000<br>Atlanta, Georgia 30308-3243<br>wfox@hpylaw.com<br>skeith@hpylaw.com<br>eream@hpylaw.com |

                     */s/ Michael R. Baumrind*