# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| W.K., E.H., M.M., R.P., M.B., D.P., A.F., C.A., R.K., K.P., and T.H.,<br><br>    Plaintiffs,<br><br>v.<br><br>RED ROOF INNS, INC., FMW RRI NC, LLC, RED ROOF FRANCHISING, LLC, RRI WEST MANAGEMENT, LLC, VARAHI HOTEL, LLC, WESTMONT HOSPITALITY GROUP, INC., and RRI III, LLC,<br><br>    Defendants. | CIVIL ACTION FILE<br><br>NO. 1:20-cv-5263-MHC<br><br>JURY TRIAL DEMANDED<br><br>Pursuant to Fed. R. Civ. P. 38 |
| JANE DOE 1–4,<br><br>    Plaintiffs,<br><br>v.<br><br>RED ROOF INNS, INC., et al.<br><br>    Defendant, | CIVIL ACTION FILE<br><br>NO. 1:21-cv-04278-WMR<br><br>JURY TRIAL DEMANDED<br><br>Pursuant to Fed. R. Civ. P. 38 |

## CERTIFICATE OF SERVICE
## OF NOTICES OF DEPOSITION

I hereby certify that on August 3, 2022, I served a true and correct copy of the following:

1. **PLAINTIFFS' AMENDED 30(b)(6) NOTICE OF DEPOSITION OF RED ROOF FRANCHISING, LLC;**

2. **PLAINTIFFS' AMENDED 30(b)(6) NOTICE OF DEPOSITION OF RRI WEST MANAGEMENT, LLC;**

3. **PLAINTIFFS' AMENDED 30(b)(6) NOTICE OF DEPOSITION OF FMW RRI NC, LLC;**

4. **PLAINTIFFS' AMENDED 30(b)(6) NOTICE OF DEPOSITION OF RRI III, LLC; and**

5. **PLAINTIFFS' AMENDED 30(b)(6) NOTICE OF DEPOSITION OF RED ROOF INNS, INC.**

This 3rd day of August, 2022.

*/s/ Michael R. Baumrind*
John E. Floyd
Georgia Bar No. 266413
floyd@bmelaw.com
Manoj S. Varghese
Georgia Bar No. 734668
varghese@bmelaw.com
Tiana S. Mykkeltvedt
Georgia Bar No. 533512
mykkeltvedt@bmelaw.com
Amanda Kay Seals
Georgia Bar No. 502720
seals@bmelaw.com
Michael R. Baumrind
Georgia Bar No. 960296
baumrind@bmelaw.com
Juliana Mesa
Georgia Bar No. 585087
mesa@bmelaw.com

BONDURANT, MIXSON & ELMORE, LLP
1201 West Peachtree Street, N.W., Suite 3900
Atlanta, Georgia 30309
(404) 881-4100 – Telephone
(404) 881-4111 – Facsimile

                               Jonathan S. Tonge
                               jtonge@atclawfirm.com
                               Georgia Bar No. 303999
                               Patrick J. McDonough
                               Georgia Bar No. 489855
                               pmcdonough@atclawfirm.com

ANDERSEN, TATE & CARR, P.C.
One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 – Telephone
(770) 822-9680 – Facsimile

                               ***Attorneys for Plaintiffs***

## **CERTIFICATE OF SERVICE**

I hereby certify that I have filed a true and correct copy of the foregoing CERTIFICATE OF SERVICE OF NOTICES OF DEPOSITION using the CM/ECF filing system which will cause copies to be served on counsel of record.

This 3rd day of August, 2022.

*/s/ Michael R. Baumrind*
Michael R. Baumrind
Georgia Bar No. 960296
