## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| W.K., E.H., M.M., R.P., M.B., D.P., A.F., C.A., R.K., K.P., and T.H.,<br><br>    Plaintiffs,<br><br>v.<br><br>RED ROOF INNS, INC., FMW RRI NC, LLC, RED ROOF FRANCHISING, LLC, RRI WEST MANAGEMENT, LLC, VARAHI HOTEL, LLC, WESTMONT HOSPITALITY GROUP, INC., and RRI III, LLC,<br><br>    Defendants. | CIVIL ACTION FILE<br><br>NO. 1:20-cv-5263-MHC<br><br>JURY TRIAL DEMANDED<br><br>Pursuant to Fed. R. Civ. P. 38 |
| JANE DOE 1, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>WESTMONT HOSPITALITY GROUP, INC., et al.,<br><br>    Defendants. | CIVIL ACTION FILE<br><br>NO. 1:21-cv-4278-WMR<br><br>JURY TRIAL DEMANDED<br><br>Pursuant to Fed. R. Civ. P. 38 |

#3472672v1

| | |
|---|---|
| JANE DOE 1,<br><br>　　　Plaintiff,<br><br>v.<br><br>RED ROOF INNS, INC., et al.,<br><br>　　　Defendants. | CIVIL ACTION FILE<br><br>NO. 1:19-cv-3840-WMR<br><br>JURY TRIAL DEMANDED<br><br>Pursuant to Fed. R. Civ. P. 38 |
| JANE DOE 2,<br><br>　　　Plaintiff,<br><br>v.<br><br>RED ROOF INNS, INC., et al.,<br><br>　　　Defendants. | CIVIL ACTION FILE<br><br>NO. 1:19-cv-3841-WMR<br><br>JURY TRIAL DEMANDED<br><br>Pursuant to Fed. R. Civ. P. 38 |
| JANE DOE 3,<br><br>　　　Plaintiff,<br><br>v.<br><br>RED ROOF INNS, INC., et al.,<br><br>　　　Defendants. | CIVIL ACTION FILE<br><br>NO. 1:19-cv-3843-WMR<br><br>JURY TRIAL DEMANDED<br><br>Pursuant to Fed. R. Civ. P. 38 |

#3472672v1

| JANE DOE 4, | CIVIL ACTION FILE |
|---|---|
| Plaintiff, | NO. 1:19-cv-3845-WMR |
| v. | JURY TRIAL DEMANDED |
| RED ROOF INNS, INC., et al., | Pursuant to Fed. R. Civ. P. 38 |
| Defendants. | |

## PLAINTIFFS' NOTICE OF VIDEO
## DEPOSITION OF MEGHAN HARRSCH

PLEASE TAKE NOTICE that, pursuant to Federal Rules of Civil Procedure 26 and 30, counsel for Plaintiffs will take the videotaped deposition of Meghan Harrsch for purposes of discovery, cross-examination of a witness and all other purposes allowable under the Federal Rules of Civil Procedure on **October 5, 2022**, beginning at **8:00 a.m.** E.D.T. at the offices of **Lewis Brisbois, Bisgaard & Smith LLP, 600 Peachtree Street, Suite 4700, Atlanta, Georgia 30308**. The deposition shall be taken by a Certified Court Reporter duly authorized by law to administer oaths, by stenographic means, and will be recorded by stenographic means and may be recorded by sound and/or sound and visual means.

This deposition shall be used for all permissible purposes under the Federal Rules of Civil Procedure and will be for the purposes of discovery, for

#3472672v1

use of evidence at trial, and for all other purposes and uses authorized by law. The deposition shall continue from day to day until complete.

Respectfully submitted this 3rd day of October, 2022.

/s/ Michael R. Baumrind
John E. Floyd
Georgia Bar No. 266413
floyd@bmelaw.com
Manoj S. Varghese
Georgia Bar No. 734668
varghese@bmelaw.com
Tiana S. Mykkeltvedt
Georgia Bar No. 533512
mykkeltvedt@bmelaw.com
Amanda Kay Seals
Georgia Bar No. 502720
seals@bmelaw.com
Michael R. Baumrind
Georgia Bar No. 960296
baumrind@bmelaw.com
Juliana Mesa
Georgia Bar No. 585087
mesa@bmelaw.com

BONDURANT, MIXSON & ELMORE, LLP
1201 West Peachtree Street, N.W., Suite 3900
Atlanta, Georgia 30309
(404) 881-4100 – Telephone
(404) 881-4111 – Facsimile

Jonathan S. Tonge
jtonge@atclawfirm.com
Georgia Bar No. 303999
Patrick J. McDonough
Georgia Bar No. 489855
pmcdonough@atclawfirm.com

#3472672v1

Page 4

ANDERSEN, TATE & CARR, P.C.
One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 – Telephone
(770) 822-9680 – Facsimile

*Attorneys for Plaintiffs*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on the date set forth below, I caused a true and correct copy of the foregoing **PLAINTIFFS' NOTICE OF VIDEO DEPOSITION OF MEGHAN HARRSCH** to be served upon all counsel of record via automatic notice by electronic filing on the CM/ECF system and via email (*per agreement of counsel*) on counsel of record as follows:

> Charles K. Reed, Esq.
> Adi Allushi, Esq.
> Lillian K. Henry, Esq.
> Emma J. Fennelly, Esq.
> **Lewis Brisbois Bisgaard & Smith LLP**
> Bank of America Plaza
> 600 Peachtree Street, N.E., Suite 4700
> Atlanta, Georgia 30308
> Chuck.Reed@lewisbrisbois.com
> Adi.Allushi@lewisbrisbois.com
> Lillian.Henry@lewisbrisbois.com
> Emma.Fennelly@lewisbrisbois.com
>
> Warner S. Fox, Esq.
> C. Shane Keith, Esq.
> Elliott C. Ream, Esq.
> **Hawkins Parnell & Young LLP**
> 303 Peachtree Street, N.E., Suite 4000
> Atlanta, Georgia 30308-3243
> wfox@hpylaw.com
> skeith@hpylaw.com
> eream@hpylaw.com

This 3rd day of October, 2022.

*/s/ Michael R. Baumrind*
Michael R. Baumrind