# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| W.K., E.H., M.M., R.P., M.B., D.P., A.F., C.A., R.K., K.P., and T.H., <br><br> Plaintiffs, <br><br> v. <br><br> RED ROOF INNS, INC., FMW RRI NC, LLC, RED ROOF FRANCHISING, LLC, RRI WEST MANAGEMENT, LLC, VARAHI HOTEL, LLC, WESTMONT HOSPITALITY GROUP, INC., and RRI III, LLC, <br><br> Defendants. | CIVIL ACTION FILE <br><br> NO. 1:20-cv-5263-VMC <br><br> JURY TRIAL DEMANDED <br><br> Pursuant to Fed. R. Civ. P. 38 |

## AMENDED CERTIFICATE OF SERVICE OF DISCOVERY

Counsel for Plaintiffs file this Amended Certificate of Service of Discovery and certify as follows:

1. On October 13, 2022, Plaintiffs served the responses to the Defendant Red Roof Inns, Inc.'s Requests for Admissions on behalf of Plaintiffs W.K., M.M., R.P., D.P., A.F., C.A., R.K., K.P., and T.H. via email on counsel of record as follows:

#3480532v1

1

        Charles K. Reed, Esq.
        Adi Allushi, Esq.
        Lillian K. Henry, Esq.
        Emma J. Fennelly, Esq.
        Lewis Brisbois Bisgaard & Smith LLP
        Bank of America Plaza
        600 Peachtree Street, N.E., Suite 4700
        Atlanta, Georgia 30308
        Chuck.Reed@lewisbrisbois.com
        Adi.Allushi@lewisbrisbois.com
        Lillian.Henry@lewisbrisbois.com
        Emma.Fennelly@lewisbrisbois.com

        Warner S. Fox, Esq.
        C. Shane Keith, Esq.
        Elliott C. Ream, Esq.
        Hawkins Parnell & Young LLP
        303 Peachtree Street, N.E., Suite 4000
        Atlanta, Georgia 30308-3243
        wfox@hpylaw.com
        skeith@hpylaw.com
        eream@hpylaw.com

2.    Counsel also sent these responses via U.S. Mail, but due to a clerical error, the responses on behalf of M.B. and E.H. were not included in the email and the response on behalf of M.B. may not have been included in the mail.

3.    On Oct. 19, 2022, counsel for Defendants notified counsel for Plaintiffs of this error. In response, counsel for Plaintiffs sent the responses on behalf of E.H. and M.B. anew via e-mail on October 20, 2022, and requested an extension *nunc pro tunc* to account for the clerical error.

4. Red Roof Inn responded, denying the request for an extension *nunc pro tunc* but agreeing to "accept the late responses and not deem them admitted."

Respectfully submitted this 3rd day of November, 2022.

*/s/ Michael R. Baumrind*
John E. Floyd
Georgia Bar No. 266413
floyd@bmelaw.com
Manoj S. Varghese
Georgia Bar No. 734668
varghese@bmelaw.com
Tiana S. Mykkeltvedt
Georgia Bar No. 533512
mykketlvedt@bmelaw.com
Amanda Kay Seals
Georgia Bar No. 502720
seals@bmelaw.com
Michael R. Baumrind
Georgia Bar No. 960296
baumrind@bmelaw.com
Juliana Mesa
Georgia Bar No. 585087
mesa@bmelaw.com

BONDURANT, MIXSON & ELMORE, LLP
1201 West Peachtree Street, N.W., Suite 3900
Atlanta, Georgia 30309
(404) 881-4100 – Telephone
(404) 881-4111 – Facsimile

#3480532v1

                                         Jonathan S. Tonge
                                         jtonge@atclawfirm.com
                                         Georgia Bar No. 303999
                                         Patrick J. McDonough
                                         Georgia Bar No. 489855
                                         pmcdonough@atclawfirm.com

ANDERSEN, TATE & CARR, P.C.
One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 – Telephone
(770) 822-9680 – Facsimile

                      *Attorneys for Plaintiffs*

#3480532v1

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of November, 2022, I served a true and correct copy of the within and foregoing **AMENDED CERTIFICATE OF SERVICE OF DISCOVERY** using the CM/ECF filing system which will cause copies to be served on all counsel of record.

*/s/ Michael R. Baumrind*
Michael R. Baumrind
