## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| **W.K., E.H., M.M., R.P., M.B.,** | **)** | |
| **D.P., and A.F.,** | **)** | |
| | **)** | |
| **Plaintiff,** | **)** | **CIVIL ACTION FILE** |
| | **)** | **NO. 1:20-CV-5263-MHC** |
| **v.** | **)** | |
| | **)** | |
| **RED ROOF INNS, INC., _et al.,_** | **)** | |
| | **)** | |
| **Defendants.** | **)** | |

## DEFENDANT VARAHI HOTEL, LLC'S
## LOCAL RULE 26.3 CERTIFICATE OF SERVICE OF DISCOVERY

COMES NOW Defendant Varahi Hotel, LLC, and pursuant to L.R. N.D.
Ga. 26.3, and hereby certifies that it served, all counsel of record with the
following discovery materials:

1. Defendant Varahi Hotel, LLC's Responses to Plaintiffs' Fourth
   Request for Production of Documents

via by Statutory Electronic Service as follows:

John E. Floyd
Tiana S. Mykkeltvedt
Michael R. Baumrind
Amanda Kay Seals
Manoj Sam Varghese
Bondurant Mixson & Elmore LLP
1201 W. Peachtree St., Suite 3900
Atlanta, GA 30309
floyd@bmelaw.com
mykkeltvedt@bmelaw.com
seals@bmelaw.com
varghese@bmelaw.com


Patrick J. McDonough
Jonathan Tonge
Andersen, Tate & Carr, PC
1960 Satellite Blvd. #4000
Duluth, GA 30097
pmcdonough@atclawfirm.com
jtonge@atclawfirm.com

Charles K. Reed
Adi Allushi
Lewis Brisbois *et al.*
1180 Peachtree St. NE, Ste. 2900
Atlanta, GA 30309
Chuck.Reed@lewisbrisbois.com
Adi.Allushi@lewisbrisbois.com
Lillian.henry@lewisbrisbois.com

**DATED**:  November 7, 2022.

**HAWKINS PARNELL & YOUNG, LLP**

*/s/ C. Shane Keith*

_____
C. Shane Keith
Georgia Bar No. 411317
Elliott C. Ream
Georgia Bar No. 528281
*Counsel for Defendant Varahi Hotel, LLC*

303 Peachtree Street, NE
Suite 4000
Atlanta, GA 30308-3243
(404) 614-7400
skeith@hpylaw.com
eream@hpylaw.com