**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| W.K., E.H., M.M., R.P., M.B., D.P., A.F., C.A., R.K., T.H., and K.P., Plaintiffs, | * * * | Civil Action No. 1:20-CV-05263-VMC |
| v. | * * | |
| RED ROOF INNS, INC., et al., Defendants. | * * | |

**DEFENDANT WESTMONT HOSPITALITY GROUP, INC.'S
MOTION FOR SUMMARY JUDGMENT AGAINST PLAINTIFFS**

Defendant Westmont Hospitality Group, Inc.'s ("Defendant" or "Westmont") respectfully submits its Motion for Summary Judgment Against Plaintiffs W.K., E.H., M.M., R.P., M.B., D.P., A.F., C.A., R.K., T.H., and K.P (collectively "Plaintiffs"). Westmont bases this Motion on the following documents, filed contemporaneously herewith:

A. Westmont's Memorandum in Support of its Motion for Summary Judgment;

B. Westmont's Statement of Material Facts; and

C. Westmont's 30(b)(6) Deposition Transcript

D. All other pleadings, discovery, documents, and evidentiary materials in the record of the case at the time the Court considers this motion.

WHEREFORE, Westmont Hospitality Group, Inc. respectfully requests that this Honorable Court grant its Motion for Summary Judgment, enter judgment in its favor and against Plaintiffs and award such other and further relief in their favor that the Court deems appropriate.

Respectfully submitted this 20th day of January, 2023.

*/s/ Adi Allushi*____________

LEWIS BRISBOIS BISGAARD
& SMITH LLP
Bank of America Plaza
600 Peachtree Street, NE, Suite 4700
Atlanta, Georgia 30308
(404) 348-8585
(404) 467-8845 Facsimile
Chuck.Reed@lewisbrisbois.com
Adi.Allushi@lewisbrisbois.com
Emma.Fennelly@lewisbrisbois.com

CHARLES K. REED
Georgia Bar No. 597597
ADI ALLUSHI
Georgia Bar No. 852810
EMMA J. FENNELLY
Georgia Bar No. 610587

*Attorneys for Defendants Red Roof Inns, Inc., FMW RRI NC, LLC, Red Roof Franchising, LLC, RRI West Management, LLC, Westmont Hospitality Group, Inc. and RRI III, LLC*