**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| W.K., E.H., M.M., R.P., M.B., D.P., A.F., C.A., R.K., T.H., and K.P., Plaintiffs, | * * * | Civil Action No. 1:20-CV-05263-VMC |
| v. | * * | |
| RED ROOF INNS, INC., et al., Defendants. | * * | |

**DEFENDANT WESTMONT HOSPITALITY GROUP, INC.'S STATEMENT OF MATERIAL FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT AGAINST PLAINTIFFS**

Defendant Westmont Hospitality Group, Inc.'s ("Defendant" or "Westmont") respectfully submits this Statement of Material Facts in support of its Motion for Summary Judgment Against Plaintiffs W.K., E.H., M.M., R.P., M.B., D.P., A.F., C.A., R.K., T.H., and K.P (collectively "Plaintiffs").

## STATEMENT OF MATERIAL FACTS

### A. Plaintiffs' Complaints and Allegations.

1. Plaintiffs claim that Westmont RRI jointly own, operate, and profit from Red Roof hotels around the country, including the Buckhead RRI and Smyrna RRI. (SAC ¶ 363).

2. Plaintiffs further allege that Westmont owns RRI. (*Id.* ¶ 364).

3. Plaintiffs claim that Westmont, with and through FMW and RRI West, controlled the Smyrna RRI during the 2010-2012 period of corporate ownership of the property. (SAC ¶ 370).

4. Plaintiffs further allege that Westmont, with and through RRI III and RRI West, controlled the Buckhead RRI from 2009 through 2017. (*Id.* ¶ 380).

**B. Westmont Hospitality Group, Inc.**

5. Plaintiffs present no evidence Westmont has any relationship whatsoever to the Remaining Defendants or the subject properties. Plaintiffs simply based their allegations on speculations based on a Westmont Hospitality Group website ("WHG Website")[1].

6. According to the WHG Website, Westmont Hospitality Group ("WHG") is an owner and operator of hotels around the globe. The legal entity and Defendant Westmont, however, is not related to WHG or the business represented in its website. Instead, Westmont was created to hold common shares of stock. (Westmont 30(b)(6) Dep. 34:23–35:6).

7. Westmont has no employees, board of directors, officers or directors, partners, or affiliates. (*Id.* at 35:13-23, 41:24-25).

8. Westmont does not hold direct interest in any Red Roof hotels. (*Id.* at 36:5-7).

---

[1] Westmont Hospitality Group, www.whg.com, (last visited January 20, 2023).

9. Westmont does not hold interest in any entity that has an ownership interest in any Red Roof hotels. (Westmont 30(b)(6) Dep. at 36:8-10).

10. Westmont, therefore, has no direct or indirect interest in either the Buckhead RRI or the Smyrna RRI. (*See id.* at 36:5-15).

11. Moreover, Westmont does not hold any interest in RRI or RRI West. (*Id.* at 38:12-22).

12. Essentially, "the company does nothing. It owns nothing. It has no employees." (*Id.* at 36:23-24).

13. Westmont does not have any corporate affiliations or interest in other companies. (*Id.* at 42:7-9).

14. Westmont has no affiliations with any properties or hotels and does not own or operate any hotels. (*Id.* at 42:19-21).

15. Because Westmont does not own or operate any hotels or otherwise affiliate with any hotels, "Westmont does receive any profits from any hotels[.]" (*Id.* at 43:1-3).

16. There is no relationship between Westmont and RRI. (*Id.* at 98:3-8).

17. Further, there is no relationship between Westmont and Varahi. (*Id.* at 139:24-6).

*Signatures follow on next page.*

Respectfully submitted this 20th day of January, 2023.


*/s/ Adi Allushi*____________
CHARLES K. REED
Georgia Bar No. 597597
ADI ALLUSHI
Georgia Bar No. 852810
EMMA J. FENNELLY
Georgia Bar No. 610587

*Attorneys for Defendants*
*Red Roof Inns, Inc., FMW RRI NC, LLC, Red Roof Franchising, LLC, RRI West Management, LLC, Westmont Hospitality Group, Inc. and RRI III, LLC*

LEWIS BRISBOIS BISGAARD
& SMITH LLP
Bank of America Plaza
600 Peachtree Street, NE, Suite 4700
Atlanta, Georgia 30308
(404) 348-8585
(404) 467-8845 Facsimile
Chuck.Reed@lewisbrisbois.com
Adi.Allushi@lewisbrisbois.com
Emma.Fennelly@lewisbrisbois.com