# EXHIBIT 3

## TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

## EXCERPT FROM DEPOSITION TRANSCRIPT OF

## GREGORY STOCKER

## THE FULL DEPOSITION TRANSCRIPT WILL BE FILED PROVISIONALLY UNDER SEAL

```
 1              IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF GEORGIA
 2                       ATLANTA DIVISION
 3   W.K., E.H., M.M., R.P., M.B.,    )
     D.P., A.F., C.A., R.K., K.P.,    )
 4   and T.H.,                        )
             Plaintiffs,              )
 5                                    )
         v.                           ) CIVIL ACTION FILE NO.
 6                                    ) 1:20-CV-5263-MHC
     RED ROOF INNS, INC.; FMW         ) JURY TRIAL DEMANDED
 7   RRI NC, LLC; RED ROOF            ) Pursuant to Fed. R.
     FRANCHISING, LLC; RRI WEST       ) Civ. P. 38
 8   MANAGEMENT, LLC; VARAHI          )
     HOTEL, LLC; WESTMONT HOSPITALITY)
 9   GROUP, INC.; and RRI, III, LLC, )
             Defendants.              )
10   _____
     JANE DOE 1-4,                    )
11           Plaintiffs,              )
                                      ) CIVIL ACTION FILE NO.
12       v.                           ) 1:21-CV-04278-WMR
                                      ) JURY TRIAL DEMANDED
13   RED ROOF INNS, INC., et al.      ) Pursuant to Fed. R.
             Defendant.               ) Civ. P. 38
14
                           VOLUME II
15
                  VIDEOTAPED DEPOSITION OF:
16
                GREGORY E. STOCKER 30(B)(6)
17
         Being taken pursuant to stipulations herein:
18
              Before Debbie C. Hennings, CCR, RPR
19
               Wednesday, September 21, 2022
20
                   Commencing at 10:59 a.m.
21
22
23      All parties, including the court reporter, appeared
     remotely.
24
25   Job No. 121105
```

```
 1   Red Roof location without Red Roof having knowledge of it?
 2       A.   Yes, it's possible.
 3       Q.   And that's because it's a clandestine operation,
 4   correct?
 5       A.   Correct.
 6            MR. VARGHESE:  Objection.
 7   BY MR. ALLUSHI:
 8       Q.   And you repeatedly testified to that?
 9       A.   Correct.
10            MR. VARGHESE:  Objection.
11   BY MR. ALLUSHI:
12       Q.   It's very difficult to know what happens behind
13   closed doors at a hotel, correct?
14       A.   Absolutely.
15            MR. VARGHESE:  Objection.
16   BY MR. ALLUSHI:
17       Q.   Could a hotel know things that happened behind
18   closed doors?
19       A.   No.
20            MR. VARGHESE:  Objection.
21   BY MR. ALLUSHI:
22       Q.   Ultimately, as you sit here today, Red Roof was
23   never aware of any sex trafficking occurring at the Red Roof
24   Smyrna between 2009 and 2019, correct?
25            MR. VARGHESE:  Objection.
```



```
 1              THE WITNESS:  Correct.
 2   BY MR. ALLUSHI:
 3        Q.   And as you sit here today, Red Roof was never aware
 4   of any sex trafficking occurring at the North Druid Hills
 5   property between 2009 and 2019?
 6        A.   Correct.
 7             MR. VARGHESE:  Objection.
 8   BY MR. ALLUSHI:
 9        Q.   And based on the documents --
10             COURT REPORTER:  I'm sorry.  Denise, did you object
11        there?
12             I need you to slow down just a little bit,
13        Mr. Allushi.
14             MR. ALLUSHI:  Yes, ma'am.  Sorry about that.
15             MS. HOYING:  Yeah, Debbie, I think where one
16        objection is good for everybody, so as long you get me or
17        Sachin, that's fine.
18             COURT REPORTER:  Okay, I'm getting Sachin's.
19             MR. ALLUSHI:  Yeah, I think we agreed to that in the
20        first deposition and I think Sachin is doing a fine job
21        objecting.
22   BY MR. ALLUSHI:
23        Q.   Based on the documents you reviewed, Mr. Stocker, is
24   it fair to say Red Roof was not aware of any verified
25   complaints of sex trafficking occurring at Smyrna?
```