# Plaintiffs' Summary Judgment Ex. 171- 2016 Performance Evaluation Robert Allen

# Provisionally Filed Under Seal