**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| W.K., E.H., M.M., R.P., M.B., D.P., A.F., C.A., R.K., K.P. and T.H., <br><br> Plaintiffs, <br> v. <br><br> RED ROOF INNS, INC.; <br> FMW RRI NC, LLC; <br> RED ROOF FRANCHISING, LLC; <br> RRI WEST MANAGEMENT, LLC; <br> and RRI III, LLC, <br><br> Defendants. | Civil Action No. <br> 1:20-CV-05263-VMC |

## <u>SUPPLEMENTAL PROPOSED CONSOLIDATED PRETRIAL ORDER</u>

Plaintiffs W.K., E.H., M.M., R.P., M.B., D.P., A.F., C.A., R.K., K.P., and T.H. and Defendants Red Roof Inns, Inc., FMW RRI NC, LLC, Red Roof Franchising, LLC, RRI West Management, LLC, and RRI III, LLC, by and through their undersigned counsel, submit this supplemental proposed consolidated pretrial order. This supplemental order replaces the pretrial order submitted on October 13, 2023 (Doc. 425) and reflects the parties' further efforts to prepare the case for trial

**1.**

**There are no motions or other matters pending for consideration by the court except as noted:**

Upon review of the Court's order on the Parties' summary judgment motions (Doc. 421), the Parties noticed what appears to be an error. In Footnote 4, the Court stated that it was "omit[ting] background information about Plaintiffs E.H., M.B., and D.P., as each of them only held claims against Defendant Varahi." However, all three of these Plaintiffs have the following live claims against the Red Roof Inn Defendants relating to trafficking at the Smyrna Red Roof:

- Count 1 (RICO, OCGA § 16-14-4(a))
- Count 2 (RICO, OCGA § 16-14-4(c))
- Count 3 (TVPRA)

(See Am. Compl., Doc. 31 at PDF 102–115.)

As part of their settlement with Varahi, these plaintiffs agreed to dismiss count 4 (the negligence count relating to the Smyrna Red Roof) against the Red Roof Inn Defendants, which the Court did when it adopted Plaintiffs' proposed order on September 8, 2023. (Doc. 420.) But the settlement with Varahi had no impact on Plaintiffs' claims in Counts 1, 2 and 3 against the Red Roof Inn Defendants relating to the Smyrna Red Roof.

The Parties see no need for reconsideration or even an amended summary judgment order because the order denied the Red Roof Inn Defendants' motions for summary judgment as to E.H., M.B., and D.P. (Docs. 271, 275, and 282). (Doc. 421

2

at 2–3, 32.) Plaintiffs also believe that such denial is consistent with the Court's substantive rulings, rejecting the Defendants' arguments.

Defendants' Motion to Sever (Doc. 434) remains pending.  Plaintiffs oppose that motion. The parties are aware of no other motions or matters pending for consideration by the court.

Plaintiffs' intend to file a motion for protective order to permit Plaintiffs to be referred to by their initials during trial.  Defendants intend to oppose this motion.

Defendants' motion to strike portions of Dr. Bliss' opinion is still outstanding. The parties did meet and confer and were unable to reach agreement. Further, Defendants intend to move to strike portions of Dr. Whitmore's testimony, whose deposition was just completed.  Plaintiffs intend to oppose these motions.

**2.**

**All discovery has been completed, unless otherwise noted, and the court will not consider any further motions to compel discovery.  (Refer to LR 37.1B). Provided there is no resulting delay in readiness for trial, the parties shall, however, be permitted to take the depositions of any persons for the preservation of evidence and for use at trial.**

Pursuant to agreement, the parties are completing the depositions of expert witnesses and will cooperate to schedule trial depositions, if any.

**3.**

**Unless otherwise noted, the names of the parties as shown in the caption to this Order and the capacity in which they appear are correct and complete,**

6407014.1

**and there is no question by any party as to the misjoinder or non-joinder of any parties.**

The parties are correctly identified.

## 4.

**Unless otherwise noted, there is no question as to the jurisdiction of the court; jurisdiction is based upon the following code sections.  (When there are multiple claims, list each claim and its jurisdictional basis separately.)**

This Court has subject matter jurisdiction over this lawsuit pursuant to 28 U.S.C. § 1331 because Plaintiffs assert claims arising under 18 U.S.C. § 1595(a), and pursuant to 28 U.S.C. § 1367 because Plaintiffs' state law claims form part of the same case or controversy as their federal law claims.  There is no dispute as to jurisdiction.

## 5.

**The following individually-named attorneys are hereby designated as lead counsel for the parties:**

**Plaintiff:**

Patrick J. McDonough
Georgia Bar No. 489855
pmcdonough@atclawfirm.com
ANDERSEN, TATE & CARR, P.C.
One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 – Telephone
(770) 822-9680 – Facsimile

6407014.1

Tiana S. Mykkeltvedt
Georgia Bar No. 533512
mykkeltvedt@bmelaw.com
BONDURANT, MIXSON & ELMORE, LLP
1201 West Peachtree Street, N.W., Suite 3900
Atlanta, Georgia 30309
(404) 881-4100 – Telephone
(404) 881-4111 – Facsimile

**Defendants:**
Chelsea R. Mikula
Ohio Bar No. 0086453
chelsea.mikula@tuckerellis.com
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, Ohio 44113
(216) 592-5000 – Telephone
(216) 592-5009 – Facsimile

Sandra J. Wunderlich
Missouri Bar No. 39019
sandra.wunderlich@tuckerellis.com
TUCKER ELLIS LLP
100 South Fourth Street, Suite 600
St. Louis, MO 63102
(314) 256-2544 - Telephone

**Other parties:**

None

**6.**

  **Normally, the plaintiff is entitled to open and close arguments to the jury. (Refer to LR39.3(B)(2)(b)). State below the reasons, if any, why the plaintiff should not be permitted to open arguments to the jury.**

  None.

**7.**

**The captioned case shall be tried ( X ) to a jury or (_____) to the court without a jury, or (_____) the right to trial by jury is disputed.**

**8.**

**State whether the parties request that the trial to a jury be bifurcated, i.e. that the same jury consider separately issues such as liability and damages. State briefly the reasons why trial should or should not be bifurcated.**

Plaintiffs request to bifurcate the consideration of punitive damages pursuant to O.C.G.A. §51-12-5.1(d), which provides that "the trier of fact shall first resolve from the evidence produced at trial whether an award of punitive damages shall be made." Then, "[i]f it is found that punitive damages are to be awarded, the trial shall immediately be recommenced in order to receive such evidence as is relevant to a decision regarding what amount of damages will be sufficient to deter, penalize, or punish the defendant in light of the circumstances of the case."

Defendants agree the issue of punitive damages will be bifurcated to the extent the procedure is consistent with O.C.G.A. 51-12-5.1.

**9.**

**Attached hereto as Attachment "A" and made a part of this order by reference are the questions which the parties request that the court propound to the jurors concerning their legal qualifications to serve.**

The parties do not request any additions to Judge Calvert's standard jury qualification questions.

6407014.1

**10.**

**Attached hereto as Attachment "B-1" are the general questions which plaintiff wishes to be propounded to the jurors on voir dire examination. Attached hereto as Attachment "B-2" are the general questions which defendant wishes to be propounded to the jurors on voir dire examination. Attached hereto as Attachment "B-3", "B-4", etc. are the general questions which the remaining parties, if any, wish to be propounded to the jurors on voir dire examination. The court, shall question the prospective jurors as to their address and occupation and as to the occupation of a spouse, if any. Counsel may be permitted to ask follow-up questions on these matters. It shall not, therefore, be necessary for counsel to submit questions regarding these matters. The determination of whether the judge or counsel will propound general voir dire questions is a matter of courtroom policy which shall be established by each judge.**

**11.**

**State any objections to plaintiff's voir dire questions:** *See* below.

**State any objections to defendant's voir dire questions:** *See* below.

**State any objections to the voir dire questions of the other parties, if any:**

The parties filed their voir dire questions and objections, per the Court's

instructions.

**12.**

**All civil cases to be tried wholly or in part by jury shall be tried before a jury consisting of not less than six (6) members, unless the parties stipulate otherwise. The parties must state in the space provided below the basis for any requests for additional strikes. Unless otherwise directed herein, each side as a group will be allowed the number of peremptory challenges as provided by 28 U.S.C. § 1870. *See* Fed.R.Civ.P. 47(b).**

Given the potentially sensitive nature of the subject matter of the lawsuit,

which may involve discussion of sex trafficking and prostitution, including physical

violence, sexual violence, and sexual trauma, the parties propose a larger panel of 40 potential jurors and a total of 6 peremptory challenges.

Furthermore, given the nature of the facts at issue, the parties also propose that the jurors complete a questionnaire in advance of voir dire. A questionnaire permits jurors to disclose sensitive information in a more discreet manner than if questions were posed in open court. The parties will confer with the goal of submitting a joint questionnaire in advance of the pre-trial conference.

**13.**
**State whether there is any pending related litigation.  Describe briefly, including style and civil action number.**

**Plaintiffs' position**: *Jane Does 1–4 v. Red Roof Inns, Inc. et al,* civil action no. 1:21-cv-4278-WMR, involved similar factual allegations and legal claims arising out of alleged sex trafficking and prostitution at the same two Red Roof Inn hotels. This case has now settled.

**Defendants' position**: There are no related cases. The *Jane Doe* case involved different plaintiffs, different traffickers, at different time periods and therefore did not arise out of the same or similar occurrences as this case.

**14.**
**Attached hereto as Attachment "C" is plaintiff's outline of the case which includes a succinct factual summary of plaintiff's cause of action and which shall be neither argumentative nor recite evidence.  All relevant rules, regulations, statutes, ordinances, and illustrative case law creating a specific legal duty relied upon by plaintiff shall be listed under a separate heading.  In**

8

negligence cases, each and every act of negligence relied upon shall be separately listed.  For each item of damage claimed, plaintiff shall separately provide the following information:  (a) a brief description of the item claimed, for example, pain and suffering; (b) the dollar amount claimed; and (c) a citation to the law, rule, regulation, or any decision authorizing a recovery for that particular item of damage.  Items of damage not identified in this manner shall not be recoverable.

### 15.

Attached hereto as Attachment "D" is the defendant's outline of the case which includes a succinct factual summary of all general, special, and affirmative defenses relied upon and which shall be neither argumentative nor recite evidence.  All relevant rules, regulations, statutes, ordinances, and illustrative case law relied upon as creating a defense shall be listed under a separate heading.  For any counterclaim, the defendant shall separately provide the following information for each item of damage claimed: (a) a brief description of the item claimed; (b) the dollar amount claimed; and (c) a citation to the law, rule, regulation, or any decision authorizing a recovery for that particular item of damage.  Items of damage not identified in this manner shall not be recoverable.

### 16.

Attached hereto as Attachment "E" are the facts stipulated by the parties.  No further evidence will be required as to the facts contained in the stipulation and the stipulation may be read into evidence at the beginning of the trial or at such other time as is appropriate in the trial of the case.  It is the duty of counsel to cooperate fully with each other to identify all undisputed facts.  A refusal to do so may result in the imposition of sanctions upon the noncooperating counsel.

The parties are in the process of meeting and conferring on stipulations of fact and will submit any in advance of the pre-trial conference.

### 17.

**The legal issues to be tried are as follows:**

**By Plaintiffs:**

(1) Whether Defendants engaged in racketeering activity, in violation of state and federal law, including but not limited to O.C.G.A. §§ 16-6-9, 16-6-10, 16-6-11, 16-14-3, 16-5-46, 18 U.S.C. § 1591, and 18 U.S.C. § 1595.

(2) Whether FMW, RRI West, RRI, and Red Roof Franchising (Collectively "Smyrna Red Roof Defendants") are liable to Plaintiffs under the TVPRA, 18 U.S.C. § 1595.

(3) Whether RRI III, RRI West, RRI, and Red Roof Franchising (Collectively "Buckhead Red Roof Defendants") are liable to Plaintiffs under the TVPRA, 18 U.S.C. § 1595.

(4) Whether Smyrna Red Roof Defendants RRI, and Red Roof Franchising, and RRI West are liable to Plaintiffs for violating the Georgia Racketeer Influenced and Corrupt Organizations Act, O.C.G.A. §§ 16-14-4, 16-14-6.

(5) Whether Buckhead Red Roof Defendants are liable to Plaintiffs for violating the Georgia Racketeer Influenced and Corrupt Organizations Act, O.C.G.A. §§ 16-14-4, 16-14-6.

(6) Whether Smyrna Red Roof Defendants are liable to Plaintiffs in negligence for the time period prior to December 14, 2012.

(7) Whether Buckhead Red Roof Defendants are liable to Plaintiffs in negligence.

(8) Whether the totality of the circumstances show that the Smyrna Red Roof Defendants were negligent in the operation of the Smyrna hotel.

(9) Whether the totality of the circumstances show that the Buckhead Red Roof Defendants were negligent in the operation of the Buckhead hotel.

(10) Whether the Defendants are liable to Plaintiffs for damages, and the amount of such damages, including general damages, compensatory damages, economic damages, consequential damages, punitive damages and treble damages under Georgia RICO.

(11) Whether the Defendants are liable to Plaintiffs for costs, expenses and reasonable attorneys' fees including fees pursuant to the

TVPRA, Georgia RICO, O.C.G.A. § 13-6-11, and O.C.G.A. §9-11-68(e) and any other fee-shifting statute.

(12)    Whether Georgia law, O.C.G.A. § 51-12-33, permits Defendants to apportion damages to non-parties for Plaintiffs claims under the TVPRA, 18 U.S.C. § 1595, a federal statute to which the default rule of joint and several liability applies.

(13)    Whether Plaintiffs are entitled to punitive damages against Defendants.

(14)    Any additional legal issues raised by any affirmative defenses or counterclaims Defendants may assert.

## By Defendants:

(1) Whether Plaintiffs' negligence claims are time-barred by the two-year statute of limitations, which accrued when there was a negligent act coupled with a proximately resulting injury. O.C.G.A. § 9-3-33.

(2) Whether Plaintiffs' Georgia civil RICO claims are time-barred by the five-year statute of limitations. O.C.G.A. § 16-14-8.

(3) Whether Defendants can be held liable for allegations of trafficking occurring at the Smyrna location after Varahi Hotels, LLC (Varahi) franchised Smyrna on December 14, 2012 or thereafter, including whether franchisee Varahi was an agent or apparent agent of Defendants, and whether Defendants owed a duty to Plaintiffs after that time.

(4) Whether Defendant Red Roof Franchising, as the franchisor of the Smyrna property after December 14, 2012, or any Red Roof Defendant can be held vicariously liable for the acts or omissions of the franchisee, Varahi, including whether any Defendant obligated itself to pay the debts of Varahi, and whether Varahi was an alter ego of the franchisor.

(5) Whether Red Roof Defendants maintained ownership, operation, and/or control of the Smyrna property after it was franchised to Varahi on December 14, 2012.

(6) Whether Plaintiffs can meet their burden to prove that Defendants are liable for negligence, including whether the  intervening criminal actions

of third parties (the traffickers, John Doe Johns, and John/Jane Doe Accomplices) were reasonably foreseeable, which would trigger a duty to take ordinary precautions to protect against a third party's intervening criminal acts. O.C.G.A. § 51-3-1.

(7) Whether Plaintiffs had superior knowledge of the specific dangers of the commercial sex trade as compared to Defendants.

(8) Whether and what percentage of fault should be apportioned to various non-parties identified in Defendants' Notices of Intent to Seek Apportionment of Fault Against Non-Parties (ECF Doc. Nos. 66, 67, 68, 69, 302, and 312), including: Plaintiffs' various alleged traffickers; the alleged purchasers of sex and sexual acts performed by Plaintiffs (John Doe Johns); individuals who allegedly provided help and assistance to Plaintiffs' traffickers (John and Jane Doe Accomplices); owners and operators of additional hotels where Plaintiffs were allegedly trafficked; online websites were Plaintiffs were allegedly subjected to online advertising for the sale of illegal commercial sex; Varahi Hotels, LLC (Varahi) franchisee and owner/operator of the Smyrna location starting on December 14, 2012; and security companies providing security services at the Smyrna and Buckhead locations during some or all of the time periods of Plaintiffs' alleged trafficking. O.C.G.A. § 51-12-33.

(9) Whether the acts or omissions of any third party (including those for whom apportionment of fault is sought) constitutes a superseding/intervening cause such that the alleged causal connection was broken between Defendants' alleged acts or omissions and Plaintiffs' alleged injuries.

(10) Whether Plaintiffs engaged in acts of voluntary commercial sex (prostitution) or were trafficked as required by the TVPRA by means of force, threats of force, fraud, or coercion. 18 U.S.C. § 1591.

(11) Whether Defendants can be held liable as a beneficiary under the TVPRA, including whether Defendants directly and knowingly participated in a venture with Plaintiffs' alleged traffickers, which they knew or should have known was a violation of the TVPRA, whether Defendants knowingly benefitted from Plaintiffs' alleged trafficking, and whether Defendants knew or should have known that each individual Plaintiff was being trafficked in violation of the TVPRA. 18 U.S.C. § 1595.

(12) Whether Plaintiffs' recovery is barred because they engaged in the commission of any alleged predicate act under GA RICO, and cannot recover for any crimes that they committed.

(13) Whether recovery for each Plaintiff's injuries should be limited or barred as a result of her own contributory and comparative fault, due to her own intentional, negligent, or criminal conduct which contributed to or caused her alleged injuries and damages, including whether each Plaintiff assumed the risk of injury.

(14) Whether Plaintiffs' alleged injuries and damages are fully or partially due to pre-existing and subsequent conditions and events unrelated to the alleged trafficking, including but not limited to health or mental health conditions, physical, mental, and sexual abuse, and drug use, abuse, and dependence.

(15) Whether Defendants can be held liable for claims by W.K., R.P., E.H., M.B., and D.P., with respect to allegations of trafficking occurring at the Smyrna location, including whether franchisee Varahi (or any agent or employee of Varahi) was an agent or apparent agent of any of the Defendants.

(16) Whether Plaintiffs can meet their burden to prove that Defendants violated GA RICO, including whether Defendants were involved in a pattern of racketeering activity, whether each Plaintiff was the intended target of any alleged predicate act, and whether each Plaintiff's injury was the direct result of a predicate act targeted toward her, such that she was the intended victim. O.C.G.A § 16-14-4.

(17) Whether Plaintiffs can meet their burden to prove that Defendants directly and knowingly engaged in trafficking an individual for sexual servitude or keeping a place of prostitution in violation of GA RICO, or intentionally encouraged, aided, or abetted another to commit those crimes. O.C.G.A. § 16-14-1, *et. seq.*

(18) Whether Plaintiffs can meet their burden to prove that any act or omission allegedly committed by an agent or employee of Defendants, and that is alleged to constitute evidence of negligence, a violation of the TVPRA, or of Georgia RICO, whether such act was committed within the course and scope of his employment and on behalf of Defendants.

6407014.1

(19) Whether Plaintiffs can meet their burden to prove that Defendants knowingly and willfully joined a conspiracy with a common plan or purpose to commit two or more predicate acts in violation of GA RICO, and whether an overt act to effect the object of the conspiracy was committed.

(20) Whether Plaintiffs' claims are barred or limited by the doctrines of acquiescence, waiver, estoppel, or laches.

(21) Whether Plaintiffs' GA RICO claims are barred by the defense of *in pari delicto*, which prohibits a plaintiff from recovering from a conspiracy that they participated in.

(22) Whether Plaintiffs' claims are barred because they have released, settled, entered into accord and satisfaction, or otherwise compromised their claims.

(23) The amount and extent of alleged injuries and damages incurred by each Plaintiff, and whether Plaintiffs' alleged injuries and damages were proximately caused by Defendants.

(24) Whether fault should be apportioned under the TVPRA because joint and several liability does not apply.

(25) Whether Plaintiffs are entitled to an award of punitive damages under any claim, and if so if the punitive damages are capped.

(26) Whether Plaintiffs are entitled to an award of attorney's fees.

**18.**

**Attached hereto as Attachment "F-1" for the plaintiff, Attachment "F-2" for the defendant, and Attachment "F-3", etc. for all other parties is a list of all the witnesses and their addresses for each party. The list must designate the witnesses whom the party will have present at trial and those witnesses whom the party may have present at trial. Expert (any witness who might express an opinion under Rule 702), impeachment and rebuttal witnesses whose use as a witness can be reasonably anticipated must be included. Each party shall also attach to the list a reasonable specific summary of the expected testimony of each expert witness. All of the other parties may rely upon a representation by a designated party that a witness will be present unless notice to the contrary is given ten (10) days prior to trial to allow the other party(s) to subpoena the**

14

witness or to obtain the witness' testimony by other means.  Witnesses who are not included on the witness list (including expert, impeachment and rebuttal witnesses whose use should have been reasonably anticipated) will not be permitted to testify, unless expressly authorized by court order based upon a showing that the failure to comply was justified.

19.

Attached hereto as Attachment "G-1" for the plaintiff, "G-2" for the defendant, and "G3", etc. for all other parties are the typed lists of all documentary and physical evidence that will be tendered at trial.  Learned treatises which are expected to be used at trial shall not be admitted as exhibits.  Counsel are required, however, to identify all such treatises under a separate heading on the party's exhibit list.

Each party's exhibits shall be numbered serially, beginning with 1, and without the inclusion of any alphabetical or numerical subparts.  Adequate space must be left on the left margin of each party's exhibit list for court stamping purposes.  A courtesy copy of each party's list must be submitted for use by the judge.

Prior to trial, counsel shall mark the exhibits as numbered on the attached lists by affixing numbered yellow stickers to plaintiff's exhibits, numbered blue stickers to defendant's exhibits, and numbered white stickers to joint exhibits.  When there are multiple plaintiffs or defendants, the surname of the particular plaintiff or defendant shall be shown above the number on the stickers for that party's exhibits.  Specific objections to another party's exhibits must be typed on a separate page and must be attached to the exhibit list of the party against whom the objections are raised. Objections as to authenticity, privilege, competency, and, to the extent possible, relevancy of the exhibits shall be included.  Any listed document to which an objection is not raised shall be deemed to have been stipulated as to authenticity by the parties and shall be admitted at trial without further proof of authenticity.  Unless otherwise noted, copies rather than originals of documentary evidence may be used at trial.  Documentary or physical exhibits may not be submitted by counsel after filing of the pretrial order, except upon consent of all the parties or permission of the court.  Exhibits so admitted must be numbered, inspected by counsel, and marked with stickers prior to trial.

Counsel shall familiarize themselves with all exhibits (and the numbering thereof) prior to trial.  Counsel will not be afforded time during trial to examine exhibits that are or should have been listed.

15

For the Court's convenience, the Parties' objections to the other sides' exhibits are noted in an "Objections" column on each exhibit list, rather than on a separate page attached to the exhibit list. The parties will confer in an attempt to resolve or reduce the number of objections in advance of trial and believe many should be resolved by this Court's rulings on the various motions in limine.

**20.**

**The following designated portions of the testimony of the persons listed below may be introduced by deposition:**

The Parties exchanged their proposed deposition designations, attached hereto as Attachment J-1 and J-2.  The Parties are continuing to confer and anticipate that the Court's rulings on motions in limine will assist the parties in resolving additional objections.  The parties will submit any remaining objections to the Court in advance of trial.

**Any objections to the depositions of the foregoing persons or to any questions or answers in the depositions shall be filed in writing no later than the day the case is first scheduled for trial.  Objections not perfected in this manner will be deemed waived or abandoned.  All depositions shall be reviewed by counsel and all extraneous and unnecessary matter, including non-essential colloquy of counsel, shall be deleted.  Depositions, whether preserved by stenographic means or videotape, shall not go out with the jury.**

**21.**

**Attached hereto as Attachments "H-1" for the plaintiff, "H-2" for the defendant, and "H-3", etc. for other parties, are any trial briefs which counsel may wish to file containing citations to legal authority concerning evidentiary questions and any other legal issues which counsel anticipate will arise during**

**the trial of the case.  Limitations, if any, regarding the format and length of trial briefs is a matter of individual practice which shall be established by each judge.**

The parties will submit trial briefs, if any, to the Court at least fourteen (14)

days before the start of the trial.

**22.**

**In the event this is a case designated for trial to the court with a jury, requests for charge must be submitted no later than 9:30 a.m. on the date on which the case is calendared (or specially set) for trial.  Requests which are not timely filed and which are not otherwise in compliance with LR 51.1, will not be considered.  In addition, each party should attach to the requests to charge a short (not more than one (1) page) statement of that party's contentions, covering both claims and defenses, which the court may use in its charge to the jury.**

**Counsel are directed to refer to the latest edition of the Eleventh Circuit District Judges Association's Pattern Jury Instructions and Devitt and Blackmar's Federal Jury Practice and Instructions in preparing the requests to charge.  For those issues not covered by the Pattern Instructions or Devitt and Blackmar, counsel are directed to extract the applicable legal principle (with minimum verbiage) from each cited authority.**

**23.**

**If counsel desire for the case to be submitted to the jury in a manner other than upon a general verdict, the form of submission agreed to by all counsel shall be shown in Attachment "I" to this Pretrial Order.  If counsel cannot agree on a special form of submission, parties will propose their separate forms for the consideration of the court.**

The parties will submit proposed verdict forms to the Court pursuant to the

Court's Instructions.

**24.**

**Unless otherwise authorized by the court, arguments in all jury cases shall be limited to one-half hour for each side.  Should any party desire any**

additional time for argument, the request should be noted (and explained) herein.

The parties request that they be permitted up to one hour (for each side) for opening statements and closing arguments.

**25.**

**If the case is designated for trial to the court without a jury, counsel are directed to submit proposed finding of fact and conclusions of law not later than the opening of trial.**

**26.**

**Pursuant to LR 16.3, lead counsel and persons possessing settlement authority to bind the parties met in person on March 14, 2023, and plan to meet again on May 13, 2024, to discuss in good faith the possibility of settlement of this case.  The court (_____) has or (___X_) has not discussed settlement of this case with counsel.  It appears at this time that there is: (_____) A good possibility of settlement. (_____) Some possibility of settlement. (__X__) Little possibility of settlement. (_____) No possibility of settlement.**

**27.**

**Unless otherwise noted, the court will not consider this case for a special setting, and it will be scheduled by the clerk in accordance with the normal practice of the court.**

**28.**

**The plaintiff estimates that it will require 7–10 days to present its evidence.  The defendant estimates that it will require 5-7 days to present its evidence.  The other parties estimate that it will require _____ days to present their evidence. It is estimated that the total trial time is 12–17 days.**

**29.**

**IT IS HEREBY ORDERED that the above constitutes the pretrial order for the above captioned case (_____) submitted by stipulation of the parties or (_____) approved by the court after conference with the parties.**

6407014.1

**IT IS FURTHER ORDERED** that the foregoing, including the attachments thereto, constitutes the pretrial order in the above case and that it supersedes the pleadings which are hereby amended to conform hereto and that this pretrial order shall not be amended except by Order of the court to prevent manifest injustice.  Any attempt to reserve a right to amend or add to any part of the pretrial order after the pretrial order has been filed shall be invalid and of no effect and shall not be binding upon any party or the court, unless specifically authorized in writing by the court. **IT IS SO ORDERED** this _____ day of _____, 20\_\_\_\_\_.

_____
**UNITED STATES DISTRICT JUDGE**

*Signatures of counsel follow on the next page.*

19

Each of the undersigned counsel for the parties hereby consents to entry of the foregoing pretrial order, which has been prepared in accordance with the form pretrial order adopted by this court.


*/s/ Tiana S. Mykkeltvedt*
Tiana S. Mykkeltvedt
**Counsel for Plaintiffs**

*/s/  Chelsea R. Mikula*
Chelsea R. Mikula
**Counsel for Defendants**

**Attachment "C"**
**Plaintiffs' Outline of the Case**

Plaintiffs allege injuries and damages arising from the sex trafficking of W.K., E.H., M.M., R.P., M.B., D.P., and A.F. at 2200 Corporate Plaza, Smyrna, Georgia, 30080 (the "Smyrna Red Roof") and the sex trafficking of R.K., T.H., K.P., C.A., W.K., and R.P. at 1960 North Druid Hills Road NE, Atlanta, Georgia, 30329 (the "Buckhead Red Roof") from 2009 to 2018.

Plaintiffs specifically allege that Defendants profited from the operation of the Smyrna and Buckhead hotels and knew of prostitution and sex trafficking at both locations, making them liable to Plaintiffs for damages. Prior to December 14, 2012, FMW acted as the franchisee owner of the Smyrna Red Roof. During the relevant time period, RRI III acted as the franchisee owner of the Buckhead Red Roof. RRI West acted as the manager of the Smyrna and Buckhead Red Roofs. Red Roof Franchising had franchise agreements with FMW and RRI III and acted as the franchisor for the Smyrna and Buckhead Red Roofs. RRI owns Red Roof Franchising. Plaintiffs allege these Defendants are liable for their own knowledge and conduct, which violated the law.

Plaintiffs assert that (1) Defendants knew or should have known that the Smyrna and Buckhead Red Roofs violated the Trafficking Victims Protection Reauthorization Act, 18 U.S.C. 1595(a) ("TVPRA") and knowingly benefited from participation in ventures that it knew or should have known engaged in sex

trafficking in violation of the TVPRA; (2) Defendants knowingly permitted the Smyrna and Buckhead Red Roofs to be used for prostitution and sex trafficking in violation of the Georgia Racketeer Influenced and Corrupt Organizations Act ("Georgia RICO"), O.C.G.A. § 16-14-4(c) and O.C.G.A. § 16-14-4(a), by engaging in racketeering activity in violation of state and federal law including but not limited to violations of O.C.G.A. §§ 16-6-9, 16-6-10, 16-6-11, 16-14-3, 16-5-46, and 18 U.S.C. § 1595 and (3) Defendants knew or should have known of the foreseeable risk of sex trafficking, prostitution, and other crimes at the Smyrna and Buckhead Red Roof Inns and are liable to Plaintiffs for their negligence under Georgia law in not taking steps to address the risk.

Smyrna Red Roof Defendants, FMW, RRI West, RRI, and Red Roof Franchising negligently failed to keep the Smyrna Red Roof location safe and negligently failed to protect their invitees adequately and properly in breach of their duty of care prior to December 14, 2012.  These Smyrna Red Roof Defendants were negligent, and their negligence proximately caused Plaintiffs' injuries by:

a.    Negligently violating O.C.G.A. § 51-3-1 by failing to use ordinary care to keep the premises safe;

b.    Negligently violating O.C.G.A. § 41-1-1 by creating and maintaining a nuisance;

c.    Negligently failing to provide appropriate and effective security

personnel during Plaintiffs' trafficking at the hotel;

d.    Negligently failing to properly inspect and maintain the premises;

e.    Negligently failing to properly train and supervise their employees regarding sex trafficking at the hotel;

f.    Negligently failing to properly retain, hire, train, and supervise said employees;

g.    Negligently failing to select a franchisee qualified to operate the hotel in a safe and secure manner;

h.    Negligently failing to ensure business policies, systems, and security were adequately followed and implemented;

i.    Negligently failing to inspect, patrol, or appropriately monitor the property;

j.    Negligently failing to remediate a long history of crime at the Smyrna Red Roof and the area nearby;

k.    Negligently failing to warn invitees of known hazards at the property; and

l.    Negligently representing to invitees that the property was safe.

Buckhead Red Roof Defendants, RRI III, RRI West, RRI, and Red Roof Franchising negligently failed to keep the Buckhead Red Roof location safe and negligently failed to protect their invitees adequately and properly in breach of their

duty of care.  These Buckhead Red Roof Defendants were negligent, and their negligence proximately caused Plaintiffs' injuries by:

m.   Negligently violating O.C.G.A. § 51-3-1 by failing to use ordinary care to keep the premises safe;

n.   Negligently violating O.C.G.A. § 41-1-1 by creating and maintaining a nuisance;

o.   Negligently failing to provide appropriate and effective security personnel during Plaintiffs' trafficking at the hotel;

p.   Negligently failing to properly inspect and maintain the premises;

q.   Negligently failing to properly train and supervise their employees regarding sex trafficking at the hotel;

r.   Negligently failing to properly retain, hire, train, and supervise said employees;

s.   Negligently failing to ensure business policies, systems, and security were adequately followed and implemented;

t.   Negligently failing to inspect, patrol, or appropriately monitor the property;

u.   Negligently failing to remediate a long history of crime at the Buckhead Red Roof and the area nearby;

v.    Negligently failing to warn invitees of known hazards at the property; and

w.    Negligently representing to invitees that the property was safe.

Plaintiffs will seek general non-economic damages, under the TVPRA, Georgia RICO, and Georgia negligence including recovery for their past, present, and future physical and mental harm and pain and suffering in a range of $2 million to $50 million per Plaintiff to be determined by the enlightened conscience of the jury. Further, any damages awarded by the jury to Plaintiffs for Defendants' violations of Georgia RICO will be trebled (*i.e.*, an amount that is three times the compensatory damages award) as a matter of law.  Plaintiffs will seek to hold Defendants jointly and severally liable for injuries arising out of their claims under the TVPRA.

Plaintiffs also seek punitive damages under the TVPRA, Georgia RICO, and Georgia negligence in an amount to be determined by the jury.  Plaintiffs intend to request between $10 million and $100 million per Plaintiff in punitive damages.

Finally, Plaintiffs will seek to recover their reasonable attorney's fees, costs, and expenses under the TVPRA, Georgia RICO, O.C.G.A. § 13-6-11, O.C.G.A. § 9-11-68(e) and any other fee-shifting authority.

Plaintiffs reserve the right to pursue all damages allowed under Georgia and Federal law for their injuries and Defendants' unlawful actions.

Plaintiffs incorporate the representative caselaw contained in their response to Defendants' motions for summary judgement.  That case law includes but is not limited to:

Representative caselaw

- *Dorsey v. State*, 279 Ga. 534, 540 (2005)

- *Williams General Corp. v. Stone*, 279 Ga. 428, 429 (2005)

- *Coggins v. State*, 275 Ga. 479, 480 (2002);

- *Whaley v. State,* 343 Ga. App. 701, 704 (2017)

- *Clemmons v. State*, 361 Ga. App. 666 (2021).

- *Fitts v. State,* 312 Ga. 134, 142 (2021).

- *Cox v. Adm'r U.S. Steel & Carnegie,* 17 F.3d 1386, 1398 (11th Cir.)

- *Fitzgerald v. State,* 10 Ga. App. 70, 77 (1911).

- *Peters v. State*, 72 Ga. App. 157, 158 (1945)*; see*

- *Shealy v. State,* 142 Ga. App. 850, 850 (1977)

- *Brannan v. State*, 43 Ga. App. 231 (1931)

- *Ward v. State,* 22 Ga. App. 786 (1918)

- *Platt v. State,* 335 Ga. App. 49, 53 (2015)

- *Basil v. State,* 22 Ga. App. 765 (1918)

- *Whaley v. State,* 343 Ga. App. 01, 704 (2017)

- *Lemery v. State*, 330 Ga. App. 623, 623 (2015)

6

- *Bridge v. Phoenix Bond & Indem. Co.,* 553 U.S. 639, 654 (2008)

- *Anza v. Ideal Steel Supply Corp.*, 547 U.S. 451, 461 (2006)

- *InterAgency v. Danco,* 203 Ga. App. 418, 424 (1992)

- *S. Intermodal Logistics, Inc. v. D.J. Powers Co.*, 10 F.Supp.2d 1337, 1354 (S.D. Ga. 1998)

- *United States v. Pipkins,* 378 F.3d 1281, 1291 (11th Cir. 2004), *vacated on other grounds by* 544 U.S. 902

- *Pasha v. State*, 273 Ga. App. 788, 790 (2005)

- *Akintoye v. State*, 340 Ga. App. 777, 781 (2017)

- *Brown v. State,* 177 Ga. App. 284, 295 (1985)

- *Studivant v. State,* 309 Ga. 650, 651 (2020)

- *Sedima, S.P.R.L. v. Imrex Co.,* 473 U.S. 479, 499 (1985)

- *Reaugh v. Inner Harbour Hosp.,* 214 Ga. App. 259, 264 (1994)

- *Doe#1 v. Red Roof Inns, Inc.*, 21 F.4th 714, 723 (11th Cir. 2021)

- *United States v. Prather*, 205 F.3d 1265, 1270 (11th Cir. 2000)

- *United States v. Perez*, 698 F.2d 1168, 1171 (11th Cir. 1983)

- *Allen v. Bd. of Pub. Educ.*, 495 F.3d 1306 (11th Cir. 2007)

- *Matt v. Days Inns of Am., Inc.*, 212 Ga. App. 792, 794–95 (1994)

- *M.A. v. Wyndham Hotel & Resorts, Inc.,* 425 F.Supp.3d 959, 968 (S.D. Ohio 2019)

- *J.G. v. Northbrook Indus., Inc.*, 2022 WL 4482735, at *6–7 (N.D. Ga. Aug. 2, 2022)

- *G.W. v. Northbrook Indus., Inc.*, 2022 WL 1644923, at *1–4 (N.D. Ga. May 24, 2022)

- *Lundstrom v. Choice Hotels Int'l, Inc.*, 2021 WL 5579117, at *4 (D. Colo. Nov. 30, 2021)

- *S.Y. v. Choice Hotels Int'l, Inc.*, 2021 WL 1610101, at *4 (M.D. Fla. Apr. 26, 2021)

- *Frazier v. Godley Park Homeowners Ass'n, Inc.*, 342 Ga. App. 608, 609 (2017)

- *McGarity v. Hart Elec. Membership Corp.*, 307 Ga. App. 739, 744 (2011)

- *Handberry v. Stuckey Timberland*, *Inc.,* 345 Ga. App. 191, 195 (2018)

- *TGM Ashley Lakes, Inc. v. Jennings*, 264 Ga. App. 456, 462 (2003) (*en banc*)

- *Walker v. Aderhold Props., Inc.*, 303 Ga. App. 710, 713 (2010) (*en banc*)

- *Six Flags Over Ga. II, L.P. v. Martin*, 335 Ga. App. 350, 361 (2015)

- *Wade v. Findlay Mgmt., Inc.*, 253 Ga. App. 688, 690 (2002)

- *Wallace v. Boys Club*, 211 Ga. App. 534, 536 n.2 (1993)

- *Gustin v. Nicoll*, 824 F. App'x 875, 877–78 (11th Cir. 2020)

- *Kahn v. Visador Holding Corp.*, No. 2:07-cv-73, 2009 WL 10668538, **2–3

(N.D. Ga. Jul. 17, 2009)

- *Marietta v. Godwin*, 106 Ga. App. 113, 116–17 (1962)

- *German Am. Mut. Life Ass'n v. Farley*, 102 Ga. 720, 737 (1897)

- *Shadow v. Fed. Exp. Corp.*, 359 Ga. App. 772, 779 (2021)

- *Sturbridge Partners v. Walker*, 267 Ga. 785 786(1997)

- *Remediation Res., Inc. v. Balding*, 281 Ga. App. 31 (2006).

- *Georgia CVS Pharmacy v. Carmichael,* 362 Ga. App. 59 (2023)

**Attachment "D"**
**Defendants' Statement of the Case**

Defendants deny that they are liable to Plaintiffs for sex trafficking that allegedly occurred at various hotels, over different periods of time, by different traffickers, under any theory of liability, including negligence, violations of the Trafficking Victims Protection Reauthorization Act, 18 U.S.C. 1595(a) ("TVPRA"), or pursuant to Georgia's civil RICO statute, O.C.G.A. § 16-14-4 (a) & (c) (GA RICO). Plaintiffs allege that that they were trafficked at multiple hotels, including two hotel properties under the Red Roof brand: (1) 2200 Corporate Plaza, Smyrna, Georgia 30080 (Smyrna property); and (2) 1960 N. Druid Hills, Atlanta, Georgia 30329 (Buckhead property). Prior to December 14, 2012, the Smyrna property was owned by Defendant FMW RRI NC, LLC and operated by Defendant RRI West Management, LLC (RRI West). On December 14, 2012, the Smyrna property was purchased by an independent third-party franchisee, former Defendant Varahi Hotels, LLC (Varahi), who entered into a franchise agreement with Red Roof Franchising (RRF) to operate the Smyrna property as a franchise Red Roof location. At all relevant times, the Buckhead location was owned by RRI III, LLC and was operated by RRI West. Red Roof Inns, Inc. employed certain employees at the Buckhead property, and at the Smyrna property prior to December 14, 2012.

Any alleged injuries and damages incurred by Plaintiffs were not proximately caused by any acts or omissions of Defendants, and instead were caused

by the acts or omissions of others for whom Defendants bear no legal responsibility, including: Plaintiffs' various alleged traffickers; the alleged purchasers of sex and sexual acts allegedly performed by Plaintiffs (John Doe Johns); individuals who allegedly provided help and assistance to Plaintiffs' traffickers (John and Jane Doe Accomplices); owners and operators of other hotels where Plaintiffs were allegedly trafficked; online websites where Plaintiffs were allegedly subjected to online advertising for the sale of illegal commercial sex; Varahi Hotels, LLC (Varahi), the franchisee and owner/operator of the Smyrna location starting on December 14, 2012; and security companies providing security services at the Smyrna and Buckhead locations during some or all of the time periods of Plaintiffs' alleged trafficking. The acts and omissions of these third parties are superseding/intervening actions such that the causal chain is broken between any act or omission by Defendants and Plaintiffs' alleged injuries.

Each Plaintiff's alleged injuries and damages were caused by her own intentional, negligent, or criminal conduct. Each Plaintiff assumed the risk of injury. Plaintiffs' alleged injuries and damages are fully or partially due to her own pre-existing or subsequent conditions and events unrelated to the alleged trafficking at Red Roof properties, including but not limited to health or mental health conditions, physical, mental, and sexual abuse, childhood or other trauma, criminal history, and drug use, abuse, and dependence, etc.

Plaintiffs' negligence claims are time barred by the two-year statute of limitations, which accrued on the date that the alleged sex trafficking occurred. Likewise, one or more Plaintiffs' GA RICO claims are time-barred by the five-year statute of limitations.

Defendants did not owe or breach any legal duty to Plaintiffs and had no knowledge of sex trafficking with respect to the individual Plaintiffs and/or their alleged traffickers at the Smyrna or Buckhead properties, and had no knowledge, nor should they have known that each Plaintiff specifically was being trafficked. The Smyrna property was not owned, operated, or controlled by any Defendant after it was franchised by former Defendant, Varahi Hotels, LLC (Varahi) on December 14, 2012. Varahi was neither an actual nor apparent agent of any Defendants, and Plaintiffs have expressly disclaimed any claims against or liability of Defendants arising out of the acts or omissions of Varahi and its employees and agents.

The intervening criminal acts of the third-party traffickers, John Doe Johns, and John/Jane Doe Accomplices as alleged by Plaintiffs were not reasonably foreseeable, because Defendants had no knowledge of sex trafficking with respect to the individual Plaintiffs and/or their alleged traffickers at the Smyrna or Buckhead properties. Accordingly, Defendants owed no duty to protect Plaintiffs from unforeseeable criminal acts of their traffickers John Doe Johns, or the John/Jane Doe

Accomplices. Additionally, Plaintiffs had superior knowledge of the specific dangers of the commercial sex trade as compared to Defendants.

Defendants did not knowingly and directly participate in a venture with Plaintiffs' traffickers, John Doe Johns, or the John/Jane Doe Accomplices that Defendants knew or should have known was a violation of the TVPRA. Defendants, including RRI West, did not knowingly benefit from Plaintiffs' alleged trafficking, and Defendants did not know, nor should they have known, that each individual Plaintiff was being trafficked.

Defendants did not violate GA RICO, because they were not involved in any pattern of racketeering activity and did not intend that any Plaintiff would be the targeted and intentional victim of any predicate acts. Plaintiffs' injuries are not the direct result of any predicate act targeted toward her such that she was the intended victim. Defendants did not directly and knowingly engage in trafficking an individual for sexual servitude or keeping a place of prostitution in violation of GA RICO, and did not intentionally encourage, aid, or abet another to commit those crimes. Defendants did not knowingly and willfully join a conspiracy with a common plan or purpose to commit two or more predicate acts in violation of GA RICO.

Any act or omission allegedly committed by an agent or employee of Defendants, which is alleged to constitute evidence of negligence, a violation of the

TVPRA, or of GA RICO, was not committed within the course and scope of employment, and was not committed on behalf of any Defendant. Further, Plaintiffs' GA RICO claims are barred by the defense of in pari delicto. The doctrine of *in pari delicto* is an equitable doctrine that states "a plaintiff who has participated in wrongdoing may not recover damages resulting from the wrongdoing." Black's Law Dictionary 794 (7th ed.1999). This defense applies to claims under GA RICO. In addition, Plaintiffs' claims are barred or limited by the doctrines of acquiescence, waiver, estoppel, or laches. Furthermore, Plaintiffs have released, settled, entered accord and satisfaction, or otherwise compromised their claims, and accordingly, their claims are limited or barred as a matter of law.

**LAW TO BE RELIED UPON BY DEFENDANTS**:

Defendants may rely on the statutes and representative case law listed below, and similar cases, and expressly incorporate by reference as if fully rewritten herein, all statutes and representative case law cited in any parties' summary judgment briefing.

- 18 U.S.C. § 1591, *et. seq.*
- 42 U.S.C. § 1988(a)
- 42 U.S.C. § 2000a(a)
- O.C.G.A. § 13-4-10
- O.C.G.A. § 13-5-7

- O.C.G.A. § 16-5-46

- O.C.G.A. § 16-6-10

- O.C.G.A. § 16-6-9

- O.C.G.A. § 16-2-1, *et seq.*

- O.C.G.A. § 16-2-22

- O.C.G.A. § 16-2-20

- O.C.G.A. § 23-1-25

- O.C.G.A. § 24-14-29

- O.C.G.A. § 43-21-3

- O.C.G.A. § 51-3-1

- O.C.G.A. § 51-11-7

- O.C.G.A. § 51-12-5.1

- O.C.G.A. § 51-12-33

- O.C.G.A. § 9-3-33

- O.C.G.A. §51-12-11

- O.C.G.A. § 16-14-1, *et. seq.*

- *A.B. v. Hilton Worldwide Holdings Inc*., 484 F. Supp. 3d 921 (D. Or. 2020)

- *A.B. v. Marriott Int'l, Inc*., 455 F. Supp. 3d 171, 182 (E.D. Pa. 2020)

- *A.B. v. Wyndham Hotels & Resorts, Inc.*, 532 F. Supp. 3d at 1018 (D. Or. 2021)

- *A.D. v. Holistic Health Healing Inc*., No. 2:22-CV-641-JES-NPM, 2023 WL 2242507 (M.D. Fla. Feb. 27, 2023)

- *Ahn v. State*, 631 S.E.2d 711 (Ga.App. 2006)

- *Allum v. Valley Bank*, 849 P.2d 297 (Nev. 1993)

- *Anderson v. Turton Dev*., 225 Ga. App 270, 271, 274 (1997)

- *Atlanta Gas Light Co. v. Jennings*, 86 Ga. App. 868 (1952)

- *B.M. v. Wyndham Hotels & Resorts, Inc.,* No. 20-cv-00656-BLF, 2020 WL 4368214 (N.D. Cal. July 30, 2020)

- *Bateman Eichler, Hill Richards, Inc. v. Berner*, 472 U.S. 299, 105 S. Ct. 2622, 86 L. Ed. 2d 215 (1985)

- *Baillie Lumber Co. v. Thompson*, 279 Ga. 288 (2005)

- *Birdwell v. State*, 146 S.E.2d 374 (Ga.App. 1965)

- *Blakely v. Johnson*, 220 Ga. 572, 140 S.E.2d 857 (1965)

- *C.C. v. H.K. Grp. of Co., Inc.*, No. 1:21-CV-1345-TCB, 2022 WL 467813 (N.D. Ga. Feb. 9, 2022)

- *Carlson v. BRGA Assocs., LLC*, 82 F. Supp. 3d 1333 (S.D. Ga. 2015)

- *Cox v. Mayan Lagoon Estates Ltd*., 734 S.E.2d 883 (Ga. Ct. App. 2012)

- *DaimlerChrysler Motors Co. v. Clemente*, 294 Ga. App. 38 (2008).

- *Doe #1 v. Red Roof Inns, Inc*., 21 F.4th 714 (11th Cir. 2021)

- *Doe v. GTE Corp*., 347 F.3d 655 (7th Cir. 2003)

- *Does 1-6 v. Reddit, Inc.*, 51 F.4th 1137 (9th Cir. 2022)

- *Duvall v. Cronic*, 820 S.E.2d 780 (Ga. Ct. App. 2018)

- *Fitts v. State*, 312 Ga. 134 (2021)

- *G.G. v. Salesforce.com, Inc*., No. 22-2621, 2023 WL 4944015 (7th Cir. Aug. 3, 2023)

- *G.W. v. Northbrook Indus., Inc.*, No. 1:20-CV-05232-JPB, 2022 WL 1644923 (N.D. Ga. May 24, 2022)

- *Garner v. Driver*, 155 Ga. App. 322, 270 S.E.2d 863 (1980)

- *Geiss v. Weinstein Co. Holdings, LLC, et al.*, 383 F.Supp.3d 156 (S.D.N.Y. 2019)

- *Gentry v. Volkswagen of America*, 238 Ga. App. 785 (1999)

- *Goldstein, Garber & Salama, LLC v. J.B.*, 300 Ga. 840 (2017)

- *H.G. v. Inter-Cont'l Hotels Corp.*, 489 F. Supp. 3d 697 (E.D. Mich. 2020)

- *J.B. v. G6 Hosp., LLC*, No. 19-cv-07848-HSG, 2020 WL 4901196 (N.D. Cal. Aug. 20, 2020)

- *J.C. v. I Shri Khodiyar, LLC*, 624 F. Supp. 3d 1307 (N.D. Ga. 2022)

- *J.L. v. Best W. Int'l, Inc.*, 521 F. Supp. 3d 1048 (D. Colo. 2021)

- *Kettner v. Compass Grp. USA, Inc.*, 570 F. Supp. 2d 1121 (D. Minn. 2008)

- *K. H. v. Riti, Inc.*, No. 23-11682, 2024 WL 505063 (11th Cir. Feb. 9, 2024)

- *Kids R Kids Intl, Inc. v. Cope*, 330 Ga. App. 891 (2015)

- *King v. Georgia Dep't of Corr.*, 347 Ga. App. 606, 820 S.E.2d 445 (2018)

- *L.H. v. Marriot Int'l, Inc.*, 604 F. Supp. 3d 1346 (S.D. Fla. 2022)

- *Leo v. Waffle Howe, Inc.*, 298 Ga. App. 838 (2009)

- *McDermott, Inc. v. AmClyde*, 511 U.S. 202 (1994)

- *New Star Realty, Inc. v. Jungang PRI USA, LLC*, 346 Ga. App. 548 (2018);

- *Nicholson v. Windham et al.*, 571 S.E.2d 466 (Ga. Ct. App. 2002)

- *Noble v. Weinstein*, 335 F. Supp. 3d 504 (S.D.N.Y. 2018)

- *Off. Comm. of Unsecured Creditors of PSA, Inc. v. Edwards*, 437 F.3d 1145 (11th Cir. 2006)

- *Reaugh v. Inner Harbour Hosp.*, 447 S.E.2d 617 (Ga. Ct. App. 1994)

- *Rent to Own, Inc. v. Bragg*, 248 Ga. App. 130 (2011)

- *Rice v. Six Flags Over Georgia*, 257 Ga. App. 864, 572 S.E.2d 322 (2002)

- *Rogers v. McDorman*, 521 F.3d 381 (5th Cir. 2008)

- *S.J. v. Choice Hotels Int'l, Inc.*, 473 F. Supp. 3d 147 (E.D.N.Y. 2020)

- *Schlotzsky's, Inc. v. Hyde*, 245 Ga. App. 888 (2000)

- *Summit Auto. Grp., LLC v. Clark*, 298 Ga. App. 875 (2009);

- *Sun Trust Banks, Inc. v. Killebrew*, 266 Ga. 109 (1995)

- *Travis v. QuikTrip Corp.*, 339 Ga. App. 551 (2016)

- *Wade v. McDade*, 67 F.4th 1363 (11th Cir. 2023)

- *Waters v. Steak & Ale of Ga.*, 241 Ga. App. 709 (2000)

- *Whelan v. Moone*, 242 Ga. App. 795, 531 S.E.2d 727 (2000)

- *Wilks v. Overall Const. Inc.*, S.E.2d 320  (Ga. Ct. App. 2009)

- *Wylie v. Denton*, 746 S.E.2d 689 (Ga. Ct. App. 2015)

## <u>ATTACHMENT F-1 – PLAINTIFFS' WITNESS LIST</u>

| Witness | Address/Contact Information | May or Will Call |
|---|---|---|
| C.A. | Contact through Plaintiffs' counsel | Will |
| M.B. | Contact through Plaintiffs' counsel | Will |
| T.H. | Contact through Plaintiffs' counsel | Will |
| E.H. | Contact through Plaintiffs' counsel | Will |
| W.K. | Contact through Plaintiffs' counsel | Will |
| R.K. | Contact through Plaintiffs' counsel | Will |
| M.M. | Contact through Plaintiffs' counsel | Will |
| A.F. | Contact through Plaintiffs' counsel | Will |
| K.P. | Contact through Plaintiffs' counsel | Will |
| R.P. | Contact through Plaintiffs' counsel | Will |
| D.P. | Contact through Plaintiffs' counsel | Will |
| Jane Doe 2 | Contact through Plaintiffs' counsel | May |
| Jane Doe 3 | Contact through Plaintiffs' counsel | May |
| Jane Doe 4 | Contact through Plaintiffs' counsel | May |
| Anique Whitmore | 3500 Lenox Road, Suite 1500<br>Atlanta, GA 30326<br>(404) 419-2138 | May |
| Dr. David Williamson | Walter Reed National Military Medical Center<br>8901 Rockville Pike<br>Bethesda, MD 20889<br>-and-<br>9710 Traville Gateway Drive, No. 296<br>Rockville, MD 20850<br>(410) 463-0560 | May |

| Witness | Address/Contact Information | May or Will Call |
|---|---|---|
| Dr. Melanie Bliss | 111 North McDonough Street<br>Decatur, GA 30030<br>(404) 387-0780 | May |
| Allan Tallis | 11919 Edgestone Road<br>Dallas, TX 75230<br>(972) 960-8450 | May |
| Andrew Alexander | 100 Main Street North<br>St. Petersburg, FL 33716<br>(216) 496-9122 | May |
| Vanessa Cole | 1393 Tysons Corner<br>Marietta, GA 30062<br>(770) 313-5756 | May |
| Glenn Galbraith | Contact through defense counsel | May |
| Vickie Lam | Contact through defense counsel | May |
| George Limbert | Contact through defense counsel | May |
| Marina MacDonald | Contact through defense counsel | May |
| Tom McElroy | 83 River Rise Way<br>Inlet Beach, FL 32461<br>(901) 488-8135 | May |
| Jay Moyer | 1329 Moher Boulevard<br>Franklin, TN 37069 | May |
| John Park | Contact through defense counsel | May |
| Greg Stocker | Contact through defense counsel | May |
| Vince Vittatoe | Contact through defense counsel | May |
| Michelle Wehrle | Contact through defense counsel | May |
| Brianne Austin | Contact through defense counsel | May |

| Witness | Address/Contact Information | May or Will Call |
|---|---|---|
| Forrest Castille | 1408 Adams Lake Boulevard SE<br>Atlanta, GA 30339<br>(762) 359-1595 | May |
| Brenda Conner | 880 Rock Street NW<br>Apartment 82<br>Atlanta, GA 30314<br>(404) 438-4794 | May |
| Sirin Sirinsapasitti | 6546 Deerings Lane<br>Norcross, GA 30092<br>(678) 641-8973 | May |
| Monica Nash Hamilton | 7334 Exeter Court<br>Riverdale, GA 30296<br>(318) 228-5986 | May |
| Michael Thomas | 851 E 169th Street, Apt C<br>Bronx, NY 10459<br>(972) 800-8525 | May |
| Bharat Patel | 3572 Guildhall Trail<br>Marietta, GA 30066 | May |
| Peggy Christensen | 8163 Broken Ridge Drive<br>Lincoln, Nebraska 68526 | May |
| Laurie Ausley | 14 North Broad Street<br>Porterdale, Georgia, 30014 | May |
| Shannon Stovall | 328 County Road 1140<br>Ravenna, Texas, 75476. | May |
| Shawn Hogue | 6635 SW 49th Terrace<br>South Miami, Florida 33155<br>404-434-6351 | May |

| Witness | Address/Contact Information | May or Will Call |
|---|---|---|
| James Carson | 1996 Kimberly Rd.<br>Atlanta, Georgia 30331<br>770-710-8358 | May |
| Althea Foster | 11027 Lorin Way,<br>Duluth, GA 30097<br>817-856-9200 | May |
| Ricky Foster | 11027 Lorin Way,<br>Duluth, GA 30097<br>817-832-5318 | May |
| Kimberly Dawn Collins | 110 Amberidge Drive<br>Cartersville, Georgia 30121 | May |
| Kristopher Seabrooks | (470) 992-9714<br>Economy Hotel<br>2100 NW Pkwy SE<br>Marietta, GA 30067 | May |
| Cynthia Pountain | 6625 Cow Hollow Dr.<br>Charlotte, NC 28226<br>(231) 233-8102 | May |
| Michelle Sarkisian | 315 West Country Drive<br>Duluth, GA 30097<br>(770) 235-8402 | May |
| Susan Norris | 1750 Powder Springs Road<br>Suite 190, Box 112<br>Marietta, GA 30064<br>(678) 388-9551 | May |

| Witness | Address/Contact Information | May or Will Call |
|---|---|---|
| Kimberly McDevitt | Sunrise Ministries<br>PO Box 801303<br>Acworth, GA 30101<br>(678) 379-5194 | May |
| Kasey McClure | P.O. Box 82685<br>Conyers, GA 30012<br>(404) 312-6793 | May |
| Ann Bailey | P.O. Box 82685<br>Conyers, GA 30012<br>(470) 362-8808 | May |
| Jeff Thomas | 10 Dodd Trail<br>Greenville, SC 29605<br>(404) 314-8742<br>(404) 468-7277 | May |
| Joe Fonseca | 971 Deron Drive<br>Lawrenceville, GA 30044<br>(678) 682-0575 | May |
| Officer Brian Graham<br>Cobb County Police | 1665 Windchase Dr.<br>Marietta, GA 30064<br>(404) 451-0901 | May |
| Officer Brian C. Moore<br>Cobb County Police | 1149 Roselawn Lane SE<br>Marietta, GA 30067<br>(404) 545-5372 | May |
| Officer John Clifford<br>Brookhaven Police | 4045 George Busbee Parkway, #6304<br>Kennesaw, GA 30144<br>(770) 843-4112 | May |

| Witness | Address/Contact Information | May or Will Call |
|---|---|---|
| Officer Lonnie D. Green Cobb County Police | 2800 Camp Creek Parkway, L-5 Atlanta, GA 30337 (334) 354-4080 | May |
| Angie Burnette | Alston & Bird LLP 1201 W. Peachtree Street Atlanta, GA 30309-3424 | May |
| Tiana Mykkeltvedt (solely as to attorneys' fees and expenses) | Bondurant, Mixson & Elmore, LLP 1201 West Peachtree Street, N.W., Suite 3900 Atlanta, GA 30309 (404) 881-4144 | May |
| Pat McDonough (solely as to attorneys' fees and expenses) | Andersen, Tate & Carr, P.C. 1960 Satellite Boulevard, Suite 4000 Duluth, GA 30097 (678) 518-6859 | May |
| Any witness identified on the Defendants' witness list | N/A | N/A |

## Summary of Expert Witness Testimony

The following is a summary of the expected testimony of each of Plaintiffs' expert witnesses:

1. <u>Anique Whitmore</u>: Ms. Whitmore will testify about the psychological dynamics involved in sex trafficking, including the psychology behind common behaviors seen in victims of sex trafficking. She will also address other aspects of sex trafficking that may be unfamiliar to the jury. And she will also testify about how these dynamics have manifested in the Plaintiffs' specific trafficking experience, as well as other issues addressed in her expert report served on or about September 6, 2022. Ms. Whitmore may also serve to rebut the testimony of defense experts.

2. <u>Dr. Melanie Bliss</u>: Dr. Bliss will testify about the neurobiology of trauma, the effects of trauma on memory, and common dynamics in repeated sexual assault. She will also address other issues identified in her expert report of September 6, 2022. And she may also serve to rebut the testimony of defense experts.

3. <u>Dr. David Williamson:</u> Dr. Williamson will testify about the psychiatric conditions of the Plaintiffs, including that the Plaintiffs suffer from psychiatric issues as a result of the traumatic experiences endured while being trafficked for sex, along with other issues addressed in his September 6, 2022 expert report. Dr. Williamson may also serve to rebut the testimony of defense expert Dr. Matthew Norman.

4. <u>Alan L. Tallis</u>: Mr. Tallis will testify about the standard of care a reasonable hotelier should exercise in the face of known signs of prostitution and sex trafficking, including that these signs of trafficking have been known in the hotel industry for decades. He will also opine regarding the Defendants' failure to take sufficient steps to address prostitution and sex trafficking occurring at the two hotels at issue in this case and beyond. He will also address other issues identified in his September 6, 2022 expert report. And he may serve to rebut the testimony of defense expert Greg Bristol.

**ATTACHMENT F-2**

**Defendants' Fact Witness List**

At trial, Defendants will call the following fact witness:

1. Glenn Galbraith, can be contacted through counsel for Red Roof Inns

Defendants may call the following fact witnesses:

2. A.F., can be contacted through counsel
3. C.A., can be contacted through counsel
4. D.P., can be contacted through counsel
5. E.H., can be contacted through counsel
6. K.P., can be contacted through counsel
7. M.B., can be contacted through counsel
8. M.M., can be contacted through counsel
9. R.K., can be contacted through counsel
10. R.P., can be contacted through counsel
11. T.H., can be contacted through counsel
12. W.K., can be contacted through counsel
13. Plaintiff's alleged traffickers, including but not limited to Michael Beene and Tradelle Lacey
14. Meghan Harrsch, 516 Bluff Ct., Woodstock, GA 30188
15. Lavan Chandra, 2015 Powers Ferry Rd., S.E., Apt C, Marietta GA 30067
16. Sandra Taylor, 2379 Tiffany Circle, Decatur, GA 30035
17. Carlos Johnson, 1895 Stockton St Apt 1, Decatur, GA 30032
18. Tyray Monroe, 1314 Taylor Way, Stone Mountain, GA 30083
19. Christopher Maxwell, 866 Churchill Court, Stone Mountain, GA 30083
20. Joe Fonseca, 971 Deron Drive, Lawrenceville, GA 30044
21. Henry Herrera, 785 Walnut Creek Drive, Lilbrum, GA 30047
22. Andrew Alexander, 100 Main Street North, St. Petersburg, FL 33716
23. Vanessa Cole, 1393 Tysons Corner, Marietta, Georgia 30062
24. Monica Hamilton, Atlanta, Georgia
25. Vickie Lam, 2144 E Walnut Creek Pkwy, West Covina, CA 91791
26. George Limbert, 104 Kastlekove Dr., Lewis Center, OH 43035
27. Marina MacDonald, can be contacted through counsel for Red Roof Inns
28. James Moyer, 1329 Moher Blvd., Franklin, Tennessee 37069
29. John Park, can be contacted through counsel for Red Roof Inns
30. Gregory Stocker, can be contacted through counsel for Red Roof Inns
31. Vincent Vittatoe, McKinney, Texas
32. Michelle Wehrle, can be contacted through counsel for Red Roof Inns
33. Bernard Mitchell, 3705 Meadow Vista Trail, Lithonia, GA 30038
34. Robert Allen, 92 Fairwind Court, Stone Mountain, GA 30083
35. Ella Bowen, 2000 Mallory Ln, St. 130, Franklin, TN 37067
36. Bob Patel, 2200 Corporate Plaza, Smyrna, GA 30080
37. Rita Patel, 2200 Corporate Plaza, Smyrna, GA 30080
38. Rakesh Patel, 2200 Corporate Plaza, Smyrna, GA 30080

39. Dorraine Lallani, 2011 Larimer Point Crt, Sugar Land, TX 77479
40. President and/or Custodian of records for Banneret Security, Inc., 160 Clairemont Ave, Suite 200, Decatur, GA 30030
41. President and/or Custodian of records for B.E.S.T., Inc. d/b/a Best Security, P.O. Box 961774, Riverdale, GA 30274
42. Custodian of records for Cobb County Police Department, 545 Fairground ST SE Unit 101, Marietta, GA 30060
43. Custodian of records for LifeStance, 1899 Powers Ferry Rd., Marietta, GA 30339
44. Custodian of records for Northside Hospital Duluth, 3620 Howell Ferry Rd NW, Duluth, GA 30096
45. Custodian of records for Cobb County Sherriff's Office, 185 Roswell St NE, Marietta, GA 30060
46. Custodian of records for Bibb County, 668 Oglethorpe St., Macon, GA 31201
47. Custodian of records for Gwinnett County Sheriff's Office, 2900 University Parkway, Lawrenceville, GA 30043
48. Custodian of records for Gwinnett County Police Department, 770 Hi Hope Road Lawrenceville, GA 30044
49. Custodian of records for DeKalb Community Service Board, 445 Win Way 2nd Fl., Suite 220, Decatur, GA 30030
50. Custodian of records for Carroll County State Court, 311 Newnan Street, Carrollton, GA 30117
51. Custodian of records for Northside Hospital Atlanta, 1000 Johnson Ferry Rd NE, Atlanta, GA 30342
52. Custodian of records for Juvenile Court of Forsyth County, 101 East Courthouse Square, First Floor – Suite 1007, Cumming, GA 30040
53. Custodian of records for DeKalb County Police Department, 1960 W Exchange Pl, Tucker GA 30084
54. Custodian of records for Marietta Police Department, 240 Lemon St NE, Marietta GA 30060
55. Custodian of records for GA Regional Hospital, 3073 Panthersville Rd, Decatur, GA 30034
56. Custodian of records for Piedmont Cartersville, 960 Joe Frank Harris Pkwy SE, Cartersville, GA 30120
57. Custodian of records for Arlington Police Department, 567 Pioneer Rd., Arlington GA 39813
58. Custodian of records for Wellstar Kennestone Hospital, 677 Church St. NE, Marietta, GA 30060
59. Custodian or records for other documents produced in discovery to be supplemented in advance of the final pre-trial
60. Any and all witnesses necessary to rebut any testimony or documents used by Plaintiffs in their case in chief.

### Defendant's Expert Witness List

At trial, Defendants will call the following expert witnesses:

1. Matthew Norman, M.D., 4401 Northside Parkway, NW Suit 25, Atlanta, GA 30327
2. Greg Bristol, 15920 Fairway Drive, Montclair, Virginia 22025
3. Dr. Kimberly Mehlman-Orozco, 15920 Fairway Drive, Montclair, Virginia 22025

Attachment G-1 Plaintiffs' Exhibit List

| Admitted | Ex. No. | BatesNumber | Date | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|---|---|
| | PX001 | RRI000777-RRI000800 | 1/1/13 | Lam 001.pdf; Galbraith 001.pdf | Guest Redi Expectations | |
| | PX002 | RRI_WK_00004227-RRI_WK_00004245 | 9/24/14 | Lam 002.pdf; Patel 002.pdf; RE You have 58 new reviews.msg | Email re: You have 58 new reviews | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (Varahi conduct) |
| | PX003 | RRI_WK_00004248-RRI_WK_00004296 | 10/22/14 | Lam 003.pdf | Email re: GR Alert - NEGATIVE Case Created for 088:Atlanta - Smyrna | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (Varahi conduct) |
| | PX004 | RRI_WK_00018645-RRI_WK_00018646&RRI_WK_00018647(excerpt) | | Lam 004.pdf | Email re: September Mid Month NR | |
| | PX005 | RRI_WK_00018312-RRI_WK_00018331 | | Guest_Relations_Presentation by Vickie.ppt; Lam 005.pdf | Medallia & Guest Relations Presentation PowerPoint Presentation | |
| | PX006 | RRI_WK_00001234-RRI_WK_00001237 | | Lam 006.pdf | RRI 88 Smyrna YTD Summary, Executive Summary emails | |
| | PX007 | VARAHI000057-VARAHI000631 | | Lam 007.pdf | RRI Manager in Training Manual | |
| | PX008 | RRI000223-RRI000262 | June 2012 | Lam 008.pdf | Red Roof Inn Inn Management Innsider June 2012 | |
| | PX009 | RRI_WK_00005586 | | Lam 009.pdf | Chart of Complaints of Atlanta RRIs | Privilege |
| | PX010 | RRI_WK_00005269-RRI_WK_00005271 | 10/22/16 | Lam 010.pdf | Email Re: All Atlanta Properties Need Immediate Attention | duplicate? |
| | PX011 | RRI_WK_00005596-RRI_WK_00005598;RRI_WK_00004268-RRI_WK_00004269 | 1/25/16 | Lam 011.pdf | Email re: RRI #88 Smyrna, GA - UPDATE | |
| | PX012 | RRI_WK_00018574 | Mar-16 | Lam 012.pdf | Vickie Lam - Region 4 Chart | |
| | PX013 | RRI_WK_00018654-RRI_WK_00018657 | 10/5/16 | Lam 013.pdf | Email re: Reputology 10.5.16 - VICKIE LAM - APPROVAL NEEDED | |

Attachment G-1 Plaintiffs' Exhibit List

| Admitted | Ex. No. | BatesNumber | Date | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|---|---|
| | PX014 | RRI_WK_00001258-RRI_WK_00001271 | 10/5/16 | Lam 014.pdf; Galbriath 014.pdf | Email re: FOR RALEIGH MEETING - VICKIE LAM'S BOTTOM 20% PRESENTATION | |
| | PX015 | RRI_WK_00005613-RRI_WK_00005614 | 12/28/16 | Lam 015.pdf | Email re: RRI #88 Smyrna, GA | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (Varahi conduct) |
| | PX016 | RRI_WK_00004304-RRI_WK_00004311 | 4/18/17 | Lam 016.pdf; Patel 002.pdf | Email re: legal notice | |
| | PX017 | RRI_WK_00002998-RRI_WK_00003007 | 8/10/17 | Lam 017.pdf | Email re: Red Roof 2200 Corporate Plaza | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated properties) |
| | PX018 | RRI_WK_00001364-RRI_WK_00001375 | 10/2/17 | Lam 018.pdf | Email re: Bad Apples & Terminations Slides (E-mail 1 of 2) | |
| | PX019 | RRI_WK_00001359-RRI_WK_00001363 | 2/21/17 | Lam 19; Galbraith 019.pdf | Email re: FEEBACK - Bad Apple Slides - SMYRNA, GA | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (Varahi conduct) |
| | PX020 | RRI_WK_00002901-RRI_WK_00002904 | 1/19/17 | Lam 020.pdf | Email re: Shout out to the francise ops team (TRIP ADVISOR) | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (redact unrelated properties) |
| | PX021 | RRI_WK_00005686-RRI_WK_00005699 | 6/27/18 | Lam 021.pdf | Email re: Week of July 2 to July 6 - NASSER JARRAH | |
| | PX022 | RRI_EF_00009877-RRI_EF_00009878 | 7/21/16 | Lam 022.pdf | Email re: What's the Plans to Change the Image??? | |
| | PX022-2 | RRI_EF_00009909-RRI_EF_00009910 | 10/7/16 | Lam 022-2.pdf | Email re: Red Roof Inn, 4430 Frederick Drive, Atlanta, GA 30336 | |
| | PX023 | RRI_EF_00009924-RRI_EF_00009937 | 10/14/16 | Lam 023.pdf | Email re: Please Use Bottom 20% Presentation | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated properties) |

Attachment G-1 Plaintiffs' Exhibit List

| Admitted | Ex. No. | BatesNumber | Date | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|---|---|
| | PX024 | RRI_EF_00010004-<br>RRI_EF_00010008 | 4/6/17 | Lam 024.pdf | Email re: 793 Atlanta Six Flags | |
| | PX025 | RRI_WK_000038266-<br>RRI_WK_000038267 | 6/13/18 | Lam 025.pdf | Email re: RRI 793 Six Flags, GA | |
| | PX026 | RRI_WK_00002994-<br>RRI_WK_00002997 | 6/27/17 | Lam 026.pdf | Email re: *RISK CASE* Property 793 Guest Russ Weber | |
| | PX027 | RRI_EF_00003972-<br>RRI_EF_00003973 | | Lam 027.pdf | Prostitution Ranker Chart | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (other hotels) |
| | PX028 | RRI_EF_00006673 | 7/20/17 | Lam 028.pdf | Email re: GR Alert - NEGATIVE Case Created for 793:Atlanta - Six Flags | |
| | PX029 | RRI_WK_00038327-<br>RRI_WK_00038328 | 9/13/18 | Lam 029.pdf | Email re: #793 Atlanta Six Flags, GA - WEDNESDAY, SEPTEMBER 26, 2018 | |
| | PX030 | PLAINTIFF-00009516(RRI) | 6/15/19 | Lam 030. pdf | RRI Six Flags Hotel Reviews-Orbitz | |
| | PX031 | PLAINTIFF-00009515(RRI) | 6/30/19 | Lam 031.pdf | RRI Six Flags Hotel Reviews-Orbitz | Relevance under Rule 401, unfair prejudice and confusion of the issues under Rule 403 (unrelated property in 2019 - RRI Six Flags), and authentication |
| | PX032 | PLAINTIFF-00009514(RRI) | 6/29/19 | Lam 032.pdf | RRI Six Flags Hotel Reviews-Orbitz | Relevance under Rule 401, unfair prejudice and confusion of the issues under Rule 403 (unrelated property in 2019 - RRI Six Flags), and authentication |
| | PX033 | PLAINTIFF-00009513(RRI) | 10/19/19 | Lam 033.pdf | RRI Six Flags Hotel Reviews-Orbitz | Relevance under Rule 401, unfair prejudice and confusion of the issues under Rule 403 (unrelated property in 2019 - RRI Six Flags), and authentication |

| Admitted | Ex. No. | BatesNumber | Date | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|---|---|
|  | PX034 | RRl_EF_00010103-RRl_EF_00010104 | 10/30/19 | Lam 034.pdf | 2019/10/30 Emails about Fox News Article | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (post alleged period of trafficking) |
|  | PX035 | RRI_WK_00000416-RRI_WK_00000417 |  | Protection of the Rights of Children Policy.docx | RRI Protection and Rights of Children Policy | Authenticity; Foundation |
|  | PX036 | RRI_WK_00014791-RRI_WK_00014792 |  | Hotel Training Outline.pdf | Hotel Training Video Outline |  |
|  | PX037 |  |  |  |  |  |
|  | PX038 | RRI_WK_00001752-RRI_WK_00001778 | 3/23/08 | Red Roof Inn - MIT Training-3-23-2008.ppt | PowerPoint: General Manager Training Safety and Security Presentation |  |
|  | PX039 | RRI_WK_00001791-RRI_WK_00001803 | 3/10/11 | 2022-01-19 -Hamilton-4.pdf;011922-Hamilton-4.pdf | Safety Services Agreement between B.E.S.T. Inc. and Red Roof Inn # 10130 |  |
|  | PX040 | RRI_WK_00020970-RRI_WK_00020973 | 7/26/12 | Travel Risk Management Conference Focusing on Corporate & Government Travel.msg | Email re: Travel Risk Management Conference: Focusing on Corporate & Government Travel | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 |
|  | PX041 | RRI_WK_00013502-RRI_WK_00013504 | 3/6/14 | RE ECPAT .msg | 2014/03/06 Email re: ECPAT and training |  |
|  | PX042 | RRI_WK_00000423-RRI_WK_00000455 | 9/17/14 | Preventing and Reacting to Child Sex Trafficking (corporate and franchise for 9.17.14).pptx | PowerPoint: Preventing & Reacting to Child Sex Trafficking with speaker notes |  |
|  | PX043 | RRI_WK_00000134-RRI_WK_00000136 | 1/24/19 | RE Human Trafficking Training - Franchise 1.23.19.docx.msg | Email re: Human Trafficking - Francise 1.23.19.docx | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (post alleged period of trafficking) |
|  | PX044 | RRI_WK_00004146-RRI_WK_00004171 | Nov-20 | Human Trafficking Investigative Protocol Summary and Recommendations FINAL November 2020.pptx | Human Trafficking Investigative Protocol Summary and Recommendations, November 2020 | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (post alleged period of trafficking) |

| Admitted | Ex. No. | BatesNumber | Date | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|---|---|
| | PX045 | RRI_WK_00005968-RRI_WK_00006025 | 2/16/12 | FW Red Roof January 2012 Monthly Activity Report.msg | Email re: Red Roof January 2012 Monthly Activity Report | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated properties) |
| | PX046 | RRI_WK_00013148-RRI_WK_00013152 | 10/4/13 | RED ROOF WEEKLY REPORT, September 30 - October 4.msg | Email re: Red Roof WEEKLY REPORT, September 30 - October 4 | |
| | PX047 | RRI_WK_00013153-RRI_WK_00013155 | 10/10/16 | Today's Clips.msg | Email re: Today's Clips | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated properties) |
| | PX048 | RRI_WK_00013391-RRI_WK_00013392 | 12/5/13 | RE Media Hotline Call -- fu on alleged rape from 1127.msg | Email re: Media hotline call -- f/u on alleged rape from 11/27 | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated properties) |
| | PX049 | RRI_WK_00002545-RRI_WK_00002557 | 9/24/14 | You have 58 new reviews.msg | Reputology Monitor Review Summaries - Red Roof Inn Daily Summaries | |
| | PX050 | RRI_WK_00014486 | 5/1/15 | RE Media hotline call.msg | Email re: Media hotline call | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated properties) |
| | PX051 | RRI_WK_00014846-RRI_WK_00014847 | 9/18/15 | Today's Clips.msg | Email re: Today's clips email | |
| | PX052 | RRI_WK_00005226-RRI_WK_00005230 | 10/6/15 | Clarabridge Comment Reports.msg; Comment List - July 2015.xlsx; Comment List - September 2015.xlsx; Comment List - August 2015.xlsx | Email re: Clarabridge Comment Reports and attachments | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403(unrelated properties) |
| | PX053 | RRI_WK_00015681-RRI_WK_00015682 | 10/21/15 | Today's Clips.msg | Email re: Today's clips email | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated properties) |
| | PX054 | | | Exhibit Number Intentionally Omitted | | Privilege |

| Admitted | Ex. No. | BatesNumber | Date | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|---|---|
| | PX055 | RRI_WK_00050261-RRI_WK_00050280 | 11/18/15 | RE RRI Crisis Monitoring Monthly Report - July to October, 2015.msg | Email Re: Crisis Monitoring Monthly Report email | Privilege |
| | PX056 | RRI_WK_00015907-RRI_WK_00015932 | 1/14/16 | Re Assistance needed.msg | Email re: Assistance needed- 2016 RRI Crisis Training Presentation | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 |
| | PX057 | RRI_WK_00015980-RRI_WK_00015988 | 1/22/16 | RED ROOF WEEKLY REPORT January 18 – January 22, 2016.msg | Email re: RED ROOF WEEKLY REPORT - January 18-January 22, 2016 | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403(unrelated properties) |
| | PX058 | RRI_WK_00005478-RRI_WK_00005479 | 2/3/16 | UPDATE Red Roof Caves...or Did They.msg | Email re: ATL Trafficking article "Red Roof Caves … or Did They?" | |
| | PX059 | RRI_WK_00050688 | 2/7/19 | #793-Six Flags.msg | Email re: #793-Six Flags | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated properties) |
| | PX060 | WK-Tallis-000854-WK-Tallis-000871 | | Tallis Materials 068.pdf | Polaris Project Tips for First Interactions with Victims | |
| | PX061 | WK-Whitmore000001-WK-Whitmore000140 | Jan-08 | UN Introduction to Human Trafficking.pdf;13.pdf | UN Office on Drugs and Crime: An Introduction to Human Trafficking: Vulnerability, Impact and Action | |
| | PX062 | RRI_WK_00000412-RRI_WK_00000415 | | ECPATUSA_hotelcompanyimplementationprintRedRoof.pdf | ECPAT USA Hotel Company Code Implementation | Authenticity; Foundation |
| | PX063 | WK-Whitmore000141 | 2012 | 2.pdf | Article: Polaris Project, "Understanding the Definition of Human Trafficking: The Action-Means-Purpose Model" | |
| | PX064 | | | | | |
| | PX065 | WK-Tallis-000142-WK-Tallis-000148 | 3/15/13 | Kimberly Ritter stands up to child sex trafficking in US hotels - CSMonitor.com.pdf | Article: The Christian Science Monitor, "Kimberly Ritter stands up to child sex trafficking in US hotels" | |
| | PX066 | WK-Tallis-000241-WK-Tallis-000246 | Jun-13 | Tallis Materials 009.pdf | Center for Public Policy Studies Georgia Human Trafficking Fact Sheet | |
| | PX067 | | | | | |

Attachment G-1 Plaintiffs' Exhibit List

| Admitted | Ex. No. | BatesNumber | Date | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|---|---|
| | PX068 | Pltf.-RRI0006361-Pltf.-RRI0006363 | 2015 | 102021-Sarkisian-P6.pdf | The Code article | |
| | PX069 | Pltf.-RRI0006364-Pltf.-RRI0006365 | 2015 | 102021-Sarkisian-P5.pdf | Article: ECPAT USA Releases First-Ever guide to States to Stop Child Sex Trafficking Victims from Falling Through the Cracks | |
| | PX070 | Pltf-RRI0006203-Pltf-RRI0006216 | 2015 | 102021-Sarkisian-P2.pdf | Article: Cornell Hospitality Report "Adopting the Code: Human Trafficking and the Hospitality Industry" | Authenticity; Foundation |
| | PX071 | RRI_WK_00045910 | 6/26/17 | BEST - Inhospitable to Human Trafficking.msg | Email re: BEST - Inhospitable to Human Trafficking | |
| | PX072 | | | Exhibit Number Intentionally Omitted | | |
| | PX073 | JDX0005547; JDX0005549-JDX0005550; JDX0005552; JDX0005632-JDX0005635; JDX0005637-JDX0005640 | | Online Reviews-RRI-DH-Expedia.pdf | Online Reviews Compilation- Expedia- RRI-Druid Hills (Buckhead) | Authentication |
| | PX074 | JDX0005566-JDX0005575 | | Online Reviews-RRI-DH-Google.pdf | Online Reviews Compilation- Google- RRI-Druid Hills (Buckhead) | Authentication |
| | PX075 | JDX0005517-JDX0005521; JDX0005545; JDX0005548; JDX0005551; JDX0005553; JDX0005556-JDX0005563; JDX0005576;JDX0005636 | | Online Reviews-RRI-DH-TripAdvisor.pdf | Online Reviews Compilation- Trip Advisor- RRI-Druid Hills (Buckhead) | Authentication |
| | PX076 | JDX0005314-JDX0005315;JDX0005617 | | Online Reviews-RRI-Smyrna-Facebook.pdf | Online Reviews Compilation- Facebook- RRI-Smyrna | Authentication |
| | PX077 | JDX0005577-JDX0005583;JDX0005604-JDX0005606 | | Online Reviews-RRI-Smyrna-Google.pdf | Online Reviews Compilation- Google- RRI-Smyrna | Authentication |

| Admitted | Ex. No. | BatesNumber | Date | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|---|---|
| | PX078 | JDX0005522-JDX0005544;JDX0005546;JDX0005554-JDX0005555;JDX0005590-JDX0005603;JDX0005607-JDX0005616;JDX0005618-JDX0005631 | | Online Reviews-RRI-Smyrna-TripAdvisor.pdf | Online Reviews Compilation-TripAdvisor- RRI-Smyrna | Authentication |
| | PX079 | N/A | 10/5/12 | CONFMichaelBeene_16.pdf | 2012/10/05 Beene Tweet | |
| | PX080 | N/A | | CONFMichaelBeene_5.pdf | Beene Twitter Page | |
| | PX081 | N/A | 9/30/12 | CONFMichaelBeene_6.pdf | 2012/09/30 Tweet with added labels | |
| | PX082 | N/A | 4/16/12 | CONFMichaelBeene_19.pdf | 2012/04/16 Beene Tweet | |
| | PX083 | Pltf.C.A.004427 | | CA_21.pdf | Choose Up or Lose Up Logo | Relevance under Rule 401, unfair prejudice and confusion of the issues under Rule 403 (unrelated plaintiff), and authentication |
| | PX084 | Pltf.C.A.009135 | | CONFMichaelBeene_7.pdf | Photo of men wearing Choose up or Lose up t-shirts | Relevance under Rule 401, unfair prejudice and confusion of the issues under Rule 403 (unrelated plaintiff), and authentication |
| | PX085 | Pltf.K.P.001505 | | CONFMichaelBeene_14.pdf | Photo of men with cash | Relevance under Rule 401, unfair prejudice and confusion of the issues under Rule 403 (unrelated plaintiff), and authentication |
| | PX086 | Pltf.C.A.008975 | | File127.txt;File3.txt;File2.jpeg;File126.jpeg | Photo of man wearing "Choose Up" shirt | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated plaintiff) |
| | PX087 | Pltf.C.A.009136 | | File37.jpeg | Mugshot of Bagz - Earnest Lloyd Wright | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated plaintiff) |
| | PX088 | WK-Tallis-000828 | | AlanLTallisVolI_16.pdf | Tallis RRI, RRF Franchising | |

Attachment G-1 Plaintiffs' Exhibit List

| Admitted | Ex. No. | BatesNumber | Date | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|---|---|
| | PX089 | RRI002683-RRI002704 | | RRI 002683-RRI 002704.pdf | Operating Agreement of RRF Holding Company, LLC | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (not a party to the case); also marked AEO |
| | PX090 | RRI002631-RRI002682 | | RRI 002631-RRI 002682.pdf | Second Amended and Restated Operating Agreement of Red Roof Franchising, LLC | |
| | PX091 | JDX0008922;Pltf-RRI-0010181 | 3/2/15 | March 2.docx | 2015/03/02 Word document from Dorraine Lallani re Confidential Ownership Information | |
| | PX092 | | | Exhibit Number Intentionally Omitted | | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated properties) |
| | PX093 | RRI000466-RRI000508 | 2016 | 102221-Castille-D4.pdf; 101821-Cole-D4.pdf; 020222-Thomas-D4.pdf | RRI InnSider Employee Handbook January 2016 | |
| | PX094 | VARAHI001314-VARAHI001315 | 2/21/13 | Conner BC-001.pdf | Acknowledgement - Employee Handbook | |
| | PX095 | VARAHI001313 | 2/22/13 | Conner BC-002.pdf | Acknowledgement/Consent - Drug-Free Workplace/Criminal Background Check | |
| | PX096 | VARAHI001297 | 1/22/16 | Conner BC-003.pdf | Separation Notice | |
| | PX097 | RRI_000541-RRI_000543 | Dec-10 | 102221-Castille-D2.pdf; 101821-Cole-D2.pdf; 020222-Thomas-D2.pdf | RRI Safety and Security Housekeeping | |
| | PX098 | RRI000509-RRI000540 | | 102221-Castille-D3.pdf; 101821-Cole-D3.pdf; 020222-Thomas-D3.pdf | RRI Presentation Preventing & Reacting to Child Sex Trafficking (no speaker notes) | |
| | PX099 | RRI000544-RRI000545 | Dec-10 | 102221-Castille-D1.pdf | Dec 2010 RRI Prostitution Notice | |
| | PX100 | RRI_WK_00038055-RRI_WK_00038077 | 3/30/12 | e-Pak 3.30.2012 Continuing Ed, April promotions_ April 2012 Pet Friendly_ Human trafficking_ golden shovel contest_ WIS memo_ February 2012 Inn rankings.msg | 2012/03/30 Weekly e-Pak for 3.30.12 email | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated properties) |

| Admitted | Ex. No. | BatesNumber | Date | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|---|---|
| | PX101 | N/A | | Moyer 101.pdf | Red Roof Smyrna Photo | |
| | PX102 | N/A | | Moyer 102.pdf | Red Roof Buckhead Photo | |
| | PX103 | RRI000120-RRI000122 | 2/16/14 | Moyer 103.pdf | 2013 Robert Allen Performance Evaluation | |
| | PX104 | RRI000135-RRI000136 | 12/12/19 | Moyer 104.pdf | Robert Earnest Allen II Status and Key Dates | |
| | PX105 | RRI000117-RRI000119 | 3/12/17 | Moyer 105.pdf | 2016 Robert Allen Performance Evaluation | |
| | PX106 | RRI_WK_00001779-RRI_WK_00001790 | 1/17/08 | Moyer 106.pdf | Safety Services Agreement | |
| | PX107 | RRI_WK_00011787-RRI_WK_00011846 | 11/29/10 | Moyer 107.pdf | Email re: S&S Training | |
| | PX108 | RRI000923-RRI000940 | 3/28/12 | RRI 000923-RRI 000940.pdf; Moyer 108.pdf | RRI Weekly E-pak | |
| | PX109 | RRI_WK_00012074-RRI_WK_00012076;RRI_WK_00001150-RRI_WK_00001181 | 8/14/14 | Moyer 109.pdf | Email re: Webinar Link "Preventing and reacting to child sex trafficking" webinar | |
| | PX110 | JDX0005295-JDX0005298 | 7/10/13 | Moyer 110.pdf | Dekalb County Police Report | Hearsay to narrative reports/statements within, authentication |
| | PX111 | JDX0000149-JDX0000152 | 9/20/13 | Moyer 111.pdf; CONFMeghanHarrsch_1.pdf | Brookhaven Police Report | Hearsay to narrative reports/statements within, authentication |
| | PX112 | JDX0000192-JDX0000198 | 10/24/13 | Moyer 112.pdf | Brookhaven Police Report | Hearsay to narrative reports/statements within, authentication |
| | PX113 | JDX0000216-JDX0000219 | 10/31/13 | Moyer 113.pdf | Brookhaven Police Report | Hearsay to narrative reports/statements within, authentication |
| | PX114 | RRI_EF_00007425-RRI_EF_00007426 | 11/12/13 | Moyer 114.pdf | Notes for Budget Reviews FMC and Dune email | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated properties) |
| | PX115 | RRIWK00004955 | 11/12/13 | Moyer 115.pdf | Email re: 2014 Budget | duplicate |

| Admitted | Ex. No. | BatesNumber | Date | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|---|---|
| | PX116 | RRI_WK_00000791-RRI_WK_00000794 | 8/15/12 | Moyer 116.pdf | Email re: July/July YTD Results - NR (Feedback Requested) | |
| | PX117 | RRI_WK_00004873;RRI_WK_00004871-RRI_WK_0004872 | 8/17/12 | Moyer 117.pdf | Email re: Prostitutes | |
| | PX118 | RRI_WK_00031069-RRI_WK_00031076 | 9/17/12 | Moyer 118.pdf | Email re: Due Monday or sooner! | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated properties) |
| | PX119 | RRI_WK_00004874-RRI_WK_00004875 | 12/19/12 | Moyer 119.pdf | Email re: Red Roof Inn - Atlanta (Buckhead) - Marhonda Norman - Satisfaction Survey results | |
| | PX120 | RRI_WK_00004883-RRI_WK_00004886 | 10/22/12 | Moyer 120.pdf | Email Re: Druid Hills Buckhead #130 | |
| | PX121 | RRI_WK_00000817-RRI_WK_00000828 | 11/10/12 | Moyer 121.pdf | Email re: Red Roof Inn- Atlanta (Buckhead) - Jaguar Eisele - Satisfaction Survey Results | duplicate |
| | PX122 | RRI_WK_00004900-RRI_WK_00004901 | 11/27/12 | Moyer 122.pdf; Patel 122.pdf | Email re: Red Roof Inn - Atlanta - Smyrna - Kelly Keammann - Satisfaction Survey Results | |
| | PX123 | RRI_WK_00000829-RRI_WK_00000831 | 12/17/12 | Moyer 123.pdf | Email re: Red Roof Inn - Atlanta (Buckhead) - Renee Huber - Satisfaction Survey Results | |
| | PX123A | RRI_WK_00004902-RRI_WK_00004903 | 12/17/12 | Moyer 123a.pdf | Email re: Red Roof Inn - Atlanta (Buckhead) - Joseph Kraut - Satisfaction Survey Results | |
| | PX124 | RRIWK00000832-RRI_WK_00000836 | 6/22/12 | Moyer 124.pdf | Email re: FYI - Karesma Hendrix email | |
| | PX125 | RRI_WK_00004742-RRI_WK_00004746 | 10/7/13 | Moyer 125.pdf | Email re: Service Manager Task Assigned - Sandra Watson | |
| | PX126 | RRI_WK_00004952-RRI_WK_00004954 | 10/31/13 | Moyer 126.pdf | Email re: Tricia LeTempt | |
| | PX127 | RRI_WK_00004957-RRI_WK_00004958 | 4/26/15 | Moyer 127.pdf; Fwd RRI130 - Red Roof PLUS+ Atlanta - Buckhead  Complaint of guest at property. .msg | Email re: RRI130 - Red Roof PLUS+ Atlanta - Buckhead Complaint of guest at property | |

Attachment G-1 Plaintiffs' Exhibit List

| Admitted | Ex. No. | BatesNumber | Date | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|---|---|
| | PX128 | RRI_WK_00004982-RRI_WK_00004986 | 12/30/15 | Moyer 128.pdf | Email re: Red Roof Plus Guest Relations Case Created for Scott Ernster | |
| | PX129 | RRI_WK_00004999-RRI_WK_00005001 | 6/14/16 | Moyer 129.pdf | Email re: Red Roof Plus Guest Relations Case Created for John Foster | |
| | PX130 | RRI_WK_0012585-RRI_WK_0012587 | 9/1/16 | Moyer 130.pdf | Email re: 130 Buckhead Reclass Sierria Jordon | |
| | PX131 | RRI_WK_00005021-RRI_WK_00005025; RRI_WK_00004766-RRI_WK_00004770 ;RRI_WK_00005050-RRI_WK_00005055 | 9/16/16 | Moyer 131.pdf | Email re: Kyle Miller | |
| | PX132 | RRI_WK_00000897-RRI_WK_00000900 | 4/17/17 | Moyer 132.pdf | Email re: 130 Buckhead, Reclass 130509434, Christina Schroer | |
| | PX133 | RRI_WK_00000903 | 11/13/17 | Moyer 133.pdf | Email re: Red Roof PLUS Case for Dijon Rice has been open for 12 hours | |
| | PX134 | RRI000466-RRI000497 | 2013 | Limbert 134.pdf | PowerPoint: Preventing & Reacting to Child Sex Trafficking no speaker notes | |
| | PX135 | RRI_WK_00043402-RRI_WK_00043403 | 9/16/15 | Limbert 135.pdf | Email re: WSOC-TV request - Federal investigation into Clt Franchise | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated properties) |
| | PX136 | RRI_WK_00050250-RRI_WK_00050260 | 11/16/15 | Limbert 136.pdf; RE RRI Crisis Monitoring Monthly Report - July to October, 2015.msg ; PowerPoint Presentation;RRI Crisis Monitoring Monthly Report - July to October_FINAL.pptx | Email re: RRI Crisis Monitoring Monthly Report - July to October 2015 with attachment | Privilege |
| | PX137 | RRI_WK_00050321-RRI_WK_00050323 | 11/20/15 | Limbert 137.pdf | Email re: RRI Crisis Monitoring Monthly Report - July to October 2015 | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated properties) |

Attachment G-1 Plaintiffs' Exhibit List

| Admitted | Ex. No. | BatesNumber | Date | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|---|---|
| | PX138 | RRI_WK_00043415-RRI_WK_00043460 | 12/4/15 | Limbert 138.pdf | Email re: Attorney Client Privileged - Confidential | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (Varahi conduct) |
| | PX139 | RRI_WK_00001723 | 12/14/15 | Limbert 139.pdf | Email re: Training and ECPAT | |
| | PX140 | RRI_WK_00050396-RRI_WK_00050414 | 12/17/15 | Limbert 140.pdf | Email re: RRI Crisis Monitoring Monthly Report - November 2015 | Privilege |
| | PX141 | RRI_WK_00043466-RRI_WK_00043469 | 12/24/15 | Limbert 141.pdf | Email re: Trafficking-one example at Red Roof Inn | |
| | PX142 | RRI_WK_00045313-RRI_WK_00045317 | 1/19/16 | Limbert 142.pdf | Email re: Press Release | |
| | PX143 | RRI_WK_00045335-RRI_WK_00045336 | 1/19/16 | Limbert 143.pdf | Email Re: All Atlanta Properties Need Immediate Attention | |
| | PX144 | RRIWK00045442-RRIWK00045446 | 1/21/16 | Limbert 144.pdf | Email re: Red Roof Inn in Smyrna, GA | duplicate |
| | PX145 | RRI_WK_00045362-RRI_WK_00045363 | 1/21/16 | Limbert 145.pdf | Email re: Anonymous Caller RRI #088 | |
| | PX146 | RRI_WK_00045469-RRI_WK_00045471 | 1/22/16 | Limbert 146.pdf | Email re: #88 Smyrna, GA - Contact Us Form Submission on web | duplicate |
| | PX147 | RRI_WK_00045472-RRI_WK_00045475 | 1/22/16 | Limbert 147.pdf | Email re: Smyrna Letter - needs completed today to be sent out today | |
| | PX147A | RRI005311-RRI005312 | 1/22/16 | Limbert 147A.pdf; Patel 147A.pdf; AlanLTallisVolI_11.pdf | Letter re: Recent Issues at Red Roof Inn #088 located in Smyrna, GA | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (Varahi conduct) |
| | PX148 | RRI_WK_00045531-RRI_WK_00045533 | 1/28/16 | Limbert 148.pdf | Email re: What is your response to Human Trafficking at Cobb County Red Roof Inn on Windy Hill? | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (Varahi conduct) |
| | PX149 | RRI_WK_00043560-RRI_WK_00043563 | 1/26/16 | Limbert 149.pdf | Email re: RRI #88 Smyrna, GA - UPDATE | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (Varahi conduct) |
| | PX150 | RRI_WK_00050482-RRI_WK_00050495 | 2/2/16 | Limbert 150.pdf | Email re: 2015 RRI Crisis Monitoring Report: May to December 2015 | |

| Admitted | Ex. No. | BatesNumber | Date | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|---|---|
| | PX151 | RRI_WK_00050496-RRI_WK_00050507 | 2/28/16 | Limbert 151.pdf | Email re: RRI Crisis Monitoring Monthly Report Jan 2016 | Attorney Work Product |
| | PX152 | RRI_WK_00045615 | 3/23/16 | Limbert 152.pdf | Email re: Tom again he posted on our pets page and I removed it this is his response | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 |
| | PX153 | RRI_WK_00045856-RRI_WK_00045864 | 4/18/17 | Limbert 153.pdf | Email re: legal notice - RRI #88 Smyrna, GA | |
| | PX154 | RRI_WK_00045963 | 8/9/17 | Limbert 154.pdf | Email re: RRI#88 Smyrna, GA - Officer Jeffrey Adcock (Abatement Concerns) | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated properties) |
| | PX155 | RRI_WK_00001721 | 12/10/15 | Limbert 155.pdf | Email Re: Training and EPCAT | |
| | PX156 | RRI_WK_00045342-RRI_WK_00045354 | 1/20/16 | Limbert 156.pdf | Email re: ECPAT USA Tourism and Child-Protection Code Follow-Up email | |
| | PX157 | RRI_WK_00045693-RRI_WK_00045698 | 6/28/16 | Limbert 157.pdf | Email Re: EPCAT-USA Tourism Child-Protection Code Follow-Up | |
| | PX158 | RRI_WK_00047523-RRI_WK_00047527 | 8/13/19 | Limbert 158.pdf; FW ECPAT-USA Rubric Report - Red Roof Inns.msg; ECPAT-USA Rubric Report_Red Roof Inns.pdf | Email re: EPCAT-USA Rubric Report - Red Roof Inns | |
| | PX159 | RRI_WK_00045809-RRI_WK_00045810 | 1/15/17 | Limbert 159.pdf | Email re: Sex Trafficking Video - Comments | |
| | PX160 | N/A | 1/9/22 | Limbert 160.pdf | RRI FaceBook Posts on Human Trafficking | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (post trafficking period) |
| | PX161 | N/A | 4/23/21 | Limbert 161.pdf | Red Roof's Instagram Post re: Denim Day Campaign | |
| | PX162 | RRI_WK_00002938-RRI_WK_00002993 | 12/31/2015-01/01/2016 | Limbert 162.pdf | PowerPoint Presentation: Safety & Security the Address Hotel Dubai 12/31/2015-1/1/2016 | |
| | PX163 | RRI_WK_00000548-RRI_WK_00000609 | 1/28/16 | Limbert 163.pdf; Patel 163.pdf | Do Not Rent List for RRI Smyrna | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (Varahi conduct) |

| Admitted | Ex. No. | BatesNumber | Date | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|---|---|
| | PX164 | RRI_WK_00001150-RRI_WK_00001181 | | Limbert 164.pdf | PowerPoint Presentation: Preventing & Reacting to Child Sex Trafficking | duplicate |
| | PX165 | N/A | 10/24/21 | Limbert 165.pdf | Article: The Vindicator, "Raising the Roof" | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 |
| | PX166 | N/A | 10/15/21 | Limbert 166.pdf | Article: Hotel Business, "Listen & Grow - This is the foundation of Red Roof's future under the leadership of its new president, George Limbert | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (post alleged period of trafficking) |
| | PX167 | N/A | 11/12/21 | Limbert 167.pdf | Article: Lodging Magazine, "Crisis Management and Beyond: RR's New CEO on Pivoting to Survive and Prosper" | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (post alleged period of trafficking) |
| | PX168 | RRI_WK_00024102-RRI_WK_00024118 | 1/12/17 | Limbert 168.pdf | Red Roof Plus Weekly e-Pak | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (jurors need instructed on the law through jury instructions, not a proper exhibit) |
| | PX169 | AHLA_WK_RR_0001945-AHLA_WK_RR_0001950 | 5/5/14 | Limbert 169.pdf | Email re: Purchasing the Role of Hospitality in Preventing and Reacting to Child Sex Trafficking | |
| | PX170 | | | | | |
| | PX171 | | | | | |
| | PX172 | RRI001423-RRI001476 | 12/14/12 | Limbert 172.pdf | Franchise Agreement Between RRF, LLC and Varahi Hotel, LLC | duplicate |
| | PX173 | RRI_WK_00050250-RRI_WK_00050251 | 11/16/15 | Limbert 173.pdf; MacDonald 173.pdf | Email re: RRI Crisis Monitoring Monthly Report - July to Oct 2015 | Privilege |
| | PX174 | RRI_WK_00011307-RRI_WK_00011315 | 9/2/15 | Limbert 174.pdf | Affidavit of Shawna Drummond | Inadmissible hearsay |
| | PX175 | RRI_WK_00050426-RRI_WK_00050434 | Nov-15 | Limbert 175.pdf | Red Roof Plus+ Crisis Monitoring Monthly Report | Privilege |

| Admitted | Ex. No. | BatesNumber | Date | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|---|---|
| | PX176 | RRl_WK_00050777-RRl_WK_00050779 | 1/7/16 | Limbert 176.pdf | Email re: RRI #357 Atlanta Midtown, GA - Crisis Monitoring | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated property) |
| | PX177 | RRl_WK_00050510-RRl_WK_00050520 | May 2015 - Dec. 2015 | Limbert 177.pdf | Red Roof Plus+ Crisis Monitoring Report | Privilege |
| | PX178 | RRl_WK_00050498-RRl_WK_00050507 | Jan-16 | Limbert 178.pdf | Red Roof Plus+ Crisis Monitoring Report | Privilege |
| | PX179 | RRI_WK_00002998-RRI_WK_00002999 & RRI_WK_00003000 & RRI_WK_00003002-RRI_WK_00003007 | 8/10/17 | Limbert 179.pdf; Patel 179.pdf | Email re: Red Roof 2200 Corporate Plaza | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated properties) |
| | PX180 | RRl_WK_00046582-RRl_WK_00046584 | 11/4/18 | Limbert 180.pdf | Email re: Motel 'frequently involved in criminal activity' sees more than 200 class for service this year - absactionnews.com WFTS-TV | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated properties) |
| | PX181 | RRl_WK_00001285-RRl_WK_00001298 | 10/14/16 | Limbert 181.pdf | Email re: Please Use Bottom 20% Presentation | |
| | PX182 | RRl_WK_00001359-RRl_WK_00001363 | 2/21/17 | Limbert 182.pdf; Galbraith 019.pdf; Lam 19 | Email re: FEEBACK - Bad Apple Slides - SMYRNA, GA | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (Varahi conduct) |
| | PX183 | Miscellaneous | 1/18/12 | Limbert 183.pdf | 2012/01/18 Smyrna Composite | |
| | PX184 | N/A | 2012-2021 | Limbert 184.pdf | Texas Franchise Public Information Report re Westmont Hospitality Group, Inc. 2012-2021 | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (post alleged period of trafficking) |
| | PX185 | WRRH000236 | | Limbert 185.pdf; Austin 185.pdf | RRI Organizational Chart | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403; AEO |

| Admitted | Ex. No. | BatesNumber | Date | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|---|---|
| | PX186 | WRRH000235 | | Limbert 186.pdf; Austin 186.pdf | RRI - FMC Structure Chart | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403; AEO |
| | PX187 | WRRH000234 | | Limbert 187.pdf; Austin 187.pdf | RRI - Dune Structure Chart | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403; AEO |
| | PX188 | | | | | |
| | PX189 | | | | | |
| | PX190 | | | | | |
| | PX191 | | | | | |
| | PX192 | N/A | | Vittatoe 192.pdf | Vittatoe Linked in Resume | |
| | PX193 | RRI_WK_00001779-RRI_WK_00001790 | 1/17/08 | Vittatoe 193.pdf | Security Services Agreement between Best Security and Red Roof Inns, Inc. | |
| | PX194 | RRI_WK_00011660 | 9/1/07 | Vittatoe 194.pdf | Red Roof Hotline Numbers | |
| | PX195 | RRI_WK_00001752-RRI_WK_00001778 | | Vittatoe 195.pdf | PowerPoint Presentation: RRI General Manager Training Safety and Security | |
| | PX196 | RRI_WK_00011787-RRI_WK_00011817 | 11/29/10 | Vittatoe 196.pdf | Email re: S&S Training | |
| | PX197 | RRI_WK_00011324-RRI_WK_00011326 | 3/9/08 | Vittatoe 197.pdf | Email re: Prostitution Incident Report | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated property in South Carolina) |
| | PX198 | | | | | |
| | PX199 | | | | | |
| | PX200 | | | | | |
| | PX201 | | | | | |
| | PX202 | | | | | |
| | PX203 | N/A | | Stocker 203.pdf | Greg Stocker Linked in Resume | |
| | PX204 | | | Exhibit Number Intentionally Omitted | | |
| | PX205 | RRI_WK_00011168-RRI_WK_00011306 | Dec-10 | Stocker 205.pdf | RRI Assaults Operating and Reporting Procedures- December 2010 | |

| Admitted | Ex. No. | BatesNumber | Date | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|---|---|
| | PX206 | RRI000178-RRI000222 | Jun-12 | Stocker 206.pdf | Red Roof Inn GSR Innsider June 2012 | |
| | PX207 | N/A | 3/21/08 | Stocker 207.pdf | Article: Detroit News "5 Charged in federal probe of child prostitution rings" | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated property) |
| | PX208 | RRI_WK_00004874-RRI_WK_00004875 | | Stocker 208.pdf | 2012/09/17 Marhonda Norman Satisfaction Survey Results | |
| | PX209 | RRI_WK_00004900-RRI_WK_00004901 | 11/27/12 | Stocker 209.pdf | Email re: Red Roof Inn - Atlanta - Smyrna - Kelly Keammann - Satisfaction Survey Results | |
| | PX210 | RRI_WK_00004942 | 10/7/13 | Stocker 210.pdf | Email re: GR Alert - Negative Case Created for 130:Atlanta (Buckhead) | |
| | PX211 | RRI_WK_00005242-RRI_WK_00005251 | 11/13/15 | Stocker 211.pdf | Email re: RRI Crisis Monitoring Monthly Report - July to October 2015 | Privilege |
| | PX212 | RRI_WK_00002844-RRI_WK_00002854 | May 2015 - Dec. 2015 | Stocker 212.pdf | Red Roof Plus+ Crisis Monitoring Report | Privilege; relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (redact unrelated properties and Varahi conduct) |
| | PX213 | RRI_WK_00005446-RRI_WK_00005447 | 12/3/15 | Stocker 213.pdf | Email re: Crisis Grid | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated properties) |
| | PX214 | RRI_WK_00003800-RRI_WK_00003804 | 4/16/20 | Stocker 214.pdf | Email re: Red Roof Guest Complaints | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (post alleged period of trafficking) |
| | PX215 | RRI_WK_00005483-RRI_WK_00005490 | 4/18/17 | Stocker 215.pdf; Patel 215.pdf | Email re: legal notice | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (Varahi conduct) |
| | PX216 | RRI_WK_00045964-RRI_WK_00045965 | 8/18/17 | Stocker 216.pdf | Email re: Red Roof T15 17077718 - #88 Smyrna, GA | |

Attachment G-1 Plaintiffs' Exhibit List

| Admitted | Ex. No. | BatesNumber | Date | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|---|---|
| | PX217 | RRI_WK_00003033-RRI_WK_00003036 | 9/18/17 | Stocker 217.pdf; Patel 217.pdf | Email re: Employee Meeting Notes - Red Roof Inn Smyrna | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (Varahi conduct) |
| | PX218 | RRI_WK_00003980 | 7/15/20 | Stocker 218.pdf | Summary of Meeting with RRI-Smyrna | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (post alleged period of trafficking and Varahi conduct) |
| | PX219 | RRI_WK_00003813-RRI_WK_00003862 | 6/5/20 | Human Trafficking 6.5.2020.pptx | PowerPoint Presentation: Human Trafficking with speaker notes | |
| | PX220 | n/a | | 102221-Castille-D9.pdf | Photos | Foundation |
| | PX221 | Pltf-RRI00002223-Pltf-RRI00002225 | 9/23/19 | 102221-Castille-P10.pdf | Affidavit of Forrest Castille | Inadmissible hearsay |
| | PX222 | | | | | |
| | PX223 | Pltf-RRI0005336-Pltf-RRI0005339 | 7/10/13 | 011922-Hamilton-6.pdf | Dekalb Police Incident Report | Hearsay to narrative reports/statements within, authentication |
| | PX224 | | | | | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 |
| | PX225 | Pltf-RRI00005117-Pltf-RRI00005119 | | 101821-Cole-P1.pdf | Affidavit of Vanessa Cole | Inadmissible hearsay |
| | PX226 | RRI_WK_00042263-RRI_WK_00042569 | 4/1/20 | Park Exhibit No. 226.pdf; Austin 226.pdf | RRI Franchise Disclosure Document | |
| | PX227 | Pltf-RRI0000075 - Pltf-RRI0000085 | | 102021-Sarkisian-P9.pdf | Article: Red Roofie Blog, "Avoid Red Roof Inn Smyrna Georgia" | |
| | PX228 | RRI_WK_00002651-RRI_WK_00002696 | 12/4/15 | FW Trafficking-one example at Red Roof Inn.msg | Email re Trafficking-one example at Red Roof Inn | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (Varahi conduct) |
| | PX229 | RRI_WK_00045060-RRI_WK_00045107 | 12/22/15 | FW Trafficking-one example at Red Roof Inn.msg; Red Rood Inn Smyrna GA - Oct 2015 - Copy.doc | Email re Trafficking-one example at Red Roof Inn | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (Varahi conduct) |
| | PX230 | Pltf-RRI0006220-Pltf-RRI0006221 | 12/22/15 | 102021-Sarkisian-P4.pdf | Email re: Trafficking-one example at Red Roof Inn | |

| Admitted | Ex. No. | BatesNumber | Date | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|---|---|
| | PX231 | RRI_WK_00002699-RRI_WK_00002701 | 1/18/18 | Press Release.msg | Email Re: Press Release | |
| | PX232 | RRI_WK_00005262-RRI_WK_00005264 | 1/18/16 | Important Press Release.msg | Email re: Important: Press Release | |
| | PX233 | RRI004934-RRI004936 | 1/29/16 | RRI 004934-RRI 004936.pdf | Email re: What is your response to Human Trafficking at Cobb County Red Roof Inn on Windy Hill? | |
| | PX234 | Pltf-RRI0006390-Pltf-RRI0006391 | 10/15/21 | 102021-Sarkisian-P8.pdf | Email re: yikes! | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (post alleged period of trafficking) |
| | PX235 | N/A | 8/21/21 | 102021-Sarkisian-D1.pdf | 2021/08/21 Sarkisian Email to McDonough re Conversation with George Limbert | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (post alleged period of trafficking) |
| | PX236 | Pltf-RRI0006120 | | 00516.MTS | Operation Liberate Video 516 | Relevance under Rule 401, unfair prejudice and confusion of the issues under Rule 403 (Varahi conduct), and authenticity |
| | PX237 | Pltf-RRI0006121 | | 00517.MTS | Operation Liberate Video 517 | Relevance under Rule 401, unfair prejudice and confusion of the issues under Rule 403 (Varahi conduct), and authenticity |
| | PX238 | Pltf-RRI0006124 | | 00520.MTS | Operation Liberate Video 520 | Relevance under Rule 401, unfair prejudice and confusion of the issues under Rule 403 (Varahi conduct), and authenticity |
| | PX239 | Pltf-RRI0006125 | | 00521.MTS | Operation Liberate Video 521 | Relevance under Rule 401, unfair prejudice and confusion of the issues under Rule 403 (Varahi conduct), and authenticity |

| Admitted | Ex. No. | BatesNumber | Date | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|---|---|
| | PX240 | Pltf-RRI0006126 | | 00522.MTS | Operation Liberate Video 522 | Relevance under Rule 401, unfair prejudice and confusion of the issues under Rule 403 (Varahi conduct), and authenticity |
| | PX241 | Pltf-RRI0006127 | | 00528.MTS | Operation Liberate Video 528 | Relevance under Rule 401, unfair prejudice and confusion of the issues under Rule 403 (Varahi conduct), and authenticity |
| | PX242 | Pltf-RRI0006130 | | 00531.MTS | Operation Liberate Video 531 | Relevance under Rule 401, unfair prejudice and confusion of the issues under Rule 403 (Varahi conduct), and authenticity |
| | PX243 | Pltf-RRI0006137 | | 00538.MTS | Operation Liberate Video 538 | Relevance under Rule 401, unfair prejudice and confusion of the issues under Rule 403 (Varahi conduct), and authenticity |
| | PX244 | Pltf-RRI0006139 | | 00540.MTS | Operation Liberate Video 540 | Relevance under Rule 401, unfair prejudice and confusion of the issues under Rule 403 (Varahi conduct), and authenticity |
| | PX245 | Pltf-RRI0006144 | | 00545.MTS | Operation Liberate Video 545 | Relevance under Rule 401, unfair prejudice and confusion of the issues under Rule 403 (Varahi conduct), and authenticity |
| | PX246 | Pltf-RRI0006148 | | 00549.MTS | Operation Liberate Video 549 | Relevance under Rule 401, unfair prejudice and confusion of the issues under Rule 403 (Varahi conduct), and authenticity |

**Attachment G-1 Plaintiffs' Exhibit List**

| Admitted | Ex. No. | BatesNumber | Date | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|---|---|
| | PX247 | Pltf-RRI0006152 | | 00553.MTS | Operation Liberate Video 553 | Relevance under Rule 401, unfair prejudice and confusion of the issues under Rule 403 (Varahi conduct), and authenticity |
| | PX248 | Pltf-RRI0006162 | | 00563.MTS | Operation Liberate Video 563 | Relevance under Rule 401, unfair prejudice and confusion of the issues under Rule 403 (Varahi conduct), and authenticity |
| | PX249 | Pltf-RRI0006180 | | 00586.MTS | Operation Liberate Video 586 | Relevance under Rule 401, unfair prejudice and confusion of the issues under Rule 403 (Varahi conduct), and authenticity |
| | PX250 | Pltf-RRI0006186 | | 00592.MTS | Operation Liberate Video 592 | Relevance under Rule 401, unfair prejudice and confusion of the issues under Rule 403 (Varahi conduct), and authenticity |
| | PX251 | Pltf-RRI0006188 | | 00594.MTS | Operation Liberate Video 594 | Relevance under Rule 401, unfair prejudice and confusion of the issues under Rule 403 (Varahi conduct), and authenticity |
| | PX252 | Pltf-RRI0006189 | | 00595.MTS | Operation Liberate Video 595 | Relevance under Rule 401, unfair prejudice and confusion of the issues under Rule 403 (Varahi conduct), and authenticity |
| | PX253 | Pltf-RRI0006193 | | 00599.MTS | Operation Liberate Video 599 | Relevance under Rule 401, unfair prejudice and confusion of the issues under Rule 403 (Varahi conduct), and authenticity |

| Admitted | Ex. No. | BatesNumber | Date | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|---|---|
| | PX254 | Pltf-RRI0006196 | | 00602.MTS | Operation Liberate Video 602 | Relevance under Rule 401, unfair prejudice and confusion of the issues under Rule 403 (Varahi conduct), and authenticity |
| | PX255 | RRI000544-RRI00545 | | 020222-Thomas-D1.pdf; 101821-Cole-D1.pdf | Dec 2010 RRI Prostitution Notice | |
| | PX256 | | | | | |
| | PX257 | | | | | |
| | PX258 | | | | | |
| | PX259 | | | | | |
| | PX260 | RRI_WK_00004253 | 1/22/16 | Patel 260.pdf | Email re: Police Officer Help Needed at Red Roof Inn, Smyrna | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (Varahi conduct) |
| | PX261 | VARAHI000632-VARAHI000680 | Jan-10 | Patel 261.pdf; Conner 007.pdf; 102221-Castille-D7.pdf | Varahi Hotels Employee Handbook | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (Varahi conduct) |
| | PX262 | RRI_WK_000004297-RRI_WK_000004303 | 4/10/17 | Patel 262.pdf | Email re: legal notice | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (Varahi conduct) |
| | PX263 | n/a | | RP-001.pdf | Article: "Red Roof Admits Sex Trafficking Occurs in its Rooms!" | |
| | PX264 | VARAHI00244-VARAHI00297 | Mar-12 | Patel 264.pdf | Franchise Agreement between RRF and Varahi Hotels | |
| | PX265 | RRI_WK_00001450-RRI_WK_00001501 | Sep-14 | Patel 265.pdf | RRI Standards Manual | |
| | PX266 | VARAHI002697 | | Patel 266.pdf | DHS.gov Human Trafficking Poster | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (Varahi conduct) |
| | PX267 | RRI_WK_00004222 | 12/21/13 | Patel 267.pdf | Email re: GREYHOUND TRUST & ALLIANCE VP + 502799 | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (Varahi conduct) |

| Admitted | Ex. No. | BatesNumber | Date | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|---|---|
| | PX268 | RRI_WK_00004225 | 4/29/14 | Patel 268.pdf | Email re Prostitutes | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (Varahi conduct) |
| | PX269 | RRI_WK_00004248-RRI_WK_00004296 | 10/22/14 | Patel 269.pdf | Email re: GR Alert - NEGATIVE Case Created for 088:Atlanta - Smyrna | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (Varahi conduct) |
| | PX270 | Pltf-RRI0005549;Pltf-RRI0005509;Pltf-RRI0005545;Pltf.-RRI0006339-Pltf.-RRI0006340;Pltf.-RRI0005510-Pltf-RRI0005512;Pltf-RRI0005517;Pltf-RRI0005455-Pltf-RRI0005456;Pltf-RRI0005520;Pltf-RRI0005519;Pltf-RRI0005516;Pltf-RRI0005515;Pltf-RRI0005514;Pltf-RRI0005542;Pltf-RRI0005444;Pltf-RRI0005443;Pltf-RRI0005550;Pltf-RRI0005538 | | Patel 270.pdf | Compilation RRI Smyrna TripAdvisor Reviews | Relevance under Rule 401, unfair prejudice and confusion of the issues under Rule 403 (Varahi conduct), and authenticity |
| | PX271 | RRl_WK_00004251-RRl_WK_00004252 | 12/22/15 | Patel 271.pdf | Email re: Service Manager Task Assignment - Shalandria Detry | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (Varahi conduct) |
| | PX272 | JDX0000027-JDX0000033 | 1/13/16 | Patel 272.pdf | Article: ATL Trafficking "Red Roof Inn Runs Rampant" | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (Varahi conduct) |
| | PX273 | JDX0000021-JDX0000026 | 1/21/16 | Patel 273.pdf | Article: ATL Trafficking: "Red Roof Admits Sex Trafficking Occurs in its Rooms!" | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (Varahi conduct) |

| Admitted | Ex. No. | BatesNumber | Date | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|---|---|
| | PX274 | RRI_WK_00005703-RRI_WK_00005704 | 8/28/19 | Patel 274.pdf | Email re: Police Officer Help Needed at Red Roof Inn, Smyrna | |
| | PX275 | RRI_WK-00004265-RRI_WK_00004266 | 1/29/16 | Patel 275.pdf | Email re: Police Officer Needed at Red Roof Inn, Smyrna | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (Varahi conduct) |
| | PX276 | RRI_WK_00000610-RRI_WK_00000611 | 1/29/16 | Patel 276.pdf | Email Re: Part Time Slot | |
| | PX277 | RRI_WK-00004270-RRI_WK_00004271 | 2/2/16 | Patel 277.pdf | Email re: Service Manager Task Assigned - Wylene Myers | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (Varahi conduct) |
| | PX278 | RRI_WK-00004295-RRI_WK_00004296 | 4/15/16 | Patel 278.pdf | Email re: Service Manager Task Assigned - Tracey Strickland | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (Varahi conduct) |
| | PX279 | RRI_WK_00000612-RRI_WK_00000613 | 9/1/16 | Patel 279.pdf | Email re: One Call Resolution Case Created for Keniefah Martin | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (Varahi conduct) |
| | PX280 | RRI_WK_00001879-RRI_WK_00001888;Varahi01381-Varahi01382 | 4/19/17 | Patel 280.pdf | Security Guard Protection Agreement between Banneret Security Inc. and Motel 6 | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (Varahi conduct) |
| | PX281 | RRI_WK_00000614-RRI_WK_00000615 | 6/26/17 | Patel 281.pdf | Email re: One Call Resolution Case Created for Phillip Vasseur | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (Varahi conduct) |
| | PX282 | RRI_WK_00003033 | 9/18/17 | Patel 282.pdf | Email re: Employee Meeting Notes Smyrna - Red Roof Inn Smyrna | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (Varahi conduct) |
| | PX283 | VARAHI01110 | Sep-17 | Patel 283.pdf | Red Roof Inn Public Safety Action Plan after Sept.2017 | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (Varahi conduct) |

| Admitted | Ex. No. | BatesNumber | Date | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|---|---|
| | PX284 | VARAHI01317-VARAHI01366 | 12/21/15 | Patel 284.pdf | Security Solutions of America Invoice Smyrna RRI | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (Varahi conduct) |
| | PX285 | VARAHI01367-VARAHI01380 | 12/17/12 | Patel 285.pdf | Security Timecard | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (Varahi conduct) |
| | PX286 | | | | | |
| | PX287 | RRI_WK_00004869-RRI_WK_00004870 | 6/22/12 | Patel 287.pdf | Email re: District 11 Analysis | |
| | PX288 | Prtf-RRI0005450 | 7/7/13 | Patel 288.pdf | TripAdvisor review "Prostitutes everywhere" | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (Varahi conduct) |
| | PX289 | RRI_WK_00004246-RRI_WK_00004247 | 10/21/14 | Patel 289.pdf | Email re: GR Alert - Negative case Created for 088:Atlanta - Smyrna | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (Varahi conduct) |
| | PX290 | N/A | | Patel 290.pdf | Handwritten Note: 13 Negative Reviews | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (Varahi conduct) |
| | PX291 | N/A | 4/6/22 | MacDonald 291.pdf | Red Roof Franchising, LLC's Objections and Responses to Plaintiffs' Second Interrogatories | |
| | PX292 | RRI_WK_00014780-RRI_WK_00014789 | 9/15/15 | MacDonald 292.pdf | Email re: Follow up - training video - sex and labor trafficking in hotels | |
| | PX293 | RRI_WK_00005763-RRI_WK_00005764 | 11/11/11 | MacDonald 293.pdf | Email re: Red Roof October 2011 Monthly Report | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated properties) |
| | PX294 | RRI_WK_00050960-RRI_WK_00050968 | 3/2/13 | MacDonald 294.pdf | Email Re: Red Roof Weekly Report | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated properties) |
| | PX295 | RRI_WK_00015978-RRI_WK_00015979 | 1/22/16 | MacDonald 295.pdf | Email Re: All Atlanta Properties Need Immediate Attention | |

Attachment G-1 Plaintiffs' Exhibit List

| Admitted | Ex. No. | BatesNumber | Date | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|---|---|
| | PX296 | RRI_WK_00050339-RRI_WK_00050340 | 11/23/15 | MacDonald 296.pdf | Emails re: RRI Crisis Monitoring Monthly Report - July to October, 2015 | Privilege |
| | PX297 | RRI_WK_00015110 | 10/13/15 | MacDonald 297.pdf | Email re: You got 324 reviews between 2015-10-05 to 2015-10-11 | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated properties) |
| | PX298 | RRI_WK_00050475-RRI_WK_00050476 | 1/21/16 | MacDonald 298.pdf | Email re: 2015 RRI Crisis Monitoring Report: May to December 2015 | Privilege |
| | PX299 | RRI_WK_00015030-RRI_WK_00015069 | 10/13/15 | MacDonald 299.pdf | Email re: You got 324 reviews between 2015-10-05 to 2015-10-11 | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated properties) |
| | PX300 | RRI_WK_00050450-RRI_WK_00050481 | 1/17/16 | MacDonald 300.pdf | Email re: Review from Expedia | Relevance (unrelated property) |
| | PX301 | RRI_WK_00005325-RRI_WK_00050536 | 7/1/16 | MacDonald 301.pdf | Email re: Your CX Studio Dashboard PDF is ready | Privilege |
| | PX302 | RRt_WK_00050691-RRI_WK_00050699 | | MacDonald 302.pdf | YTD All Brands - Ranker | |
| | PX303 | Composite | | MacDonald 303.pdf | Composite of news articles and Email clips used at the MacDonald Deposition | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated properties) |
| | PX304 | RRI_WK_00065018-RRI_WK_00065019 | 3/9/16 | MacDonald 304.pdf | Email re: Cyber | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated properties) |
| | PX305 | RRl_WK_00000074-RRl_WK_00000207 | 1/16/20 | Alexander 305.pdf | Email re: Special Message from Andrew Alexander Human Trafficking Training & Update | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (post alleged period of trafficking) |
| | PX306 | RRl_WK_00043397-RRl_WK_00043398 | 5/2/15 | Alexander 306.pdf | Email re: Media hotline call | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated properties) |

| Admitted | Ex. No. | BatesNumber | Date | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|---|---|
| | PX307 | RRI_WK_00050900-RRI_WK_00050903 | 9/14/12 | Alexander 307.pdf | Email re: Meeting on Friday, Suggested Amanda | Relevance under Rule 401 |
| | PX308 | RRI_WK_00002514-RRI_WK_00002602 | 9/4/14 | Alexander 308.pdf | Email re: You have 157 new reviews | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated properties) |
| | PX309 | RRI_WK_00051792-RRI_WK_00051793 | 12/4/15 | Alexander 309.pdf | Email re: Smyrna GA 88 - Operational Summary | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (Varahi conduct) |
| | PX310 | RRI_WK_00001392 | 12/14/15 | Alexander 310.pdf | Email re: Training and ECPAT | |
| | PX311 | RRI_WK_00008499-RRI_WK_00008501 | 3/6/13 | Alexander 311.pdf | Email re: EPCAT | |
| | PX312 | | | | | Unclear what this document is? Can you please send |
| | PX313 | RRI_WK_00031920-RRI_WK_00031937 | 12/20/17 | Alexander 313.pdf | Red Roof Inn Plus+ Weekly e-Pak | |
| | PX314 | RRI_WK_00009323-RRI_WK_00009327 | 1/14/15 | Alexander 314.pdf | Email re: quality | |
| | PX315 | RRI_WK_00050883-RRI_WK_00050885 | 7/15/12 | Alexander 315.pdf | Email re: Severe Incident | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 |
| | PX316 | RRI_WK_00020954-RRI_WK_00020958 | 7/24/12 | Alexander 316.pdf | Email re: Did we stay at the seacucus RRI????? | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated properties) |
| | PX317 | N/A | | McElroy 317.pdf | Tom McElroy Tweets re Human Trafficking Awareness Resources | Inadmissible hearsay |
| | PX318 | RRI_WK_00016105-RRI_WK_00016106 | 3/21/16 | McElroy 318.pdf | Email re: He just doesn't give up | |
| | PX319 | RRIunredacted000941-RRIunredacted000984 | 8/25/11 | Wehrle 319.pdf | RRI Franchise Agreement between RRF and FMW RRI NC Smyrna | |
| | PX320 | RRI000223-RRI000262 | 2012 | Wehrle 320.pdf; Lam 008.pdf | June 2012 RRI Inn Management InnSider | |
| | PX321 | RRI_WK_00008494-RRI_WK_00008495 | 3/6/14 | Wehrle 321.pdf | Email re: EPCAT | |

| Admitted | Ex. No. | BatesNumber | Date | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|---|---|
| | PX322 | RRI_WK_00068385-RRI_WK_00068389 | 1/23/16 | Wehrle 322.pdf | Email re: Smyrna Property | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (Varahi conduct) |
| | PX323 | RRI_WK_00000422 | 12/20/17 | Wehrle 323.pdf | Email re: Human Trafficking | |
| | PX324 | VARAHI000057-VARAHI000631 | | Wehrle 324.pdf | RRI Manager in Training Manual | duplicate |
| | PX325 | RRIF000382-RRIF000405 | 2016 | MacDonald 325.pdf | 2016 Crisis Communications | AEO |
| | PX326 | N/A | | Park Exhibit No. 326.pdf | RRF, RRI, and RRI West Organizational Map | |
| | PX327 | Westmont002727 | | Park Exhibit No. 327.pdf | RRI Structure Chart | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated entities) |
| | PX328 | RRIUnredacted002741-RRIUnredacted002753 | 1/13/14 | Park Exhibit No. 328.pdf | Minutes of Annual Meeting of the Sole Shareholder RRI | duplicate |
| | PX329 | Westmont002726;RRI000941-RRI000984 | 8/25/11 | Park Exhibit No. 329.pdf | RRI - FMC Structure Chart and 2011/08/25 Franchise Agreement between Red Roof Franchising, LLC and FMW RRI NC LLC | |
| | PX330 | Westmont002725 | | Park Exhibit No. 330.pdf | RRI - Dune Structure Chart | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated entities) |
| | PX331 | RRIunredacted000991-RRIunredacted001102 | 8/25/11 | Park Exhibit No. 331.pdf | Unredacted Property Management Agreement between FMW RRI NC and RRI West Management | |
| | PX332 | RRIunredacted000722-RRIunredacted000758 | 3/2/11 | Park Exhibit No. 332.pdf | Exclusive Property Management Agreement Hospitality Property Druid Hills | |
| | PX333 | RRIunredacted001423-RRIunredacted001476 | 12/14/12 | Park Exhibit No. 333.pdf; Galbraith 333.pdf; Patel 333.pdf | Unredacted RRI Franchise Agreement between RRF and Varahi Hotels | duplicate |
| | PX334 | RRIUnredacted002705-RRIUnredacted002740 | 1/20/15 | Park Exhibit No. 334.pdf | Unredacted Minutes of Annual Meeting of the Sole Shareholder RRI Canada and RRI Financial | Replace redacted copy - AEO |

| Admitted | Ex. No. | BatesNumber | Date | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|---|---|
| | PX335 | RRI002763-RRI002774 | 1/22/13 | Park Exhibit No. 335.pdf | Action of the Manager of Red Roof Franchising, LLC by Written Consent | AEO |
| | PX336 | RRI002754-RRI002762 | 3/1/10 | Park Exhibit No. 336.pdf | Unanimous Written Consent of the Sole Member of RRF Holding Company in Lieu of Special Meeting | AEO |
| | PX337 | RRIunredated000677-RRIunredated000721 | 11/11/10 | Park Exhibit No. 337.pdf | Unredacted RRI Franchise Agreement between RRF and Druid Hills | duplicate |
| | PX338 | N/A | 31-Dec | Park Exhibit No. 338.pdf | List of fiscal years, room revenue, royalty %, and franchise royalty | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 until a finding of punitive damages |
| | PX339 | WHM_WK_000076-WHM_WK_000114 | Dec-14 | Park Exhibit No. 339.pdf | RRI Franchise Operations Executive Summary | |
| | PX340 | RRI012014 | 2015-2018 | Park Exhibit No. 340.pdf | RRI West Statement of Income 2015-2018 | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 until a finding of punitive damages |
| | PX341 | RRI011682-RRI012013 | 2010, 2009, 2008 | Park Exhibit No. 341.pdf | RRF Consolidated Financial Statements for the years ended December 31, 2010, 2009, and 2008 | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 until a finding of punitive damages |
| | PX342 | RRI011695-RRI011994 | 2010, 2009 | Park Exhibit No. 342.pdf | RRI Consolidated Financial Statements for the years ended December 31, 2010, and 2009 | duplicate |
| | PX343 | N/A | 4/26/22 | Park Exhibit No. 343.pdf | 2022/04/26 Red Roof Inns, Inc.'s Objections and Responses to Plaintiffs' Second Interrogatories to RRI West Management, LLC | |
| | PX344 | RRI_WK_00005461 | 1/28/16 | Park Exhibit No. 344.pdf | Email re: Red Roof Inn in Cobb County, Georgia | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (Varahi conduct) |

| Admitted | Ex. No. | BatesNumber | Date | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|---|---|
| | PX345 | RRIF000381 | | Park Exhibit No. 345.pdf | List of Inns, Termination Dates, and Termination Reasons | |
| | PX346 | RRI_WK_00064527-RRI_WK_00064535 | 9/15/15 | Park Exhibit No. 346.pdf | Email re: Charlotte Coverage Report | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated property) |
| | PX347 | RRI_WK_00047614-RRI_WK_00047617 | 10/28/17 | Park Exhibit No. 347.pdf | Email re: FYI: RRI085 Columbia West, SC Police Departmen Called | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated properties) |
| | PX348 | RRI_WK_00064490-RRI_WK_00064491 | 9/16/15 | Park Exhibit No. 348.pdf | Email re: Red Roof Statement | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated property) |
| | PX349 | RRI_WK_00068385-RRI_WK_00068389 | 1/23/16 | RE Smyrna Property.msg; Park Exhibit No 349.pdf | 2016/01/23 Email Re: Smyrna Property | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (Varahi conduct) |
| | PX350 | RRIF000382-RRIF000435 | May-11 | Galbraith 350.pdf | Red Roof Standards Manual | |
| | PX351 | RRI_WK_00005659-RRI_WK_00005671 | 10/2/17 | Bad Apple Slides_Region F11.msg; Galbraith 351.pdf. | Email re: Bad Apple Slides_Region F11 | |
| | PX352 | RRI_WK_00000141-RRI_WK_00000153 | 8/18/19 | Galbraith 352.pdf | Eamil re: 88 Smyrna FVR | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (post alleged period of trafficking) |
| | PX353 | RRI_WK_00043385-RRI_WK_00043386 | 5/30/13 | McElroy 316.pdf | Email re: TV Reporter 10143 | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 |
| | PX354 | VARAHI001258-VARAHI001264 | 12/31/12 | Patel 354.pdf | Statistics Report | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (Varahi conduct) |
| | PX355 | RRIF000495-RRIF000550 | Apr-13 | Patel 355.pdf | Red Roof Standards Manual | |
| | PX356 | RRI_WK_00002604-RRI_WK_00002650 | 12/4/15 | Patel 356.pdf | Email re: Trafficking-one example at Red Roof Inn | |
| | PX357 | RRI_WK_00001718 | 12/8/15 | Patel 357.pdf | Email re: Training and ECPAT | |

| Admitted | Ex. No. | BatesNumber | Date | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|---|---|
| | PX358 | RRI_WK_00051794 | 12/22/15 | Patel 358.pdf | Email re: Trafficking-one example at Red Roof Inn | |
| | PX359 | RRI_WK_00051842-RRI_WK_00051843 | 12/24/15 | Patel 359.pdf | Email re: Trafficking-one example at Red Roof Inn | |
| | PX360 | Pltf-RRI0002284-Pltf-RRI0002285 | 9/5/17 | Patel 360.pdf | Red Roof Inn Public Safety Nuisance Abatement Meeting Agenda | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (post period of alleged trafficking and Varahi conduct) |
| | PX361 | VARAHI01106-VARAHI01109 | | Patel 361.pdf | Public Safety Nuisance Abatement Plan | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (Varahi conduct) |
| | PX362 | VARAHI01111-VARAHI01112 | 9/19/17 | Patel 362.pdf | Memo re: Red Roof Inn/Changes from recent Abatement Notice | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (Varahi conduct) |
| | PX363 | Pltf-RRI0005549 | | Patel 363.pdf | TripAdvisor Review "Skin Still Crawling" | Relevance under Rule 401, unfair prejudice and confusion of the issues under Rule 403 (Varahi conduct), and authenticity |
| | PX364 | Pltf-RRI0005509 | 6/16/14 | Patel 364.pdf | TripAdvisor Review "Wow" | Relevance under Rule 401, unfair prejudice and confusion of the issues under Rule 403 (Varahi conduct), and authenticity |
| | PX365 | Pltf-RRI0005511 | 8/25/14 | Patel 365.pdf | TripAdvisor review "Red Roof Inn-Smyrna" | Relevance under Rule 401, unfair prejudice and confusion of the issues under Rule 403 (Varahi conduct), and authenticity |
| | PX366 | Pltf-RRI0005512 | 8/30/14 | Patel 366.pdf | TripAdvisor review "This place should be condemned and avoided by all means" | Relevance under Rule 401, unfair prejudice and confusion of the issues under Rule 403 (Varahi conduct), and authenticity |

Attachment G-1 Plaintiffs' Exhibit List

| Admitted | Ex. No. | BatesNumber | Date | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|---|---|
| | PX367 | Pltf-RRI0005517 | 9/7/14 | Patel 367.pdf | TripAdvisor review "Nothing but a dope and prostitution den!!" | Relevance under Rule 401, unfair prejudice and confusion of the issues under Rule 403 (Varahi conduct), and authenticity |
| | PX368 | Pltf-RRI0005520 | 7/25/15 | Patel 368.pdf | TripAdvisor review "Dive" | Relevance under Rule 401, unfair prejudice and confusion of the issues under Rule 403 (Varahi conduct), and authenticity |
| | PX369 | Pltf-RRI0005519 | 8/9/15 | Patel 369.pdf | TripAdvisor review "Family trip turn nightmare" | Relevance under Rule 401, unfair prejudice and confusion of the issues under Rule 403 (Varahi conduct), and authenticity |
| | PX370 | Pltf-RRI0005516 | 8/13/15 | Patel 370.pdf | TripAdvisor review "Horrible alert horrible" | Relevance under Rule 401, unfair prejudice and confusion of the issues under Rule 403 (Varahi conduct), and authenticity |
| | PX371 | Pltf-RRI0005515 | 8/25/15 | Patel 371.pdf | TripAdvisor review "Unsafe and Disgusting!" | Relevance under Rule 401, unfair prejudice and confusion of the issues under Rule 403 (Varahi conduct), and authenticity |
| | PX372 | Pltf-RRI0005514 | 9/8/15 | Patel 372.pdf | TripAdvisor review "Don't stay here" | Relevance under Rule 401, unfair prejudice and confusion of the issues under Rule 403 (Varahi conduct), and authenticity |
| | PX373 | RRl_WK_00000616-RRl_WK_00000617 | 6/21/19 | Patel 373.pdf | Email re: You have a positive Real-time Feedback at Red Roof Inn Atlanta - Smyrna/Ballpark | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (post alleged period of trafficking and Varahi conduct) |

| Admitted | Ex. No. | BatesNumber | Date | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|---|---|
| | PX374 | RRl_WK_00004559-RRl_WK_00004560 | 11/17/19 | Patel 374.pdf | Email re: You have a new review | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (post alleged period of trafficking and Varahi conduct) |
| | PX375 | RRl_WK_00000419-RRl_WK_00000421 | 7/5/17 | Patel 375.pdf | Email re: Red Roof Inn - Smyrna - MICHAEL COMPANY - Satisfaction Survey Results | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (Varahi conduct) |
| | PX376 | RRI_WK_00050474 | | Patel 376.pdf | Spreadsheet of Inn, Region, Date, Categories (Police, Prostitution, Drug, Weapon), and Comment | Relevance under Rule 401 and unfair prejudice and confusion of the issues and cumulative evidence under Rule 403 |
| | PX377 | RRl_WK_00004552-RRl_WK_00004554 | 11/11/19 | Patel 377.pdf | Email re: Contact Center Guest Relations Escalation | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (post alleged period of trafficking and Varahi conduct) |
| | PX378 | RRl_WK_00004642-RRl_WK_00004643 | 8/24/20 | Patel 378.pdf | Email re: One Call Resolution Case Created for Adam Witherspoon | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (post alleged period of trafficking and Varahi conduct) |
| | PX379 | RRl_WK_00004680-RRl_WK_00004681 | 11/16/20 | Patel 379.pdf | Email re: New Guest Relations Case has been created for Cassandra Ferguson | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (post alleged period of trafficking and Varahi conduct) |
| | PX380 | RRl_WK_00000635-RRl_WK_00000636 | 10/23/19 | Patel 380.pdf | Email re: Human Trafficking | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (post alleged period of trafficking and Varahi conduct) |
| | PX381 | N/A | Jun-12 | McElroy MCD 1.pdf | 2012/06 RRI Corporate Office InnSider | |
| | PX382 | N/A | | McElroy MCD 3.pdf | Statement of Thomas McElroy | Inadmissible hearsay |

Attachment G-1 Plaintiffs' Exhibit List

| Admitted | Ex. No. | BatesNumber | Date | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|---|---|
| | PX383 | N/A | 5/1/14 | McElroy MCD 4.pdf | US Dept of Labor Re: RRI West Management/ McElroy | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (Varahi conduct) |
| | PX384 | RRI011734-RRI011754 | 2012, 2011 | RRI 011734-RRI 011754.pdf | RRI Consolidated Financial Statements for the Years Ended December 31, 2012, and 2011 | |
| | PX385 | N/A | 12/14/14 | WK_14.pdf | 2014/12/14 Marietta Police Report | Relevance under Rule 401, unfair prejudice and confusion of the issues under Rule 403 (Red Roof Inn on Windy Hill Rd), and authentication |
| | PX386 | Pltf.W.K.-00367-Pltf.W.K.-000369 | 12/7/14 | WK_15.pdf | 2014/12/07 Cobb County Incident/Investigative Report | Authentication |
| | PX387 | N/A | 2/2/15 | DP_12.pdf | 2015/02/02 Cobb County Incident/Investigative Report | Authentication |
| | PX388 | N/A | 11/9/06 | CONFMichaelBeene_3.pdf | 2011/09/06 Dekalb County Police Department Incident Report | Hearsay to narrative reports/statements within, authentication |
| | PX389 | JDX0005109–5111 | 1/2410-5/22/14 | Dekalb Police- RRI-DH.pdf | DeKalb County Police Report | Hearsay to narrative reports/statements within, authentication |
| | PX390 | JDX0005179–80 | 9/6/11 | Dekalb Police- RRI-DH.pdf | DeKalb County Police Report | Hearsay to narrative reports/statements within, authentication |
| | PX391 | JDX0005181–83 | 9/9/11 | Dekalb Police- RRI-DH.pdf | DeKalb County Police Report | Hearsay to narrative reports/statements within, authentication |
| | PX392 | JDX0005184–5190 | 9/15/11 | Dekalb Police- RRI-DH.pdf | DeKalb County Police Report | Hearsay to narrative reports/statements within, authentication |
| | PX393 | JDX0005191–5193 | 11/11/11 | Dekalb Police- RRI-DH.pdf | DeKalb County Police Report | Hearsay to narrative reports/statements within, authentication |
| | PX394 | JDX0005197–98 | 11/7/11 | Dekalb Police- RRI-DH.pdf | DeKalb County Police Report | Hearsay to narrative reports/statements within, authentication |

Attachment G-1 Plaintiffs' Exhibit List

| Admitted | Ex. No. | BatesNumber | Date | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|---|---|
| | PX395 | JDX0005250–53 | 9/20/12 | Dekalb Police- RRI-DH.pdf | DeKalb County Police Report | Hearsay to narrative reports/statements within, authentication |
| | PX396 | JDX0005268–70 | 4/17/13 | Dekalb Police- RRI-DH.pdf | DeKalb County Police Report | Hearsay to narrative reports/statements within, authentication |
| | PX397 | JDX0005275–77 | 5/5/13 | Dekalb Police- RRI-DH.pdf | DeKalb County Police Report | Hearsay to narrative reports/statements within, authentication |
| | PX398 | JDX0005278–80 | 5/8/13 | Dekalb Police- RRI-DH.pdf | DeKalb County Police Report | Hearsay to narrative reports/statements within, authentication |
| | PX399 | JDX0005304–5308 | 5/22/14 | Dekalb Police- RRI-DH.pdf | DeKalb County Police Report | Hearsay to narrative reports/statements within, authentication |
| | PX400 | JDX0000149–152 | 9/20/13 | Brookhaven Police Reports- RRI-DH.pdf | Brookhaven Police Report | Hearsay to narrative reports/statements within, authentication |
| | PX401 | JDX0000192–198 | 10/24/13 | Brookhaven Police Reports- RRI-DH.pdf | Brookhaven Police Report | Hearsay to narrative reports/statements within, authentication |
| | PX402 | JDX0000216–219 | 10/31/13 | Brookhaven Police Reports- RRI-DH.pdf | Brookhaven Police Report | Hearsay to narrative reports/statements within, authentication |
| | PX403 | JDX00000655–665 | 11/24/15 | Brookhaven Police Reports- RRI-DH.pdf | Brookhaven Police Report | Hearsay to narrative reports/statements within, authentication |
| | PX404 | JDX0000711–716 | 1/7/16 | Brookhaven Police Reports- RRI-DH.pdf | Brookhaven Police Report | Hearsay to narrative reports/statements within, authentication |
| | PX405 | JDC0000801–809 | 4/10/16 | Brookhaven Police Reports- RRI-DH.pdf | Brookhaven Police Report | Hearsay to narrative reports/statements within, authentication |
| | PX406 | JDX0000844–849 | 5/10/16 | Brookhaven Police Reports- RRI-DH.pdf | Brookhaven Police Report | Hearsay to narrative reports/statements within, authentication |

| Admitted | Ex. No. | BatesNumber | Date | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|---|---|
| | PX407 | JDX0001162–1165 | 8/15/17 | Brookhaven Police Reports-RRI-DH.pdf | Brookhaven Police Report | Hearsay to narrative reports/statements within, authentication |
| | PX408 | JDX0001377–1380 | 6/4/20 | Brookhaven Police Reports-RRI-DH.pdf | Brookhaven Police Report | Hearsay to narrative reports/statements within, authentication |
| | PX409 | JDX0001640–1643 | 11/25/20 | Brookhaven Police Reports-RRI-DH.pdf | Brookhaven Police Report | Hearsay to narrative reports/statements within, authentication |
| | PX410 | JDX002221–2224 | 8/12/20 | Brookhaven Police Reports-RRI-DH.pdf | Brookhaven Police Report | Hearsay to narrative reports/statements within, authentication |
| | PX411 | JDX0005317-339 | 12/16/10 | Marietta Police- RRI-Smyrna.pdf | Smyrna Police Report | Hearsay to narrative reports/statements within, authentication |
| | PX412 | JDX0005423-425 | 6/19/11 | Smyrna-RRI Misc Police Reports.pdf | Marrietta & Cobb Police Report | Hearsay to narrative reports/statements within, authentication |
| | PX413 | JDX0005426-5429 | 4/18/12 | Smyrna-RRI Misc Police Reports.pdf | Marrietta & Cobb Police Report | Hearsay to narrative reports/statements within, authentication |
| | PX414 | JDX0005430-5434 | 6/18/12 | Smyrna-RRI Misc Police Reports.pdf | Marrietta & Cobb Police Report | Hearsay to narrative reports/statements within, authentication |
| | PX415 | JDX0005435-5439 | 3/6/13 | Smyrna-RRI Misc Police Reports.pdf | Marrietta & Cobb Police Report | Hearsay to narrative reports/statements within, authentication |
| | PX416 | JDX0005440-5451 | 10/1/17 | Smyrna-RRI Misc Police Reports.pdf | Marrietta & Cobb Police Report | Hearsay to narrative reports/statements within, authentication |
| | PX417 | JDX0002278–2300 | 10/16/10 | Cobb County Police- Smyrna-RRI.pdf | Cobb County Police Report | Hearsay to narrative reports/statements within, authentication |
| | PX418 | JDX0002462–2467 | 12/21/11 | Cobb County Police- Smyrna-RRI.pdf | Cobb County Police Report | Hearsay to narrative reports/statements within, authentication |

| Admitted | Ex. No. | BatesNumber | Date | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|---|---|
| | PX419 | JDX0002477–2480 | 4/18/12 | Cobb County Police- Smyrna-RRI.pdf | Cobb County Police Report | Hearsay to narrative reports/statements within, authentication |
| | PX420 | JDX0002500–2504 | 2/20/12 | Cobb County Police- Smyrna-RRI.pdf | Cobb County Police Report | Hearsay to narrative reports/statements within, authentication |
| | PX421 | JDX0002538–2541 | 5/7/12 | Cobb County Police- Smyrna-RRI.pdf | Cobb County Police Report | Hearsay to narrative reports/statements within, authentication |
| | PX422 | JDX0002562–2569 | 6/18/12 | Cobb County Police- Smyrna-RRI.pdf | Cobb County Police Report | Hearsay to narrative reports/statements within, authentication |
| | PX423 | JDX0002570–2574 | 6/28/12 | Cobb County Police- Smyrna-RRI.pdf | Cobb County Police Report | Hearsay to narrative reports/statements within, authentication |
| | PX424 | JDX0002616–2625 | 9/19/12 | Cobb County Police- Smyrna-RRI.pdf | Cobb County Police Report | Hearsay to narrative reports/statements within, authentication |
| | PX425 | JDX0002721–2725 | 3/6/13 | Cobb County Police- Smyrna-RRI.pdf | Cobb County Police Report | Hearsay to narrative reports/statements within, authentication |
| | PX426 | JDX0002748-2752 | 4/25/13 | Cobb County Police- Smyrna-RRI.pdf | Cobb County Police Report | Hearsay to narrative reports/statements within, authentication |
| | PX427 | JDX0002841–2844 | 9/4/13 | Cobb County Police- Smyrna-RRI.pdf | Cobb County Police Report | Hearsay to narrative reports/statements within, authentication |
| | PX428 | JDX0002845-2849 | 9/3/13 | Cobb County Police- Smyrna-RRI.pdf | Cobb County Police Report | Hearsay to narrative reports/statements within, authentication |
| | PX429 | JDX0003003–3007 | 3/20/14 | Cobb County Police- Smyrna-RRI.pdf | Cobb County Police Report | Hearsay to narrative reports/statements within, authentication |
| | PX430 | JDX0003065–3069 | 3/21/14 | Cobb County Police- Smyrna-RRI.pdf | Cobb County Police Report | Hearsay to narrative reports/statements within, authentication |

| Admitted | Ex. No. | BatesNumber | Date | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|---|---|
| | PX431 | JDX0003109-3113 | 8/4/14 | Cobb County Police- Smyrna-RRI.pdf | Cobb County Police Report | Hearsay to narrative reports/statements within, authentication |
| | PX432 | JDX0003211–3213 | 10/24/14 | Cobb County Police- Smyrna-RRI.pdf | Cobb County Police Report | Hearsay to narrative reports/statements within, authentication |
| | PX433 | JDX0003310–3314 | 3/21/16 | Cobb County Police- Smyrna-RRI.pdf | Cobb County Police Report | Hearsay to narrative reports/statements within, authentication |
| | PX434 | JDX0003326–3329 | 6/20/16 | Cobb County Police- Smyrna-RRI.pdf | Cobb County Police Report | Hearsay to narrative reports/statements within, authentication |
| | PX435 | JDX0003330–3334 | 6/22/16 | Cobb County Police- Smyrna-RRI.pdf | Cobb County Police Report | Hearsay to narrative reports/statements within, authentication |
| | PX436 | JDX0003352–3357 | 6/28/16 | Cobb County Police- Smyrna-RRI.pdf | Cobb County Police Report | Hearsay to narrative reports/statements within, authentication |
| | PX437 | JDX0003445-3451 | 3/2/11 | Cobb County Police- Smyrna-RRI.pdf | Cobb County Police Report | Hearsay to narrative reports/statements within, authentication |
| | PX438 | JDX0003569–3571 | 8/29/17 | Cobb County Police- Smyrna-RRI.pdf | Cobb County Police Report | Hearsay to narrative reports/statements within, authentication |
| | PX439 | JDX0003587–3598 | 10/1/17 | Cobb County Police- Smyrna-RRI.pdf | Cobb County Police Report | Hearsay to narrative reports/statements within, authentication |
| | PX440 | JDX0003772-3778 | 2/27/17 | Cobb County Police- Smyrna-RRI.pdf | Cobb County Police Report | Hearsay to narrative reports/statements within, authentication |
| | PX441 | JDX0003832–3837 | 3/12/18 | Cobb County Police- Smyrna-RRI.pdf | Cobb County Police Report | Hearsay to narrative reports/statements within, authentication |
| | PX442 | JDX0003844–3848 | 4/2/18 | Cobb County Police- Smyrna-RRI.pdf | Cobb County Police Report | Hearsay to narrative reports/statements within, authentication |

| Admitted | Ex. No. | BatesNumber | Date | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|---|---|
| | PX443 | JDX0004033-4039 | 1/12/15 | Cobb County Police- Smyrna-RRI.pdf | Cobb County Police Report | Hearsay to narrative reports/statements within, authentication |
| | PX444 | JDX0004075–4077 | 2/16/15 | Cobb County Police- Smyrna-RRI.pdf | Cobb County Police Report | Hearsay to narrative reports/statements within, authentication |
| | PX445 | JDX0004136–4137 | 4/14/15 | Cobb County Police- Smyrna-RRI.pdf | Cobb County Police Report | Hearsay to narrative reports/statements within, authentication |
| | PX446 | JDX0004233–4237 | 7/2/15 | Cobb County Police- Smyrna-RRI.pdf | Cobb County Police Report | Hearsay to narrative reports/statements within, authentication |
| | PX447 | JDX0004238–4241 | 7/8/15 | Cobb County Police- Smyrna-RRI.pdf | Cobb County Police Report | Hearsay to narrative reports/statements within, authentication |
| | PX448 | JDX0004336-JDX0004343 | 8/27/15 | Cobb County Police- Smyrna-RRI.pdf | Cobb County Police Report | Hearsay to narrative reports/statements within, authentication |
| | PX449 | JDX0004346–4349 | 9/4/15 | Cobb County Police- Smyrna-RRI.pdf | Cobb County Police Report | Hearsay to narrative reports/statements within, authentication |
| | PX450 | JDX0004882–4887 | 4/2/19 | Cobb County Police- Smyrna-RRI.pdf | Cobb County Police Report | Hearsay to narrative reports/statements within, authentication |
| | PX451 | Pltf.-RRI0006503 | 4/30/21 | Cobb County Police- Smyrna-RRI.pdf | Cobb County Police Report | Hearsay to narrative reports/statements within, authentication |
| | PX452 | | | | | |
| | PX453 | RRI_WK_00002385-RRI_WK_00002476 | 4/5/11 | FW Dorraine's request for LP6 Information.msg | Email re: Dorraine's request for LP6 Information with attachments | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 |
| | PX454 | RRI_WK_00050853-RRI_WK_00050857 | 2/1/12 | Feb. 1, 2012 The dawning of a comprehensively new day for Hilton's breakfast program.msg | Emil re: February 1, 2012: The dawning of a comprehensively new day for Hilton's breakfast program | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated hotel) |

Attachment G-1 Plaintiffs' Exhibit List

| Admitted | Ex. No. | BatesNumber | Date | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|---|---|
| | PX455 | RRI_WK_00005964-RRI_WK_00005965 | 2/8/12 | Calfee Report on Ohio Government February 2012.msg | Email re: Calfee Report on Ohio Government: February 2012 | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated properties) |
| | PX456 | RRI_WK_00005966-RRI_WK_00005967 | 2/15/12 | OH&LA Recap of Columbus Meeting 2.9.12.msg | Email re: OH&LA:Recap of Columbus Meeting 2.9.12 | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403(unrelated properties) |
| | PX457 | RRI_WK_00022156-RRI_WK_00022157 | 9/18/12 | RE Questions from Star Tribune- Privileged Confidential.msg | Email Re: Questions from Star Tribune - Privileged/Confidential | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated properties) |
| | PX458 | RRI_WK_00006026-RRI_WK_00006028 | 2/19/12 | RE Google Alert - red roof inn.msg | Email re: Google Alert Red Roof Inn | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated properties) |
| | PX459 | RRI_WK_00050866-RRI_WK_00050867 | 2/21/12 | Re Google Alert - red roof inn.msg | Email Re: Google Alert - Red Roof Inn | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated properties) |
| | PX460 | RRI_WK_00020959-RRI_WK_00020963 | 7/24/12 | Re Did we stay at the seacucus RRI.msg | Email re: Did we stay at the seacucus RRI????? | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated properties) |
| | PX461 | RRI_WK_00050890-RRI_WK_00050893 | 8/28/12 | St Louis-Forest Park Notice.msg; 20120828142825738.pdf | Email re: St Louis-Forrest Park Notice email | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated properties) |
| | PX462 | RRI_WK_00022150-RRI_WK_00022155 | 9/15/12 | Re Meeting on Friday, Suggested Agenda.msg | Email re: Meeting on Friday, Suggested Agenda | |
| | PX463 | RRI_WK_00069656-RRI_WK_00069657 | 11/15/12 | Miller 11.15.12.pdf | Timonium Preliminary Liability Incident Report | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated properties) |

| Admitted | Ex. No. | BatesNumber | Date | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|---|---|
| | PX464 | RRI_WK_00012915 | 6/9/13 | Google Alert - Red Roof Inn.msg | Email Re: Google Alert - Red Roof Inn | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated properties) |
| | PX465 | RRI_WK_00043387-RRI_WK_00043391 | 8/2/13 | Fwd RRI  Framingham.msg | Email re: RRI Framingham | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated properties) |
| | PX466 | RRI_WK_00012068 | 3/26/14 | 250 CC Request.msg | Email re: 250 CC Request | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated properties) |
| | PX467 | RRI_WK_00013666 | 4/28/14 | Media Hotline Calls.msg | Email re: Media Hotline Calls | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated properties) |
| | PX468 | RRI_WK_00013667 | 4/30/14 | Google Alert - Red Roof Inn.msg | Email Re: Google Alert - Red Roof Inn | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated properties) |
| | PX469 | RRI_WK_00048407-RRI_WK_00048410 | 6/11/14 | RE Google Alert - Red Roof Inn.msg; Nashville Airport, Tn - Inn 10206 - prostitution 6-11-14.doc | Email Re: Google Alert - Red Roof Inn | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated properties) |
| | PX470 | RRI_WK_00014056-RRI_WK_00014058 | 6/25/14 | RE Today's Clips.msg | Email Re: Today's Clips | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated properties) |
| | PX471 | RRI_WK_00012069-RRI_WK_00012070 | 6/25/14 | Fwd Today's Clips.msg | Email Re: Today's Clips | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated properties) |
| | PX472 | RRI_WK_00045005-RRI_WK_00045006 | 9/23/15 | FW Google Alert - red roof inn.msg | Email re: Google Alert - red roof inn | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated properties) |

| Admitted | Ex. No. | BatesNumber | Date | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|---|---|
| | PX473 | RRI_WK_00012358-RRI_WK_00012360 | 11/16/15 | RE Google Alert - red roof inn, news.msg | Email re: Google Alert - red roof inn, news | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated properties) |
| | PX474 | RRI_WK_00014215 | 11/16/14 | Google Alert - Red Roof Inn.msg | Email re: Google Alert Red Roof Inn | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated properties) |
| | PX475 | WHM_WK_000122 | 3/26/15 | Google Alert - red roof inn.msg | Email re: Google Alert Red Roof Inn | Authentication |
| | PX476 | RRI_WK_00018430-RRI_WK_00018433 | 1/14/16 | Fwd Red Roof Inn - Atlanta Midtown - JUSTIN RILEY - Satisfaction Survey Results.msg | Email re: Red Roof Inn - Atlanta Midtown - JUSTIN RILEY - Satisfaction Survey Results | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated properties) |
| | PX477 | RRI_WK_00018555-RRI_WK_00018557 | 1/19/16 | RE Need to put this guest in national DNR Fraud payments.msg | Email re: Need to put this guest in national DNR Fraud payments | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated properties) |
| | PX478 | RRI_WK_00018256 | 5/6/16 | Today's Clips.msg | Email re: Today's Clips | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated properties) |
| | PX479 | RRI_WK_00016329 | 8/25/16 | Google Alert - Red Roof Inn.msg | Email re: Google Alert - red roof inn | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated properties) |
| | PX480 | RRI_WK_00065387-RRI_WK_00065388 | 12/30/16 | Google Alert - Red Roof Inn.msg | Email Re: Google Alert - Red Roof Inn | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated properties) |
| | PX481 | RRI_WK_00045841-RRI_WK_00045842 | 4/5/17 | Re RRI793 Atlanta Six Flags, GA --- Safety and Risk.msg | Email re: RRI793 Atlanta Six Falgs, GA -- Safety and Risk | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated properties) |

| Admitted | Ex. No. | BatesNumber | Date | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|---|---|
| | PX482 | | | | | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated properties) |
| | PX483 | RRI_WK_00000905-RRI_WK_00000907 | 12/27/17 | RE Changes to Age and Payment Check In Requirements.msg; CCCashAgeCancellation R6.xlsx | Email re: Changes to Age and Payment Check In Requirements and attachment | |
| | PX484 | RRI_WK_00043564-RRI_WK_00043566 | 12/28/17 | FW City of Columbus.msg | Email re: City of Columbus | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated properties) |
| | PX485 | RRI_WK_00035083-RRI_WK_00035084 | 1/30/18 | Google Alert - Red Roof Inn.msg | Email Re: Google Alert - Red Roof Inn | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated properties) |
| | PX486 | RRI_WK_00047887-RRI_WK_00047890 | 3/23/18 | Fwd 131 Jackson Fairgrounds Possible Human Trafficking-Privileged .msg | Email re: 131 Jackson Fairgrounds - Possible Human Trafficking - Privileged | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated properties) |
| | PX487 | RRI_WK_00038264-RRI_WK_00038265 | 6/6/18 | 085 Columbia W, SC Employee Complaint.msg | Email re: 085 Columbia W, SC Employee Complaint | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated properties) |
| | PX488 | RRI_WK_00047614-RRI_WK_00047617 | 10/28/17 | RE FYI RRI085 Columbia West, SC Police Department Called.msg | Email re: FYI: RRI 085 Columbia West, SC Police Department Called | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated properties) |
| | PX489 | RRI_WK_00046570-RRI_WK_00046572 | 11/4/18 | FW Motel 'frequently involved in criminal activity' sees more than 200 calls for service this year - abcactionnews.com WFTS-TV.msg | Email re: Motel 'frequently involved in criminal activity' sees more than 200 class for service this year - absactionnews.com WFTS-TV | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated properties) |

| Admitted | Ex. No. | BatesNumber | Date | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|---|---|
| | PX490 | RRI_WK_00045993-RRI_WK_00045997 | 12/7/17 | RRI #85 Columbia, SC - Follow Up to Visit .msg | Email re: RRI #85 Columbus, SC Follow Up to Visit and attachments | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated properties) |
| | PX491 | RRI_WK_00048061-RRI_WK_00048062 | 11/9/18 | Agenda for Next Week.msg; 111318- Red Roof Brand Health Meeting Agenda.pdf; Austin 249.pdf | 2018/11/09 RR Brand Health Meeting Agenda email and attachment | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (post alleged period of trafficking) |
| | PX492 | RRI_WK_00054424-RRI_WK_00054431 | 9/6/19 | RRI 140 Lafayette LA Notice of Multiple Default 06.20.19.pdf | 2019/06/20 Red Roof Letter to Imran Ali re: Notice of Multiple Defaults Relating to Red Roof Inn #140 | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated properties) |
| | PX493 | Pltf.W.K.-000352-Pltf.W.K.-000359;Pltf.W.K.-000363-Pltf.W.K.-000366;Pltf.W.K.-000369;Pltf.W.K.-000379-Pltf.W.K.-000407;Pltf.W.K.-000432;Pltf.W.K.-000483-Pltf.W.K.-000485;Pltf.W.K.-000487-Pltf.W.K.-000488;Pltf.W.K.-000491-Pltf.W.K.-000492;Pltf.W.K.-000533-Pltf.W.K.-000549;Pltf.W.K.-001004-Pltf.W.K.-001007;Pltf.W.K.-001011-Pltf.W.K.-001013;Pltf.W.K.-001025-Pltf.W.K.-001044 | | Armstead Files | Armstead Files | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated plaintiff) |
| | PX494 | Pltf.W.K.-000380 | 12/7/14 | WK_16.pdf | Cobb County Police Supplemental Report, Dec. 7, 2014 | |
| | PX495 | Pltf.-RRI0006394 | | 102221-Castille-P11.pdf | Photo of M.M. | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 |

| Admitted | Ex. No. | BatesNumber | Date | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|---|---|
| | PX496 | Pltf.M.M.002152-Pltf.M.M.002175 | 10/19/19 | MM0375-2021-10-19 - PDF of MM Petition for Record Restriction 16FT6656_1 (35-3-37).PDF | 2019/10/19 M.M. Petition to Restrict Criminal History Record Information | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 |
| | PX497 | Pltf.M.M.002176-Pltf.M.M.002223 | 10/19/21 | MM0376-2021-10-19 - PDF of MM Petition to Vacate 16FT6656_1 (17-10-21).PDF | 2021/10/19 MM Petition to Vacate Conviction | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 |
| | PX498 | Pltf.M.M.002224-Pltf.M.M.002252 | 10/19/21 | MM0377-2021-10-19 - PDF of MM Pleadings - Cobb State_1 (17-10-21).PDF | 2021/10/19 MM Petition to Vacate Conviction | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 |
| | PX499 | Pltf.M.M.002253-Pltf.M.M.002354 | 10/19/21 | MM0378-2021-10-19 - PDF of MM Pleadings - Cobb Superior (17-10-21).pdf | 2021/10/19 MM Petition to Vacate Conviction | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 |
| | PX500 | Pltf.M.M.002355-Pltf.M.M.002361 | 11/2/21 | MM0379-2021-11-02 - 12-9-0941 - Stip of Consent to Proposed Order for Vacatur of Convictions & Restric of Access.pdf | 2021/11/02 MM Stipulation of Consent to Proposed Order for Vacatur of Convictions and Restriction of Access | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 |
| | PX501 | Pltf.M.M.002362-Pltf.M.M.002363 | 11/8/21 | MM0380-2021-11-02 - 12-9-0941---Order Limiting Public Access to Crim History Record Info Under OCGA 35-3-37.pdf | 2021/11/02 MM Order Limiting Public Access to Criminal History Record Information | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 |
| | PX502 | Pltf.M.M.002364-Pltf.M.M.002365 | 11/2/21 | MM0381-2021-11-02 - 19-9-4753---Order Limiting Public Access to Crim History Record Info Under OCGA 35-3-37.pdf | 2021/11/02 MM Order Limiting Public Access to Criminal History Record Info | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 |
| | PX503 | Pltf.M.M.002366-Pltf.M.M.002383 | 11/2/21 | MM0382-2021-11-02 - Certified Copies MM Orders - Cobb Superior (17-10-21).pdf | 2021/11/02 MM Stipulation of Consent to Proposed Order for Vacatur of Convictions and Restriction of Access | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 |
| | PX504 | Pltf.M.M.002384-Pltf.M.M.002390 | 11/2/21 | MM0383-2021-11-02 -20-9-0581- Stip of Consent to Proposed Order for Vacatur of Convictions & Restric of Access.pdf | 2021-11-02 Stipulation of Consent to Proposed Order for Vacatur of Convictions and Restriction of Access | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 |

| Admitted | Ex. No. | BatesNumber | Date | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|---|---|
| | PX505 | Pltf.M.M.-000135 | | MM0068.pdf | Gwinnett County Detention Center Record for M.M. | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 |
| | PX506 | Pltf.M.M.-000133 | | MM0066.pdf | Gwinnett County Detention Center Record for M.M. | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 |
| | PX507 | | 3/21/22 | Correspondence re GCIC Report for M.M. | Letter to GVCF re: M.M. | Relevance; never produced during discovery |
| | PX508 | | | | Correspondence and documents relating to MM's Motions to Vacate/Seal | Relevance; never produced during discovery |
| | PX509 | Pltf.E.H.005037-Pltf.E.H.005038 | 8/11/14 | Welcome to RediCard.eml | 2014/08/11 EH RediCard Rewards Email | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 |
| | PX510 | Pltf.E.H.004432-Pltf.E.H.004435 | 8/21/18 | =UTF-8QYour_Tuesday_afternoon_order_with_Uber_Eats=.eml | 2018/08/21 EH Uber Eats Receipt | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 |
| | PX511 | Pltf.E.H.004444-Pltf.E.H.004447 | 8/22/18 | =UTF-8QYour_Wednesday_morning_trip_with_Uber=.eml | 2018/08/22 EH Uber Receipt | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 |
| | PX512 | Pltf.E.H.004436-Pltf.E.H.004439 | 8/22/18 | =UTF-8QYour_Wednesday_evening_order_with_Uber_Eats=.em | 2018/08/22 EH Uber Eats Receipt | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 |
| | PX513 | Pltf.E.H.004440-Pltf.E.H.004443 | 8/22/18 | =UTF-8QYour_Wednesday_evening_trip_with_Uber=.eml | 2018/08/22 EH Uber Receipt | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 |
| | PX514 | Pltf.E.H.004411-Pltf.E.H.004414 | 8/25/18 | =UTF-8QYour_Saturday_evening_trip_with_Uber=.eml | 2018/08/25 EH Uber Receipt | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 |
| | PX515 | Pltf.E.H.005004-Pltf.E.H.005006 | 9/21/17 | Thank you for your Pizza Hut order.eml | 2017/09/21 EH Pizza Hut Receipt | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 |
| | PX516 | Pltf.E.H.005007-Pltf.E.H.005009 | 5/31/18 | Thank you for your Pizza Hut order.eml | 2018/05/31 EH Pizza Hut Receipt | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 |

| Admitted | Ex. No. | BatesNumber | Date | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|---|---|
| | PX517 | Pltf.E.H.005211 | 9/30/15 | IMG_20150930_150059.jpg | 2015/09/30 EH Photo | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 |
| | PX518 | Pltf.E.H.007577 | 8/26/17 | 20170826_101325.jpg | 2017/08/26 EH Photo on RRI Balcony | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 |
| | PX519 | Pltf.E.H.007579 | 8/27/17 | 20170827_100145.jpg | 2017/08/27 EH Photo in RRI Room | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 |
| | PX520 | Pltf.E.H.007581 | 8/28/17 | 20170828_104110.jpg | 2017/08/28 EH Photo in RRI Room | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 |
| | PX521 | Pltf.E.H.007583 | 9/2/17 | 20170902_175734.jpg | 2017/09/02 EH Photo in RRI Room | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 |
| | PX522 | Pltf.E.H.007593 | 9/13/17 | 20170913_084342.jpg | 2017/09/13 EH Photo in RRI Room | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 |
| | PX523 | Pltf.E.H.007595 | 9/17/17 | 20170917_150847.jpg | 2017/09/17 EH Photo in RRI Room | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 |
| | PX524 | Pltf.E.H.007597 | 9/18/17 | 20170918_094407.jpg | 2017/09/18 EH Photo in RRI Room | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 |
| | PX525 | Pltf.E.H.007619 | 5/30/18 | 20180530_175250.jpg | 2018/05/30 EH Photo on RRI Balcony | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 |
| | PX526 | Pltf.E.H.007621 | 5/31/18 | 20180531_100331.jpg | 2018/05/31 EH Photo in RRI Bathroom | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 |
| | PX527 | Pltf.E.H.007623 | 6/30/18 | 20180603_224025.jpg | 2018/06/03 EH Photo in RRI Room | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 |
| | PX528 | Pltf.E.H.007629 | 6/5/18 | 20180605_135027.jpg | 2018/06/05 EH Photo on RRI Balcony | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 |

| Admitted | Ex. No. | BatesNumber | Date | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|---|---|
| | PX529 | Pltf.E.H.007631 | 6/16/18 | 20180616_195647.jpg | 2018/06/16 EH Photo in RRI Room | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 |
| | PX530 | Pltf.E.H.007639 | 6/30/18 | 20180630_154911.jpg | 2018/06/30 EH Photo | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 |
| | PX531 | Pltf.E.H.007641 | 6/30/18 | 20180630_171124.jpg | 2018/06/30 EH Photo | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 |
| | PX532 | Pltf.E.H.007643 | 6/30/18 | 20180630_175338.jpg | 2018/06/30 EH Photo | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 |
| | PX533 | Pltf.E.H.007651 | 7/13/18 | 20180713_123623.jpg | 2018/07/13 EH Photo | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 |
| | PX534 | Pltf.E.H.007653 | 7/18/18 | 20180718_123317.jpg | 2018/07/18 EH Photo | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 |
| | PX535 | Pltf.E.H.007659 | 7/27/18 | 20180727_181553.jpg | 2018/07/27 EH Photo | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 |
| | PX536 | Pltf.E.H.007665 | 8/1/18 | 20180801_231457.jpg | 2018/08/01 Photo of RRI-Smyrna Parking Lot | |
| | PX537 | Pltf.E.H.007667 | 8/3/18 | 20180803_203747.jpg | 2018/08/03 EH Photo | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 |
| | PX538 | Pltf.E.H.007669 | 8/6/18 | 20180806_200426.jpg | 2018/08/06 EH Photo | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 |
| | PX539 | Pltf.E.H.007710 | 11/14/16 | IMG_20161114_124200.jpg | 2016/11/14 Photo of Branding | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 |
| | PX540 | Pltf.E.H.007943 | 8/5/15 | IMG_20150805_171910.jpg | 2015/08/05 Photo of branding | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 |

| Admitted | Ex. No. | BatesNumber | Date | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|---|---|
| | PX541 | Pltf.E.H.007068 | | PicsArt_1435547964460.jpg | Photo of EH | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 |
| | PX542 | Pltf.E.H.009154 | | IMG_20150724_144438~2.jpg | Photo of EH | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 |
| | PX543 | Pltf.E.H.007706 | | IMG_20150719_154852.jpg | Photo of EH | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 |
| | PX544 | Pltf.E.H.007585 | | 20170902_175745.jpg | Photo of EH | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 |
| | PX545 | Pltf.E.H.007589 | | 20170907_193745.jpg | Photo of EH | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 |
| | PX546 | Pltf.E.H.007645 | | 20180630_180212.jpg | Photo of EH | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 |
| | PX547 | n/a | | 338097706469847041-BLEqEp3CcAEBLqk.jpg | Photo of EH | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 |
| | PX548 | Pltf.C.A.009071 | | File242.jpeg;File243.txt | Photo of Victim | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 |
| | PX549 | Pltf.C.A.004372 | | File134.jpeg | CA Photo | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 |
| | PX550 | Pltf.C.A.004530 | | File371.jpeg | CA Photo | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 |
| | PX551 | Pltf.C.A.004531 | | File372.jpeg | CA Photo | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 |
| | PX552 | Pltf.C.A.004532 | | File373.jpeg | CA Photo | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 |

| Admitted | Ex. No. | BatesNumber | Date | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|---|---|
| | PX553 | Pltf.C.A.004534 | | File375.jpeg | CA Photo | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 |
| | PX554 | Pltf.C.A.004535 | | File376.jpeg | CA Photo | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 |
| | PX555 | Pltf.C.A.004537 | | File378.jpeg | CA Photo | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 |
| | PX556 | Pltf.C.A.004538 | | File379.jpeg | CA Photo | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 |
| | PX557 | Pltf.C.A.005312 | | File549.jpeg | CA Photo | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 |
| | PX558 | Pltf.C.A.005744 | | File636.jpeg;File609.jpeg | CA Photo | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 |
| | PX559 | Pltf.C.A.005764 | | File627.jpeg | CA Photo | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 |
| | PX560 | Pltf.C.A.005900 | | File68.png | Bagz photo | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 |
| | PX561 | Pltf.C.A.005905 | | File684.jpeg | CA Photo | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 |
| | PX562 | Pltf.C.A.005970 | | File743.jpeg | CA Photo | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 |
| | PX563 | Pltf.C.A.005976 | | File749.jpeg | CA Photo | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 |
| | PX564 | Pltf.C.A.008987 | | File394.jpeg;File41.txt;File40.jpeg;File395.txt | CA Photo | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 |

**Attachment G-1 Plaintiffs' Exhibit List**

| Admitted | Ex. No. | BatesNumber | Date | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|---|---|
| | PX565 | Pltf.C.A.009195 | | File496.jpeg;File497.txt | RK Photo | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 |
| | PX566 | Pltf.C.A.009221 | | File540.jpeg;File541.txt | CA Photo | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 |
| | PX567 | Pltf.C.A.000468-Pltf.C.A.000481 | 2010 | CA0151.PDF;CA0166.PDF | 2010 Planner for C.A. | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 |
| | PX568 | Pltf.C.A.001320 | 1/29/10 | CA_11.pdf | 2010/01/29 CA Craigslist Account Welcome email | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 |
| | PX569 | PltfCA001195 | 3/11/10 | CA_12.pdf | Email re: Backpage.com New Account: cjbunnyatl@gmail.com | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 |
| | PX570 | Pltf.C.A.-000012-Pltf.C.A.-000065 | | CA0032.pdf | Emory Healthcare Record for C.A. | Foundation; relevance |
| | PX571 | Pltf.K.P.000458 | | 431563_3409471272573_11437 11064_3475423_2027734048_n .jpg.jpg | Traffickers Photo | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 |
| | PX572 | Pltf.K.P.000484 | 6/12/13 | File55.jpeg;IMG_20130612_20 1712.jpg;IMG_20130612_2017 12#1.jpg | 2013/06/12 Trafficker Photo | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 |
| | PX573 | Pltf.D.P.017847 | | 20170323_174103.jpg | DP Photo | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 |
| | PX574 | Pltf.D.P.017850 | | 20170320_071529.jpg | DP Photo | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 |
| | PX575 | Pltf.R.K.-000014-Pltf.R.K.-000015 | | RK_13.pdf | Georgia Department of Corrections Offender Report- R.K. | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 |
| | PX576 | Pltf.R.K.-000016-Pltf.R.K.-000025 | 10/26/11 | RK_9.pdf | Gwinnett Police Incident Report | Hearsay to narrative reports/statements within, authentication |
| | PX577 | JDX0005641-42 | | _Conner Affidavit.pdf | Conner Affidavit | Inadmissible hearsay |
| | PX578 | JDX0005646 | | Conner Affidavit Ex 4.pdf | Exhibit 4 to Conner Affidavit | Inadmissible hearsay |

| Admitted | Ex. No. | BatesNumber | Date | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|---|---|
| | PX579 | JDX00056545 | | Conner Affidavit Ex 3.pdf | Exhibit 3 to Conner Affidavit | Inadmissible hearsay |
| | PX580 | JDX0005643 | | Conner Affidavit Ex 1.pdf | Exhibit 1 to Conner Affidavit | Inadmissible hearsay |
| | PX581 | JDX0005647 | | Conner Affidavit Ex 5.pdf | Exhibit 5 to Conner Affidavit | Inadmissible hearsay |
| | PX582 | JDX0005644 | | Conner Affidavit Ex 2.pdf | Exhibit 2 to Conner Affidavit | Inadmissible hearsay |
| | PX583 | N/A | | 102221-Castille-D8.pdf | Photos | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (includes photos of plaintiffs other than Jane Does 1-4) |
| | PX584 | N/A | | 102221-Castille-P12.pdf | Photo | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 |
| | PX585 | N/A | | 102221-Castille-P13.pdf | Photo | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 |
| | PX586 | N/A | 6/18/10 | CONFMichaelBeene_22.pdf | Online Order for Beene | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 |
| | PX587 | JANEDOE02-MR000001;JD20001325 | | JANEDOE02-MR000001.pdf | Photo | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 |
| | PX588 | JD20003895 | | IMG_20130908_010903.jpg | Jane Doe 2 Photo | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 |
| | PX589 | JD20001922-JD20001923 | 6/17/14 | JANEDOE02-MR000373.pdf | Jane Doe 2 Peachford Behavioral Health Expressive Therapy Assessment | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 |
| | PX590 | JD20001938 | 6/16/14 | JANEDOE02-MR000379.pdf | Jane Doe 2 Peachford Behavioral Health Patient Discharge Order | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 |
| | PX591 | JD20002264-JD20002270 | 3/24/20 | JANEDOE02-MR000467.pdf | Jane Doe 2 Peachford Behavioral Health Psychological Assessment | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 |
| | PX592 | JD20002271-JD20002277 | 3/24/20 | JANEDOE02-MR000468.pdf | Jane Doe 2 Peachford Behavioral Health Psychological Assessment | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 |

| Admitted | Ex. No. | BatesNumber | Date | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|---|---|
| | PX593 | RRI004456 | 2018 | RRI 004456-RRI 004456.pdf | 2018 JD2 Arrival and Departure | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 |
| | PX594 | JD30000068-JD30000069 | 6/6/11 | JANEDOE03-SV000101.pdf | Jane Doe 3 LSU Health Sciences Center Emergency Dept Record | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 |
| | PX595 | JD30000071-JD30000074 | | JANEDOE03-SV000100.1.pdf | Jane Doe 3 LSU Hospital Records Certification | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 |
| | PX596 | JD30000335-JD30000341 | 10/26/11 | JANEDOE03-SV000351.pdf | JD3 Gwinnett County Police Department Report | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 |
| | PX597 | n/a | | message_1.html | Messages between Jane Doe 3 and witness | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 |
| | PX598 | JD30000233 - JD30000237 | 5/29/11 | Untitled.msg | Email to JD3 attaching pictures | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 |
| | PX599 | JD40000047 | 1/31/12 | JANEDOE04-CE000045.pdf | Jane Doe 4 Peachford Behavioral Health Crisis Recovery/Safety Plan-Triggers and Stressors | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 |
| | PX600 | JD40001243 | 4/12/12 | 0333.pdf | Letter from JD4's Grandmother | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 |
| | PX601 | | | | | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated properties and Varahi conduct) |
| | PX602 | RRI000621-RRI000624 | 2014 | RRI 000621-RRI 000624.pdf | 2014 Guest Complaints | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (Varahi conduct) |

| Admitted | Ex. No. | BatesNumber | Date | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|---|---|
| | PX603 | | | | | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated properties and Varahi conduct) |
| | PX604 | RRI000625-RRI000634 | 2015 | RRI 000625-RRI 000634.pdf | 2015 Guest Complaints | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (Varahi conduct) |
| | PX605 | RRI_WK_00002843 | 2015 | RRI Crisis Moniotring_Top Properties_May-December 2015.xlsx | RRI Crisis Monitoring Top Priorities May-December 2015 | Privilege; relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (redact unrelated properties and Varahi conduct) |
| | PX606 | | | | | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated properties and Varahi conduct) |
| | PX607 | | | | | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated properties and Varahi conduct) |
| | PX608 | | | | | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated properties and Varahi conduct) |
| | PX609 | | | | | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated properties and Varahi conduct) |

Attachment G-1 Plaintiffs' Exhibit List

| Admitted | Ex. No. | BatesNumber | Date | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|---|---|
| | PX610 | RRI_WK_00050752 | 11/20/15 | Top 10 Properties .xlsx | Top 10 Properties List | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated properties) |
| | PX611 | RRI_WK_00050437 | Dec-15 | RRI Crisis Monitoring_Nov Top Properties.xlsx | RRI Crisis Monitoring List-November Top Properties | Privilege |
| | PX612 | RRI_WK_00005586 | 12/31/15 | 12.31.2015RRI Crisis Monitoring_Top 10 Pro (1).xlsx | 2015/12/31 Crisis Monitoring Top Properties | |
| | PX613 | RRI000635-RRI000641 | 2016 | RRI 000635-RRI 000641.pdf | 2016 Guest Complaints | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (Varahi conduct) |
| | PX614 | | | | | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated properties and Varahi conduct) |
| | PX615 | | | | | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated properties and Varahi conduct) |
| | PX616 | RRI_WK_00002388-RRI_WK_00002475 | 3/18/11 | LP 6 Asset Review Comments on asset summaries from VPOs 3-18-2011.docx | 2011/03/18 LP6 VPO Comments on Assets | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 |
| | PX617 | | | | | |
| | PX618 | RRI_WK_00004862-RRI_WK_00004868 | Mar-12 | FW Customer Satisfaction Report- FebruaryFebruary YTD.msg | Email re: Customer Satisfaction Report February/February YTD with attachments | |
| | PX619 | RRI_WK_00048265-RRI_WK_00048267 | 9/7/12 | Incident Report ~ Inn #88 ~ Chanee Norris 9712.msg; 9-7-12 Chanee Norris.docx | Email re: Inn 88 Incident Report email | |
| | PX620 | RRI_WK_00004879-RRI_WK_00004882 | 10/22/12 | RE Druid Hills Buckhead #130.msg | Email Re: Druid Hills Buckhead #130 | |

| Admitted | Ex. No. | BatesNumber | Date | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|---|---|
| | PX621 | RRI_WK_00004876-RRI_WK_00004878 | 12/19/12 | Druid Hills Buckhead #130.msg | Email Re: Druid Hills Buckhead #130 | |
| | PX622 | RRI000772-RRI000776 | 5/7/13 | RRI 000772-RRI 000776.pdf | Franchise Visitation Report  RRI Smyrna | |
| | PX623 | RRI_WK_00002477-RRI_WK_00002479 | 7/12/13 | Review Alert for Red Roof Inn Atlanta North and more.msg | Email re: Trip Advisor Review Alert for RRI Atl North | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated properties) |
| | PX624 | RRI_WK_00002480-RRI_WK_00002482 | 10/18/13 | Mid Month NR - October.msg | Email re: Mid-Month NR - October | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated properties) |
| | PX625 | RRI_WK_00004956 | 4/25/15 | RRI130 - Red Roof PLUS+ Atlanta - Buckhead  Complaint of guest at property. .msg | Email re RRI130 - Red Roof Plus+ Atlanta - Buckhead Complaint of guest at property | |
| | PX626 | RRI000985-RRI000990 | 10/6/15 | RRI 000985-RRI 000990.pdf | 2015/10/06 Franchise Visitation Report | |
| | PX627 | RRI_WK_00005587 | 1/21/16 | Anonymous Caller RRI #088.msg | 2016/01/21 Email re Anonymous Caller re Sex Trafficking at RRI Smyrna | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (Varahi conduct) |
| | PX628 | RRI_WK_00005265-RRI_WK_00005266 | 1/22/16 | Fwd Press Release - Red Roof in Smyrna Admits Sex Trafficking Occurs in its Rooms.msg | 2016/01/22 Internal email re ATLTrafficking.com Press Release | |
| | PX629 | RRI_WK_00005267-RRI_WK_00005268 | 1/22/16 | RE All Atlanta Properties Need Immediate Attention.msg | 2016/01/22 Email re Atlanta properties Needing Immediate Attention | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (redact unrelated properties) |
| | PX630 | RRI_WK_00005286-RRI_WK_00005288 | 1/29/16 | Fwd What is your response to Human Trafficking at Cobb County Red Roof Inn on Windy Hill.msg | 2016/01/29 Email re Response to Human Trafficking at RRI Smyrna | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (redact unrelated properties and Varahi conduct) |
| | PX631 | RRI_WK_00005020 | 9/16/16 | Kyle Miller .msg | Email re: Kyle Miller | |

**Attachment G-1 Plaintiffs' Exhibit List**

| Admitted | Ex. No. | BatesNumber | Date | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|---|---|
| | PX632 | RRI_WK_00001245-RRI_WK_00001257 | 10/5/16 | BOTTOM 20% PRESENTATION RALEIGH, NC V. LAM 10.5.2016.pptx;BOTTOM 20%25 PRESENTATION RALEIGH, NC V. LAM 10.5.2016.pptx | RRI Bottom 20% Presentation | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated properties) |
| | PX633 | RRI_WK_00005485-RRI_WK_00005490 | 4/7/17 | Cobb County Attorney's office.pdf | Cobb Co. Notice of Possible Public Safety Nuisance and Meeting Report | Relevance under Rule 401, unfair prejudice and confusion of the issues under Rule 403 (Varahi conduct), hearsay |
| | PX634 | RRI_WK_00045856-RRI_WK_00045857 | 4/18/17 | FW legal notice - RRI #88 Smyrna, GA .msg | Email re: legal notice - RRI #88 Smyrna, GA | |
| | PX635 | RRI_WK_00045963 | 8/9/17 | RRI #88 Smyrna, GA - Officer Jeffrey Adcock (Abatement Concerns).msg | 2017/08/09 Smyrna Officer Adcock's abatement concerns email | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (Varahi conduct) |
| | PX636 | | | | | |
| | PX637 | RRI_WK_00003810-RRI_WK_00003811 | 2020 | Human Trafficking Investigative Protocol June 2020 Selections.docx | June 2020 Human Trafficking Investigative Protocol | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (unrelated properties) |
| | PX638 | N/A | | DP_25.pdf | RRI Lobby Photo | |
| | PX639 | N/A | | CONFMichaelBeene_2.pdf | RRI Atlanta Buckhead photos | |
| | PX640 | N/A | | CONFMichaelBeene_4.pdf | RRI Smyrna Photos | |
| | PX641 | N/A | | 2022-01-19 -Hamilton-1.pdf;011922-Hamilton-1.pdf | Aerial Photo of RRI Atlanta RRI | |
| | PX642 | N/A | | 2022-01-19 -Hamilton-3.pdf;011922-Hamilton-3.pdf | Photos of Atlanta RRI | |
| | PX643 | N/A | | 011922-Hamilton-2.pdf;2022-01-19 -Hamilton-2.pdf | Photo of Atlanta RRI | |
| | PX644 | N/A | | 020222-Thomas-P3.pdf | RRI Atlanta Buckhead photo | |
| | PX645 | N/A | | 020222-Thomas-P2.pdf | RRI Atlanta Buckhead photo | |
| | PX646 | N/A | | 020222-Thomas-P1.pdf | RRI Atlanta Buckhead photo | |

| Admitted | Ex. No. | BatesNumber | Date | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|---|---|
| | PX647 | N/A | | JD1 2ndAm Comp Para33.pdf | JD1 2nd Amended Complaint, Paragraph 33- No Refunds Signs Smyrna RRI | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 (Varahi conduct); also use of Complaint is an improper exhibit (it is not evidence) ok to just use pictures as Exhibit |
| | PX648 | | | | | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403 |
| | PX649 | N/A | | Scan - 2022-09-02 12.20.21.pdf | Norman Fee Schedule-RRI | |
| | PX650 | N/A | | Norman 006A.pdf | Norman Handwritten Notes | |
| | PX651 | N/A | | Norman 007.pdf | National Center for PTSD Checklist for DSM-5 With Life Events Checklist for DSM-5 and Criterion A | |
| | PX652 | NORMAN0152-NORMAN000153;NORMAN000145;NORMAN000148;NORMAN000142 | | Norman 011.pdf | Matthew Norman, MD LLC Service Invoice | |
| | PX653 | N/A | | Norman 008.pdf | National Center for PTSD Checklist for DSM-5 | |
| | PX654 | N/A | 05/00/2005 | Norman 005.pdf | 2005/05 AAPL Ethics Guideline for the Practice of Forensic Psychiatry | |
| | PX655 | N/A | | Norman 004.pdf | AAPL Practice Guideline for the Forensic Assessment.  Journal of the American Academy of Psychiatry and the Law 42[2]: S3-S53 (2015 Supplement). | |
| | PX656 | N/A | 2020 | Mehlman-Orozco 002.pdf | 2020 Return of Organization Exempt from Income Tax, FLI d/b/a Freedom Light | |
| | PX657 | N/A | | Mehlman-Orozco 001.pdf | USA Sex Guide Posts mentioning Red Roof | |
| | PX658 | NORMAN0141-NORMAN0181 | | Norman 0141-181.pdf | Emails regarding invoices produced by Dr. Norman Prior to Deposition | |

Attachment G-1 Plaintiffs' Exhibit List

| Admitted | Ex. No. | BatesNumber | Date | Filename/Deposition Exhibit | Description | Defendants' Objections |
|---|---|---|---|---|---|---|
| | PX659 | NORMAN0030-NORMAN0037 | | Norman 010.pdf | Matthew Norman Consulting Invoices | |
| | PX660 | NORMAN0123-140 | | Norman- WK.pdf | Dr. Norman's Notes re: WK | |
| | PX661 | WK-Bliss-000083-WK-Bliss-000105 | | MelanieJBlissPhD_7.pdf | Melanie Bliss - Health and Mental Health Consequences from Sexual Trauma Victimizations | |
| | PX662 | WK-Tallis-000256-WK-Tallis-000257 | | Tallis Materials 014.pdf | Tallis Handwritten Notes | |
| | PX663 | WK-Whitmore000142-WK-Whitmore000152 | | 14.pdf | Fuchs, E; Flugge G. Adult Neuroplasty: More than 40 Years of Research.  Neural Plasticity 2014 | |
| | PX664 | WK-Whitmore001023-WK-Whitmore001028 | | 11.pdf | Sanchez, R; Stark SW.  The Hard Truth About Human Trafficking.  Nursing Management 2014 (Jan), pp. 18-23 | |
| | PX665 | WK-Whitmore000538-WK-Whitmore001014 | | 4.pdf | Institute of Medicine and National Research Council article on Confronting Commercial Sexual Exploitation of Minors in the US | |
| | PX666 | | | | Invoices of Bondurant, Mixson & Elmore | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403; Foundation; Authentication; Not a jury issue |
| | PX667 | | | | Invoices of Andersen Tate & Carr, P.C. | Relevance under Rule 401 and unfair prejudice and confusion of the issues under Rule 403; Foundation; Authentication; Not a jury issue |
| | PX668 | Pltf. M.M.002416 | 4/6/24 | | City of Cartersville Criminal History Consent Form | |

| Exhibit Number | Bates Number | Deposition Exhibit Number | Description | Plaintiff's Objections |
|---|---|---|---|---|
| Defx 1 | Plt. A.F. 000005-Pltf.A.F.000008 | | Atlanta Police Department Records | |
| Defx 2 | Pltf. A.F.000046 | | Video of A.F. | |
| Defx 3 | Pltf. A.F.000047 | | Video of A.F. | |
| Defx 4 | Pltf. A.F.000048 | | Video of A.F. | |
| Defx 5 | Pltf. A.F.000049-Pltf. A.F.000209 | | Copy of "Memoir of a Teen Sex Trafficked." | |
| Defx 6 | Pltf. A.F.000210 | | Q&A for "Memoir of a Teen Sex Trafficked." | |
| Defx 7 | Pltf. A.F.000211 | | Video of A.F. | |
| Defx 8 | Pltf. A.F.000212-Pltf. A.F.000324 | | Copy of "Untold Stories of a Teen Call Girl." | |
| Defx 9 | Pltf. A.F.000325 | | Video of A.F. summarizing her past | |
| Defx 10 | Pltf. A.F.000326 | | "Memoir of a Teen Sex Trafficked" | |
| Defx 11 | Pltf. A.F.000332-Pltf. A.F.000335 | | Post Trauma Anxiety Screen | |
| Defx 12 | Pltf. A.F.000336-Pltf. A.F.000344 | | SafeWay Psychological Services screen - DSM-5 symptoms of PTSD and MDD | |
| Defx 13 | | Deposition Exhibit 1 to A.F. Deposition 8/31/2022 | Deposition Exhibit 1 to A.F. Deposition 8/31/2022 | |
| Defx 14 | | Deposition Exhibit 2 to A.F. Deposition 8/31/2022 | Deposition Exhibit 2 to A.F. Deposition 8/31/2022 | |
| Defx 15 | | Deposition Exhibit 3 to A.F. Deposition 8/31/2022 | Deposition Exhibit 3 to A.F. Deposition 8/31/2022 | |
| Defx 16 | | Deposition Exhibit 4 to A.F. Deposition 8/31/2022 | Deposition Exhibit 4 to A.F. Deposition 8/31/2022 | |
| Defx 17 | | Deposition Exhibit 7 to A.F. Deposition 8/31/2022 | Twitter posts | |
| Defx 18 | | Deposition Exhibit 8 to A.F. Deposition 8/31/2022 | Clips 4 Sale | |
| Defx 19 | | Deposition Exhibit 9-10 to A.F. Deposition 8/31/2022 | QueenAva Twitter | |
| Defx 20 | | | Plaintiff A.F.'s Objections and Responses to Requests for Admission | |

| Exhibit Number | Bates Number | Deposition Exhibit Number | Description | Plaintiff's Objections |
|---|---|---|---|---|
| Defx 21 | Pltf. C.A. 004332-004557; Pltf. C.A. 004576; Pltf. C.A. 004586-004609; Pltf. C.A. 004626-004628; Pltf. C.A. 004690-004692; Pltf. C.A. 004712-004716; Pltf. C.A. 004737; Pltf. C.A. 004764-004774; Pltf. C.A. 004798; Pltf. C.A. 004849-004850; Pltf. C.A. 004866; Pltf. C.A. 004906-004909; Pltf. C.A. 004925-004942; Pltf. C.A. 004967; Pltf. C.A. 004989; Pltf. C.A. 005004-005013; Pltf. C.A. 005035-005041; Pltf. C.A. 005055-005056; Pltf. C.A. 005087-005093; Pltf. C.A. 005109; Pltf. C.A. 005130; Pltf. C.A. 005176-005188; Pltf. C.A. 005204; Pltf. C.A. 005225; Pltf. C.A. 005243-005244; Pltf. C.A. 005260-005261; Pltf. C.A. 005276-005277; Pltf. C.A. 005297-005316; Pltf. C.A. 005364-005365; Pltf. C.A. 005412-005423; Pltf. C.A. 005456-005464; Pltf. C.A. 005500-005503; Pltf. C.A. 005535; Pltf. C.A. 005558-005562; Pltf. C.A. 005574-005575; Pltf. C.A. 005603-005604; Pltf. C.A. 005616-005622; Pltf. C.A. 005639; Pltf. C.A. 005665; Pltf. C.A. 005702; Pltf. C.A. 005728; Pltf. C.A. 005744-005805; Pltf. | | Photographs/Screenshots | |

| Exhibit Number | Bates Number | Deposition Exhibit Number | Description | Plaintiff's Objections |
|---|---|---|---|---|
| Defx 22 | Pltf. C.A. 007655-007687; Pltf. C.A. 007691-007747; Pltf. C.A. 007750-007775; Pltf. C.A. 007777-007782; Pltf. C.A. 007784-007845; Pltf. C.A. 007848-008014; Pltf. C.A. 008249-008251; Pltf. C.A. 008257; Pltf. C.A. 008; Pltf. C.A. 008320; Pltf. C.A. 008342-008343; Pltf. C.A. 008357; Pltf. C.A. 008365; Pltf. C.A. 008368; Pltf. C.A. 008391; Pltf. C.A. 008436; Pltf. C.A. 008452; Pltf. C.A. 008461; Pltf. C.A. 008466; Pltf. C.A. 008472; Pltf. C.A. 008533; Pltf. C.A. 008547; Pltf. C.A. 008557; Pltf. C.A. 008564; Pltf. C.A. 008580 | | Text Messages | |
| Defx 23 | Pltf. C.A. 007847 | | Video | |
| Defx 24 | Pltf. C.A. 008411; Pltf. C.A. 008529; Pltf. C.A. 010085-010087; Pltf. C.A. 010113-010115; Pltf. C.A. 010151-010152; Pltf. C.A. 010462 | | Hotel Reservation | |
| Defx 25 | Pltf. C.A. 008679-008745; Pltf. C.A. 008747-008754; Pltf. C.A. 008756-008759; Pltf. C.A. 008761-008770; Pltf. C.A. 008772-008775; Pltf. C.A. 008777-008885; Pltf. C.A. 008887-008901; Pltf. C.A. 008903-008957; Pltf. C.A. 010013; Pltf. C.A. 010015-010018; Pltf. C.A. 010023-010024; Pltf. C.A. 010072-010076; Pltf. C.A. 010136; | | Backpage Emails/Voicemails | |
| Defx 26 | Pltf. C.A. 0011635-0011641 | | Police Reports | |
| Defx 27 | Pltf. C.A. 0011642-0011646 | | Gwinnett County Police Record | |

| Exhibit Number | Bates Number | Deposition Exhibit Number | Description | Plaintiff's Objections |
|---|---|---|---|---|
| Defx 28 | Pltf. C.A. 009948-009949; Pltf. C.A. 009962-009963; Pltf. C.A. 009967-009968; Pltf. C.A. 009972-009977; Pltf. C.A. 009981; Pltf. C.A. 009983-010000; Pltf. C.A. 010004-010007; Pltf. C.A. 010009-010012; Pltf. C.A. 010014; Pltf. C.A. 010019-010022; Pltf. C.A. 010026-010033; Pltf. C.A. 010035-010046; Pltf. 010057-010067; Pltf. C.A. 010069-010071; Pltf. C.A. 010077-010084; Pltf. C.A. 010090-010091; Pltf. C.A. 010097-010098; Pltf. C.A. 010107-010112; Pltf. C.A. 010116-010128; Pltf. C.A. 010132-010135; Pltf. C.A. 010140; Pltf. C.A. 010143-010148; Pltf. C.A. 010153; Pltf. C.a. 010157-010158; Pltf. C.A. 010160-010173; Pltf. C.A. 010176-010190; Pltf. C.A. 010192-010236; Pltf. C.A. 010240-010268; Pltf. C.A. 010271-010319; Pltf. C.A. 010324-010364; Pltf. C.A. 010366-010461; Pltf. C.A. 010463-010466 | | Various emails (Virgin Mobile, Skype, Twitter, Extended Stay Hotel offers) | |
| Defx 29 | Pltf. C.A. 009961 | | Email Lifting Warrant | |
| Defx 30 | Pltf. C.A. 009964-009965; Pltf. C.A. 010321-010323 | | C.A. Email Conversations w/ family/friends | |
| Defx 31 | Pltf. C.A. 009966; Pltf. C.A. 009969-009970 | | Letter of Recommendations/character letters | |
| Defx 32 | Pltf. C.A. 009979; Pltf. C.A. 010034; | | Facebook Notifications | |
| Defx 33 | Pltf. C.A. 010047; Pltf. C.A. 010055-010056 | | Hotel Reviews | |
| Defx 34 | Pltf. C.A. 010048-010054 | | Lavan Chandra Resume | |

| Exhibit Number | Bates Number | Deposition Exhibit Number | Description | Plaintiff's Objections |
|---|---|---|---|---|
| Defx 35 | Pltf. C.A. 010068; Pltf. C.A. 010092-010096; Pltf. C.A. 010099-010106; Pltf. C.A. 010467-010469 | | Emails w/ Lavan Chandra | |
| Defx 36 | Pltf. C.A. 010470-010510; Pltf. C.A. 010547-010675 | | C.A. Search Activity | |
| Defx 37 | Pltf. C.A. 010677-010769 | | LifeStance Medical Records | |
| Defx 38 | Pltf. C.A. 010770-011504 | | Northside Hospital Medical Records | |
| Defx 39 | Pltf. C.A.-SM000001-000034; Pltf. C.A.-SM000042-000066; Pltf. C.A.-SM000069-000206; Pltf. C.A.-SM000267-000285; Pltf. C.A.-SM000288 | | Facebook Messages | |
| Defx 40 | Pltf. C.A.-SM000035-000041; Pltf. C.A.-SM000067-000068; Pltf. C.A.-SM000207-000266 | | Photos sent on Facebook | |
| Defx 41 | Pltf. C.A.-SM000286-000287 | | Category of messages exchanged on Facebook | |
| Defx 42 | Pltf. C.A.-SM000289-000294 | | Group Interactions on Facebook | |
| Defx 43 | Pltf. C.A.-SM000295-001110 | | Comments made on Facebook | |
| Defx 44 | Pltf. C.A.-SM001111-001148 | | Areas of Facebook recently visited (profiles, pages, groups, and events) | |
| Defx 45 | | Exhibit 2 to C.A.'s August 12, 2022 deposition | C.A.'s Objections and Responses to RRI's First Interrogatories | |
| Defx 46 | | Exhibit 26 C.A.'s August 12, 2022 deposition | 5/6/2013 Text Message | |
| Defx 47 | | Exhibit 27 C.A.'s August 12, 2022 deposition | Text Message | |
| Defx 48 | | Exhibit 28 C.A.'s August 12, 2022 deposition | Sugardaddyforme.com Profile | |
| Defx 49 | | Exhibit 29 C.A.'s August 12, 2022 deposition | a_kayy Instagram Post | |
| Defx 50 | | Exhibit 30 C.A.'s August 12, 2022 deposition | mulahbunny Instagram Post | |

| Exhibit Number | Bates Number | Deposition Exhibit Number | Description | Plaintiff's Objections |
|---|---|---|---|---|
| Defx 51 | | Exhibit 31 C.A.'s August 12, 2022 deposition | Fasionfloozies Instagram post | |
| Defx 52 | | Exhibit 32 C.A.'s August 12, 2022 deposition | Email chain | |
| Defx 53 | | Exhibit 33 C.A.'s August 12, 2022 deposition | Photograph | |
| Defx 54 | | Exhibit 34 C.A.'s August 12, 2022 deposition | Handwritten notes | |
| Defx 55 | | Exhibit 35 C.A.'s August 12, 2022 deposition | Instagram posts | |
| Defx 56 | | Exhibit 36 C.A.'s August 12, 2022 deposition | Instagram posts | |
| Defx 57 | | Exhibit 37 C.A.'s August 12, 2022 deposition | Birthday invitation | |
| Defx 58 | | Exhibit 38 C.A.'s August 12, 2022 deposition | Photo | |
| Defx 59 | | Exhibit 39 C.A.'s August 12, 2022 deposition | Photo | |
| Defx 60 | | Exhibit 40 C.A.'s August 12, 2022 deposition | Text messages | |
| Defx 61 | | Exhibit 41 C.A.'s August 12, 2022 deposition | Email | |
| Defx 62 | | | Plaintiff C.A.'s Objections and Responses to Requests for Admission | |
| Defx 63 | Pltf. D.P.010308-Pltf.D.P.010339 | | Backpage and Craigslist responses | |
| Defx 64 | Pltf. D.P.011455; 11278; 11210 | | Social Media Texts | |
| Defx 65 | Pltf. D.P. 017810-Pltf.D.P.017830 | | TextNow Exported Conversations Text | |
| Defx 66 | Pltf. D.P.017878 | | "Selfie" Picture | |
| Defx 67 | Pltf. D.P.017879 | | Mirror "Selfie" Picture | |
| Defx 68 | Pltf. D.P.017880 | | "Selfie" Picture | |
| Defx 69 | Pltf. D.P.017881 | | Mirror "Selfie" Picture | |
| Defx 70 | Pltf. D.P.017882 | | "Selfie" Picture | |

| Exhibit Number | Bates Number | Deposition Exhibit Number | Description | Plaintiff's Objections |
|---|---|---|---|---|
| Defx 71 | Pltf. D.P.017883 | | Cobb Sheriff's Office Arrest/Booking Report - 10/09/21 | |
| Defx 72 | Pltf. D.P.017884 | | Cobb Sheriff's Office Arrest/Booking Report - 12/20/20 | |
| Defx 73 | Pltf. D.P.017885 | | Cobb Sheriff's Office Arrest/Booking Report - 12/16/19 | |
| Defx 74 | Pltf. D.P.017886 | | Cobb Sheriff's Office Arrest/Booking Report - 11/18/19 | |
| Defx 75 | Pltf. D.P.017887 | | Cobb Sheriff's Office Arrest/Booking Report - 12/10/18 | |
| Defx 76 | Pltf. D.P.017888 | | Cobb Sheriff's Office Arrest/Booking Report - 06/27/18 | |
| Defx 77 | Pltf. D.P.017889 | | Cobb Sheriff's Office Arrest/Booking Report - 06/04/18 | |
| Defx 78 | Pltf. D.P.017890 | | Cobb Sheriff's Office Arrest/Booking Report - 04/15/18 | |
| Defx 79 | Pltf. D.P.017891-Pltf. D.P.017892 | | Cobb Sheriff's Office Arrest/Booking Report - 06/04/18 | |
| Defx 80 | Pltf. D.P.017893 | | Cobb Sheriff's Office Arrest/Booking Report - 11/03/17 | |
| Defx 81 | Pltf. D.P.017894 | | Cobb Sheriff's Office Arrest/Booking Report - 07/02/17 | |
| Defx 82 | Pltf. D.P.017895 | | Cobb Sheriff's Office Arrest/Booking Report - 05/17/17 | |
| Defx 83 | Pltf. D.P.017896 | | Cobb Sheriff's Office Arrest/Booking Report - 03/19/15 | |
| Defx 84 | Pltf. D.P.017897 | | Cobb Sheriff's Office Arrest/Booking Report - 08/27/14 | |
| Defx 85 | Pltf. D.P.017898 | | Cobb Sheriff's Office Arrest/Booking Report - 08/08/14 | |
| Defx 86 | Pltf. D.P.017899 | | Cobb Sheriff's Office Arrest/Booking Report - 05/08/14 | |
| Defx 87 | Pltf. D.P.017900 | | Arrest Information I.D. | |

| Exhibit Number | Bates Number | Deposition Exhibit Number | Description | Plaintiff's Objections |
|---|---|---|---|---|
| Defx 88 | Pltf. D.P.017901-Pltf. D.P.017902 | | DeKalb County Sheriff's Office Arrest Information Record - 03/22/2018 | |
| Defx 89 | Pltf. D.P.017903 | | DeKalb County Court Order | |
| Defx 90 | Pltf. D.P.017904 | | DeKalb County Bench Warrant for Failure to Appear on Tuesday, July 25, 2017 | |
| Defx 91 | Pltf. D.P.017905 | | DeKalb County Sheriff's Office Arrest Information Record - 12/06/2016 | |
| Defx 92 | Pltf. D.P.017906 | | Arrest Information I.D. | |
| Defx 93 | | Exhibit 1 to Deposition of D.P. 6/30/2022 | Exhibit 1 to Deposition of D.P. 6/30/2022 | |
| Defx 94 | | Exhibit 2 to Deposition of D.P. 6/30/2022 | Exhibit 2 to Deposition of D.P. 6/30/2022 | |
| Defx 95 | | Deposition Exs 3&4 to 6/30/22 Deposition of D.P. | Plaintiff D.P.' s Verification and Amended and Supplemental Objections and Responses to Defendant RRI's First Interrogatories | |
| Defx 96 | | Deposition Exhibit 5-7 to 6/30/22 Deposition of D.P. | Photographs of males | |
| Defx 97 | | Deposition Exhibit 8 to 6/30/22 Deposition of D.P. | Cobb Sheriff's Office Arrest/Booking Report | |
| Defx 98 | | Deposition Exhibit 9 to 6/30/22 Deposition of D.P. | Atlanta Police Records | |
| Defx 99 | | Deposition Exhibit 10 to 6/30/22 Deposition of D.P. | Marietta Police Records 5/30/2014 | |
| Defx 100 | | Deposition Exhibit 11 to 6/30/22 Deposition of D.P. | OMS Offender Management System printout on Delann Marie Pountain | |
| Defx 101 | | Deposition Exhibit 12 to 6/30/22 Deposition of D.P. | Cobb County Police Reports 2/2/2015 | |
| Defx 102 | | Deposition Exhibit 13 to 6/30/22 Deposition of D.P. | Marietta Police Records 1/21/2017 | |
| Defx 103 | | Deposition Exhibit 14 to 6/30/22 Deposition of D.P. | Facebook Profile Picture | |
| Defx 104 | | Deposition Exhibit 15 to 6/30/22 Deposition of D.P. | Mobile upload photograph | |

| Exhibit Number | Bates Number | Deposition Exhibit Number | Description | Plaintiff's Objections |
|---|---|---|---|---|
| Defx 105 | | Deposition Exhibit 16 to 6/30/22 Deposition of D.P. | Facebook Post | |
| Defx 106 | | Deposition Exhibit 19 to 6/30/22 Deposition of D.P. | Video screenshots | |
| Defx 107 | | Deposition Exhibit 20 to 6/30/22 Deposition of D.P. | Cobb County Police Reports 4/7/2017 | |
| Defx 108 | | Deposition Exhibit 21  to 6/30/22 Deposition of D.P. | Cobb County Police Reports 5/17/2017 | |
| Defx 109 | | Deposition Exhibit 22 to 6/30/22 Deposition of D.P. | Mobile upload photograph | |
| Defx 110 | | Deposition Exhibit 23 to 6/30/22 Deposition of D.P. | Cobb County Police Reports 7/26/2017 | |
| Defx 111 | | Deposition Exhibit 24 to 6/30/22 Deposition of D.P. | Powder Springs Police Department -Family Violence Incident Report | |
| Defx 112 | | Deposition Exhibit 25 to 6/30/22 Deposition of D.P. | Red Roof Inn photograph of lobby | |
| Defx 113 | | Deposition Exhibit 26 to 6/30/22 Deposition of D.P. | Red Roof Inn signage This Inn is independently owned and operated by a Red Roof franchisee | |
| Defx 114 | | Deposition Exhibit 27 to 6/30/22 Deposition of D.P. | Kent County Sheriff's Office records | |
| Defx 115 | | | Plaintiff D.P.'s Objections and Responses to Requests for Admission | |
| Defx 116 | Pltf.E.H. 006545; 7219; | Deposition Exhibit 9 | Photographs E.H. | |
| Defx 117 | Pltf. E.H.007812-7814 | | Bibb County Sheriff's Records | |
| Defx 118 | Pltf. E.H.007815-7824 | | Cobb County Police and Sheriff's Records | |
| Defx 119 | Pltf. E.H.007825-Pltf. E.H.007831 | | Cobb County State Court Records | |
| Defx 120 | Pltf. E.H.007854-Pltf. E.H.007855 | | SmartCop Inmate Records | |
| Defx 121 | Pltf. E.H.007856-Pltf. E.H.007857 | | Municipal Court of Tuscaloosa records - Charge Solicitation | |
| Defx 122 | Pltf. E.H.007858-7868;7907; 7923-7932; 7935-8278 | | E.H. Photographs | |

| Exhibit Number | Bates Number | Deposition Exhibit Number | Description | Plaintiff's Objections |
|---|---|---|---|---|
| Defx 123 | Pltf. E.H.007869-7905 | | Backpage emails | |
| Defx 124 | Pltf. E.H.007906; 7908-7917; 7933-7934; 8279-9597 | | Social Media photographs, Mp4s | |
| Defx 125 | Pltf. E.H.007918-7922 | | Megapersonals ads | |
| Defx 126 | Pltf. E.H.009597-Pltf. E.H.009615 | | Google Activity | |
| Defx 127 | Pltf. E.H.009616-Pltf. E.H.009620 | | Cobb County, GA Juvenile Court Records | |
| Defx 128 | Pltf. E.H.009621 | | Medication List | |
| Defx 129 | Pltf. E.H.009622-Pltf. E.H.009631 | | Western Psychological Services records | |
| Defx 130 | Pltf. E.H.009632-Pltf. E.H.009634 | | Behavior list | |
| Defx 131 | Pltf. E.H.009635-Pltf. E.H.009644 | | Muscogee County School District records | |
| Defx 132 | Pltf. E.H.009645-Pltf. E.H.009657 | | Wellstar Medical Records | |
| Defx 133 | Pltf. E.H.009658-Pltf. E.H.009659 | | Itemized rules for school | |
| Defx 134 | Pltf. E.H.009660-Pltf. E.H.009689 | | School Records | |
| Defx 135 | Pltf. E.H.009690-Pltf. E.H.009896 | | Cobb County School District records | |
| Defx 136 | Pltf. E.H.009897-Pltf. E.H.009990 | | Snap Chat History | |
| Defx 137 | Pltf. E.H.009991-Pltf. E.H.010120 | | Wellstar Medical Records | |
| Defx 138 | Pltf. E.H.010121-Pltf. E.H.010135 | | Psychological Services, Cobb County School District - Psychoeducational Report | |
| Defx 139 | Pltf. E.H.010136-Pltf. E.H.010166 | | Teen Challenge Columbus Girls Academy records | |
| Defx 140 | Pltf. E.H.010167-Pltf. E.H.010184 | | Psychological Sciences Institute medical records | |
| Defx 141 | | Exhibit 1 to Deposition of E.H. 10/12/2022 | Exhibit 1 to Deposition of E.H. 10/12/2022 | |

| Exhibit Number | Bates Number | Deposition Exhibit Number | Description | Plaintiff's Objections |
|---|---|---|---|---|
| Defx 142 | | Deposition Exhibit 2 to Deposition of E.H. 10/12/2022 | Photographs of male | |
| Defx 143 | | Deposition Exhibit 3 to Deposition of E.H. 10/12/2022 | Photograph | |
| Defx 144 | | Deposition Exhibit 4 to Deposition of E.H. 10/12/2022 | Plaintiff E.H.'s Amended and Supplemental Objections and Responses to Defendant Red Roof Inns, Inc.s' First Interrogatories | |
| Defx 145 | | Deposition Exhibit 5 to Deposition of E.H. 10/12/2022 | Gwinnett County Police records | |
| Defx 146 | | Deposition Exhibit 6 to Deposition of E.H. 10/12/2022 | State of Georgia v. Elizabeth Hogue Final Disposition case 14D-2438-2 | |
| Defx 147 | | Deposition Exhibit 7 to Deposition of E.H. 10/12/2022 | State Court of Cobb County charge | |
| Defx 148 | | Deposition Exhibit 8 to Deposition of E.H. 10/12/2022 | Photographs | |
| Defx 149 | | Deposition Exhibit 10 to Deposition of E.H. 10/12/2022 | News Article "Arrests made in Tuscaloosa prostitution detail" | |
| Defx 150 | | Deposition Exhibit 11 to Deposition of E.H. 10/12/2022 | Photograph | |
| Defx 151 | | Deposition Exhibit 12 to Deposition of E.H. 10/12/2022 | Photograph | |
| Defx 152 | | | Plaintiff E.H.'s Objections and Responses to Requests for Admission | |
| Defx 153 | K.P. 000003 - 000009 | | Sandy Springs Police Department Record | |
| Defx 154 | K.P. 000037 - 48 | | Ridgeview Institute Medical Records | |
| Defx 155 | K.P. 000017 - 35 | | DeKalb Community Service Board Medical Records | |
| Defx 156 | K.P. 0000053 - 77 | | DeKalb Community Service Board Psychiatric Records | |
| Defx 157 | K.P. 0000078 - 101 | | Sozo Family Services Medical Records | |
| Defx 158 | K.P. 0000102 - 113 | | Carroll County State Court Criminal Records | |
| Defx 159 | K.P. 0000114 - 206 | | Northside Hospital Atlanta Medical Records | |
| Defx 160 | K.P. 00004836 - 4940 | | Wellstar Medical Records | |

| Exhibit Number | Bates Number | Deposition Exhibit Number | Description | Plaintiff's Objections |
|---|---|---|---|---|
| Defx 161 | K.P. 0004941 - 4981 | | Jose Nadala Medical Records | |
| Defx 162 | K.P. 231 – 236, 329 – 330, 346 – 348, 354 – 364, 368 – 421, 445 – 454, 456 – 476, 478 – 538, 558 – 577, 742 – 745, 756 – 855, 1235 – 1544, 1546 – 1573, 1590 – 1682 – 1682, 3095 – 3178 | | Various Photos Produced by K.P. | |
| Defx 163 | K.P. 000539 - 000545 | | Marital History 1984 to Present | |
| Defx 164 | K.P. 0000546 - 557 | | Juvenile Court of Forsyth County Records | |
| Defx 165 | K.P. 0000578 - 741 | | Facebook Messages | |
| Defx 166 | K.P. 000872 - 873 | | Letter from Kenneth Schatten | |
| Defx 167 | K.P. 1686 - 3094; 3179 - 3198; 3179 - 4835 | | Various Computer/Internet Histories and Downloads | |
| Defx 168 | | Exhibit 2 to July 14, 2022 Depos | Plaintiff K.P.'s Amended and Supplemental Objections and Responses to Defendant Red Roof's First Interrogatories | |
| Defx 169 | | Exhibit 3 to July 14, 2022 Deposition of K.P. | Photographs | |
| Defx 170 | | Exhibit 4 to July 14, 2022 Deposition of K.P. | 5/7/10 Incident/Investigation Report | |
| Defx 171 | | Exhibit 5 to July 14, 2022 Deposition of K.P. | 8/24/11 Northside Hospital Record | |
| Defx 172 | | Exhibit 6 to July 14, 2022 Deposition of K.P. | Medical Records | |
| Defx 173 | | Exhibit 7 to July 14, 2022 Deposition of K.P. | SGN Nutrition Documents | |
| Defx 174 | | Exhibit 8 to July 14, 2022 Deposition of K.P. | 7/20/12 Cherokee County Sheriff's Office Record | |
| Defx 175 | | Exhibit 9 to July 14, 2022 Deposition of K.P. | 8/6/12 Georgia Uniform Motor Vehicle Accident Report | |
| Defx 176 | | Exhibit 10 to July 14, 2022 Deposition of K.P. | 12/6/12 Unique Business Solutions, LLC Letter | |

| Exhibit Number | Bates Number | Deposition Exhibit Number | Description | Plaintiff's Objections |
|---|---|---|---|---|
| Defx 177 | | Exhibit 11 to July 14, 2022 Deposition of K.P. | Northside Hospital Records | |
| Defx 178 | | Exhibit 12 to July 14, 2022 Deposition of K.P. | Tradelle Lacy CV | |
| Defx 179 | | Exhibit 13 to July 14, 2022 Deposition of K.P. | Conversation | |
| Defx 180 | | Exhibit 14 to July 14, 2022 Deposition of K.P. | Conversation | |
| Defx 181 | | Exhibit 15 to July 14, 2022 Deposition of K.P. | 10 Questions | |
| Defx 182 | | Exhibit 16 to July 14, 2022 Deposition of K.P. | 12/27/15 Incident/Investigation Report | |
| Defx 183 | | Exhibit 17 to July 14, 2022 Deposition of K.P. | Choose up or Loose up Document | |
| Defx 184 | | | Plaintiff K.P.'s Objections and Responses to Defendants Red Roof Inns, Inc.'s Request for Admission. | |
| Defx 185 | | | Plaintiff K.P.'s Objections and Responses to Requests for Admission | |
| Defx 186 | | Exhibit 1 to March 22, 2022 Deposition of M.B. | Notice of Video Deposition | |
| Defx 187 | | Exhibit 2 to March 22, 2022 Deposition of M.B. | M.B. Objections to Varahi Hotel's First Interrogatories | |
| Defx 188 | | Exhibits 3 and 11 to March 22, 2022 Deposition of M.B. | M.B. Objections/Responses to RRI's First Interrogatories | |
| Defx 189 | | Exhibit 4 to March 22, 2022 Deposition of M.B. | DeKalb County Arrest Record | |
| Defx 190 | | Exhibits 5-7 to March 22, 2022 Deposition of M.B. | SafeWay Psychological Services Records | |
| Defx 191 | | Exhibits 8-9 to March 22, 2022 Deposition of M.B. | Photographs | |
| Defx 192 | | Exhibits 10 and 12 to March 22, 2022 Deposition of M.B. | ML Healthcare Medical Billing Summary/Distribution Agreement | |

| Exhibit Number | Bates Number | Deposition Exhibit Number | Description | Plaintiff's Objections |
|---|---|---|---|---|
| Defx 193 | | | Plaintiff M.B.'s Objections and Responses to Requests for Admission | |
| Defx 194 | Pltf. M.M. 000974-001075 | | Phone locations | |
| Defx 195 | Pltf. M.M.001076-Pltf. M.M.001081; 1083-1086 | | Red Roof Inn emails to customer | |
| Defx 196 | Pltf. M.M.001082 | | The Ritz-Carlton-Reynolds Plantation email to customers | |
| Defx 197 | Pltf. M.M.001088 | | Georgia Bureau of Investigation Georgia Crime Information Center Consent Form | |
| Defx 198 | Pltf. M.M.001089-90 | | Email re 4Sarah | |
| Defx 199 | Pltf. M.M.001091-92 | | Photographs | |
| Defx 200 | Pltf. M.M.001093-Pltf. M.M.001094 | | Backpage post re survivor of human trafficking | |
| Defx 201 | Pltf. M.M.001095-1115; 1118-1176; 1598; 1600-1629; 1635-1659; 1665-1671; 1673-1695; 1866-1909; 1912-1917; 1928-1932; 1967-1972 | | Craigslist Emails/Communications | |
| Defx 202 | Pltf. M.M.001116-1117; 1599; 1630-1632-1634; 1664; 1672; 1910-1911; 1918-1921 | | Eros documents | |
| Defx 203 | Pltf. M.M.001177-1532; 1590-1597; 1696-1865 | | Backpage emails/communications | |
| Defx 204 | Pltf. M.M.001533-1589 | | Backpage payments/credit purchase | |
| Defx 205 | Pltf. M.M.001660-Pltf. M.M.001663 | | Quora Digest request on call history | |
| Defx 206 | Pltf. M.M.001922-Pltf. M.M.001927; 1933-1966 | | Paxful | |
| Defx 207 | Pltf. M.M.001973-1981 | | ML Healthcare Services LLC / SafewWay Psychological Services medical records | |
| Defx 208 | Pltf. M.M.002413-Pltf. M.M.002415 | | Mixson Dental & Associates Medical Records | |

| Exhibit Number | Bates Number | Deposition Exhibit Number | Description | Plaintiff's Objections |
|---|---|---|---|---|
| Defx 209 | | Deposition Exhibit 55 | Plaintiff M.M.'s Objections and Responses to Defendant Red Roof Inns, Inc.'s First Interrogatories | |
| Defx 210 | | Exhibit 56 to Deposition of M.M. 11/11/2021 | Exhibit 56 to Deposition of M.M. 11/11/2021 | |
| Defx 211 | | Exhibit 57 to Deposition of M.M. 11/11/2021 to Deposition of M.M. 11/11/2021 | Exhibit 57 to Deposition of M.M. 11/11/2021 | |
| Defx 212 | | Deposition Exhibit 58 to Deposition of M.M. 11/11/2021 | Color Photograph | |
| Defx 213 | | Deposition Exhibit 59 to Deposition of M.M. 11/11/2021 | Palm Beach County Sheriff's Office records | |
| Defx 214 | | Deposition Exhibit 60 to Deposition of M.M. 11/11/2021 | Coral Springs Police Department records | |
| Defx 215 | | Deposition Exhibit 62 to Deposition of M.M. 11/11/2021 | Cobb County Police records | |
| Defx 216 | | Deposition Exhibit 64 to Deposition of M.M. 11/11/2021 | Marietta Police Department records | |
| Defx 217 | | Deposition Exhibit 65 to Deposition of M.M. 11/11/2021 | Cobb County Sheriff's Office photograph | |
| Defx 218 | | Deposition Exhibit 66 to Deposition of M.M. 11/11/2021 | Color Photograph | |
| Defx 219 | | | Plaintiff M.M.'s Objections and Responses to Requests for Admission | |

| Exhibit Number | Bates Number | Deposition Exhibit Number | Description | Plaintiff's Objections |
|---|---|---|---|---|
| Defx 220 | Pltf.R.K.000011-Pltf.R.K.000013 | | State Court Case Summary Case No. 12-cr-380671 | |
| Defx 221 | Pltf. R.K.000014-Pltf.R.K. 000015 | | Georgia Department of Corrections offender search results | |
| Defx 222 | Pltf. R.K.000016-Pltf. R.K.000025 | | Gwinnett County Police records | |
| Defx 223 | Pltf. R.K.-000027-Pltf.R.K.000031 | | Gwinnett Superior Court records | |
| Defx 224 | Pltf. R.K.000035-Pltf.R.K. 000037 | | Gwinnett Superior Court Petition for Adjudication of Guild and Imposition of Sentence | |
| Defx 225 | Plt. R.K. 000047-Pltf. R.K.000055 | | Atlanta Medical Center medical records | |
| Defx 226 | Pltf. R.K.000056-Pltf. R.K.000357 | | Dallas Children's Health Complete Medical File Including documentation from birth at Irving Healthcare | |
| Defx 227 | Pltf. R.K.000358-Pltf. R.K.000387 | | metadata from emails/location | |
| Defx 228 | Pltf. R.K.000388-Pltf. R.K.000391 | | R.K. email to Craigslist | |
| Defx 229 | Pltf. R.K.000395-Pltf. R.K.000421 | | USMD Hospital at Arlington Admissions for OD on Tylenol | |
| Defx 230 | Pltf. R.K.001874-Pltf. R.K.002558 | | Google search history | |
| Defx 231 | Pltf. R.K.002559-Pltf. R.K.002836 | | Image search history | |
| Defx 232 | Pltf. R.K.002837-Pltf. R.K.004025 | | YouTube history | |
| Defx 233 | Pltf. R.K.004026-Pltf. R.K.004035 | | Arlington Municipal Court records | |
| Defx 234 | Pltf. R.K.004036 | | Bradford County Sheriff's Office records | |
| Defx 235 | Pltf. R.K.004037-Pltf. R.K.004038 | | Report of inmate search | |
| Defx 236 | | Exhibit 1 to Deposition of R.K. 5/6/2022 | Plaintiff R.K.'s Objections and Responses to Interrogatories | |
| Defx 237 | | Exhibit 2 to Deposition of R.K. 5/6/2022 | Verification | |
| Defx 238 | | Deposition Exhibit 3 to Deposition of R.K.  5/6/2022 | House locations | |
| Defx 239 | | Exhibit 4 to Deposition of R.K. 5/6/2022 | Exhibit 4 to Deposition of R.K.  5/6/2022 | |

| Exhibit Number | Bates Number | Deposition Exhibit Number | Description | Plaintiff's Objections |
|---|---|---|---|---|
| Defx 240 | | Deposition Exhibit 5 to Deposition of R.K.  5/6/2022 | Arlington Police Department Records | |
| Defx 241 | | Deposition Exhibit 6 to Deposition of R.K.  5/6/2022 | Miscellaneous hotel locations and photographs | |
| Defx 242 | | Deposition Exhibit 7 to Deposition of R.K.  5/6/2022 | Admission Records | |
| Defx 243 | | Deposition Exhibit 8 to Deposition of R.K.  5/6/2022 | CJIS Record Check | |
| Defx 244 | | Deposition Exhibit 9 to Deposition of R.K.  5/6/2022 | CJIS Data | |
| Defx 245 | | Deposition Exhibit 10 to Deposition of R.K.  5/6/2022 | Accusation | |
| Defx 246 | | Deposition Exhibit 11 to Deposition of R.K.  5/6/2022 | Final Disposition | |
| Defx 247 | | Deposition Exhibit 12 to Deposition of R.K.  5/6/2022 | Petition for Adjudication of Guilt | |
| Defx 248 | | Deposition Exhibit 13 to Deposition of R.K.  5/6/2022 | Photos sent on Facebook | |
| Defx 249 | | Deposition Exhibit 14 to Deposition of R.K.  5/6/2022 | Atlanta Police Department Records | |
| Defx 250 | | Deposition Exhibit 15 to Deposition of R.K.  5/6/2022 | Case Summary | |
| Defx 251 | | Deposition Exhibit 16 to Deposition of R.K.  5/6/2022 | Dunwoody Police Department Records | |
| Defx 252 | | Deposition Exhibit 17 to Deposition of R.K.  5/6/2022 | Atlanta Police /Fulton County Police Records | |
| Defx 253 | | Deposition Exhibits 18-30 to Deposition of R.K.  5/6/2022 | Facebook pages | |
| Defx 254 | | | Plaintiff R.K.'s Objections and Responses to Requests for Admission | |
| Defx 255 | Pltf. R.P.000050 - 202 | | Cobb County Community Services Board Medical Records | |
| Defx 256 | Pltf. R.P.000202 | | Wellstar Behavioral Health Medical Records | |

| Exhibit Number | Bates Number | Deposition Exhibit Number | Description | Plaintiff's Objections |
|---|---|---|---|---|
| Defx 257 | Pltf. R.P.000203 | | Peachford Behavioral Health System of Atlanta Medical Records | |
| Defx 258 | Pltf. R.P.000204 - 000524 | | Tampa Community Hospital Medical Records | |
| Defx 259 | Pltf. R.P.000525-Pltf. R.P.000906 | | Wellstar Health System Records | |
| Defx 260 | Pltf. R.P.000907-Pltf. R.P.001267; 3717 - 3976 | | GA Regional Hospital Medical Records | |
| Defx 261 | Pltf. R.P.003408 - 003711 | | Piedmont Cartersville Hospital | |
| Defx 262 | Pltf. R.P.003712 - 3716 | | Social Media Posts of Plaintiff | |
| Defx 263 | Pltf. R.P.003977 | | State of Georgia, County of Gwinnett Criminal Record | |
| Defx 264 | | Exhibit 2 to Plaintiff R.P.'s April 14, 2022 Deposition | Plaintiff R.P.'s Supplemental Objections and Responses to Defendant Varahi Hotel's First Interrogatories | |
| Defx 265 | | Exhibit 3 to Plaintiff R.P.'s April 14, 2022 Deposition | Verification | |
| Defx 266 | | Exhibit 4 to Plaintiff R.P.'s April 14, 2022 Deposition | Plaintiff R.P.'s Supplemental Objections and Responses to Defendant Red Roof Inn's First Interrogatories | |
| Defx 267 | | Exhibit 5 to Plaintiff R.P.'s April 14, 2022 Deposition | Verification | |
| Defx 268 | | Exhibit 6 to Plaintiff R.P.'s April 14, 2022 Deposition | Handwritten notes | |
| Defx 269 | | Exhibit 7 to Plaintiff R.P.'s April 14, 2022 Deposition | 4/27/12 DeKalb County Police Incident | |
| Defx 270 | | Exhibit 8 to Plaintiff R.P.'s April 14, 2022 Deposition | Twitter Records | |
| Defx 271 | | Exhibit 9 to Plaintiff R.P.'s April 14, 2022 Deposition | Facebook post | |
| Defx 272 | | Exhibit 10 to Plaintiff R.P.'s April 14, 2022 Deposition | Norcross Police Department Incident | |

| Exhibit Number | Bates Number | Deposition Exhibit Number | Description | Plaintiff's Objections |
|---|---|---|---|---|
| Defx 273 | | Exhibit 11 to Plaintiff R.P.'s April 14, 2022 Deposition | Facebook Posts | |
| Defx 274 | | Exhibit 12 to Plaintiff R.P.'s April 14, 2022 Deposition | Facebook Posts | |
| Defx 275 | | Exhibit 13 to Plaintiff R.P.'s April 14, 2022 Deposition | 12/9/13 Gwinnett County Police Incident Report | |
| Defx 276 | | Exhibit 14 to Plaintiff R.P.'s April 14, 2022 Deposition | Facebook Post | |
| Defx 277 | | Exhibit 15 to Plaintiff R.P.'s April 14, 2022 Deposition | Facebook Post | |
| Defx 278 | | Exhibit 16 to Plaintiff R.P.'s April 14, 2022 Deposition | Facebook Post | |
| Defx 279 | | Exhibit 17 to Plaintiff R.P.'s April 14, 2022 Deposition | Facebook Post | |
| Defx 280 | | Exhibit 18 to Plaintiff R.P.'s April 14, 2022 Deposition | Facebook Post | |
| Defx 281 | | Exhibit 19 to Plaintiff R.P.'s April 14, 2022 Deposition | 4/12/16 Gwinnett County Police Department | |
| Defx 282 | | Exhibit 20 to Plaintiff R.P.'s April 14, 2022 Deposition | Facebook Posts | |
| Defx 283 | | Exhibit 21 to Plaintiff R.P.'s April 14, 2022 Deposition | Norcross Police Department Records | |
| Defx 284 | | Exhibit 22 to Plaintiff R.P.'s April 14, 2022 Deposition | Facebook Posts | |
| Defx 285 | | Exhibit 23 to Plaintiff R.P.'s April 14, 2022 Deposition | 4/25/18 DeKalb County Police Records | |
| Defx 286 | | Exhibit 24 to Plaintiff R.P.'s April 14, 2022 Deposition | Facebook Posts | |
| Defx 287 | | Exhibit 25 to Plaintiff R.P.'s April 14, 2022 Deposition | Photographs | |
| Defx 288 | | Exhibit 26 to Plaintiff R.P.'s April 14, 2022 Deposition | Photographs | |

| Exhibit Number | Bates Number | Deposition Exhibit Number | Description | Plaintiff's Objections |
|---|---|---|---|---|
| Defx 289 | | | Plaintiff R.P.'s Objections and Responses to Requests for Admission | |
| Defx 290 | Pltf. T.H.000012-Pltf. T.H.000018 | | Arlington Police Department Records | |
| Defx 291 | Pltf. T.H.000019-Pltf. T.H.000030 | | Fort Worth Folice Department Records | |
| Defx 292 | Pltf. T.H.000031-33 | | Texas Warrants | |
| Defx 293 | Pltf. T.H.000034-310 | | Millwood Hospital/Excel Center Medical Records | |
| Defx 294 | Pltf. T.H.000311-Pltf. T.H.000317 | | Emails shared from Pinterest | |
| Defx 295 | Pltf. T.H.000401 | | Williamson County Sheriff's Office Incarceration Verification Form | |
| Defx 296 | Pltf. T.H.000403-Pltf. T.H.000410 | | Round Rock Police Department Reports | |
| Defx 297 | | Deposition Exhibit 2 to T.H. Deposition 5/5/2022 | Plaintiff T.H.'s Objections and Responses to Interrogatories | |
| Defx 298 | | Deposition Exhibit 2a to T.H. Deposition 5/5/2022 | Verification | |
| Defx 299 | | Deposition Exhibit 3 to TT.H. Deposition 5/5/2022 | Perfect 10 AD | |
| Defx 300 | | Deposition Exhibit 4 to T.H. Deposition 5/5/2022 | Incident Report | |
| Defx 301 | | Deposition Exhibit 5 to T.H. Deposition 5/5/2022 | Arrest Report | |
| Defx 302 | | Deposition Exhibit 6 to T.H. Deposition 5/5/2022 | Call Sheet Report | |
| Defx 303 | | Deposition Exhibit 7 to T.H. Deposition 5/5/2022 | Suspect Rap Sheet | |
| Defx 304 | | Deposition Exhibit 8 to T.H. Deposition 5/5/2022 | Offense/Incident Report | |
| Defx 305 | | Deposition Exhibit 9 to T.H. Deposition 5/5/2022 | Offender Details | |
| Defx 306 | | Deposition Exhibit 10 to T.H. Deposition 5/5/2022 | Incident/Investigation Report | |

| Exhibit Number | Bates Number | Deposition Exhibit Number | Description | Plaintiff's Objections |
|---|---|---|---|---|
| Defx 307 | | Deposition Exhibit 11 to T.H. Deposition 5/5/2022 | Incident/Arrest Report | |
| Defx 308 | | Deposition Exhibit 12 to T.H. Deposition 5/5/2022 | Incident/Investigation Report | |
| Defx 309 | | Deposition Exhibit 13 to T.H. Deposition 5/5/2022 | Facebook Profile | |
| Defx 310 | | Deposition Exhibit 14 to T.H. Deposition 5/5/2022 | Facebook Post | |
| Defx 311 | | Deposition Exhibit 15 to T.H. Deposition 5/5/2022 | Facebook Post | |
| Defx 312 | | Deposition Exhibit 16 to T.H. Deposition 5/5/2022 | Medical Record | |
| Defx 313 | | Deposition Exhibit 17 to T.H. Deposition 5/5/2022 | ML Healthcare Letter | |
| Defx 314 | | Deposition Exhibit 18 to T.H. Deposition 5/5/2022 | ML Healthcare Districion Agreement | |
| Defx 315 | | Deposition Exhibit 19 to T.H. Deposition 5/5/2022 | ML Healthcare Billing Summary | |
| Defx 316 | | Deposition Exhibit 20 to T.H. Deposition 5/5/2022 | ML Healthcare Letter | |
| Defx 317 | | Deposition Exhibit 21 to T.H. Deposition 5/5/2022 | Safeway Evaluation | |
| Defx 318 | | Deposition Exhibit 22 to T.H. Deposition 5/5/2022 | Bradford County Booking Information | |
| Defx 319 | | Deposition Exhibit 23 to T.H. Deposition 5/5/2022 | Facebook Photo | |
| Defx 320 | | Deposition Exhibit 24 to T.H. Deposition 5/5/2022 | Facebook Photo | |
| Defx 321 | | Deposition Exhibit 25 to T.H. Deposition 5/5/2022 | Facebook Photo | |
| Defx 322 | | Deposition Exhibit 26 to T.H. Deposition 5/5/2022 | Facebook Photo | |

| Exhibit Number | Bates Number | Deposition Exhibit Number | Description | Plaintiff's Objections |
|---|---|---|---|---|
| Defx 323 | | Deposition Exhibit 27 to T.H. Deposition 5/5/2022 | Facebook Photo | |
| Defx 324 | | Deposition Exhibit 28 to T.H. Deposition 5/5/2022 | Facebook Photo | |
| Defx 325 | | Deposition Exhibit 29 to T.H. Deposition 5/5/2022 | Photo | |
| Defx 326 | | | Plaintiff T.H.'s Objections and Responses to RRI's Request for Admissions | |
| Defx 327 | Pltf. W.K.-000012-Pltf. W.K.-001267 | | Georgia v. Aldontae Court Records | |
| Defx 328 | Pltf. W.K.-001249-Pltf. W.K.-001252 | | State of Georgia License Bureau | |
| Defx 329 | Pltf. W.K.-001268 | | Cobb County Marijuana Analysis Unit | |
| Defx 330 | Pltf. W.K.-001269-Pltf. W.K.-001270 | | Georgia Division of Forensic Sciences | |
| Defx 331 | Pltf. W.K.-001271 | | Vehicle Registration & Tags Run | |
| Defx 332 | Pltf. W.K.-001272-Pltf. W.K.-001282 | | Cobb County Police Incident/Investigation Report 3/1/16 | |
| Defx 333 | Pltf. W.K.-001283-Pltf. W.K.-001359 | | Cobb County Application for Arrest | |
| Defx 334 | Pltf. W.K.-001360- Pltf. W.K.-001362 | | Cobb County High Tech Crimes Examination Submission Form | |
| Defx 335 | Pltf. W.K.-001363- Pltf. W.K.-001374 | | Cobb County Police Property/Evidence Control Record | |
| Defx 336 | Pltf. W.K.-001375 Pltf. W.K.-002122 | | Wellstar Kennestone Hospital Records | |
| Defx 337 | Pltf. W.K.-002123 | | Signed affidavit of Youth Villages Records Custodian | |
| Defx 338 | | Exhibit 8 to the 11/04/2021 Deposition of W.K. | Photos | |
| Defx 339 | | Exhibit 9 to the 11/04/2021 Deposition of W.K. | Photos | |
| Defx 340 | | Exhibit 10 to the 11/04/2021 Deposition of W.K. | PL Discovery Responses | |
| Defx 341 | | Exhibit 11 to the 11/04/2021 Deposition of W.K. | Verification of Discovery Responses | |

| Exhibit Number | Bates Number | Deposition Exhibit Number | Description | Plaintiff's Objections |
|---|---|---|---|---|
| Defx 342 | | Exhibit 12 to the 11/04/2021 Deposition of W.K. | Supplemental Discovery Responses | |
| Defx 343 | | Exhibit 13 to the 11/04/2021 Deposition of W.K. | 8/16/21 Inmate Recidivism | |
| Defx 344 | | Exhibit 14 to the 11/04/2021 Deposition of W.K. | 12/14/14 Marietta PD Incident Report | |
| Defx 345 | | Exhibit 15 to the 11/04/2021 Deposition of W.K. | 12/7/14 Cobb County Police Incident Report | |
| Defx 346 | | Exhibit 16 to the 11/04/2021 Deposition of W.K. | 12/7/14 Case Supplemental Report | |
| Defx 347 | | Exhibit 17 to the 11/04/2021 Deposition of W.K. | 12/7/14 Case Supplemental Report | |
| Defx 348 | | Exhibit 18 to the 11/04/2021 Deposition of W.K. | 12/7/14 Case Supplemental Report | |
| Defx 349 | | Exhibit 19 to the 11/04/2021 Deposition of W.K. | 12/8/14 Case Supplemental Report | |
| Defx 350 | | Exhibit 20 to the 11/04/2021 Deposition of W.K. | 2/23/15 Case Supplemental Report | |
| Defx 351 | | Exhibit 21 to the 11/04/2021 Deposition of W.K. | Facebook screenshots | |
| Defx 352 | | Exhibit 22 to the 11/04/2021 Deposition of W.K. | Crimes Against Children's Unit Prosecution Checklist | |
| Defx 353 | | Exhibit 23 to the 11/04/2021 Deposition of W.K. | Terrance Holt written statement | |
| Defx 354 | | Exhibit 24 to the 11/04/2021 Deposition of W.K. | 11/3/13 Incident Report | |
| Defx 355 | | Exhibit 25 to the 11/04/2021 Deposition of W.K. | 5/13/12 WellStar ED Record | |
| Defx 356 | | Exhibit 26 to the 11/04/2021 Deposition of W.K. | 5/14/12 WellStar ED Record | |
| Defx 357 | | Exhibit 27 to the 11/04/2021 Deposition of W.K. | 5/14/12 Highland Rivers Crisis Stabilization Programs Record | |

| Exhibit Number | Bates Number | Deposition Exhibit Number | Description | Plaintiff's Objections |
|---|---|---|---|---|
| Defx 358 | | Exhibit 28 to the 11/04/2021 Deposition of W.K. | 10/15/13 WellStar ED Record | |
| Defx 359 | | Exhibit 29 to the 11/04/2021 Deposition of W.K. | 2/4/14 WellStar ED Record | |
| Defx 360 | | Exhibit 30 to the 11/04/2021 Deposition of W.K. | 5/3/14 WellStar ED Record | |
| Defx 361 | | Exhibit 31 to the 11/04/2021 Deposition of W.K. | 11/28/15 WellStar ED Record | |
| Defx 362 | | Exhibit 32 to the 11/04/2021 Deposition of W.K. | 9/21/16 WellStar ED Record | |
| Defx 363 | | Exhibit 33 to the 11/04/2021 Deposition of W.K. | Photo | |
| Defx 364 | | Exhibit 34 to the 11/04/2021 Deposition of W.K. | Photo | |
| Defx 365 | | Exhibit 35 to the 11/04/2021 Deposition of W.K. | Photo | |
| Defx 366 | | Exhibit 36 to the 11/04/2021 Deposition of W.K. | Photo | |
| Defx 367 | | Exhibit 37 to the 11/04/2021 Deposition of W.K. | Photo | |
| Defx 368 | | Exhibit 38 to the 11/04/2021 Deposition of W.K. | Photo | |
| Defx 369 | | Exhibit 39 to the 11/04/2021 Deposition of W.K. | Photo | |
| Defx 370 | | Exhibit 40 to the 11/04/2021 Deposition of W.K. | Photos from escortindex.com | |
| Defx 371 | | | Plaintiff W.K.'s Response to Defendant RRI's Request for Admissions | |
| Defx 372 | RRI 000677 - 000721 | | Franchise Agreement by and between Red Roof Franchising, LLC and DMARC 2007-CD5 Druid Hills, LP | |

| Exhibit Number | Bates Number | Deposition Exhibit Number | Description | Plaintiff's Objections |
|---|---|---|---|---|
| Defx 373 | RRI 000722 – 000758 | | Exclusive Property Management Agreement for Atlanta Druid Hills | |
| Defx 374 | RRI 000991 - 001102 | | Property Management Agreement by and between FMW RRI NC LLC and RRI West Management, LLC | |
| Defx 375 | RRI 000766 - 000771 | | Limited Warranty Deed between RRI III LLC and DMARC 2007-CD5 Druid Hills Limited Partnership | |
| Defx 376 | RRI 000263 - 000305 | | Red Roof InnSider Employee Handbook | |
| Defx 377 | RRI_WK_00011505 – 00011527 | | Housekeeping Handbook, | |
| Defx 378 | HB_NDGA_Red_Roof_00000140 - 193 | | Red Roof Standards Manual, | |
| Defx 379 | HB_NDGA_Red_Roof_00000402 - 00000424 | | Safety and Security Presentation | |
| Defx 380 | RRI_WK_000028347-000028365 | | Safety and Security Presentation | |
| Defx 381 | HB_NDGA_Red_Roof_00000708 - 00001504 | | Manager in Training Manual | |
| Defx 382 | RRI_WK_00011168 – 00011306 | | Operations Manual, Safety and Security December 2010 | |
| Defx 383 | RRI_WK_00011789 - 00011817 | | Red Roof Inn General Manager Safety and Security Presentation | |
| Defx 384 | RRI 000809 - 000821 | | Security Services Agreement between B.E.S.T., Inc. and Red Roof Inn #10130 | |
| Defx 385 | RRI 001594 – 001605 | | Security Services Agreement between Best Security and Red Roof Inns, Inc. | |

| Exhibit Number | Bates Number | Deposition Exhibit Number | Description | Plaintiff's Objections |
|---|---|---|---|---|
| Defx 386 | | | Security Services Agreement between Allegiance Security Group and Red Roof Inns, Inc. | |
| Defx 387 | RRI 001423 – 001476 | | Franchise Agreement by and between Red Roof Franchising, LLC and Varahi Hotel, LLC | |
| Defx 388 | RRI 000941 – 000984 | | Franchise Agreement by and between Red Roof Franchising, LLC and FMW RRI NC LLC | |
| Defx 389 | RRI 000137 – 000177 | | GSR Inn Sider | |
| Defx 390 | RRI 000178 – 000222 | | GSR Inn Sider | |
| Defx 391 | RRI000223 - 000262 | | Inn Management Insider | |
| Defx 392 | RRI_WK_00001879 - 00001888 | | Security Guard Protection Agreement | |
| Defx 393 | RRI 000466 – 000497 | | Preventing & Reacting to Child Sex Trafficking | |
| Defx 394 | RRI_WK_00001150 - 00001181 | | Preventing & Reacting to Child Sex Trafficking | |
| Defx 395 | RRI_WK_00012179  - 00012200 | | Preventing & Reacting to Child Sex Trafficking Quiz, | |
| Defx 396 | RRI 000923 - 000940 | | Red Roof Inn Weekly e-Pak | |
| Defx 397 | RRI 005311 - 005312 | | January 22, 2016 Letter | |
| Defx 398 | RRI_WK_00005596 – 00005598 | | Email correspondence | |
| Defx 399 | RRI_WK_00068385 – 00068389 | | Email correspondence | |
| Defx 400 | RRI_WK_00004246 – RRI_WK_00004247 | | Email correspondence | |
| Defx 401 | RRI_WK_00005613 – 00005614 | | Email correspondence | |
| Defx 402 | RRI_WK_00003033 (if you want attachment - its through 3036) | | Email correspondence | |
| Defx 403 | RRI_WK_00000419 – 00000421 | | Email correspondence | |

| Exhibit Number | Bates Number | Deposition Exhibit Number | Description | Plaintiff's Objections |
|---|---|---|---|---|
| Defx 404 | RRI_WK_00004225 | | Email correspondence | |
| Defx 405 | RRI_WK_00001248-00001249 | | Smyrna Action Plan | |
| Defx 406 | RRI_WK_00004312 – 00004315 | | Email correspondence | |
| Defx 407 | RRI_WK_00000548 – 00000609 | | Smyrna Do Not Rent List | |
| Defx 408 | RRI_WK_00005483 – 00005484 | | Email correspondence | |
| Defx 409 | RRI_WK_00004222 | | Email correspondence | |
| Defx 410 | RRI_WK_00000142 – 00000153 | | Smyrna Franchise Visit | |
| Defx 411 | RRI_WK_00005267 – 00005268 | | Email correspondence | |
| Defx 412 | RRI_WK_00045335 – 00045336 | | Email correspondence | |
| Defx 413 | RRI_WK_00003033 – 3036 | | Smyrna safety and security | |
| Defx 414 | RRI_WK_00069567 – 00069568 | | Incident Report | |
| Defx 415 | RRI_WK_00048240 – 00048241 | | Incident Report | |
| Defx 416 | RRI_WK_00048266 – 00048267 | | Incident Report | |
| Defx 417 | RRI_WK_00000821 – 00000824 | | Email correspondence | |
| Defx 418 | RRI_WK_00000825 – 00000828 | | Email correspondence | |
| Defx 419 | RRI_WK_00005037 – 00005042 | | Email correspondence | |
| Defx 420 | RRI_WK_00004761 – 00004762 | | Email correspondence | |
| Defx 421 | RRI_WK_00004735 – 00004736 | | Email correspondence | |
| Defx 422 | RRI_WK_00033880 – 00033881 | | Email correspondence | |
| Defx 423 | RRI_WK_00000670 – 00000677 | | Internal Audit Report | |
| Defx 424 | RRI_WK_00061262 – 00061264 | | Email correspondence | |
| Defx 425 | RRI_WK_00012547 – 00012549 | | Email correspondence | |
| Defx 426 | | | AAPL Task Force, "Video Recording of Forensic Psychiatric American Academy of Psychiatry and the Law, Revised May 2013 Evaluations." | |
| Defx 427 | | | Diagnostic and Statistical Manual of Mental Disorders, Fifth Edition, (DSM-5-TR), American Psychiatric Association, March 2022 Text Revision | |
| Defx 428 | | | American Psychiatric Association, "CPT Primer for Psychiatrists," | |

| Exhibit Number | Bates Number | Deposition Exhibit Number | Description | Plaintiff's Objections |
|---|---|---|---|---|
| Defx 429 | | | Centers for Medicare and Medicaid Services, "Medicare Physician (MPFS)," Fee Schedule | |
| Defx 430 | | | Centers for Medicare and Medicaid Services, "Billing and Coding: Psychiatric Diagnostic Evaluation and Psychotherapy Service," | |
| Defx 431 | | | Hidden in Plain Sight: America's Slaves of the New Millennium | |
| Defx 432 | | | Reid, Joan A. "Entrapment and enmeshment schemes used by sex traffickers." Sexual Abuse 28.6 (2016): 491-511 | |
| Defx 433 | | | United Nations Office on Drugs and Crime (2008). An Introduction to Human Trafficking: Vulnerability, Impact and Action | |
| Defx 434 | | | Department of Justice, Federal Bureau of Investigation. N.d. Human Trafficking in the Uniform Crime Reporting (UCR) Program | |
| Defx 435 | | | Song, Sandra. 2019. When Anti-Sex Trafficking Policies Like the Marriott's Do More Harm Than Good. Paper Magazine | |
| Defx 436 | | | Operational indicators of trafficking in human beings | |

| Exhibit Number | Bates Number | Deposition Exhibit Number | Description | Plaintiff's Objections |
|---|---|---|---|---|
| Defx 437 | | | Farley M, Barkan H. Prostitution, violence, and posttraumatic stress disorder. Women Health. 1998;27(3):37-49. doi: 10.1300/J013v27n03_03. PMID: 9698636 | |
| Defx 438 | | | Farley, Melissa. (2003). Prostitution and Trafficking in 9 Countries: Update on Violence and Posttraumatic Stress Disorder. Journal of Trauma Practice. 2. 33-74 | |
| Defx 439 | | | Park JN, Decker MR, Bass JK, Galai N, Tomko C, Jain KM, Footer KHA, Sherman SG. Cumulative Violence and PTSD Symptom Severity Among Urban Street-Based Female Sex Workers. J Interpers Violence. 2021 Nov;36(21- 22):10383-10404. doi: 10.1177/0886260519884694. Epub 2019 Nov 2. PMID: 31679445; PMCID: PMC7195245. | |
| Defx 440 | | | Hopper, E. K., and L. D. Gonzalez. "A comparison of psychological symptoms in survivors of sex and labor trafficking." Behavioral medicine 44.3 (2018): 177-188 | |
| Defx 441 | | | Trafficking to the Rescue?, 54 U.C. Davis Law Review 1 (2020) | |
| Defx 442 | | | Cook, Rhonda, "Human Trafficking Documented in Georgia." The Atlanta Journal Constitution, May 2, 2014, accessed October 1, 2022 | |

| Exhibit Number | Bates Number | Deposition Exhibit Number | Description | Plaintiff's Objections |
|---|---|---|---|---|
| Defx 443 | | | FBI CJIS Report: 2014 Crime in the United States | |
| Defx 444 | | | Public Law 115-393 – December 21, 2018, Section 2 (Findings)(2)(6) | |
| Defx 445 | | | DHS Blue Campaign: Hospitality Toolkit. U.S. Department of Homeland Security. https://www.dhs.gov/sites/default/files/publications/blue- campaign/toolkits/hospitality-toolkit-eng.pdf, accessed September 3, 2022 | |
| Defx 446 | | Exhibit D2 to Deposition of Michael Beene | Exhibit D2 to Deposition of Michael Beene | |
| Defx 447 | | Exhibit 1 to Deposition of Michael Beene | Exhibit 1 to Deposition of Michael Beene | |
| Defx 448 | | Exhibit 2 to Deposition of Michael Beene | Exhibit 2 to Deposition of Michael Beene | |
| Defx 449 | | Exhibit 3 to Deposition of Michael Beene | Exhibit 3 to Deposition of Michael Beene | |
| Defx 450 | | Exhibit 5 to Deposition of Michael Beene | Exhibit 5 to Deposition of Michael Beene | |
| Defx 451 | | Exhibit 6 to Deposition of Michael Beene | Exhibit 6 to Deposition of Michael Beene | |
| Defx 452 | | Exhibit 7 to Deposition of Michael Beene | Exhibit 7 to Deposition of Michael Beene | |
| Defx 453 | | Exhibit 8 to Deposition of Michael Beene | Exhibit 8 to Deposition of Michael Beene | |
| Defx 454 | | Exhibit 9 to Deposition of Michael Beene | Exhibit 9 to Deposition of Michael Beene | |
| Defx 455 | | Exhibit 10 to Deposition of Michael Beene | Exhibit 10 to Deposition of Michael Beene | |
| Defx 456 | | Exhibit 11 to Deposition of Michael Beene | Exhibit 11 to Deposition of Michael Beene | |
| Defx 457 | | Exhibit 12 to Deposition of Michael Beene | Exhibit 12 to Deposition of Michael Beene | |

| Exhibit Number | Bates Number | Deposition Exhibit Number | Description | Plaintiff's Objections |
|---|---|---|---|---|
| Defx 458 | | Exhibit 13 to Deposition of Michael Beene | Exhibit 13 to Deposition of Michael Beene | |
| Defx 459 | | Exhibit 14 to Deposition of Michael Beene | Exhibit 14 to Deposition of Michael Beene | |
| Defx 460 | | Exhibit 15 to Deposition of Michael Beene | Exhibit 15 to Deposition of Michael Beene | |
| Defx 461 | | Exhibit 16 to Deposition of Michael Beene | Exhibit 16 to Deposition of Michael Beene | |
| Defx 462 | | Exhibit 17 to Deposition of Michael Beene | Exhibit 17 to Deposition of Michael Beene | |
| Defx 463 | | Exhibit 18 to Deposition of Michael Beene | Exhibit 18 to Deposition of Michael Beene | |
| Defx 464 | | Exhibit 19 to Deposition of Michael Beene | Exhibit 19 to Deposition of Michael Beene | |
| Defx 465 | | Exhibit 20 to Deposition of Michael Beene | Exhibit 20 to Deposition of Michael Beene | |
| Defx 466 | | Exhibit 21 to Deposition of Michael Beene | Exhibit 21 to Deposition of Michael Beene | |
| Defx 467 | | Exhibit 22 to Deposition of Michael Beene | Exhibit 22 to Deposition of Michael Beene | |
| Defx 468 | | Exhibit D2 to Deposition of Michael Beene | Exhibit D2 to Deposition of Michael Beene | |
| Defx 469 | | Exhibit D8 to Deposition of Anthony Crumbley | Exhibit D8 to Deposition of Anthony Crumbley | |
| Defx 470 | | Exhibit D9 to Deposition of Anthony Crumbley | Exhibit D9 to Deposition of Anthony Crumbley | |
| Defx 471 | | Exhibit D1 to Deposition of Tradelle Lacy | Exhibit D1 to Deposition of Tradelle Lacy | |
| Defx 472 | | Exhibit 1 to Deposition of Tradelle Lacy | Exhibit 1 to Deposition of Tradelle Lacy | |
| Defx 473 | | Exhibit 3 to Deposition of Tradelle Lacy | Exhibit 3 to Deposition of Tradelle Lacy | |

| Exhibit Number | Bates Number | Deposition Exhibit Number | Description | Plaintiff's Objections |
|---|---|---|---|---|
| Defx 474 | | Exhibit 4 to Deposition of Tradelle Lacy | Exhibit 4 to Deposition of Tradelle Lacy | |
| Defx 475 | | Exhibit 5 to Deposition of Tradelle Lacy | Exhibit 5 to Deposition of Tradelle Lacy | |
| Defx 476 | | Exhibit D8 to Deposition of Tradelle Lacy | Exhibit D8 to Deposition of Tradelle Lacy | |
| Defx 477 | | Exhibit D9 to Deposition of Tradelle Lacy | Exhibit D9 to Deposition of Tradelle Lacy | |
| Defx 478 | | | Invoices from Anique Whitmore | |
| Defx 479 | | | Invoices from David Williamson, MD | |
| Defx 480 | | | Invoices from Melanie Bliss, Ph.D. | |
| Defx 481 | OMIT - see | | Invoices from Alan Tallis | |
| Defx 482 | | | IME Video of A.F. | |
| Defx 483 | | | IME Video of C.A. | |
| Defx 484 | | | IME Video of D.P. | |
| Defx 485 | | | IME Video of E.H. | |
| Defx 486 | | | IME Video of K.P. | |
| Defx 487 | | | IME Video of M.M. | |
| Defx 488 | | | IME Video of M.B. | |
| Defx 489 | | | IME Video of R.K. | |
| Defx 490 | | | IME Video of R.P. | |
| Defx 491 | | | IME Video of T.H. | |
| Defx 492 | | | IME Video of W.K. | |
| Defx 493 | Pltf. C.A. 000467 | | Gwinett County Public School Records | |
| Defx 494 | Pltf. C.A. 000468-000481 | | 2010 Planner/Calender | |
| Defx 495 | Pltf. C.A. 000482 | | Corinthian-Everest Institute Records | |
| Defx 496 | Pltf. C.A. 000483-000500; Pltf. C.A. 000503-000512; Pltf. C.A. 000517-000520; Pltf. C.A. 005943; Pltf. C.A. 005971 | | SunTrust Investment Services | |
| Defx 497 | Pltf. C.A. 000501-000502 | | Emory Healthcare Records | |
| Defx 498 | Pltf. C.A. 000513-000516; Pltf. C.A. 000521-000523 | | BestBank Account Records | |

| Exhibit Number | Bates Number | Deposition Exhibit Number | Description | Plaintiff's Objections |
|---|---|---|---|---|
| Defx 499 | Pltf. C.A. 000524-000528 | | Receipts/Money Orders | |
| Defx 500 | Pltf. C.A. 000529-000573 | C.A. 3 | Personal Notebook | |
| Defx 501 | Pltf. C.A. 000574; Pltf. C.A. 005364 | | Personal Documents/IDs | |
| Defx 502 | Pltf. C.A. 000575 | | Gwinnett Center for Counseling/Family Therapy | |
| Defx 503 | Pltf. C.A. 000576 | | Employment Documents | |
| Defx 504 | Pltf. C.A. 000578-000585 | | Atlanta SurgiCenter | |
| Defx 505 | Pltf. C.A. 000586 | | Dunwoody Women's Medical Group | |
| Defx 506 | Pltf. C.A. 000587-000588; Pltf. C.A. 000594; Pltf. C.A. 000598; Pltf. C.A. 000604; Pltf. C.A. 000606; Pltf. C.A. 000610-000618; Pltf. C.A. 000701-000704 | | Outgoing Emails/solicitation | |
| Defx 507 | Pltf. C.A. 000589; Pltf. C.A. 000669-000672; Pltf. C.A. 001319; Pltf. C.A. 001419; Pltf. C.A. 004150-004151; Pltf. C.A. 004255-004259; Pltf. C.A. 005298; Pltf. C.A. 005420; Pltf. C.A. 005786; Pltf. C.A. 005901; Pltf. C.A. 008411 | | Incoming emails about hotels/reviews; misc. emails | |

| Exhibit Number | Bates Number | Deposition Exhibit Number | Description | Plaintiff's Objections |
|---|---|---|---|---|
| Defx 508 | Pltf. C.A. 000595; Pltf. C.A. 000666; Pltf. C.A. 000689-000690; Pltf. C.A. 000709-000745; Pltf. C.A. 000881; Pltf. C.A. 000928; Pltf. C.A. 000973; Pltf. C.A. 000975; Pltf. C.A. 000985; Pltf. C.A. 001015; Pltf. C.A. 001065; Pltf. C.A. 001067; Pltf. C.A. 001130; Pltf. C.A. 001175; Pltf. C.A. 001192; Pltf. C.A. 001398-001399; Pltf. C.A. 001722-001748; Pltf. C.A. 002019; Pltf. C.A. 002078; Pltf. C.A. 002400; Pltf. C.A. 002426; Pltf. C.A. 003371; Pltf. C.A. 003401; Pltf. C.A. 003445; Pltf. C.A. 003448; Pltf. C.A. 003450; Pltf. C.A. 003492; Pltf. C.A. 003496; Pltf. C.A. 003498; Pltf. C.A. 003500; Pltf. C.A. 003535; Pltf. C.A. 003555; Pltf. C.A. 003586; Pltf. C.A. 003675; Pltf. C.A. 003699; Pltf. C.A. 003705; Pltf. C.A. 003708; Pltf. C.A. 003729; Pltf. C.A. 003736; Pltf. C.A. 003740; Pltf. C.A. 003742; Pltf. C.A. 003744; Pltf. C.A. 003798; Pltf. C.A. 003809; Pltf. C.A. 003855; Pltf. C.A. 003916; Pltf. C.A. 003936; Pltf. C.A. 003943; Pltf. C.A. 003952; Pltf. C.A. 003979; Pltf. C.A. | | Photographs | |
| Defx 509 | Pltf. C.A. 000619 | | Inmate money deposit statement | |
| Defx 510 | Pltf. C.A. 000620-000665; Pltf. C.A. 000673-000689; Pltf. C.A. 000691-696; Pltf. C.A. 000698-000700 | | Emails w/ Lavan Chandra | |
| Defx 511 | Pltf. C.A. 000667-000668 | | Letters of rec for court | |
| Defx 512 | Pltf. C.A. 000705 | | VitalChek Records | |

| Exhibit Number | Bates Number | Deposition Exhibit Number | Description | Plaintiff's Objections |
|---|---|---|---|---|
| Defx 513 | Pltf. C.A. 000706-000708; Pltf. C.A. 000746-000776; Pltf. C.A. 001320-001321; Pltf. C.A. 001395-001397; Pltf. C.A. 001400-001409; Pltf. C.A. 001412-001414; Pltf. C.A. 001418; Pltf. C.A. 001422-001425; Pltf. C.A. 001473-001478; Pltf. C.A. 001486-001721 | | Craigslist Emails | |

| Exhibit Number | Bates Number | Deposition Exhibit Number | Description | Plaintiff's Objections |
|---|---|---|---|---|
| Defx 514 | Pltf. C.A. 000777-000880; Pltf. C.A. 000882-000927; Pltf. C.A. 000929-000972; Pltf. C.A. 000974; Pltf. C.A. 000976-000984; Pltf. C.A. 000986-001014; Pltf. C.A. 001016-001064; Pltf. C.A. 001066; Pltf. C.A. 001068-001129; Pltf. C.A. 001131-001174; Pltf. C.A. 001176-001191; Pltf. C.A. 001193-001318; Pltf. C.A. 001322-001394; Pltf. C.A. 001410-001411; Pltf. C.A. 001415-001417; Pltf. C.A. 001420-001421; Pltf. C.A. 001426-001472; Pltf. C.A. 001479-001485; Pltf. C.A. 001770-002018; Pltf. C.A. 002020-002077; Pltf. C.A. 002079-002233; Pltf. C.A. 002235-002399; Pltf. C.A. 002401-002425; Pltf. C.A. 002427-002515; Pltf. C.A. 002517-003370; Pltf. C.A. 003372-003400; Pltf. C.A. 003402-003444; Pltf. C.A. 003446-003447; Pltf. C.A. 003449; Pltf. C.A. 003451-003491; Pltf. C.A. 003493-003495; Pltf. C.A. 003497; Pltf. C.A. 003499; Pltf. C.A. 003501-003504; Pltf. C.A. 003506-003509; Pltf. C.A. 003511-003534; Pltf. C.A. 003536-003554; Pltf. C.A. 003556-003585; Pltf. C.A. 003587-003674; Pltf. | | Backpage Emails | |

| Exhibit Number | Bates Number | Deposition Exhibit Number | Description | Plaintiff's Objections |
|---|---|---|---|---|
| Defx 515 | Pltf. C.A. 001749-001768; Pltf. C.A. 004336; Pltf. C.A. 004340; Pltf. C.A. 004433; Pltf. C.A. 004441; Pltf. C.A. 004540-004541; Pltf. C.A. 004547; Pltf. C.A. 004772; Pltf. C.A. 004934-004935; Pltf. C.A. 005006; Pltf. C.A. 005035; Pltf. C.A. 005037; Pltf. C.A. 005090; Pltf. C.A. 005180; Pltf. C.A. 005186; Pltf. C.A. 005413; Pltf. C.A. 005456; Pltf. C.A. 005459; Pltf. C.A. 005502; Pltf. C.A. 005560; Pltf. C.A. 005603; Pltf. C.A. 005761; Pltf. C.A. 005790; Pltf. C.A. 005803; Pltf. C.A. 005896; Pltf. C.A. 005903; Pltf. C.A. 005919; Pltf. C.A. 006000-006001; Pltf. C.A. 007655-007687; Pltf. C.A. 007691-007747; Pltf. C.A. 007750-007776; Pltf. C.A. 007777-007782; Pltf. C.A. 007784-007845; Pltf. C.A. 007848-008014; Pltf. C.A. 008019; Pltf. C.A. 008023; Pltf. C.A. 008134-008135; Pltf. C.A. 008186; Pltf. C.A. 008236; Pltf. C.A. 008249-008251; Pltf. C.A. 008257; Pltf. C.A. 008320; Pltf. C.A. 008342-008343; Pltf. C.A. 008357; Pltf. C.A. 008365; Pltf. C.A. 008368; Pltf. C.A. 008380; Pltf. C.A. 008391; Pltf. | | Messages | |
| Defx 516 | Pltf. C.A. 004267-004271 | | LifeStance Health | |
| Defx 517 | Pltf. C.A. 004272 | | ML Healthcare | |
| Defx 518 | Pltf. C.A. 004273-004291 | | Northside Hospital | |

| Exhibit Number | Bates Number | Deposition Exhibit Number | Description | Plaintiff's Objections |
|---|---|---|---|---|
| Defx 519 | Pltf. C.A. 004405-004409; Pltf. C.A. 004411-004412; Pltf. C.A. 004414; Pltf. C.A. 004417-004418; Pltf. C.A. 004430-004432; Pltf. C.A. 004434; Pltf. C.A. 004436-004440; Pltf. C.A. 004442-004446; Pltf. C.A. 004448-004452; Pltf. C.A. 004454-004459; Pltf. C.A. 004460; Pltf. C.A. 004462-004464; Pltf. C.A. 004467-004470; Pltf. C.A. 004472-004476; Pltf. C.A. 004486-004488; Pltf. C.A. 004492-004493; Pltf. C.A. 004495; Pltf. C.A. 004497-004501; Pltf. C.A. 004503-004504; Pltf. C.A. 004516; Pltf. C.A. 004597; Pltf. C.A. 008051; Pltf. C.A. 008074; Pltf. C.A. 008089; Pltf. C.A. 008092-008096; Pltf. C.A. 008099-008100; Pltf. C.A. 008102; Pltf. C.A. 008106-008107; Pltf. C.A. 008122-008123; Pltf. C.A. 008126; Pltf. C.A. 008129-008133; Pltf. C.A. 008136-008140; Pltf. C.A. 008143-008147; Pltf. C.A. 008150-008154; Pltf. C.A. 008157: Pltf. C.A. 008159-008161; Pltf. C.A. 008165-008168; Pltf. C.A. 008171-008175; Pltf. C.A. 008188-008190; Pltf. C.A. 008195-008196; Pltf. C.A. 008198; | | Backpage Ads | |
| Defx 520 | Pltf. C.A. 004479-004482; Pltf. C.A. 004485; Pltf. C.A. 004513; Pltf. C.A. 008179-008182; Pltf. C.A. 008187; Pltf. C.A. 008219 | | SugarDaddyForMe | |
| Defx 521 | Pltf. C.A. 004489; Pltf. C.A. 008191 | | Adam4Adam | |
| Defx 522 | Pltf. C.A. 007847 | | Videos | |
| Defx 523 | Pltf. D.P.-000001 | | Traffic Court | |

| Exhibit Number | Bates Number | Deposition Exhibit Number | Description | Plaintiff's Objections |
|---|---|---|---|---|
| Defx 524 | Pltf. D.P.-000004-Pltf. D.P.-000006 | | Atlanta Municipal Court Records | |
| Defx 525 | Pltf. D.P.-000007-Pltf. D.P.-000012 | | City of Kennesaw Police Records | |
| Defx 526 | Pltf. D.P.-000013-Pltf.D.P.003219 | | Cobb County Community Services Board medical and billing records | |
| Defx 527 | Pltf. D.P.-003220-Pltf. D.P.-003325 | | Cobb County Detention medical and inmate records | |
| Defx 528 | Pltf. D.P.-003326-3340 | | Cobb County State Court Records | |
| Defx 529 | Pltf. D.P.-003341-3385 | | Cobb County Superior Court | |
| Defx 530 | Pltf. D.P.-003386-3390 | | Dekalb Police Records | |
| Defx 531 | Pltf. D.P.-003391-3401 | | Doraville Police Records | |
| Defx 532 | Pltf. D.P.-003402-3475 | | Highland River Health | |
| Defx 533 | Pltf. D.P.-003476-3517 | | Marietta Police Records | |
| Defx 534 | Pltf. D.P.-003518-3543 | | Medical University of SC Records | |
| Defx 535 | Pltf. D.P.-003544-3547 | | Smyrna Police Records | |
| Defx 536 | Pltf. D.P.-003548-4272 | | Wellstar Kennestone Hospital Records | |
| Defx 537 | Pltf. D.P.-004273-4516 | | Wellstar NW Women's Care | |
| Defx 538 | Pltf. D.P.-010303-010307 | | Craigslist/Backpage emails | |
| Defx 539 | Pltf. D.P.-010340-10341 | | series of text messages | |
| Defx 540 | Pltf. D.P.-010365-013280 | | Facebook account messages, photos, posts | |
| Defx 541 | Pltf. D.P.-013281-017805 | | Phone location printouts | |
| Defx 542 | Pltf. D.P.-017831-17843 | | text messages | |
| Defx 543 | Pltf. D.P.-010343 | | MP3 Audio | |
| Defx 544 | Pltf. D.P.-017809 | | Solicitation Email | |
| Defx 545 | Pltf. D.P.-010762 | | Cobb Judicial Circuit Domestic Violence Arrainment Hearing Notice | |
| Defx 546 | Pltf. D.P.-017808 | | Booking Confirmation for Crossland Economy Suites - Atlanta Peachtree Corners | |
| Defx 547 | Pltf.E.H.-000001-000011 | | Alabama Uniform Incident Report | |
| Defx 548 | Pltf.E.H.-000012-000017 | | Bibb County Sheriff's Office Records | |
| Defx 549 | Pltf.E.H.-000018-000051 | | Cobb County Police Records | |
| Defx 550 | Pltf.E.H.-000052-000107 | | Gwinnett County Police Records | |
| Defx 551 | Pltf.E.H.-000108-000116 | | Marietta Police Records | |
| Defx 552 | Pltf. E.H.000117 | | Photographs | |

| Exhibit Number | Bates Number | Deposition Exhibit Number | Description | Plaintiff's Objections |
|---|---|---|---|---|
| Defx 553 | Pltf. E.H.000118-637; Pltf.E.H.000640-3687; 3689-4136 | | Location Services | |
| Defx 554 | Pltf. E.H. 000638-639; Pltf.E.H.003688 | | Photographs | |
| Defx 555 | Pltf. E.H. 004137-4170 | | Call Details with Mr. McCoy | |
| Defx 556 | Pltf.E.H.4171 | | Text Message | |
| Defx 557 | Pltf.E.H.004172-4182 | | Solicitation Emails | |
| Defx 558 | Pltf.E.H.004183-84; 4448-4449; 4894-4897; 4899-4902; 4956-4959;4966-4984; 4990-4992; 5073-5074 | | Red Roof email | |
| Defx 559 | Pltf.E.H.004185-4186 | | Casting 360 email | |
| Defx 560 | Pltf.E.H.004187-004402;4456-4892;4948-4951;4954-4955;4962-4965; 4993-5000; 5063-5066;5162-5174; 5471-6251 | | Backpage emails | |
| Defx 561 | Pltf.E.H.004403-4447 | | Uber receipts | |
| Defx 562 | Pltf.E.H.004450-4454; 4893; 4898; 4931-4947;4952-4953; 5067-5069 | | Chaturbate emails | |
| Defx 563 | Pltf.E.H.004903 | | Craigslist Emails | |
| Defx 564 | Pltf. E.H.004904-4911 | | Rover/Checkr reports on criminal charges | |
| Defx 565 | Pltf.E.H.004987-4989 | | pof.com emails | |
| Defx 566 | Pltf E.H.005001; 5072 | | LaQuinta emails | |
| Defx 567 | Pltf. E.H.005004-5009 | | Pizza Hut emails | |
| Defx 568 | Pltf. E.H.005041-5062; 6266-6281 | | paxful | |
| Defx 569 | Pltf. E.H.005141-5161;5175-5220 | | Facebook posts | |
| Defx 570 | Pltf. E.H.005221-5462 | | Mature Kiss post | |
| Defx 571 | Pltf. E.H.006282-6288 | | Emails to E.H. | |
| Defx 572 | Pltf. E.H.006302-7200 | | Instagram messages and photographs | |
| Defx 573 | Pltf. E.H.007201-7285; 7460-7492 | | Snapchat and videos | |
| Defx 574 | Pltf. E.H.007292 | | Photographs | |
| Defx 575 | Pltf. E.H.007495-7562 | | Wellstar Medical Records | |
| Defx 576 | Pltf. E.H.007563-7785 | | Android phone records - videos/photos | |

| Exhibit Number | Bates Number | Deposition Exhibit Number | Description | Plaintiff's Objections |
|---|---|---|---|---|
| Defx 577 | Pltf. E.H.007794-7811 | | Gwinnett County Superior Court and Sheriff Records | |
| Defx 578 | Pltf. M.B.-000001-14 | | Miami Dade Police Department Records | |
| Defx 579 | Pltf. M.B.-0000015-16 | | Jacksonville Sheriff's Office Records | |
| Defx 580 | Pltf.M.B.000017 | | Photograph | |
| Defx 581 | Pltf. M.B.000018-000051 | | Psychotherapy Records | |
| Defx 582 | Pltf.-M.B.000052-000108 | | Psychotherapy Records | |
| Defx 583 | Pltf.M.B.000110-115 | | ML Healthcare Services LLC Medical Records | |
| Defx 584 | Pltf. M.M. - 000001 - Pltf. M.M. - 000003 | | Atlanta Redemption Ink: scholarship to remove branding/tag from her trafficker | |
| Defx 585 | Pltf. M.M. - 000004 - Pltf. M.M. - 000097 | | Cobb County Court & Detention Records | |
| Defx 586 | Pltf. M.M. - 000098 - Pltf. M.M. - 000351 | | Gwinnett County Police & Court Records | |
| Defx 587 | Pltf. M.M. - 000362 - Pltf. M.M. - 000366 | | SafeWay Psych Services | |
| Defx 588 | Pltf. M.M. - 000367 - Pltf. M.M. - 000405 | | Palm Beach Florida Sheriff's Office Records | |
| Defx 589 | Pltf. M.M. 000406 - Pltf. M.M. 000586 | | St. Marys Hospital | |
| Defx 590 | Pltf. M.M. - 000587 | | Street Grace Justice Project Application | |
| Defx 591 | Pltf. M.M. 000588 - Pltf. M.M. 000973 | | Viewpoint Health | |
| Defx 592 | Pltf. M.M. 001982 - Pltf. M.M. 002390 | | Cobb County Detention Records | |
| Defx 593 | Pltf. M.M. 002073- Pltf. M.M. 002151 | | Affidavit of M.M. re Trafficking | |
| Defx 594 | Pltf. M.M. 002391 - Pltf. M.M. 002398 | | M.M. Story/Presentation of Human Trafficking | |
| Defx 595 | Pltf. M.M. 002399- Pltf. 002412 | | MI Health Safeway Psych Services | |
| Defx 596 | Pltf. R.K. 000422- Pltf. R.K. 001852 | | Phone locations data | |
| Defx 597 | Pltf. R.K. 001853 - Pltf. R.K. 001858 | | Dekalb State Court Records | |
| Defx 598 | Pltf. R.K. 001859 - Pltf. R.K. 001870 | | Cobb County Police Department | |

| Exhibit Number | Bates Number | Deposition Exhibit Number | Description | Plaintiff's Objections |
|---|---|---|---|---|
| Defx 599 | Pltf. R.K. 001871 | | Gwinnett County Police Department | |
| Defx 600 | Pltf. R.K. 001872 - Pltf. R.K. 001873 | | Cleveland County Court Records | |
| Defx 601 | Pltf. R.K. 001874 - Pltf. R.K. 004025 | | Search Engine Records | |
| Defx 602 | Pltf. RP 001268 - Pltf. R.P. 001270 | | Georgia Regional Hospital Records (inmate hospital records) | |
| Defx 603 | Pltf. RP 001271 | | Approved Medical Lien Application | |
| Defx 604 | Pltf. RP 001272 - Pltf. R.P. 001802 | | Wellstar Cobb Hospital Records | |
| Defx 605 | Pltf. RP 001803 - Pltf. R.P. 002059 | | Willbrooke at Tanner Inpatient Records | |
| Defx 606 | Pltf. RP 002060 - Pltf. R.P. 003407 | | Wellstar Cobb Hospital Records | |
| Defx 607 | Pltf. RP 003408 - Pltf. R.P. 003711 | | Cartersville/Piedmont Cartersville Medical Records | |
| Defx 608 | Pltf. RP 003712 - Pltf. R.P. 003716 | | Social Media Pictures (username: b_therealestbitch) | |
| Defx 609 | RRI_WK_00001752-RRI_WK_00001778 | | 2008 Presentation | |
| Defx 610 | RRI_WK_00004262-RRI_WK_00004264 | | Email correspondence | |
| Defx 611 | RRI_WK_00024126 - RRI_WK_00024142 | | Red Roof Weekly e-Pak | |
| Defx 612 | RRI_WK_00038058 - RRI_WK_00038077 | | Red Roof Weekly e-Pak | |
| Defx 613 | RRI_WK_00045166 - RRI_WK_00045168 | | Email correspondence | |
| Defx 614 | RRI_WK_0045450 - RRI_WK_0045453 | | Email correspondence | |
| Defx 615 | RRI_WK_00050342 - RRI_WK_00050344 | | Email correspondence | |
| Defx 616 | RRI_WK_00051792 - RRI_WK_00051793 | | Email correspondence | |
| Defx 617 | RRI_WK_00055741-RRI_WK_00055747 | | Email correspondence | |
| Defx 618 | RRI_WK_00069705 - RRI_WK_00069706 | | Email correspondence | |

| Exhibit Number | Bates Number | Deposition Exhibit Number | Description | Plaintiff's Objections |
|---|---|---|---|---|
| Defx 619 | | | Vahari Settlement Agreement | |
| Defx 620 | WK-Whitmore000168 | | Trick Roll Study:  Forced Criminality in Sex Trafficking Situations | |
| Defx 621 | WK-Whitmore000182 | | Email re: billing 8/24/2020 | |
| Defx 622 | WK-Whitmore000184 | | Email re: retainer 4/27/2021 | |
| Defx 623 | WK-Whitmore000191 | | Retainer Invoice 4/27/2021 | |
| Defx 624 | WK-Whitmore000192 | | Email re: invoice of A. Whitmore | |
| Defx 625 | WK-Whitmore000195 | | Invoice 8/6/21 | |
| Defx 626 | WK-Whitmore000197 | | Email about invoicing | |
| Defx 627 | WK-Whitmore000204 | | Email with invoice to Plaintiff's lawyers | |
| Defx 628 | WK-Whitmore000205 | | Invoice 12/21/2021 | |
| Defx 629 | WK-Whitmore000207 | | PPT The Psychological Impact on Trafficked Victims | |
| Defx 630 | WK-Whitmore000248 | | Email re: invoicing | |
| Defx 631 | WK-Whitmore000252 | | Email re: Invoicing | |
| Defx 632 | WK-Whitmore000253 | | Invoice in other HT case 1/25/22 | |
| Defx 633 | WK-Whitmore000486 | | Summary of Ms. Whitmore's expected testimony? | |
| Defx 634 | WK-Whitmore000492 | | Handwritten Notes 10/15/2021 (redaction) | |
| Defx 635 | WK-Whitmore000527 | | Invoice 12/21/21 | |
| Defx 636 | WK-Whitmore000533 | | Email re: invoices | |
| Defx 637 | WK-Whitmore001029 | | Email re: invoice | |
| Defx 638 | WK-Whitmore001030 | | Invoice | |
| Defx 639 | WK-Whitmore001044 | | Handwritten nots of MB (melissa Bennett) | |
| Defx 640 | WK-Whitmore001050 | | Handwritten notes for Rebekah Potter | |
| Defx 641 | WK-Whitmore001067 | | Handwritten notes of Elizabeth Hogue (EH) | |
| Defx 642 | WK-Whitmore001074 | | Handwritten notes of Alexa Foster (AF) | |
| Defx 643 | WK-Whitmore001079 | | Handwritten notes of WK Whitney Karimi | |
| Defx 644 | WK-Whitmore001102 | | Handwritten notes of Chelsea Ausley | |
| Defx 645 | WK-Whitmore001110 | | Handwritten notes of MM Melanie Manus | |
| Defx 646 | WK-Whitmore001115 | | Handwritten notes of DP Delann Pountain | |
| Defx 647 | WK-Whitmore001128 | | Handwritten notes of KP Kazia Podrago | |

| Exhibit Number | Bates Number | Deposition Exhibit Number | Description | Plaintiff's Objections |
|---|---|---|---|---|
| Defx 648 | WK-Whitmore001137 | | Handwritten notes of Rebecca Kennedy McCartney (RK) | |
| Defx 649 | WK-Whitmore001156 | | Invoice for Plaintiffs | |
| Defx 650 | WK-Whitmore001157 | | Invoice for Plaintiffs  (consultation with team) | |
| Defx 651 | WK-Whitmore001159 | | Invoice | |
| Defx 652 | WK-Whitmore001161 | | Invoice | |
| Defx 653 | WK-Whitmore001162 | | Invoice | |
| Defx 654 | WK-Whitmore001164 | | Email confirming MB's Zoom meeting 6/9/21 | |
| Defx 655 | WK-Whitmore001165 | | MB Outline from Plaintiffs | |
| Defx 656 | WK-Whitmore001166 | | Email with EH's Outline for Zoom meeting | |
| Defx 657 | WK-Whitmore001167 | | EH Outline | |
| Defx 658 | WK-Whitmore001168 | | Email related to Chelsea Ausley's Outline | |
| Defx 659 | WK-Whitmore001169 | | CA's Outline from Plaintiff's Firm | |
| Defx 660 | WK-Whitmore001171 | | Email with DP's outline from Plaintiffs | |
| Defx 661 | WK-Whitmore001172 | | DP's Outline | |
| Defx 662 | WK-Whitmore001173 | | Email re: DP's Medical Records from Highland Rivers | |
| Defx 663 | WK-Whitmore001211 | | Email related to MM's Outline | |
| Defx 664 | WK-Whitmore001212 | | MM's Outline | |
| Defx 665 | WK-Whitmore001286 | | Email related to WK's Zoom Outline (redacted) | |
| Defx 666 | WK-Whitmore001287 | | WK's Outline | |
| Defx 667 | WK-Whitmore001288 | | Email re: AF's Zoom Outline | |
| Defx 668 | WK-Whitmore001289 | | AF's Outline | |
| Defx 669 | WK-Whitmore001291 | | SafeWay Records for TH | |
| Defx 670 | WK-Whitmore001299 | | TH Psychotherapy Notes 2/7/22 | |
| Defx 671 | WK-Whitmore001301 | | TH Psychotherapy Notes 2/12/21 | |
| Defx 672 | WK-Whitmore001303 | | TH Post Trauma Anxiety Screen | |
| Defx 673 | WK-Whitmore001307 | | TH Psychotherapy Notes 1/14/21 | |
| Defx 674 | WK-Whitmore001310 | | MR's Psychotherapy Notes 5/4/21 Jane Doe 4+ | |
| Defx 675 | WK-Whitmore001312 | | MR's Psychotherapy Notes 2/23/21 Jane Doe 4 | |

| Exhibit Number | Bates Number | Deposition Exhibit Number | Description | Plaintiff's Objections |
|---|---|---|---|---|
| Defx 676 | WK-Whitmore001316 | | MR's SafeWay Psychological Services Jane Doe 4 | |
| Defx 677 | WK-Whitmore001324 | | MR's Psychotherapy Notes 3/15/21 Jane Doe 4 | |
| Defx 678 | WK-Whitmore001326 | | MR Pscyhotherapy notes | |
| Defx 679 | WK-Whitmore001328 | | MRPscyhotherapy Notes | |
| Defx 680 | WK-Whitmore001333 | | MR Post Trauma Anxiety Screen | |
| Defx 681 | WK-Whitmore001336 | | AF SafeWay Psychological Notes | |
| Defx 682 | WK-Whitmore001345 | | AF Post Trauma Anxiety Screen | |
| Defx 683 | WK-Whitmore001349 | | Email re KP's Outline to Experts | |
| Defx 684 | WK-Whitmore001350 | | KP Outline | |
| Defx 685 | WK-Whitmore001631 | | MM Post Trauma Anxiety Screen Safeway | |
| Defx 686 | WK-Whitmore001636 | | MB's Psychotherapy Notes 7/16/21 | |
| Defx 687 | WK-Whitmore001638 | | MB's Pscychotherapy Notes 5/5/21 | |
| Defx 688 | WK-Whitmore001640 | | More Safeway Records for MB | |
| Defx 689 | WK-Whitmore001652 | | MB Psychothreapy Notes 4/19/21 | |
| Defx 690 | WK-Whitmore001654 | | MB Psychotherapy Notes 5/28/21 | |
| Defx 691 | WK-Whitmore001656 | | MB Pscychotherapy Notes 5/19/21 | |
| Defx 692 | WK-Whitmore001658 | | MB Post Traumatic Anxiety Screen 3/30/21 | |
| Defx 693 | WK-Whitmore001662 | | MB Psychotherapy Notes 6/26/21 | |
| Defx 694 | WK-Whitmore001664 | | MB Psychotherapy Notes 7/03/21 | |
| Defx 695 | WK-Whitmore001666 | | MB Pscyhotherapy Notes 6/14/21 | |
| Defx 696 | WK-Whitmore001668 | | MB Psychotherapy Notes 5/12/21 references sex trafficking | |
| Defx 697 | WK-Whitmore002537 | | Confirming TH Zoom meeting 5/12/21 with outline from Plaintiff's counsel | |
| Defx 698 | WK-Whitmore002542 | | TH Outline from Plaintiff's counsel | |
| Defx 699 | WK-Whitmore002548 | | Email from A. Whitmore asks as she explores "each hotel" whether they want her to explore each pimp?" whether they trafficked other girls? | |

| Exhibit Number | Bates Number | Deposition Exhibit Number | Description | Plaintiff's Objections |
|---|---|---|---|---|
| Defx 700 | WK-Whitmore002550 | | Email confirming WK's Zoom; team meeting at 3, client joins at 3:30 says outline is attached. | |
| Defx 701 | WK-Whitmore002551 | | W.K. Notes from Plaintiff's Counsel | |
| Defx 702 | WK-Whitmore002555 | | Email re: W.K. Zoom outline provided by Plaintiff's counsel | |
| Defx 703 | WK-Whitmore002556 | | W.K Notes from Plaintiff's Counsel (duplicate) | |
| Defx 704 | WK-Whitmore002557 | | Email re: R.P. Zoom Outline from Plaintiff's counsel | |
| Defx 705 | WK-Whitmore002558 | | R.P. Notes from Plaintiff's Counsel | |
| Defx 706 | WK-Whitmore002559 | | Email re: RP (mom texted to say that RP forgot to say that her father was severely depressed and bi polar and was also suicidal throughout the 10 years of their marriage) | |
| Defx 707 | WK-Whitmore002760 | | W.K.'s Records from Riverwoods Behavioral (reports relationship problems; no mention of trafficking? | |
| Defx 708 | WK-Whitmore002980 | | Email chain with Plaintiff's counsel sending documents for each plaintiff and a table of contents; notebook; | |
| Defx 709 | | Tallis Deposition Exhibit 5 | Emails with invoices | |
| Defx 710 | WK-Tallis-000088-000090 | Tallis Deposition Exhibit 6 | Engagment letter | |
| Defx 711 | | Tallis Deposition Exhibit 10 | Houston Chronicle news article | |
| Defx 712 | Pltf. C.A.000592-593; Pltf. C.A.000598-Pltf. C.A.000600; Pltf. C.A.000701-Pltf. C.A.000704 | C.A. 6 | Email lists | |

| WITNESS NAME: | Stocker, Gregory 30(b)(6) |
|---|---|
| DEPOSITION DATE: | 5/11/22 |

| *AFFIRMATIVE DEPOSITION DESIGNATIONS* | | | | | *COUNTER DESIGNATIONS* | | | | *REPLY DESIGNATIONS* | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Page/Line Begin | | Page/Line End | | Objections | Replies to Objections | Page/Line Begin | Page/Line End | Objections | Replies to Objections | Page/Line Begin | Page/Line End | Objections | Replies to Objections |
| 9 | 22 | 9 | 25 | | | | | | | | | | |
| 10 | 4 | 10 | 22 | | | | | | | | | | |
| 15 | 14 | 15 | 19 | | | | | | | | | | |
| 17 | 7 | 17 | 10 | Asked and answered;repetitive | Objection waived by failure to assert at deposition | | | | | | | | |
| 26 | 10 | 26 | 23 | | | | | | | | | | |
| 27 | 10 | 27 | 25 | Legal Conclusion | Objection waived by failure to assert at deposition | | | | | | | | |
| 28 | 11 | 28 | 14 | Legal conclusion; Improper hypothetical | Does not seek a legal conclusion, but rather Red Roof's knowledge of sex traffickers and the means by which they operate; reflects information contained within Red Roof's own documents | | | | | | | | |
| 28 | 16 | 29 | 1 | Legal conclusion; Improper hypothetical | 28:16-17 see response above; 28:18-29:1 objection waived by failure to assert at deposition | | | | | | | | |
| 29 | 3 | 29 | 3 | | | | | | | | | | |
| 29 | 5 | 29 | 11 | | | | | | | | | | |
| 29 | 21 | 29 | 22 | | | | | | | | | | |
| 31 | 3 (begin with "This") | 31 | 16 | | | | | | | | | | |
| 31 | 25 | 32 | 13 | Assumes facts not in evidence | Does not assume facts not in evidence, testimony reflects information contained within Red Roof's own documents | | | | | | | | |
| 33 | 3 | 33 | 15 | | | | | | | | | | |
| 34 | 6 | 34 | 9 | | | | | | | | | | |
| 34 | 11 | 34 | 19 | | | | | | | | | | |
| 36 | 17 | 37 | 14 | | | | | | | | | | |
| 37 | 19 | 37 | 22 | | | | | | | | | | |
| 38 | 8 | 38 | 11 | | | | | | | | | | |
| 38 | 15 | 38 | 19 | | | | | | | | | | |
| 38 | 22 | 38 | 23 | | | | | | | | | | |
| 39 | 1 | 39 | 3 | | | | | | | | | | |
| 39 | 6 | 39 | 11 | | | | | | | | | | |
| 39 | 14 | 39 | 15 | | | | | | | | | | |
| 40 | 1 | 41 | 1 | | | | | | | | | | |

6423341.1

| | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 42 | 18 | 42 | 24 | Relevance | | | | | | | | | | | | | |
| 43 | 9 | 43 | 10 | Legal conclusion; Assumes duty that does not exist | Not a legal conclusion, doesn't assume a duty but rather inquires about the abilities of the hospitality industry and Red Roof confirms those abilities | | | | | | | | | | | | |
| 43 | 12 | 43 | 16 | Legal conclusion; Assumes duty that does not exist | Not a legal conclusion, doesn't assume a duty but rather inquires about the abilities of the hospitality industry and Red Roof confirms those abilities | | | | | | | | | | | | |
| 43 | 19 | 44 | 11 | 43:24-25 and 44:1-3 Legal conclusion; Assumes duty that does not exist | Objection waived by failure to assert at deposition; not legal conclusion, doesn't assume duty, asks about Red Roof's obligations which Red Roof affirms | | | | | | | | | | | | |
| 55 | 9 (begin with "What") | 55 | 11 | Assumes facts not in evidence; improper hypothetical | Abundant facts in evidence that prostitution and sex trafficking occur at Red Roof locations, including Smyrna and Buckhead; question does not pose a hypothetical | | | | | | | | | | | | |
| 55 | 13 | 55 | 15 | Assumes facts not in evidence; improper hypothetical | See response above | | | | | | | | | | | | |
| 55 | 20 | 56 | 12 | Assumes facts not in evidence; improper hypothetical | See response above | | | | | | | | | | | | |
| 57 | 4 | 57 | 14 | | | | | | | | | | | | | | |
| 57 | 20 | 57 | 23 | | | | | | | | | | | | | | |
| 59 | 17 (begin with "In") | 60 | 7 | | | | | | | | | | | | | | |
| 60 | 13 | 60 | 15 | | | 61 | 2 | 61 | 23 | | Not a proper counter designation according to your definition; it does not complete the thought; not relevant; vague; | | | | | | |

| | | | | Objection | Description | | | | | Response | Response | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 61 | 24 | 62 | 7 | | | | | | | | | | | | | |
| 63 | 2 | 63 | 16 | | | | | | | | | | | | | |
| 64 | 14 | 64 | 14 | | | | | | | | | | | | | |
| 64 | 16 | 64 | 17 | | | | | | | | | | | | | |
| 65 | 21 | 66 | 2 | | | | | | | | | | | | | |
| 66 | 7 | 66 | 13 | | | | | | | | | | | | | |
| 66 | 15 | 66 | 17 | | | | | | | | | | | | | |
| 66 | 19 | 66 | 24 | | | | | | | | | | | | | |
| 67 | 24 | 67 | 25 | | | | | | | | | | | | | |
| 68 | 2 | 68 | 2 | | | | | | | | | | | | | |
| 68 | 13 | 68 | 15 | | | | | | | | | | | | | |
| 68 | 17 | 68 | 22 | | | | | | | | | | | | | |
| 70 | 15 | 70 | 20 | 70:15-20 Relevance; outside relevant period; privilege | Relvant to steps Red Roof took to verify allegations of criminal conduct at its locations, including Smyrna and Buckhead, trafficking period was prior to 2020 so not outside relevant period, not privileged | 71 72 73 74 | 15 7 1 3 | 71 72 73 74 | 21 25 19 9 | 71:20-21 is attorney dialogue, not witness testimony | Identifies the exhibit that is being discussed so necessary to the context | 73 | 20 | 73 | 23 | |
| 77 | 5 | 77 | 19 | | | | | | | | | | | | | |
| 78 | 4 | 78 | 13 | | | | | | | | | | | | | |
| 82 | 9 | 82 | 14 | Relevance | Relvant to fact that for much of the period Plaintiffs were trafficked at Red Roof locations, Red Roof's director of safety and security position was vacant | | | | | | | | | | | |
| 82 | 18 | 83 | 3 | Relevance | See response above | | | | | | | | | | | |
| 83 | 12 | 83 | 14 | | | | | | | | | | | | | |
| 83 | 16 | 83 | 25 | Relevance | Deponent's knowledge is relevant to Red Roof's testimony about its knowledge of criminal activities at its locations | 84 84 85 88 88 89 | 8 16 19 23 1 | 84 84 85 88 88 89 | 16 23 20 21 25 4 | | | 85 | 21 | 86 | 2 | Not a proper counter-designation according to your definition |
| 94 | 23 | 95 | 6 | | | | | | | | | | | | | |
| 95 | 8 | 95 | 14 | Relevance; not specific to this property | Relevant as to Red Roof's knowledge of steps necessary to prevent crime and applicable to Smyrna and Buckhead which lacked a sufficient security patrol | | | | | | | | | | | |
| 96 | 7 | 96 | 13 | | | | | | | | | | | | | |
| 96 | 15 | 96 | 16 | | | | | | | | | | | | | |
| 100 | 14 | 101 | 6 | | | | | | | | | | | | | |

| 102 | 3 | 102 | 5 | Lack of foundation (see page 101, lines 19-23) | Deponent is corporate representative of Red Roof, his personal lack of knowledge is irrelevant as question seeks Red Roof's knowledge; an insufficiently prepared 30(b)(6) witness is not a basis for a lack of foundation objection | | | | | | | | | | | | |
| 102 | 9 | 102 | 13 | Lack of foundation (see page 101, lines 19-23) | See response above | | | | | | | | | | | | |
| 121 | 5 | 122 | 4 | 121:17-15 and 122:1-2 Hearsay; relevance; speculation | Not hearsay, not offered for truth of the matter asserted; relevant to Red Roof's knowledge of allegations of prostitution at Buckhead location; does not seek speculation; also relevance and speculation objections waived by failure to assert at deposition | | | | | | | | | | | | |
| 122 | 6 | 122 | 12 | Misleading; relevance | Relevant to Red Roof's knowledge of allegations of prostitution at Buckhead location and any action it took in response to thoes allegations, not misleading | | | | | | | | | | | | |
| 122 | 15 | 122 | 15 | Misleading; relevance | See response above | | | | | | | | | | | | |
| 123 | 4 | 123 | 15 | | | | | | | | | | | | | | |
| 123 | 19 | 123 | 23 | Lack of foundation (pg. 123, lines 19-23) | Can't object that corporate representative's answer lacked foundation | | | | | | | | | | | | |
| 124 | 4 | 124 | 7 | | | | | | | | | | | | | | |
| 124 | 9 (begin with "the") | 125 | 1 | 124:8-14 Hearsay; Relevance; speculation | speculation objection waived by failure to assert at deposition; not hearsay, not being offered for truth of the matter asserted; relevant to Red Roof's knowledge of allegations of criminal conduct at location at which Plaintiffs trafficked and action it | | | | | | | | | | | | |
| 125 | 3 | 125 | 3 | | | | | | | | | | | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 125 | 8 (begin with "Exhibit") | 126 | 4 | 125:22-25 and 126:1-6 Hearsay; Relevance; speculation | speculation objection waived by failure to assert at deposition; not hearsay, not being offered for truth of the matter asserted; relevant to Red Roof's knowledge of allegations of criminal conduct at location at which Plaintiffs trafficked and action it | | | | |
| 126 | 6 | 126 | 19 | | | | | | |
| 127 | 5 | 127 | 15 | 127:5-11 Hearsay; speculation | speculation objection waived by failure to assert at deposition; not hearsay, not being offered for truth of the matter asserted; | | | | |
| 128 | 5 | 128 | 24 | | | | | | |
| 129 | 9 | 129 | 10 | | | | | | |
| 129 | 16 | 129 | 20 | | | | | | |
| 129 | 22 | 129 | 23 | | | | | | |
| 130 | 3 | 130 | 6 | | | 130 | 7 | 130 | 17 |
| 132 | 19 | 133 | 21 | Relevance; hearsay; not related to property or plaintiffs at issue | Relevant to Red Roof's ability to learn of allegations of criminal conduct at its locations; specifically related to location at issue, see 133:19-21 | | | | |
| 134 | 19 | 134 | 22 | Hearsay | not hearsay, not offered for truth of matter asserted | | | | |
| 135 | 1 | 135 | 13 | 135:1-8 Hearsay; not related to plaintiffs at issue | not hearsay, not offered for truth of matter asserted; relevant to Red Roof's knowledge of allegations of prostitution at hotel at which Plaintiffs were trafficked during the period of their trafficking | | | | |
| 136 | 2 | 136 | 10 | 136:1-6 Hearsay | not hearsay, not offered for truth of the matter asserted | | | | |

6423341.1

| | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 136 | 13 | 137 | 18 | Relevance, hearsay, misleading (allegations) | Relevant to Red Roof's knowledge of allegations of prostitution at location at which Plaintiffs were trafficked during the period of their trafficking; not hearsay, not offered for truth of the matter asserted; not misleading, question states reports are | | | | | | | | | | | | |
| 137 | 20 | 137 | 22 | Relevance, hearsay, misleading (allegations) | See response above | | | | | | | | | | | | |
| 138 | 2 | 138 | 8 | | | | | | | | | | | | | | |
| 138 | 12 | 138 | 23 | | | 138 139 | 24 3 | 138 139 | 25 11 | | | 139 | 12 | 139 | 15 | Argumentative; Not a proper counterdesignation according to your definition. Does not complete the thought |
| 140 | 13 | 140 | 16 | | | 140 140 | 19 23 | 140 140 | 21 24 | | | | | | | |
| 140 | 18 | 140 | 18 | | | | | | | | | | | | | | |
| 140 | 25 | 141 | 2 | | | | | | | | | | | | | | |
| 141 | 22 | 142 | 11 | | | 142 | 12 | 142 | 20 | | | | | | | |
| 144 | 3 | 144 | 6 | Relevance | Information about steps Red Roof took to respond to allegations of prostitution and other criminal activity at location at which Plaintiffs were trafficked and during the period of their trafficking is relevant | | | | | | | | | | | | |
| 144 | 8 | 144 | 18 | Relevance | See response above | | | | | | | | | | | | |
| 145 | 1 | 145 | 6 | | | | | | | | | | | | | | |
| 145 | 11 | 145 | 20 | Hearsay | Not hearsay, not offered for truth of matter asserted | | | | | | | | | | | | |
| 146 | 1 | 146 | 14 | Hearsay; Relevance as to other hotels | Not hearsay, not offered for truth of matter asserted; directly relevant to locations at which Plaintiffs were trafficked, see 146:1-6 | | | | | | | | | | | | |
| 146 | 23 | 147 | 1 | | | | | | | | | | | | | | |
| 153 | 24 | 154 | 17 | | | | | | | | | | | | | | |

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 155 | 14 (Begin with "Plaintiffs'") | 155 | 19 | | | | | | | | | | | | | |
| 156 | 23 | 157 | 12 | | | | | | | | | | | | | |
| 158 | 18 | 158 | 25 | | | | | | | | | | | | | |
| 159 | 6 | 159 | 8 | | | | | | | | | | | | | |
| 159 | 22 | 160 | 8 | | | | | | | | | | | | | |
| 161 | 7 | 161 | 25 | 161:12-18 Hearsay | not hearsay, not offered for truth of matter asserted | | | | | | | | | | | |
| 162 | 24 | 163 | 13 | | | 163 164 | 14 11 | 163 164 | 19 23 | | | 163 | 20 | 163 | 22 | Not a proper counterdesignation according to your definition; not relevant; misleading |
| 165 | 5 | 165 | 7 | | | | | | | | | | | | | |
| 165 | 9 | 165 | 15 | | | | | | | | | | | | | |
| 166 | 1 | 166 | 7 | | | | | | | | | | | | | |
| 166 | 9 | 166 | 21 | | | | | | | | | | | | | |
| 168 | 16 | 168 | 24 | | | | | | | | | | | | | |
| 169 | 1 | 169 | 5 | | | | | | | | | | | | | |
| 169 | 16 | 169 | 19 | | | | | | | | | | | | | |
| 169 | 21 | 170 | 3 | | | | | | | | | | | | | |
| 170 | 16 | 170 | 24 | Relevance; outside the relevant time frame | Relevant to Red Roof's motive for taking action in response to allegations of criminal conduct and its knowledge of criminal conduct at its hotel locations; 30(b)(6) topic is time limited to relevant period | | | | | | | | | | | |
| 173 | 11 | 174 | 13 | 173:11-25 and 174:1-13 Relevance (not Smyrna or Buckhead) outside relevant time frame | objection to scope of question waived by failure to assert at deposition; relevant to Red Roof's lack of action in Buckhead and lack of action at Smyrna prior to nuisance abatement action | | | | | | | | | | | |
| 174 | 22 | 175 | 6 | 174:22-25 Relevance (not Smyrna or Buckhead) 175:1-6 Relevance; outside relevant time frame | Relevant to Red Roof's motive for taking action in response to allegations of criminal conduct and its failure to do so and its knowledge of criminal conduct at its locations; question is limited to period of trafficking | | | | | | | | | | | |

| 175 | 10 | 176 | 3 | 175:10-25 Relevance, 176:1-3 Relevance (not Smyrna or Buckhead) | Relevant to Red Roof's motive for taking action in response to allegations of criminal conduct and its failure to do so and its knowledge of criminal conduct at its locations; question is limited to period of trafficking | | | | | | | | | | |
| 177 | 24 | 178 | 5 | 177:24-25 and 178:1-5 Relevance | Relevant to Red Roof's motive for taking action in response to allegations of criminal conduct and its failure to do so and its knowledge of criminal conduct at its locations; question is limited to period of trafficking | | | | | | | | | | |
| 180 | 6 | 180 | 24 | Relevance (not Smyrna or Buckhead); not relevant time frame | Relevant to Red Roof's motive for taking action in response to allegations of criminal conduct and its failure to do so and its knowledge of criminal conduct at its locations; objection to temporal scope of question waived by failure to assert at depositi | | | | | | | | | | |
| 181 | 1 | 181 | 3 | 181:1-18 Relevance | See response above | | | | | | | | | | |
| 181 | 6 | 181 | 18 | 181:1-18 Relevance | Relevant to Red Roof's motive for taking action in response to allegations of criminal conduct and its failure to do so and its knowledge of criminal conduct at its locations; | | | | | | | | | | |
| 183 | 17 | 183 | 20 | Relevance | Document concerns criminal activity, including pimping, at Red Roof Smyrna, also relevant to explaining Red Roof's conduct regarding Smyrna | | | | | | | | | | |
| 183 | 25 | 184 | 13 | Relevance | See response above | | | | | | | | | | |
| 185 | 4 | 186 | 1 | Relevance | See response above | | | | | | | | | | |

| 189 | 16 | 189 | 21 | Relevance | Relevant to Red Roof's knowledge of criminal activity and alleged criminal activity at Smyrna location, and relevant to explaining Red Roof's conduct regarding Smyrna | 189 | 12 | 189 | 15 | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 190 | 8 | 190 | 10 | Relevance | See response above | | | | | | | | | |
| 190 | 18 | 190 | 20 | Relevance | See response above | | | | | | | | | |
| 191 | 25 | 192 | 16 | 191:25 Relevance, 192:1-16 Relevance; (Patel's ownership) | See response above; Smyrna location was continually franchised to Varahi by Defendants during this period; also Varahi is an alleged co-conspirator with the Red Roof Defendants and, if proven, is liable for the conduct of its alleged co-conspirators inclu | 191 | 6 | 191 | 15 | | | | | |
| 192 | 20 | 193 | 24 | 192:20-25 Relevance; (Patel's ownership), 193:1-24 Relevance; speculation | See response above; also does not call for speculation and any such objection waived by failure to assert at deposition | | | | | | | | | |
| 194 | 7 | 194 | 24 | 192:20-25 Relevance; (Patel's ownership), 193:1-24 Relevance; speculation | See response above | | | | | | | | | |
| 195 | 1 | 195 | 5 | 195:1-25 Relevance; hearsay; speculation | Relevant to Red Roof's knowledge of criminal activity and alleged criminal activity at Smyrna location, and relevant to explaining Red Roof's conduct regarding Smyrna; public record, 803(8) | | | | | | | | | |
| 195 | 7 | 196 | 25 | 195:1-25 and 196:1-25 Relevance; hearsay | See response above; 196:19-25 not hearsay, not offered for truth of the matter asserted | | | | | | | | | |

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 197 | 6 | 198 | 16 | 197:6-25 Relevance; hearsay, 198:1-16 Relevance | Relevant to Red Roof's knowledge of it allegations concerning its franchisees lack of cooperation with law enforcement; not hearsay, not offered for truth of the matter asserted | | | | | | | | | | |
| 199 | 8 | 200 | 2 | 199:8-25 and 200:1-2 Relevance | Relevant to Red Roof's knowledge of criminal activity at its hotel locations | | | | | | | | | | |
| 200 | 6 | 200 | 22 | Relevance | Relevant to Red Roof's decision to continue to maintain Smyrna as a franchise location | | | | | | | | | | |
| 204 | 7 | 204 | 14 | 203:1-7 and 204:7-14 Relevance | See response above | | | | | | | | | | |
| 204 | 25 | 205 | 7 | 204:25 Relevance | See response above | 205 206 | 8 1 | 205 206 | 17 10 | | 206 | 11 | 206 | 18 | Not relevant; post period of alleged trafficking; misleading; not a proper counterdesignation |
| 207 | 1 | 207 | 18 | Relevance | See response above | | | | | | | | | | |
| 207 | 24 | 208 | 4 | Relevance | See response above | | | | | | | | | | |
| 208 | 10 | 208 | 15 | Relevance (post 2017; 2020 meeting) | See response above; plaintiffs' trafficking at Red Roof Smyrna continued during and after 2017; impeachment | | | | | | | | | | |
| 208 | 20 | 209 | 12 | 208:23-25 Relevance (post 2017; 2020 meeting) | Relevant to Red Roof's decision to continue to maintain Smyrna as a franchise location; plaintiffs' trafficking at Red Roof Smyrna continued during and after 2017; impeachment | | | | | | | | | | |
| 209 | 14 | 210 | 2 | 209:10-12; 14-25 Relevance | See response above | | | | | | | | | | |
| 210 | 11 | 210 | 19 | 210:1-2; 11-25 Relevance | See response above | | | | | | | | | | |
| 210 | 21 | 211 | 3 | 210:11-25 and 211:1-3 Relevance | See response above | | | | | | | | | | |

| WITNESS NAME: | Andrew Alexander |
| --- | --- |
| DEPOSITION DATE: | 6/27/22 |

| AFFIRMATIVE DEPOSITION DESIGNATIONS | | | | | | COUNTER DESIGNATIONS | | | | | | REPLY DESIGNATIONS | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Page/Line Begin | | Page/Line End | | Objections | Replies to Objections | Page/Line Begin | | Page/Line End | | Objections | Replies to Objections | Page/Line Begin | | Page/Line End | | Objections | Replies to Objections |
| 10 | 21 | 10 | 23 | | | | | | | | | | | | | | |
| 13 | 4 | 14 | 1 | | | | | | | | | | | | | | |
| 15 | 2 | 15 | 14 | | | | | | | | | | | | | | |
| 23 | 1 | 23 | 12 | | | 25<br>25<br>25<br>25<br>26<br>27<br>28 | 4<br>14<br>20<br>22<br>4<br>14<br>1 | 25<br>25<br>25<br>26<br>26<br>27<br>28 | 9<br>18<br>20<br>1<br>24<br>18<br>7 | No objection | | 26<br>27 | 25<br>19 | 27<br>27 | 10<br>25 | | |
| 36 | 5 | 36 | 22 | | | 36 | 23 | 37 | 13 | | | | | | | | |
| 49 | 6 | 49 | 11 | | | 45<br>46<br>47 | 16<br>7<br>25 | 46<br>46<br>48 | 5<br>14<br>9 | No objection | | 48 | 20 | 49 | 1 | | |
| 49 | 15 | 50 | 2 | | | | | | | | | | | | | | |
| 72 | 11 | 73 | 1 | | | | | | | | | | | | | | |
| 73 | 5 | 73 | 10 | | | 74<br>78<br>82<br>82<br>86<br>86<br>87 | 8<br>16<br>1<br>16<br>11(begin at "But")<br>25<br>3 | 74<br>78<br>82<br>82<br>86<br>87<br>87 | 20<br>19<br>4 (end at "it.")<br>20<br>23<br>1<br>11 | Duplicative, not a counter designation under Plaintiff's definition, irrelevant | not duplicative; proper counter under Rule 32(a)(6) | 76<br>76<br>88<br>88 | 3<br>17<br>9<br>15 | 76<br>77<br>88<br>88 | 6<br>18<br>13<br>17 | | |
| 93 | 13 | 94 | 17 | | | 92<br>93 | 25<br>6 | 93<br>93 | 3<br>12 | | | | | | | | |
| 95 | 15 | 95 | 24 | | | 95<br>98<br>98<br>100<br>102<br>102 | 8 (begin at "So")<br>1<br>6<br>17(begin at "When")<br>7<br>19 | 95<br>98<br>98<br>101<br>102<br>102 | 14<br>4<br>15<br>8<br>16<br>25 | Duplicative, not a counter designation under Plaintiff's definition, irrelevant | not duplicative; proper counter under Rule 32(a)(6); relevant to deponent's involvement in addressing sex trafficking at smyrna which is subject of designation | 94<br>95<br>98<br>101<br>103 | 18<br>1<br>16<br>22<br>11 | 94<br>95<br>98<br>102<br>103 | 23<br>6<br>20<br>6<br>20 | | |
| 105 | 4 | 105 | 11 | | | 104 | 19 | 104 | 24 | | | | | | | | |
| 105 | 20 | 105 | 23 | | | | | | | | | | | | | | |

6414969.1

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 106 | 12 | 106 | 18 | | | 107<br>108<br>108<br>108<br>108 | 19<br>1<br>4<br>10<br>19 | 107<br>108<br>108<br>108<br>108 | 21<br>2<br>7<br>11<br>25 | Duplicative, not a counter designation under Plaintiff's definition, irrelevant | not duplicative; proper counter under Rule 32(a)(6) | | | | | |
| 106 | 20 | 107 | 14 | | | | | | | | | | | | | |
| 112 | 1 | 112 | 4 | | | 110 | 25 | 111 | 25 | Duplicative, not a counter designation under Plaintiff's definition, irrelevant | not duplicative; prover counter under Rule 32(a)(6) | | | | | |
| 112 | 6 | 112 | 6 | | | | | | | | | | | | | |
| 116 | 3 | 116 | 10 | | | 114<br>117 | 13<br>1 | 114<br>117 | 22<br>7 | | | | | | | |
| 190 | 20 | 191 | 6 | | | 190<br>191 | 13<br>7 | 190<br>191 | 20 (end with "police.")<br>9 (end with "minor.") | Duplicative, not a counter designation under Plaintiff's definition, irrelevant, hearsay, improper attorney testimony | not duplicative; proper counter under Rule 32(a)(6); relevant to designated testimony; not improper attorney testimony, summarizing earlier questions and information contained in red roof documents; not hearsay, statement of party opponent | | | | | |
| 191 | 9 | 191 | 11 | | | | | | | | | | | | | |
| 191 | 16 | 191 | 24 | | | | | | | | | | | | | |
| 229 | 21 | 229 | 23 | | | 229<br>229 | 13<br>19 | 229<br>229 | 16<br>19 | Irrelevant, unfairly prejudicial, improper legal standard, improper lay opinion | Relevant to designation and provides context for designation; probative value not substantially outweighed by risk of unfair prejudice; does not ask legal question or pose standard; not lay opinion | | | | | |
| 229 | 25 | 230 | 2 | | | | | | | | | | | | | |

| 230 | 12 | 231 | 8 | Irrelevant, prejudicial, confusing, and misleading.  There has been no evidence offered in this case that racial profiling is related to identifying prostitution and/or sex trafficking taking place at hotels, other than by Defendants to introduce irrelevant, prejudicial, and confusing evidence and to mislead the jury. | Relevant to issues of Plainitff's case, including allegations that RRI should have noticed "red flags" or provided different training | | | | | | | | | | |
| 232 | 2 | 232 | 9 | Irrelevant, prejudicial, confusing, and misleading.  There has been no evidence offered in this case that racial profiling is related to identifying prostitution and/or sex trafficking taking place at hotels, other than by Defendants to introduce irrelevant, prejudicial, and confusing evidence and to mislead the jury. | Relevant to issues of Plainitff's case, including allegations that RRI should have noticed "red flags" or provided different training | | | | | | | | | | |
| 233 | 17 | 234 | 2 | | | | | | | | | | | | |
| 234 | 4 | 234 | 8 | | | | | | | | | | | | |
| 234 | 10 | 235 | 15 | 234:25-236:7 Irrelevant, prejudicial, confusing, and misleading.  There has been no evidence offered in this case that racial profiling is related to identifying prostitution and/or sex trafficking taking place at hotels, other than by Defendants to introduce irrelevant, prejudicial, and confusing evidence and to mislead the jury. | Relevant to issues of Plainitff's case, including allegations that RRI should have noticed "red flags" or provided different training | | | | | | | | | | |
| 235 | 17 | 235 | 17 | See objection above | Relevant to issues of Plainitff's case, including allegations that RRI should have noticed "red flags" or provided different training | | | | | | | | | | |

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 235 | 19 | 236 | 2 | See objection above | Relevant to issues of Plainitff's case, including allegations that RRI should have noticed "red flags" or provided different training | | | | | | | | | | | |
| 236 | 4 | 236 | 7 | See objection above | Relevant to issues of Plainitff's case, including allegations that RRI should have noticed "red flags" or provided different training | 236<br>237<br>237<br>238 | 25<br>18<br>21<br>12 | 237<br>237<br>238<br>238 | 16<br>19<br>8<br>13 | | | | | | | |
| 239 | 1 | 239 | 10 | 239:5-6, 8-10 Leading | | | | | | | | | | | | |
| 239 | 12 | 239 | 12 | | | | | | | | | | | | | |
| 239 | 14 | 239 | 16 | Leading | | | | | | | | | | | | |
| 239 | 18 | 239 | 18 | | | | | | | | | | | | | |
| 239 | 20 | 240 | 5 | Leading | Objection waived | | | | | | | | | | | |
| 240 | 11 | 240 | 23 | | | | | | | | | | | | | |
| 240 | 25 | 240 | 25 | | | | | | | | | | | | | |
| 241 | 2 | 241 | 25 | | | 242<br>242<br>242 | 1<br>9<br>17 | 242<br>242<br>242 | 3<br>14<br>25 | | | | | | | |

| WITNESS NAME: | Michael Beene |
|---|---|
| DEPOSITION DATE: | 9/26/22 |

Plaintiffs object on hearsay ground because Mr. Beene lives within the district, and Defendants have made no showing that he's unavailable.

Plaintiffs also object to the disclosure of Plaintiffs' names. (27:15; 27:23-24; 28:8; 35:9; 40:13; 40:20; 43:22; 47:7; 48:10; 48:21; 49:1; 49:3-5; 49:10-11; 49:14; 50:6; 54:6; 55:20; 57:10; 57:17; 57:18; 58:2; 58:8; 65:22; 66:1; 66:8; 66:11; 66:13; 66:16; 66:21; 66:23-24; 67:1; 67:5; 67:9; 67:15; 67:20; 67:22; 67:1; 68:2; 68:8-10; 68:12-13; 68:20; 80:20; 94:4; 94:9; 94:14; )

| AFFIRMATIVE DEPOSITION DESIGNATIONS | | | | | COUNTER DESIGNATIONS | | | | | REPLY DESIGNATIONS | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Page/Line Begin | | Page/Line End | | Objections | Replies to Objections | Page/Line Begin | | Page/Line End | | Objections | Replies to Objections | Page/Line Begin | | Page/Line End | | Objections | Replies to Objections |
| 10 | 21 | 12 | 9 | | | | | | | | | | | | | | |
| 13 | 11 | 13 | 19 | | | | | | | | | | | | | | |
| 14 | 6 | 14 | 12 | | | | | | | | | | | | | | |
| 14 | 24 | 15 | 13 | | | | | | | | | | | | | | |
| 16 | 20 | 17 | 2 | | | | | | | | | | | | | | |
| 17 | 9 | 17 | 15 | | | | | | | | | | | | | | |
| 18 | 2 | 18 | 5 | | | | | | | | | | | | | | |
| 18 | 25 | 19 | 7 | | | | | | | | | | | | | | |
| 20 | 8 | 20 | 15 | | | | | | | | | | | | | | |
| 20 | 23 | 21 | 7 | | | 23 | 17 | 23 | 23 | | | | | | | | |
| 27 | 14 | 28 | 19 | | | | | | | | | | | | | | |
| 31 | 6 | 31 | 8 | Calls for speculation; prejudicial | Does not call for speculation and not prejudicial based on Plaintiff's testimony | | | | | | | | | | | | |
| 31 | 14 | 31 | 15 | Calls for speculation; prejudicial | Does not call for speculation and not prejudicial based on Plaintiff's testimony | | | | | | | | | | | | |
| 31 | 17 | 32 | 1 | | | | | | | | | | | | | | |
| 33 | 7 | 33 | 9 | | | | | | | | | | | | | | |
| 33 | 19 | 39 | 24 | | | | | | | | | | | | | | |
| 40 | 8 | 41 | 2 | | | | | | | | | | | | | | |
| 41 | 12 | 41 | 24 | | | | | | | | | | | | | | |
| 42 | 5 | 43 | 1 | | | | | | | | | | | | | | |
| 43 | 21 | 44 | 18 | | | | | | | | | | | | | | |
| 45 | 7 | 45 | 14 | | | | | | | | | | | | | | |
| 46 | 19 | 50 | 13 | | | | | | | | | | | | | | |
| 52 | 3 | 52 | 7 | | | | | | | | | | | | | | |
| 52 | 11 | 52 | 14 | | | | | | | | | | | | | | |
| 52 | 52 | 53 | 23 | | | | | | | | | | | | | | |
| 54 | 5 | 54 | 18 | | | | | | | | | | | | | | |
| 55 | 5 | 56 | 5 | | | | | | | | | | | | | | |
| 56 | 17 | 56 | 25 | | | | | | | | | | | | | | |
| 57 | 8 | 59 | 14 | | | | | | | | | | | | | | |
| 63 | 2 | 63 | 13 | | | | | | | | | | | | | | |
| 65 | 4 | 65 | 6 | | | | | | | | | | | | | | |

6414969.1

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 65 | 7 | 69 | 5 | 66:23-69:5 (Rule 412; Rule 403; Rule 404; prejudicial, irrelevant, confusing) | Rule 412(b)(2), relevant to issues of Plaintiff's case, admissible for other purposes under Rule 404, not unfairly prejudicial | | | | | | | | | | |
| 71 | 10 | 71 | 17 | | | | | | | | | | | | |
| | | | | | | 73 | 15 | 73 | 25 | Not a question | If the video is played, this will be helpful so the jury knows who's asking the questions (just as would be the case if testifying live). | | | | |
| | | | | | | 77 | 6 | 77 | 9 | | | | | | |
| | | | | | | 78 | 8 | 78 | 13 | | | | | | |
| 80 | 12 | 80 | 22 | | | | | | | | | | | | |
| 84 | 1 | 85 | 8 | | | | | | | | | | | | |
| 85 | 17 | 86 | 2 | | | 86 | 3 | 86 | 14 | | | 86 / 86 | 15 / 20 | 86 / 87 | 17 / 2 |
| 87 | 16 | 87 | 18 | | | 87 | 7 | 87 | 12 | | | | | | |
| | | | | | | 87 | 22 | 87 | 22 | Speculation | He's testifying he saw people he would identify as "crackheads," and not speculating as to what they were or were not doing at the time. | 88 | 1 | 88 | 3 |
| | | | | | | 87 | 24 | 87 | 24 | | | | | | |
| 87 | 20 | 87 | 20 | | | | | | | | | | | | |
| 88 | 4 | 88 | 10 | | | | | | | | | | | | |
| | | | | | Cross-Examination: | 88 | 13 | 88 | 17 | Not a counter designation under Plaintiff's definition, irrelevnat, confusing issues | This would be played as part of Plaintiffs' cross-examination of the witness and not in line with Defendants' designations. Relevant for the jury's assessment of Beene's credibility, including that he previously said he didn't want to be a snitch. | 92 | 4 | 92 | 12 |
| | | | | | | 89 | 5 | 92 | 3 | Not a counter designation under Plaintiff's definition, irrelevnat, confusing issues | This would be played as part of Plaintiffs' cross-examination of the witness and not in line with Defendants' designations. Relevant for the jury's assessment of Beene's credibility, including that he previously said he didn't want to be a snitch. | | | | |
| | | | | | | 93 | 18 | 95 | 11 | Not a counter designation under Plaintiff's definition | This would be played as part of Plaintiffs' cross-examination of the witness and not in line with Defendants' designations. | | | | |
| | | | | | | 95 | 21 | 95 | 25 | Not a counter designation under Plaintiff's definition | This would be played as part of Plaintiffs' cross-examination of the witness and not in line with Defendants' designations. | | | | |

| | | | | | | | Begin Pg | Begin Ln | End Pg | End Ln | Objection | Response | Ctr Pg | Ctr Ln | Ctr End Pg | Ctr End Ln | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | 96 | 11 | 96 | 16 | Not a counter designation under Plaintiff's definition | This would be played as part of Plaintiffs' cross-examination of the witness and not in line with Defendants' designations. | | | | | | |
| | | | | | | | 97 | 8 | 97 | 10 | Not a counter designation under Plaintiff's definition | This would be played as part of Plaintiffs' cross-examination of the witness and not in line with Defendants' designations. | | | | | | |
| | | | | | | | 97 | 19 | 98 | 4 | Not a counter designation under Plaintiff's definition | This would be played as part of Plaintiffs' cross-examination of the witness and not in line with Defendants' designations. | | | | | | |
| | | | | | | | 107 | 16 | 107 | 20 | Not a counter designation under Plaintiff's definition | This would be played as part of Plaintiffs' cross-examination of the witness and not in line with Defendants' designations. | | | | | | |
| | | | | | | | 110 | 9 | 110 | 19 | Not a counter designation under Plaintiff's definition | This would be played as part of Plaintiffs' cross-examination of the witness and not in line with Defendants' designations. | | | | | | |
| | | | | | | | 110 | 23 | 111 | 14 | | | 111 | 18 | 111 | 25 | | |
| | | | | | | | 143 | 16 | 144 | 6 | Not a counter designation under Plaintiff's definition | This would be played as part of Plaintiffs' cross-examination of the witness and not in line with Defendants' designations. | | | | | | |
| | | | | | | | 144 | 9 | 145 | 11 | Not a counter designation under Plaintiff's definition | This would be played as part of Plaintiffs' cross-examination of the witness and not in line with Defendants' designations. | | | | | | |
| | | | | | | | 145 | 13 | 145 | 14 | Not a counter designation under Plaintiff's definition | This would be played as part of Plaintiffs' cross-examination of the witness and not in line with Defendants' designations. | | | | | | |
| | | | | | | | 145 | 19 | 146 | 15 | Not a counter designation under Plaintiff's definition | This would be played as part of Plaintiffs' cross-examination of the witness and not in line with Defendants' designations. | | | | | | |
| | | | | | | | 146 | 19 | 147 | 20 | Not a counter designation under Plaintiff's definition | This would be played as part of Plaintiffs' cross-examination of the witness and not in line with Defendants' designations. | | | | | | |
| | | | | | | | 147 | 22 | 148 | 15 | Not a counter designation under Plaintiff's definition | This would be played as part of Plaintiffs' cross-examination of the witness and not in line with Defendants' designations. | 148 | 19 | 148 | 23 | | |

| | | | | | | 149 | 1 | 150 | 2 | Not a counter designation under Plaintiff's definition | This would be played as part of Plaintiffs' cross-examination of the witness and not in line with Defendants' designations. | | | | | | |
| | | | | | | 150 | 6 | 151 | 17 | Not a counter designation under Plaintiff's definition | This would be played as part of Plaintiffs' cross-examination of the witness and not in line with Defendants' designations. | | | | | | |

6414969.1

| WITNESS NAME: | | Tradelle Lacy | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DEPOSITION DATE: | | 9/26/22 | | | | | | | | | | |

Plaintiffs object on hearsay ground because Mr. Lacy lives within the district, and Defendants have made no showing that he's unavailable.

Plaintiffs also object to the disclosure of Plaintiffs' names. (20:25-21:1; 21:4; 24:5; 27:19; 28:13; 29:5; 29:12; 29:18; 29:23; 30:1; 31:8; 30:22; 32:11; 33:2; 33:17; 41:5-6; 41:13; 67:21; 68:25)

| AFFIRMATIVE DEPOSITION DESIGNATIONS | | | | | COUNTER DESIGNATIONS | | | | REPLY DESIGNATIONS | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Page/Line Begin | | Page/Line End | | Objections | Replies to Objections | Page/Line Begin | | Page/Line End | | Objections | Replies to Objections | |
| Page/Line Begin | | Page/Line End | | Objections | Replies to Objections | Page/Line Begin | | Page/Line End | Objections | Replies to Objections | Page/Line Begin | Page/Line End | Objections | Replies to Objections |

| Page/Line Begin | | Page/Line End | | Objections | Replies to Objections | Page/Line Begin | | Page/Line End | | Objections | Replies to Objections | Page/Line Begin | Page/Line End | Objections | Replies to Objections |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9 | 25 | 12 | 7 | | | | | | | | | | | | |
| 16 | 5 | 18 | 20 | | | | | | | | | | | | |
| 20 | 19 | 25 | 8 | | | | | | | | | | | | |
| 25 | 23 | 27 | 17 | | | | | | | | | | | | |
| 27 | 18 | 31 | 11 | | | | | | | | | | | | |
| 32 | 5 | 32 | 14 | Authenticty (as to Ex. 2); hearsay | Not being used for a hearsay purpose and Mr. Lacy authenticated the exhibit | | | | | | | | | | |
| 32 | 20 | 34 | 24 | | | | | | | | | | | | |
| 34 | 25 | 35 | 19 | | | | | | | | | | | | |
| 36 | 6 | 36 | 14 | | | | | | | | | | | | |
| 36 | 15 | 38 | 22 | | | | | | | | | | | | |
| 38 | 23 | 39 | 9 | | | | | | | | | | | | |
| 40 | 16 | 41 | 18 | | | | | | | | | | | | |
| 42 | 12 | 43 | 12 | | | 42 | 2 | 42 | 11 | | | | | | |
| 44 | 1 | 44 | 8 | | | 43 | 21 | | | | | | | | |
| | | | | | | 43 | 25 | | | | | | | | |
| 47 | 23 | 49 | 13 | Rule 403/Confusing and prejudicial because attorney falsely claims that RK accused Lacy of trafficking (47:23-48:3); Cumulative (48:4-5) | Relevant and not unfairly prejudicial as it goes directly to claims raised by Plainitff in this case. Not comunulative. | | | | | | | | | | |

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 55 | 12 | 56 | 9 | Cumulative (55:12-25; 58:8-9). | Not cumulative. | 56 | 13 | 56 | 16 | Not a counter designation under Plaintiff's definition and not a question. | If the video is played, this will be helpful so the jury knows who's asking the questions (just as would be the case if testifying live). | | | | |
| 67 | 10 | 68 | 8 | | | | | | | | | | | | |
| 68 | 12 | 68 | 16 | | | | | | | | | | | | |
| 68 | 19 | 68 | 19 | | | | | | | | | | | | |
| 68 | 21 | 69 | 9 | | | | | | | | | | | | |
| 69 | 12 | 69 | 13 | | | | | | | | | | | | |
| 71 | 14 | 71 | 16 | | | 71 | 4 | 71 | 13 | | | | | | |
| 72 | 5 | 73 | 7 | | | 71 | 17 | 72 | 4 | | | | | | |
| 92 | 24 | 93 | 13 | | | | | | | | | | | | |
| 129 | 20 | 130 | 16 | | | | | | | | | | | | |
| | | | | | Cross-Examination: | 76 | 15 | 76 | 24 | Not a counter designation under Plaintiff's definition | This would be played as part of Plaintiffs' cross-examination of the witness and not in line with Defendants' designations. | | | | |
| | | | | | | 77 | 20 | 78 | 2 | Not a counter designation under Plaintiff's definition | This would be played as part of Plaintiffs' cross-examination of the witness and not in line with Defendants' designations. | | | | |
| | | | | | | 78 | 21 | 79 | 4 | Not a counter designation under Plaintiff's definition | This would be played as part of Plaintiffs' cross-examination of the witness and not in line with Defendants' designations. | | | | |

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 79 | 7 | 79 | 7 | Not a counter designation under Plaintiff's definition | This would be played as part of Plaintiffs' cross-examination of the witness and not in line with Defendants' designations. | 79 79 80 | 9 18 16 | 79 79 80 | 10 18 20 | | |
| | | | | | | 80 | 24 | 81 | 14 | Not a counter designation under Plaintiff's definition | This would be played as part of Plaintiffs' cross-examination of the witness and not in line with Defendants' designations. | | | | | | |

6414969.1

| WITNESS NAME: | Nha Luan (Vickie) Lam |
|---|---|
| DEPOSITION DATE: | 3/11/22 |

| AFFIRMATIVE DEPOSITION DESIGNATIONS | | | | COUNTER DESIGNATIONS | | | | | | REPLY DESIGNATIONS | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Page/Line Begin | Page/Line End | Objections | Replies to Objections | Page/Line Begin | | Page/Line End | | Objections | Replies to Objections | Page/Line Begin | Page/Line End | Objections | Replies to Objections |
| 12 | 8 | 12 | 12 | | | | | | | | | | |
| 15 | 7 | 16 | 18 | | | | | | | | | | |
| 19 | 21 | 20 | 16 | | | | | | | | | | |
| 21 | 2 | 21 | 4 | | | | | | | | | | |
| 31 | 2 | 32 | 7 | | | | | | | | | | |
| 32 | 9 | 32 | 10 | | | | | | | | | | |
| 39 | 8 | 40 | 22 | | | | | | | | | | |
| 42 | 9 | 43 | 20 | | | | | | | | | | |
| 43 | 22 | 43 | 23 | | | | | | | | | | |
| 43 | 25 | 44 | 24 | | | | | | | | | | |
| 45 | 8 | 46 | 9 | | | | | | | | | | |
| 46 | 11 | 46 | 12 | | | | | | | | | | |
| 48 | 4 | 48 | 13 | | | | | | | | | | |
| 48 | 15 | 48 | 18 | | | | | | | | | | |
| 49 | 23 | 50 | 17 | 49 49 | 6 17 (begin with "do") | 49 49 | 6 22 | | | | | | |
| 51 | 7 | 51 | 9 | | | | | | | | | | |
| 51 | 11 | 52 | 12 | | | | | | | | | | |

6414969.1

| | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 52 | 16 | 53 | 20 | | | 56 56 57 58 | 1 11 23 9 | 56 56 58 58 | 9 18 6 25 | Speculation; foundation; hearsay | Witness's account of her own conversations are not hearsay but admissions of a party opponent under FRE 801(d)(2). Statements of franchisee and those within customer review referred to are not hearsay because they are not offered to prove the truth of the matter asserted, but to show the effect on the listener--in this case, the reasonableness of Ms. Lam's response in light of the information received. Witness is testifying to her personal knowledge, including its limitations. Unclear what the basis for a foundation objection would be, but again, witness is qualified to testify regarding both her personal knowledge and its limitations. | | | | | | |
| 88 | 22 | 90 | 15 | | | | | | | | | | | | | | |
| 90 | 24 | 91 | 13 | | | | | | | | | | | | | | |
| 91 | 15 | 91 | 16 | | | | | | | | | | | | | | |
| 95 | 12 | 95 | 23 | | | | | | | | | | | | | | |
| 96 | 10 | 96 | 15 | | | 96 | 16 | 96 | 20 | | | | | | | | |
| 96 | 21 | 97 | 15 | | | 97 99 100 100 101 | 25 (begin with "But") 14 14 20 12 | 98 100 100 101 101 | 21 12 18 9 15 | | | | | | | | |
| 102 | 23 | 102 | 25 | | | | | | | | | | | | | | |
| 150 | 10 | 151 | 19 | | | 151 | 20 | 152 | 12 | | | | | | | | |
| 190 | 22 | 191 | 3 | | | 190 192 | 10 3(begin with "There") | 190 192 | 21 10 | | | 190 191 191 191 192 | 22 8 16 20 1 | 191 191 191 191 192 | 6 14 18 24 3 | None | |

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 224 | 14 | 224 | 21 | | | 224<br>226<br>226<br>226 | 22<br>3<br>7<br>17 | 225<br>226<br>226<br>226 | 22<br>5<br>15<br>24 | | | | | | |
| 229 | 18 | 229 | 22 | | | 229 | 12 | 229 | 17 | Not a proper counter objection; given your instructions this can be played in your affirmative designations, not ours | We agree it will not be played twice. | | | | |
| 229 | 24 | 230 | 7 | | | | | | | | | | | | |
| 230 | 18 | 230 | 20 | | | 230<br>230 | 21<br>24 | 230<br>231 | 22<br>15 | Not a proper counter objection; given your instructions this can be played in your affirmative designations, not ours | We agree it will not be played twice. | | | | |
| 231 | 16 | 231 | 22 | | | 231<br>232 | 23<br>4 | 232<br>232 | 1<br>6 | Not a proper counter objection; given your instructions this can be played in your affirmative designations, not ours | We agree it will not be played twice. | | | | |
| 232 | 8 | 232 | 19 | | | | | | | | | | | | |
| 237 | 18 | 240 | 1 | | | | | | | | | | | | |

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 277 | 21 | 227 | 24 | | | 277 | 25 | 278 | 19 | Not a proper counter objection; given your instructions this can be played in your affirmative designations, not ours | We agree it will not be played twice. | | | | | |
| 316 | 18 | 317 | 14 | | | | | | | | | | | | | |

| WITNESS NAME: | | George Limbert | |
|---|---|---|---|
| DEPOSITION DATE: | | 4/27/22 | |

| AFFIRMATIVE DEPOSITION DESIGNATIONS | | | | | COUNTER DESIGNATIONS | | | | | | REPLY DESIGNATIONS | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Page/Line Begin | | Page/Line End | | Objections | Replies to Objections | Page/Line Begin | | Page/Line End | | Objections | Replies to Objections | Page/Line Begin | Page/Line End | Objections | Replies to Objections |
| 16 | 7 | 17 | 23 | | | | | | | | | | | | |
| 24 | 4 | 24 | 14 | | | | | | | | | | | | |
| 29 | 14 | 29 | 21 | | | 29 | 11 (start with "You") | 29 | 13 | | | | | | |
| 30 | 21 | 31 | 5 | | | | | | | | | | | | |
| 34 | 14 | 34 | 15 | | | 34 | 24 (start with "The") | 35 | 10 | | | | | | |
| 34 | 17 | 34 | 17 | | | | | | | | | | | | |
| 34 | 19 | 34 | 20 | | | | | | | | | | | | |
| 37 | 19 | 37 | 22 | | | | | | | | | | | | |
| 38 | 2 | 38 | 4 | | | | | | | | | | | | |
| 39 | 25 | 40 | 13 | | | | | | | | | | | | |
| 40 | 22 | 41 | 4 | | | 41<br>41 | 5<br>12 | 41<br>41 | 7<br>17 | Not a counter designation under Plainitff's definition (41:12 41:17) | proper counter under Rule 32(a)(6) | | | | |
| 42 | 2 | 42 | 6 | | | | | | | | | | | | |
| 50 | 12 | 50 | 17 | | | | | | | | | | | | |
| 52 | 13 | 52 | 16 | | | 53 | 1 | 53 | 4 | | | | | | |
| 29 | 14 | 29 | 21 | Previously designated above | agree | | | | | | | | | | |
| 37 | 19 | 37 | 22 | Previously designated above | agree | | | | | | | | | | |
| 38 | 2 | 38 | 4 | Previously designated above | agree | | | | | | | | | | |
| 39 | 25 | 40 | 13 | Previously designated above | agree | | | | | | | | | | |
| 40 | 22 (beginning with so) | 41 | 4 | Previously designated above | agree | | | | | | | | | | |
| 52 | 13 | 52 | 16 | Previously designated above | agree | | | | | | | | | | |

6414969.1

| WITNESS NAME: | George Limbert |
|---|---|
| DEPOSITION DATE: | 4/27/22 |

| AFFIRMATIVE DEPOSITION DESIGNATIONS | | | | | COUNTER DESIGNATIONS | | | | | | REPLY DESIGNATIONS | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Page/Line Begin | | Page/Line End | | Objections | Replies to Objections | Page/Line Begin | | Page/Line End | | Objections | Replies to Objections | Page/Line Begin | | Page/Line End | | Objections | Replies to Objections |
| 53 | 10 | 53 | 17 | | | 53<br>54 | 18<br>10 | 54<br>54 | 2<br>13 | Not a counter designation under Plaintiff's definition | proper counter under Rule 32(a)(6) | | | | | | |
| 68 | 2 | 68 | 17 | | | 68<br>68 | 18<br>25 | 68<br>69 | 22<br>2 | | | | | | | | |
| 85 | 2 | 85 | 10 | | | 85 | 11 | 85 | 25 | | | | | | | | |
| 86 | 1 | 86 | 12 | | | 86<br>86<br>87<br>87 | 13<br>19<br>12<br>20 | 86<br>87<br>87<br>87 | 16<br>1<br>15<br>25 | Not a counter designation under Plaintiff's definition (86:19 87:20) | proper counter under Rule 32(a)(6) | | | | | | |
| 98 | 4 | 98 | 13 | | | 96<br>97<br>98<br>99 | 17<br>12<br>14<br>5 | 97<br>97<br>99<br>99 | 9<br>13<br>2<br>7 | Improper lay opinion (97:6 - 97:13) | Not lay opinion | | | | | | |
| 114 | 21 | 115 | 7 | | | 113 | 3 | 113 | 13 | Not a counter designation under Plaintiff's definition | proper counter under Rule 32(a)(6) | | | | | | |
| 139 | 12 | 139 | 22 | | | 139 | 23 | 140 | 22 | Irrelevant, improper lay opinion | Relevant to designation; not improper lay opinion; testimony of president of hotel chain | | | | | | |
| 184 | 6 | 184 | 16 | | | | | | | | | | | | | | |
| 184 | 18 | 184 | 21 | | | | | | | | | | | | | | |
| 184 | 23 | 185 | 3 | | | 185<br>185 | 4<br>7 | 185<br>185 | 5<br>15 | Attorney-Client Privilege | not privileged | | | | | | |
| 185 | 22 | 186 | 25 | | | 185 | 18 | 185 | 21 | Attorney-Client Privilege | not privileged, because affirmative designation discusses steps deponent took | | | | | | |

6414969.1

| WITNESS NAME: | George Limbert |
|---|---|
| DEPOSITION DATE: | 4/27/22 |

| AFFIRMATIVE DEPOSITION DESIGNATIONS | | | | | COUNTER DESIGNATIONS | | | | | | REPLY DESIGNATIONS | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Page/Line Begin | | Page/Line End | | Objections | Replies to Objections | Page/Line Begin | | Page/Line End | | Objections | Replies to Objections | Page/Line Begin | Page/Line End | Objections | Replies to Objections |
| 186 | 2 | 186 | 13 | | | | | | | | | | | | |
| 187 | 1 | 187 | 6 | | | | | | | | | | | | |
| 187 | 19 | 188 | 3 | | | 188 | | 4 | | 188 | 10 | | | | |
| 189 | 8 | 189 | 14 | | | 188 | | 18 | | 189 | 5 | Attorney-Client Privilege | not privileged | | |
| 190 | 2 | 190 | 15 | | | 192 (begin with "Did")<br>193<br>193<br>193 | | 3<br>6<br>10<br>13 | | 192 5<br>193 8<br>193 11<br>193 16 | Not a counter designation under Plaintiff's definition; attorney-client privilege | proper counter under Rule 32(a)(6) | | | |
| 191 | 5 | 191 | 7 | | | 197<br>197<br>199<br>200<br>204<br>204 | | 6<br>15<br>10<br>12<br>3<br>20 | | 197 12<br>197 20<br>200 1<br>201 4<br>204 9<br>206 5 | Not a counter designation under Plaintiff's definition; irrelevant | should be listed as counter to 197:21-198:9 below, not here; proper counter under Rule 32(a)(6); relevant to contents of affirmative designation | | | |
| 192 | 6 | 192 | 17 | | | | | | | | | | | | |
| 197 | 21 | 198 | 9 | | | | | | | | | | | | |

| WITNESS NAME: | Meghan Harrsch (M.H.) |
|---|---|
| DEPOSITION DATE: | 10/5/22 |

Plaintiffs object on hearsay ground because Ms. Harrsch lives within the district, and Defendants have made no showing that she's unavailable. Plaintiffs also object to the disclosure of Plaintiffs' names or the names of other sex trafficking victims (e.g., Jane Doe 1 and Jane Doe 2).

Plaintiffs also object to Ms. Harrsch's testimony as irrelevant and confusing. Ms. Harrsch is testifying about Ms. Rajotte and the Jane Doe case, not this one. She testified that she was not aware of JD1 or JD2 approaching anyone other than her about joining the lawsuit (69:14-70:9). And if Ms. Rajotte does not testify as a witness in this case, none of Ms. Harrsch's testimony is relevant, and instead it would confuse the jury.

DEFENDANTS' RESPONSE: Ms. Harrsch's October 5, 2024 deposition was specifically taken for use in the W.K. case. Further, specifically testifies to being involved with an alleged trafficker named "Kwan" who at least two of the Plaintiffs also claim was involved with their alleged trafficking. Finally, Ms. Harrsch testified she was present at the subject hotel during the relevant time period and can speak to issues of general relevance to the claims and defenses in the WK case. Therefore, Plaintiff's objecitons go to the weight of the testimony, not its relationship to the key issues in this case and just because this testimony is prejudicial to Plaintiff, it does not rise to the level of being unfairly prejudicial under 403.

| AFFIRMATIVE DEPOSITION DESIGNATIONS | | | | | COU | | | | | REPLY DESIGNATIONS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Page/Line Begin | | Pag e/Li | Objections | Replies to Objections | Pag e/Li | Pag e/Li | Objections | Replies to Objections | | Pag e/Li | Pag e/Li | Objections | Replies to Objections | |
| 8 | 23 | 9 | 3 | | | | | | | | | | | |
| 10 | 12 | 16 | 1 | 11:8-14 (Irrelevant, prejudicial, confusing and misleading. Her testimony is not that the "plaintiffs" tried to get her "in on something," only JD2) | Defendants incorporate their response to Plaintiff's general objection in row 6. | | | | | | | | | |

6414969.1

| 16 | | | | 4 | 16 | 11 | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 16 | | | | 22 | 17 | 5 | Nonresponsive, speculative, and asks for information she does not possess | Defendants incorporate their response to Plaintiff's general objection in row 6. Further, MH is testifying to her experience in the same geographical locaitons, during the same time periods, making her testimony squarely relevant to the claims and defenses in this case. | | | | | | | | | | | | |
| 18 | | | | 15 | 18 | 19 | | | | | | | | | | | | | | |
| 18 | | | | 21 | 18 | 21 | | | | | | | | | | | | | | |
| 19 | | | | 3 | 19 | 7 | Speculation; asks for information she can't know | Defendants incorporate their response to Plaintiff's general objection in row 6. Further, MH is testifying to her experience in the same geographical locaitons, during the same time periods, making her testimony squarely relevant to the claims and defenses in this case. | | | | | | | | | | | | |
| 19 | | | | 9 | 19 | 12 | Speculation; asks for information she can't know | Defendants incorporate their response to Plaintiff's general objection in row 6. Further, MH is testifying to her experience in the same geographical locaitons, during the same time periods, making her testimony squarely relevant to the claims and defenses in this case. | | | | | | | | | | | | |
| 19 | | | | 14 | 19 | 25 | | | | | | | | | | | | | | |

| 20 | | 2 | 21 | 17 | Irrelevant, prejudicial, confusing and misleading. The witness recants this testimony as to Kristin; Hearsay (21:7-14) | Defendants incorporate their response to Plaintiff's general objection in row 6. MH testifies to the same hotels at issue in this case. | | | | | | | | | | | |
| 21 | | 20 | 21 | 25 | Irrelevant/Prejudicial/confusing | | | | | | | | | | | | |
| 22 | | 2 | 27 | 10 | Speculation; asks for information she can't know as to Kristin having sex with Bob Patel; Hearsay re what Micaela said; prejudicial, irrelevant and confusing. | Defendants incorporate their response to the Plaintiff's general objection in row 6. MH testifies to the same hotels at issue in this case and what occurred at those hotels during the same time period, including the discretion that was taken to avoid detection. MH's testimony about Bob Patel is based on her own personal experience, and witnesses can testify to their knowledge. | | | | | | | | | | | |

| 27 | 20 | 27 | 23 | Speculation; asks for information she can't know as to Micaela having sex with Bob Patel | Defendants incorporate their response to the Plaintiff's general objection in row 6. MH testifies to the same hotels at issue in this case and what occurred at those hotels during the same time period, including the discretion that was taken to avoid detection. MH's testimony about Bob Patel is based on her own personal experience, and witnesses can testify to their knowledge. | | | | | | | | | | | | | |
| 27 | 25 | 27 | 25 | Speculation; asks for information she can't know as to Micaela having sex with Bob Patel | Defendants incorporate their response to the Plaintiff's general objection in row 6. MH testifies to the same hotels at issue in this case and what occurred at those hotels during the same time period, including the discretion that was taken to avoid detection. MH's testimony about Bob Patel is based on her own personal experience, and witnesses can testify to their knowledge. | | | | | | | | | | | | | |

| 28 | 2 | 28 | 3 | Irrelevant, confusing (Kristin is not testifying in this case); speculation | Defendants incorporate their response to the Plaintiff's general objection in row 6. MH testifies to the same hotels at issue in this case and what occurred at those hotels during the same time period. MH's testimony about Bob Patel is based on her own personal experience, and witnesses can testify to their knowledge. | | | | | | | | | | | |
| 28 | 6 | 30 | 21 | Speculation; asks for information she can't know as to pimps ever paying employees | Defendants incorporate their response to the Plaintiff's general objection in row 6. MH testifies to the same hotels at issue in this case and what occurred at those hotels during the same time period. MH's testimony about her experience at the Red Roof Inn is based on her own personal experience, and witnesses can testify to their knowledge. | | | | | | | | | | | |

6414969.1

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30 | 23 | 30 | 24 | Speculation; asks for information she can't know about anyone ever paying any employee | Defendants incorporate their response to the Plaintiff's general objection in row 6. MH testifies to the same hotels at issue in this case and what occurred at those hotels during the same time period. MH's testimony about her experience at the Red Roof Inn is based on her own personal experience, and witnesses can testify to their knowledge. | | | | | | | | | | | |
| 31 | 1 | 31 | 1 | Speculation; asks for information she can't know about anyone ever paying any employee | Defendants incorporate their response to the Plaintiff's general objection in row 6. MH testifies to the same hotels at issue in this case and what occurred at those hotels during the same time period. MH's testimony about her experience at the Red Roof Inn is based on her own personal experience, and witnesses can testify to their knowledge. | | | | | | | | | | | |
| 31 | 10 | 32 | 18 | | | | | | | | | | | | | |
| 32 | 20 | 35 | 18 | | | | | | | | | | | | | |
| 37 | 21 | 37 | 23 | Irrelevant, prejudicial, confusing and misleading. That hotel is not at issue in this case. | Defendants will withdraw this testimony. | | | | | | | | | | | |

| 38 | 12 | 44 | 12 | Cumulative; these questions were asked and answered as to history with pimps and JD2 contacting her about the lawsuit. | Defendants incorporate their response to Plaintiff's general objection in row 6. This line of questioning goes to MH's lack of bias. Further, this testimony relates to Kwan, who is claimed to be an alleged trafficer by at leas two of the WK Plaintiffs. Therefore, MH's tesitmony regarding how these "pimps" provided for her, and how the operation was conducted is directly relevant to this case. | | | | | | | | | | | | |
| 44 | 14 | 46 | 12 | | | | | | | | | | | | | | |
| 46 | 19 | 51 | 10 | Cumulative; these questions were asked and answered as to which hotels she stayed at with which pimps and her drug history, keeping money from Shivers and spending it, keeping it "quiet." | Defendants incorporate their response to Plaintiff's general objection in row 6. This testimony is about he same Inns at isssue in this case, and the same time period.  Therefore, MH's tesitmony regarding how these "pimps" provided for her, and how the operation was conducted is directly relevant to this case. | | | | | | | | | | | | |
| 51 | 12 | 54 | 20 | | | | | | | | | | | | | | |
| 55 | 5 | 55 | 7 | | | | | | | | | | | | | | |
| 55 | 9 | 55 | 12 | | | | | | | | | | | | | | |
| 56 | 10 | 56 | 25 | | | | | | | | | | | | | | |

| 57 | 7 | 58 | 4 | Calls for legal conclusion. | Defendants incorporate their response to Plaintiff's general objection in row 6. MH's testimony regarding Kwan, who is an alleged trafficker in this case, is relevant. So is her personal belief that Micaela was a "bottom" for Kwan and what the position entailed. | | | | | | | | | | | | |
| 58 | 8 | 58 | 10 | Calls for legal conclusion. | Defendants incorporate their response to Plaintiff's general objection in row 6. MH's testimony regarding Kwan, who is an alleged trafficker in this case, is relevant. So is her personal belief that Micaela was a "bottom" for Kwan and what the position entailed. | | | | | | | | | | | | |
| 58 | 12 | 58 | 12 | Calls for legal conclusion. | MH's testimony regarding Kwan, who is an alleged trafficker in this case, is relevant. So is her personal belief that Micaela was a "bottom" for Kwan and what the position entailed. | | | | | | | | | | | | |

6414969.1

| 58 | 16 | 58 | 19 | Calls for legal conclusion. | Defendants incorporate their response to Plaintiff's general objection in row 6. MH's testimony regarding Kwan, who is an alleged trafficker in this case, is relevant. So is her personal belief based on personal experience, regarding the role drugs played in this lifestyle. | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 58 | 21 | 60 | 3 | Calls for legal conclusion. | Defendants incorporate their response to Plaintiff's general objection in row 6. MH's testimony regarding Kwan, who is an alleged trafficker in this case, is relevant. So is her personal belief based on personal experience, regarding the role drugs played in this lifestyle. So is her personal belief that Micaela was a "bottom" for Kwan and what the position entailed. | 60 | 4 | 60 | 9 | | | | | | | |
| 60 | 17 | 60 | 23 | Speculation; asks for information she can't possess as to wether Kwan was ever violent; and whether Micaela ever threatened violence or withheld drugs. | Defendants incorporate their response to Plaintiff's general objection in row 6. MH's testimony about how one of the alleged traffickers in this case, Kwan, treated her is directly relevant to the claims and defenses at issue. | | | | | | | | | | | |

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 60 | 25 | 62 | 23 | Cumulative; these questions were already asked and answered. | Defendants incorporate their response to Plaintiff's general objection in row 6. Further, this testimony is not cumulative but instead adds more detail to why MH did not sue even though she had similar experiences to other Plaintiffs. This testimony also goes directly to a lack of bias. | | | | | | | | | | | |
| 63 | 15 | 64 | 7 | Cumulative. | Defendants incorporate their response to Plaintiff's general objection in row 6. Further, this testimony is not cumulative but instead adds more detail to why MH did not sue even though she had similar experiences to other Plaintiffs. This testimony also goes directly to a lack of bias. | | | | | | | | | | | |
| 66 | 2 | 66 | 24 | | | | | | | | | | | | | |
| 67 | 2 | 68 | 19 | Irrelevant, prejudicial, confusing and misleading. The Microtel is not at issue in this lawsuit. | Defendants withdraw as to 68:9-19. Defendants incorporate their response to Plaintiff's general objection in row 6. MH's testimony regarding Kwan, who is an alleged trafficker in this case, is relevant. | 68 | 9 | 68 | 19 | Relevance - relates to another hotel not at issue in this case. | Withdraw 68:9-19 | 60 | 10 | 60 | 16 | Withdrawn 68:9-16; irrelevant, confusing, prejudicial; this relates to JD1 (not a witness) and different hotel |

| | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 69 | 14 | 70 | 9 | Irrelevant, prejudicial, confusing and misleading as to asking if Kristin called anyone about joining the lawsuit, which the witness already testified never happened and vague, speculative, and leading as "she was involved in it in some way" after witness testified she had never talked to Kristin about it. | Defendants incorporate their response to the Plaintiff's general objection in row 6. Further, there were no form objections on the record to these questions, which means those were waived. MH's testimony about being approached and that other women were approached about these lawsuits is relevant given her involvement with the same people, properties, and timeframes. | | | | | | | | | | | | |
| 71 | 4 | 71 | 15 | Irrelevant; confusing | Defendants incorporate their response to Plaintiff's general objection in row 6. MH's testimony about how one of the alleged traffickers in this case, Kwan, treated her is directly relevant to the claims and defenses at issue. | | | | | | | | | | | | |
| 75 | 22 | 79 | 3 | | | 79 79 80 | 4 10 5 | 79 79 80 | 8 18 21 | Irrelevant - relates to a hotel not at issue in this case. MH testified CB was never at Red Roof Inns. | the preceding portion and other parts you've designated deal with CB. If that comes in, the whole discussion should come in. | 79 80 | 20 1 | 79 80 | 22 4 | | |

| | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 81 | 12 | 83 | 10 | | | 81 | 2 | 81 | 12 | Not a proper counter designation given Plaintiff's parameters for counter designation; this can be played in your affirmative designations, not ours | This is part of your counter-counter; if any of this comes in (and again we object to MH's testimony wholesale), then this should be played in line for clarity purposes. | | | | | | |
| 83 | 17 | 84 | 1 | | | | | | | | | | | | | | |
| 83 | 21 | 84 | 7 | | | | | | | | | | | | | | |
| 85 | 9 | 85 | 18 | | | 84 | 20 (begin with "before") | 85 | 8 | Not a proper counter designation given Plaintiff's parameters for counter designation; this can be played in your affirmative designations, not ours | The questions are about how many girls were with each pimp. (87:14-25); this goes with that and is a proper counter. | | | | | | |
| 87 | 14 | 87 | 25 | | | 86 | 3 | 86 | 22 | | | | | | | | |
| 88 | 1 | 89 | 13 | | | 89 89 | 14 24 | 89 90 | 19 12 | Not a proper counter designation given Plaintiff's parameters for counter designation; this can be played in your affirmative designations, not ours | the conversation is about her stays at the RRI Smyrna and this is part of that; it's a proper counter if she's permitted to discuss her time at the Smyrna Red Roof. | 90 | 12 | 90 | 22 | | |
| 91 | 21 | 92 | 4 | | | | | | | | | | | | | | |
| 92 | 9 | 92 | 12 | | | | | | | | | | | | | | |
| 92 | 14 | 92 | 19 | | | | | | | | | | | | | | |

| | | | | | | | | | | | Objection/Comment | Note | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 92 | | | | 21 | 92 | 21 | | | 93 | 1 | 93 | 6 | Not a proper counter designation given Plaintiff's parameters for counter designation; this can be played in your affirmative designations, not ours | This would be used solely for cross if she's allowed to testify about Jane Doe 2 asking her to join in the lawsuit. | | | | | | |
| 93 | | | | 9 | 93 | 23 | | | | | | | | | | | | | | |
| 94 | | | | 25 | 95 | 1 | | | | | | | | | | | | | | |
| 95 | | | | 25 | 96 | 19 | | | 95 | 16 | 95 | 24 | Not a proper counter designation given Plaintiff's parameters for counter designation; this can be played in your affirmative designations, not ours | Withdraw | | | | | | |

| | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 97 | | 6 | 97 | 8 | | | 99 100 | 16 21 | 100 101 | 14 4 | Not a proper counter designation given Plaintiff's parameters for counter designation; this can be played in your affirmative designations, not ours. This counter designates testimony regarding an exhibit that was not used in Defendants' affirmative designation, highlighting the inappropriate nature of Plaintiff's counter per Plaintiff's counter designation "rules." | Withdraw | | | | | | |
| 103 | | 18 | 103 | 21 | | | 103 103 | 2 8 | 103 103 | 5 12 | Not a proper counter designation given Plaintiff's parameters for counter designation; this can be played in your affirmative designations, not ours | This relates to 103:18-21, 108:24-104:13 about whether the hotel knew or should have known about prostitution so it is proper counter | 101 | 18 | 101 | 21 | | |

6414969.1

| 103 | | 24 | 104 | 13 | | | 103 | 15 | 103 | 16 | Not a proper counter designation given Plaintiff's parameters for counter designation; this can be played in your affirmative designations, not ours | This relates to 103:18-21, 108:24-104:13 about whether the hotel knew or should have known about prostitution so it is proper counter | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 104 | | 16 | 104 | 16 | | | 104 105 106 107 107 108 109 | 20 3 2 1 18 12 21 | 104 105 106 107 108 109 110 | 24 10 5 6 11 13 5 | Not a proper counter designation given Plaintiff's parameters for counter designation; this can be played in your affirmative designations, not ours. This counter designates testimony regarding an exhibit that was not used in Defendants' affirmative designation, highlighting the inappropriate nature of Plaintiff's counter per Plaintiff's counter designation "rules." | 104:20-24 relates to 103:18-21, 108:24-104:13 about whether the hotel knew or should have known about prostitution so it is proper counter.  Withdraw 105:3-10.  106:2-112:14 would be for purposes of cross-examination and could be played after Defendants play their designations | | | | | |

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 114 | 25 | 115 | 7 | Irrelevant as to where she lives (also unsafe) and what she wears there. | Withdraw as to 115:3-4 (hotel name). Defendants incorporate their response to Plaintiff's general objection in row 6. MH's testimony regarding Kwan, who is an alleged trafficker in this case, is relevant. So is her personal belief based on personal experience, regarding the role drugs played in this lifestyle. | 111 111 | 14 23 | 111 112 | 20 14 | Not a proper counter designation given Plaintiff's parameters for counter designation; this can be played in your affirmative designations, not ours. This counter designates testimony regarding an exhibit that was not used in Defendants' affirmative designation, highlighting the inappropriate nature of Plaintiff's counter per Plaintiff's counter designation "rules." | see note above re: 111:14-111:20 and 111:23-112:14 | | | | | |
| 115 | 11 | 115 | 19 | | | | | | | | | | | | | |
| 115 | 23 | 116 | 6 | | | | | | | | | | | | | |

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 117 | 4 | 118 | 5 | | | 118 | 11 | 118 | 15 | Not a proper counter designation given Plaintiff's parameters for counter designation; this can be played in your affirmative designations, not ours | this relates precisely to the question before and many other questions about JD1 JD2 (i.e., MH wasn't always with them); if her testimony about either of the two comes in, this should be played at the conclusion of the deposition video | | | |

6414969.1

| WITNESS NAME: | Tom McElroy |
|---|---|
| DEPOSITION DATE: | 7/6/22 |

| AFFIRMATIVE DEPOSITION DESIGNATIONS | | | | COUNTER DESIGNATIONS | | | | | REPLY DESIGNATIONS | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Page/Line Begin | Page/Line End | | Objections | Replies to Objections | Page/Line Begin | Page/Line End | | Objections | Replies to Objections | Page/Line Begin | Page/Line End | Objections | Replies to Objections |
| 8 | 4 | 8 | 9 | Attorney testimony; not admissible | Required to clarify record given Plaintiffs' efforts to combine Red Roof entities even though they are separate corporate entities | | | | | | | | |
| 8 | 24 | 8 | 25 | | | | | | | | | | |
| 9 | 1 | 9 | 3 | | | | | | | | | | |
| 15 | 23 | 15 | 25 | | | | | | | | | | |
| 17 | 4 | 17 | 9 | | | | | | | | | | |
| 18 | 10 | 18 | 20 | | | | | | | | | | |
| 21 | 25 | 21 | 25 | | | | | | | | | | |

6414969.1

| 22 | 1 | 22 | 16 | | | 22 24 24 | 17 10 14 | 23 24 24 | 11 12 23 | Page 22; lines 23-25; Not a proper counter-designation according to your definition of counter-designations; improper expert opinion; not designated as an expert; Page 23, lines 1-11 Not a proper counter-designation according to your definition of counter-designations; improper expert opinion; not designated as an expert; Page 24, lines 10-23: Not a proper counter-designation according to | deponent is Red Roof's former safety and security director, not offering expert opinion; designations proper under Rule 32(a)(6) | | | | | |
| 27 | 23 | 27 | 25 | | | 26 27 | 20 15 | 27 27 | 13 21 | Relevance; Not a proper counter-designation based upon your definition of counter-designations; improper expert opinion; lack of foundation during relevant time period; | Relevant and provides context for affirmative designation; former Red Roof Safety and security director, proper foundation; proper designation under Rule 32(a)(6) | | | | | |

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 28 | 3 | 28 | 9 | | | 30 30 | 3 8 | 30 30 | 6 8 | Not a proper counter-designation based upon your definition of counter-designations; improper expert opinion; lack of foundation during relevant time period; | Withdraw as counter | | | | | |
| 48 | 25 | 48 | 25 | | | | | | | | | | | | | |
| 49 | 1 | 49 | 6 | | | | | | | | | | | | | |
| 49 | 25 | 49 | 25 | | | | | | | | | | | | | |
| 50 | 1 | 50 | 2 | | | | | | | | | | | | | |
| 50 | 4 | 50 | 9 | | | 50 50 | 11 15 | 50 50 | 13 25 | Not a proper counter-designation based upon your definition of counter-designations; improper expert opinion; lack of foundation during relevant time period; | proper counter under Rule 32(a)(6); not expert opinion, describing his experience as Red Roof Safety and Security Director; does not lack foundation; discussing the period of his employment, which overlaps with period of trafficking | | | | | |
| 55 | 22 | 55 | 23 | | | | | | | | | | | | | |
| 55 | 25 | 55 | 25 | | | 56 57 57 | 2 1 6 | 56 57 57 | 23 4 16 | Relevance; Speculation; | Not speculation, asks deponent's understanding based on his own experience; relevant to Red Roof's prioritization of revenue over safety, relevant to punitive damages | | | | | |
| 70 | 14 | 70 | 25 | | | | | | | | | | | | | |
| 71 | 1 | 71 | 1 | | | | | | | | | | | | | |
| 78 | 24 | 78 | 25 | | | | | | | | | | | | | |

| 79 | 1 | 79 | 6 | 5-6 Argumentative, Mistates evidence, call for legal conclusion, vague | Not argumentative; accurately states improper conduct of witness to show his bias against RRI; not vague and not a legal conclusion | | | | | | | | | |
|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|
| 79 | 8 | 79 | 8 | see objection above | See response above. | | | | | | | | | |
| 79 | 17 | 79 | 21 | Argumentative, Mistates evidence, assumes facts not in evidence | Same as above; does not include facts not in evidence | | | | | | | | | |
| 79 | 23 | 79 | 24 | see objection above | Same as above. | | | | | | | | | |
| 80 | 10 | 80 | 13 | | | | | | | | | | | |
| 80 | 14 | 80 | 21 | 17-21 call for legal conclusion, assumes facts not in evidence, vague | Shows bias of witness; no legal conclusion or facts assumed; not vague | | | | | | | | | |
| 80 | 23 | 80 | 23 | see objection above | Shows bias of witness; no legal conclusion or facts assumed; not vague | | | | | | | | | |
| 80 | 25 | 80 | 25 | call for legal conclusion, assumes facts not in evidence, vague | Shows bias of witness; no legal conclusion or facts assumed; not vague | | | | | | | | | |
| 81 | 1 | 81 | 2 | call for legal conclusion, assumes facts not in evidence, vague | Shows bias of witness; no legal conclusion or facts assumed; not vague | | | | | | | | | |
| 81 | 20 | 81 | 25 | | | | | | | | | | | |

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 82 | 1 | 82 | 2 | | | | | | | | | | | | | |
| 82 | 16 | 82 | 25 | | | | | | | | | | | | | |
| 83 | 1 | 83 | 3 | | | | | | | | | | | | | |
| 83 | 6 | 82 | 25 | | | | | | | | | | | | | |
| 84 | 1 | 84 | 25 | 23-25 - Argumentative, Mistates evidence, assumes facts not in evidence | Shows bias of witness; no legal conclusion or facts assumed; not vague | | | | | | | | | | | |
| 85 | 2 | 85 | 2 | see objection above | Shows bias of witness; no legal conclusion or facts assumed; not vague | | | | | | | | | | | |
| 85 | 13 | 85 | 24 | | | | | | | | | | | | | |
| 88 | 8 | 88 | 14 | 14 - Argumentative, Mistates evidence, assumes facts not in evidence | Shows bias of witness; no legal conclusion or facts assumed; not vague | | | | | | | | | | | |
| 88 | 16 | 88 | 19 | see objection above | Shows bias of witness; no legal conclusion or facts assumed; not vague | | | | | | | | | | | |
| 88 | 23 | 88 | 23 | Argumentative, Mistates evidence, assumes facts not in evidence | Shows bias of witness; no legal conclusion or facts assumed; not vague | | | | | | | | | | | |
| 88 | 25 | 88 | 25 | see objection above | Shows bias of witness; no legal conclusion or facts assumed; not vague | | | | | | | | | | | |

| 89 | 1 | 89 | 1 | see objection above | Shows bias of witness; no legal conclusion or facts assumed; not vague | | | | | | | | | | | |
| 89 | 11 | 89 | 13 | assumes facts not in evidence, vague | Shows bias of witness; no legal conclusion or facts assumed; not vague | | | | | | | | | | | |
| 89 | 24 | 89 | 25 | Argumentative, Mistates evidence, assumes facts not in evidence | Shows bias of witness; no legal conclusion or facts assumed; not vague | | | | | | | | | | | |
| 90 | 1 | 90 | 1 | see objection above | Shows bias of witness; no legal conclusion or facts assumed; not vague | | | | | | | | | | | |
| 90 | 4 | 90 | 16 | | | | | | | | | | | | | |
| 91 | 4 | 91 | 8 | misstates evidence, assumes facts not in evidence | Witness admits facts as true | | | | | | | | | | | |
| 110 | 14 | 110 | 25 | | | | | | | | | | | | | |
| 111 | 24 | 111 | 25 | | | | | | | | | | | | | |
| 112 | 1 | 112 | 25 | | | 113 | 5 | 114 | 13 | Not a proper counter-designation according to your definition of counter-designations; relevance; | proper counter under Rule 32(a)(6); relevant to duties as Red Roof Safety and Security Director | | | | | |
| 115 | 17 | 115 | 24 | | | | | | | | | | | | | |

6414969.1

| 117 | 1 | 117 | 25 | 117:24-118:1: argumentative, misstates evidence | Not argumentative; witness admitted the statements were true | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 118 | 1 | 118 | 1 | see objection above | Same | | | | | | | | | | | |
| 118 | 5 | 118 | 16 | | | 118 | 17 | 118 | 24 | | | | | | | |
| 119 | 5 | 119 | 6 | | | 119 | 2 | 119 | 3 | Unnecessary to repeat question; confusing; | not confusing | | | | | |
| 119 | 8 | 119 | 12 | | | | | | | | | | | | | |
| 119 | 14 | 119 | 14 | | | | | | | | | | | | | |
| 119 | 16 | 119 | 25 | | | | | | | | | | | | | |
| 120 | 1 | 120 | 5 | | | | | | | | | | | | | |
| 120 | 7 | 120 | 7 | | | | | | | | | | | | | |
| 120 | 9 | 120 | 25 | | | | | | | | | | | | | |
| 121 | 1 | 121 | 9 | | | | | | | | | | | | | |
| 121 | 25 | 121 | 25 | | | | | | | | | | | | | |
| 122 | 1 | 122 | 5 | | | 122 | 6 | 122 | 9 | Improper expert opinion; calls for speculation; not a proper counter-designation based upon your definition of counter-designations; | Questioning is by Red Roof's counsel; objections to expert opinion and speculation waived by failure to raise at deposition; proper counter under Rule 32(a)(6) | | | | | |
| 122 | 19 | 122 | 21 | | | 122 | 12 | 122 | 18 | Improper expert opinion; calls for speculation; not a proper counter-designation based upon your definition of counter-designations; | See response above | | | | | |
| 122 | 23 | 122 | 23 | | | | | | | | | | | | | |
| 123 | 10 | 123 | 21 | | | | | | | | | | | | | |
| 123 | 23 | 123 | 25 | | | | | | | | | | | | | |

| | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 124 | 1 | 124 | 2 | | | | | | | | | | | | | | |
| 124 | 6 | 124 | 9 | Question is at line 4: vague | Witness answered question including narrative response; not vague | | | | | | | | | | | | |
| 124 | 11 | 124 | 19 | | | | | | | | | | | | | | |
| 126 | 15 | 126 | 25 | | | | | | | | | | | | | | |
| 127 | 1 | 127 | 1 | | | | | | | | | | | | | | |
| 128 | 16 | 128 | 25 | | | | | | | | | | | | | | |
| 129 | 1 | 128 | 15 | | | 129 | 16 | 129 | 17 | Lack of foundation; speculation; improper legal opinion and improper expert opinion; | Questioning is by Red Roof's counsel; all objections waived by failure to assert at deposition | 129 | 18 | 129 | 19 | | |
| 134 | 7 | 134 | 21 | | | 134 | 22 | 135 | 14 | Improper expert opinion; not a proper counter-designation according to your definition of counter-designations; | expert opinion objection waived by failuer to assert at deposition; proper counter under Rule 32(a)(6) | | | | | | |
| 137 | 16 | 137 | 25 | | | | | | | | | | | | | | |

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 138 | 1 | 138 | 2 | | | | | 139 | 12 | 139 | 19 | Improper expert opinion; improper counter-designation based upon your definition of counter-designations; relevance; | not improper opinion; proper counter under Rule 32(a)(6); relvant to subject matter of Red Roof's designations | 135 136 | 20 1 | 135 136 | 25 2 | | |
| | | | | | | | | 139 | 25 | 140 | 7 | | | | | | | | |
| | | | | | | | | 140 | 14 | 140 | 21 | | | | | | | | |
| | | | | | | | | 140 | 24 | 140 | 24 | | | | | | | | |
| | | | | | | | | 141 | 1 | 141 | 3 | | | | | | | | |
| | | | | | | | | 141 | 5 | 141 | 12 | | | | | | | | |
| | | | | | | | | 141 | 15 | 141 | 17 | | | | | | | | |
| | | | | | | | | 141 | 21 | 141 | 24 | | | | | | | | |
| | | | | | | | | 142 | 1 | 142 | 12 | | | | | | | | |
| | | | | | | | | 142 | 14 | 142 | 20 | | | | | | | | |
| | | | | | | | | 142 | 22 | 143 | 1 | | | | | | | | |
| | | | | | | | | 143 | 3 | 143 | 7 | | | | | | | | |
| | | | | | | | | 143 | 9 | 143 | 13 | | | | | | | | |
| | | | | | | | | 143 | 15 | 143 | 19 | | | | | | | | |
| | | | | | | | | 143 | 21 | 143 | 21 | | | | | | | | |
| 144 | 7 | 144 | 18 | | | | | 144 | 19 | 145 | 20 | Relevance; hearsay; not a proper counter-designation according to your definition of counter-designation; speculation; | proper counter under Rule 32(a)(6); relevant to subject matter of Red Roof's designations; not hearsay, not offered for truth of matter asserted; not speculation | | | | | | |
| | | | | | | | | 145 | 22 | 146 | 1 | | | | | | | | |
| | | | | | | | | 146 | 3 | 146 | 3 | | | | | | | | |

| WITNESS NAME: | James Moyer |
|---|---|
| DEPOSITION DATE: | 3/18/22 |

| AFFIRMATIVE DEPOSITION DESIGNATIONS | | | | COUNTER DESIGNATIONS | | | | REPLY DESIGNATIONS | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Page/Line Begin | Page/Line End | Objections | Replies to Objections | Page/Line Begin | Page/Line End | Objections | Replies to Objections | Page/Line Begin | Page/Line End | Objections | Replies to Objections |
| 14 | 12 | 14 | 15 | | | | | | | | |
| 18 | 18 | 19 | 7 | | | | | | | | |
| 19 | 14 | 19 | 24 | | | | | | | | |
| 20 | 5 | 22 | 23 | | | | | | | | |
| 23 | 2 | 23 | 8 | | | | | | | | |
| 26 | 1 | 26 | 9 | 26 | 10 | 26 | 16 | | | | |
| 26 | 17 | 26 | 21 | | | | | | | | |
| 29 | 22 | 30 | 18 | | | | | | | | |
| 31 | 5 | 31 | 21 | | | | | | | | |
| 32 | 10 | 32 | 19 | 32 | 20 | 33 | 9 | | | | |
| 33 | 10 | 33 | 23 | | | | | | | | |
| 34 | 8 | 34 | 12 | | | | | | | | |
| 34 | 23 | 34 | 25 | 35 | 1 | 35 | 12 | | | | |
| 35 | 13 | 35 | 24 | | | | | | | | |
| 36 | 9 | 36 | 13 | | | | | | | | |
| 38 | 3 | 38 | 7 | | | | | | | | |
| 40 | 15 | 41 | 17 | | | | | | | | |
| 45 | 25 | 46 | 23 | 45 | 15 | 45 | 22 | | | | |
| 48 | 10 | 48 | 23 | 47 | 18 | 48 | 9 | | | | |
| 48 | 25 | 49 | 2 | | | | | | | | |
| 49 | 4 | 51 | 4 | 51 | 5 | 51 | 18 | | | | |
| 52 | 11 | 53 | 14 | 51 | 25 (begin with "did") | 52 | 10 | | | | |
| 58 | 19 | 59 | 1 | 59 | 2 | 59 | 19 | | | | |
| 63 | 7 | 64 | 9 | | | | | | | | |
| 64 | 23 | 65 | 25 | 66 | 3 | 66 | 4 | | | | |
| 80 | 1 | 80 | 16 | | | | | | | | |
| 81 | 13 | 81 | 20 | | | | | | | | |
| 118 | 5 | 118 | 12 | | | | | | | | |
| 121 | 9 | 122 | 13 | 122 | 14 | 122 | 23 | | | | |
| 123 | 20 | 124 | 4 | 124 | 11 | 124 | 23 | | | | |
| 130 | 9 | 130 | 13 | 129 | 23 | 130 | 8 | | | | |
| 130 | 16 | 131 | 1 | | | | | | | | |
| 131 | 3 | 131 | 8 | 133 | 1 | 133 | 4 | | | | |
| | | | | 133 | 6 | 133 | 7 | | | | |
| 134 | 15 | 134 | 16 | | | | | | | | |

| | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 135 | 1 | 135 | 3 | | | | | | | | | | | | | | | |
| 135 | 7 | 135 | 16 | | | | | | | | | | | | | | | |
| 136 | 4 | 136 | 13 | | | 136 | 115 (begin with "can") | 136 | 19 | | | | | | | | | |
| 136 | 20 | 136 | 25 | | | | | | | | | | | | | | | |
| 137 | 2 | 137 | 17 | | | | | | | | | | | | | | | |
| 137 | 19 | 137 | 21 | | | | | | | | | | | | | | | |
| 141 | 1 | 141 | 12 | | | 141 | 13 | 141 | 16 | | | | | | | | | |
| 143 | 4 | 143 | 8 | | | 143 | 9 | 143 | 15 | | | | | | | | | |
| 143 | 16 | 143 | 20 | | | | | | | | | | | | | | | |
| 143 | 24 | 143 | 25 | | | | | | | | | | | | | | | |
| 144 | 2 | 144 | 5 | | | 144 | 10 | 145 | 11 | | | | | | | | | |
| 145 | 13 | 145 | 23 | | | 145 | 24 | 146 | 4 | | | | | | | | | |
| 147 | 10 | 147 | 16 | | | 147 | 2 | 147 | 9 | | | | | | | | | |
| | | | | | | 147 | 17 | 148 | 3 | | | | | | | | | |
| | | | | | | 148 | 6 | 148 | 11 | | | | | | | | | |
| 149 | 24 | 150 | 16 | | | 148 | 15 | 149 | 22 | | | | | | | | | |
| 150 | 18 | 151 | 14 | | | | | | | | | | | | | | | |
| 151 | 16 | 152 | 5 | | | | | | | | | | | | | | | |
| 153 | 13 | 153 | 16 | | | 152 | 6 | 152 | 15 | | | | | | | | | |
| | | | | | | 152 | 17 | 152 | 23 | | | | | | | | | |
| | | | | | | 152 | 25 | 153 | 10 | | | | | | | | | |
| 154 | 11 | 154 | 16 | | | | | | | | | | | | | | | |
| 154 | 18 | 155 | 1 | | | | | | | | | | | | | | | |
| 155 | 3 | 155 | 5 | | | | | | | | | | | | | | | |
| 155 | 7 | 155 | 9 | | | | | | | | | | | | | | | |
| 155 | 13 | 155 | 16 | | | | | | | | | | | | | | | |
| 155 | 22 | 156 | 6 | | | 156 | 7 | 156 | 10 | | | | | | | | | |
| 156 | 11 | 156 | 14 | | | 156 | 15 | 157 | 2 | | | | | | | | | |
| 159 | 4 | 159 | 15 | | | | | | | | | | | | | | | |
| 160 | 5 | 161 | 7 | | | 161 | 8 | 161 | 11 | | | | | | | | | |
| 161 | 13 | 161 | 21 | | | 161 | 22 | 162 | 1 | | | | | | | | | |
| 162 | 5 | 163 | 10 | | | | | | | | | | | | | | | |
| 163 | 12 | 163 | 13 | | | | | | | | | | | | | | | |
| 163 | 15 | 163 | 19 | | | | | | | | | | | | | | | |
| 163 | 23 | 164 | 2 | | | | | | | | | | | | | | | |
| 164 | 5 | 164 | 6 | | | | | | | | | | | | | | | |
| 164 | 16 | 164 | 19 | | | | | | | | | | | | | | | |
| 164 | 21 | 164 | 25 | | | 165 | 1 | 165 | 2 | | | | | | | | | |
| 165 | 3 | 165 | 10 | | | 165 | 11 | 165 | 20 | | | | | | | | | |
| 167 | 3 | 167 | 16 | | | 166 | 18 | 167 | 2 | | | | | | | | | |
| | | | | | | 167 | 17 | 167 | 18 | | | | | | | | | |
| 167 | 19 | 168 | 5 | | | 168 | 6 | 168 | 22 | | | | | | | | | |

6414969.1

| | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 168 | 23 | 169 | 6 | | | 169 | 7 | 169 | 11 | | | | | | | | |
| | | | | | | 169 | 13 | 170 | 15 | | | | | | | | |
| 171 | 23 | 172 | 7 | | | 172 | 8 | 172 | 14 | | | | | | | | |
| | | | | | | 172 | 21 | 173 | 4 | | | | | | | | |
| 173 | 5 | 175 | 13 | | | 175 | 14 | 176 | 13 | | | | | | | | |
| 179 | 1 | 179 | 5 | | | | | | | | | | | | | | |
| 179 | 7 | 179 | 12 | | | 179 | 25 | 181 | 4 | | | | | | | | |
| 181 | 9 | 181 | 16 | | | | | | | | | | | | | | |
| 192 | 8 | 193 | 7 | | | 191 | 23 | 192 | 7 | | | | | | | | |
| 195 | 19 | 195 | 21 | | | | | | | | | | | | | | |
| 213 | 16 | 217 | 10 | | | 209 | 14 | 211 | 21 | Rule 403. | Witness's own characterization of guests at Buckhead location as "pimps and hos," even if made in jest or parroting others' words, are not unfairly prejudicial, confusing, or duplicative. Witness's characterization belies his own knowledge of actual or suspected criminal activity at the location, which is probative of defendants' knowledge of the same. There is no 403 factor that would substantially outweigh the significant probative value. | | | | | |
| | | | | | | 211 | 23 | 213 | 11 | | | | | | | | |
| | | | | | | 213 | 13 | 213 | 14 | | | | | | | | |
| 218 | 12 | 219 | 21 | | | | | | | | | | | | | | |
| 229 | 2 | 230 | 16 | | | 228 | 14 | 229 | 1 | | | | | | | | |
| 230 | 18 | 231 | 11 | | | | | | | | | | | | | | |
| 231 | 13 | 231 | 17 | | | | | | | | | | | | | | |
| 231 | 25 | 232 | 11 | | | | | | | | | | | | | | |
| 232 | 14 | 232 | 19 | | | | | | | | | | | | | | |
| 232 | 22 | 233 | 1 | | | 233 | 2 | 233 | 22 | Improper hypothetical; argumentative | Witness is a lay witness testifying to his rationally based perception regarding facts about which he has personal knowledge. He is testifying regarding the contents of Red Roof's training on prostitution and sex trafficking and what that training directed employees to do in response to certain guest conduct. He is not being asked to offer an opinion about a topic that requires expert knowledge under FRE 702. As to argumentative, the questioning and the testimony are within the limits of a normal, searching cross examination. | | | | | |
| | | | | | | 233 | 24 | 235 | 23 | | | | | | | | |
| 236 | 5 | 236 | 11 | | | | | | | | | | | | | | |
| 236 | 13 | 236 | 15 | | | | | | | | | | | | | | |
| 236 | 17 | 236 | 23 | | | | | | | | | | | | | | |
| 239 | 6 | 240 | 22 | | | 240 | 23 | 241 | 17 | | | | | | | | |
| 246 | 16 | 247 | 11 | Highlighting goes through line 17. | The designation is inteded to stop at line 11 | 246 | 6 | 246 | 15 | | | | | | | | |

| | | | | | | | 247 | 12 | 247 | 25 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 248 | 1 | 248 | 13 | | | | 248 | 14 | 248 | 18 | | | | | | | | |
| 248 | 19 | 249 | 8 | | | | 249 | 9 | 250 | 9 | | | | | | | | |
| 250 | 10 | 250 | 23 | | | | | | | | | | | | | | | |
| 253 | 14 | 254 | 25 | | | | 251 | 2 | 251 | 6 | | | | | | | | |
| | | | | | | | 251 | 12 | 252 | 23 | | | | | | | | |
| 257 | 23 | 258 | 11 | | | | 255 | 1 | 256 | 8 | Foundation; improper lay opinion; duplicative; hearsay; R. 404 | As to foundation, it is unclear what the basis of such an objection would be. Further, as to much of the testimony, any foundation objection would be waived as foundation is a form objection and it was not raised during the deposition. As to lay opinion, the witness is a lay witness being asked to testify to his rationally based perception regarding facts about which he has personal knowledge. In particular, the witness is being questioned about an email he received and forwarded to a colleague with his comments. He is not offering opinions about areas that require specialized knowledge, education, or experience under Rule 702. The testimony is not needlessly duplicative such that the cumulative effect would substantially outweigh the probative value under Rule 403. The probative value is significant, and Plaintiffs are not proposing that the material actually be played twice. | | | | | | |
| | | | | | | | 256 | 10 | 256 | 19 | | | | | | | | |
| | | | | | | | 256 | 22 | 257 | 22 | | | | | | | | |
| 257 | 23 | 258 | 11 | | | | 258 | 12 | 262 | 9 | Hearsay; R. 404 | As to hearsay, the testimony is not hearsay. First, it is not offered to prove the truth of the matter asserted--that is, that the events occurred precisely as reported--but to show the effect on the listener. They are offered to show that the witness had notice of the reported information and to show the reasonableness of his response in light of that information. Second, statements made by Red Roof employees are statements of a party opponent and therefore not hearsay. It is unclear what the basis for a Rule 404 objection would be, but again, the testimony is not offered for its truth and therefore is not offered to show prior bad action and conformity therewith. Instead, it is offered to show Mr. Moyer's notice of the information as reported to him and the reasonableness of his response, in turn. | | | | | | |

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 264 | 16 | 264 | 24 | | | 263 | 4 | 264 | 15 | | As to hearsay, the testimony is not hearsay. First, it is not offered to prove the truth of the matter asserted--that is, that the events occurred precisely as reported--but to show the effect on the listener. They are offered to show that the witness had notice of the reported information and to show the reasonableness of his response in light of that information. Second, statements made by Red Roof employees are statements of a party opponent and therefore not hearsay.<br>It is unclear what the basis for a Rule 404 objection would be, but again, the testimony is not offered for its truth and therefore is not offered to show prior bad action and conformity therewith. Instead, it is offered to show Mr. Moyer's notice of the information as reported to him and the reasonableness of his response, in turn. | | | | | |
| 265 | 12 | 266 | 18 | | | | | | | | | | | | |
| 266 | 20 | 267 | 13 | | | | | | | | | | | | |
| 281 | 9 | 283 | 2 | | | | | | | | | | | | |
| 283 | 10 | 283 | 24 | | | 283<br>284 | 25<br>7 | 284<br>284 | 4<br>9 | | | | | | | |
| 285 | 8 | 286 | 25 | | | 285 | 3 | 285 | 7 | | | | | | | |

| | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 287 | 1 | 287 | 2 | Improper lay opinion; foundation; hearsay | As to foundation, it is unclear what the basis of such an objection would be. Further, as to much of the testimony, any foundation objection would be waived as foundation is a form objection and it was not raised during the deposition. | | | | | | | |
| | | | | | | 287 | 5 | 287 | 13 | | As to lay opinion, the witness is a lay witness being asked to testify to his rationally based perception. In particular, the witness is being questioned about an email he received and responded to. He is not offering opinions about areas that require specialized knowledge, education, or experience under Rule 702. | | | | | | | |
| | | | | | | 287 | 16 | 288 | 14 | | As to hearsay, the testimony is not hearsay. It is not offered to prove the truth of the matter asserted--that is, that the events occurred precisely as reported--but to show the effect on the listener. They are offered to show that the witness had notice of the reported information and to show the reasonableness of his response in light of that information. | | | | | | | |
| | | | | | | | | | | | It is unclear what the basis for a Rule 404 objection would be, but again, the testimony is not offered for its truth and therefore is not offered to show prior bad action and conformity therewith. Instead, it is offered to show Mr. Moyer's notice of the information as reported to him and the reasonableness of his response, in turn | | | | | | | |
| 304 | 12 | 304 | 20 | | | 301 | 19 | 301 | 22 | Hearsay; R. 404 | As to hearsay, the testimony is not hearsay. First, it is not offered to prove the truth of the matter asserted--that is, that the events occurred precisely as reported--but to show the effect on the listener. They are offered to show that the witness had notice of the reported information and to show the reasonableness of his response in light of that information. Second, statements of Red Roof employees are not hearsay because they are statements of a party opponent. | | | | | | | |
| | | | | | | | | | | | It is unclear what the basis for a Rule 404 objection would be, but again, the testimony is not offered for its truth and therefore is not offered to show prior bad action and conformity therewith. Instead, it is offered to show Mr. Moyer's notice of the information as reported to him and the reasonableness of his response, in turn | | | | | | | |
| | | | | | | 302 | 7 | 304 | 11 | Hearsay; R. 404 | | | | | | | | |

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 313 | 15 | 313 | 24 | | | 312<br>312<br>313<br>313<br>314<br>314<br>315<br>315 | 17<br>24<br>2<br>8<br>1<br>10<br>20<br>25 | 312<br>312<br>313<br>313<br>314<br>315<br>315<br>316 | 21<br>25<br>6<br>14<br>8<br>17<br>22<br>7 | Improper lay opinion; foundation | Witness is testifying as a lay witness regarding his personal knowledge, and his personal knowledge and rationally based perception regarding whether the Buckhead location had problems with prostitution and sex trafficking. Testimony shows that witness received guest reviews at regular intervals and was responsible for assuring "quality" at this location, which was measured within the organization by, among other things, consumer reviews<br>This is an opinion that doesn't require particular education, experience, or expertise. Juries are capable of understanding what "problem with prostitution" means in general terms.<br>Witness certainly has sufficient personal knowledge to render such an opinion, given the time he worked for Red Roof and was specifically responsible for the location at issue. | | | | | | |
| 327 | 23 | 328 | 7 | | | | | | | | | | | | | |
| 329 | 7 | 329 | 11 | | | | | | | | | | | | | |
| 330 | 2 | 330 | 12 | | | | | | | | | | | | | |
| 330 | 14 | 330 | 16 | | | | | | | | | | | | | |
| 330 | 18 | 332 | 12 | | | | | | | | | | | | | |
| 344 | 11 | 345 | 16 | | | | | | | | | | | | | |

6414969.1

| WITNESS NAME: | Gregory E. Stocker |
|---|---|
| DEPOSITION DATE: | 5/11/22 |

| AFFIRMATIVE DEPOSITION DESIGNATIONS | | | | | COUNTER DESIGNATIONS | | | | | | REPLY DESIGNATIONS | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Page/Line Begin | | Page/Line End | | Objections | Replies to Objections | Page/Line Begin | | Page/Line End | | Objections | Replies to Objections | Page/Line Begin | Page/Line End | Objections | Replies to Objections |
| 8 | 14 | 8 | 16 | | | | | | | | | | | | |
| 18 | 25 | 18 | 25 | | | | | | | | | | | | |
| 19 | 1 | 19 | 7 | | | | | | | | | | | | |
| 19 | 13 | 19 | 24 | | | | | | | | | | | | |
| 21 | 3 | 21 | 16 | | | | | | | | | | | | |
| 22 | 17 | 22 | 23 | | | 22 | 24 | 23 | 8 | Relevance; | Relevant to the affirmative designation | | | | |
| 24 | 9 | 24 | 23 | | | 24 | 24 | 26 | 3 | Relevance; not a proper counter-designation in light of your definition of counter-designations; | Withdrawn | | | | |
| 26 | 4 | 26 | 25 | | | | | | | | | | | | |
| 27 | 1 | 27 | 25 | | | | | | | | | | | | |
| 28 | 1 | 28 | 25 | | | | | | | | | | | | |
| 29 | 1 | 29 | 3 | | | 29 | 4 | 29 | 17 | Improper hypothetical; expert opinion; not a proper counter-designation according to your definition of counter-designations; calls for speculation; | objections waived by failure to assert at depo; proper counter under Rule 32(a)(6) | | | | |

6414969.1

| | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 36 | 10 | 36 | 25 | | | 30 32 33 33 34 35 | 5 24 16 21 16 7 | 32 33 33 33 35 36 | 16 11 19 25 3 9 | Improper hypothetical; expert opinion; not a proper counter-designation according to your definition of counter-designations; calls for speculation; | objections waived by failure to assert at depo; proper counter under Rule 32(a)(6); designations on pages 30-33 are responsive to 28:1-29:3 | | | | | | | |
| 37 | 1 | 37 | 7 | | | 37 37 | 8 11 | 37 37 | 9 11 | Relevance; improper hypothetical; not a proper counter-designation according to your definition of counter-designations; | Relevant to affirmative designation; not improper hypotehtical; proper counter under Rule 32(a)(6) | 37 37 | 12 15 | 37 37 | 13 17 | | |
| 38 | 8 | 38 | 25 | | | 37 37 | 18 24 | 37 38 | 22 7 | Relevance; improper hypothetical; not a proper counter-designation according to your definition of counter-designations; | Designations are responsive to 36:10-37:7; relevant to affirmative designation; not improper hypothetical | | | | | | |

6414969.1

| | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 39 | 1 | 39 | 3 | | | 39 40 41 | 4 10 3 (start at "So") | 39 40 41 | 22 18 11 | Relevance; improper hypothetical; not a proper counter-designation according to your definition of counter-designations; | Relevant to designation at 38:8-39:3; not improper hypothetical; proper counter under Rule 32(a)(6) | | | | | | | |
| 62 | 22 | 62 | 25 | | | 63 64 | 23 11 | 64 64 | 1 25 | Relevance; improper hypothetical; not a proper counter-designation according to your definition of counter-designations; | Relevant to affirmative designation; not improper hypotehtical; proper counter under Rule 32(a)(6) | | | | | | | |
| 63 | 1 | 63 | 22 | | | | | | | | | | | | | | | |
| 68 | 12 | 68 | 20 | | | | | | | | | | | | | | | |
| 68 | 25 | 68 | 25 | | | | | | | | | | | | | | | |
| 69 | 1 | 69 | 15 | | | 69 69 70 | 21 25 11 | 69 70 70 | 23 9 12 | Relevance; vague; not a proper counter-designation according to your definition of counter-designations; | Relevant to affirmative designation; not vague; proper counter under Rule 32(a)(6) | | | | | | | |

| WITNESS NAME: | Gregory E. Stocker - 30(b)(6) Vol II |
|---|---|
| DEPOSITION DATE: | 9/21/22 |

| AFFIRMATIVE DEPOSITION DESIGNATIONS | | | | | COUNTER DESIGNATIONS | | | | REPLY DESIGNATIONS | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Page/Line Begin | Page/Line End | | Objections | Replies to Objections | Page/Line Begin | Page/Line End | Objections | Replies to Objections | Page/Line Begin | Page/Line End | Objections | Replies to Objections |
| 243 | 22 | 243 | 24 | Leading | Appropriate to orient witness and restate prior testimony; objection did not advise of purported issue with question at deposition; no prejudice; | | | | | | | | |
| 244 | 1 | 244 | 1 | Leading | Appropriate to orient witness and restate prior testimony; objection did not advise of purported issue with question at deposition; no prejudice; | | | | | | | | |

| 244 | 3 | 244 | 6 | Leading | Objection waived (not asserted);Appropriate to orient witness and restate prior testimony; objection did not advise of purported issue with question at deposition; no prejudice; | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 244 | 23 | 244 | 25 | Leading | Objection waived (not asserted); Appropriate to orient witness and restate prior testimony; objection did not advise of purported issue with question at deposition; no prejudice; | | | | | | | | | | | |

| 245 | 1 | 245 | 1 | Leading | Objection waived (not asserted); Appropriate to orient witness and restate prior testimony; objection did not advise of purported issue with question at deposition; no prejudice; | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 245 | 4 | 245 | 7 | Leading | Appropriate to orient witness and restate prior testimony; objection did not advise of purported issue with question at deposition; no prejudice; | | | | | | | | | | | |
| 245 | 9 | 245 | 9 | Leading | Appropriate to orient witness and restate prior testimony; objection did not advise of purported issue with question at deposition; no prejudice; | 245 | 19 | 245 | 25 | | | | | | | |
| 245 | 11 | 245 | 18 | | | | | | | | | | | | | |
| 247 | 8 | 247 | 11 | | | | | | | | | | | | | |

| 249 | 13 | 249 | 17 | Compound, irrelvant, prejudicial, confusing, and misleading.  There has been no evidence offered in this case that racial profiling is related to identifying prostitution and/or sex trafficking taking place at hotels, other than by Defendants to introduce irrelevant, prejudicial, and confusing evidence and to mislead the jury. | Relevant; no prejudice; there has been evidence introduced along these lines contrary to these assertions; not misleading or confusing but appropriate to respond to allegations | | | | | | | | | | | |
| 249 | 20 | 249 | 24 | Irrelevant, confusing, and misleading.  See prior objection. | Relevant; no prejudice; there has been evidence introduced along these lines contrary to these assertions; not misleading or confusing but appropriate to respond to allegations | | | | | | | | | | | |

| 250 | 3 | 250 | 5 | See prior objection. | Relevant; no prejudice; there has been evidence introduced along these lines contrary to these assertions; not misleading or confusing but appropriate to respond to allegations | | | | | | | | | | | |
|-----|----|-----|----|-----------------------|------|--|--|--|--|--|--|--|--|--|--|--|
| 250 | 7 | 250 | 19 | 250:7-10 - see prior objection. | Objections waived; Relevant; no prejudice; there has been evidence introduced along these lines contrary to these assertions; not misleading or confusing but appropriate to respond to allegations | | | | | | | | | | | |
| 250 | 21 | 250 | 23 | | | | | | | | | | | | | |
| 250 | 25 | 250 | 25 | | | | | | | | | | | | | |
| 251 | 1 | 251 | 14 | | | | | | | | | | | | | |
| 251 | 22 | 251 | 25 | | | | | | | | | | | | | |
| 252 | 1 | 252 | 2 | | | | | | | | | | | | | |

| | | | | | 260 | 19 | 260 | 20 | Not proper counter-designation according to your definition of counter-designations; lack of foundation; assumes facts not in evidence; misleading; | proper counter under Rule 32(a)(6); proper foundation; facts in evidence; not misleading | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 260 | 22 | 260 | 22 | Not proper counter-designation according to your definition of counter-designations; lack of foundation; assumes facts not in evidence; misleading; | proper counter under Rule 32(a)(6); proper foundation; facts in evidence; not misleading | | | | | |
| | | | | | 260 | 24 | 260 | 25 | Not proper counter-designation according to your definition of counter-designations; lack of foundation; assumes facts not in evidence; misleading; | Withdraw | | | | | |
| | | | | | 261 | 2 | 261 | 2 | Unnecessary; duplicative' | Withdraw | | | | | |
| | | | | | 261 | 4 | 261 | 5 | Not proper counter-designation according to your definition of counter-designations; lack of foundation; assumes facts not in evidence; misleading; | proper counter under Rule 32(a)(6); proper foundation; facts in evidence; not misleading | | | | | |
| | | | | | 261 | 7 | 261 | 7 | Not proper counter-designation according to your definition of counter-designations; lack of foundation; assumes facts not in evidence; misleading; | proper counter under Rule 32(a)(6); proper foundation; facts in evidence; not misleading | | | | | |

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 261 | 9 | 261 | 9 | Not proper counter-designation according to your definition of counter-designations; lack of foundation; assumes facts not in evidence; misleading; | proper counter under Rule 32(a)(6); proper foundation; facts in evidence; not misleading | | | | | | |
| | | | | | | 261 | 11 | 261 | 12 | Not proper counter-designation according to your definition of counter-designations; lack of foundation; assumes facts not in evidence; misleading; | proper counter under Rule 32(a)(6); proper foundation; facts in evidence; not misleading | | | | | | |
| | | | | | | 261 | 14 | 261 | 16 | Relevance; vague; not a proper counter-designation according to your definition of counter-designations; | Relevant to affirmative designations; proper counter under Rule 32(a)(6) | | | | | | |
| | | | | | | 262 | 5 | 262 | 7 | Relevance; hearsay; misleading; assumes facts not in evidence; not a proper counter-designation according to your definition of counter-designations; | Relevant to affirmative designations; not hearsay; facts in evidence; proper counter under Rule 32(a)(6) | | | | | | |
| | | | | | | 262 | 9 | 262 | 11 | Relevance; hearsay; misleading; assumes facts not in evidence; not a proper counter-designation according to your definition of counter-designations; | See response above | | | | | | |

| | | | | | | | 262 | 13 | 262 | 14 | Misleading; based upon hearsay, and assumes facts not in evidence; calls for speculation; not a proper counter-designation according to your definition of counter-designations; confusing and unfairly prejudicial; | Not misleading; not hearsay, not based on truth of matter; facts in evidence; does not call for speculation, question is to Red Roof; proper counter under Rule 32(a)(6) | | | | | |
| | | | | | | | 262 | 16 | 262 | 16 | Misleading; based upon hearsay, and assumes facts not in evidence; calls for speculation; not a proper counter-designation according to your definition of counter-designations; | See response above | | | | | |
| | | | | | | | 262 | 18 | 262 | 18 | Misleading; based upon hearsay, and assumes facts not in evidence; calls for speculation; not a proper counter-designation according to your definition of counter-designations;confusing and unfairly prejudicial; | See response above | | | | | |
| | | | | | | | 262 | 21 | 262 | 22 | Misleading; based upon hearsay, and assumes facts not in evidence; calls for speculation; not a proper counter-designation according to your definition of counter-designations; | See response above | | | | | |

| | | | | | | 262 | 24 | 263 | 1 | Misleading; based upon hearsay, and assumes facts not in evidence; calls for speculation; not a proper counter-designation according to your definition of counter-designations; confusing and unfairly prejudicial; | See response above | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 263 | 4 | 263 | 14 | Misleading; based upon hearsay, and assumes facts not in evidence; calls for speculation; not a proper counter-designation according to your definition of counter-designations; | See response above | | | | | | |
| | | | | | | 263 | 16 | 263 | 19 | Misleading; based upon hearsay, and assumes facts not in evidence; calls for speculation; not a proper counter-designation according to your definition of counter-designations; confusing and unfairly prejudicial; | See response above | | | | | | |
| | | | | | | 263 | 21 | 263 | 21 | Misleading; based upon hearsay, and assumes facts not in evidence; calls for speculation; not a proper counter-designation according to your definition of counter-designations; confusing and unfairly prejudicial; | See response above | | | | | | |

6414969.1

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 263 | 23 | 263 | 23 | Misleading; based upon hearsay, and assumes facts not in evidence; calls for speculation; not a proper counter-designation according to your definition of counter-designations; | See response above | | | | | |
| | | | | | | 263 | 25 | 264 | 3 | Misleading; based upon hearsay, and assumes facts not in evidence; calls for speculation; not a proper counter-designation according to your definition of counter-designations;confusing and unfairly prejudicial; | See response above | | | | | |
| | | | | | | 264 | 5 | 264 | 8 | Misleading; based upon hearsay, and assumes facts not in evidence; calls for speculation; not a proper counter-designation according to your definition of counter-designations;confusing and unfairly prejudicial; | See response above | | | | | |
| | | | | | | 264 | 10 | 264 | 11 | Misleading; based upon hearsay, and assumes facts not in evidence; calls for speculation; not a proper counter-designation according to your definition of counter-designations;confusing and unfairly prejudicial; | See response above | | | | | |

| | | | | | | 265 | 10 | 265 | 18 | Misleading; based upon hearsay, and assumes facts not in evidence; calls for speculation; not a proper counter-designation according to your definition of counter-designations;confusing and unfairly prejudicial; | Not misleading; not hearsay,asking about own counsel's questioning of witness; facts in evidence; not speculation; proper counter under Rule 32(a)(6); not confusing; probative value not outweighed by risk of unfair prejudice | | | | | |
| | | | | | | 265 | 20 | 265 | 21 | Misleading; based upon hearsay, and assumes facts not in evidence; calls for speculation; not a proper counter-designation according to your definition of counter-designations;confusing and unfairly prejudicial; | See response above | | | | | |
| | | | | | | 266 | 23 | 267 | 1 | Misleading; based upon hearsay, and assumes facts not in evidence; calls for speculation; not a proper counter-designation according to your definition of counter-designations; | See response above | | | | | |

| | | | | | | 267 | 11 | 268 | 3 | Misleading; based upon hearsay, and assumes facts not in evidence; calls for speculation; not a proper counter-designation according to your definition of counter-designations;confusing and unfairly prejudicial; argumentative; | See response above; not argumentative | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 268 | 6 | 268 | 11 | Misleading; based upon hearsay, and assumes facts not in evidence; calls for speculation; not a proper counter-designation according to your definition of counter-designations;confusing and unfairly prejudicial; | see response above | | | | | | |
| | | | | | | 269 | 7 | 269 | 24 | page 269, lines 7-19: Misleading; based upon hearsay, and assumes facts not in evidence; calls for speculation; not a proper counter-designation according to your definition of counter-designations;confusing and unfairly prejudicial; | not misleading; not based on hearsay, not for truth of matter asserted; facts in evidence; does not call for speculation; proper counter under Rule 32(a)(6); probative value not substantially outweighed by risk of unfair prejudice | | | | | | |
| | | | | | | 270 | 1 | 270 | 1 | | | | | | | | |

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 270 | 3 | 270 | 5 | Misleading; based upon hearsay, and assumes facts not in evidence; calls for speculation; not a proper counter-designation according to your definition of counter-designations;confusing and unfairly prejudicial; | not misleading; not based on hearsay, not for truth of matter asserted; facts in evidence; does not call for speculation; proper counter under Rule 32(a)(6) - Red Roof chose to designate material on this subject matter; probative value not substantially outweighed by risk of unfair prejudice | | | | |
| | | | | | | 270 | 11 | 271 | 5 | Misleading; based upon hearsay, and assumes facts not in evidence; calls for speculation; not a proper counter-designation according to your definition of counter-designations;confusing and unfairly prejudicial; | not misleading; not based on hearsay, not for truth of matter asserted; facts in evidence; does not call for speculation; proper counter under Rule 32(a)(6) - Red Roof chose to designate material on this subject matter; probative value not substantially outweighed by risk of unfair prejudice | | | | |
| | | | | | | 271 | 7 | 271 | 7 | Relevance; improper hypothetical; assumes facts not in evidence; calls for speculation; not a proper counter-designation according to your definition of counter-designations;confusing and unfairly prejudicial; | relevant to affirmative designation; not improper hypothetical; facts in evidence; does not call for speculation; Red Roof chose to designate material on this subject matter, proper counter under Rule 32(a)(6); probative value not substantially outweighed by risk of unfair prejudice | | | | |

| | | | | | | 271 | 9 | 271 | 11 | Relevance; improper hypothetical; assumes facts not in evidence; calls for speculation; not a proper counter-designation according to your definition of counter-designations;confusing and unfairly prejudicial; | See Response above | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 271 | 13 | 271 | 13 | Relevance; improper hypothetical; assumes facts not in evidence; calls for speculation; not a proper counter-designation according to your definition of counter-designations;confusing and unfairly prejudicial; calls for speculation | See response above | | | | | | |
| | | | | | | 271 | 15 | 271 | 15 | Relevance; improper hypothetical; assumes facts not in evidence; calls for speculation; not a proper counter-designation according to your definition of counter-designations;confusing and unfairly prejudicial; calls for speculation | See response above | | | | | | |

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 271 | 17 | 271 | 18 | Relevance; improper hypothetical; assumes facts not in evidence; calls for speculation; not a proper counter-designation according to your definition of counter-designations;confusing and unfairly prejudicial; calls for speculation | See response above | | | | | |
| | | | | | | 272 | 6 | 272 | 8 | Relevance; Misleading; improper hypothetical; assumes facts not in evidence; calls for speculation; not a proper counter-designation according to your definition of counter-designations;confusing and unfairly prejudicial; calls for speculation | See response above | | | | | |
| | | | | | | 272 | 11 | 272 | 15 | Relevance; Misleading; improper hypothetical; assumes facts not in evidence; calls for speculation; not a proper counter-designation according to your definition of counter-designations;confusing and unfairly prejudicial; calls for speculation | See response above | | | | | |

| | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 272 | 17 | 272 | 21 | Relevance; Misleading; improper hypothetical; assumes facts not in evidence; calls for speculation; not a proper counter-designation according to your definition of counter-designations;confusing and unfairly prejudicial; calls for speculation | See response above | | | | | | |
| | | | | | | 272 | 23 | 273 | 1 | Relevance; Misleading; improper hypothetical; assumes facts not in evidence; calls for speculation; not a proper counter-designation according to your definition of counter-designations;confusing and unfairly prejudicial; calls for speculation | See response above | | | | | | |
| | | | | | | 273 | 4 | 273 | 10 | Relevance; Misleading; improper hypothetical; assumes facts not in evidence; calls for speculation; not a proper counter-designation according to your definition of counter-designations;confusing and unfairly prejudicial; calls for speculation | See response above | | | | | | |

| | | | | | | 273 | 13 | 273 | 16 | Relevance; Misleading; improper hypothetical; assumes facts not in evidence; calls for speculation; not a proper counter-designation according to your definition of counter-designations;confusing and unfairly prejudicial; calls for speculation | See response above | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| WITNESS NAME: | Vincent Vittatoe |
|---|---|
| DEPOSITION DATE: | 5/3/22 |

| AFFIRMATIVE DEPOSITION DESIGNATIONS | | | | | | COUNTER DESIGNATIONS | | | | | | REPLY DESIGNATIONS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Page/Line Begin | | Page/Line End | | Objections | Replies to Objections | Page/Line Begin | | Page/Line End | | Objections | Replies to Objections | Page/Line Begin | | Page/Line End | | Objections | Replies to Objections |
| 6 | 12 | 6 | 14 | | | | | | | | | | | | | | |
| 12 | 2 | 12 | 11 | | | | | | | | | | | | | | |
| 13 | 7 | 13 | 13 | | | | | | | | | | | | | | |
| 14 | 3 | 14 | 23 | | | | | | | | | | | | | | |
| 15 | 15 | 15 | 25 | | | | | | | | | | | | | | |

6414969.1

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 16 | 1 | 16 | 20 | | | 17 19 19 | 15 1 18 | 18 19 19 | 7 5 23 | Page 17, lines 15-25; Page 18, lines 1-7: Relevance; Not an expert witness; Not a proper counter-designation based upon your interpretation of counter-designation; Page 19, lines 18-23: Relevance; Not a proper counter-designation based upon your interpretaation of counter-designation; confusing introduction of completely unrelated event and no context; hearsay; | Relevant to portions on deponents background with Dallas PD; withdraw 19:1-23. | | |

| | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 21 | 5 | 21 | 18 | | | 20 | 6 | 20 | 13 | Relevance; Not a proper counter-designation based upon your interpretaation of counter-designation; confusing introduction of completely unrelated event and no context; hearsay; not an expet witness | Withdraw | | | | | | |
| 22 | 3 | 22 | 7 | | | 22 22 22 23 23 24 | 8 19 24 16 19 25 | 22 22 22 23 24 24 | 17 22 24 17 10 25 | Relevance; Not a proper counter-designation based upon your interpretaation of counter-designation; confusing introduction of completely unrelated event and no context; hearsay; not an expert witness | Withdraw 22:8-24, 23:22-24:6; remainder is relevant to affirmative designation; proper counter; not confusing; not more expert testimony than what is covered in affirmative designation | | | | | | |
| 25 | 1 | 25 | 4 | | | | | | | | | | | | | | |
| 25 | 9 | 25 | 25 | | | | | | | | | | | | | | |
| 26 | 1 | 26 | 4 | | | | | | | | | | | | | | |
| 26 | 15 | 26 | 22 | | | | | | | | | | | | | | |
| 27 | 3 | 27 | 17 | | | | | | | | | | | | | | |
| 28 | 12 | 28 | 25 | | | | | | | | | | | | | | |
| 29 | 1 | 29 | 9 | | | | | | | | | | | | | | |
| 29 | 15 | 29 | 25 | | | | | | | | | | | | | | |

6414969.1

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30 | 1 | 30 | 7 | | | | | | | | | | | | |
| 30 | 21 | 30 | 24 | | | | | | | | | | | | |
| 31 | 20 | 31 | 25 | | | | | | | | | | | | |
| 32 | 1 | 32 | 11 | | | | | | | | | | | | |
| 35 | 2 | 35 | 19 | | | | | | | | | | | | |
| 36 | 16 | 36 | 24 | | | | | | | | | | | | |
| 37 | 1 | 37 | 3 | | | | | | | | | | | | |
| 37 | 22 | 37 | 23 | | | | | | | | | | | | |
| 38 | 1 | 38 | 3 | | | 39 40 40 40 41 41 | 19 3 6 10 6 12 | 39 40 40 40 41 41 | 25 4 8 16 8 22 | Relevance; Not a proper counter-designation based upon your interpretaation of counter-designation; confusing introduction of completely unrelated event and no context; hearsay; not an expert witness | Withdraw | | | | |
| 47 | 1 | 47 | 16 | | | | | | | | | | | | |
| 48 | 13 | 48 | 25 | | | | | | | | | | | | |
| 49 | 1 | 49 | 14 | | | | | | | | | | | | |
| 49 | 22 | 49 | 25 | | | | | | | | | | | | |
| 50 | 1 | 50 | 2 | | | | | | | | | | | | |
| 53 | 15 | 53 | 25 | | | | | | | | | | | | |
| 54 | 1 | 54 | 8 | | | | | | | | | | | | |
| 54 | 10 | 54 | 23 | | | | | | | | | | | | |
| 56 | 4 | 56 | 15 | | | | | | | | | | | | |
| 56 | 22 | 56 | 25 | | | | | | | | | | | | |
| 57 | 1 | 57 | 2 | | | | | | | | | | | | |
| 57 | 12 | 57 | 25 | | | | | | | | | | | | |
| 58 | 1 | 58 | 15 | | | | | | | | | | | | |
| 58 | 17 | 58 | 19 | | | | | | | | | | | | |
| 60 | 12 | 60 | 25 | | | | | | | | | | | | |

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 61 | 1 | 61 | 15 | | | | | | | | | | | |
| 61 | 17 | 61 | 18 | | | | | | | | | | | |
| 62 | 14 | 62 | 25 | | | | | | | | | | | |
| 63 | 1 | 63 | 12 | | | 64 | 22 | 64 | 25 | Relevance; Not a proper counter-designation based upon your interpretation of counter-designations; | Relevant to affirmative designation at 65:1-8; proper counter under Rule 32(a)(6) | | | |
| 65 | 1 | 65 | 8 | | | | | | | | | | | |
| 65 | 10 | 65 | 17 | | | | | | | | | | | |
| 66 | 6 | 66 | 8 | | | | | | | | | | | |
| 66 | 10 | 66 | 25 | | | | | | | | | | | |
| 67 | 2 | 67 | 8 | | | | | | | | | | | |
| 67 | 16 | 67 | 17 | | | | | | | | | | | |
| 67 | 19 | 67 | 24 | | | 67 | 25 | 68 | 5 | | | | | |
| 69 | 9 | 69 | 18 | | | 69 | 19 | 70 | 5 | Relevance; not a proper counter-designation according to your interpretation of counter-designation; | Relevant to affirmative designation; proper counter under Rule 32(a)(6) | | | |
| 70 | 6 | 70 | 11 | | | 70 70 | 12 24 | 70 70 | 22 24 | Relevance; Not a proper counter-designation based upon your interpretation of counter-designations; | Relevant to affirmative designation; proper counter under Rule 32(a)(6) | | | |

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 71 | 17 | 71 | 25 | | | 71 | 4 | 71 | 6 | Not a proper counter-designation based upon your interpretation of counter-designations; | Relevant to affirmative designation; proper counter under Rule 32(a)(6) | | | | | |
| | | | | | | 71 | 8 | 71 | 16 | | | | | | | |
| 72 | 1 | 72 | 3 | | | | | | | | | | | | | |
| 72 | 8 | 72 | 19 | | | | | | | | | | | | | |
| 72 | 23 | 72 | 25 | | | | | | | | | | | | | |
| 73 | 1 | 73 | 16 | | | | | | | | | | | | | |
| 73 | 18 | 73 | 25 | | | | | | | | | | | | | |
| 74 | 1 | 74 | 15 | | | | | | | | | | | | | |
| 74 | 18 | 74 | 22 | | | | | | | | | | | | | |
| 74 | 24 | 74 | 25 | | | | | | | | | | | | | |
| 75 | 1 | 75 | 3 | | | 75 | 11 | 76 | 3 | Not a proper counter-designation based upon your interpretation of counter-designations; | Withdraw | | | | | |
| 76 | 24 | 76 | 25 | | | 76 | 18 | 76 | 23 | Not a proper counter-designation based upon your interpretation of counter-designations; | Withdraw | | | | | |
| 77 | 1 | 77 | 2 | | | | | | | | | | | | | |
| 77 | 13 | 77 | 20 | | | | | | | | | | | | | |
| 77 | 25 | 77 | 25 | | | | | | | | | | | | | |

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 78 | 1 | 78 | 2 | | | 78<br>79 | 24<br>23 | 79<br>80 | 12<br>21 | Not a proper counter-designation based upon your interpretation of counter-designations; improper hypothetical; | Proper counter under Rule 32(a)(6); not improper hypo | | | | |
| 81 | 7 | 81 | 25 | | | | | | | | | | | | |
| 82 | 1 | 82 | 19 | | | | | | | | | | | | |
| 83 | 4 | 83 | 7 | | | | | | | | | | | | |
| 83 | 14 | 83 | 25 | | | | | | | | | | | | |
| 84 | 1 | 84 | 19 | | | | | | | | | | | | |
| 84 | 25 | 84 | 25 | | | | | | | | | | | | |
| 85 | 1 | 85 | 3 | | | | | | | | | | | | |
| 85 | 5 | 85 | 16 | | | 85 | 20 | 85 | 23 | Not a proper counter-designation based upon your interpretation of counter-designations; unnecessary and improper to reference counsel's objection; next answer defines words. | Withdraw | | | | |
| 85 | 24 | 85 | 25 | | | | | | | | | | | | |

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 86 | 1 | 86 | 1 | | | 86 | 2 | 86 | 8 | Not a proper counter-designation based upon your interpretation of counter-designations; improper hypothetical; | Proper counter; not improper hypothetical | | | | | |
| 86 | 9 | 86 | 14 | | | 86 | 15 | 86 | 20 | Relevance; not an expert witness | Relevant to 86:21-25, designated by Red Roof: "We note that you served as subject matter expert . . . " | | | | | |
| 86 | 21 | 86 | 25 | | | | | | | | | | | | | |
| 87 | 1 | 87 | 2 | | | 87 | 3 | 87 | 15 | Relevance; not a proper-counterdesignation based upon your interpretation of counter-designations; | Proper counter under Rule 32(a)(6) | | | | | |
| 87 | 16 | 87 | 25 | | | | | | | | | | | | | |
| 88 | 1 | 88 | 1 | | | | | | | | | | | | | |
| 88 | 13 | 88 | 25 | | | | | | | | | | | | | |
| 89 | 1 | 89 | 23 | | | 89 | 24 | 90 | 2 | | | | | | | |
| 90 | 6 | 90 | 13 | | | 90<br>90<br>91<br>91 | 14<br>17<br>1<br>8 | 90<br>90<br>91<br>91 | 15<br>24<br>6<br>15 | Improper hypothetical; relevance; Not a proper counter-designation based upon your interpretation of counter-designations; | Withdraw 90:21-91:15; remainder proper counter; relevant to designation at 92:14-21; not improper hypothetical | | | | | |
| 92 | 14 | 92 | 21 | | | | | | | | | | | | | |

| | | | | | | | | | | | Objection | Response | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 93 | 2 | 93 | 19 | | | 93<br>93 | 20<br>24 | 93<br>94 | 22<br>1 | Not a proper counter-designation based upon your interpretation of counter-designations; | Proper counter under Rule 32(a)(6) | | | | | | |
| 94 | 9 | 94 | 20 | | | 94 | 21 | 94 | 23 | Not a proper counter-designation based upon your interpretation of counter-designations | Proper counter under Rule 32(a)(6) | | | | | | |
| 95 | 17 | 95 | 25 | | | | | | | | | | | | | | |
| 96 | 1 | 96 | 18 | | | | | | | | | | | | | | |
| 96 | 21 | 96 | 25 | | | | | | | | | | | | | | |
| 97 | 1 | 97 | 19 | | | | | | | | | | | | | | |
| 98 | 15 | 98 | 17 | | | | | | | | | | | | | | |
| 98 | 19 | 98 | 22 | | | | | | | | | | | | | | |
| 99 | 15 | 99 | 23 | | | | | | | | | | | | | | |
| 100 | 5 | 100 | 10 | | | | | | | | | | | | | | |
| 100 | 11 | 100 | 18 | | | | | | | | | | | | | | |
| 101 | 13 | 101 | 16 | | | | | | | | | | | | | | |
| 102 | 5 | 102 | 8 | | | 102 | 9 | 102 | 19 | Relevance; Not a proper counter-designation based upon your interpretation of counter-designations; | relevant to affirmative designation at 102:20-23; proper counter under Rule 32(a)(6) | | | | | | |

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 102 | 20 | 102 | 23 | | | 102 | 24 | 103 | 1 | Not a proper counter-designation based upon your interpretation of counter-designations; | Proper counter under Rule 32(a)(6) | | | | |
| 103 | 2 | 103 | 10 | | | 103 | 21 | 103 | 25 | | | | | | |
| 105 | 22 | 105 | 25 | | | | | | | | | | | | |
| 106 | 1 | 106 | 15 | | | 106<br>107 | 16<br>21 | 106<br>108 | 25<br>8 | Relevance; Not a proper counter-designation based upon your interpretation of counter-designations; | Relevant to affirmative designation; proper counter under Rule 32(a)(6) | | | | |
| 108 | 9 | 108 | 17 | | | 108 | 18 | 108 | 25 | Not a proper counter-designation based upon your interpretation of counter-designations; | Proper counter under Rule 32(a)(6) | | | | |
| 109 | 1 | 109 | 25 | | | | | | | | | | | | |
| 110 | 1 | 110 | 10 | | | 110 | 11 | 110 | 18 | Not a proper counter-designation based upon your interpretation of counter-designations; | Proper counter under Rule 32(a)(6) | | | | |
| 110 | 19 | 110 | 23 | | | | | | | | | | | | |

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 111 | 5 | 111 | 16 | | | 111 | 17 | 112 | 1 | Not a proper counter-designation based upon your interpretation of counter-designations; | Proper counter under Rule 32(a)(6) | | | | | |
| 112 | 2 | 112 | 4 | | | | | | | | | | | | | |
| 112 | 6 | 112 | 20 | | | 113<br>113 | 5<br>8 | 113<br>113 | 6<br>12 | Not a proper counter-designation based upon your interpretation of counter-designations; | Proper counter under Rule 32(a)(6) | | | | | |
| 114 | 5 | 114 | 9 | | | 114<br>114 | 21<br>25 | 114<br>115 | 23<br>4 | | | | | | | |
| 115 | 5 | 115 | 9 | | | 115 | 10 | 115 | 15 | | | | | | | |
| 115 | 22 | 115 | 25 | | | | | | | | | | | | | |
| 116 | 1 | 116 | 5 | | | 116<br>116<br>118 | 6<br>12<br>4 | 116<br>117<br>118 | 8<br>12<br>19 | Relevance; Post-trafficking period events; Not a proper counter-designation based upon your interpretation of counter-designations; Improper hypothetical | Relevant to affirmative designation; not post trafficking; proper counter under Rule 32(a)(6) | | | | | |

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 120 | 20 | 120 | 22 | | | 120 121 121 122 | 23 8 14 4 | 121 121 122 122 | 6 12 2 5 | Not a proper counter-designation based upon your interpretation of counter-designations; relevance; improper expert opinion; | Proper counter under Rule 32(a)(6); relevant to affirmative designation; not improper expert opinion | | | | | |
| 123 | 21 | 123 | 25 | | | | | | | | | | | | | |
| 124 | 1 | 124 | 2 | | | 124 | 10 | 124 | 15 | Not a proper counter-designation based upon your interpretation of counter-designations; | Proper counter under Rule 32(a)(6) | | | | | |
| 126 | 12 | 126 | 24 | | | | | | | | | | | | | |
| 131 | 3 | 131 | 6 | | | | | | | | | | | | | |
| 131 | 8 | 131 | 18 | | | 131 133 | 20 6 | 133 133 | 4 23 | Relevance; Not a proper counter-designation based upon your definition of counter-designations; hearsay | Withdrawn | | | | | |
| 135 | 8 | 135 | 11 | | | | | | | | | | | | | |

6414969.1

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 135 | 13 | 135 | 21 | | | 135<br>137<br>137<br>140 | 23<br>4<br>18<br>23 | 137<br>137<br>137<br>141 | 2<br>12<br>25<br>5 | Relevance; Not a proper counter-designation based upon your definition of counter-designations; hearsay; not identified as an expert; | Withdraw 135:23-137:12; remainder relevant to affirmative designations; not hearsay; not expert testimony | | | | |
| 141 | 6 | 141 | 8 | | | | | | | | | | | | |
| 141 | 10 | 141 | 19 | | | 141<br>142<br>143<br>143 | 20<br>16<br>5<br>12 | 142<br>142<br>143<br>143 | 7<br>24<br>8<br>23 | Relevance; Not a proper counter-designation based upon your definition of counter-designations; hearsay; | Relevant to affirmative designation; not hearsay, not offered for truth, proper counter under Rule 32(a)(6) | | | | |
| 150 | 12 | 150 | 25 | | | | | | | | | | | | |
| 151 | 1 | 151 | 7 | 3-7, 9 - Leading | Appropriate to orient witness and restate prior testimony; objection did not advise of purported issue with question at deposition; no prejudice; | | | | | | | | | | |

| 151 | 9 | 151 | 13 | 10-13 - Leading | Appropriate to orient witness and restate prior testimony; objection did not advise of purported issue with question at deposition; no prejudice; | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 151 | 20 | 151 | 22 | Leading | Appropriate to orient witness and restate prior testimony; objection did not advise of purported issue with question at deposition; no prejudice; | | | | | | | | | | | | |
| 151 | 24 | 151 | 25 | | | | | | | | | | | | | | |
| 152 | 1 | 152 | 3 | Leading | Appropriate to orient witness and restate prior testimony; objection did not advise of purported issue with question at deposition; no prejudice; | | | | | | | | | | | | |
| 152 | 5 | 152 | 5 | | | | | | | | | | | | | | |
| 152 | 8 | 152 | 25 | | | | | | | | | | | | | | |

| 153 | 1 | 153 | 3 | | | 153 | 11 | 154 | 12 | Lack of foundation; relevance; Not a proper counter-designation based upon your definition of counter-designations | Relevant to affirmative designation; seeks deponent's knowledge; proper counter under Rule 32(a)(6) | | | | | |

6414969.1

| WITNESS NAME: | Michelle Wehrle 30(b)(6) |
| DEPOSITION DATE: | 8/9/22 |

| AFFIRMATIVE DEPOSITION DESIGNATIONS | | | | COU | | | | | REPLY DESIGNATIONS | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Page /Line | | Page /Line | | Objections | Replies to Objections | Page/Li | | Page/Li | | Objections | Replies to Objections | Page/Line Begin | | Page/Line End | | Objections | Replies to Objections |
| 9 | 10 | 9 | 13 | | | | | | | | | | | | | | |
| 12 | 23 | 13 | 14 | | | | | | | | | | | | | | |
| 15 | 22 | 16 | 2 | | | 16 | 5 | 16 | 12 | | | | | | | | |
| 16 | 15 | 16 | 25 | | | | | | | | | | | | | | |
| 17 | 7 | 17 | 13 | | | | | | | | | | | | | | |
| 17 | 17 | 18 | 9 | | | | | | | | | | | | | | |
| 19 | 23 | 20 | 2 | | | 24 | 5 | 24 | 13 | Not a proper counter designation given Plaintiff's parameters for counter designation; this can be played in your affirmative designations, not ours. | Will play in affirmative | | | | | | |
| 28 | 20 | 29 | 20 | | | 30 | 8 | 30 | 13 | vague as to "Above them," compound. | Not vague, question is clear what it is asking | | | | | | |
| 30 | 14 | 32 | 4 | | | 32 | 5 | 32 | 8 | | | | | | | | |
| 32 | 14 | 33 | 3 | | | 33 | 4 | 33 | 5 | | | | | | | | |
| | | | | | | 33 | 8 | 33 | 13 | | | | | | | | |
| 33 | 14 | 33 | 21 | | | | | | | | | | | | | | |
| 34 | 5 | 35 | 9 | | | 35 | 10 | 35 | 14 | | | | | | | | |
| 35 | 15 | 35 | 21 | | | 35 | 22 | 35 | 25 | | | | | | | | |
| 36 | 1 | 36 | 6 | | | 36 | 7 | 36 | 10 | | | | | | | | |
| 36 | 11 | 37 | 10 | | | 37 | 11 | 37 | 15 | | | | | | | | |
| | | | | | | 37 | 18 | 37 | 18 | | | | | | | | |
| 40 | 1 | 40 | 8 | | | | | | | | | | | | | | |
| 40 | 10 | 40 | 20 | | | | | | | | | | | | | | |

| | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 41 | 1 | 41 | 23 | | | | | | | | | | | | | | |
| 41 | 25 | 42 | 6 | | | | | | | | | | | | | | |
| 42 | 18 | 43 | 2 | | | | | | | | | | | | | | |
| 43 | 5 | 43 | 6 | | | | | | | | | | | | | | |
| 43 | 8 | 43 | 12 | | | | | | | | | | | | | | |
| 43 | 14 | 43 | 17 | | | | | | | | | | | | | | |
| 43 | 19 | 43 | 21 | | | | | | | | | | | | | | |
| 44 | 11 | 47 | 21 | | | | | | | | | | | | | | |
| 48 | 1 | 48 | 14 | | | | | | | | | | | | | | |
| 48 | 18 | 48 | 25 | | | | | | | | | | | | | | |
| 49 | 25 | 50 | 18 | | | | | | | | | | | | | | |
| 50 | 21 | 51 | 13 | | | | | | | | | | | | | | |
| 51 | 15 | 53 | 14 | | | | | | | | | | | | | | |
| 57 | 5 | 59 | 11 | | | 59 59 | 12 21 | 59 60 | 19 9 | Exhibit 1 (Guest-Ready expectations) was not included in RRI's affirmative designations. Therefore, Not a proper counter designation given Plaintiff's parameters for counter designation; this can be played in your affirmative designations, not ours. | Will withdraw as counter | | | | | | |
| 60 | 17 | 61 | 21 | | | | | | | | | | | | | | |

| | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 63 | 25 | 63 | 25 | | | 64 64 | 1 5 | 64 64 | 2 13 | This affirmative designation (63:25) was a mistake and is withdrawn. There is nothing to counter, and the Plaintiff's counter designations should also be withdrawn. | Okay | | | | | | |
| 65 | 15 | 65 | 23 | | | | | | | | | | | | | | |
| 67 | 1 | 68 | 1 | | | 68 | 3 | 68 | 4 | | | | | | | | |
| 68 | 6 | 68 | 7 | | | | | | | | | | | | | | |
| 68 | 11 | 68 | 21 | | | | | | | | | | | | | | |
| 69 | 22 | 70 | 16 | | | | | | | | | | | | | | |
| 71 | 4 | 71 | 14 | | | | | | | | | | | | | | |
| 72 | 2 | 72 | 14 | | | 72 | 15 | 72 | 21 | Compound, attorney testifying, | objections waived by failure to assert at deposition | | | | | | |
| 72 | 22 | 73 | 19 | | | | | | | | | | | | | | |
| 73 | 22 | 73 | 25 | | | | | | | | | | | | | | |
| 74 | 13 | 74 | 23 | | | 74 | 24 | 75 | 6 | | | | | | | | |
| 82 | 16 | 84 | 18 | | | | | | | | | | | | | | |
| 84 | 20 | 85 | 17 | | | 85 | 18 | 86 | 4 | | | | | | | | |

| 86 | 5 | 89 | 8 | | | 89 89 90 91 | 9 15 25 6 | 89 89 91 91 | 13 15 3 6 | attorney testifying, compound, Not a proper counter designation given Plaintiff's parameters for counter designation; this can be played in your affirmative designations, not ours | Will withdraw as counter | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 94 | 18 | 94 | 25 | | | | | | | | | | | | | | |
| 95 | 8 | 95 | 10 | | | | | | | | | | | | | | |
| 95 | 14 | 95 | 19 | | | 95 | 20 | 95 | 25 | Not a proper counter designation given Plaintiff's parameters for counter designation; this can be played in your affirmative designations, not ours | Proper counter under Rule 32(a)(6) | | | | | | |
| 96 | 1 | 96 | 10 | | | 96 | 11 | 96 | 22 | Not a proper counter designation given Plaintiff's parameters for counter designation; this can be played in your affirmative designations, not ours | Proper counter under Rule 32(a)(6) | | | | | | |

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 96 | 23 | 98 | 15 | | | 98 | 16 | 98 | 18 | Not a proper counter designation given Plaintiff's parameters for counter designation; this can be played in your affirmative designations, not ours | Proper counter under Rule 32(a)(6) | | | | | |
| 98 | 19 | 98 | 21 | | | | | | | | | | | | | |
| 99 | 1 | 99 | 7 | | | 99 | 8 | 99 | 17 | Not a proper counter designation given Plaintiff's parameters for counter designation; this can be played in your affirmative designations, not ours | Proper counter under Rule 32(a)(6) | | | | | |
| 99 | 18 | 100 | 17 | | | | | | | | | | | | | |
| 100 | 20 | 100 | 22 | | | 100 | 23 | 101 | 4 | | | | | | | |
| 101 | 5 | 101 | 25 | | | | | | | | | | | | | |
| 102 | 15 | 105 | 9 | | | | | | | | | | | | | |
| 105 | 13 | 106 | 10 | | | 106 | 11 | 106 | 15 | | | | | | | |
| 107 | 23 | 108 | 23 | | | | | | | | | | | | | |
| 108 | 25 | 109 | 7 | | | | | | | | | | | | | |
| 109 | 17 | 112 | 10 | | | 112 | 11 | 112 | 18 | | | | | | | |

| | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 112 | 19 | 112 | 24 | | | 112 | 25 | 113 | 2 | Not a proper counter designation given Plaintiff's parameters for counter designation; this can be played in your affirmative designations, not ours | Proper counter under Rule 32(a)(6) | | | | | | |
| | | | | | | 113 | 4 | 113 | 5 | | | | | | | | |
| | | | | | | 113 | 7 | 113 | 13 | | | | | | | | |
| | | | | | | 113 | 17 | 113 | 17 | | | | | | | | |
| 113 | 23 | 113 | 24 | | | | | | | | | | | | | | |
| 114 | 1 | 114 | 7 | | | | | | | | | | | | | | |
| 114 | 10 | 114 | 18 | | | | | | | | | | | | | | |
| 114 | 20 | 114 | 24 | | | | | | | | | | | | | | |
| 115 | 2 | 115 | 13 | | | | | | | | | | | | | | |
| 115 | 24 | 116 | 1 | | | | | | | | | | | | | | |
| 116 | 5 | 116 | 13 | | | | | | | | | | | | | | |
| 116 | 15 | 117 | 4 | | | | | | | | | | | | | | |
| 117 | 20 | 117 | 25 | | | 118 | 1 | 118 | 15 | | | | | | | | |
| 118 | 16 | 119 | 10 | | | 119 | 11 | 119 | 13 | | | | | | | | |
| 119 | 14 | 122 | 10 | | | | | | | | | | | | | | |
| 122 | 13 | 126 | 21 | | | | | | | | | | | | | | |
| 126 | 24 | 127 | 18 | | | 127 | 19 | 128 | 1 | | | | | | | | |
| 128 | 23 | 131 | 3 | | | 131 | 4 | 131 | 16 | | | 131 | 20 | 132 | 3 | | |
| | | | | | | 131 | 19 | 131 | 19 | | | | | | | | |
| 132 | 4 | 132 | 17 | | | | | | | | | | | | | | |
| 132 | 21 | 132 | 21 | | | 133 | 7 | 133 | 9 | Not a proper counter designation given Plaintiff's parameters for counter designation; this can be played in your affirmative designations, not ours | Proper counter under Rule 32(a)(6) | | | | | | |
| | | | | | | 133 | 12 | 133 | 15 | | | | | | | | |

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 133 | 18 | 134 | 3 | | | | | | | | | | | | | |
| 134 | 5 | 134 | 10 | | | | | | | | | | | | | |
| 134 | 12 | 135 | 1 | | | 135 3<br>135 15<br>135 20<br>136 22<br>138 6 | | 135 11<br>135 17<br>135 20<br>138 4<br>138 6 | Not a proper counter designation given Plaintiff's parameters for counter designation; this can be played in your affirmative designations, not ours. For example, Plaintiff's counter designations on page 136-138 relate to a an exhibit that wasn ot mentioned in RRI's affirmative designations, which makes Plaintiff's counter inappropriate. | Withdraw 136:22-138:6; remainder are proper counters under Rule 32(a)(6) | 135 | 21 | 135 | 25 | responsive designation withdrawn so reply no longer proper |
| 138 | 14 | 138 | 20 | | | | | | | | | | | | | |
| 139 | 2 | 139 | 9 | | | 139 10<br>139 14 | | 139 11<br>140 8 | | | 140 | 15 | 140 | 19 | |

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 140 | 24 | 141 | 21 | | | 141 | 22 | 142 | 7 | Not a proper counter designation given Plaintiff's parameters for counter designation; this can be played in your affirmative designations, not ours | Proper counter under Rule 32(a)(6) | | | |
| 142 | 8 | 142 | 11 | | | 142 | 12 | 142 | 20 | Not a proper counter designation given Plaintiff's parameters for counter designation; this can be played in your affirmative designations, not ours | Proper counter under Rule 32(a)(6) | | | |
| 145 | 8 | 146 | 17 | | | | | | | | | | | |
| 146 | 21 | 147 | 5 | | | | | | | | | | | |
| 147 | 25 | 148 | 1 | | | 148 | 2 | 148 | 5 | | | | | |
| 149 | 14 | 149 | 21 | | | | | | | | | | | |
| 149 | 23 | 150 | 6 | | | | | | | | | | | |
| 150 | 15 | 150 | 16 | | | | | | | | | | | |
| 150 | 22 | 152 | 12 | | | | | | | | | | | |
| 154 | 18 | 156 | 11 | | | 154 | 13 | 154 | 17 | | | | | |
| 157 | 2 | 158 | 2 | | | | | | | | | | | |
| 158 | 8 | 160 | 15 | | | | | | | | | | | |
| 161 | 7 | 161 | 20 | | | | | | | | | | | |
| 161 | 22 | 162 | 3 | | | | | | | | | | | |
| 162 | 7 | 162 | 7 | | | | | | | | | | | |
| 162 | 13 | 162 | 17 | | | | | | | | | | | |
| 162 | 21 | 163 | 9 | | | | | | | | | | | |
| 163 | 12 | 163 | 16 | | | | | | | | | | | |

| 163 | 18 | 164 | 1 | | | 164 | 2 | 164 | 4 | | | | | | | |