UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| W.K., E.H., M.M., R.P., M.B., D.P., A.F., C.A., R.K., K.P., and T.H.,<br><br>Plaintiffs,<br><br>v.<br><br>RED ROOF INNS, INC.;<br>FMW RRI N.C., LLC;<br>RED ROOF FRANCHISING, LLC;<br>RRI WEST MANAGEMENT, LLC;<br>and RRI III, LLC,<br><br>Defendants. | CIVIL ACTION NUMBER<br><br>1:20-CV-5263-VMC |

## NOTICE OF APPEARANCE

COMES NOW, Jennifer M. Webster, of the law firm of Andersen, Tate & Carr, P.C., gives notice of her appearance as counsel of record on behalf of Plaintiffs.

Respectfully submitted this 23rd day of May, 2024.

**ANDERSEN, TATE & CARR, P.C.**

*/s/ Jennifer M. Webster*_____
Patrick J. McDonough
Georgia Bar No. 489855
pmcdonough@atclawfirm.com
Jonathan S. Tonge
jtonge@atclawfirm.com
Georgia Bar No. 303999

1

        Rory A. Weeks
        Georgia Bar No. 113491
        rweeks@atclawfirm.com
        Jennifer M. Webster
        Georgia Bar No. 760381
        jwebster@atclawfirm.com
        *Attorneys for Plaintiffs*

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile

        **BONDURANT, MIXSON**
        **& ELMORE, LLP**
        John E. Floyd
        Georgia Bar No. 266413
        floyd@bmelaw.corn
        Tiana S. Mykkeltvedt
        Georgia Bar No. 533512
        mykkeltvedt@bmelaw.com
        Manoj S. Varghese
        Georgia Bar No. 734668
        varghese@bmelaw.com
        Amanda Kay Seals
        Georgia Bar No. 502720
        seals@bmelaw.com
        Michael R. Baumrind
        Georgia Bar No. 960296
        baumrind@bmelaw.corn
        *Attorneys for Plaintiffs*

1201 W. Peachtree St., N.W.
Suite 3900
Atlanta, Georgia 30309
(404) 881-4100 | Telephone
(404) 881-4111 | Facsimile

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1(D), I hereby certify that this document complies with the font and point selections set forth in Local Rule 5.1. This document was prepared in Times New Roman 14 point font.

Respectfully submitted this 23rd day of May, 2024.

        **ANDERSEN, TATE & CARR, P.C.**

        */s/ Jennifer M. Webster*
        Patrick J. McDonough
        Georgia Bar No. 489855
        pmcdonough@atclawfirm.com
        Jonathan S. Tonge
        jtonge@atclawfirm.com
        Georgia Bar No. 303999
        Rory A. Weeks
        Georgia Bar No. 113491
        rweeks@atclawfirm.com
        Jennifer M. Webster
        Georgia Bar No. 760381
        jwebster@atclawfirm.com
        *Attorneys for Plaintiffs*

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile

## CERTIFICATE OF SERVICE

This is to certify that I have this day electronically filed a true and correct copy of the foregoing with Clerk of the Court using the CM/ECF system, which will automatically send an e-mail notification of such filing to all counsel of record.

Respectfully submitted this 23rd day of May, 2024.

                                **ANDERSEN, TATE & CARR, P.C.**

                                */s/ Jennifer M. Webster*_____
                                Patrick J. McDonough
                                Georgia Bar No. 489855
                                pmcdonough@atclawfirm.com
                                Jonathan S. Tonge
                                jtonge@atclawfirm.com
                                Georgia Bar No. 303999
                                Rory A. Weeks
                                Georgia Bar No. 113491
                                rweeks@atclawfirm.com
                                Jennifer M. Webster
                                Georgia Bar No. 760381
                                jwebster@atclawfirm.com
                                *Attorneys for Plaintiffs*

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile