IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| W.K., et al.<br><br>Plaintiffs,<br><br>v.<br><br>RED ROOF INNS, INC., et al.,<br><br>Defendants. | CIVIL ACTION FILE<br><br>NO. 1:20-cv-5263-VMC<br><br>JURY TRIAL DEMANDED<br><br>Pursuant to Fed. R. Civ. P. 38 |

## ORDER ON PLAINTIFFS' MOTION FOR PERMISSION TO BRING ELECTRONIC EQUIPMENT INTO THE COURTROOM

IT IS HEREBY ORDERED that Plaintiffs in the above-referenced case be permitted to bring the following electronic devices into the Richard B. Russell Building, for the purposes of a hearing on May 29, 2024, before Judge Victoria M. Calvert.

| Name | Equipment |
|---|---|
| Lindsey Harrison<br>Bondurant, Mixson & Elmore, LLP<br>Paralegal | Laptop, power cord, HDMI cables, USB cables, extension cord, cellular phone/smartphone and charger, mouse |
| Gary Cox,<br>Bondurant, Mixson & Elmore, LLP<br>IT Staff | Laptop, HDMI cables, USB cables, extension cord, cellular phone/smartphone and charger, mouse |

#5012100v1

IT IS SO ORDERED THIS <ins>24th</ins> day of May, 2024.

                                                _____
                                                VICTORIA M. CALVERT
                                                UNITED STATES DISTRICT JUDGE