## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| W.K., et al., | ) | Judge Victoria M. Calvert |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:20-cv-05263-VMC |
| | ) | |
| | ) | |
| Red Roof Inns, Inc., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **NOTICE OF SERVICE OF OFFERS OF JUDGMENT**

Pursuant to Fed. R. Civ. P. 68, Defendants Red Roof Inns, Inc., FMW RRI NC, LLC, Red Roof Franchising, LLC, RRI West Management, LLC, and RRI III, LLC, (collectively "Red Roof Defendants") hereby provide notice that they have served Plaintiffs W.K., A.F., K.P., D.P., R.P., C.A., M.B., R.K., E.H., T.H. and M.M. with Offers of Judgment on this 24th day of May, 2024.

Dated: May 24, 2024

Respectfully submitted,

*/s/ Sandra J. Wunderlich*
Sandra J. Wunderlich (pro hac vice)
TUCKER ELLIS LLP
100 South Fourth Street, Suite 600
St. Louis, MO 63102-1822
Telephone:     314.256.2550
Facsimile:     314.256.2549
sandra.wunderlich@tuckerellis.com

6466346.1

Chelsea Mikula (pro hac vice)
Elisabeth C. Arko (pro hac vice)
Joseph A. Manno (pro hac vice)
Spencer Krebs (pro hac vice)
C. Ashley Saferight (pro hac vice)
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, OH  44113-7213
Telephone:    216.592.5000
Facsimile:    216.592.5009
chelsea.mikula@tuckerellis.com
elisabeth.arko@tuckerellis.com
joseph.manno@tuckerellis.com
spencer.krebs@tuckerellis.com
ashley.saferight@tuckerellis.com

Marcella C. Ducca (Ga. Bar No. 115079)
GREENBERG TRAURIG LLP
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, GA  30305
Telephone:    678.553.2100
duccam@gtlaw.com

*Attorneys for Defendants Red Roof Inns, Inc.,
FMW RRI NC, LLC, Red Roof Franchising,
LLC, RRI West Management, LLC, and RRI
III, LLC*

2

6466346.1

## <u>RULE 7.1(D) CERTIFICATE OF COMPLIANCE</u>

Pursuant to Local Rule 7.1(D) of the United States District Court of the Northern District of Georgia, the undersigned certifies that the submission to the Court was computer-processed, double-spaced between lines, and used Times New Roman font of 14-point size.

Dated: May 24, 2024        */s/ Sandra J. Wunderlich*
                                    Sandra J. Wunderlich

                                    *Attorneys for Defendants Red Roof Inns, Inc., FMW RRI NC, Red Roof Franchising, LLC, RRI West Management, LLC, and RRI III, LLC*

3

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on May 24, 2024, ***Defendants' Notice of Service of Offers of Judgment*** was filed electronically. Service of this filing will be made pursuant to Civ. R. 5(b)(2)(e) through this Court's electronic filing system. Parties may access the filing through the Court's system.

Dated: May 24, 2024

*/s/ Sandra J. Wunderlich*
Sandra J. Wunderlich

*One of the Attorneys for Defendants Red Roof Inns, Inc., FMW RRI NC, LLC, Red Roof Franchising, LLC, RRI West Management, LLC, and RRI III, LLC*

6466346.1