IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| W.K., et al., | CIVIL ACTION FILE |
| Plaintiffs, | NO. 1:20-cv-05263-VMC |
| v. | JURY TRIAL DEMANDED |
| RED ROOF INNS, INC., et al. | Pursuant to Fed. R. Civ. P. 38 |
| Defendants, | |

**PLAINTIFFS' MOTION TO SEAL PRIOR VERSIONS OF THE PROPOSED PRETRIAL ORDER AND NOTICE OF CORRECTION**

Plaintiffs move to seal two prior versions of the Parties' Proposed Consolidated Pretrial Order (Docs. 425, 478), which inadvertently contain mentions of the Plaintiffs' full names, in violation of the Court's protective order.[1] Under that Order, the Parties are not permitted to file publicly any document that contains the Plaintiffs' identifying information, including name.[2] Plaintiffs conferred with Defendants, who indicated they do not oppose this request.

Along with this Motion, Plaintiffs are contemporaneously filing another version of the Supplemental Consolidated Pretrial Order that replaces Plaintiffs'

---

[1] *See WK v. Red Roof Inns, Inc., et al.,* Doc. 74 ("WK Protective Order").

[2] Upon realizing this error, counsel for Plaintiffs contacted the Clerk of Court, who immediately and temporarily sealed these filings.

1

names with their initials. This version also corrects a few clerical errors rendering the proposed pretrial order incomplete.

This 28th day of May, 2024.

| | |
|---|---|
| Jonathan S. Tonge<br>jtonge@atclawfirm.com<br>Georgia Bar No. 303999<br>Patrick J. McDonough<br>Georgia Bar No. 489855<br>pmcdonough@atclawfirm.com<br><br>ANDERSEN, TATE & CARR, P.C.<br>One Sugarloaf Centre<br>1960 Satellite Boulevard, Suite 4000<br>Duluth, Georgia 30097<br>(770) 822-0900 – Telephone<br>(770) 822-9680 – Facsimile | */s/ Michael R. Baumrind*<br>John E. Floyd<br>Georgia Bar No. 266413<br>floyd@bmelaw.com<br>Tiana S. Mykkeltvedt<br>Georgia Bar No. 533512<br>mykkeltvedt@bmelaw.com<br>Manoj S. Varghese<br>Georgia Bar No. 734668<br>varghese@bmelaw.com<br>Amanda Kay Seals<br>Georgia Bar No. 502720<br>seals@bmelaw.com<br>Michael R. Baumrind<br>Georgia Bar No. 960296<br>baumrind@bmelaw.com<br>Juliana Mesa<br>Georgia Bar No. 585087<br>mesa@bmelaw.com<br><br>BONDURANT, MIXSON & ELMORE, LLP<br>1201 West Peachtree St., NW, Suite 3900<br>Atlanta, Georgia 30309<br>(404) 881-4100 – Telephone<br>(404) 881-4111 – Facsimile |

***Attorneys for Plaintiffs***

#5012537v1

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day electronically filed the within and foregoing **PLAINTIFFS' MOTION TO SEAL PRIOR VERSIONS OF THE PROPOSED PRETRIAL ORDER AND NOTICE OF CORRECTION** with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all counsel of record.

This 28th day of May, 2024.

>    */s/ Michael R. Baumrind*
>    Michael R. Baumrind

#5012537v1