# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| W.K., et al., | CIVIL ACTION FILE |
| Plaintiffs, | NO. 1:20-cv-05263-VMC |
| v. | JURY TRIAL DEMANDED |
| RED ROOF INNS, INC., et al. | Pursuant to Fed. R. Civ. P. 38 |
| Defendants, | |

## PROPOSED ORDER ON PLAINTIFFS' MOTION TO SEAL

Now before this Court is Plaintiffs' Motion to Seal Prior Versions of The Proposed Pretrial Order and Notice of Correction. It has come to the Plaintiffs' attention that the two prior versions of the Proposed Pretrial Order (Docs. 425 and 478) inadvertently contain mentions of the Plaintiffs' full name in violation of this Court's Protective Order. For good cause shown, the Clerk is **DIRECTED** to seal Docs. 425 and 478. These documents shall remain under seal absent any further Order from this Court.

IT IS SO ORDERED THIS ___ day of May, 2024.

_____
VICTORIA M. CALVERT
UNITED STATES DISTRICT JUDGE

#5012539v1