# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| W.K.,<br><br>    Plaintiff<br><br>v.<br><br>RED ROOF INNS, INC., ET AL.,<br><br>    Defendants | Civil Action File No.<br>1:20-CV-05263-VMC |

## UNOPPOSED MOTION TO SEAL AND FOR LEAVE TO FILE UNDER SEAL

Pursuant to Fed R. Civ. P. 26(c), Fed. R. Civ. P. 5.2(d), and Local Rule 79.1(b) Defendants Red Roof Inns, Inc., FMW RRI, Red Roof Franchising, LLC, RRI West Management, LLC, and RRI III, LLC (RRI Defendants) file this motion to seal RRI Defendants' Motion to Admit and Use at Trial Certain Evidence Under Rule 412, and related exhibits under seal. These documents contain personal, medical, and confidential information that would subject parties to substantial injury if made publicly available and further violate the protective order put forth in this case. RRI Defendants conferred with Plaintiffs, and there is no objection to filing RRI Defendants' Motion to Admit and Use at Trial Certain Evidence Under Rule 412 under seal. A memorandum is attached and incorporated fully herein.

1

Dated: May 31, 2024

Respectfully submitted,

*/s/ Marcella C. Ducca*
Marcella C. Ducca (Ga Bar No. 115079)
Brandon D. Cox (Ga Bar No. 832025)
GREENBERG TRAURIG LLP
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, GA  30305
Telephone:  678.553.2100
duccam@gtlaw.com
coxb@gtlaw.com

Sandra J. Wunderlich (pro hac vice)
TUCKER ELLIS LLP
100 South Fourth Street, Suite 600
St. Louis, MO 63102-1822
Telephone:  314.256.2550
Facsimile:   314.256.2549
sandra.wunderlich@tuckerellis.com

Chelsea Mikula (pro hac vice)
C. Ashley Saferight (pro hac vice)
Elisabeth C. Arko (pro hac vice)
Joseph A. Manno (pro hac vice)
Spencer E. Krebs (pro hac vice)
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, OH  44113-7213
Telephone:  216.592.5000
Facsimile:   216.592.5009
chelsea.mikula@tuckerellis.com
ashley.saferight@tuckerellis.com
elisabeth.arko@tuckerellis.com
joseph.manno@tuckerellis.com
spencer.krebs@tuckerellis.com

*Attorneys for Defendants Red Roof Inns, Inc., FMW RRI, Red Roof Franchising, LLC, RRI West Management, LLC, and RRI III, LLC*

## RULE 7.1D CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1(D) of the United States District Court of the Northern District of Georgia, the undersigned certifies that the submission to the Court was computer-processed, double-spaced between lines, and used Times New Roman font of 14-point size.

Dated: May 31, 2024

<u>/s/ Marcella C. Ducca</u><br>
Marcella C. Ducca<br><br>
<i>Attorneys for Defendants Red Roof Inns, Inc., FMW RRI, Red Roof Franchising, LLC, RRI West Management, LLC, and RRI III, LLC</i>

## CERTIFICATE OF SERVICE

I hereby certify that on May 31, 2024, a copy of the foregoing was filed electronically. Service of this filing will be made pursuant to Civ. R. 5(b)(2)(e) through this Court's electronic filing system. Parties may access the filing through the Court's system.

Dated: May 31, 2024

>*/s/ Marcella C. Ducca*
>Marcella C. Ducca
>
>*Attorneys for Defendants Red Roof Inns, Inc., FMW RRI, Red Roof Franchising, LLC, RRI West Management, LLC, and RRI III, LLC*