# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:20-cv-05263-VMC
### W.K. et al v. Red Roof Inns, Inc. et al
### Honorable Calvert, Victoria M.

Minute Sheet for proceedings held In Open Court on 5/29/2024.

TIME COURT COMMENCED: 10:00 A.M.
TIME COURT CONCLUDED: 3:00 P.M.     COURT REPORTER: Wynette Blathers
TIME IN COURT: 4:20     DEPUTY CLERK: Velma Shanks
OFFICE LOCATION: Atlanta

ATTORNEY(S)
PRESENT:

Elisabeth Arko representing FMW RRI NC, LLC
Michael Baumrind representing C.A.
Spencer Krebs representing Red Roof Inns, Inc.
Joseph Manno representing RRI West Management, LLC
Patrick McDonough representing A. F.
Chelsea Mikula representing RRI West Management, LLC
Tiana Mykkeltvedt representing M. M.
Amanda Seals representing E. H.
Sandra Wunderlich representing Red Roof Inns, Inc.

PROCEEDING
CATEGORY:

Pretrial Conference;

MINUTE TEXT:     Pretrial Conference held. Written Order to follow.