# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:20-cv-05263-VMC
## W.K. et al v. Red Roof Inns, Inc. et al
## Honorable Calvert, Victoria M.

Minute Sheet for proceedings held In Open Court on 5/30/24.

TIME COURT COMMENCED: 9:30 A.M.
TIME COURT CONCLUDED: 10:15 A.M.   COURT REPORTER: Wynette Blathers
TIME IN COURT: 00:45   DEPUTY CLERK: Velma Shanks
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Spencer Krebs representing Red Roof Inns, Inc.<br>Joseph Manno representing Red Roof Franchising, LLC<br>Tiana Mykkeltvedt representing R.K.<br>Sandra Wunderlich representing Red Roof Franchising, LLC |
| PROCEEDING CATEGORY: | Telephone Conference(Other Proceeding Non-evidentiary); |
| MINUTE TEXT: | Court discussed upcoming trial proceedings with the parties. |