# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| W.K., <br> **Plaintiff** <br> v. <br> RED ROOF INNS, INC., ET AL., <br> **Defendants** | Civil Action Case No. <br> 1:20-CV-05263-VMC |

## ORDER ON MOTION TO SEAL AND FOR LEAVE TO FILE UNDER SEAL

This matter is before the Court on Defendants Red Roof Inns, Inc., FMW RRI NC, LLC, Red Roof Franchising, LLC, RRI West Management, LLC, And RRI III, LLC's (RRI Defendants) Motion to Seal Notice of Rule 412 Evidence of Plaintiffs' Pre and Post-Trafficking Involvement in Commercial Sex. The Court has inquired into the motion and **HEREBY GRANTS** it. The RRI Defendants may file the documents listed in their Notice of Rule 412 Evidence and the Rule 412 Notice under seal.

Any materials filed under seal pursuant to this Order shall remain under seal until further ordered by this Court.

**SO ORDERED**, this 3rd day of June 2024.

_____
Hon. Victoria Marie Calvert
Judge, Northern District of Georgia