UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| W.K., <br>             Plaintiff <br> v. <br> RED ROOF INNS, INC., ET AL., <br>             Defendants | Civil Action File No. <br> 1:20-CV-05263-VMC |

**MOTION TO SEAL AND FOR LEAVE TO FILE UNDER SEAL**

Pursuant to Fed R. Civ. P. 26(c), Fed. R. Civ. P. 5.2(d), and Local Rule 79.1(b) Defendants Red Roof Inns, Inc., FMW RRI, Red Roof Franchising, LLC, RRI West Management, LLC, and RRI III, LLC (RRI Defendants) file this motion to seal RRI Defendants' Supplemental Exhibit to their Motion to Admit and Use at Trial Certain Evidence Under Rule 412. This document contains personal, medical, and confidential information that would subject parties to substantial injury if made publicly available and further violate the protective order put forth in this case. Moreover, Rule 412 requires all materials under this rule to be sealed.

1

Dated: June 3, 2024

Respectfully submitted,

*/s/ Marcella C. Ducca*
Marcella C. Ducca (Ga Bar No. 115079)
Brandon D. Cox (Ga Bar No. 832025)
GREENBERG TRAURIG LLP
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, GA  30305
Telephone:  678.553.2100
duccam@gtlaw.com
coxb@gtlaw.com

Sandra J. Wunderlich (pro hac vice)
TUCKER ELLIS LLP
100 South Fourth Street, Suite 600
St. Louis, MO 63102-1822
Telephone:  314.256.2550
Facsimile:   314.256.2549
sandra.wunderlich@tuckerellis.com

Chelsea Mikula (pro hac vice)
C. Ashley Saferight (pro hac vice)
Elisabeth C. Arko (pro hac vice)
Joseph A. Manno (pro hac vice)
Spencer E. Krebs (pro hac vice)
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, OH  44113-7213
Telephone:  216.592.5000
Facsimile:   216.592.5009
chelsea.mikula@tuckerellis.com
ashley.saferight@tuckerellis.com
elisabeth.arko@tuckerellis.com
joseph.manno@tuckerellis.com
spencer.krebs@tuckerellis.com

*Attorneys for Defendants Red Roof Inns, Inc., FMW RRI, Red Roof Franchising, LLC, RRI West Management, LLC, and RRI III, LLC*

3

## **RULE 7.1D CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1(D) of the United States District Court of the Northern District of Georgia, the undersigned certifies that the submission to the Court was computer-processed, double-spaced between lines, and used Times New Roman font of 14-point size.

Dated: June 3, 2024

                                              */s/ Marcella C. Ducca*
                                              Marcella C. Ducca

                                              *Attorneys for Defendants Red Roof Inns, Inc., FMW RRI, Red Roof Franchising, LLC, RRI West Management, LLC, and RRI III, LLC*

## CERTIFICATE OF SERVICE

    I hereby certify that on June 3, 2024, a copy of the foregoing was filed electronically. Service of this filing will be made pursuant to Civ. R. 5(b)(2)(e) through this Court's electronic filing system. Parties may access the filing through the Court's system.

Dated: June 3, 2024

                                                                      */s/ Marcella C. Ducca*
                                                                       Marcella C. Ducca

                                                                       *Attorneys for Defendants Red Roof Inns, Inc., FMW RRI, Red Roof Franchising, LLC, RRI West Management, LLC, and RRI III, LLC*