UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| W.K.,<br><br>　　　　　　Plaintiff<br><br>v.<br><br>RED ROOF INNS, INC., ET AL.,<br><br>　　　　　　Defendants | Civil Action Case No.<br>1:20-CV-05263-VMC |

# [PROPOSED] ORDER ON MOTION TO SEAL AND FOR LEAVE TO FILE UNDER SEAL

This matter is before the Court on Defendants Red Roof Inns, Inc., FMW RRI NC, LLC, Red Roof Franchising, LLC, RRI West Management, LLC, And RRI III, LLC's (RRI Defendants) Motion to Seal Defendants' Supplemental Exhibit to their Motion to Admit and Use at Trial Certain Evidence Under Rule 412. The Court has inquired into the motion and **HEREBY GRANTS** it. The RRI Defendants may file the documents listed in their Notice under seal.

Any materials filed under seal pursuant to this Order shall remain under seal until further ordered by this Court.

**SO ORDERED**, this _____ day of _____ 2024.

_____
Hon.
Judge, Northern District of Georgia