# Plaintiffs' Ex. A

# Provisionally Filed Under Seal