# EXHIBIT B

```
 1              IN THE UNITED STATES DISTRICT COURT

 2            FOR THE NORTHERN DISTRICT OF GEORGIA

 3                       ATLANTA DIVISION

 4                                    )

 5   W.K., E.H., M.M., R.P.,          )

 6   M.B., D.P., A.F., C.A.,          )

 7   R.K., K.P., and T.H.,            )

 8                                    )

 9        Plaintiffs,                 )

10                                    ) CIVIL ACTION FILE

11   v.                               ) NO. 1:20-cv-5263-MHC

12                                    )

13   RED ROOF INNS, INC., FMW         ) JURY TRIAL DEMANDED

14   RRI NC, LLC, RED ROOF            ) Pursuant to Fed. R. Civ.

15   FRANCHISING, LLC, RRI WEST       ) P. 38

16   MANAGEMENT, LLC, VARAHI          )

17   HOTEL, LLC, WESTMONT             )

18   HOSPITALITY GROUP, INC.,         )

19   and RRI III, LLC,                )

20                                    )

21        Defendants.                 )

22   _____

23

24

25
```

```
 1   it's at least possible that if you've -- for T.H., if
 2   true, the trafficking at the Buckhead Red Roof Inn
 3   exacerbated her pre-existing PTSD?
 4        A.   Could have.
 5        Q.   You didn't make a conclusion one way or the
 6   other whether it did, though; is that right?
 7        A.   That's correct.  I -- in my opinion,
 8   scientifically, that's -- it's -- that's a difficult
 9   assessment to do, given the totality of the -- of the
10   Criteria A traumas.
11        Q.   Is it clinically necessary to apportion in
12   the way that you're being asked to do?  Is that a
13   clinically necessary task to complete?
14        A.   I think for the forensic examiner it is.  I
15   think that's part of the context of the forensic
16   examination is we're trying to answer a question for --
17   trying to assist some trier of fact in making that
18   determination scientifically.  There's -- so if there's
19   a scientific basis that can get you there, and it can
20   in certain instances, then it's an appropriate analysis
21   to make.
22        Q.   Okay. All right. I'm going to give you a
23   couple of hypotheticals.  The woman comes to you and
24   reports that she was sold for sex against her will one
25   time at a hotel.  And on that one occasion, let's say,
```



1  she was beaten and raped.  You would agree that that is

2  an objectively traumatic experience?

3      A.   I agree.

4      Q.   All right.  And let's say she doesn't have

5  psychiatric symptoms that you can see from that event.

6  She's not -- she doesn't meet any of the criteria,

7  other than she's got Criterion A satisfied.  She

8  doesn't meet any of the other criterion.  Would you

9  agree that, that event still likely caused her some

10 psychological harm?

11     A.   I think I tried to answer this the last time

12 we talked.  I agree that it could, yes, yes.  In the --

13 we -- and, again, I think that's up to a trier of fact

14 to determine the level of that harm.

15     Q.   Okay. So let me add a fact now.  It turns

16 out she also had experienced one other traumatic event

17 in her life, only one, and it was years before when she

18 was a child.  It was a traumatic childhood sexual abuse

19 incident.  Does the fact that she had experienced that

20 other traumatic event previously render what she

21 experienced at the hotel any less traumatizing?

22     A.   No.

23     Q.   How about any less painful?

24     A.   No.

25     Q.   All right.

