# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| W.K., et al., | CIVIL ACTION FILE |
| Plaintiffs, | NO. 1:20-cv-05263-VMC |
| v. | JURY TRIAL DEMANDED |
| RED ROOF INNS, INC., et al. | Pursuant to Fed. R. Civ. P. 38 |
| Defendants, | |

## PLAINTIFFS' MOTION TO SEAL

Plaintiffs move to seal the unredacted copy of their response to Defendants' Rule 412 motion and Exhibit A to that response. The unredacted copy of the response discloses details of the sexual conduct that Defendants seek to introduce under Rule 412. This rule "aims to safeguard the alleged victim against the invasion of privacy, potential embarrassment and sexual stereotyping that is associated with public disclosure of intimate sexual details."[1] Accordingly, Rule 412 mandates that the Court's consideration of the evidence take place out of public view.[2]

---

[1] Fed. R. Evid. 412, Advisory Committee Note.

[2] *See* Fed. R. Evid. 412(c); *see also S.M. v. J.K.*, 262 F.3d 914, 919 (9th Cir. 2001) (holding that it was improper to "fil[e] a laundry list of Plaintiff's alleged indiscretion" on the public docket).

1

The information Plaintiffs wish to redact from their response and seal in Exhibit A is the information that discloses details of Plaintiffs' other sexual conduct subject to Rule 412. For this reason, Plaintiffs request that this Court seal this information.

This 4th day of June, 2024.

| | |
|---|---|
| | */s/ Tiana S. Mykkeltvedt* |
| Jonathan S. Tonge | John E. Floyd |
| jtonge@atclawfirm.com | Georgia Bar No. 266413 |
| Georgia Bar No. 303999 | floyd@bmelaw.com |
| Patrick J. McDonough | Tiana S. Mykkeltvedt |
| Georgia Bar No. 489855 | Georgia Bar No. 533512 |
| pmcdonough@atclawfirm.com | mykkeltvedt@bmelaw.com |
| | Manoj S. Varghese |
| ANDERSEN, TATE & CARR, P.C. | Georgia Bar No. 734668 |
| One Sugarloaf Centre | varghese@bmelaw.com |
| 1960 Satellite Boulevard, Suite 4000 | Amanda Kay Seals |
| Duluth, Georgia 30097 | Georgia Bar No. 502720 |
| (770) 822-0900 – Telephone | seals@bmelaw.com |
| (770) 822-9680 – Facsimile | Michael R. Baumrind |
| | Georgia Bar No. 960296 |
| | baumrind@bmelaw.com |
| | Juliana Mesa |
| | Georgia Bar No. 585087 |
| | mesa@bmelaw.com |
| | |
| | BONDURANT, MIXSON & ELMORE, LLP |
| | 1201 West Peachtree St., NW, Suite 3900 |
| | Atlanta, Georgia 30309 |
| | (404) 881-4100 – Telephone |
| **Attorneys for Plaintiffs** | (404) 881-4111 – Facsimile |

#5016542v1

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the within and foregoing **PLAINTIFFS' MOTION TO SEAL** with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all counsel of record.

This 4th day of June, 2024.

/s/ *Tiana S. Mykkeltvedt*
Tiana S. Mykkeltvedt

#5016542v1