# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| W.K., et al., | CIVIL ACTION FILE |
| Plaintiffs, | NO. 1:20-cv-05263-VMC |
| v. | JURY TRIAL DEMANDED |
| RED ROOF INNS, INC., et al. | Pursuant to Fed. R. Civ. P. 38 |
| Defendants, | |

## PROPOSED ORDER ON PLAINTIFFS' MOTION TO SEAL

Now before this Court is Plaintiffs' Motion to Seal their unredacted response to Defendants' Rule 412 motion and Exhibit A to that response.  For good cause shown, the Clerk is **DIRECTED** to seal Plaintiffs' Response to Defendants' Rule 412 motion and Exhibit A to that response. These documents shall remain under seal absent any further Order from this Court.

IT IS SO ORDERED THIS ___ day of June, 2024.

_____
VICTORIA M. CALVERT
UNITED STATES DISTRICT JUDGE

#5016665v1