IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| W.K., et al.<br><br>    Plaintiffs,<br><br>v.<br><br>RED ROOF INNS, INC., et al.,<br><br>    Defendants. | CIVIL ACTION NO.:<br><br>1:20-cv-05263-VMC |

# [PROPOSED] ORDER PERMITTING ELECTRONIC EQUIPMENT FOR JUNE 11, 2024 – JULY 9, 2024 TRIAL

Defendants' Supplemental Motion Regarding Entry of Electronic Equipment into the Courtroom is hereby GRANTED. The below individuals are permitted to bring laptops, tablet computers, and cellular phones into the Courthouse for trial on June 11, 2024 through July 9, 2024 without a blue attorney ID card issued through the U.S. Marshal's Service.

| NAME | AFFILIATION |
|---|---|
| Tracy Michelle Collier | Insurer |
| Heather Campbell | Insurer |
| Stacy Nicolin | Insurer |
| Bradley Williams | Counsel for Insurer |
| Sam Head | Counsel for Insurer |

ACTIVE 699116416v1

**IT IS SO ORDERED** this \_\_\_\_ day of June 2024.

_____
**Hon. Victoria M. Calvert
United States District Judge**

Order prepared by: Marcella C. Ducca