IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| W.K., et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>RED ROOF INNS, INC., et al.,<br><br>    Defendants. | CIVIL ACTION NO.:<br><br>1:20-cv-05263-VMC |

## ORDER PERMITTING ELECTRONIC EQUIPMENT
## FOR JUNE 11, 2024 – JULY 9, 2024 TRIAL

Defendants' Motion Regarding Entry of Electronic Equipment into the Courtroom is hereby GRANTED. The below individuals are permitted to bring laptops, tablet computers, and cellular phones into the Courthouse for trial on June 11, 2024 through July 9, 2024 without a blue attorney ID card issued through the U.S. Marshal's Service.

| NAME | AFFILIATION |
|---|---|
| Chelsea Mikula | Counsel for Defendants |
| Sandra Wunderlich | Counsel for Defendants |
| Elisabeth Arko | Counsel for Defendants |
| Joseph Manno | Counsel for Defendants |
| Spencer Krebs | Counsel for Defendants |

| | |
|---|---|
| Cheryl Bunevich | Paralegal for Defendants |
| Nicholas Kolitsos | Client Representative |
| Glenn Galbraith | Client Representative |
| Anthony Damelio | Client Representative |
| Shawna Gerhardt | Insurer |
| Steven Kroll | Insurer |
| Margaret Churchill | Insurer |
| Dominic Maniscalco | Insurer |
| Tom McGrady | Insurer |
| Ryan Gaffney | Insurer |
| Michelle Castle | Insurer |
| Elvira Barisano | Insurer |
| Sandy Choi | Insurer |
| Aaron Fenton | Counsel for Insurer |
| Nancy Adams | Counsel for Insurer |
| James Holevas | Counsel for Insurer |
| Mike Yanof | Counsel for Insurer |
| James Hasse | IT Representative |
| Jeremy Walker | IT Representative |

| Nick Polavin | Consultant |
|---|---|
| Jennifer Cuculich | Consultant |
| Dr. Matthew Norman | Expert Witness |
| Dr. Kim Mehlman-Orozco | Expert Witness |

**IT IS SO ORDERED** this  5th   day of June 2024.

_____
**Hon. Victoria M. Calvert
United States District Judge**

Order prepared by: Marcella C. Ducca