# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| W.K., et al., <br><br> Plaintiffs, <br><br> v. <br><br> RED ROOF INNS, INC., et al. <br><br> Defendants, | Civil Action No. <br><br> 1:20-cv-05263-VMC |

### NOTICE OF FILING PLAINTIFFS' PROPOSED VERDICT FORM

Plaintiffs hereby give notice of filing Plaintiffs' Proposed Verdict Form attached hereto as Exhibit A.

This 5th day of June, 2024.

                                      */s/Manoj S. Varghese*
                                      John E. Floyd
                                      Georgia Bar No. 266413
                                      floyd@bmelaw.com
                                      Tiana S. Mykkeltvedt
                                      Georgia Bar No. 533512
                                      mykkeltvedt@bmelaw.com
                                      Manoj S. Varghese
                                      Georgia Bar No. 734668
                                      varghese@bmelaw.com
                                      Amanda Kay Seals
                                      Georgia Bar No. 502720
                                      seals@bmelaw.com
                                      Michael R. Baumrind
                                      Georgia Bar No. 960296
                                      baumrind@bmelaw.com
                                      **BONDURANT, MIXSON & ELMORE, LLP**

1201 W. Peachtree St., N.W.
Suite 3900
Atlanta, Georgia 30309
(404) 881-4100 – Telephone
(404) 881-4111 – Facsimile

Patrick J. McDonough
Georgia Bar No. 489855
pmcdonough@atclawfirm.com
Jonathan S. Tonge
jtonge@atclawfirm.com
Georgia Bar No. 303999
**ANDERSEN, TATE & CARR, P.C.**
One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 – Telephone
(770) 822-9680 – Facsimile

***Attorneys for Plaintiffs***

#5017902v1

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1(D), I hereby certify that this document complies with the font and point selections set forth in Local Rule 5.1.  This document was prepared in Times New Roman 14 point font.


*/s/ Manoj S. Varghese*

#5017902v1

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of June, 2024, I served a true and correct copy of the within and foregoing **NOTICE OF FILING PLAINTIFFS' PROPOSED VERDICT FORM** using the CM/ECF filing system which will cause copies to be served on all counsel of record.

*/s/ Manoj S. Varghese*

#5017902v1