# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| W.K., et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>RED ROOF INNS, INC., et al.,<br><br>  Defendants. | Civil Action No.<br><br>1:20-CV-05263-VMC |

**[PLAINTIFFS' PROPOSED] VERDICT FORM**

**I.** **[RK, TH, KP, CA, MM, AF]**[1]

**1.** Are the Defendants liable to [Plaintiff] for:

|  |  | Yes | No |
|---|---|---|---|
| a. Violating the TVPRA | Red Roof Inns, Inc. | _____ | _____ |
|  | RRI West Management, LLC | _____ | _____ |
|  | Red Roof Franchising, LLC | _____ | _____ |
| b. Violating RICO | Red Roof Inns, Inc. | _____ | _____ |
|  | RRI West Management, LLC | _____ | _____ |
|  | Red Roof Franchising, LLC | _____ | _____ |
| c. Negligence | Red Roof Inns, Inc. | _____ | _____ |
|  | RRI West Management, LLC | _____ | _____ |
|  | Red Roof Franchising, LLC | _____ | _____ |

**Instruction:** *If you answered No to all parts of Question 1, you are done with this section; proceed to the section for the next Plaintiff. If you answered Yes to any part of Question 1, answer the remaining questions in this section.*

**2.** What amount of damages do you award to [Plaintiff]?

$ _____

**3.** To apportion [Plaintiff]'s damages,[2] assess the percentage of fault, if any, of those Defendants you found liable to [Plaintiff] as well as any other person listed

---

[1] Each of these Plaintiffs, who were *not* trafficked at the Smyrna Red Roof during Varahi's ownership, will have their own section that refers to them by their first name.

[2] For the reasons set forth in Plaintiffs' Response to Defendants' Trial Brief on the Application of Joint and Several Liability under the TVPRA (Doc. [493]), apportionment is inapplicable to Plaintiffs' TVPRA claims and state law claims.

below that you also find to be at fault. If you found any Defendant not liable for any claim, then you must put 0% for that Defendant:

| | |
|---|---|
| Defendant Red Roof Inns, Inc. | _____ % |
| Defendant RRI West Management, LLC | _____ % |
| Defendant Red Roof Franchising, LLC | _____ % |
| Pimps that trafficked [Plaintiff] at Red Roof Inns | _____ % |
| Individuals that paid for sex with [Plaintiff] at Red Roof Inns | _____ % |

**The numbers must add up to 100%**

**4.** Did the Red Roof Defendants you found liable in Question 1 conspire with any of the individuals or entities below to make money from renting hotel rooms used for prostitution or sex trafficking at Red Roof Inns during the time [Plaintiff] was trafficked at Red Roof Inns:

| | Yes | No |
|---|---|---|
| one another | _____ | _____ |
| pimps that trafficked [Plaintiff] | _____ | _____ |
| individuals that paid for sex with [Plaintiff] | _____ | _____ |

**5.** Did the Red Roof Defendants you found liable in Question 1 act in bad faith such that [Plaintiff] should recover her expenses of litigation?

Yes _____    No _____

**6.** Are the Red Roof Defendants you found liable in Question 1 liable to [Plaintiff] for punitive damages?

Yes _____    No _____

3

**II.    [EH, MB, DP, WK, RP]**[3]

1. Are the Defendants liable to [Plaintiff] for:

|  |  | Yes | No |
|---|---|---|---|
| a. Violating the TVPRA | Red Roof Inns, Inc. | ____ | ____ |
|  | RRI West Management, LLC | ____ | ____ |
|  | Red Roof Franchising, LLC | ____ | ____ |
| b. Violating RICO | Red Roof Inns, Inc. | ____ | ____ |
|  | RRI West Management, LLC | ____ | ____ |
|  | Red Roof Franchising, LLC | ____ | ____ |
| c. Negligence | Red Roof Inns, Inc. | ____ | ____ |
|  | RRI West Management, LLC | ____ | ____ |
|  | Red Roof Franchising, LLC | ____ | ____ |

**Instruction:** *If you answered No to <u>all</u> parts of Question 1, you are done with this section; proceed to the section for the next Plaintiff. If you answered Yes to <u>any</u> part of Question 1, answer the remaining questions in this section.*

2. What amount of damages do you award to [Plaintiff]?

$ _____

3. To apportion [Plaintiff]'s damages,[4] assess the percentage of fault, if any, of those Defendants you found liable to [Plaintiff] as well as any other person listed below that you also find to be at fault. If you found any Defendant not liable for any claim, then you must put 0% for that Defendant:

---

[3] Each of these Plaintiffs, who were trafficked at the Smyrna Red Roof during Varahi's ownership, will have their own section that refers to them by their first name.

[4] *See* note 2, *supra*.

4

| | |
|---|---|
| Defendant Red Roof Inns, Inc. | _____ % |
| Defendant RRI West Management, LLC | _____ % |
| Defendant Red Roof Franchising, LLC | _____ % |
| Varahi Hotel, LLC | _____ % |
| Pimps that trafficked [Plaintiff] at Red Roof Inns | _____ % |
| Individuals that paid for sex with [Plaintiff] at Red Roof Inns | _____ % |

**The numbers must add up to 100%**

4. Did the Red Roof Defendants you found liable in Question 1 conspire with any of the individuals or entities below to make money from renting hotel rooms used for prostitution or sex trafficking at Red Roof Inns during the time [Plaintiff] was trafficked at Red Roof Inns:

| | Yes | No |
|---|---|---|
| one another | _____ | _____ |
| Varahi Hotel, LLC | _____ | _____ |
| pimps that trafficked [Plaintiff] | _____ | _____ |
| individuals that paid for sex with [Plaintiff] | _____ | _____ |

5. Did the Red Roof Defendants you found liable in Question 1 act in bad faith such that [Plaintiff] should recover her expenses of litigation?

   Yes _____      No _____

6. Are the Red Roof Defendants you found liable in Question 1 liable to [Plaintiff] for punitive damages?

   Yes _____      No _____

5

6

This is our unanimous verdict, reached on the _____ day of _____, 2024

_____

Foreperson

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| W.K., et al., <br><br> Plaintiffs, <br><br> v. <br><br> RED ROOF INNS, INC., et al., <br><br> Defendants. | Civil Action No. <br><br> 1:20-CV-05263-VMC |

**VERDICT FORM – PHASE TWO**
**PUNITIVE DAMAGES, ATTORNEYS' FEES, & LITIGATION EXPENSES**

**I.** **[Plaintiff]**[5]

1. What amount of punitive damages, if any, do you award to [Plaintiff] against the Defendants?

   Red Roof Inns, Inc.            $_____

   RRI West Management, LLC   $_____

   Red Roof Franchising, LLC    $_____

2. Did the Defendants act with the specific intent to cause harm?

   Red Roof Inns, Inc.            Yes  _____       No  _____
   RRI West Management, LLC   Yes  _____       No  _____
   Red Roof Franchising, LLC    Yes  _____       No  _____

---

[5] Each Plaintiff awarded punitive damages and/or fees under O.C.G.A. § 13-6-11, will have their own section with only the questions warranted by the Phase 1 verdict for that Plaintiff.

7

3. What amount of attorney fees do you award to [Plaintiff]?

$_____

4. What amount of other expenses of litigation do you award to [Plaintiff]?

$_____

This is our unanimous verdict, reached on the _____ day of _____, 2024

_____

Foreperson