UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

|  |  |  |
|---|---|---|
| R.K., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| | ) | Case No. 1:20-cv-05263-VMC |
| v. | ) | |
| | ) | |
| Red Roof Inns, Inc., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' PROPOSED VERDICT FORM FOR PLAINTIFF R.K.**

Defendants Red Roof Inns, Inc., Red Roof Franchising, LLC, and RRI West Management, LLC, (Defendants)[1] submit the following proposed jury interrogatories and verdict form for Plaintiff R.K. Defendants reserve the right to supplement this proposed verdict form up to and during the time of trial. This verdict form is meant to serve as a representative example of all 11 Plaintiffs in compliance with the Court's request at the May 29, 2024, pretrial. RRI Defendants will file all subsequent verdict forms as to each Plaintiff at the start of trial on June 11, 2024, in alignment with this Court's standing order and the agreement of the parties in the Supplemental Pretrial Order (Doc. 499).

---

[1] RRI Defendants have not included RRI III, LLC or FMW RRI NC, LLC because Plaintiffs have represented that they are dismissing both parties with prejudice before trial.

Moreover, Defendants anticipate various legal issues will be resolved by the Court throughout trial, and resolution of such will necessitate or negate jury interrogatories. Defendants expressly reserve the right to add, subtract, replace, or modify any requested interrogatory. In addition, Defendants reserve the right to submit additional interrogatories should the case move into a second phase relating to punitive damages. Further, Defendants have drafted this form using Plaintiff's pseudonym. Defendants, however, pursuant to this Court's decision at the May 29 pretrial, will use Plaintiff's first name at trial and in this verdict form.

Dated: June 5, 2024          Respectfully submitted,

/s/ Marcella C. Ducca
Marcella C. Ducca (Ga Bar No. 115079)
GREENBERG TRAURIG LLP
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, GA  30305
Telephone:  678.553.2100
duccam@gtlaw.com

Chelsea Mikula (pro hac vice)
Elisabeth C. Arko (pro hac vice)
Joseph A. Manno (pro hac vice)
Spencer Krebs (pro hac vice)
C. Ashley Saferight (pro hac vice)
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, OH  44113-7213
Telephone:   216.592.5000
Facsimile:    216.592.5009
chelsea.mikula@tuckerellis.com
elisabeth.arko@tuckerellis.com
joseph.manno@tuckerellis.com
spencer.krebs@tuckerellis.com
ashley.saferight@tuckerellis.com

Sandra J. Wunderlich (pro hac vice)
TUCKER ELLIS LLP
100 South Fourth Street, Suite 600
St. Louis, MO 63102
Telephone: 314.256.2550
sandra.wunderlich@tuckerellis.com

*Attorneys for Defendants Red Roof Inns, Inc., FMW RRI NC, LLC, Red Roof Franchising, LLC, RRI West Management, LLC, and RRI III, LLC*

## TVPRA

1. Do you find R.K. proved by a preponderance of the evidence that she engaged in commercial sex by force, fraud, or coercion?

   **Answer "Yes" or "No"**

   \_\_\_Yes \_\_\_\_\_No

**INSTRUCTION:** If you answered yes to question #1, proceed to question #2. If you answered no, proceed directly to question #6.

2. Do you find R.K. proved by a preponderance of the evidence that each Defendant participated in a venture that violated Section 1591?

   **Answer "Yes" or "No"**

   | | | |
   |---|---|---|
   | **Red Roof Inns, Inc.** | \_\_\_\_\_Yes | \_\_\_\_\_No |
   | **Red Roof Franchising LLC** | \_\_\_\_\_Yes | \_\_\_\_\_No |
   | **RRI West Management, LLC** | \_\_\_\_\_Yes | \_\_\_\_\_No |

**INSTRUCTION:** If you answered yes, proceed to question #3. If you answered no, proceed directly to question #6.

3. Do you find that R.K. proved by a preponderance of the evidence that each defendant knowingly benefited from participation in a venture that violated Section 1591?

   **Answer "Yes" or "No"**

   | | | |
   |---|---|---|
   | **Red Roof Inns, Inc.** | \_\_\_\_\_Yes | \_\_\_\_\_No |
   | **Red Roof Franchising LLC** | \_\_\_\_\_Yes | \_\_\_\_\_No |
   | **RRI West Management, LLC** | \_\_\_\_\_Yes | \_\_\_\_\_No |

**INSTRUCTION:** If you answered yes to question #3, proceed to question #4. If you answered no, proceed directly to question #6.

4. Do you find that R.K. proved by a preponderance of the evidence that the defendants participated in a venture that they knew or should have known engaged in a violation of Section 1591 as to Plaintiff R.K., at RRI Buckhead?

