# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| W.K., et al.<br><br>Plaintiffs,<br><br>v.<br><br>RED ROOF INNS, INC., et al.,<br><br>Defendants. | CIVIL ACTION FILE<br><br>NO. 1:20-cv-5263-VMC<br><br>JURY TRIAL DEMANDED<br><br>Pursuant to Fed. R. Civ. P. 38 |

### PLAINTIFFS' MOTION FOR PERMISSION TO BRING ELECTRONIC EQUIPMENT INTO THE COURTROOM

COME NOW Plaintiffs, by and through their undersigned counsel, and move the Court for an order allowing counsel and staff for counsel to bring electronic equipment into the courtroom for the trial scheduled for June 11, 2024 and continuing thereafter until its resolution, in the above-captioned matter, and state as follows:

1.  The trial in this matter is expected to proceed for approximately three weeks starting on June 11, 2024.

2.  Counsel intends to utilize the available electronic capabilities that are in the courtroom during the scheduled trial:

#5017957v1

| Name | Equipment |
|---|---|
| Jennifer Webster<br>Anderson Tate & Carr, P.C. | Laptop, power cord, cellular phone/smartphone, charger |
| Giovanna Menhaca<br>Anderson Tate & Carr, P.C. | Laptop, power cord, cellular phone/smartphone, charger |
| Lindsey Harrison<br>Bondurant, Mixson & Elmore, LLP<br>Paralegal | Laptop, power cord, HDMI cables, USB cables, printer, extension cord, cellular phone/smartphone and charger, mouse, handheld scanner, bottled water |
| Bria Davis<br>Bondurant, Mixson & Elmore, LLP<br>Paralegal | Laptop, power cord, HDMI cables, USB cables, printer, extension cord, cellular phone/smartphone and charger, mouse, handheld scanner, bottled water |
| Gary Cox,<br>Bondurant, Mixson & Elmore, LLP<br>IT Staff | Laptop, power cord, HDMI cables, USB cables, printer, extension cord, cellular phone/smartphone and charger, mouse, handheld scanner, bottled water |
| Mark Cline<br>Bondurant, Mixson & Elmore, LLP<br>Paralegal | Phone/smartphone |

3. Counsel believes that the utilization of this technology and trial presentation software will permit for more efficient and expedited proceedings and will aid in the presentation of the case.

WHEREFORE, Plaintiffs respectfully request that this Court enter an Order granting this Motion and permit the above-referenced persons to bring the

#5017957v1

electronic equipment set forth above into the courtroom and further request that said order be provided to the U.S. Marshals so that counsel, staff of counsel, experts, witnesses, parties and party representatives may enter the courthouse and courtroom with the above-listed equipment without delays.

This 5th day of June 2024.

| | |
|---|---|
| | /s/ Tiana S. Mykkeltvedt |
| | John E. Floyd |
| Jonathan S. Tonge | Georgia Bar No. 266413 |
| jtonge@atclawfirm.com | floyd@bmelaw.com |
| Georgia Bar No. 303999 | Tiana S. Mykkeltvedt |
| Patrick J. McDonough | Georgia Bar No. 533512 |
| Georgia Bar No. 489855 | mykkeltvedt@bmelaw.com |
| pmcdonough@atclawfirm.com | Manoj S. Varghese |
| | Georgia Bar No. 734668 |
| ANDERSEN, TATE & CARR, P.C. | varghese@bmelaw.com |
| One Sugarloaf Centre | Amanda Kay Seals |
| 1960 Satellite Boulevard, Suite 4000 | Georgia Bar No. 502720 |
| Duluth, Georgia 30097 | seals@bmelaw.com |
| (770) 822-0900 – Telephone | Michael R. Baumrind |
| (770) 822-9680 – Facsimile | Georgia Bar No. 960296 |
| | baumrind@bmelaw.com |
| | Juliana Mesa |
| | Georgia Bar No. 585087 |
| | mesa@bmelaw.com |
| | |
| | BONDURANT, MIXSON & ELMORE, LLP |
| | 1201 West Peachtree Street, N.W., Suite 3900 |
| | Atlanta, Georgia 30309 |
| | (404) 881-4100 – Telephone |
| | (404) 881-4111 – Facsimile |

## **LOCAL RULE 7.1(D) CERTIFICATION**

The undersigned counsel certifies that this document has been prepared in Times New Roman, 14-point font in compliance with Local Rule 5.1(C) and does not exceed the page limit imposed by Local Rule 7.1(D).

*/s/ Tiana S. Mykkeltvedt*
Tiana S. Mykkeltvedt
Georgia Bar No. 533512

#5017957v1

## CERTIFICATE OF SERVICE

I hereby certify that I have caused to be served the foregoing **Plaintiffs' Motion for Permission to Bring Electronic Equipment into the Courtroom** by filing it with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all counsel of record.

This 5th day of June 2024.

*/s/ Tiana S. Mykkeltvedt*
Tiana S. Mykkeltvedt
Georgia Bar No. 533512

#5017957v1