IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| W.K., et al.<br><br>Plaintiffs,<br><br>v.<br><br>RED ROOF INNS, INC., et al.,<br><br>Defendants. | CIVIL ACTION FILE<br><br>NO. 1:20-cv-5263-VMC<br><br>JURY TRIAL DEMANDED<br><br>Pursuant to Fed. R. Civ. P. 38 |
|---|---|

### ORDER ON PLAINTIFFS' MOTION FOR PERMISSION TO BRING ELECTRONIC EQUIPMENT INTO THE COURTROOM

IT IS HEREBY ORDERED that Plaintiffs in the above-referenced case be permitted to bring the following electronic devices into the Richard B. Russell Building, for the purposes of trial that is expected to proceed for approximately three weeks starting June 11, 2024, before Judge Victoria M. Calvert.

| Name | Equipment |
|---|---|
| Jennifer Webster<br>Anderson Tate & Carr, P.C. | Laptop, power cord, cellular phone/smartphone, charger |
| Giovanna Menhaca<br>Anderson Tate & Carr, P.C. | Laptop, power cord, cellular phone/smartphone, charger |
| Lindsey Harrison<br>Bondurant, Mixson & Elmore, LLP<br>Paralegal | Laptop, power cord, HDMI cables, USB cables, printer, extension cord, cellular phone/smartphone and |

#5017958v1

|  | charger, mouse, handheld scanner, bottled water |
|---|---|
| Bria Davis<br>Bondurant, Mixson & Elmore, LLP<br>Paralegal | Laptop, power cord, HDMI cables, USB cables, printer, extension cord, cellular phone/smartphone and charger, mouse, handheld scanner, bottled water |
| Gary Cox,<br>Bondurant, Mixson & Elmore, LLP<br>IT Staff | Laptop, power cord, HDMI cables, USB cables, printer, extension cord, cellular phone/smartphone and charger, mouse, handheld scanner, bottled water |
| Mark Cline<br>Bondurant, Mixson & Elmore, LLP<br>Paralegal | Phone/smartphone |

IT IS SO ORDERED THIS ___ day of June, 2024.

_____
VICTORIA M. CALVERT
UNITED STATES DISTRICT JUDGE

#5017958v1