# AFFIDAVIT OF NON-SERVICE

## UNITED STATES DISTRICT COURT
### District of Georgia

Case Number: 1:20-CV-05263-VMC

Plaintiff:
**W.K. et al.,**

vs.

Defendant:
**Red Roof Inns, Inc. et al.**

Received by Veritext Legal Solutions on the 10th day of May, 2024 at 12:46 pm to be served on **Meghan Harrsch, 3168 Sewell Mill Rd, Marietta, GA 30062**.

I, Richard Dalton Benito, being duly sworn, depose and say that on the **20th day of May, 2024** at **6:47 pm, I:**

**NON-SERVED** the **LETTER; SUBPOENA TO APPEAR AND TESTIFY AT A HEARING OR TRIAL IN A CIVIL ACTION**; for the reasons detailed in the comments below.

**Additional Information pertaining to this Service:**
5/5/2024  9:32 pm  Attempted service at 516 Bluff Ct, Woodstock, GA 30188. Man answered the door, stated that he is Meghan's father and that she does not reside at this address. Left card with contact information.
5/20/2024  6:47 pm  Attempted service at 3168 Sewell Mill Rd, Marietta, GA 30062. Current resident Hispanic man 45 5'7 150 lbs approximately stated that Meghan Harrsch no longer lives here and moved. Home was under construction

I certify that I am over the age of 18, have no interest in the above action.

Subscribed and Sworn to before me on the 20th day of May, 2024 by the affiant who is personally known to me.

NOTARY PUBLIC

**Richard Dalton Benito**
Process Server

**Veritext Legal Solutions**
633 E. Colonial Drive
Orlando, FL 32803
(800) 275-7991

Our Job Serial Number: KGS-2024008845
Ref: 6700540

KIMBERLY D. GREENWAY
NOTARY PUBLIC
GEORGIA
FORSYTH COUNTY
EXPIRES 09-14-2025

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a