# **EXHIBIT 1**



950 Main Avenue, Suite 1100 | Cleveland, OH  44113 | TEL 216.592.5000 | FAX 216.592.5009

May 2, 2024

DIRECT DIAL  216.696.4465 | joseph.manno@tuckerellis.com

**VIA PROCESS SERVER**

Meghan Harrsch
3168 Sewell Mill Rd.
Marietta, GA 30062

Re:  *W.K. et al, v. Red Roof Inns, Inc. et al.*
      United States District Court, Northern District of Georgia Case No. 1:20-cv-05263-VMC

Dear Ms. Harrsch:

Please be advised that our firm represents Red Roof Inns, Inc., Red Roof Franchising, LLC, FMW RRI OPCP, LLC, FMW RRI, II, LLC, and RRI West Management, LLC, ("RRI Defendants") in the above referenced matter. The trial is scheduled to begin on June 11, 2024. Enclosed please find a subpoena for you to appear and testify at trial on **Tuesday, June 11, 2024, at 9:30 am at Richard B. Russell Federal Building & U.S. Courthouse, Courtroom 2105, located at 75 Ted Turner Drive, SW, Atlanta, Georgia, 30303.**

While the subpoena indicates that you must appear on June 11, 2024, please note that your obligation to attend trial is continuing and may be subject to change. As we approach the trial date, we will contact you to inform you of the specific date and time you will need to appear at trial. We are also required to provide you with a witness fee, which will be given to you upon your appearance at trial.

If you have any questions or concerns, please contact Spencer Krebs at 216-696-4582 or spencer.krebs@tuckerellis.com, or Joseph Manno at 216-696-4465 or joseph.manno@tuckerellis.com. Thank you in advance for your cooperation.

Sincerely,

TUCKER ELLIS LLP

Joseph A. Manno

JAM:bun
Enclosure
cc:     (via e-mail)
        Spencer E. Krebs

6434850.1

tuckerellis.com