AO 88 (Rev. 02/14) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| | | |
|---|---|---|
| W.K. et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 1:20-CV-05263-VMC |
| Red Roof Inns, Inc. et al. | ) | |
| *Defendant* | ) | |

### SUBPOENA TO APPEAR AND TESTIFY
### AT A HEARING OR TRIAL IN A CIVIL ACTION

To: Tradelle D. Lacy, 2802 Fullers Aly, Kennesaw, GA 30144-0005

*(Name of person to whom this subpoena is directed)*

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: | Richard B. Russell Federal Bldg. & U.S. Courthouse<br>75 Ted Turner Drive, SW<br>Atlanta, GA 30303-3309 | Courtroom No.: | 2105 |
|---|---|---|---|
| | | Date and Time: | 06/11/2024 9:30 am |

You must also bring with you the following documents, electronically stored information, or objects *(leave blank if not applicable)*:

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 5/1/2024

CLERK OF COURT       OR       /s/ [signature]

_____            _____
*Signature of Clerk or Deputy Clerk*                *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Red Roof Inns, Inc.; FMW RRI NC, LLC; Red Roof Franchising, LLC; RRI West Management, LLC; and RRI III, LLC, who issues or requests this subpoena, are:

Joseph A. Manno, Tucker Ellis LLP, 950 Main Avenue, Suite 1100, Cleveland, OH 44113;
joseph.manno@tuckerellis.com;
216-592-5000

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88 (Rev. 02/14) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action (page 2)

Civil Action No. 1:20-CV-05263-VMC

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* __Tradelle D. Lacy__
on *(date)* __5/3/2024__ .

☒ I served the subpoena by delivering a copy to the named person as follows: __Frank Simmons, Stepfather__
__Co-Resident__
on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __5/3/2024__

_Richard Dalton Benito_ (signature)
*Server's signature*

Richard Dalton Benito
*Printed name and title*

722 Collins Hill Road H172
Lawrenceville GA 30046

*Server's address*

Additional information regarding attempted service, etc.:
Document served:
LETTER; SUBPOENA TO APPEAR AND TESTIFY AT A HEARING OR TRIAL IN A CIVIL ACTION;