AO 88 (Rev. 02/14) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| | |
|---|---|
| W.K. et al., *Plaintiff* ) ) ) | |
| v. ) | Civil Action No. 1:20-CV-05263-VMC |
| Red Roof Inns, Inc. et al. ) ) *Defendant* | |

**SUBPOENA TO APPEAR AND TESTIFY
AT A HEARING OR TRIAL IN A CIVIL ACTION**

To: Joseph Fonseca, 162 Country Club Dr., Saint Simons Island, GA 31522

*(Name of person to whom this subpoena is directed)*

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: Richard B. Russell Federal Bldg. & U.S. Courthouse 75 Ted Turner Drive, SW Atlanta, GA 30303-3309 | Courtroom No.: 2105 |
| --- | --- |
| | Date and Time: 06/17/2024 9:30 am |

You must also bring with you the following documents, electronically stored information, or objects *(leave blank if not applicable)*:

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 5/24/2024

*CLERK OF COURT*

OR

_____         _____
*Signature of Clerk or Deputy Clerk*                *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Red Roof Inns, Inc.; FMW RRI NC, LLC; Red Roof Franchising, LLC; RRI West Management, LLC; and RRI III, LLC , who issues or requests this subpoena, are:

Joseph A. Manno, Tucker Ellis LLP, 950 Main Avenue, Suite 1100, Cleveland, OH 44113; joseph.manno@tuckerellis.com; 216-592-5000

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.    **1:20-CV-05263-VMC**

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for    **Joseph Fonseca**  on   **5/29/2024:**

[X]   I served the subpoena by delivering a copy to the named person as follows: **162 Country Club Dr, Saint Simons Island, GA 31522** on **06/03/2024 at 6:37 PM**

**I delivered the documents to Joseph Fonseca with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a gray-haired white male contact 45-55 years of age, 5'4"-5'6" tall and weighing 140-160 lbs.**; or

[ ]   I returned the summons unexecuted because

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

**$ 0.00**

My fees are **$ 0.00** for travel and **$ 150.00** for services, for a total of **$ 150.00**.

I declare under penalty of perjury that this information is true.

Date:

_____
Server's signature

**Jason Downs**
_____
Printed name and title

**603 Newcastle St.
Brunswick, GA 31520**
_____
Server's address

Notary Public:  Subscribed and sworn before me on this _____ day of _____ in the year of 20__ .
Personally known to me _____ or _____ identified by the following document:

Number/Reference:    _____
Type:    _____
_____    Notary Public for State of:    _____
Notary Public (Legal Signature)    Commission Expiration:    _____

Additional information regarding attempted service, etc:



Tracking #: **0134393624**

