IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| W.K., et al.<br><br>    Plaintiffs,<br><br>v.<br><br>RED ROOF INNS, INC., et al.,<br><br>    Defendants. | CIVIL ACTION NO.:<br><br>1:20-cv-05263-VMC |

### DEFENDANTS' THIRD SUPPLEMENTAL MOTION REGARDING ENTRY OF ELECTRONIC EQUIPMENT FOR JUNE 11, 2024 – JULY 9, 2024 TRIAL

Defendants Red Roof Inns, Inc., FMW RRI NC, LLC, Red Roof Franchising, LLC, RRI West Management, LLC, and RRI III, LLC, ("Defendants") hereby move this Court for an Order permitting the below individuals to bring and use electronic devices in connection with the trial scheduled to begin on June 11, 2024 through July 9, 2024 in Courtroom 2105. The Defendants anticipate the below individuals will bring: (a) laptops and tablet computers; and (b) cellular phones:

| NAME | AFFILIATION |
|---|---|
| Debi Powell | Insurer |

Defendants note there have been multiple insurers listed herein; Defendants do not expect all such insurers to be present daily but instead, due to length of trial, there may be a rotation of insurers.

Defendants respectfully submit that such electronic equipment and things will aid them in their presentation of evidence in this proceeding.

Respectfully submitted, this 7th day of June, 2024.

/s/ *Marcella C. Ducca*
**Marcella C. Ducca**
Georgia Bar No. 115079

**GREENBERG TRAURIG, LLP**
Terminus 200
3333 Piedmont Road, N.E., Suite 2500
Atlanta, GA 30305
Tel. (678) 553-7336
Fax (678) 553-7335
duccam@gtlaw.com

**Chelsea Mikula** (Admitted *Pro Hac Vice*)
**Elisabeth C. Arko** (Admitted *Pro Hac Vice*)
**Joseph A. Manno** (Admitted *Pro Hac Vice*)
**Spencer Krebs** (Admitted *Pro Hac Vice*)
**TUCKER ELLIS LLP**
950 Main Avenue—Suite 1100
Cleveland, Ohio 44113-7213
Tel.: 216.592.5000
Fax: 216.592.5009
chelsea.mikula@tuckerellis.com
elisabeth.arko@tuckerellis.com
joseph.manno@tuckerellis.com
spencer.krebs@tuckerellis.com

**Sandra J. Wunderlich** (Admitted *Pro Hac*

*Vice*)
**TUCKER ELLIS LLP**
100 South Fourth Street, Suite 600
St. Louis, MO 63102-1822
Tel.: 314.256.2550
Fax: 314.256.2549
sandra.wunderlich@tuckerellis.com

*Attorneys for Defendants Red Roof Inns, Inc., FMW RRI NC, LLC, Red Roof Franchising, LLC, RRI West Management, LCC, and RRI III, LLC*

**CERTIFICATE OF COMPLIANCE WITH LR 5.1C, NDGa**

I hereby certify pursuant to LR 7.1D, NDGa that the foregoing document has been prepared with one of the fonts and point selections approved by this Court in LR 5.1C, NDGa, using a 14-point Times New Roman font.

                                         */s/ Marcella C. Ducca*
                                         Marcella C. Ducca

## CERTIFICATE OF SERVICE

I hereby certify that on June 7, 2024, **Defendants Red Roof Inns, Inc., FMW RRI NC, LLC, Red Roof Franchising, LLC, RRI West Management, LLC, and RRI III, LLC's Third Supplemental Motion Regarding Entry of Electronic Equipment for June 11, 2024 through July 9, 2024 Trial** was filed electronically. Service of this filing will be made pursuant to Civ. R. 5(b)(2)(e) by operation of this Court's electronic filing system. Parties may access the filing through the Court's system.

                                                    */s/ Marcella C. Ducca*
                                                    Marcella C. Ducca