IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| W.K., et al.<br><br>Plaintiffs,<br><br>v.<br><br>RED ROOF INNS, INC., et al.,<br><br>Defendants. | CIVIL ACTION FILE<br><br>NO. 1:20-cv-5263-VMC<br><br>JURY TRIAL DEMANDED<br><br>Pursuant to Fed. R. Civ. P. 38 |

## CONSENT MOTION TO DISMISS WITH PREJUDICE DEFENDANTS RRI III AND FMW RRI NC

Pursuant to Fed. R. Civ. P. 41(a), Plaintiffs file this consent motion to dismiss with prejudice Defendants RRI III and FMW RRI NC. Plaintiffs have conferred with Defendants, who consent to this motion. *See City of Jacksonville v. Jacksonville Hosp. Holdings, L.P.*, 82 F.4th 1031, 1036 (11th Cir. 2023) ("Rule 41(a) allows a district court to dismiss all claims against a particular defendant.") (internal quotation marks omitted).

Accordingly, Plaintiffs, with consent of Defendants, move this Court to enter an order dismissing with prejudice Defendants RRI III and FMW RRI NC. A proposed order for the Court's consideration is attached.

Respectfully submitted this 7th of June, 2024.

*Signatures follow on the next page.*

1

|  | **Consented to by:** |
|---|---|
| */s/ Michael R. Baumrind* | */s/ Marcella C. Ducca* |
| John E. Floyd | Marcella C. Ducca |
| Georgia Bar No. 266413 | Georgia Bar No. 115079 |
| floyd@bmelaw.com | Brandon D. Cox |
| Tiana S. Mykkeltvedt | Georgia Bar No. 832025 |
| Georgia Bar No. 533512 | GREENBERG TRAURIG LLP |
| mykkeltvedt@bmelaw.com | Terminus 200 |
| Manoj S. Varghese | 3333 Piedmont Road NE, Suite 2500 |
| Georgia Bar No. 734668 | Atlanta, GA  30305 |
| varghese@bmelaw.com | Telephone: 678.553.2100 |
| Amanda Kay Seals | duccam@gtlaw.com |
| Georgia Bar No. 502720 | coxb@gtlaw.com |
| seals@bmelaw.com | |
| Michael R. Baumrind | Sandra J. Wunderlich (pro hac vice) |
| Georgia Bar No. 960296 | TUCKER ELLIS LLP |
| baumrind@bmelaw.com | 100 South Fourth Street, Suite 600 |
| Juliana Mesa | St. Louis, MO 63102-1822 |
| Georgia Bar No. 585087 | Telephone: 314.256.2550 |
| mesa@bmelaw.com | Facsimile:  314.256.2549 |
| BONDURANT, MIXSON & ELMORE, LLP | sandra.wunderlich@tuckerellis.com |
| 1201 West Peachtree Street, N.W. | |
| Suite 3900 | Chelsea Mikula (pro hac vice) |
| Atlanta, Georgia 30309 | C. Ashley Saferight (pro hac vice) |
| (404) 881-4100 – Telephone | Elisabeth C. Arko (pro hac vice) |
| (404) 881-4111 – Facsimile | Joseph A. Manno (pro hac vice) |
| floyd@bmelaw.com | Spencer E. Krebs (pro hac vice) |
| mykkeltvedt@bmelaw.com | TUCKER ELLIS LLP |
| varghese@bmelaw.com | 950 Main Avenue, Suite 1100 |
| seals@bmelaw.com | Cleveland, OH  44113-7213 |
| baumrind@bmelaw.com | Telephone: 216.592.5000 |
| mesa@bmelaw.com | Facsimile:  216.592.5009 |
| | chelsea.mikula@tuckerellis.com |
| Jonathan S. Tonge | ashley.saferight@tuckerellis.com |
| Georgia Bar No. 303999 | elisabeth.arko@tuckerellis.com |
| Patrick J. McDonough | joseph.manno@tuckerellis.com |
| Georgia Bar No. 489855 | spencer.krebs@tuckerellis.com |

ANDERSEN, TATE & CARR, P.C.
One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 – Telephone
(770) 822-9680 – Facsimile
jtonge@atclawfirm.com
pmcdonough@atclawfirm.com

*Attorneys for Plaintiffs*

*Attorneys for Defendants Red Roof Inns, Inc., FMW RRI, Red Roof Franchising, LLC, RRI West Management, LLC, and RRI III, LLC*

## **LOCAL RULE 7.1(D) CERTIFICATION**

The undersigned counsel certifies that this document has been prepared in Times New Roman, 14-point font in compliance with Local Rule 5.1(C) and does not exceed the page limit imposed by Local Rule 7.1(D).

*/s/ Michael R. Baumrind*
Michael R. Baumrind
Georgia Bar No. 960296

## CERTIFICATE OF SERVICE

I hereby certify that I have caused to be served the foregoing **CONSENT MOTION TO DISMISS WITH PREJUDICE DEFENDANTS RRI III AND FMW RRI NC** by filing it with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all counsel of record.

This 7th day of June, 2024.

> */s/ Michael R. Baumrind*
> Michael R. Baumrind
> Georgia Bar No. 960296