# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| W.K., et al.<br><br>Plaintiffs,<br><br>v.<br><br>RED ROOF INNS, INC., et al.,<br><br>Defendants. | CIVIL ACTION FILE<br><br>NO. 1:20-cv-5263-VMC<br><br>JURY TRIAL DEMANDED<br><br>Pursuant to Fed. R. Civ. P. 38 |

## [PROPOSED] ORDER DISMISSING WITH PREJUDICE DEFENDANTS RRI III AND FMW RRI NC

Now before the Court is the Plaintiffs' Consent Motion to Dismiss with Prejudice Defendants RRI III and FMW RRI NC under Federal Rule of Civil Procedure 41(a), and Defendants have consented to this request. Accordingly, the Motion is **GRANTED** and the Clerk is **DIRECTED** to dismiss all claims against Defendants RRI III and FMW RRI NC with prejudice.

So ordered this ____ day of _____, 2024.

_____
VICTORIA M. CALVERT
United States District Court Judge
Northern District of Georgia

0

#5020395v1

Proposed Order prepared by:

*/s/ Michael R. Baumrind*
John E. Floyd
Georgia Bar No. 266413
floyd@bmelaw.com
Tiana S. Mykkeltvedt
Georgia Bar No. 533512
mykkeltvedt@bmelaw.com
Manoj S. Varghese
Georgia Bar No. 734668
varghese@bmelaw.com
Amanda Kay Seals
Georgia Bar No. 502720
seals@bmelaw.com
Michael R. Baumrind
Georgia Bar No. 960296
baumrind@bmelaw.com
Juliana Mesa
Georgia Bar No. 585087
mesa@bmelaw.com
BONDURANT, MIXSON &
ELMORE, LLP
1201 West Peachtree Street, N.W.
Suite 3900
Atlanta, Georgia 30309
(404) 881-4100 – Telephone
(404) 881-4111 – Facsimile
floyd@bmelaw.com
mykkeltvedt@bmelaw.com
varghese@bmelaw.com
seals@bmelaw.com
baumrind@bmelaw.com
mesa@bmelaw.com

Jonathan S. Tonge
Georgia Bar No. 303999
Patrick J. McDonough
Georgia Bar No. 489855
ANDERSEN, TATE & CARR, P.C.

1

#5020395v1

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 – Telephone
(770) 822-9680 – Facsimile
jtonge@atclawfirm.com
pmcdonough@atclawfirm.com

***Attorneys for Plaintiffs***