# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| W.K., et al.<br><br>Plaintiffs,<br><br>v.<br><br>RED ROOF INNS, INC., et al.,<br><br>Defendants. | CIVIL ACTION FILE<br><br>NO. 1:20-cv-5263-VMC<br><br>JURY TRIAL DEMANDED<br><br>Pursuant to Fed. R. Civ. P. 38 |

## NOTICE OF FILING PLAINTIFFS' AND DEFENDANTS' DEPOSITION DESIGNATION AND EXHIBIT OBJECTIONS AND RESPONSES

Plaintiffs hereby give notice of filing Plaintiffs' and Defendants' Deposition Designation and Exhibit Objections and Responses attached hereto as Exhibit A.

Respectfully submitted this 10th of June, 2024.

| | |
|---|---|
| /s/ Manoj S. Varghese<br>John E. Floyd<br>Georgia Bar No. 266413<br>floyd@bmelaw.com<br>Tiana S. Mykkeltvedt<br>Georgia Bar No. 533512<br>mykkeltvedt@bmelaw.com<br>Manoj S. Varghese<br>Georgia Bar No. 734668<br>varghese@bmelaw.com<br>Amanda Kay Seals<br>Georgia Bar No. 502720<br>seals@bmelaw.com<br>Michael R. Baumrind<br>Georgia Bar No. 960296 | /s/ Marcella C. Ducca<br>Marcella C. Ducca<br>Georgia Bar No. 115079<br>Brandon D. Cox<br>Georgia Bar No. 832025<br>GREENBERG TRAURIG LLP<br>Terminus 200<br>3333 Piedmont Road NE, Suite 2500<br>Atlanta, GA 30305<br>Telephone: 678.553.2100<br>duccam@gtlaw.com<br>coxb@gtlaw.com<br><br>Sandra J. Wunderlich (pro hac vice) |

baumrind@bmelaw.com
Juliana Mesa
Georgia Bar No. 585087
mesa@bmelaw.com
BONDURANT, MIXSON & ELMORE, LLP
1201 West Peachtree Street, N.W.
Suite 3900
Atlanta, Georgia 30309
(404) 881-4100 – Telephone
(404) 881-4111 – Facsimile
floyd@bmelaw.com
mykkeltvedt@bmelaw.com
varghese@bmelaw.com
seals@bmelaw.com
baumrind@bmelaw.com
mesa@bmelaw.com

Jonathan S. Tonge
Georgia Bar No. 303999
Patrick J. McDonough
Georgia Bar No. 489855
ANDERSEN, TATE & CARR, P.C.
One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 – Telephone
(770) 822-9680 – Facsimile
jtonge@atclawfirm.com
pmcdonough@atclawfirm.com

***Attorneys for Plaintiffs***

TUCKER ELLIS LLP
100 South Fourth Street, Suite 600
St. Louis, MO 63102-1822
Telephone: 314.256.2550
Facsimile:  314.256.2549
sandra.wunderlich@tuckerellis.com

Chelsea Mikula (pro hac vice)
C. Ashley Saferight (pro hac vice)
Elisabeth C. Arko (pro hac vice)
Joseph A. Manno (pro hac vice)
Spencer E. Krebs (pro hac vice)
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, OH  44113-7213
Telephone: 216.592.5000
Facsimile:  216.592.5009
chelsea.mikula@tuckerellis.com
ashley.saferight@tuckerellis.com
elisabeth.arko@tuckerellis.com
joseph.manno@tuckerellis.com
spencer.krebs@tuckerellis.com

***Attorneys for Defendants Red Roof Inns, Inc., FMW RRI, Red Roof Franchising, LLC, RRI West Management, LLC, and RRI III, LLC***

3

## LOCAL RULE 7.1(D) CERTIFICATION

The undersigned counsel certifies that this document has been prepared in Times New Roman, 14-point font in compliance with Local Rule 5.1(C) and does not exceed the page limit imposed by Local Rule 7.1(D).

*/s/ Manoj S. Varghese*
Manoj S. Varghese
Georgia Bar No. 734668

## CERTIFICATE OF SERVICE

I hereby certify that I have caused to be served the foregoing **NOTICE OF FILING PLAINTIFFS' AND DEFENDANTS' DEPOSITION DESIGNATION AND EXHIBIT OBJECTIONS AND RESPONSES** by filing it with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all counsel of record.

This 10th day of June, 2024.

*/s/ Manoj S. Varghese*
Manoj S. Varghese
Georgia Bar No. 734668