IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| W.K., et al.<br><br>Plaintiffs,<br><br>v.<br><br>RED ROOF INNS, INC., et al.,<br><br>Defendants. | CIVIL ACTION FILE<br><br>NO. 1:20-cv-5263-VMC<br><br>JURY TRIAL DEMANDED<br><br>Pursuant to Fed. R. Civ. P. 38 |

### ORDER ON PLAINTIFFS' SUPPLEMENTAL MOTION FOR PERMISSION TO BRING ELECTRONIC EQUIPMENT INTO THE COURTROOM

IT IS HEREBY ORDERED that Plaintiffs in the above-referenced case be permitted to bring the following electronic devices into the Richard B. Russell Building, for the purposes of trial that is expected to proceed for approximately three weeks starting June 11, 2024, before Judge Victoria M. Calvert.

| Name | Equipment |
|---|---|
| David Cannon<br>Consultant | Laptop, power cord, cellular phone/smartphone and charger, and bottled water |
| DeAnn Gibson<br>Consultant | Laptop, power cord, cellular phone/smartphone and charger, and bottled water |

#5020901v1

| Randi Hopper Redden<br>Consultant | Laptop, power cord, cellular phone/smartphone and charger, and bottled water |
|---|---|
| Timothy Shane Peagler<br>Consultant | Laptop, power cord, cellular phone/smartphone and charger, and bottled water |

IT IS SO ORDERED THIS __10th__ day of June, 2024.

_____
VICTORIA M. CALVERT
UNITED STATES DISTRICT JUDGE

#5020901v1