IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| W.K., et al.<br><br>    Plaintiffs,<br><br>v.<br><br>RED ROOF INNS, INC., et al.,<br><br>    Defendants. | CIVIL ACTION NO.:<br><br>1:20-cv-05263-VMC |

## ORDER PERMITTING ELECTRONIC EQUIPMENT
## FOR JUNE 11, 2024 – JULY 9, 2024 TRIAL

Defendants' Fourth Supplemental Motion Regarding Entry of Electronic Equipment into the Courtroom is hereby GRANTED. The below individuals are permitted to bring laptops, tablet computers, and cellular phones into the Courthouse for trial on June 11, 2024 through July 9, 2024 without a blue attorney ID card issued through the U.S. Marshal's Service.

| NAME | AFFILIATION |
|---|---|
| Ellen Farrell | Counsel for Insurer |
| Allison Radocha | Counsel for Insurer |
| Alicia Bromfield | Insurer |

**IT IS SO ORDERED** this __10th__ day of June 2024.

_____
**Hon. Victoria M. Calvert**
**United States District Judge**

Order prepared by: Marcella C. Ducca