UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| W.K., et al., | ) |
|     Plaintiffs, | ) |
| v. | ) Case No. 1:20-CV-05263-VM |
| Red Roof Inns, Inc., et al., | ) |
|     Defendants. | ) |

## **DEFENDANTS' PROPOSED VERDICT FORM FOR PLAINTIFFS**

Defendants Red Roof Inns, Inc., Red Roof Franchising, LLC, and RRI West Management, LLC, (Defendants) submit the following proposed jury interrogatories and verdict form for Plaintiffs Whitney, Elizabeth, Melanie, Delann, Rebekah P., Melissa, Alexa Foster, Chelsea, Rebecca K., Kazia, and Tiffney (Plaintiffs), attached as Exhibit A. Defendants reserve the right to supplement this proposed verdict form up to and during the time of trial.

Defendants anticipate various legal issues will be resolved by the Court throughout trial, and resolution of such will necessitate or negate jury interrogatories.[1] Defendants expressly reserve the right to add, subtract, replace, or

---

[1] Defendants acknowledge and respect that this Court issued an order stating joint and several liability applies to Plaintiffs' TVPRA and civil RICO claims as the Defendants. Defendants, however, maintain that apportionment applies to all of Plaintiffs' claims and submit these verdict form.

1

modify any requested interrogatory. In addition, Defendants reserve the right to submit additional interrogatories should the case move into a second phase relating to punitive damages.

Dated: June 11, 2024               Respectfully submitted,

*/s/ Marcella C. Ducca*
Marcella C. Ducca (Ga Bar No. 115079)
GREENBERG TRAURIG LLP
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, GA  30305
Telephone:  678.553.2100
duccam@gtlaw.com

Chelsea Mikula (pro hac vice)
Elisabeth C. Arko (pro hac vice)
Joseph A. Manno (pro hac vice)
Spencer Krebs (pro hac vice)
C. Ashley Saferight (pro hac vice)
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, OH  44113-7213
Telephone:  216.592.5000
Facsimile:   216.592.5009

chelsea.mikula@tuckerellis.com
elisabeth.arko@tuckerellis.com
joseph.manno@tuckerellis.com
spencer.krebs@tuckerellis.com
ashley.saferight@tuckerellis.com

Sandra J. Wunderlich (pro hac vice)
TUCKER ELLIS LLP
100 South Fourth Street, Suite 600
St. Louis, MO 63102
Telephone: 314.256.2550
sandra.wunderlich@tuckerellis.com

*Attorneys for Defendants Red Roof Inns, Inc., Red Roof Franchising, LLC, and RRI West Management, LLC*

## **RULE 7.1D CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1(D) of the United States District Court of the Northern District of Georgia, the undersigned certifies that that submission to the Court was computer-processed, double-spaced between lines, and used Times New Roman font of 14-point size.

Dated: June 11, 2024

             /s/ *Marcella C. Ducca*
             Marcella C. Ducca

             *One of the Attorneys for Defendants Red Roof Inns, Inc., Red Roof Franchising, LLC, and RRI West Management, LLC*

6484310.1


## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that a copy of the above was filed with the United States District Court for the Northern District of Georgia and served on counsel of record through the Court's CM/ECF system.

Dated: June 11, 2024

                                                            */s/ Marcella C. Ducca*
                                                            Marcella C. Ducca

                                                            *One of the Attorneys for Defendants Red Roof Inns, Inc., Red Roof Franchising, LLC, and RRI West Management, LLC*

6484310.1