# EXHIBIT A
## (Proposed Verdict Forms)

# DEFENDANTS' PROPOSED VERDICT FORM FOR PLAINTIFF ALEXA FOSTER (A.F.)

## **TVPRA**

1. Do you find Alexa Foster proved by a preponderance of the evidence that she engaged in commercial sex by force, fraud, or coercion?

   **Answer "Yes" or "No"**

                      ___Yes _____No

**INSTRUCTION:** If you answered yes to question #1, proceed to question #2. If you answered no, proceed directly to question #6.

2. Do you find Alexa Foster proved by a preponderance of the evidence that each Defendant participated in a venture that violated Section 1591?

   **Answer  "Yes" or "No"**

   | | | |
   |---|---|---|
   | **Red Roof Inns, Inc.** | _____Yes | _____No |
   | **Red Roof Franchising LLC** | _____Yes | _____No |
   | **RRI West Management, LLC** | _____Yes | _____No |

**INSTRUCTION:** If you answered yes, proceed to question #3. If you answered no, proceed directly to question #6.

3. Do you find that Alexa Foster proved by a preponderance of the evidence that each Defendant knowingly benefited from participation in a venture that violated Section 1591?

   **Answer  "Yes" or "No"**

   | | | |
   |---|---|---|
   | **Red Roof Inns, Inc.** | _____Yes | _____No |
   | **Red Roof Franchising LLC** | _____Yes | _____No |
   | **RRI West Management, LLC** | _____Yes | _____No |

**INSTRUCTION:** If you answered yes to question #3, proceed to question #4. If you answered no, proceed directly to question #6.

4. Do you find that Alexa Foster proved by a preponderance of the evidence that the Defendants participated in a venture that they knew or should have known

2

engaged in a violation of Section 1591 as to Plaintiff Alexa Foster, at Smyrna-Affiliate ?

**Answer  "Yes" or "No"**

| | |
|---|---|
| **Red Roof Inns, Inc.** | **_____Yes _____No** |
| **Red Roof Franchising LLC** | **_____Yes _____No** |
| **RRI West Management, LLC** | **_____Yes _____No** |

**INSTRUCTION:** Proceed to question #5.

5. If you have answered yes to questions 1-4 for any Defendant, enter a verdict on behalf of Alexa Foster against that Defendant for Alexa Foster's TVPRA claim, sign the below, and proceed to Question #6.

| | |
|---|---|
| **Red Roof Inns, Inc.** | **_____Yes _____No** |
| **Red Roof Franchising LLC** | **_____Yes _____No** |
| **RRI West Management, LLC** | **_____Yes _____No** |

_____      _____

_____      _____

_____      _____

_____      _____

3

## __NEGLIGENCE__

6. Do you find that Alexa Foster proved by a preponderance of evidence that as to the Smyrna-Affiliate only, any of the Defendants were negligent?

**Answer "Yes" or "No"**

| | |
|---|---|
| **Red Roof Inns, Inc.** | _____Yes _____No |
| **Red Roof Franchising LLC** | _____Yes _____No |
| **RRI West Management, LLC** | _____Yes _____No |

**INSTRUCTION:** If you answered yes to question #6, proceed to question #7. If you answered no, proceed directly to question #9.

7. Do you find that Alexa Foster proved by a preponderance of evidence that any of the Defendants' negligence proximately caused her injuries.

**Answer "Yes" or "No"**

| | |
|---|---|
| **Red Roof Inns, Inc.** | _____Yes _____No |
| **Red Roof Franchising LLC** | _____Yes _____No |
| **RRI West Management, LLC** | _____Yes _____No |

**INSTRUCTION:** If you answered yes to question #7, proceed to question #8. If you answered no, proceed directly to question #9.

8. If you have answered yes to questions 6-7 for any Defendant, enter a verdict on behalf of Alexa Foster against that Defendant for Alexa Foster's negligence claims, sign the below, and proceed to Question 18.

| | |
|---|---|
| **Red Roof Inns, Inc.** | _____Yes _____No |
| **Red Roof Franchising LLC** | _____Yes _____No |
| **RRI West Management, LLC** | _____Yes _____No |

_____         _____

_____         _____

_____         _____

6484332.1

## **DAMAGES**

9.  If you answered Yes to Question 5 and 8, what amount of non-economic damages do you award to Alexa Foster? If you answered No to Questions 5 and 8 above, do not answer Questions 10 – 11.


$ _____

**INSTRUCTION:**  Proceed to question 10.

10. To apportion  Alexa Foster's damages, assess the percentage of fault of those Defendants you found liable as well as any other person listed below that you also find to be at fault:

| | |
|---|---|
| Plaintiff Alexa Foster | _____ % |
| Banneret Security, Inc. | _____ % |
| Red Roof Inns, Inc. | _____ % |
| Red Roof Franchising, LLC | _____ % |
| RRI West Management, LLC | _____ % |
| Traffickers of Alexa Foster | _____ % |
| Individuals that paid for sex with Alexa Foster | _____ % |
| Courtyard Marriott | _____ % |
| Holiday Inn Express | _____ % |
| Backpage.com | _____ % |
| Craigslist | _____ % |
| City Trends | _____ % |
| Eros | _____ % |

**The numbers must add up to 100%**

**INSTRUCTION:**  If you answered yes to Question 5 or 8 proceed to Question 11. Otherwise, return this form to the bailiff.

11. Do you find that Alexa Foster  proved by clear and convincing evidence that Defendants acted willfully or with malice, fraud, wantonness, oppression, or with a conscious indifference to consequences?

**Red Roof Inns, Inc.**             _____Yes _____No
**Red Roof Franchising LLC**        _____Yes _____No
**RRI West Management, LLC**        _____Yes _____No


This is our unanimous verdict, reached on the _____ day of _____ 2024


_____
Foreperson

6484332.1

# **DEFENDANTS' PROPOSED VERDICT FORM FOR**

# **PLAINTIFF CHELSEA (C.A.)**

## **TVPRA**

1. Do you find Chelsea proved by a preponderance of the evidence that she engaged in commercial sex by force, fraud, or coercion?

   **Answer "Yes" or "No"**

   ___Yes _____No

**INSTRUCTION:** If you answered yes to question #1, proceed to question #2. If you answered no, proceed directly to question #6.

2. Do you find Chelsea proved by a preponderance of the evidence that each Defendant participated in a venture that violated Section 1591?

   **Answer  "Yes" or "No"**

   | | |
   |---|---|
   | **Red Roof Inns, Inc.** | _____Yes _____No |
   | **Red Roof Franchising LLC** | _____Yes _____No |
   | **RRI West Management, LLC** | _____Yes _____No |

**INSTRUCTION:** If you answered yes, proceed to question #3. If you answered no, proceed directly to question #6.

3. Do you find that Chelsea proved by a preponderance of the evidence that each Defendant knowingly benefited from participation in a venture that violated Section 1591?

   **Answer  "Yes" or "No"**

   | | |
   |---|---|
   | **Red Roof Inns, Inc.** | _____Yes _____No |
   | **Red Roof Franchising LLC** | _____Yes _____No |
   | **RRI West Management, LLC** | _____Yes _____No |

**INSTRUCTION:** If you answered yes to question #3, proceed to question #4. If you answered no, proceed directly to question #6.

4. Do you find that Chelsea proved by a preponderance of the evidence that the Defendants participated in a venture that they knew or should have known

2

engaged in a violation of Section 1591 as to Plaintiff Chelsea, at RRI Buckhead?

**Answer  "Yes" or "No"**

| | | |
|---|---|---|
| **Red Roof Inns, Inc.** | _____Yes | _____No |
| **Red Roof Franchising LLC** | _____Yes | _____No |
| **RRI West Management, LLC** | _____Yes | _____No |

**INSTRUCTION:** Proceed to question #5.

5. If you have answered yes to questions 1-4 for any Defendant, enter a verdict on behalf of Chelsea against that Defendant for Chelsea's TVPRA claim, sign the below, and proceed to Question #6.

| | | |
|---|---|---|
| **Red Roof Inns, Inc.** | _____Yes | _____No |
| **Red Roof Franchising LLC** | _____Yes | _____No |
| **RRI West Management, LLC** | _____Yes | _____No |

_____          _____

_____          _____

_____          _____

3

## <u>O.C.G.A. 16-14-4(a):</u>

6.  Did Chelsea prove, by a preponderance of evidence, that the defendants committed a pattern of racketeering activity and derived proceeds therefrom, to acquire or maintain, directly or indirectly, any interest in or control of any enterprise, real property, or personal property of any nature, including money.

**Red Roof Inns, Inc.**    \_\_\_\_\_**Yes** \_\_\_\_\_**No**
**Red Roof Franchising LLC**  \_\_\_\_\_**Yes** \_\_\_\_\_**No**
**RRI West Management, LLC**  \_\_\_\_\_**Yes** \_\_\_\_\_**No**

**<u>INSTRUCTION:</u>**  If you answered yes to question #6, proceed to question #7. If you answered no, proceed directly to question #11.

7.  Did Chelsea prove, by a preponderance of the evidence, that Defendants intentionally aided and abetted in the commission of, or intentionally advised, encouraged, hired, or counseled another to commit:

Keeping a Place of Prostitution?

**Answer  "Yes" or "No"**

**Red Roof Inns, Inc.**    \_\_\_\_\_**Yes** \_\_\_\_\_**No**
**Red Roof Franchising LLC**  \_\_\_\_\_**Yes** \_\_\_\_\_**No**
**RRI West Management, LLC**  \_\_\_\_\_**Yes** \_\_\_\_\_**No**

Prostitution?

**Answer  "Yes" or "No"**

**Red Roof Inns, Inc.**    \_\_\_\_\_**Yes** \_\_\_\_\_**No**
**Red Roof Franchising LLC**  \_\_\_\_\_**Yes** \_\_\_\_\_**No**
**RRI West Management, LLC**  \_\_\_\_\_**Yes** \_\_\_\_\_**No**

Pimping?

**Answer  "Yes" or "No"**

**Red Roof Inns, Inc.**    \_\_\_\_\_**Yes** \_\_\_\_\_**No**

4

**Red Roof Franchising LLC**           _____Yes _____No
**RRI West Management, LLC**           _____Yes _____No

Sexual servitude?

**Answer "Yes" or "No"**

**Red Roof Inns, Inc.**                _____Yes _____No
**Red Roof Franchising LLC**           _____Yes _____No
**RRI West Management, LLC**           _____Yes _____No

**INSTRUCTION:** Proceed to question #8, unless you answered no on all questions as to all Defendants, then proceed directly to question #11.

8. Do you find that Chelsea proved, by a preponderance of the evidence, that the Defendants' crimes were directed towards her, as opposed to third parties, and that she was an intended victim of the Defendants' actions.

**Answer "Yes" or "No"**

**Red Roof Inns, Inc.**                _____Yes _____No
**Red Roof Franchising LLC**           _____Yes _____No
**RRI West Management, LLC**           _____Yes _____No

**INSTRUCTION:** Proceed to question #9. If you answered no, proceed directly to question #11.

9. Do you find that Chelsea's alleged injury was directly caused by, as opposed to an eventual consequence of, the Defendants' predicate act.

**Answer "Yes" or "No"**

**Red Roof Inns, Inc.**                _____Yes _____No
**Red Roof Franchising LLC**           _____Yes _____No
**RRI West Management, LLC**           _____Yes _____No

**INSTRUCTION:** Proceed to question #10.

6484306.1

10. If you have answered yes to questions #6-9 for any Defendant, enter a verdict on behalf of Chelsea against that Defendant for Chelsea's RICO claim, sign the below, and proceed to Question 11.

**Answer "Yes" or "No"**

**Red Roof Inns, Inc.**              _____Yes _____No
**Red Roof Franchising LLC**      _____Yes _____No
**RRI West Management, LLC**    _____Yes _____No


_____        _____

_____        _____

_____        _____

6

## O.C.G.A. 16-14-4(c)

11. Did Chelsea prove by a preponderance of the evidence that the Defendants knowingly and willfully entered a conspiracy to commit two or more predicate acts?

**Answer "Yes" or "No"**

| | | |
|---|---|---|
| **Red Roof Inns, Inc.** | _____Yes | _____No |
| **Red Roof Franchising LLC** | _____Yes | _____No |
| **RRI West Management, LLC** | _____Yes | _____No |

12. Did Plaintiff Chelsea prove by a preponderance of the evidence a member of the conspiracy committed an overt act to affect the conspiracy's object?

**Answer "Yes" or "No"**

| | | |
|---|---|---|
| **Red Roof Inns, Inc.** | _____Yes | _____No |
| **Red Roof Franchising LLC** | _____Yes | _____No |
| **RRI West Management, LLC** | _____Yes | _____No |

13. Did Defendants prove by a preponderance of the evidence that Plaintiff Chelsea equally participated in the conspiracy from which she seeks to recover by engaging in a predicate act, including prostitution, keeping a place of prostitution, and pimping?

**Answer "Yes" or "No"**

_____Yes _____No

14. If you have answered yes to questions #11-12 and no to question #13 for any Defendant, enter a verdict on behalf of Chelsea against that Defendant for Chelsea's RICO claim, sign the below, and proceed to Question 15.

**Answer "Yes" or "No"**

| | | |
|---|---|---|
| **Red Roof Inns, Inc.** | _____Yes | _____No |
| **Red Roof Franchising LLC** | _____Yes | _____No |
| **RRI West Management, LLC** | _____Yes | _____No |

_____        _____

_____        _____

_____        _____

8

## **NEGLIGENCE**

15. Do you find that Chelsea proved by a preponderance of evidence that as to RRI Buckhead only, any of the Defendants were negligent?

**Answer "Yes" or "No"**

| | | |
|---|---|---|
| **Red Roof Inns, Inc.** | _____Yes | _____No |
| **Red Roof Franchising LLC** | _____Yes | _____No |
| **RRI West Management, LLC** | _____Yes | _____No |

**INSTRUCTION:**  Proceed to question #14. If you answered no, proceed directly to question #16.

16. Do you find that Chelsea  proved by a preponderance of evidence that any of the Defendants' negligence proximately caused her injuries.

