# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| W.K., et al., <br><br> Plaintiffs, <br><br> v. <br><br> RED ROOF INNS, INC., et al. <br><br> Defendants, | Civil Action No. <br><br> 1:20-cv-05263-VMC |

### NOTICE OF FILING PLAINTIFFS' PROPOSED VERDICT FORM

Plaintiffs hereby give notice of filing Plaintiffs' Proposed Verdict Form attached hereto as Exhibit A. Plaintiffs reserve the right to amend or supplement this proposed verdict.

Respectfully submitted this 11th day of June, 2024.

*/s/Manoj S. Varghese*
John E. Floyd
Georgia Bar No. 266413
floyd@bmelaw.com
Tiana S. Mykkeltvedt
Georgia Bar No. 533512
mykkeltvedt@bmelaw.com
Manoj S. Varghese
Georgia Bar No. 734668
varghese@bmelaw.com
Amanda Kay Seals
Georgia Bar No. 502720
seals@bmelaw.com
Michael R. Baumrind
Georgia Bar No. 960296
baumrind@bmelaw.com
**BONDURANT, MIXSON & ELMORE, LLP**

#5017902v1

1201 W. Peachtree St., N.W.
Suite 3900
Atlanta, Georgia 30309
(404) 881-4100 – Telephone
(404) 881-4111 – Facsimile

Patrick J. McDonough
Georgia Bar No. 489855
pmcdonough@atclawfirm.com
Jonathan S. Tonge
jtonge@atclawfirm.com
Georgia Bar No. 303999
**A**NDERSEN, **T**ATE & **C**ARR, **P.C.**
One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 – Telephone
(770) 822-9680 – Facsimile

*Attorneys for Plaintiffs*

#5017902v1

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1(D), I hereby certify that this document complies with the font and point selections set forth in Local Rule 5.1.  This document was prepared in Times New Roman 14 point font.

>*/s/ Manoj S. Varghese*
>Manoj S. Varghese
>Georgia Bar No. 734668

#5017902v1

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of June, 2024, I served a true and correct copy of the within and foregoing **NOTICE OF FILING PLAINTIFFS' PROPOSED VERDICT FORM** using the CM/ECF filing system which will cause copies to be served on all counsel of record.

>*/s/ Manoj S. Varghese*
>Manoj S. Varghese
>Georgia Bar No. 734668

#5017902v1