# EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

W.K., et al.,

  Plaintiffs,

v.

RED ROOF INNS, INC., et al.,

  Defendants.

Civil Action No.

1:20-CV-05263-VMC

## [PLAINTIFFS' PROPOSED] VERDICT FORM

## I.    <u>Tiffeny</u>

**1.** Are the Defendants liable to Tiffeny for:

|  |  | Yes | No |
|---|---|---|---|
| a. Violating the TVPRA | Red Roof Inns, Inc. | _____ | _____ |
|  | RRI West Management, LLC | _____ | _____ |
|  | Red Roof Franchising, LLC | _____ | _____ |
| b. Violating RICO | Red Roof Inns, Inc. | _____ | _____ |
|  | RRI West Management, LLC | _____ | _____ |
|  | Red Roof Franchising, LLC | _____ | _____ |
| c. Negligence | Red Roof Inns, Inc. | _____ | _____ |
|  | RRI West Management, LLC | _____ | _____ |
|  | Red Roof Franchising, LLC | _____ | _____ |

**Instruction:** *If you answered No to <u>all</u> parts of Question 1, you are done with this section; proceed to the section for the next Plaintiff. If you answered Yes to <u>any</u> part of Question 1, answer the remaining questions in this section.*

**2.** What amount of damages do you award to Tiffeny?

$_____

**3.** To apportion Tiffeny's damages, assess the percentage of fault, if any, of those Defendants you found liable to Tiffeny as well as any other person listed below that you also find to be at fault. If you found any Defendant not liable for any claim, then you must put 0% for that Defendant:

Defendant Red Roof Inns, Inc. _____ %

Defendant RRI West Management, LLC _____ %

2

Defendant Red Roof Franchising, LLC                                    _____ %

Pimps that trafficked Tiffeny at Red Roof Inns              _____ %

Individuals that paid for sex with Tiffeny at Red Roof Inns      _____ %

**The numbers must add up to 100%**

4.  Did the Red Roof Defendants you found liable in Question 1 conspire with any of the individuals or entities below to make money from renting hotel rooms used for prostitution or sex trafficking at Red Roof Inns during the time Tiffeny was trafficked at Red Roof Inns:

|                                              | Yes    | No     |
|----------------------------------------------|--------|--------|
| one another                                  | _____  | _____  |
| pimps that trafficked Tiffeny                | _____  | _____  |
| individuals that paid for sex with Tiffeny   | _____  | _____  |

5.  Did the Red Roof Defendants you found liable in Question 1 act in bad faith such that Tiffeny should recover her expenses of litigation?

Yes _____          No _____

6.  Are the Red Roof Defendants you found liable in Question 1 liable to Tiffeny for punitive damages?

Yes _____          No _____

3

II.  **Rebecca K.**

**1.** Are the Defendants liable to Rebecca for:

|  |  | Yes | No |
|---|---|---|---|
| a. Violating the TVPRA | Red Roof Inns, Inc. | _____ | _____ |
|  | RRI West Management, LLC | _____ | _____ |
|  | Red Roof Franchising, LLC | _____ | _____ |
| b. Violating RICO | Red Roof Inns, Inc. | _____ | _____ |
|  | RRI West Management, LLC | _____ | _____ |
|  | Red Roof Franchising, LLC | _____ | _____ |
| c. Negligence | Red Roof Inns, Inc. | _____ | _____ |
|  | RRI West Management, LLC | _____ | _____ |
|  | Red Roof Franchising, LLC | _____ | _____ |

> **Instruction:** *If you answered No to <u>all</u> parts of Question 1, you are done with this section; proceed to the section for the next Plaintiff. If you answered Yes to <u>any</u> part of Question 1, answer the remaining questions in this section.*

**2.** What amount of damages do you award to Rebecca?

$_____

**3.** To apportion Rebecca K.'s damages, assess the percentage of fault, if any, of those Defendants you found liable to Rebecca as well as any other person listed below that you also find to be at fault. If you found any Defendant not liable for any claim, then you must put 0% for that Defendant:

