**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| W.K., et al.<br><br>      Plaintiffs,<br><br>v.<br><br>RED ROOF INNS, INC., et al.,<br><br>      Defendants. | CIVIL ACTION FILE<br><br>No. 1:20-cv-05263-VMC<br><br>JURY TRIAL |

**DEFENDANTS' AMENDED WITNESS LIST**

Defendants Red Roof Inns, Inc., Red Roof Franchising, LLC, and RRI West Management, LLC, (RRI Defendants) hereby submit the following Amended Witness List. Trial of this case is set to commence on June 11, 2024.

**I.    DEFENDANTS' AMENDED WITNESS LIST**

Defendants reserve the right to call the following witnesses at trial:

**A.    Fact Witnesses**

1.  Glenn Galbraith, can be contacted through counsel for Red Roof Inns
2.  A.F., can be contacted through counsel
3.  C.A., can be contacted through counsel
4.  D.P., can be contacted through counsel
5.  E.H., can be contacted through counsel
6.  K.P., can be contacted through counsel
7.  M.B., can be contacted through counsel
8.  M.M., can be contacted through counsel
9.  R.K., can be contacted through counsel
10. R.P., can be contacted through counsel
11. T.H., can be contacted through counsel
12. W.K., can be contacted through counsel
13. Plaintiff's alleged traffickers, including but not limited to Michael Beene and Tradelle Lacey

14. Meghan Harrsch, 516 Bluff Ct., Woodstock, GA 30188
15. Lavan Chandra, 2015 Powers Ferry Rd., S.E., Apt C, Marietta GA 30067
16. Sandra Taylor, 2379 Tiffany Circle, Decatur, GA 30035
17. Carlos Johnson, 1895 Stockton St Apt 1, Decatur, GA 30032
18. Tyray Monroe, 1314 Taylor Way, Stone Mountain, GA 30083
19. Christopher Maxwell, 866 Churchill Court, Stone Mountain, GA 30083
20. Joe Fonseca, 971 Deron Drive, Lawrenceville, GA 30044
21. Henry Herrera, 785 Walnut Creek Drive, Lilbrum, GA 30047
22. Andrew Alexander, 100 Main Street North, St. Petersburg, FL 33716
23. Vanessa Cole, 1393 Tysons Corner, Marietta, Georgia 30062
24. Monica Hamilton, Atlanta, Georgia
25. Vickie Lam, 2144 E Walnut Creek Pkwy, West Covina, CA 91791
26. George Limbert, 104 Kastlekove Dr., Lewis Center, OH 43035
27. Marina MacDonald, can be contacted through counsel for Red Roof Inns
28. James Moyer, 1329 Moher Blvd., Franklin, Tennessee 37069
29. John Park, can be contacted through counsel for Red Roof Inns
30. Gregory Stocker, can be contacted through counsel for Red Roof Inns
31. Vincent Vittatoe, McKinney, Texas
32. Michelle Wehrle, can be contacted through counsel for Red Roof Inns
33. Bernard Mitchell, 3705 Meadow Vista Trail, Lithonia, GA 30038
34. Robert Allen, 92 Fairwind Court, Stone Mountain, GA 30083
35. Ella Bowen, 2000 Mallory Ln, St. 130, Franklin, TN 37067
36. Bob Patel, 2200 Corporate Plaza, Smyrna, GA 30080
37. Rita Patel, 2200 Corporate Plaza, Smyrna, GA 30080
38. Rakesh Patel, 2200 Corporate Plaza, Smyrna, GA 30080
39. Dorraine Lallani, 2011 Larimer Point Crt, Sugar Land, TX 77479
40. Tara  Underwood Moore, 1157 Wynbrook Road, Marrietta, GA 30008
41. President and/or Custodian of records for Banneret Security, Inc., 160 Clairemont Ave, Suite 200, Decatur, GA 30030
42. President and/or Custodian of records for B.E.S.T., Inc. d/b/a Best Security, P.O. Box 961774, Riverdale, GA 30274
43. Custodian of records for Cobb County Police Department, 545 Fairground ST SE Unit 101, Marietta, GA 30060

