# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:20-cv-05263-VMC
### W.K. et al v. Red Roof Inns, Inc. et al
### Honorable Victoria M. Calvert

Minute Sheet for proceedings held In Open Court on 06/11/2024.

TIME COURT COMMENCED: 9:30 A.M.
TIME COURT CONCLUDED: 4:45 P.M.          COURT REPORTER: Wynette Blathers
TIME IN COURT: 6:30                      DEPUTY CLERK: Velma Shanks
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Michael Baumrind representing D. P. |
| | Amanda Bradley representing K.P. |
| | Marcella Ducca representing Red Roof Franchising, LLC |
| | John Floyd representing E. H. |
| | Spencer Krebs representing Red Roof Franchising, LLC |
| | Spencer Krebs representing Red Roof Inns, Inc. |
| | Patrick McDonough representing D. P. |
| | Juliana Mesa representing T.H. |
| | Chelsea Mikula representing Red Roof Inns, Inc. |
| | Tiana Mykkeltvedt representing A. F. |
| | Carolyn Saferight representing Red Roof Inns, Inc. |
| | Amanda Seals representing A. F. |
| | Jonathan Tonge representing A. F. |
| | Manoj Varghese representing A. F. |
| | Jennifer Webster representing A. F. |
| | Sandra Wunderlich representing Red Roof Inns, Inc. |
| PROCEEDING CATEGORY: | Jury Trial Began; Voir Dire; |
| MINUTE TEXT: | Jury trial began. Voir dire began. Jurors advised to return 6/12/24 to continue voir dire. |
| HEARING STATUS: | Hearing not concluded. Court adjourned and will reconvene at 9:30 am 9/12/2024. Jurors excused until the above time under the usual caution of the Court. |
| TRIAL STATUS: | Jury Selection Only, continued |