# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:20-cv-05263-VMC
## W.K. et al v. Red Roof Inns, Inc. et al
## Honorable Victoria M. Calvert

Minute Sheet for proceedings held In Open Court on 06/12/2024.

TIME COURT COMMENCED: 9:30 A.M.
TIME COURT CONCLUDED: 4:45 A.M.     COURT REPORTER: Wynette Blathers
TIME IN COURT: 6:30                 DEPUTY CLERK: Velma Shanks
OFFICE LOCATION: Atlanta

**ATTORNEY(S) PRESENT:**
- Michael Baumrind representing R.K.
- Amanda Bradley representing A. F.
- John Floyd representing C.A.
- Spencer Krebs representing Red Roof Inns, Inc.
- Patrick McDonough representing R. P.
- Juliana Mesa representing M. B.
- Chelsea Mikula representing Red Roof Inns, Inc.
- Tiana Mykkeltvedt representing A. F.
- Amanda Seals representing R.K.
- Jonathan Tonge representing A. F.
- Manoj Varghese representing A. F.
- Jennifer Webster representing A. F.
- Rory Weeks representing A. F.
- Sandra Wunderlich representing Red Roof Inns, Inc.

**PROCEEDING CATEGORY:** Jury Trial Continued; Jury Selection;

**MINUTE TEXT:** Voir dire continued. Jurors sworn and testified. Preliminary instructions read to the jury. Open statements began.

**HEARING STATUS:** Hearing not concluded. Court adjourned and will reconvene at 9:30 AM 6/13/2024.

**TRIAL STATUS:** Evidence Entered, continued