AO 88  (Rev. 02/14) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| W.K. et al., | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 1:20-CV-05263-VMC |
| Red Roof Inns, Inc. et al. | ) |
| *Defendant* | ) |

**SUBPOENA TO APPEAR AND TESTIFY
AT A HEARING OR TRIAL IN A CIVIL ACTION**

To: Joseph Fonseca, 162 Country Club Dr., Saint Simons Island, GA 31522

*(Name of person to whom this subpoena is directed)*

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: Richard B. Russell Federal Bldg. & U.S. Courthouse 75 Ted Turner Drive, SW Atlanta, GA 30303-3309 | Courtroom No.: 2105 |
|---|---|
| | Date and Time: 06/17/2024 9:30 am |

You must also bring with you the following documents, electronically stored information, or objects *(leave blank if not applicable)*:

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 5/24/2024

CLERK OF COURT

OR

_____          _____
*Signature of Clerk or Deputy Clerk*                   *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Red Roof Inns, Inc.; FMW RRI NC, LLC; Red Roof Franchising, LLC; RRI West Management, LLC; and RRI III, LLC , who issues or requests this subpoena, are:

Joseph A. Manno, Tucker Ellis LLP, 950 Main Avenue, Suite 1100, Cleveland, OH 44113; joseph.manno@tuckerellis.com; 216-592-5000

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.   1:20-CV-05263-VMC

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for **Joseph Fonseca** on **5/29/2024**:

[X] I served the subpoena by delivering a copy to the named person as follows: **162 Country Club Dr, Saint Simons Island, GA 31522** on **06/03/2024 at 6:37 PM**

I delivered the documents to Joseph Fonseca with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a gray-haired white male contact 45-55 years of age, 5'4"-5'6" tall and weighing 140-160 lbs.; or

[ ] I returned the summons unexecuted because

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ 0.00

My fees are $ 0.00 for travel and $ 150.00 for services, for a total of $ 150.00.

I declare under penalty of perjury that this information is true.

Date: 6/11/2024

*Server's signature*

**Jason Downs**
*Printed name and title*

603 Newcastle St.
Brunswick, GA 31520
*Server's address*

Notary Public: Subscribed and sworn before me on this 8th day of June in the year of 20 24
Personally known to me _____ or ✓ identified by the following document:

Notary Public (Legal Signature)

Number/Reference: _____
Type: _____
Notary Public for State of: _____
Commission Expiration: _____

Additional information regarding attempted service, etc.

[Notary seal: McKenzie Curry, Notary Public, Glynn County, State of Georgia, My Commission Expires Apr 16, 2027]




Tracking #: 0134393624

## AFFIDAVIT OF PROCESS SERVER

I, the undersigned, ____Jason Downs____, being dully sworn, deposes and states:

1) That I am a professional process server, a U.S. Citizen over the age of 18, and meet all of the requirements for appointment as a process server in the state of Georgia.

2) That I am a wholly disinterested party and I neither have any relationship with, nor am I employed by, any of the parties to this action and in no way can benefit from its outcome.

FURTHER AFFIANT SAYETH NAUGHT

_____Jason Downs_____
signature

Jason Downs
_____
print name

Jason Downs
_____
address line 1

603 Newcastle St.
_____
City, State, Zip

Brunswick, Ga. 31520
_____
phone

Jasondowns81@yahoo.com
_____
server email address