# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:20-cv-05263-VMC
### W.K. et al v. Red Roof Inns, Inc. et al
### Honorable Victoria M. Calvert

Minute Sheet for proceedings held In Open Court on 06/13/2024.

| | |
|---|---|
| TIME COURT COMMENCED: 9:30 A.M.<br>TIME COURT CONCLUDED: 4:30 P.M.<br>TIME IN COURT: 6:15<br>OFFICE LOCATION: Atlanta | COURT REPORTER: Wynette Blathers/Judith Wolff<br>DEPUTY CLERK: Velma Shanks |

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Elisabeth Arko representing Red Roof Franchising, LLC<br>Michael Baumrind representing A. F.<br>Amanda Bradley representing D. P.<br>Marcella Ducca representing Red Roof Inns, Inc.<br>John Floyd representing A. F.<br>Spencer Krebs representing Red Roof Inns, Inc.<br>Joseph Manno representing Red Roof Franchising, LLC<br>Patrick McDonough representing A. F.<br>Juliana Mesa representing A. F.<br>Chelsea Mikula representing Red Roof Inns, Inc.<br>Tiana Mykkeltvedt representing A. F.<br>Carolyn Saferight representing Red Roof Inns, Inc.<br>Amanda Seals representing A. F.<br>Jonathan Tonge representing A. F.<br>Manoj Varghese representing A. F.<br>Jennifer Webster representing A. F.<br>Rory Weeks representing R.K.<br>Sandra Wunderlich representing Red Roof Inns, Inc. |
| PROCEEDING CATEGORY: | Jury Trial Continued; |
| JURY INFORMATION: | The Rule of Sequestration was invoked. |
| MINUTE TEXT: | Plaintiff's case began. Kimberley McDevitt sworn and testified. Brenda Conner sworn and testified. Video Depositions of Michael Thomas; Thomas McElroy and Jay Moyer played. Plaintiffs' exhibits 94, 96, 97, 105, 107-109, 114, 115, 117, 120, 122-123A, 125-128, 130-133, 152, 236, |

|  |  |
|---|---|
|  | 237, 239, 255, 261, 318, 353, 383, 579, 581, 640, 644, 645, 646. |
| TRIAL STATUS: | Evidence Entered, continued |
| EXHIBIT STATUS: | Exhibits retained by the Court to be forwarded to the Clerks Office. |