**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| W.K., et al.<br><br>Plaintiffs,<br><br>v.<br><br>RED ROOF INNS, INC., et al.,<br><br>Defendants. | CIVIL ACTION FILE<br><br>NO. 1:20-cv-5263-VMC<br><br>JURY TRIAL DEMANDED<br><br>Pursuant to Fed. R. Civ. P. 38 |

## ORDER ON PLAINTIFFS' MOTION FOR PERMISSION TO BRING ELECTRONIC EQUIPMENT INTO THE COURTROOM

IT IS HEREBY ORDERED that Plaintiffs' Expert Dr. Melanie Bliss in the above-referenced case be permitted to bring the following electronic devices into the Richard B. Russell Building, for the purposes of trial that is expected to proceed for approximately three weeks starting June 11, 2024, before Judge Victoria M. Calvert.

| Name | Equipment |
|---|---|
| Dr. Melanie Bliss<br>Expert | Laptop, power cord, cellular phone/smartphone, charger |

#5021617v1

IT IS SO ORDERED THIS ___ day of June, 2024.


_____

VICTORIA M. CALVERT
UNITED STATES DISTRICT JUDGE