**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| W.K., et al.<br><br>Plaintiffs,<br><br>v.<br><br>RED ROOF INNS, INC., et al.,<br><br>Defendants. | CIVIL ACTION FILE<br><br>NO. 1:20-cv-5263-VMC<br><br>JURY TRIAL DEMANDED<br><br>Pursuant to Fed. R. Civ. P. 38 |

**ORDER ON PLAINTIFFS' MOTION FOR PERMISSION TO BRING
ELECTRONIC EQUIPMENT INTO THE COURTROOM**

IT IS HEREBY ORDERED that Plaintiffs' Expert Dr. Melanie Bliss in the above-referenced case be permitted to bring the following electronic devices into the Richard B. Russell Building, for the purposes of trial that is expected to proceed for approximately three weeks starting June 11, 2024, before Judge Victoria M. Calvert.

| Name | Equipment |
|---|---|
| Dr. Melanie Bliss<br>Expert | Laptop, power cord, cellular phone/smartphone, charger |

#5021617v1

IT IS SO ORDERED THIS 17th day of June, 2024.


_____
VICTORIA M. CALVERT
UNITED STATES DISTRICT JUDGE