# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:20-cv-05263-VMC
## W.K. et al v. Red Roof Inns, Inc. et al
## Honorable Victoria M. Calvert

Minute Sheet for proceedings held In Open Court on 06/14/2024.

TIME COURT COMMENCED: 9:05 A.M.
TIME COURT CONCLUDED: 4:20 P.M.         COURT REPORTER: Wynette Blathers
TIME IN COURT: 6:30                      DEPUTY CLERK: Velma Shanks
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Michael Baumrind representing A. F.<br>Amanda Bradley representing A. F.<br>Marcella Ducca representing Red Roof Inns, Inc.<br>John Floyd representing A. F.<br>Spencer Krebs representing Red Roof Inns, Inc.<br>Patrick McDonough representing A. F.<br>Juliana Mesa representing A. F.<br>Chelsea Mikula representing Red Roof Inns, Inc.<br>Tiana Mykkeltvedt representing A. F.<br>Carolyn Saferight representing Red Roof Inns, Inc.<br>Amanda Seals representing A. F.<br>Jonathan Tonge representing A. F.<br>Manoj Varghese representing A. F.<br>Jennifer Webster representing A. F.<br>Sandra Wunderlich representing Red Roof Inns, Inc. |
| PROCEEDING CATEGORY: | Jury Trial Continued; |
| MINUTE TEXT: | Plaintiffs' case continued. Video taped deposition of Mr. Moyor continued. Pla 39, 70, 101-103, 106, 107, 118, 119, 121, 142, 173, 228, 229, 231, 234, 235, 248, 301, 310, 325, 357, 495. Forrest Castile sworn and testified. Monica Hamilton video deposition played. Michele Sarkisian sworn and testified. Marina MacDonald video deposition played. |
| HEARING STATUS: | Hearing not concluded. Court adjourned and will reconvene at 9:30 AM 6/17/2024. |