IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| W.K., et al.<br><br>Plaintiffs,<br><br>v.<br><br>RED ROOF INNS, INC., et al.,<br><br>Defendants. | CIVIL ACTION FILE<br><br>NO. 1:20-cv-5263-VMC<br><br>JURY TRIAL DEMANDED<br><br>Pursuant to Fed. R. Civ. P. 38 |

**<u>PLAINTIFFS' MOTION FOR ADDITIONAL PERMISSION TO BRING ELECTRONIC EQUIPMENT INTO THE COURTROOM</u>**

COME NOW Plaintiffs, by and through their undersigned counsel, and move the Court for an order allowing Plaintiff, K.P. to bring electronic equipment into the courtroom for her testimony during the trial in which she is scheduled to testify on June 20, 2024 and continuing thereafter until its resolution, in the above-captioned matter, and state as follows:

1. The trial in this matter is expected to proceed for approximately three weeks starting on June 11, 2024.

2. Counsel intends to utilize the available electronic capabilities that are in the courtroom during the scheduled trial:

#5022343v1

| Name             | Equipment             |
|------------------|-----------------------|
| K.P.<br>Plaintiff | Breast Pumping Machine |

3. Counsel believes that the utilization of this technology and trial presentation software will permit for more efficient and expedited proceedings and will aid in the presentation of the case.

WHEREFORE, Plaintiffs respectfully request that this Court enter an Order granting this Motion and permit the above-referenced persons to bring the electronic equipment set forth above into the courtroom and further request that said order be provided to the U.S. Marshals so that counsel, staff of counsel, experts, witnesses, parties and party representatives may enter the courthouse and courtroom with the above-listed equipment without delays.

This 19th day of June 2024.

|  |  |
|---|---|
| Jonathan S. Tonge<br>jtonge@atclawfirm.com<br>Georgia Bar No. 303999<br>Patrick J. McDonough<br>Georgia Bar No. 489855<br>pmcdonough@atclawfirm.com<br><br>ANDERSEN, TATE & CARR, P.C.<br>One Sugarloaf Centre<br>1960 Satellite Boulevard, Suite 4000 | /s/ Tiana S. Mykkeltvedt<br>John E. Floyd<br>Georgia Bar No. 266413<br>floyd@bmelaw.com<br>Tiana S. Mykkeltvedt<br>Georgia Bar No. 533512<br>mykkeltvedt@bmelaw.com<br>Manoj S. Varghese<br>Georgia Bar No. 734668<br>varghese@bmelaw.com<br>Amanda Kay Seals<br>Georgia Bar No. 502720 |

Duluth, Georgia 30097
(770) 822-0900 – Telephone
(770) 822-9680 – Facsimile

seals@bmelaw.com
Michael R. Baumrind
Georgia Bar No. 960296
baumrind@bmelaw.com
Juliana Mesa
Georgia Bar No. 585087
mesa@bmelaw.com

BONDURANT, MIXSON & ELMORE, LLP
1201 West Peachtree Street, N.W., Suite 3900
Atlanta, Georgia 30309
(404) 881-4100 – Telephone
(404) 881-4111 – Facsimile

#5022343v1

## **LOCAL RULE 7.1(D) CERTIFICATION**

The undersigned counsel certifies that this document has been prepared in Times New Roman, 14-point font in compliance with Local Rule 5.1(C) and does not exceed the page limit imposed by Local Rule 7.1(D).

*/s/ Tiana S. Mykkeltvedt*
Tiana S. Mykkeltvedt
Georgia Bar No. 533512

## CERTIFICATE OF SERVICE

I hereby certify that I have caused to be served the foregoing **Plaintiffs' Motion for Additional Permission to Bring Electronic Equipment into the Courtroom** by filing it with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all counsel of record.

This 19th day of June 2024.

*/s/ Tiana S. Mykkeltvedt*
Tiana S. Mykkeltvedt
Georgia Bar No. 533512

#5022343v1