# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:20-cv-05263-VMC
## W.K. et al v. Red Roof Inns, Inc. et al
## Honorable Victoria M. Calvert

Minute Sheet for proceedings held In Open Court on 06/18/2024.

| | |
|---|---|
| TIME COURT COMMENCED: 9:35 A.M.<br>TIME COURT CONCLUDED: 4:30 P.M.<br>TIME IN COURT: 6:10<br>OFFICE LOCATION: Atlanta | COURT REPORTER: Wynette Blathers/Judith Wolff<br>DEPUTY CLERK: Velma Shanks |

**ATTORNEY(S) PRESENT:**
Elisabeth Arko representing Red Roof Franchising, LLC
Michael Baumrind representing A. F.
Amanda Bradley representing A. F.
Marcella Ducca representing Red Roof Inns, Inc.
John Floyd representing A. F.
Spencer Krebs representing Red Roof Inns, Inc.
Joseph Manno representing Red Roof Franchising, LLC
Patrick McDonough representing A. F.
Juliana Mesa representing A. F.
Chelsea Mikula representing Red Roof Inns, Inc.
Tiana Mykkeltvedt representing A. F.
Carolyn Saferight representing Red Roof Inns, Inc.
Amanda Seals representing A. F.
Jonathan Tonge representing A. F.
Manoj Varghese representing A. F.
Jennifer Webster representing A. F.
Rory Weeks representing A. F.
Sandra Wunderlich representing Red Roof Inns, Inc.

**PROCEEDING CATEGORY:** Jury Trial Continued;

**MINUTE TEXT:** Expert witness Unique Whitmore sworn and testified. Tiffeny sworn and testified. Melissa sworn and testified. Melanie sworn and testified. Alexa sworn and testified. Greg Stocker video deposition played. Dfts' exhs 1, 13, 14, 16, 17, 187, 214, 293, 297, 298, 300, 302, 313, 315, 321-323. Plas' exhs 179, 205, 206, 208-212, 214, 215, 668, admitted.