IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| W.K., et al.<br><br>Plaintiffs,<br><br>v.<br><br>RED ROOF INNS, INC., et al.,<br><br>Defendants. | CIVIL ACTION FILE<br><br>NO. 1:20-cv-5263-VMC<br><br>JURY TRIAL DEMANDED<br><br>Pursuant to Fed. R. Civ. P. 38 |

## ORDER ON PLAINTIFFS' MOTION FOR PERMISSION TO BRING ELECTRONIC EQUIPMENT INTO THE COURTROOM

IT IS HEREBY ORDERED that Plaintiffs' Consultant Jennifer Wilhelm in the above-referenced case be permitted to bring the following electronic devices into the Richard B. Russell Building, for the purposes of trial that is expected to proceed for approximately three weeks starting June 11, 2024, before Judge Victoria M. Calvert.

| Name | Equipment |
|---|---|
| Jennifer Wilhelm<br>Consultant | Laptop, power cord, cellular phone/smartphone, charger |

#5022674v1

IT IS SO ORDERED THIS \_\_\_ day of June, 2024.

_____
VICTORIA M. CALVERT
UNITED STATES DISTRICT JUDGE

#5022674v1