**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| W.K., et al.<br><br>Plaintiffs,<br><br>v.<br><br>RED ROOF INNS, INC., et al.,<br><br>Defendants. | CIVIL ACTION FILE<br><br>NO. 1:20-cv-5263-VMC<br><br>JURY TRIAL DEMANDED<br><br>Pursuant to Fed. R. Civ. P. 38 |

**<u>ORDER ON PLAINTIFFS' MOTION FOR PERMISSION TO BRING
ELECTRONIC EQUIPMENT INTO THE COURTROOM</u>**

IT IS HEREBY ORDERED that Plaintiffs' Consultant Jennifer Wilhelm in the above-referenced case be permitted to bring the following electronic devices into the Richard B. Russell Building, for the purposes of trial that is expected to proceed for approximately three weeks starting June 11, 2024, before Judge Victoria M. Calvert.

| Name | Equipment |
|---|---|
| Jennifer Wilhelm<br>Consultant | Laptop, power cord, cellular phone/smartphone, charger |

#5022674v1

IT IS SO ORDERED THIS __21st__ day of June, 2024.

_____

VICTORIA M. CALVERT
UNITED STATES DISTRICT JUDGE