# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:20-cv-05263-VMC
### W.K. et al v. Red Roof Inns, Inc. et al
### Honorable Victoria M. Calvert

Minute Sheet for proceedings held In Open Court on 06/20/2024.

| | |
|---|---|
| TIME COURT COMMENCED: 9:30 A.M. | COURT REPORTER: Wynette Blathers/Judith Wolff |
| TIME COURT CONCLUDED: 4:30 P.M. | |
| TIME IN COURT: 6:15 | DEPUTY CLERK: Velma Shanks |
| OFFICE LOCATION: Atlanta | |

**ATTORNEY(S) PRESENT:**
Elisabeth Arko representing Red Roof Franchising, LLC
Michael Baumrind representing A. F.
Amanda Bradley representing A. F.
Marcella Ducca representing Red Roof Inns, Inc.
John Floyd representing A. F.
Spencer Krebs representing Red Roof Inns, Inc.
Joseph Manno representing Red Roof Franchising, LLC
Patrick McDonough representing A. F.
Juliana Mesa representing A. F.
Chelsea Mikula representing Red Roof Inns, Inc.
Tiana Mykkeltvedt representing A. F.
Carolyn Saferight representing Red Roof Inns, Inc.
Amanda Seals representing A. F.
Jonathan Tonge representing A. F.
Manoj Varghese representing A. F.
Jennifer Webster representing A. F.
Rory Weeks representing A. F.
Sandra Wunderlich representing Red Roof Inns, Inc.

**PROCEEDING CATEGORY:** Jury Trial Continued;

**MINUTE TEXT:** Videotaped deposition of Greg Stocker continued. Chelsea sworn and testified; Dr. Melanie Bliss sworn and testified; Rebecca sworn and testified; Dellann sworn and testified. Plas' exhs 196, 217, 551, 556, 558 admitted. Dfts' exhs 21, 43, 45, 48, 50, 51, 52, 56, 57, 61, 100, 107-109, 111, 236, 237, 242-244, 247, 249, 251-253, 494, 497, 509, 600 admitted.

| | |
|---|---|
| HEARING STATUS: | Hearing not concluded. Court adjourned and will reconvene at 9:30 AM on 6/21/2024. |
| TRIAL STATUS: | Evidence Entered, continued |
| EXHIBIT STATUS: | Exhibits retained by the Court to be forwarded to the Clerks Office. |