# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:20-cv-05263-VMC
## W.K. et al v. Red Roof Inns, Inc. et al
## Honorable Victoria M. Calvert

Minute Sheet for proceedings held In Open Court on 06/26/2024.

TIME COURT COMMENCED: 10:30 A.M.
TIME COURT CONCLUDED: 11:45 A.M.
TIME IN COURT: 1:15
OFFICE LOCATION: Atlanta
DEPUTY CLERK: Velma Shanks

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Elisabeth Arko representing Red Roof Franchising, LLC<br>Amanda Bradley representing A. F.<br>Spencer Krebs representing Red Roof Inns, Inc.<br>Chelsea Mikula representing Red Roof Inns, Inc.<br>Tiana Mykkeltvedt representing A. F.<br>Manoj Varghese representing A. F.<br>Sandra Wunderlich representing Red Roof Inns, Inc. |
| PROCEEDING CATEGORY: | Jury Trial Concluded |
| MINUTE TEXT: | Parties notified the Court that the case has been settled. |
| TRIAL STATUS: | Trial Completed-Settled |