IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| W.K., E.H., M.M., R.P., M.B., D.P., A.F., C.A., R.K., K.P, and T.H., <br><br>   Plaintiffs <br><br> v. <br><br> RED ROOF INNS, INC., RED ROOF FRANCHISING, LLC, and RRI WEST MANAGEMENT, LLC, <br><br>   Defendants. <br><br> v. <br><br> C.D., A.M., K.H., T.D., J.H., and A.C., <br><br>   Proposed Intervenors. | Civil Action No. <br> 1:20-cv-05263-VMC |

**ORDER**

Before the Court is the Motion of C.D., A.M., K.H., T.D., J.H., and A.C. (collectively, Proposed Intervenors") to Intervene ("Motion," Doc. 452) for the purpose of seeking to modify the Court's Protective Order (Doc. 74). Both Plaintiffs and Defendants opposed modification of the Protective Order. (Docs. 456, 457).

Proposed Intervenors filed a substantially similar motion in the related case, *Jane Doe 1 et al v. Westmont Hospitality Group, Inc. et al*, No. 1:21-cv-04278-WMR. Judge Ray granted their motion to intervene, but denied their motion to modify

the protective order in that case, noting that "nothing in the Protective Order prohibits a party from producing its own confidential material in another case," and that:

> It is up to the judge presiding over the C.D. case to decide whether or to what extent to compel responses to discovery requests or subpoenas served in that matter . . . those requests do not ask any party to produce the confidential information of another party [and therefore], no modification of the Protective Order is needed.

Order at 5–6, *Jane Doe 1*, No. 1:21-cv-04278-WMR (N.D. Ga. Jul. 29, 2024).

The Court agrees with Judge Ray and finds the rationale for his ruling equally applicable to this case.[1] Accordingly, for the same reasons that Judge Ray gave in *Jane Doe 1*, it is

**ORDERED** that the Motion (Doc. 452) is **GRANTED IN PART** to the extent that Proposed Intervenors seek leave to intervene and **DENIED IN PART** to the extent Proposed Intervenors seek to modify the Protective Order in this case.

**SO ORDERED** this 5th day of August, 2024.

Victoria Marie Calvert
United States District Judge

---

[1] Pursuant to Federal Rule of Civil Procedure 78(b), the Court finds that no hearing is necessary on Proposed Intervenors' Motion.