IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| W.K., et al., | CIVIL ACTION FILE |
| Plaintiffs, | NO. 1:20-cv-05263-VMC |
| v. | JURY TRIAL DEMANDED |
| RED ROOF INNS, INC., et al. | Pursuant to Fed. R. Civ. P. 38 |
| Defendants. | |

**JOINT MOTION TO DISMISS WITH PREJUDICE
ALL REMAINING DEFENDANTS**

Plaintiffs and the remaining Defendants Red Roof Inns, Inc., Red Roof Franchising, LLC, and RRI West Management, LLC (the "Red Roof Defendants") have finalized a settlement to resolve all claims in this action with prejudice. Accordingly, pursuant to Fed. R. Civ. P. 41(a), Plaintiffs and the Red Roof Defendants jointly move this Court to enter an order dismissing with prejudice all claims against the Red Roof Defendants. *See City of Jacksonville v. Jacksonville Hosp. Holdings, L.P.*, 82 F.4th 1031, 1036 (11th Cir. 2023) ("Rule 41(a) allows a district court to dismiss all claims against a particular defendant.") (internal quotation marks omitted). The Parties provide a proposed order for the Court's convenience.

[*Signatures on following page*]

Respectfully submitted this 9th day of August, 2024.

| | |
|---|---|
| */s/ Michael R. Baumrind* | */s/ Marcella C. Ducca* |
| John E. Floyd | Marcella C. Ducca |
| Georgia Bar No. 266413 | Georgia Bar No. 115079 |
| floyd@bmelaw.com | Brandon Cox |
| Manoj S. Varghese | GREENBERG TRAURIG, LLP |
| Georgia Bar No. 734668 | Terminus 200 |
| varghese@bmelaw.com | 3333 Piedmont Road, N.E., Suite 2500 |
| Tiana S. Mykkeltvedt | Atlanta, GA 30305 |
| Georgia Bar No. 533512 | Tel. (678) 553-7336 |
| mykkeltvedt@bmelaw.com | Fax (678) 553-7335 |
| Amanda Kay Seals | duccam@gtlaw.com |
| Georgia Bar No. 502720 | |
| seals@bmelaw.com | Chelsea Mikula |
| Michael R. Baumrind | (Admitted *pro hac vice*) |
| Georgia Bar No. 960296 | Elisabeth Arko |
| baumrind@bmelaw.com | (Admitted *pro hac vice*) |
| Juliana Mesa | Joseph Manno |
| Georgia Bar No. 585087 | (Admitted *pro hac vice*) |
| mesa@bmelaw.com | Spencer Krebs |
| | (Admitted *pro hac vice*) |
| BONDURANT, MIXSON & ELMORE, LLP | TUCKER ELLIS LLP |
| 1201 West Peachtree Street, N.W., Suite 3900 | 950 Main Avenue—Suite 1100 |
| Atlanta, Georgia 30309 | Cleveland, Ohio 44113-7213 |
| (404) 881-4100 – Telephone | Tel.: 216.592.5000 |
| (404) 881-4111 – Facsimile | Fax: 216.592.5009 |
| | |
| **Attorneys for Plaintiffs** | Sandra J. Wunderlich |
| | (Admitted *pro hac vice*) |
| | TUCKER ELLIS LLP |
| | 100 South Fourth Street—Suite 600 |
| | St. Louis, MO 63102-1822 |
| | Tel.: 314.256.2550 |
| | Fax: 314.256.2549 |
| | |
| | **Attorneys for Defendants Red Roof Inns, Inc., Red Roof Franchising, LLC and RRI West Management, LCC** |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the within and foregoing **JOINT MOTION TO DISMISS WITH PREJUDICE ALL REMAINING DEFENDANTS** with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all counsel of record.

This 9th day of August, 2024.

*/s/ Michael R. Baumrind*
Michael R. Baumrind