   **Answer "Yes" or "No"**

   | | | |
   |---|---|---|
   | **Red Roof Inns, Inc.** | \_\_\_\_\_Yes | \_\_\_\_\_No |
   | **Red Roof Franchising LLC** | \_\_\_\_\_Yes | \_\_\_\_\_No |
   | **RRI West Management, LLC** | \_\_\_\_\_Yes | \_\_\_\_\_No |

**INSTRUCTION:** Proceed to question #5.

5. If you have answered yes to questions 1-4 for any Defendant, enter a verdict on behalf of R.K. against that Defendant for Plaintiff's TVPRA claim, sign the below, and proceed to Question #6.

| | | |
|---|---|---|
| **Red Roof Inns, Inc.** | \_\_\_\_\_Yes | \_\_\_\_\_No |
| **Red Roof Franchising LLC** | \_\_\_\_\_Yes | \_\_\_\_\_No |
| **RRI West Management, LLC** | \_\_\_\_\_Yes | \_\_\_\_\_No |

_____     _____

_____     _____

_____     _____

## **O.C.G.A. 16-14-4(a):**

6. Did R.K. prove, by a preponderance of evidence, that the defendants committed a pattern of racketeering activity and derived proceeds therefrom, to acquire or maintain, directly or indirectly, any interest in or control of any enterprise, real property, or personal property of any nature, including money.

**Red Roof Inns, Inc.**           _____Yes _____No
**Red Roof Franchising LLC**      _____Yes _____No
**RRI West Management, LLC**      _____Yes _____No

**INSTRUCTION:** If you answered yes to question #6, proceed to question #7. If you answered no, proceed directly to question #11.

7. Did R.K. prove, by a preponderance of the evidence, that defendants intentionally aided and abetted in the commission of, or intentionally advised, encouraged, hired, or counseled another to commit:

Keeping a Place of Prostitution?

**Answer "Yes" or "No"**

**Red Roof Inns, Inc.**           _____Yes _____No
**Red Roof Franchising LLC**      _____Yes _____No
**RRI West Management, LLC**      _____Yes _____No

Prostitution?

**Answer "Yes" or "No"**

**Red Roof Inns, Inc.**           _____Yes _____No
**Red Roof Franchising LLC**      _____Yes _____No
**RRI West Management, LLC**      _____Yes _____No

Pimping?

**Answer "Yes" or "No"**

**Red Roof Inns, Inc.**           _____Yes _____No

**Red Roof Franchising LLC**          _____Yes _____No
**RRI West Management, LLC**          _____Yes _____No

      Sexual servitude?

**Answer "Yes" or "No"**

**Red Roof Inns, Inc.**                _____Yes _____No
**Red Roof Franchising LLC**          _____Yes _____No
**RRI West Management, LLC**          _____Yes _____No

**INSTRUCTION:** Proceed to question #8, unless you answered no on all questions as to all defendants, then proceed directly to question #11.

8. Do you find that R.K. proved, by a preponderance of the evidence, that the defendants' crimes were directed towards her, as opposed to third parties, and that she was an intended victim of the defendants' actions.

**Answer "Yes" or "No"**

**Red Roof Inns, Inc.**                _____Yes _____No
**Red Roof Franchising LLC**          _____Yes _____No
**RRI West Management, LLC**          _____Yes _____No

**INSTRUCTION:** Proceed to question #9. If you answered no, proceed directly to question #11.

9. Do you find that R.K.'s alleged injury was directly caused by, as opposed to an eventual consequence of, the defendants' predicate act.

**Answer "Yes" or "No"**

**Red Roof Inns, Inc.**                _____Yes _____No
**Red Roof Franchising LLC**          _____Yes _____No
**RRI West Management, LLC**          _____Yes _____No

**INSTRUCTION:** Proceed to question #10.

10. If you have answered yes to questions #6-9 for any Defendant, enter a verdict on behalf of R.K. against that Defendant for Plaintiff's RICO claim, sign the below, and proceed to Question 11.

**Answer "Yes" or "No"**

| | | |
|---|---|---|
| **Red Roof Inns, Inc.** | _____Yes | _____No |
| **Red Roof Franchising LLC** | _____Yes | _____No |
| **RRI West Management, LLC** | _____Yes | _____No |

_____      _____

_____      _____

_____      _____

## O.C.G.A. 16-14-4(c)

11. Did Plaintiff R.K. prove by a preponderance of the evidence that the Defendants knowingly and willfully entered a conspiracy to commit two or more predicate acts?

**Answer "Yes" or "No"**

| | | |
|---|---|---|
| **Red Roof Inns, Inc.** | _____Yes | _____No |
| **Red Roof Franchising LLC** | _____Yes | _____No |
| **RRI West Management, LLC** | _____Yes | _____No |

12. Did Plaintiff R.K. prove by a preponderance of the evidence a member of the conspiracy committed an overt act to affect the conspiracy's object?

**Answer "Yes" or "No"**

| | | |
|---|---|---|
| **Red Roof Inns, Inc.** | _____Yes | _____No |
| **Red Roof Franchising LLC** | _____Yes | _____No |
| **RRI West Management, LLC** | _____Yes | _____No |

13. Did Defendants prove by a preponderance of the evidence that Plaintiff R.K. actively participated in the conspiracy from which she seeks to recover by engaging in a predicate act, including prostitution, keeping a place of prostitution, and pimping?