**Answer "Yes" or "No"**

| | | |
|---|---|---|
| **Red Roof Inns, Inc.** | _____Yes | _____No |
| **Red Roof Franchising LLC** | _____Yes | _____No |
| **RRI West Management, LLC** | _____Yes | _____No |

**INSTRUCTION:**  If you answered yes to question #15, proceed to question #16. If you answered no, proceed directly to question #17.

17. If you have answered yes to questions 15-16 for any Defendant, enter a verdict on behalf of Chelsea against that Defendant for Chelsea's negligence claims, sign the below, and proceed to Question 18.

| | | |
|---|---|---|
| **Red Roof Inns, Inc.** | _____Yes | _____No |
| **Red Roof Franchising LLC** | _____Yes | _____No |
| **RRI West Management, LLC** | _____Yes | _____No |

_____          _____

_____          _____

_____          _____

6484306.1

## **DAMAGES**

18. If you answered Yes to Question 5, 10, 14, or 17 above, what amount of non-economic damages do you award to Chelsea? If you answered No to Questions 5, 10, 14, or 17 above, do not answer Questions 19 – 20.

$ \underline{\hspace{6cm}}

**INSTRUCTION:**  Proceed to question 19.

19. To apportion Chelsea's damages, assess the percentage of fault of those Defendants you found liable as well as any other person listed below that you also find to be at fault:

| | |
|---|---|
| Plaintiff Chelsea | _____ % |
| B.E.S.T. Inc. d/b/a Best Security | _____ % |
| Banneret Security, Inc. | _____ % |
| Red Roof Inns, Inc. | _____ % |
| Red Roof Franchising, LLC | _____ % |
| RRI West Management, LLC | _____ % |
| Varahi Hotels, LLC | _____ % |
| Traffickers of Chelsea | _____ % |
| Individuals that paid for sex with Chelsea | _____ % |
| Hampton Inn | _____ % |
| Embassy Suites by Hilton | _____ % |
| Comfort Inn | _____ % |
| Quality Inn | _____ % |
| Ramada Limited Suites, n/k/a Ramada by Wyndham | _____ % |
| Residence Inn | _____ % |
| Backpage.com | _____ % |

10

6484306.1

Craigslist                                              _____ %

SugarDaddies.com                                        _____ %

**The numbers must add up to 100%**

20. Do you find that Chelsea proved by clear and convincing evidence that Defendants acted willfully or with malice, fraud, wantonness, oppression, or with a conscious indifference to consequences?

| | |
|---|---|
| **Red Roof Inns, Inc.** | _____Yes _____No |
| **Red Roof Franchising LLC** | _____Yes _____No |
| **RRI West Management, LLC** | _____Yes _____No |

This is our unanimous verdict, reached on the _____ day of _____ 2024

_____
Foreperson

11

# DEFENDANTS' PROPOSED VERDICT FORM FOR

# PLAINTIFF DELANN (D.P.)

6484330.1

# **TVPRA**

1.  Do you find Delann proved by a preponderance of the evidence that she engaged in commercial sex by force, fraud, or coercion?

    **Answer "Yes" or "No"**

    ___Yes _____No

**INSTRUCTION:** If you answered yes to question #1, proceed to question #2. If you answered no, proceed directly to question #6.

2.  Do you find Delann proved by a preponderance of the evidence that each Defendant participated in a venture that violated Section 1591?

    **Answer "Yes" or "No"**

**Red Roof Inns, Inc.**                   _____Yes _____No
**Red Roof Franchising LLC**              _____Yes _____No
**RRI West Management, LLC**              _____Yes _____No

**INSTRUCTION:** If you answered yes, proceed to question #3. If you answered no, proceed directly to question #6.

3.  Do you find that D.P. proved by a preponderance of the evidence that each Defendant knowingly benefited from participation in a venture that violated Section 1591?

    **Answer "Yes" or "No"**

**Red Roof Inns, Inc.**                   _____Yes _____No
**Red Roof Franchising LLC**              _____Yes _____No
**RRI West Management, LLC**              _____Yes _____No

**INSTRUCTION:** If you answered yes to question #3, proceed to question #4. If you answered no, proceed directly to question #6.

2

6484330.1

4. Do you find that Delann proved by a preponderance of the evidence that the Defendants participated in a venture that they knew or should have known engaged in a violation of Section 1591 as to Plaintiff Delann. ?

   **Answer  "Yes" or "No"**

**Red Roof Inns, Inc.** \_\_\_\_\_**Yes** \_\_\_\_\_**No**
**Red Roof Franchising LLC** \_\_\_\_\_**Yes** \_\_\_\_\_**No**
**RRI West Management, LLC** \_\_\_\_\_**Yes** \_\_\_\_\_**No**

**INSTRUCTION:** Proceed to question #5.

5. If you have answered yes to questions 1-4 for any Defendant, enter a verdict on behalf of Delann  against that Defendant for Delann's TVPRA claim, sign the below, and proceed to Question #6.

**Red Roof Inns, Inc.** \_\_\_\_\_**Yes** \_\_\_\_\_**No**
**Red Roof Franchising LLC** \_\_\_\_\_**Yes** \_\_\_\_\_**No**
**RRI West Management, LLC** \_\_\_\_\_**Yes** \_\_\_\_\_**No**

_____    _____

_____    _____

_____    _____

3

### O.C.G.A. 16-14-4(a):

6. Did Delann prove, by a preponderance of evidence, that the Defendants committed a pattern of racketeering activity and derived proceeds therefrom, to acquire or maintain, directly or indirectly, any interest in or control of any enterprise, real property, or personal property of any nature, including money.

**Red Roof Inns, Inc.**      _____ Yes _____ No
**Red Roof Franchising LLC**      _____ Yes _____ No
**RRI West Management, LLC**      _____ Yes _____ No

**INSTRUCTION:** If you answered yes to question #6, proceed to question #7. If you answered no, proceed directly to question #11.

7. Did Delann prove, by a preponderance of the evidence, that Defendants intentionally aided and abetted in the commission of, or intentionally advised, encouraged, hired, or counseled another to commit:

Keeping a Place of Prostitution?

**Answer  "Yes" or "No"**

**Red Roof Inns, Inc.**      _____ Yes _____ No
**Red Roof Franchising LLC**      _____ Yes _____ No
**RRI West Management, LLC**      _____ Yes _____ No

Prostitution?

**Answer  "Yes" or "No"**

**Red Roof Inns, Inc.**      _____ Yes _____ No
**Red Roof Franchising LLC**      _____ Yes _____ No
**RRI West Management, LLC**      _____ Yes _____ No

Pimping?

**Answer  "Yes" or "No"**

**Red Roof Inns, Inc.**      _____ Yes _____ No

4

**Red Roof Franchising LLC**   \_\_\_\_\_Yes \_\_\_\_\_No
**RRI West Management, LLC**   \_\_\_\_\_Yes \_\_\_\_\_No

   Sexual servitude?

**Answer  "Yes" or "No"**

**Red Roof Inns, Inc.**      \_\_\_\_\_Yes \_\_\_\_\_No
**Red Roof Franchising LLC**   \_\_\_\_\_Yes \_\_\_\_\_No
**RRI West Management, LLC**   \_\_\_\_\_Yes \_\_\_\_\_No

**INSTRUCTION:** Proceed to question #8, unless you answered no on all questions as to all Defendants, then proceed directly to question #11.

 8. Do you find that Delann  proved, by a preponderance of the evidence, that the Defendants' crimes were directed towards her, as opposed to third parties, and that she was an intended victim of the Defendants' actions.

**Answer  "Yes" or "No"**

**Red Roof Inns, Inc.**      \_\_\_\_\_Yes \_\_\_\_\_No
**Red Roof Franchising LLC**   \_\_\_\_\_Yes \_\_\_\_\_No
**RRI West Management, LLC**   \_\_\_\_\_Yes \_\_\_\_\_No

**INSTRUCTION:**  Proceed to question #9. If you answered no, proceed directly to question #11.

 9. Do you find that Delann's alleged injury was directly caused by, as opposed to an eventual consequence of, the Defendants' predicate act.

**Answer  "Yes" or "No"**

**Red Roof Inns, Inc.**      \_\_\_\_\_Yes \_\_\_\_\_No
**Red Roof Franchising LLC**   \_\_\_\_\_Yes \_\_\_\_\_No
**RRI West Management, LLC**   \_\_\_\_\_Yes \_\_\_\_\_No

**INSTRUCTION:**  Proceed to question #10.

10. If you have answered yes to questions #6-9 for any Defendant, enter a verdict on behalf of Delann  against that Defendant for Delann's RICO claim, sign the below, and proceed to Question 11.

**Answer  "Yes" or "No"**

| | | |
|---|---|---|
| **Red Roof Inns, Inc.** | **_____Yes** | **_____No** |
| **Red Roof Franchising LLC** | **_____Yes** | **_____No** |
| **RRI West Management, LLC** | **_____Yes** | **_____No** |

_____     _____

_____     _____

_____     _____

6

## O.C.G.A. 16-14-4(c)

11. Did Delann prove by a preponderance of the evidence that the Defendants knowingly and willfully entered a conspiracy to commit two or more predicate acts?

**Answer "Yes" or "No"**

| | | |
|---|---|---|
| **Red Roof Inns, Inc.** | _____Yes | _____No |
| **Red Roof Franchising LLC** | _____Yes | _____No |
| **RRI West Management, LLC** | _____Yes | _____No |

12. Did Delann prove by a preponderance of the evidence a member of the conspiracy committed an overt act to affect the conspiracy's object?

**Answer "Yes" or "No"**

| | | |
|---|---|---|
| **Red Roof Inns, Inc.** | _____Yes | _____No |
| **Red Roof Franchising LLC** | _____Yes | _____No |
| **RRI West Management, LLC** | _____Yes | _____No |

13. Did Defendants prove by a preponderance of the evidence that Delann actively participated in the conspiracy from which she seeks to recover by engaging in a predicate act, including prostitution, keeping a place of prostitution, and pimping?

**Answer "Yes" or "No"**

_____Yes _____No

14. If you have answered yes to questions #11-12 and no to question #13 for any Defendant, enter a verdict on behalf of Delann against that Defendant for Delann's RICO claim, sign the below, and proceed to Question 15.

**Answer "Yes" or "No"**

| | | |
|---|---|---|
| **Red Roof Inns, Inc.** | _____Yes | _____No |
| **Red Roof Franchising LLC** | _____Yes | _____No |
| **RRI West Management, LLC** | _____Yes | _____No |

7

_____       _____

_____       _____

_____       _____

8

## **DAMAGES**

15. If you answered Yes to Question 5, 10, or 14 above, what amount of non-economic damages do you award to Delann? If you answered No to Questions 5, 10, or 14, do not answer Questions 16 – 17.

$ _____

**INSTRUCTION:**  Proceed to question 16.

16. To apportion Delann's damages, assess the percentage of fault of those Defendants you found liable as well as any other person listed below that you also find to be at fault:

| | |
|---|---|
| Plaintiff Delann | _____ % |
| Banneret Security, Inc. | _____ % |
| Red Roof Inns, Inc. | _____ % |
| Red Roof Franchising, LLC | _____ % |
| RRI West Management, LLC | _____ % |
| Varahi Hotels, LLC | _____ % |
| Traffickers of Delann | _____ % |
| Individuals that paid for sex with Delann | _____ % |
| Country Hearth Inn & Suites | _____ % |
| Tim Horne Hospitality Inn | _____ % |
| Marietta Motel | _____ % |
| Masters Inn | _____ % |
| Motel 6 | _____ % |
| Residence Inn | _____ % |
| Backpage.com | |

9

| | |
|---|---|
| Craigslist | _____ % |
| Plenty of Fish | _____ % |
| Fuckbook | _____ % |
| The Ashley Madison Agency | _____ % |
| Snapsext.com | _____ % |
| Tagged.com | _____ % |

**The numbers must add up to 100%**

**<u>INSTRUCTION:</u>** If you answered yes to Question 5, 10, or 14 proceed to Question 17. Otherwise, return this form to the bailiff.

17. Do you find that Delann  proved by clear and convincing evidence that Defendants acted willfully or with malice, fraud, wantonness, oppression, or with a conscious indifference to consequences?

**Red Roof Inns, Inc.** _____**Yes** _____**No**
**Red Roof Franchising LLC** _____**Yes** _____**No**
**RRI West Management, LLC** _____**Yes** _____**No**


This is our unanimous verdict, reached on the _____ day of _____ 2024

_____
Foreperson

6484330.1

# **DEFENDANTS' PROPOSED VERDICT FORM FOR**

# **PLAINTIFF ELIZABETH (E.H.)**

6484814.1

## **TVPRA**

1. Do you find Elizabeth proved by a preponderance of the evidence that she engaged in commercial sex by force, fraud, or coercion?

   **Answer "Yes" or "No"**

                              ___Yes _____No

**INSTRUCTION:** If you answered yes to question #1, proceed to question #2. If you answered no, proceed directly to question #6.

2. Do you find Elizabeth proved by a preponderance of the evidence that each Defendant participated in a venture that violated Section 1591?

   **Answer "Yes" or "No"**

**Red Roof Inns, Inc.**                     _____Yes _____No
**Red Roof Franchising LLC**                _____Yes _____No
**RRI West Management, LLC**                _____Yes _____No

**INSTRUCTION:** If you answered yes, proceed to question #3. If you answered no, proceed directly to question #6.

3. Do you find that A.F. proved by a preponderance of the evidence that each Defendant knowingly benefited from participation in a venture that violated Section 1591?

   **Answer "Yes" or "No"**

**Red Roof Inns, Inc.**                     _____Yes _____No
**Red Roof Franchising LLC**                _____Yes _____No
**RRI West Management, LLC**                _____Yes _____No

**INSTRUCTION:** If you answered yes to question #3, proceed to question #4. If you answered no, proceed directly to question #6.

6484814.1

4. Do you find that Elizabeth proved by a preponderance of the evidence that the Defendants participated in a venture that they knew or should have known engaged in a violation of Section 1591 as to Plaintiff Elizabeth.