Defendant Red Roof Inns, Inc.                    _____ %

Defendant RRI West Management, LLC          _____ %

| | | |
|---|---|---|
| Defendant Red Roof Franchising, LLC | _____ | % |
| Pimps that trafficked Rebecca K. at Red Roof Inns | _____ | % |
| Individuals that paid for sex with Rebecca K. at Red Roof Inns | _____ | % |

**The numbers must add up to 100%**

**4.** Did the Red Roof Defendants you found liable in Question 1 conspire with any of the individuals or entities below to make money from renting hotel rooms used for prostitution or sex trafficking at Red Roof Inns during the time Rebcca was trafficked at Red Roof Inns:

|  | Yes | No |
|---|---|---|
| one another | _____ | _____ |
| pimps that trafficked Rebecca K. | _____ | _____ |
| individuals that paid for sex with Rebecca K. | _____ | _____ |

**5.** Did the Red Roof Defendants you found liable in Question 1 act in bad faith such that Rebecca should recover her expenses of litigation?

Yes _____     No _____

**6.** Are the Red Roof Defendants you found liable in Question 1 liable to Rebecca for punitive damages?

Yes _____     No _____

5

## III.   **Chelsea**

**1.**  Are the Defendants liable to Chelsea for:

|  |  | Yes | No |
|---|---|---|---|
| a. Violating the TVPRA | Red Roof Inns, Inc. | _____ | _____ |
|  | RRI West Management, LLC | _____ | _____ |
|  | Red Roof Franchising, LLC | _____ | _____ |
| b. Violating RICO | Red Roof Inns, Inc. | _____ | _____ |
|  | RRI West Management, LLC | _____ | _____ |
|  | Red Roof Franchising, LLC | _____ | _____ |
| c. Negligence | Red Roof Inns, Inc. | _____ | _____ |
|  | RRI West Management, LLC | _____ | _____ |
|  | Red Roof Franchising, LLC | _____ | _____ |

> **Instruction:** *If you answered No to <u>all</u> parts of Question 1, you are done with this section; proceed to the section for the next Plaintiff. If you answered Yes to <u>any</u> part of Question 1, answer the remaining questions in this section.*

**2.**  What amount of damages do you award to Chelsea?

$ _____

**3.**  To apportion Chelsea's damages, assess the percentage of fault, if any, of those Defendants you found liable to Chelsea as well as any other person listed below that you also find to be at fault. If you found any Defendant not liable for any claim, then you must put 0% for that Defendant:

| | |
|---|---|
| Defendant Red Roof Inns, Inc. | _____ % |
| Defendant RRI West Management, LLC | _____ % |

6

| | | |
|---|---|---|
| Defendant Red Roof Franchising, LLC | _____ | % |
| Pimps that trafficked Chelsea at Red Roof Inns | _____ | % |
| Individuals that paid for sex with Chelsea at Red Roof Inns | _____ | % |

**The numbers must add up to 100%**

4. Did the Red Roof Defendants you found liable in Question 1 conspire with any of the individuals or entities below to make money from renting hotel rooms used for prostitution or sex trafficking at Red Roof Inns during the time Chelsea was trafficked at Red Roof Inns:

| | Yes | No |
|---|---|---|
| one another | _____ | _____ |
| pimps that trafficked Chelsea | _____ | _____ |
| individuals that paid for sex with Chelsea | _____ | _____ |

5. Did the Red Roof Defendants you found liable in Question 1 act in bad faith such that Chelsea should recover her expenses of litigation?