44. Custodian of records for LifeStance, 1899 Powers Ferry Rd., Marietta, GA 30339
45. Custodian of records for Northside Hospital Duluth, 3620 Howell Ferry Rd NW, Duluth, GA 30096
46. Custodian of records for Cobb County Sherriff's Office, 185 Roswell St NE, Marietta, GA 30060
47. Custodian of records for Bibb County, 668 Oglethorpe St., Macon, GA 31201
48. Custodian of records for Gwinnett County Sheriff's Office, 2900 University Parkway, Lawrenceville, GA 30043
49. Custodian of records for Gwinnett County Police Department, 770 Hi Hope Road Lawrenceville, GA 30044
50. Custodian of records for DeKalb Community Service Board, 445 Win Way 2nd Fl., Suite 220, Decatur, GA 30030
51. Custodian of records for Carroll County State Court, 311 Newnan Street, Carrollton, GA 30117
52. Custodian of records for Northside Hospital Atlanta, 1000 Johnson Ferry Rd NE, Atlanta, GA 30342
53. Custodian of records for Juvenile Court of Forsyth County, 101 East Courthouse Square, First Floor – Suite 1007, Cumming, GA 30040
54. Custodian of records for DeKalb County Police Department, 1960 W Exchange Pl, Tucker GA 30084
55. Custodian of records for Marietta Police Department, 240 Lemon St NE, Marietta GA 30060
56. Custodian of records for GA Regional Hospital, 3073 Panthersville Rd, Decatur, GA 30034
57. Custodian of records for Piedmont Cartersville, 960 Joe Frank Harris Pkwy SE, Cartersville, GA 30120
58. Custodian of records for Arlington Police Department, 567 Pioneer Rd., Arlington GA 39813
59. Custodian of records for Wellstar Kennestone Hospital, 677 Church St. NE, Marietta, GA 30060
60. Custodian or records for other documents produced in discovery to be supplemented in advance of the final pre-trial
61. Any and all witnesses necessary to rebut any testimony or documents used by Plaintiffs in their case in chief.

## B.    Expert Witnesses

1.    Matthew Norman, M.D., 4401 Northside Parkway, NW Suit 25, Atlanta, GA 30327
2.    Greg Bristol, 15920 Fairway Drive, Montclair, Virginia 22025
3.    Dr. Kimberly Mehlman-Orozco, 15920 Fairway Drive, Montclair, Virginia 22025

Defendants reserve the right to elicit expert testimony on cross-examination from any witness whom Plaintiffs calls to testify. Defendants also reserve the right to call any witness identified by Plaintiffs or on their witness list; any witness necessary to rebut testimony presented in Plaintiffs' case-in-chief; any witness, lay or expert; and any witness needed to address issues that arise during trial (*e.g.*, authentication).   Defendants reserve their right to supplement this Witness List before trial.

Dated: June 11, 2024

Respectfully submitted,

/s/ Marcella C. Ducca
Marcella C. Ducca (Ga Bar No. 115079)
Brandon D. Cox (Ga Bar No. 832025)
GREENBERG TRAURIG LLP
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, GA  30305
Telephone:     678.553.2100
duccam@gtlaw.com
coxb@gtlaw.com

Sandra J. Wunderlich (pro hac vice)
TUCKER ELLIS LLP
100 South Fourth Street, Suite 600

St. Louis, MO 63102-1822
Telephone:      314.256.2550
Facsimile:      314.256.2549
sandra.wunderlich@tuckerellis.com

Chelsea Mikula (pro hac vice)
C. Ashley Saferight (pro hac vice)
Elisabeth C. Arko (pro hac vice)
Joseph A. Manno (pro hac vice)
Spencer E. Krebs (pro hac vice)
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, OH  44113-7213
Telephone:      216.592.5000
Facsimile:      216.592.5009
chelsea.mikula@tuckerellis.com
ashley.saferight@tuckerellis.com
elisabeth.arko@tuckerellis.com
joseph.manno@tuckerellis.com
spencer.krebs@tuckerellis.com

*Attorneys for Defendants Red Roof Inns, Inc,.*
*Red Roof Franchising, LLC, and RRI West*
*Management, LLC*

5

## **RULE 7.1D CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1(D) of the United States District Court of the

Northern District of Georgia, the undersigned certifies that that submission to the

Court was computer-processed, double-spaced between lines, and used Times New

Roman font of 14-point size.


Dated: June 11, 2024

                                                    /s/ *Marcella C. Ducca*
                                                    Marcella C. Ducca

                                                    *One of the Attorneys for Defendants Red*
                                                    *Roof Inns, Inc., Red Roof Franchising,*
                                                    *LLC, and RRI West Management, LLC*

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on June 11, 2024, a copy

of the above was filed with the United States District Court for the Northern District

of Georgia and served on counsel of record through the Court's CM/ECF system.


Dated: June 11, 2024

/s/ Marcella C. Ducca
Marcella C. Ducca

*One of the Attorneys for Defendants Red Roof Inns, Inc, Red Roof Franchising, LLC, and RRI West Management, LLC*

7

018964\000021\6488178