**Answer "Yes" or "No"**

_____Yes _____No

14. If you have answered yes to questions #11-12 and no to question #13 for any Defendant, enter a verdict on behalf of R.K. against that Defendant for Plaintiff's RICO claim, sign the below, and proceed to Question 15.

**Answer "Yes" or "No"**

| | | |
|---|---|---|
| **Red Roof Inns, Inc.** | _____Yes | _____No |
| **Red Roof Franchising LLC** | _____Yes | _____No |
| **RRI West Management, LLC** | _____Yes | _____No |

_____      _____

_____      _____

_____      _____

# **NEGLIGENCE**

15. Do you find that R.K. proved by a preponderance of evidence that as to the RRI Buckhead only, any of the Defendants were negligent?

**Answer  "Yes" or "No"**

| | | |
|---|---|---|
| **Red Roof Inns, Inc.** | _____Yes | _____No |
| **Red Roof Franchising LLC** | _____Yes | _____No |
| **RRI West Management, LLC** | _____Yes | _____No |

**INSTRUCTION:**  Proceed to question #14. If you answered no, proceed directly to question #16.

16. Do you find that R.K. proved by a preponderance of evidence that any of the Defendants' negligence proximately caused her injuries.

**Answer  "Yes" or "No"**

| | | |
|---|---|---|
| **Red Roof Inns, Inc.** | _____Yes | _____No |
| **Red Roof Franchising LLC** | _____Yes | _____No |
| **RRI West Management, LLC** | _____Yes | _____No |

**INSTRUCTION:**  If you answered yes to question #15, proceed to question #16. If you answered no, proceed directly to question #17.

17. If you have answered yes to questions 15-16 for any Defendant, enter a verdict on behalf of R.K. against that Defendant for R.K.'s negligence claims, sign the below, and proceed to Question 18.

| | | |
|---|---|---|
| **Red Roof Inns, Inc.** | _____Yes | _____No |
| **Red Roof Franchising LLC** | _____Yes | _____No |
| **RRI West Management, LLC** | _____Yes | _____No |

_____                _____

_____                _____

_____                _____

## DAMAGES

18. If you answered Yes to Question 5, 10, 14, or 17 above, what amount of non-economic damages do you award to R.K.? If you answered No to Questions 5, 10, 14, or 17 above, do not answer Questions 19 – 20.

$ _____

**INSTRUCTION:** Proceed to question 19.

19. To apportion R.K.'s damages, assess the percentage of fault of those Defendants you found liable as well as any other person listed below that you also find to be at fault:[2]

| | |
|---|---|
| Plaintiff R.K. | _____ % |
| B.E.S.T. Inc. d/b/a Best Security | _____ % |
| Banneret Security, Inc. | _____ % |
| Red Roof Inns, Inc. | _____ % |
| Red Roof Franchising, LLC | _____ % |
| RRI West Management, LLC | _____ % |
| Traffickers of R.K. | _____ % |
| Individuals that paid for sex with R.K. | _____ % |
| LaQuinta Inn | _____ % |
| Hampton Inn | _____ % |
| Sheraton Atlanta Hotel | _____ % |
| Doubletree | _____ % |
| Courtyard Mariott | _____ % |
| Backpage.com | _____ % |

---

[2] This is representative as to R.K., RRI Defendants will provide apportionment of fault based on the notices of apportionment filed.

Eccie.com                                                                                      _____ %

**The numbers must add up to 100%**


**INSTRUCTION:** If you answered yes to Question 5, 10, 14, or 17 proceed to Question 17. Otherwise, return this form to the bailiff.

20. Do you find that R.K. proved by clear and convincing evidence that Defendants acted willfully or with malice, fraud, wantonness, oppression, or with a conscious indifference to consequences?

| | |
|---|---|
| **Red Roof Inns, Inc.** | _____Yes _____No |
| **Red Roof Franchising LLC** | _____Yes _____No |
| **RRI West Management, LLC** | _____Yes _____No |

This is our unanimous verdict, reached on the ____ day of _____ 2024

_____
Foreperson

## RULE 7.1D CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1(D) of the United States District Court of the Northern District of Georgia, the undersigned certifies that that submission to the Court was computer-processed, double-spaced between lines, and used Times New Roman font of 14-point size.

Dated: June 5, 2024

/s/ Marcella C. Ducca
Marcella C. Ducca

*One of the Attorneys for Defendants Red Roof Inns, Inc., FMW RRI NC, LLC, Red Roof Franchising, LLC, RRI West Management, LLC, and RRI III, LLC*

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on October 23, 2023, a copy of the above was filed with the United States District Court for the Northern District of Georgia and served on counsel of record through the Court's CM/ECF system.

Dated: June 5, 2024

/s/ Marcella C. Ducca
Marcella C. Ducca

*One of the Attorneys for Defendants Red Roof Inns, Inc., FMW RRI NC, LLC, Red Roof Franchising, LLC, RRI West Management, LLC, and RRI III, LLC*