   **Answer  "Yes" or "No"**

| | | |
|---|---|---|
| **Red Roof Inns, Inc.** | \_\_\_\_\_**Yes** | \_\_\_\_\_**No** |
| **Red Roof Franchising LLC** | \_\_\_\_\_**Yes** | \_\_\_\_\_**No** |
| **RRI West Management, LLC** | \_\_\_\_\_**Yes** | \_\_\_\_\_**No** |

**INSTRUCTION:** Proceed to question #5.

5. If you have answered yes to questions 1-4 for any Defendant, enter a verdict on behalf of Elizabeth against that Defendant for Elizabeth's TVPRA claim, sign the below, and proceed to Question #6.

| | | |
|---|---|---|
| **Red Roof Inns, Inc.** | \_\_\_\_\_**Yes** | \_\_\_\_\_**No** |
| **Red Roof Franchising LLC** | \_\_\_\_\_**Yes** | \_\_\_\_\_**No** |
| **RRI West Management, LLC** | \_\_\_\_\_**Yes** | \_\_\_\_\_**No** |

_____          _____

_____          _____

_____          _____

3

## **O.C.G.A. 16-14-4(a):**

6. Did Elizabeth prove, by a preponderance of evidence, that the Defendants committed a pattern of racketeering activity and derived proceeds therefrom, to acquire or maintain, directly or indirectly, any interest in or control of any enterprise, real property, or personal property of any nature, including money.

**Red Roof Inns, Inc.** \_\_\_\_\_Yes \_\_\_\_\_No
**Red Roof Franchising LLC** \_\_\_\_\_Yes \_\_\_\_\_No
**RRI West Management, LLC** \_\_\_\_\_Yes \_\_\_\_\_No

**INSTRUCTION:** If you answered yes to question #6, proceed to question #7. If you answered no, proceed directly to question #11.

7. Did Elizabeth prove, by a preponderance of the evidence, that Defendants intentionally aided and abetted in the commission of, or intentionally advised, encouraged, hired, or counseled another to commit:

Keeping a Place of Prostitution?

**Answer "Yes" or "No"**

**Red Roof Inns, Inc.** \_\_\_\_\_Yes \_\_\_\_\_No
**Red Roof Franchising LLC** \_\_\_\_\_Yes \_\_\_\_\_No
**RRI West Management, LLC** \_\_\_\_\_Yes \_\_\_\_\_No

Prostitution?

**Answer "Yes" or "No"**

**Red Roof Inns, Inc.** \_\_\_\_\_Yes \_\_\_\_\_No
**Red Roof Franchising LLC** \_\_\_\_\_Yes \_\_\_\_\_No
**RRI West Management, LLC** \_\_\_\_\_Yes \_\_\_\_\_No

Pimping?

**Answer "Yes" or "No"**

**Red Roof Inns, Inc.** \_\_\_\_\_Yes \_\_\_\_\_No

4

**Red Roof Franchising LLC** _____Yes _____No
**RRI West Management, LLC** _____Yes _____No

      Sexual servitude?

**Answer  "Yes" or "No"**

**Red Roof Inns, Inc.** _____Yes _____No
**Red Roof Franchising LLC** _____Yes _____No
**RRI West Management, LLC** _____Yes _____No

**INSTRUCTION:**  Proceed to question #8, unless you answered no on all questions as to all Defendants, then proceed directly to question #11.

8. Do you find that Elizabeth proved, by a preponderance of the evidence, that the Defendants' crimes were directed towards her, as opposed to third parties, and that she was an intended victim of the Defendants' actions.

**Answer  "Yes" or "No"**

**Red Roof Inns, Inc.** _____Yes _____No
**Red Roof Franchising LLC** _____Yes _____No
**RRI West Management, LLC** _____Yes _____No

**INSTRUCTION:**  Proceed to question #9. If you answered no, proceed directly to question #11.

9. Do you find that Elizabeth's alleged injury was directly caused by, as opposed to an eventual consequence of, the Defendants' predicate act.

**Answer  "Yes" or "No"**

**Red Roof Inns, Inc.** _____Yes _____No
**Red Roof Franchising LLC** _____Yes _____No
**RRI West Management, LLC** _____Yes _____No

**INSTRUCTION:**  Proceed to question #10.

5

10. If you have answered yes to questions #6-9 for any Defendant, enter a verdict on behalf of  Elizabeth against that Defendant for Elizabeth's RICO claim, sign the below, and proceed to Question 11.

**Answer  "Yes" or "No"**

| | | |
|---|---|---|
| **Red Roof Inns, Inc.** | _____Yes | _____No |
| **Red Roof Franchising LLC** | _____Yes | _____No |
| **RRI West Management, LLC** | _____Yes | _____No |

_____     _____

_____     _____

_____     _____

6

## O.C.G.A. 16-14-4(c)

11. Did Elizabeth prove by a preponderance of the evidence that the Defendants knowingly and willfully entered a conspiracy to commit two or more predicate acts?

**Answer  "Yes" or "No"**

| | | |
|---|---|---|
| **Red Roof Inns, Inc.** | _____ Yes | _____ No |
| **Red Roof Franchising LLC** | _____ Yes | _____ No |
| **RRI West Management, LLC** | _____ Yes | _____ No |

12. Did Elizabeth prove by a preponderance of the evidence a member of the conspiracy committed an overt act to affect the conspiracy's object?

**Answer  "Yes" or "No"**

| | | |
|---|---|---|
| **Red Roof Inns, Inc.** | _____ Yes | _____ No |
| **Red Roof Franchising LLC** | _____ Yes | _____ No |
| **RRI West Management, LLC** | _____ Yes | _____ No |

13. Did Defendants prove by a preponderance of the evidence that Elizabeth actively participated in the conspiracy from which she seeks to recover by engaging in a predicate act, including prostitution, keeping a place of prostitution, and pimping?

**Answer  "Yes" or "No"**

_____ Yes _____ No

14. If you have answered yes to questions #11-12 and no to question #13 for any Defendant, enter a verdict on behalf of Elizabeth against that Defendant for Elizabeth's RICO claim, sign the below, and proceed to Question 15.

**Answer  "Yes" or "No"**

| | | |
|---|---|---|
| **Red Roof Inns, Inc.** | _____ Yes | _____ No |
| **Red Roof Franchising LLC** | _____ Yes | _____ No |
| **RRI West Management, LLC** | _____ Yes | _____ No |

7

_____       _____

_____       _____

_____       _____

8

## **DAMAGES**

15. If you answered Yes to Question 5, 10,  or 14 above, what amount of non-economic damages do you award to Elizabeth? If you answered No to Questions 5, 10,  or 14 above, do not answer Questions 16 – 17.

$_____

**INSTRUCTION:**  Proceed to question 16.

16. To apportion Elizabeth's damages, assess the percentage of fault of those Defendants you found liable as well as any other person listed below that you also find to be at fault:

| | |
|---|---|
| Plaintiff Elizabeth | _____ % |
| Banneret Security, Inc. | _____ % |
| Red Roof Inns, Inc. | _____ % |
| Red Roof Franchising, LLC | _____ % |
| RRI West Management, LLC | _____ % |
| Varahi Hotels, LLC | _____ % |
| Trafficker of Elizabeth | _____ % |
| Individuals that paid for sex with Elizabeth | _____ % |
| Motel 6 | _____ % |
| Country Inn & Suites | _____ % |
| Quinta Inn | _____ % |
| La Quinta Inn | _____ % |
| | _____ % |

**The numbers must add up to 100%**

6484814.1

**INSTRUCTION:**  If you answered yes to Question 5, 10, or 14 proceed to Question 17. Otherwise, return this form to the bailiff.

17. Do you find that Elizabeth  proved by clear and convincing evidence that Defendants acted willfully or with malice, fraud, wantonness, oppression, or with a conscious indifference to consequences?

**Red Roof Inns, Inc.**          \_\_\_\_\_**Yes** \_\_\_\_\_**No**
**Red Roof Franchising LLC**     \_\_\_\_\_**Yes** \_\_\_\_\_**No**
**RRI West Management, LLC**      \_\_\_\_\_**Yes** \_\_\_\_\_**No**


This is our unanimous verdict, reached on the \_\_\_\_ day of _____ 2024


_____
Foreperson

10

# **DEFENDANTS' PROPOSED VERDICT FORM FOR**

# **PLAINTIFF KAZIA (K.P.)**

## **TVPRA**

1. Do you find Kazia proved by a preponderance of the evidence that she engaged in commercial sex by force, fraud, or coercion?

   **Answer "Yes" or "No"**

   **___Yes _____No**

**INSTRUCTION:** If you answered yes to question #1, proceed to question #2. If you answered no, proceed directly to question #6.

2. Do you find Kazia proved by a preponderance of the evidence that each Defendant participated in a venture that violated Section 1591?

   **Answer  "Yes" or "No"**

   | | |
   |---|---|
   | **Red Roof Inns, Inc.** | **_____Yes _____No** |
   | **Red Roof Franchising LLC** | **_____Yes _____No** |
   | **RRI West Management, LLC** | **_____Yes _____No** |

**INSTRUCTION:** If you answered yes, proceed to question #3. If you answered no, proceed directly to question #6.

3. Do you find that Kazia proved by a preponderance of the evidence that each Defendant knowingly benefited from participation in a venture that violated Section 1591?

   **Answer  "Yes" or "No"**

   | | |
   |---|---|
   | **Red Roof Inns, Inc.** | **_____Yes _____No** |
   | **Red Roof Franchising LLC** | **_____Yes _____No** |
   | **RRI West Management, LLC** | **_____Yes _____No** |

**INSTRUCTION:** If you answered yes to question #3, proceed to question #4. If you answered no, proceed directly to question #6.

6484307.1

4. Do you find that Kazia proved by a preponderance of the evidence that the Defendants participated in a venture that they knew or should have known engaged in a violation of Section 1591 as to Plaintiff Kazia, at RRI Buckhead?

**Answer  "Yes" or "No"**

| | |
|---|---|
| **Red Roof Inns, Inc.** | _____**Yes** _____**No** |
| **Red Roof Franchising LLC** | _____**Yes** _____**No** |
| **RRI West Management, LLC** | _____**Yes** _____**No** |

**INSTRUCTION:** Proceed to question #5.

5. If you have answered yes to questions 1-4 for any Defendant, enter a verdict on behalf of Kazia against that Defendant for  Kazia's TVPRA claim, sign the below, and proceed to Question #6.

| | |
|---|---|
| **Red Roof Inns, Inc.** | _____**Yes** _____**No** |
| **Red Roof Franchising LLC** | _____**Yes** _____**No** |
| **RRI West Management, LLC** | _____**Yes** _____**No** |

_____          _____

_____          _____

_____          _____

3

## **O.C.G.A. 16-14-4(a):**

6. Did Kazia prove, by a preponderance of evidence, that the defendants committed a pattern of racketeering activity and derived proceeds therefrom, to acquire or maintain, directly or indirectly, any interest in or control of any enterprise, real property, or personal property of any nature, including money.

**Red Roof Inns, Inc.**           _____Yes _____No
**Red Roof Franchising LLC**      _____Yes _____No
**RRI West Management, LLC**      _____Yes _____No

**INSTRUCTION:**  If you answered yes to question #6, proceed to question #7. If you answered no, proceed directly to question #11.

7. Did Kazia prove, by a preponderance of the evidence, that Defendants intentionally aided and abetted in the commission of, or intentionally advised, encouraged, hired, or counseled another to commit:

Keeping a Place of Prostitution?

**Answer  "Yes" or "No"**

**Red Roof Inns, Inc.**           _____Yes _____No
**Red Roof Franchising LLC**      _____Yes _____No
**RRI West Management, LLC**      _____Yes _____No

Prostitution?

**Answer  "Yes" or "No"**

**Red Roof Inns, Inc.**           _____Yes _____No
**Red Roof Franchising LLC**      _____Yes _____No
**RRI West Management, LLC**      _____Yes _____No

Pimping?

**Answer  "Yes" or "No"**

**Red Roof Inns, Inc.**           _____Yes _____No

4

**Red Roof Franchising LLC**      _____Yes _____No
**RRI West Management, LLC**      _____Yes _____No

     Sexual servitude?

**Answer "Yes" or "No"**

**Red Roof Inns, Inc.**      _____Yes _____No
**Red Roof Franchising LLC**      _____Yes _____No
**RRI West Management, LLC**      _____Yes _____No

**INSTRUCTION:** Proceed to question #8, unless you answered no on all questions as to all Defendants, then proceed directly to question #11.

8. Do you find that Kazia proved, by a preponderance of the evidence, that the Defendants' crimes were directed towards her, as opposed to third parties, and that she was an intended victim of the Defendants' actions.

**Answer "Yes" or "No"**

**Red Roof Inns, Inc.**      _____Yes _____No
**Red Roof Franchising LLC**      _____Yes _____No
**RRI West Management, LLC**      _____Yes _____No

**INSTRUCTION:** Proceed to question #9. If you answered no, proceed directly to question #11.

9. Do you find that Kazia's alleged injury was directly caused by, as opposed to an eventual consequence of, the Defendants' predicate act.

**Answer "Yes" or "No"**

**Red Roof Inns, Inc.**      _____Yes _____No
**Red Roof Franchising LLC**      _____Yes _____No
**RRI West Management, LLC**      _____Yes _____No

**INSTRUCTION:** Proceed to question #10.

5

10. If you have answered yes to questions #6-9 for any Defendant, enter a verdict on behalf of Kazia  against that Defendant for Plaintiff Kazia's RICO claim, sign the below, and proceed to Question 11.

**Answer  "Yes" or "No"**

**Red Roof Inns, Inc.**              _____Yes _____No
**Red Roof Franchising LLC**         _____Yes _____No
**RRI West Management, LLC**         _____Yes _____No


_____       _____


_____       _____


_____       _____

6

6484307.1

## O.C.G.A. 16-14-4(c)

11. Did Plaintiff Kazia prove by a preponderance of the evidence that the Defendants knowingly and willfully entered a conspiracy to commit two or more predicate acts?

**Answer "Yes" or "No"**

| | | |
|---|---|---|
| **Red Roof Inns, Inc.** | _____Yes | _____No |
| **Red Roof Franchising LLC** | _____Yes | _____No |
| **RRI West Management, LLC** | _____Yes | _____No |

12. Did Plaintiff Kazia prove by a preponderance of the evidence a member of the conspiracy committed an overt act to affect the conspiracy's object?