   Yes _____      No _____

6. Are the Red Roof Defendants you found liable in Question 1 liable to Chelsea for punitive damages?

   Yes _____      No _____

## IV.   <u>Kazia</u>

**1.**  Are the Defendants liable to Kazia for:

|  |  | Yes | No |
|---|---|---|---|
| a. Violating the TVPRA | Red Roof Inns, Inc. | _____ | _____ |
|  | RRI West Management, LLC | _____ | _____ |
|  | Red Roof Franchising, LLC | _____ | _____ |
| b. Violating RICO | Red Roof Inns, Inc. | _____ | _____ |
|  | RRI West Management, LLC | _____ | _____ |
|  | Red Roof Franchising, LLC | _____ | _____ |
| c. Negligence | Red Roof Inns, Inc. | _____ | _____ |
|  | RRI West Management, LLC | _____ | _____ |
|  | Red Roof Franchising, LLC | _____ | _____ |

**Instruction:** *If you answered No to <u>all</u> parts of Question 1, you are done with this section; proceed to the section for the next Plaintiff. If you answered Yes to <u>any</u> part of Question 1, answer the remaining questions in this section.*

**2.**  What amount of damages do you award to Kazia?

$\qquad$ $

**3.**  To apportion Kazia's damages, assess the percentage of fault, if any, of those Defendants you found liable to Kazia as well as any other person listed below that you also find to be at fault. If you found any Defendant not liable for any claim, then you must put 0% for that Defendant:

Defendant Red Roof Inns, Inc.                    _____ %

Defendant RRI West Management, LLC            _____ %

8

| | |
|---|---|
| Defendant Red Roof Franchising, LLC | _____ % |
| Pimps that trafficked Kazia at Red Roof Inns | _____ % |
| Individuals that paid for sex with Kazia at Red Roof Inns | _____ % |

**The numbers must add up to 100%**

4.  Did the Red Roof Defendants you found liable in Question 1 conspire with any of the individuals or entities below to make money from renting hotel rooms used for prostitution or sex trafficking at Red Roof Inns during the time Kazia was trafficked at Red Roof Inns:

|  | Yes | No |
|---|---|---|
| one another | _____ | _____ |
| pimps that trafficked Kazia | _____ | _____ |
| individuals that paid for sex with Kazia | _____ | _____ |

5.  Did the Red Roof Defendants you found liable in Question 1 act in bad faith such that Kazia should recover her expenses of litigation?

    Yes _____      No _____

6.  Are the Red Roof Defendants you found liable in Question 1 liable to Kazia for punitive damages?

Yes _____      No _____

V.    __Melanie__

**1.**  Are the Defendants liable to Melanie for:

|  |  | Yes | No |
|---|---|---|---|
| a. Violating the TVPRA | Red Roof Inns, Inc. | _____ | _____ |
|  | RRI West Management, LLC | _____ | _____ |
|  | Red Roof Franchising, LLC | _____ | _____ |
| b. Violating RICO | Red Roof Inns, Inc. | _____ | _____ |
|  | RRI West Management, LLC | _____ | _____ |
|  | Red Roof Franchising, LLC | _____ | _____ |
| c. Negligence | Red Roof Inns, Inc. | _____ | _____ |
|  | RRI West Management, LLC | _____ | _____ |
|  | Red Roof Franchising, LLC | _____ | _____ |

> **Instruction:** *If you answered No to __all__ parts of Question 1, you are done with this section; proceed to the section for the next Plaintiff. If you answered Yes to __any__ part of Question 1, answer the remaining questions in this section.*

**2.**  What amount of damages do you award to Melanie?

$\text{\$}$ _____

**3.**  To apportion Melanie's damages, assess the percentage of fault, if any, of those Defendants you found liable to Melanie as well as any other person listed below that you also find to be at fault. If you found any Defendant not liable for any claim, then you must put 0% for that Defendant:

Defendant Red Roof Inns, Inc.                                _____ %

Defendant RRI West Management, LLC                 _____ %

10

Defendant Red Roof Franchising, LLC       _____ %

Pimps that trafficked Melanie at Red Roof Inns       _____ %

Individuals that paid for sex with Melanie at Red Roof Inns       _____ %

**The numbers must add up to 100%**

4. Did the Red Roof Defendants you found liable in Question 1 conspire with any of the individuals or entities below to make money from renting hotel rooms used for prostitution or sex trafficking at Red Roof Inns during the time Melanie was trafficked at Red Roof Inns:

|  | Yes | No |
|---|---|---|
| one another | _____ | _____ |
| pimps that trafficked Melanie | _____ | _____ |
| individuals that paid for sex with Melanie | _____ | _____ |

5. Did the Red Roof Defendants you found liable in Question 1 act in bad faith such that Melanie should recover her expenses of litigation?