**Answer "Yes" or "No"**

| | | |
|---|---|---|
| **Red Roof Inns, Inc.** | _____Yes | _____No |
| **Red Roof Franchising LLC** | _____Yes | _____No |
| **RRI West Management, LLC** | _____Yes | _____No |

13. Did Defendants prove by a preponderance of the evidence that Plaintiff Kazia equally participated in the conspiracy from which she seeks to recover by engaging in a predicate act, including prostitution, keeping a place of prostitution, and pimping?

**Answer "Yes" or "No"**

_____Yes _____No

14. If you have answered yes to questions #11-12 and no to question #13 for any Defendant, enter a verdict on behalf of Kazia against that Defendant for Plaintiff Kazia's RICO claim, sign the below, and proceed to Question 15.

**Answer "Yes" or "No"**

| | | |
|---|---|---|
| **Red Roof Inns, Inc.** | _____Yes | _____No |
| **Red Roof Franchising LLC** | _____Yes | _____No |
| **RRI West Management, LLC** | _____Yes | _____No |

7

_____   _____

_____   _____

_____   _____

6484307.1

## **NEGLIGENCE**

15. Do you find that Kazia  proved by a preponderance of evidence that as to RRI Buckhead only, any of the Defendants were negligent?

 **Answer  "Yes" or "No"**

**Red Roof Inns, Inc.**                    \_\_\_\_\_Yes \_\_\_\_\_No
**Red Roof Franchising LLC**          \_\_\_\_\_Yes \_\_\_\_\_No
**RRI West Management, LLC**        \_\_\_\_\_Yes \_\_\_\_\_No

**INSTRUCTION:**  Proceed to question #14. If you answered no, proceed directly to question #16.

16. Do you find that Kazia proved by a preponderance of evidence that any of the Defendants' negligence proximately caused her injuries.

**Answer  "Yes" or "No"**

**Red Roof Inns, Inc.**                    \_\_\_\_\_Yes \_\_\_\_\_No
**Red Roof Franchising LLC**          \_\_\_\_\_Yes \_\_\_\_\_No
**RRI West Management, LLC**        \_\_\_\_\_Yes \_\_\_\_\_No

**INSTRUCTION:**  If you answered yes to question #15, proceed to question #16. If you answered no, proceed directly to question #17.

17. If you have answered yes to questions 15-16 for any Defendant, enter a verdict on behalf of Kazia against that Defendant for  Kazia's negligence claims, sign the below, and proceed to Question 18.

**Red Roof Inns, Inc.**                    \_\_\_\_\_Yes \_\_\_\_\_No
**Red Roof Franchising LLC**          \_\_\_\_\_Yes \_\_\_\_\_No
**RRI West Management, LLC**        \_\_\_\_\_Yes \_\_\_\_\_No

_____          _____

_____          _____

_____          _____

6484307.1

## **DAMAGES**

18. If you answered Yes to Question 5, 10, 14, or 17 above, what amount of non-economic damages do you award to Kazia? If you answered No to Questions 5, 10, 14, or 17 above, do not answer Questions 19 – 20.

$ _____

**INSTRUCTION:**  Proceed to question 19.

19. To apportion Kazia's damages, assess the percentage of fault of those Defendants you found liable as well as any other person listed below that you also find to be at fault:

| | |
|---|---|
| Plaintiff Kazia | _____ % |
| B.E.S.T. Inc. d/b/a Best Security | _____ % |
| Red Roof Inns, Inc. | _____ % |
| Red Roof Franchising, LLC | _____ % |
| RRI West Management, LLC | _____ % |
| Traffickers of Kazia | _____ % |
| Individuals that paid for sex with Kazia | _____ % |
| Ramada Limited Suites | _____ % |
| LaQuinta Inn | _____ % |
| Hampton Inn | _____ % |
| Holiday Inn | _____ % |
| Aloft Hotel | _____ % |
| W Hotel | _____ % |
| Doubletree | _____ % |
| Backpage.com | _____ % |
| Eros | _____ % |

6484307.1

Jasmine's Fantasy Land                                     _____ %

**The numbers must add up to 100%**

**INSTRUCTION:**  If you answered yes to Question 5, 10, 14, or 17 proceed to Question 17. Otherwise, return this form to the bailiff.

20. Do you find that Kazia proved by clear and convincing evidence that Defendants acted willfully or with malice, fraud, wantonness, oppression, or with a conscious indifference to consequences?

| | |
|---|---|
| **Red Roof Inns, Inc.** | _____Yes _____No |
| **Red Roof Franchising LLC** | _____Yes _____No |
| **RRI West Management, LLC** | _____Yes _____No |

This is our unanimous verdict, reached on the _____ day of _____ 2024

_____
Foreperson

11

# **DEFENDANTS' PROPOSED VERDICT FORM FOR**

# **PLAINTIFF MELISSA (M.B.)**

6484311.1

## **TVPRA**

1. Do you find Melissa proved by a preponderance of the evidence that she engaged in commercial sex by force, fraud, or coercion?

   **Answer "Yes" or "No"**

   ___Yes _____No

**INSTRUCTION:** If you answered yes to question #1, proceed to question #2. If you answered no, proceed directly to question #6.

2. Do you find Melissa proved by a preponderance of the evidence that each Defendant participated in a venture that violated Section 1591?

   **Answer  "Yes" or "No"**

**Red Roof Inns, Inc.**                   _____Yes _____No
**Red Roof Franchising LLC**          _____Yes _____No
**RRI West Management, LLC**       _____Yes _____No

**INSTRUCTION:** If you answered yes, proceed to question #3. If you answered no, proceed directly to question #6.

3. Do you find that Melissa proved by a preponderance of the evidence that each Defendant knowingly benefited from participation in a venture that violated Section 1591?

   **Answer  "Yes" or "No"**

**Red Roof Inns, Inc.**                   _____Yes _____No
**Red Roof Franchising LLC**          _____Yes _____No
**RRI West Management, LLC**       _____Yes _____No

**INSTRUCTION:** If you answered yes to question #3, proceed to question #4. If you answered no, proceed directly to question #6.

2

4. Do you find that Melissa proved by a preponderance of the evidence that the defendants participated in a venture that they knew or should have known engaged in a violation of Section 1591 as to Melissa.

   **Answer  "Yes" or "No"**

| | | |
|---|---|---|
| **Red Roof Inns, Inc.** | **_____Yes** | **_____No** |
| **Red Roof Franchising LLC** | **_____Yes** | **_____No** |
| **RRI West Management, LLC** | **_____Yes** | **_____No** |

**INSTRUCTION:** Proceed to question #5.

5. If you have answered yes to questions 1-4 for any Defendant, enter a verdict on behalf of Melissa against that Defendant for Melissa's TVPRA claim, sign the below, and proceed to Question #6.

| | | |
|---|---|---|
| **Red Roof Inns, Inc.** | **_____Yes** | **_____No** |
| **Red Roof Franchising LLC** | **_____Yes** | **_____No** |
| **RRI West Management, LLC** | **_____Yes** | **_____No** |

_____        _____

_____        _____

_____        _____

3

6484311.1

## **O.C.G.A. 16-14-4(a):**

6. Did Melissa prove, by a preponderance of evidence, that the Defendants committed a pattern of racketeering activity and derived proceeds therefrom, to acquire or maintain, directly or indirectly, any interest in or control of any enterprise, real property, or personal property of any nature, including money.

**Red Roof Inns, Inc.** \_\_\_\_\_Yes \_\_\_\_\_No
**Red Roof Franchising LLC** \_\_\_\_\_Yes \_\_\_\_\_No
**RRI West Management, LLC** \_\_\_\_\_Yes \_\_\_\_\_No

**INSTRUCTION:**  If you answered yes to question #6, proceed to question #7. If you answered no, proceed directly to question #11.

7. Did Melissa prove, by a preponderance of the evidence, that Defendants intentionally aided and abetted in the commission of, or intentionally advised, encouraged, hired, or counseled another to commit:

Keeping a Place of Prostitution?

**Answer  "Yes" or "No"**

**Red Roof Inns, Inc.** \_\_\_\_\_Yes \_\_\_\_\_No
**Red Roof Franchising LLC** \_\_\_\_\_Yes \_\_\_\_\_No
**RRI West Management, LLC** \_\_\_\_\_Yes \_\_\_\_\_No

Prostitution?

**Answer  "Yes" or "No"**

**Red Roof Inns, Inc.** \_\_\_\_\_Yes \_\_\_\_\_No
**Red Roof Franchising LLC** \_\_\_\_\_Yes \_\_\_\_\_No
**RRI West Management, LLC** \_\_\_\_\_Yes \_\_\_\_\_No

Pimping?

**Answer  "Yes" or "No"**

**Red Roof Inns, Inc.** \_\_\_\_\_Yes \_\_\_\_\_No

**Red Roof Franchising LLC**      _____Yes _____No
**RRI West Management, LLC**      _____Yes _____No

     Sexual servitude?

**Answer "Yes" or "No"**

**Red Roof Inns, Inc.**      _____Yes _____No
**Red Roof Franchising LLC**      _____Yes _____No
**RRI West Management, LLC**      _____Yes _____No

**INSTRUCTION:** Proceed to question #8, unless you answered no on all questions as to all Defendants, then proceed directly to question #11.

8. Do you find that Melissa proved, by a preponderance of the evidence, that the Defendants' crimes were directed towards her, as opposed to third parties, and that she was an intended victim of the Defendants' actions.

**Answer "Yes" or "No"**

**Red Roof Inns, Inc.**      _____Yes _____No
**Red Roof Franchising LLC**      _____Yes _____No
**RRI West Management, LLC**      _____Yes _____No

**INSTRUCTION:** Proceed to question #9. If you answered no, proceed directly to question #11.

9. Do you find that Melissa's alleged injury was directly caused by, as opposed to an eventual consequence of, the Defendants' predicate act.

**Answer "Yes" or "No"**

**Red Roof Inns, Inc.**      _____Yes _____No
**Red Roof Franchising LLC**      _____Yes _____No
**RRI West Management, LLC**      _____Yes _____No

**INSTRUCTION:** Proceed to question #10.

10. If you have answered yes to questions #6-9 for any Defendant, enter a verdict on behalf of Melissa  against that Defendant for Melissa's RICO claim, sign the below, and proceed to Question 11.

**Answer  "Yes" or "No"**

| | | |
|---|---|---|
| **Red Roof Inns, Inc.** | \_\_\_\_\_Yes | \_\_\_\_\_No |
| **Red Roof Franchising LLC** | \_\_\_\_\_Yes | \_\_\_\_\_No |
| **RRI West Management, LLC** | \_\_\_\_\_Yes | \_\_\_\_\_No |

_____         _____

_____         _____

_____         _____

## O.C.G.A. 16-14-4(c)

11. Did Melissa prove by a preponderance of the evidence that the Defendants knowingly and willfully entered a conspiracy to commit two or more predicate acts?

**Answer "Yes" or "No"**

| | | |
|---|---|---|
| **Red Roof Inns, Inc.** | **_____Yes** | **_____No** |
| **Red Roof Franchising LLC** | **_____Yes** | **_____No** |
| **RRI West Management, LLC** | **_____Yes** | **_____No** |

12. Did Melissa prove by a preponderance of the evidence a member of the conspiracy committed an overt act to affect the conspiracy's object?

**Answer "Yes" or "No"**

| | | |
|---|---|---|
| **Red Roof Inns, Inc.** | **_____Yes** | **_____No** |
| **Red Roof Franchising LLC** | **_____Yes** | **_____No** |
| **RRI West Management, LLC** | **_____Yes** | **_____No** |

13. Did Defendants prove by a preponderance of the evidence that Melissa equally participated in the conspiracy from which she seeks to recover by engaging in a predicate act, including prostitution, keeping a place of prostitution, and pimping?

**Answer "Yes" or "No"**

**_____Yes _____No**

14. If you have answered yes to questions #11-12 and no to question #13 for any Defendant, enter a verdict on behalf of Melissa against that Defendant for Melissa's RICO claim, sign the below, and proceed to Question 15.

**Answer "Yes" or "No"**

| | | |
|---|---|---|
| **Red Roof Inns, Inc.** | **_____Yes** | **_____No** |
| **Red Roof Franchising LLC** | **_____Yes** | **_____No** |
| **RRI West Management, LLC** | **_____Yes** | **_____No** |

## **DAMAGES**

15. If you answered Yes to Question 5, 10, or 14 above, what amount of non-economic damages do you award to Melissa ? If you answered No to Questions 5, 10, or 14 above, do not answer Questions 16 – 17.


$ _____

**INSTRUCTION:**  Proceed to question 16.

16. To apportion Melissa's damages, assess the percentage of fault of those Defendants you found liable as well as any other person listed below that you also find to be at fault:

| | |
|---|---|
| Plaintiff Melissa | _____ % |
| Banneret Security, Inc. | _____ % |
| Red Roof Inns, Inc. | _____ % |
| Red Roof Franchising, LLC | _____ % |
| RRI West Management, LLC | _____ % |
| Varahi Hotels, LLC | _____ % |
| Traffickers of Melissa | _____ % |
| Individuals that paid for sex with Melissa | _____ % |
| Econo Lodge Inn & Suites | _____ % |
| Backpage.com | _____ % |
| EscortIndex.com | _____ % |

**The numbers must add up to 100%**

**INSTRUCTION:**  If you answered yes to Question 5, 10, or 14 proceed to Question 17. Otherwise, return this form to the bailiff.

8

6484311.1

17. Do you find that Melissa  proved by clear and convincing evidence that Defendants acted willfully or with malice, fraud, wantonness, oppression, or with a conscious indifference to consequences?

**Red Roof Inns, Inc.** \_\_\_\_\_Yes \_\_\_\_\_No
**Red Roof Franchising LLC** \_\_\_\_\_Yes \_\_\_\_\_No
**RRI West Management, LLC** \_\_\_\_\_Yes \_\_\_\_\_No

This is our unanimous verdict, reached on the \_\_\_\_ day of _____ 2024

_____
Foreperson

9

# DEFENDANTS' PROPOSED VERDICT FORM FOR

# PLAINTIFF MELANIE (M.M.)

6484815.1

## **TVPRA**

1. Do you find Melanie proved by a preponderance of the evidence that she engaged in commercial sex by force, fraud, or coercion?