Yes _____     No _____

6. Are the Red Roof Defendants you found liable in Question 1 liable to Melanie for punitive damages?

Yes _____     No _____

## VI.   **Alexa**

**1.** Are the Defendants liable to Alexa for:

|  |  | Yes | No |
|---|---|---|---|
| a. Violating the TVPRA | Red Roof Inns, Inc. | _____ | _____ |
|  | RRI West Management, LLC | _____ | _____ |
|  | Red Roof Franchising, LLC | _____ | _____ |
| b. Violating RICO | Red Roof Inns, Inc. | _____ | _____ |
|  | RRI West Management, LLC | _____ | _____ |
|  | Red Roof Franchising, LLC | _____ | _____ |
| c. Negligence | Red Roof Inns, Inc. | _____ | _____ |
|  | RRI West Management, LLC | _____ | _____ |
|  | Red Roof Franchising, LLC | _____ | _____ |

**Instruction:** *If you answered No to <u>all</u> parts of Question 1, you are done with this section; proceed to the section for the next Plaintiff. If you answered Yes to <u>any</u> part of Question 1, answer the remaining questions in this section.*

**2.** What amount of damages do you award to Alexa?

$ _____

**3.** To apportion Alexa's damages, assess the percentage of fault, if any, of those Defendants you found liable to Alexa as well as any other person listed below that you also find to be at fault. If you found any Defendant not liable for any claim, then you must put 0% for that Defendant:

Defendant Red Roof Inns, Inc. _____ %

Defendant RRI West Management, LLC _____ %

12

Defendant Red Roof Franchising, LLC _____ %

Pimps that trafficked Alexa at Red Roof Inns _____ %

Individuals that paid for sex with Alexa at Red Roof Inns _____ %

**The numbers must add up to 100%**

4. Did the Red Roof Defendants you found liable in Question 1 conspire with any of the individuals or entities below to make money from renting hotel rooms used for prostitution or sex trafficking at Red Roof Inns during the time Alexa was trafficked at Red Roof Inns:

|  | Yes | No |
|---|---|---|
| one another | _____ | _____ |
| pimps that trafficked Alexa | _____ | _____ |
| individuals that paid for sex with Alexa | _____ | _____ |

5. Did the Red Roof Defendants you found liable in Question 1 act in bad faith such that Alexa should recover her expenses of litigation?

Yes _____   No _____

6. Are the Red Roof Defendants you found liable in Question 1 liable to Alexa for punitive damages?

Yes _____   No _____

13

## VII.  **Whitney**

**1.**  Are the Defendants liable to Whitney for:

|  |  | Yes | No |
|---|---|---|---|
| a. Violating the TVPRA | Red Roof Inns, Inc. | _____ | _____ |
|  | RRI West Management, LLC | _____ | _____ |
|  | Red Roof Franchising, LLC | _____ | _____ |
| b. Violating RICO | Red Roof Inns, Inc. | _____ | _____ |
|  | RRI West Management, LLC | _____ | _____ |
|  | Red Roof Franchising, LLC | _____ | _____ |
| c. Negligence | Red Roof Inns, Inc. | _____ | _____ |
|  | RRI West Management, LLC | _____ | _____ |
|  | Red Roof Franchising, LLC | _____ | _____ |

**Instruction:** *If you answered No to <u>all</u> parts of Question 1, you are done with this section; proceed to the section for the next Plaintiff. If you answered Yes to <u>any</u> part of Question 1, answer the remaining questions in this section.*

**2.**  What amount of damages do you award to Whitney?

$_____

**3.**  To apportion Whitney's damages, assess the percentage of fault, if any, of those Defendants you found liable to Whitney as well as any other person listed below that you also find to be at fault. If you found any Defendant not liable for any claim, then you must put 0% for that Defendant:

Defendant Red Roof Inns, Inc.                               _____ %

Defendant RRI West Management, LLC                _____ %

14

Defendant Red Roof Franchising, LLC       _____ %

Varahi Hotel, LLC       _____ %

Pimps that trafficked Whitney at Red Roof Inns       _____ %

Individuals that paid for sex with Whitney at Red Roof Inns       _____ %

**The numbers must add up to 100%**

4. Did the Red Roof Defendants you found liable in Question 1 conspire with any of the individuals or entities below to make money from renting hotel rooms used for prostitution or sex trafficking at Red Roof Inns during the time Whitney was trafficked at Red Roof Inns:

|  | Yes | No |
|---|---|---|
| one another | _____ | _____ |
| Varahi Hotel, LLC | _____ | _____ |
| pimps that trafficked Whitney | _____ | _____ |
| individuals that paid for sex with Whitney | _____ | _____ |

5. Did the Red Roof Defendants you found liable in Question 1 act in bad faith such that Whitney should recover her expenses of litigation?

Yes _____       No _____

6. Are the Red Roof Defendants you found liable in Question 1 liable to Whitney for punitive damages?

Yes _____       No _____

15

## VIII.  __Rebekah P.__

**1.**  Are the Defendants liable to Rebekah for:

|  |  | Yes | No |
|---|---|---|---|
| a. Violating the TVPRA | Red Roof Inns, Inc. | _____ | _____ |
|  | RRI West Management, LLC | _____ | _____ |
|  | Red Roof Franchising, LLC | _____ | _____ |
| b. Violating RICO | Red Roof Inns, Inc. | _____ | _____ |
|  | RRI West Management, LLC | _____ | _____ |
|  | Red Roof Franchising, LLC | _____ | _____ |
| c. Negligence | Red Roof Inns, Inc. | _____ | _____ |
|  | RRI West Management, LLC | _____ | _____ |
|  | Red Roof Franchising, LLC | _____ | _____ |

> **Instruction:** *If you answered No to __all__ parts of Question 1, you are done with this section; proceed to the section for the next Plaintiff. If you answered Yes to __any__ part of Question 1, answer the remaining questions in this section.*

**2.**  What amount of damages do you award to Rebekah?

$\ \$\underline{\hspace{7cm}}$

**3.**  To apportion Rebekah's damages, assess the percentage of fault, if any, of those Defendants you found liable to Bekah as well as any other person listed below that you also find to be at fault. If you found any Defendant not liable for any claim, then you must put 0% for that Defendant:

Defendant Red Roof Inns, Inc.                    _____ %

Defendant RRI West Management, LLC              _____ %

| | |
|---|---|
| Defendant Red Roof Franchising, LLC | _____ % |
| Varahi Hotel, LLC | _____ % |
| Pimps that trafficked Bekah at Red Roof Inns | _____ % |
| Individuals that paid for sex with Bekah at Red Roof Inns | _____ % |

**The numbers must add up to 100%**

4. Did the Red Roof Defendants you found liable in Question 1 conspire with any of the individuals or entities below to make money from renting hotel rooms used for prostitution or sex trafficking at Red Roof Inns during the time Rebekah was trafficked at Red Roof Inns:

| | Yes | No |
|---|---|---|
| one another | _____ | _____ |
| Varahi Hotel, LLC | _____ | _____ |
| pimps that trafficked Bekah | _____ | _____ |
| individuals that paid for sex with Bekah | _____ | _____ |

5. Did the Red Roof Defendants you found liable in Question 1 act in bad faith such that Rebekah should recover her expenses of litigation?