   **Answer "Yes" or "No"**

             ___Yes _____No

**INSTRUCTION:** If you answered yes to question #1, proceed to question #2. If you answered no, proceed directly to question #6.

2. Do you find Melanie  proved by a preponderance of the evidence that each Defendant participated in a venture that violated Section 1591?

   **Answer  "Yes" or "No"**

   | | | |
   |---|---|---|
   | **Red Roof Inns, Inc.** | _____Yes | _____No |
   | **Red Roof Franchising LLC** | _____Yes | _____No |
   | **RRI West Management, LLC** | _____Yes | _____No |

**INSTRUCTION:** If you answered yes, proceed to question #3. If you answered no, proceed directly to question #6.

3. Do you find that Melanie proved by a preponderance of the evidence that each Defendant knowingly benefited from participation in a venture that violated Section 1591?

   **Answer  "Yes" or "No"**

   | | | |
   |---|---|---|
   | **Red Roof Inns, Inc.** | _____Yes | _____No |
   | **Red Roof Franchising LLC** | _____Yes | _____No |
   | **RRI West Management, LLC** | _____Yes | _____No |

**INSTRUCTION:** If you answered yes to question #3, proceed to question #4. If you answered no, proceed directly to question #6.

6484815.1

4. Do you find that Melanie proved by a preponderance of the evidence that the Defendants participated in a venture that they knew or should have known engaged in a violation of Section 1591 as to Melanie, at Smyrna-Affiliate ?

**Answer "Yes" or "No"**

| | | |
|---|---|---|
| **Red Roof Inns, Inc.** | _____Yes | _____No |
| **Red Roof Franchising LLC** | _____Yes | _____No |
| **RRI West Management, LLC** | _____Yes | _____No |

**INSTRUCTION:** Proceed to question #5.

5. If you have answered yes to questions 1-4 for any Defendant, enter a verdict on behalf of Melanie against that Defendant for Melanie's TVPRA claim, sign the below, and proceed to Question #6.

| | | |
|---|---|---|
| **Red Roof Inns, Inc.** | _____Yes | _____No |
| **Red Roof Franchising LLC** | _____Yes | _____No |
| **RRI West Management, LLC** | _____Yes | _____No |

_____          _____

_____          _____

_____          _____

3

## O.C.G.A. 16-14-4(a):

6. Did Melanie prove, by a preponderance of evidence, that the Defendants committed a pattern of racketeering activity and derived proceeds therefrom, to acquire or maintain, directly or indirectly, any interest in or control of any enterprise, real property, or personal property of any nature, including money.

**Red Roof Inns, Inc.** _____Yes _____No
**Red Roof Franchising LLC** _____Yes _____No
**RRI West Management, LLC** _____Yes _____No

**INSTRUCTION:** If you answered yes to question #6, proceed to question #7. If you answered no, proceed directly to question #11.

7. Did Melanie prove, by a preponderance of the evidence, that Defendants intentionally aided and abetted in the commission of, or intentionally advised, encouraged, hired, or counseled another to commit:

Keeping a Place of Prostitution?

**Answer  "Yes" or "No"**

**Red Roof Inns, Inc.** _____Yes _____No
**Red Roof Franchising LLC** _____Yes _____No
**RRI West Management, LLC** _____Yes _____No

Prostitution?

**Answer  "Yes" or "No"**

**Red Roof Inns, Inc.** _____Yes _____No
**Red Roof Franchising LLC** _____Yes _____No
**RRI West Management, LLC** _____Yes _____No

Pimping?

**Answer  "Yes" or "No"**

**Red Roof Inns, Inc.** _____Yes _____No

4

6484815.1

**Red Roof Franchising LLC**            \_\_\_\_\_Yes \_\_\_\_\_No
**RRI West Management, LLC**            \_\_\_\_\_Yes \_\_\_\_\_No

     Sexual servitude?

**Answer  "Yes" or "No"**

**Red Roof Inns, Inc.**            \_\_\_\_\_Yes \_\_\_\_\_No
**Red Roof Franchising LLC**            \_\_\_\_\_Yes \_\_\_\_\_No
**RRI West Management, LLC**            \_\_\_\_\_Yes \_\_\_\_\_No

**<u>INSTRUCTION:</u>** Proceed to question #8, unless you answered no on all questions as to all Defendants, then proceed directly to question #11.

    8. Do you find that Melanie  proved, by a preponderance of the evidence, that the Defendants' crimes were directed towards her, as opposed to third parties, and that she was an intended victim of the Defendants' actions.

**Answer  "Yes" or "No"**

**Red Roof Inns, Inc.**            \_\_\_\_\_Yes \_\_\_\_\_No
**Red Roof Franchising LLC**            \_\_\_\_\_Yes \_\_\_\_\_No
**RRI West Management, LLC**            \_\_\_\_\_Yes \_\_\_\_\_No

**<u>INSTRUCTION:</u>**  Proceed to question #9. If you answered no, proceed directly to question #11.

    9. Do you find that  Melanie's alleged injury was directly caused by, as opposed to an eventual consequence of, the Defendants' predicate act.

**Answer  "Yes" or "No"**

**Red Roof Inns, Inc.**            \_\_\_\_\_Yes \_\_\_\_\_No
**Red Roof Franchising LLC**            \_\_\_\_\_Yes \_\_\_\_\_No
**RRI West Management, LLC**            \_\_\_\_\_Yes \_\_\_\_\_No

**<u>INSTRUCTION:</u>**  Proceed to question #10.

10. If you have answered yes to questions #6-9 for any Defendant, enter a verdict on behalf of Melanie against that Defendant for Melanie's RICO claim, sign the below, and proceed to Question 11.

**Answer  "Yes" or "No"**

| | | |
|---|---|---|
| **Red Roof Inns, Inc.** | **_____Yes** | **_____No** |
| **Red Roof Franchising LLC** | **_____Yes** | **_____No** |
| **RRI West Management, LLC** | **_____Yes** | **_____No** |

_____     _____

_____     _____

_____     _____

_____     _____

6

## O.C.G.A. 16-14-4(c)

11. Did Melanie prove by a preponderance of the evidence that the Defendants knowingly and willfully entered a conspiracy to commit two or more predicate acts?

**Answer "Yes" or "No"**

| | | |
|---|---|---|
| **Red Roof Inns, Inc.** | \_\_\_\_\_Yes | \_\_\_\_\_No |
| **Red Roof Franchising LLC** | \_\_\_\_\_Yes | \_\_\_\_\_No |
| **RRI West Management, LLC** | \_\_\_\_\_Yes | \_\_\_\_\_No |

12. Did Melanie prove by a preponderance of the evidence a member of the conspiracy committed an overt act to affect the conspiracy's object?

**Answer "Yes" or "No"**

| | | |
|---|---|---|
| **Red Roof Inns, Inc.** | \_\_\_\_\_Yes | \_\_\_\_\_No |
| **Red Roof Franchising LLC** | \_\_\_\_\_Yes | \_\_\_\_\_No |
| **RRI West Management, LLC** | \_\_\_\_\_Yes | \_\_\_\_\_No |

13. Did Defendants prove by a preponderance of the evidence that Melanie actively participated in the conspiracy from which she seeks to recover by engaging in a predicate act, including prostitution, keeping a place of prostitution, and pimping?

**Answer "Yes" or "No"**

\_\_\_\_\_Yes \_\_\_\_\_No

14. If you have answered yes to questions #11-12 and no to question #13 for any Defendant, enter a verdict on behalf of Melanie against that Defendant for Melanie's RICO claim, sign the below, and proceed to Question 15.

**Answer "Yes" or "No"**

| | | |
|---|---|---|
| **Red Roof Inns, Inc.** | \_\_\_\_\_Yes | \_\_\_\_\_No |
| **Red Roof Franchising LLC** | \_\_\_\_\_Yes | \_\_\_\_\_No |
| **RRI West Management, LLC** | \_\_\_\_\_Yes | \_\_\_\_\_No |

7

_____     _____

_____     _____

_____     _____

8

## <u>NEGLIGENCE</u>

15. Do you find that Melanie proved by a preponderance of evidence that as to the Smyrna-Affiliate only, any of the Defendants were negligent?

**Answer  "Yes" or "No"**

| | | |
|---|---|---|
| **Red Roof Inns, Inc.** | _____Yes | _____No |
| **Red Roof Franchising LLC** | _____Yes | _____No |
| **RRI West Management, LLC** | _____Yes | _____No |

**<u>INSTRUCTION:</u>**  Proceed to question #14. If you answered no, proceed directly to question #16.

16. Do you find that Melanie proved by a preponderance of evidence that any of the Defendants' negligence proximately caused her injuries.

**Answer  "Yes" or "No"**

| | | |
|---|---|---|
| **Red Roof Inns, Inc.** | _____Yes | _____No |
| **Red Roof Franchising LLC** | _____Yes | _____No |
| **RRI West Management, LLC** | _____Yes | _____No |

**<u>INSTRUCTION:</u>**  If you answered yes to question #15, proceed to question #16. If you answered no, proceed directly to question #17.

17. If you have answered yes to questions 15-16 for any Defendant, enter a verdict on behalf of Melanie  against that Defendant for Melanie's negligence claims, sign the below, and proceed to Question 18.

| | | |
|---|---|---|
| **Red Roof Inns, Inc.** | _____Yes | _____No |
| **Red Roof Franchising LLC** | _____Yes | _____No |
| **RRI West Management, LLC** | _____Yes | _____No |

_____     _____

_____     _____

_____     _____

9

## **DAMAGES**

18. If you answered Yes to Question 5, 10, 14, or 17 above, what amount of non-economic damages do you award to Melanie? If you answered No to Questions 5, 10, 14, or 17 above, do not answer Questions 19 – 20.

$_____

**INSTRUCTION:**  Proceed to question 19.

19. To apportion Melanie's damages, assess the percentage of fault of those Defendants you found liable as well as any other person listed below that you also find to be at fault:

| | |
|---|---|
| Plaintiff Melanie | _____ % |
| B.E.S.T. Inc. d/b/a Best Security | _____ % |
| Banneret Security, Inc. | _____ % |
| Red Roof Inns, Inc. | _____ % |
| Red Roof Franchising, LLC | _____ % |
| RRI West Management, LLC | _____ % |
| Traffickers of Melanie | _____ % |
| Individuals that paid for sex with Melanie | _____ % |
| Courtyard Marriott | _____ % |
| Backpage.com | _____ % |
| Craigslist | _____ % |
| Plenty of Fish | _____ % |
| Escort Babylon | _____ % |
| Best Western Plus | _____ % |
| Country Hearth Inn and Suites | _____ % |
| Days Inn | _____ % |

10

Econo Lodge Inn & Suites _____ %

American's Best Value Inn _____ %

**The numbers must add up to 100%**

**INSTRUCTION:**  If you answered yes to Question 5, 10, 14, or 17 proceed to Question 17. Otherwise, return this form to the bailiff.

20. Do you find that Melanie  proved by clear and convincing evidence that Defendants acted willfully or with malice, fraud, wantonness, oppression, or with a conscious indifference to consequences?

**Red Roof Inns, Inc.**                   _____**Yes** _____**No**
**Red Roof Franchising LLC**        _____**Yes** _____**No**
**RRI West Management, LLC**      _____**Yes** _____**No**

This is our unanimous verdict, reached on the ____ day of _____ 2024

_____
Foreperson

11

# <u>DEFENDANTS' PROPOSED VERDICT FORM FOR</u>

# <u>PLAINTIFF REBECCA (R.K.)</u>

## **TVPRA**

1. Do you find Rebecca K. proved by a preponderance of the evidence that she engaged in commercial sex by force, fraud, or coercion?

   **Answer "Yes" or "No"**

   \_\_\_**Yes** \_\_\_\_\_**No**

**INSTRUCTION:** If you answered yes to question #1, proceed to question #2. If you answered no, proceed directly to question #6.

2. Do you find Rebecca K. proved by a preponderance of the evidence that each Defendant participated in a venture that violated Section 1591?

   **Answer "Yes" or "No"**

   | | |
   |---|---|
   | **Red Roof Inns, Inc.** | \_\_\_\_\_**Yes** \_\_\_\_\_**No** |
   | **Red Roof Franchising LLC** | \_\_\_\_\_**Yes** \_\_\_\_\_**No** |
   | **RRI West Management, LLC** | \_\_\_\_\_**Yes** \_\_\_\_\_**No** |

**INSTRUCTION:** If you answered yes, proceed to question #3. If you answered no, proceed directly to question #6.

3. Do you find that Rebecca K. proved by a preponderance of the evidence that each Defendant knowingly benefited from participation in a venture that violated Section 1591?

   **Answer "Yes" or "No"**

   | | |
   |---|---|
   | **Red Roof Inns, Inc.** | \_\_\_\_\_**Yes** \_\_\_\_\_**No** |
   | **Red Roof Franchising LLC** | \_\_\_\_\_**Yes** \_\_\_\_\_**No** |
   | **RRI West Management, LLC** | \_\_\_\_\_**Yes** \_\_\_\_\_**No** |

**INSTRUCTION:** If you answered yes to question #3, proceed to question #4. If you answered no, proceed directly to question #6.

4. Do you find that Rebecca K. proved by a preponderance of the evidence that the Defendants participated in a venture that they knew or should have known

6484307.1

engaged in a violation of Section 1591 as to Plaintiff Rebecca K., at RRI Buckhead?

**Answer  "Yes" or "No"**

| | |
|---|---|
| **Red Roof Inns, Inc.** | **_____Yes _____No** |
| **Red Roof Franchising LLC** | **_____Yes _____No** |
| **RRI West Management, LLC** | **_____Yes _____No** |

**<u>INSTRUCTION:</u>** Proceed to question #5.

5. If you have answered yes to questions 1-4 for any Defendant, enter a verdict on behalf of Rebecca K. against that Defendant for  Rebecca K.'s TVPRA claim, sign the below, and proceed to Question #6.

| | |
|---|---|
| **Red Roof Inns, Inc.** | **_____Yes _____No** |
| **Red Roof Franchising LLC** | **_____Yes _____No** |
| **RRI West Management, LLC** | **_____Yes _____No** |

_____       _____

_____       _____

_____       _____

## **O.C.G.A. 16-14-4(a):**

6. Did Rebecca K. prove, by a preponderance of evidence, that the defendants committed a pattern of racketeering activity and derived proceeds therefrom, to acquire or maintain, directly or indirectly, any interest in or control of any enterprise, real property, or personal property of any nature, including money.