Yes _____        No _____

6. Are the Red Roof Defendants you found liable in Question 1 liable to Rebekah for punitive damages?

Yes _____        No _____

## IX.   **Elizabeth**

**1.** Are the Defendants liable to Elizabeth for:

|  |  | Yes | No |
|---|---|---|---|
| a. Violating the TVPRA | Red Roof Inns, Inc. | _____ | _____ |
|  | RRI West Management, LLC | _____ | _____ |
|  | Red Roof Franchising, LLC | _____ | _____ |
| b. Violating RICO | Red Roof Inns, Inc. | _____ | _____ |
|  | RRI West Management, LLC | _____ | _____ |
|  | Red Roof Franchising, LLC | _____ | _____ |

**Instruction:** *If you answered No to <u>all</u> parts of Question 1, you are done with this section; proceed to the section for the next Plaintiff. If you answered Yes to <u>any</u> part of Question 1, answer the remaining questions in this section.*

**2.** What amount of damages do you award to Elizabeth?

$_____

**3.** To apportion Elizabeth's damages, assess the percentage of fault, if any, of those Defendants you found liable to Elizabeth as well as any other person listed below that you also find to be at fault. If you found any Defendant not liable for any claim, then you must put 0% for that Defendant:

| | |
|---|---|
| Defendant Red Roof Inns, Inc. | _____ % |
| Defendant RRI West Management, LLC | _____ % |
| Defendant Red Roof Franchising, LLC | _____ % |
| Varahi Hotel, LLC | _____ % |

Pimps that trafficked Elizabeth at Red Roof Inns          _____ %

Individuals that paid for sex with Elizabeth at Red Roof Inns   _____ %

**The numbers must add up to 100%**

4. Did the Red Roof Defendants you found liable in Question 1 conspire with any of the individuals or entities below to make money from renting hotel rooms used for prostitution or sex trafficking at Red Roof Inns during the time Elizabeth was trafficked at Red Roof Inns:

|  | Yes | No |
|---|---|---|
| one another | _____ | _____ |
| Varahi Hotel, LLC | _____ | _____ |
| pimps that trafficked Elizabeth | _____ | _____ |
| individuals that paid for sex with Elizabeth | _____ | _____ |

5. Did the Red Roof Defendants you found liable in Question 1 act in bad faith such that Elizabeth should recover her expenses of litigation?

Yes _____          No _____

6. Are the Red Roof Defendants you found liable in Question 1 liable to Elizabeth for punitive damages?

Yes _____          No _____

19

## X.    __Melissa__

**1.**  Are the Defendants liable to Melissa for:

|  |  | Yes | No |
|---|---|---|---|
| a. Violating the TVPRA | Red Roof Inns, Inc. | _____ | _____ |
|  | RRI West Management, LLC | _____ | _____ |
|  | Red Roof Franchising, LLC | _____ | _____ |
| b. Violating RICO | Red Roof Inns, Inc. | _____ | _____ |
|  | RRI West Management, LLC | _____ | _____ |
|  | Red Roof Franchising, LLC | _____ | _____ |

**Instruction:** *If you answered No to __all__ parts of Question 1, you are done with this section; proceed to the section for the next Plaintiff. If you answered Yes to __any__ part of Question 1, answer the remaining questions in this section.*

**2.**  What amount of damages do you award to Melissa?

$ _____

**3.**  To apportion Melissa's damages, assess the percentage of fault, if any, of those Defendants you found liable to Melissa as well as any other person listed below that you also find to be at fault. If you found any Defendant not liable for any claim, then you must put 0% for that Defendant:

| | |
|---|---|
| Defendant Red Roof Inns, Inc. | _____ % |
| Defendant RRI West Management, LLC | _____ % |
| Defendant Red Roof Franchising, LLC | _____ % |
| Varahi Hotel, LLC | _____ % |
| Pimps that trafficked Melissa at Red Roof Inns | _____ % |
| Individuals that paid for sex with Melissa at Red Roof Inns | _____ % |

**The numbers must add up to 100%**

4. Did the Red Roof Defendants you found liable in Question 1 conspire with any of the individuals or entities below to make money from renting hotel rooms used for prostitution or sex trafficking at Red Roof Inns during the time Melissa was trafficked at Red Roof Inns:

|  | Yes | No |
|---|---|---|
| one another | _____ | _____ |
| Varahi Hotel, LLC | _____ | _____ |
| pimps that trafficked Melissa | _____ | _____ |
| individuals that paid for sex with Melissa | _____ | _____ |

5. Did the Red Roof Defendants you found liable in Question 1 act in bad faith such that Melissa should recover her expenses of litigation?