**Red Roof Inns, Inc.**   _____Yes _____No
**Red Roof Franchising LLC** _____Yes _____No
**RRI West Management, LLC** _____Yes _____No

**INSTRUCTION:**  If you answered yes to question #6, proceed to question #7. If you answered no, proceed directly to question #11.

7. Did Rebecca K. prove, by a preponderance of the evidence, that Defendants intentionally aided and abetted in the commission of, or intentionally advised, encouraged, hired, or counseled another to commit:

 Keeping a Place of Prostitution?

**Answer  "Yes" or "No"**

**Red Roof Inns, Inc.**   _____Yes _____No
**Red Roof Franchising LLC** _____Yes _____No
**RRI West Management, LLC** _____Yes _____No

 Prostitution?

**Answer  "Yes" or "No"**

**Red Roof Inns, Inc.**   _____Yes _____No
**Red Roof Franchising LLC** _____Yes _____No
**RRI West Management, LLC** _____Yes _____No

 Pimping?

**Answer  "Yes" or "No"**

**Red Roof Inns, Inc.**   _____Yes _____No

4

6484307.1

**Red Roof Franchising LLC**           \_\_\_\_\_Yes \_\_\_\_\_No
**RRI West Management, LLC**           \_\_\_\_\_Yes \_\_\_\_\_No

       Sexual servitude?

**Answer  "Yes" or "No"**

**Red Roof Inns, Inc.**           \_\_\_\_\_Yes \_\_\_\_\_No
**Red Roof Franchising LLC**           \_\_\_\_\_Yes \_\_\_\_\_No
**RRI West Management, LLC**           \_\_\_\_\_Yes \_\_\_\_\_No

**INSTRUCTION:**  Proceed to question #8, unless you answered no on all questions as to all Defendants, then proceed directly to question #11.

8. Do you find that Rebecca K. proved, by a preponderance of the evidence, that the Defendants' crimes were directed towards her, as opposed to third parties, and that she was an intended victim of the Defendants' actions.

**Answer  "Yes" or "No"**

**Red Roof Inns, Inc.**           \_\_\_\_\_Yes \_\_\_\_\_No
**Red Roof Franchising LLC**           \_\_\_\_\_Yes \_\_\_\_\_No
**RRI West Management, LLC**           \_\_\_\_\_Yes \_\_\_\_\_No

**INSTRUCTION:**  Proceed to question #9. If you answered no, proceed directly to question #11.

9. Do you find that Rebecca K.'s alleged injury was directly caused by, as opposed to an eventual consequence of, the Defendants' predicate act.

**Answer  "Yes" or "No"**

**Red Roof Inns, Inc.**           \_\_\_\_\_Yes \_\_\_\_\_No
**Red Roof Franchising LLC**           \_\_\_\_\_Yes \_\_\_\_\_No
**RRI West Management, LLC**           \_\_\_\_\_Yes \_\_\_\_\_No

**INSTRUCTION:**  Proceed to question #10.

5

10. If you have answered yes to questions #6-9 for any Defendant, enter a verdict on behalf of Rebecca K. against that Defendant for Plaintiff Rebecca K.'s RICO claim, sign the below, and proceed to Question 11.

**Answer  "Yes" or "No"**

| | | |
|---|---|---|
| **Red Roof Inns, Inc.** | _____Yes | _____No |
| **Red Roof Franchising LLC** | _____Yes | _____No |
| **RRI West Management, LLC** | _____Yes | _____No |

_____        _____

_____        _____

_____        _____

6484307.1

## O.C.G.A. 16-14-4(c)

11. Did Plaintiff Rebecca K. prove by a preponderance of the evidence that the Defendants knowingly and willfully entered a conspiracy to commit two or more predicate acts?

**Answer "Yes" or "No"**

| | | |
|---|---|---|
| **Red Roof Inns, Inc.** | _____Yes | _____No |
| **Red Roof Franchising LLC** | _____Yes | _____No |
| **RRI West Management, LLC** | _____Yes | _____No |

12. Did Plaintiff Rebecca K. prove by a preponderance of the evidence a member of the conspiracy committed an overt act to affect the conspiracy's object?

**Answer "Yes" or "No"**

| | | |
|---|---|---|
| **Red Roof Inns, Inc.** | _____Yes | _____No |
| **Red Roof Franchising LLC** | _____Yes | _____No |
| **RRI West Management, LLC** | _____Yes | _____No |

13. Did Defendants prove by a preponderance of the evidence that Plaintiff Rebecca K. actively participated in the conspiracy from which she seeks to recover by engaging in a predicate act, including prostitution, keeping a place of prostitution, and pimping?

**Answer "Yes" or "No"**

_____Yes _____No

14. If you have answered yes to questions #11-12 and no to question #13 for any Defendant, enter a verdict on behalf of Rebecca K. against that Defendant for Plaintiff Rebecca K.'s RICO claim, sign the below, and proceed to Question 15.

**Answer "Yes" or "No"**

| | | |
|---|---|---|
| **Red Roof Inns, Inc.** | _____Yes | _____No |
| **Red Roof Franchising LLC** | _____Yes | _____No |
| **RRI West Management, LLC** | _____Yes | _____No |

_____        _____

_____        _____

_____        _____

8

## **NEGLIGENCE**

15. Do you find that Rebecca K. proved by a preponderance of evidence that as to the RRI Buckhead only, any of the Defendants were negligent?

**Answer "Yes" or "No"**

| | | |
|---|---|---|
| **Red Roof Inns, Inc.** | _____Yes | _____No |
| **Red Roof Franchising LLC** | _____Yes | _____No |
| **RRI West Management, LLC** | _____Yes | _____No |

**INSTRUCTION:** Proceed to question #14. If you answered no, proceed directly to question #16.

16. Do you find that Rebecca K. proved by a preponderance of evidence that any of the Defendants' negligence proximately caused her injuries.

**Answer "Yes" or "No"**

| | | |
|---|---|---|
| **Red Roof Inns, Inc.** | _____Yes | _____No |
| **Red Roof Franchising LLC** | _____Yes | _____No |
| **RRI West Management, LLC** | _____Yes | _____No |

**INSTRUCTION:** If you answered yes to question #15, proceed to question #16. If you answered no, proceed directly to question #17.

17. If you have answered yes to questions 15-16 for any Defendant, enter a verdict on behalf of Rebecca K. against that Defendant for Rebecca K.'s negligence claims, sign the below, and proceed to Question 18.

| | | |
|---|---|---|
| **Red Roof Inns, Inc.** | _____Yes | _____No |
| **Red Roof Franchising LLC** | _____Yes | _____No |
| **RRI West Management, LLC** | _____Yes | _____No |

_____        _____

_____        _____

_____        _____

9

## **DAMAGES**

18. If you answered Yes to Question 5, 10, 14, or 17 above, what amount of non-economic damages do you award to Rebecca K.? If you answered No to Questions 5, 10, 14, or 17 above, do not answer Questions 19 – 20.

$ _____

**INSTRUCTION:**  Proceed to question 19.

19. To apportion Rebecca K.'s damages, assess the percentage of fault of those Defendants you found liable as well as any other person listed below that you also find to be at fault:

| | |
|---|---|
| Plaintiff Rebecca K. | _____ % |
| B.E.S.T. Inc. d/b/a Best Security | _____ % |
| Red Roof Inns, Inc. | _____ % |
| Red Roof Franchising, LLC | _____ % |
| RRI West Management, LLC | _____ % |
| Traffickers of Rebecca K. | _____ % |
| Individuals that paid for sex with Rebecca K. | _____ % |
| Ramada Limited Suites | _____ % |
| LaQuinta Inn | _____ % |
| Hampton Inn | _____ % |
| Courtyard Marriott | _____ % |
| Sheraton Atlanta | _____ % |
| Backpage.com | _____ % |
| Eccie.com | _____ % |
| | _____ % |

10

**The numbers must add up to 100%**

20. Do you find that Rebecca K. proved by clear and convincing evidence that Defendants acted willfully or with malice, fraud, wantonness, oppression, or with a conscious indifference to consequences?

**Red Roof Inns, Inc.**    \_\_\_\_\_Yes \_\_\_\_\_No
**Red Roof Franchising LLC**  \_\_\_\_\_Yes \_\_\_\_\_No
**RRI West Management, LLC**  \_\_\_\_\_Yes \_\_\_\_\_No


This is our unanimous verdict, reached on the \_\_\_\_ day of _____ 2024

           _____
           Foreperson

11

# **DEFENDANTS' PROPOSED VERDICT FORM FOR**

# **PLAINTIFF REBEKAH (R.P.)**

## **TVPRA**

1. Do you find Rebekah P. proved by a preponderance of the evidence that she engaged in commercial sex by force, fraud, or coercion?

   **Answer "Yes" or "No"**

   ___Yes _____No

**INSTRUCTION:** If you answered yes to question #1, proceed to question #2. If you answered no, proceed directly to question #6.

2. Do you find Rebekah P. proved by a preponderance of the evidence that each Defendant participated in a venture that violated Section 1591?

   **Answer  "Yes" or "No"**

   | | | |
   |---|---|---|
   | **Red Roof Inns, Inc.** | _____Yes | _____No |
   | **Red Roof Franchising LLC** | _____Yes | _____No |
   | **RRI West Management, LLC** | _____Yes | _____No |

**INSTRUCTION:** If you answered yes, proceed to question #3. If you answered no, proceed directly to question #6.

3. Do you find that Rebekah P. proved by a preponderance of the evidence that each Defendant knowingly benefited from participation in a venture that violated Section 1591?

   **Answer  "Yes" or "No"**

   | | | |
   |---|---|---|
   | **Red Roof Inns, Inc.** | _____Yes | _____No |
   | **Red Roof Franchising LLC** | _____Yes | _____No |
   | **RRI West Management, LLC** | _____Yes | _____No |

**INSTRUCTION:** If you answered yes to question #3, proceed to question #4. If you answered no, proceed directly to question #6.

2

4.  Do you find that Rebekah P. proved by a preponderance of the evidence that the Defendants participated in a venture that they knew or should have known engaged in a violation of Section 1591 as to Plaintiff Rebekah P.?

    **Answer  "Yes" or "No"**

    **Red Roof Inns, Inc.**               \_\_\_\_\_**Yes** \_\_\_\_\_**No**
    **Red Roof Franchising LLC**          \_\_\_\_\_**Yes** \_\_\_\_\_**No**
    **RRI West Management, LLC**          \_\_\_\_\_**Yes** \_\_\_\_\_**No**

**INSTRUCTION:** Proceed to question #5.

5.  If you have answered yes to questions 1-4 for any Defendant, enter a verdict on behalf of Rebekah P. against that Defendant for Plaintiff Rebekah P.'s TVPRA claim, sign the below, and proceed to Question #6.

**Red Roof Inns, Inc.**               \_\_\_\_\_**Yes** \_\_\_\_\_**No**
**Red Roof Franchising LLC**          \_\_\_\_\_**Yes** \_\_\_\_\_**No**
**RRI West Management, LLC**          \_\_\_\_\_**Yes** \_\_\_\_\_**No**

_____        _____

_____        _____

_____        _____

3

## **O.C.G.A. 16-14-4(a):**

6. Did Rebekah P. prove, by a preponderance of evidence, that the Defendants committed a pattern of racketeering activity and derived proceeds therefrom, to acquire or maintain, directly or indirectly, any interest in or control of any enterprise, real property, or personal property of any nature, including money.

| | | |
|---|---|---|
| **Red Roof Inns, Inc.** | _____Yes | _____No |
| **Red Roof Franchising LLC** | _____Yes | _____No |
| **RRI West Management, LLC** | _____Yes | _____No |

**INSTRUCTION:**  If you answered yes to question #6, proceed to question #7. If you answered no, proceed directly to question #11.

7. Did Rebekah P. prove, by a preponderance of the evidence, that Defendants intentionally aided and abetted in the commission of, or intentionally advised, encouraged, hired, or counseled another to commit:

Keeping a Place of Prostitution?

**Answer  "Yes" or "No"**

| | | |
|---|---|---|
| **Red Roof Inns, Inc.** | _____Yes | _____No |
| **Red Roof Franchising LLC** | _____Yes | _____No |
| **RRI West Management, LLC** | _____Yes | _____No |

Prostitution?

**Answer  "Yes" or "No"**

| | | |
|---|---|---|
| **Red Roof Inns, Inc.** | _____Yes | _____No |
| **Red Roof Franchising LLC** | _____Yes | _____No |
| **RRI West Management, LLC** | _____Yes | _____No |

Pimping?

**Answer  "Yes" or "No"**

| | | |
|---|---|---|
| **Red Roof Inns, Inc.** | _____Yes | _____No |

4

**Red Roof Franchising LLC**                 _____Yes _____No
**RRI West Management, LLC**           _____Yes _____No

      Sexual servitude?

**Answer  "Yes" or "No"**

**Red Roof Inns, Inc.**                        _____Yes _____No
**Red Roof Franchising LLC**                 _____Yes _____No
**RRI West Management, LLC**           _____Yes _____No

**INSTRUCTION:**  Proceed to question #8, unless you answered no on all questions as to all Defendants, then proceed directly to question #11.

8.  Do you find that Rebekah P. proved, by a preponderance of the evidence, that the Defendants' crimes were directed towards her, as opposed to third parties, and that she was an intended victim of the Defendants' actions.

**Answer  "Yes" or "No"**

**Red Roof Inns, Inc.**                        _____Yes _____No
**Red Roof Franchising LLC**                 _____Yes _____No
**RRI West Management, LLC**           _____Yes _____No

**INSTRUCTION:**  Proceed to question #9. If you answered no, proceed directly to question #11.

9.  Do you find that Rebekah P.'s alleged injury was directly caused by, as opposed to an eventual consequence of, the Defendants' predicate act.