Yes _____     No _____

6. Are the Red Roof Defendants you found liable in Question 1 liable to Melissa for punitive damages?

Yes _____     No _____

## XI.   **Delann**

**1.** Are the Defendants liable to Delann for:

|  |  | Yes | No |
|---|---|---|---|
| a. Violating the TVPRA | Red Roof Inns, Inc. | _____ | _____ |
|  | RRI West Management, LLC | _____ | _____ |
|  | Red Roof Franchising, LLC | _____ | _____ |
| b. Violating RICO | Red Roof Inns, Inc. | _____ | _____ |
|  | RRI West Management, LLC | _____ | _____ |
|  | Red Roof Franchising, LLC | _____ | _____ |

**Instruction:** *If you answered No to <u>all</u> parts of Question 1, you are done with this section; proceed to the section for the next Plaintiff. If you answered Yes to <u>any</u> part of Question 1, answer the remaining questions in this section.*

**2.** What amount of damages do you award to Delann?

$ _____

**3.** To apportion Delann's damages, assess the percentage of fault, if any, of those Defendants you found liable to Delann as well as any other person listed below that you also find to be at fault. If you found any Defendant not liable for any claim, then you must put 0% for that Defendant:

| | |
|---|---|
| Defendant Red Roof Inns, Inc. | _____ % |
| Defendant RRI West Management, LLC | _____ % |
| Defendant Red Roof Franchising, LLC | _____ % |
| Varahi Hotel, LLC | _____ % |
| Pimps that trafficked Delann at Red Roof Inns | _____ % |
| Individuals that paid for sex with Delann at Red Roof Inns | _____ % |

**The numbers must add up to 100%**

**4.** Did the Red Roof Defendants you found liable in Question 1 conspire with any of the individuals or entities below to make money from renting hotel rooms used for prostitution or sex trafficking at Red Roof Inns during the time Delann was trafficked at Red Roof Inns:

|  | Yes | No |
|---|---|---|
| one another | _____ | _____ |
| Varahi Hotel, LLC | _____ | _____ |
| pimps that trafficked Delann | _____ | _____ |
| individuals that paid for sex with Delann | _____ | _____ |

**5.** Did the Red Roof Defendants you found liable in Question 1 act in bad faith such that Delann should recover her expenses of litigation?

Yes _____    No _____

**6.** Are the Red Roof Defendants you found liable in Question 1 liable to Delann for punitive damages?

Yes _____    No _____

This is our unanimous verdict, reached on the ____ day of _____, 2024

 

 

_____

Foreperson

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

W.K., et al.,

  Plaintiffs,

v.

RED ROOF INNS, INC., et al.,

  Defendants.

Civil Action No.

1:20-CV-05263-VMC

**VERDICT FORM – PHASE TWO**
**PUNITIVE DAMAGES, ATTORNEYS' FEES, & LITIGATION EXPENSES**

**I.**    **[Plaintiff]**[1]

  **1.** What amount of punitive damages, if any, do you award to [Plaintiff] against the Defendants?

    Red Roof Inns, Inc.        $_____

    RRI West Management, LLC   $_____

    Red Roof Franchising, LLC   $_____

  **2.** Did the Defendants act with the specific intent to cause harm?

    Red Roof Inns, Inc.        Yes  _____       No  _____
    RRI West Management, LLC   Yes  _____       No  _____
    Red Roof Franchising, LLC   Yes  _____       No  _____

---

[1] Each Plaintiff awarded punitive damages and/or fees under O.C.G.A. § 13-6-11, will have their own section with only the questions warranted by the Phase 1 verdict for that Plaintiff.

**3.** What amount of attorney fees do you award to [Plaintiff]?

$_____

**4.** What amount of other expenses of litigation do you award to [Plaintiff]?

$_____


This is our unanimous verdict, reached on the _____ day of _____, 2024


_____

Foreperson