**Answer  "Yes" or "No"**

**Red Roof Inns, Inc.**                        _____Yes _____No
**Red Roof Franchising LLC**                 _____Yes _____No
**RRI West Management, LLC**           _____Yes _____No

**INSTRUCTION:**  Proceed to question #10.

10.If you have answered yes to questions #6-9 for any Defendant, enter a verdict on behalf of Rebekah P. against that Defendant for Rebekah P.'s RICO claim, sign the below, and proceed to Question 11.

**Answer "Yes" or "No"**

| | |
|---|---|
| **Red Roof Inns, Inc.** | \_\_\_\_\_Yes \_\_\_\_\_No |
| **Red Roof Franchising LLC** | \_\_\_\_\_Yes \_\_\_\_\_No |
| **RRI West Management, LLC** | \_\_\_\_\_Yes \_\_\_\_\_No |

_____     _____

_____     _____

_____     _____

## <u>O.C.G.A. 16-14-4(c)</u>

11. Did Plaintiff Rebekah P. prove by a preponderance of the evidence that the Defendants knowingly and willfully entered a conspiracy to commit two or more predicate acts?

**Answer "Yes" or "No"**

| | | |
|---|---|---|
| **Red Roof Inns, Inc.** | _____Yes | _____No |
| **Red Roof Franchising LLC** | _____Yes | _____No |
| **RRI West Management, LLC** | _____Yes | _____No |

12. Did Plaintiff Rebekah P. prove by a preponderance of the evidence a member of the conspiracy committed an overt act to affect the conspiracy's object?

**Answer "Yes" or "No"**

| | | |
|---|---|---|
| **Red Roof Inns, Inc.** | _____Yes | _____No |
| **Red Roof Franchising LLC** | _____Yes | _____No |
| **RRI West Management, LLC** | _____Yes | _____No |

13. Did Defendants prove by a preponderance of the evidence that Plaintiff Rebekah P. equally participated in the conspiracy from which she seeks to recover by engaging in a predicate act, including prostitution, keeping a place of prostitution, and pimping?

**Answer "Yes" or "No"**

_____Yes _____No

14. If you have answered yes to questions #11-12 and no to question #13 for any Defendant, enter a verdict on behalf of Rebekah P. against that Defendant for Rebekah P.'s RICO claim, sign the below, and proceed to Question 15.

**Answer "Yes" or "No"**

| | | |
|---|---|---|
| **Red Roof Inns, Inc.** | _____Yes | _____No |
| **Red Roof Franchising LLC** | _____Yes | _____No |
| **RRI West Management, LLC** | _____Yes | _____No |

7

_____         _____

_____         _____

_____         _____

8

## **NEGLIGENCE**

15. Do you find that Rebekah P. proved by a preponderance of evidence that as to the RRI Buckhead only, any of the Defendants were negligent?

 **Answer  "Yes" or "No"**

**Red Roof Inns, Inc.**                  **_____Yes _____No**
**Red Roof Franchising LLC**        **_____Yes _____No**
**RRI West Management, LLC**        **_____Yes _____No**

**INSTRUCTION:**  Proceed to question #16. If you answered no, proceed directly to question #18.

16. Do you find that Rebekah P.  proved by a preponderance of evidence that any of the Defendants' negligence proximately caused her injuries.

**Answer  "Yes" or "No"**

**Red Roof Inns, Inc.**                  **_____Yes _____No**
**Red Roof Franchising LLC**        **_____Yes _____No**
**RRI West Management, LLC**        **_____Yes _____No**

**INSTRUCTION:**  If you answered yes to question #16, proceed to question #17. If you answered no, proceed directly to question #17.

17. If you have answered yes to questions 15-16 for any Defendant, enter a verdict on behalf of Rebekah P. against that Defendant for Rebekah P.'s negligence claims, sign the below, and proceed to Question 18.

**Red Roof Inns, Inc.**                  **_____Yes _____No**
**Red Roof Franchising LLC**        **_____Yes _____No**
**RRI West Management, LLC**        **_____Yes _____No**

_____         _____

_____         _____

_____         _____

9

## **DAMAGES**

18. If you answered Yes to Question 5, 10, 14, or 17 above, what amount of non-economic damages do you award to Rebekah P. ? If you answered No to Questions 5, 10, 14, or 17 above, do not answer Questions 19 – 20.


$\$$_____

**INSTRUCTION:**  Proceed to question 19.

19. To apportion Rebekah P.'s damages, assess the percentage of fault of those Defendants you found liable as well as any other person listed below that you also find to be at fault:

| | |
|---|---|
| Plaintiff Rebekah P. | _____ % |
| B.E.S.T. Inc. d/b/a Best Security | _____ % |
| Banneret Security, Inc. | _____ % |
| Red Roof Inns, Inc. | _____ % |
| Red Roof Franchising, LLC | _____ % |
| RRI West Management, LLC | _____ % |
| Varahi Hotels, LLC | _____ % |
| Traffickers of R.P. | _____ % |
| Individuals that paid for sex with Rebekah P. | _____ % |
| Holiday Inn Express | _____ % |
| Holiday Inn | _____ % |
| Horizon Inn and Suites | _____ % |
| Hyatt Place | _____ % |
| Masters Inn | _____ % |
| Motel 6 | _____ % |
| Quality Inn | _____ % |

10

| | |
|---|---|
| Ramada Limited Suites, n/k/a Ramada by Wyndham | _____ % |
| Stay Inn & Suites | _____ % |
| Super 8 by Wyndham | _____ % |
| Backpage.com | _____ % |

**The numbers must add up to 100%**

**<u>INSTRUCTION:</u>**  If you answered yes to Question 5, 10, 14, or 17 proceed to Question 17. Otherwise, return this form to the bailiff.

20. Do you find that Rebekah P. proved by clear and convincing evidence that Defendants acted willfully or with malice, fraud, wantonness, oppression, or with a conscious indifference to consequences?

| | |
|---|---|
| **Red Roof Inns, Inc.** | _____Yes _____No |
| **Red Roof Franchising LLC** | _____Yes _____No |
| **RRI West Management, LLC** | _____Yes _____No |

This is our unanimous verdict, reached on the ____ day of _____ 2024

_____
Foreperson

11

# DEFENDANTS' PROPOSED VERDICT FORM FOR

# PLAINTIFF TIFFENY (T.H.)

6484308.1

## TVPRA

1. Do you find Tiffeny proved by a preponderance of the evidence that she engaged in commercial sex?

   **Answer "Yes" or "No"**

   ___Yes _____No

**INSTRUCTION:** If you answered yes to question #1, proceed to question #2. If you answered no, proceed directly to question #6.

2. Do you find Tiffeny proved by a preponderance of the evidence that each Defendant participated in a venture that violated Section 1591?

   **Answer  "Yes" or "No"**

   | | | |
   |---|---|---|
   | **Red Roof Inns, Inc.** | _____Yes | _____No |
   | **Red Roof Franchising LLC** | _____Yes | _____No |
   | **RRI West Management, LLC** | _____Yes | _____No |

**INSTRUCTION:** If you answered yes, proceed to question #3. If you answered no, proceed directly to question #6.

3. Do you find that Tiffeny proved by a preponderance of the evidence that each Defendant knowingly benefited from participation in a venture that violated Section 1591?

   **Answer  "Yes" or "No"**

   | | | |
   |---|---|---|
   | **Red Roof Inns, Inc.** | _____Yes | _____No |
   | **Red Roof Franchising LLC** | _____Yes | _____No |
   | **RRI West Management, LLC** | _____Yes | _____No |

**INSTRUCTION:** If you answered yes to question #3, proceed to question #4. If you answered no, proceed directly to question #6.

4. Do you find that Tiffeny proved by a preponderance of the evidence that the Defendants participated in a venture that they knew or should have known

2

engaged in a violation of Section 1591 as to Plaintiff Tiffeny, at RRI Buckhead?

**Answer "Yes" or "No"**

| | |
|---|---|
| **Red Roof Inns, Inc.** | **_____Yes _____No** |
| **Red Roof Franchising LLC** | **_____Yes _____No** |
| **RRI West Management, LLC** | **_____Yes _____No** |

**INSTRUCTION:** Proceed to question #5.

5. If you have answered yes to questions 1-4 for any Defendant, enter a verdict on behalf of Tiffeny against that Defendant for Tiffeny's TVPRA claim, sign the below, and proceed to Question #6.

| | |
|---|---|
| **Red Roof Inns, Inc.** | **_____Yes _____No** |
| **Red Roof Franchising LLC** | **_____Yes _____No** |
| **RRI West Management, LLC** | **_____Yes _____No** |

_____          _____

_____          _____

_____          _____

6484308.1

## O.C.G.A. 16-14-4(a):

6. Did Tiffeny prove, by a preponderance of evidence, that the defendants committed a pattern of racketeering activity and derived proceeds therefrom, to acquire or maintain, directly or indirectly, any interest in or control of any enterprise, real property, or personal property of any nature, including money.

**Red Roof Inns, Inc.** \_\_\_\_\_Yes \_\_\_\_\_No
**Red Roof Franchising LLC** \_\_\_\_\_Yes \_\_\_\_\_No
**RRI West Management, LLC** \_\_\_\_\_Yes \_\_\_\_\_No

**INSTRUCTION:**  If you answered yes to question #6, proceed to question #7. If you answered no, proceed directly to question #11.

7. Did Tiffeny prove, by a preponderance of the evidence, that Defendants intentionally aided and abetted in the commission of, or intentionally advised, encouraged, hired, or counseled another to commit:

Keeping a Place of Prostitution?

**Answer  "Yes" or "No"**

**Red Roof Inns, Inc.** \_\_\_\_\_Yes \_\_\_\_\_No
**Red Roof Franchising LLC** \_\_\_\_\_Yes \_\_\_\_\_No
**RRI West Management, LLC** \_\_\_\_\_Yes \_\_\_\_\_No

Prostitution?

**Answer  "Yes" or "No"**

**Red Roof Inns, Inc.** \_\_\_\_\_Yes \_\_\_\_\_No
**Red Roof Franchising LLC** \_\_\_\_\_Yes \_\_\_\_\_No
**RRI West Management, LLC** \_\_\_\_\_Yes \_\_\_\_\_No

Pimping?

**Answer  "Yes" or "No"**

**Red Roof Inns, Inc.** \_\_\_\_\_Yes \_\_\_\_\_No

6484308.1

**Red Roof Franchising LLC**               _____Yes _____No
**RRI West Management, LLC**          _____Yes _____No

      Sexual servitude?

**Answer  "Yes" or "No"**

**Red Roof Inns, Inc.**                        _____Yes _____No
**Red Roof Franchising LLC**               _____Yes _____No
**RRI West Management, LLC**          _____Yes _____No

**INSTRUCTION:**  Proceed to question #8, unless you answered no on all questions as to all Defendants, then proceed directly to question #11.

    8.  Do you find that Tiffeny proved, by a preponderance of the evidence, that the Defendants' crimes were directed towards her, as opposed to third parties, and that she was an intended victim of the Defendants' actions.

**Answer  "Yes" or "No"**

**Red Roof Inns, Inc.**                        _____Yes _____No
**Red Roof Franchising LLC**               _____Yes _____No
**RRI West Management, LLC**          _____Yes _____No

**INSTRUCTION:**  Proceed to question #9. If you answered no, proceed directly to question #11.

    9.  Do you find that Tiffeny's alleged injury was directly caused by, as opposed to an eventual consequence of, the Defendants' predicate act.

**Answer  "Yes" or "No"**

**Red Roof Inns, Inc.**                        _____Yes _____No
**Red Roof Franchising LLC**               _____Yes _____No
**RRI West Management, LLC**          _____Yes _____No

**INSTRUCTION:**  Proceed to question #10.

10. If you have answered yes to questions #6-9 for any Defendant, enter a verdict on behalf of Tiffeny against that Defendant for Tiffeny's RICO claim, sign the below, and proceed to Question 11.

**Answer "Yes" or "No"**

**Red Roof Inns, Inc.**                    _____Yes _____No
**Red Roof Franchising LLC**          _____Yes _____No
**RRI West Management, LLC**        _____Yes _____No


_____          _____


_____          _____


_____          _____

6

## <u>O.C.G.A. 16-14-4(c)</u>

11. Did Plaintiff Tiffeny prove by a preponderance of the evidence that the Defendants knowingly and willfully entered a conspiracy to commit two or more predicate acts?

**Answer "Yes" or "No"**

| | | |
|---|---|---|
| **Red Roof Inns, Inc.** | _____Yes | _____No |
| **Red Roof Franchising LLC** | _____Yes | _____No |
| **RRI West Management, LLC** | _____Yes | _____No |

12. Did Plaintiff Tiffeny prove by a preponderance of the evidence a member of the conspiracy committed an overt act to affect the conspiracy's object?

**Answer "Yes" or "No"**

| | | |
|---|---|---|
| **Red Roof Inns, Inc.** | _____Yes | _____No |
| **Red Roof Franchising LLC** | _____Yes | _____No |
| **RRI West Management, LLC** | _____Yes | _____No |

13. Did Defendants prove by a preponderance of the evidence that Plaintiff Tiffeny equally participated in the conspiracy from which she seeks to recover by engaging in a predicate act, including prostitution, keeping a place of prostitution, and pimping?

**Answer "Yes" or "No"**

_____Yes _____No

14. If you have answered yes to questions #11-12 and no to question #13 for any Defendant, enter a verdict on behalf of Tiffeny. against that Defendant for Plaintiff Tiffeny's RICO claim, sign the below, and proceed to Question 15.

**Answer "Yes" or "No"**

| | | |
|---|---|---|
| **Red Roof Inns, Inc.** | _____Yes | _____No |
| **Red Roof Franchising LLC** | _____Yes | _____No |
| **RRI West Management, LLC** | _____Yes | _____No |

_____     _____

_____     _____

_____     _____

8

## **NEGLIGENCE**

15. Do you find that Tiffeny proved by a preponderance of evidence that as to RRI Buckhead only, any of the Defendants were negligent?

**Answer "Yes" or "No"**

| | | |
|---|---|---|
| **Red Roof Inns, Inc.** | _____Yes | _____No |
| **Red Roof Franchising LLC** | _____Yes | _____No |
| **RRI West Management, LLC** | _____Yes | _____No |

**INSTRUCTION:** Proceed to question #14. If you answered no, proceed directly to question #16.

16. Do you find that Tiffeny proved by a preponderance of evidence that any of the Defendants' negligence proximately caused her injuries.

**Answer "Yes" or "No"**

| | | |
|---|---|---|
| **Red Roof Inns, Inc.** | _____Yes | _____No |
| **Red Roof Franchising LLC** | _____Yes | _____No |
| **RRI West Management, LLC** | _____Yes | _____No |

**INSTRUCTION:** If you answered yes to question #15, proceed to question #16. If you answered no, proceed directly to question #17.

17. If you have answered yes to questions 15-16 for any Defendant, enter a verdict on behalf of Tiffeny against that Defendant for Tiffeny's negligence claims, sign the below, and proceed to Question 18.

| | | |
|---|---|---|
| **Red Roof Inns, Inc.** | _____Yes | _____No |
| **Red Roof Franchising LLC** | _____Yes | _____No |
| **RRI West Management, LLC** | _____Yes | _____No |

_____          _____

_____          _____

_____          _____

9

6484308.1

## **DAMAGES**

18. If you answered Yes to Question 5, 10, 14, or 17 above, what amount of non-economic damages do you award to Tiffeny? If you answered No to Questions 5, 10, 14, or 17 above, do not answer Questions 19 – 20.


$\$$ _____

**INSTRUCTION:**  Proceed to question 19.

19. To apportion Tiffeny's damages, assess the percentage of fault of those Defendants you found liable as well as any other person listed below that you also find to be at fault:

|  |  |
|---|---|
| Plaintiff Tiffeny | _____ % |
| B.E.S.T. Inc. d/b/a Best Security | _____ % |
| Red Roof Inns, Inc. | _____ % |
| Red Roof Franchising, LLC | _____ % |
| RRI West Management, LLC | _____ % |
| Traffickers of Tiffeny | _____ % |
| Individuals that paid for sex with Tiffeny | _____ % |
| Microtel Inn & Suites | _____ % |
| Extended Stay America | _____ % |
| Backpage.com | _____ % |


**The numbers must add up to 100%**


**INSTRUCTION:**  If you answered yes to Question 5, 10, 14, or 17 proceed to Question 17. Otherwise, return this form to the bailiff.

10

20. Do you find that Tiffeny proved by clear and convincing evidence that Defendants acted willfully or with malice, fraud, wantonness, oppression, or with a conscious indifference to consequences?

**Red Roof Inns, Inc.**          \_\_\_\_\_Yes \_\_\_\_\_No
**Red Roof Franchising LLC**      \_\_\_\_\_Yes \_\_\_\_\_No
**RRI West Management, LLC**      \_\_\_\_\_Yes \_\_\_\_\_No

This is our unanimous verdict, reached on the \_\_\_\_ day of _____ 2024

_____
Foreperson

11

# DEFENDANTS' PROPOSED VERDICT FORM FOR

# PLAINTIFF WHITNEY (W.K.)

6485224.1

**TVPRA**

1. Do you find Whitney proved by a preponderance of the evidence that she engaged in commercial sex?

   **Answer "Yes" or "No"**

Yes _____No_____

**INSTRUCTION:** If you answered yes to question #1, proceed to question #2. If you answered no, proceed directly to question #6.

2. Do you find Whitney proved by a preponderance of the evidence that each Defendant participated in a venture that violated Section 1591?

   **Answer  "Yes" or "No"**

   | | | |
   |---|---|---|
   | **Red Roof Inns, Inc.** | _____ Yes | _____No___ |
   | **Red Roof Franchising LLC** | Yes | _____No___ |
   | **RRI West Management, LLC** | Yes | _____No___ |

**INSTRUCTION:** If you answered yes, proceed to question #3. If you answered no, proceed directly to question #6.

3. Do you find that Whitney proved by a preponderance of the evidence that each Defendant knowingly benefited from participation in a venture that violated Section 1591?

   **Answer  "Yes" or "No"**

   | | | |
   |---|---|---|
   | **Red Roof Inns, Inc.** | Yes _____ | No___ |
   | **Red Roof Franchising LLC** | _____Yes _____ | No___ |
   | **RRI West Management, LLC** | Yes _____ | No___ |

**INSTRUCTION:** If you answered yes to question #3, proceed to question #4. If you answered no, proceed directly to question #6.

4. Do you find that Whitney proved by a preponderance of the evidence that the Defendants participated in a venture that they knew or should have known

2

engaged in a violation of Section 1591 as to Plaintiff Whitney, at RRI Buckhead?

**Answer  "Yes" or "No"**

| | |
|---|---|
| **Red Roof Inns, Inc.** | **_____ Yes _____No___** |
| **Red Roof Franchising LLC** | **Yes _____No___** |
| **RRI West Management, LLC** | **Yes _____No___** |

**<u>INSTRUCTION:</u>** Proceed to question #5.

5. If you have answered yes to questions 1-4 for any Defendant, enter a verdict on behalf of Whitney against that Defendant for Whitney's TVPRA claim, sign the below, and proceed to Question #6.

| | |
|---|---|
| **Red Roof Inns, Inc.** | **_____ Yes _____No___** |
| **Red Roof Franchising LLC** | **Yes _____No___** |
| **RRI West Management, LLC** | **Yes _____No___** |

_____          _____

_____          _____

_____          _____

_____          _____

## <u>O.C.G.A. 16-14-4(a):</u>

6. Did Whitney prove, by a preponderance of evidence, that the defendants committed a pattern of racketeering activity and derived proceeds therefrom, to acquire or maintain, directly or indirectly, any interest in or control of any enterprise, real property, or personal property of any nature, including money.

**Red Roof Inns, Inc.** _____Yes _____No
**Red Roof Franchising LLC** _____Yes _____No
**RRI West Management, LLC** _____Yes _____No

**<u>INSTRUCTION:</u>** If you answered yes to question #6, proceed to question #7. If you answered no, proceed directly to question #11.

7. Did Whitney prove, by a preponderance of the evidence, that Defendants intentionally aided and abetted in the commission of, or intentionally advised, encouraged, hired, or counseled another to commit:

Keeping a Place of Prostitution?

**Answer  "Yes" or "No"**

**Red Roof Inns, Inc.** _____Yes _____No
**Red Roof Franchising LLC** _____Yes _____No
**RRI West Management, LLC** _____Yes _____No

Prostitution?

**Answer  "Yes" or "No"**

**Red Roof Inns, Inc.** _____Yes _____No
**Red Roof Franchising LLC** _____Yes _____No
**RRI West Management, LLC** _____Yes _____No

Pimping?

**Answer  "Yes" or "No"**

**Red Roof Inns, Inc.** _____Yes _____No

4

6485224.1

**Red Roof Franchising LLC**          \_\_\_\_\_Yes \_\_\_\_\_No
**RRI West Management, LLC**          \_\_\_\_\_Yes \_\_\_\_\_No

      Sexual servitude?

**Answer  "Yes" or "No"**

**Red Roof Inns, Inc.**                    \_\_\_\_\_Yes \_\_\_\_\_No
**Red Roof Franchising LLC**          \_\_\_\_\_Yes \_\_\_\_\_No
**RRI West Management, LLC**          \_\_\_\_\_Yes \_\_\_\_\_No

**<u>INSTRUCTION:</u>**  Proceed to question #8, unless you answered no on all questions as to all Defendants, then proceed directly to question #11.

   8.  Do you find that Whitney proved, by a preponderance of the evidence, that the Defendants' crimes were directed towards her, as opposed to third parties, and that she was an intended victim of the Defendants' actions.

**Answer  "Yes" or "No"**

**Red Roof Inns, Inc.**                    \_\_\_\_\_Yes \_\_\_\_\_No
**Red Roof Franchising LLC**          \_\_\_\_\_Yes \_\_\_\_\_No
**RRI West Management, LLC**          \_\_\_\_\_Yes \_\_\_\_\_No

**<u>INSTRUCTION:</u>**  Proceed to question #9. If you answered no, proceed directly to question #11.

   9.  Do you find that Whitney's alleged injury was directly caused by, as opposed to an eventual consequence of, the Defendants' predicate act.

**Answer  "Yes" or "No"**

**Red Roof Inns, Inc.**                    \_\_\_\_\_Yes \_\_\_\_\_No
**Red Roof Franchising LLC**          \_\_\_\_\_Yes \_\_\_\_\_No
**RRI West Management, LLC**          \_\_\_\_\_Yes \_\_\_\_\_No

**<u>INSTRUCTION:</u>**  Proceed to question #10.

10. If you have answered yes to questions #6-9 for any Defendant, enter a verdict on behalf of Whitney against that Defendant for Whitney's RICO claim, sign the below, and proceed to Question 11.

**Answer "Yes" or "No"**

| | | |
|---|---|---|
| **Red Roof Inns, Inc.** | **_____Yes** | **_____No** |
| **Red Roof Franchising LLC** | **_____Yes** | **_____No** |
| **RRI West Management, LLC** | **_____Yes** | **_____No** |

_____    _____

_____    _____

_____    _____

6485224.1

## O.C.G.A. 16-14-4(c)

11. Did Plaintiff Whitney prove by a preponderance of the evidence that the Defendants knowingly and willfully entered a conspiracy to commit two or more predicate acts?

**Answer "Yes" or "No"**

| | | |
|---|---|---|
| **Red Roof Inns, Inc.** | _____Yes | _____No |
| **Red Roof Franchising LLC** | _____Yes | _____No |
| **RRI West Management, LLC** | _____Yes | _____No |

12. Did Plaintiff Whitney prove by a preponderance of the evidence a member of the conspiracy committed an overt act to affect the conspiracy's object?

**Answer "Yes" or "No"**

| | | |
|---|---|---|
| **Red Roof Inns, Inc.** | _____Yes | _____No |
| **Red Roof Franchising LLC** | _____Yes | _____No |
| **RRI West Management, LLC** | _____Yes | _____No |

13. Did Defendants prove by a preponderance of the evidence that Plaintiff Whitney actively participated in the conspiracy from which she seeks to recover by engaging in a predicate act, including prostitution, keeping a place of prostitution, and pimping?

**Answer "Yes" or "No"**

_____Yes _____No

14. If you have answered yes to questions #11-12 and no to question #13 for any Defendant, enter a verdict on behalf of Whitney. against that Defendant for Plaintiff Whitney's RICO claim, sign the below, and proceed to Question 15.

**Answer "Yes" or "No"**

| | | |
|---|---|---|
| **Red Roof Inns, Inc.** | _____Yes | _____No |
| **Red Roof Franchising LLC** | _____Yes | _____No |
| **RRI West Management, LLC** | _____Yes | _____No |

_____   _____

7

## **NEGLIGENCE**

15. Do you find that Whitney proved by a preponderance of evidence that as to the RRI Buckhead only, any of the Defendants were negligent?

**Answer  "Yes" or "No"**

| | |
|---|---|
| **Red Roof Inns, Inc.** | **_____Yes _____No** |
| **Red Roof Franchising LLC** | **_____Yes _____No** |
| **RRI West Management, LLC** | **_____Yes _____No** |

**INSTRUCTION:**  Proceed to question #14. If you answered no, proceed directly to question #16.

16. Do you find that Whitney proved by a preponderance of evidence that any of the Defendants' negligence proximately caused her injuries.

**Answer  "Yes" or "No"**

| | |
|---|---|
| **Red Roof Inns, Inc.** | **_____Yes _____No** |
| **Red Roof Franchising LLC** | **_____Yes _____No** |
| **RRI West Management, LLC** | **_____Yes _____No** |

**INSTRUCTION:**  If you answered yes to question #15, proceed to question #16. If you answered no, proceed directly to question #17.

17. If you have answered yes to questions 15-16 for any Defendant, enter a verdict on behalf of Whitney against that Defendant for Whitney's negligence claims, sign the below, and proceed to Question 18.

| | |
|---|---|
| **Red Roof Inns, Inc.** | **_____Yes _____No** |
| **Red Roof Franchising LLC** | **_____Yes _____No** |
| **RRI West Management, LLC** | **_____Yes _____No** |

_____          _____

_____          _____

_____          _____

6485224.1

## **DAMAGES**

18. If you answered Yes to Question 5, 10, 14, or 17 above, what amount of non-economic damages do you award to Whitney? If you answered No to Questions 5, 10, 14, or 17 above, do not answer Questions 19 – 20.

$ _____

**INSTRUCTION:**  Proceed to question 19.

19. To apportion Whitney's damages, assess the percentage of fault of those Defendants you found liable as well as any other person listed below that you also find to be at fault:

| | |
|---|---|
| Plaintiff Whitney | _____ % |
| B.E.S.T. Inc. d/b/a Best Security | _____ % |
| Red Roof Inns, Inc. | _____ % |
| Red Roof Franchising, LLC | _____ % |
| RRI West Management, LLC | _____ % |
| Varahi Hotels, LLC | _____ % |
| Traffickers of Whitney | _____ % |
| Individuals that paid for sex with Whitney | _____ % |
| Super 8 | _____ % |
| Economy Hotel | _____ % |
| Tim Horne Hospitality Inn | _____ % |
| Masters Inn | _____ % |
| Motel 6 Backpage.com | _____ % |
| Craigslist | _____ % |
| Plenty of Fish | _____ % |
| Facebook | _____ % |

9

Erotic Money Entertainment, LLC        _____ %

Mega Personals           _____ %

Tinder              _____ %

Tumblr.com           _____ %

                _____ %

**The numbers must add up to 100%**

**INSTRUCTION:**  If you answered yes to Question 5, 10, 14, or 17 proceed to Question 17. Otherwise, return this form to the bailiff.

 20. Do you find that Whitney proved by clear and convincing evidence that Defendants acted willfully or with malice, fraud, wantonness, oppression, or with a conscious indifference to consequences?

**Red Roof Inns, Inc.**      **_____Yes _____No**
**Red Roof Franchising LLC**   **_____Yes _____No**
**RRI West Management, LLC**   **_____Yes _____No**

This is our unanimous verdict, reached on the _____ day of _____ 2024

           _____
           Foreperson

6485224.1