IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| W.K., et al., <br><br> Plaintiffs, <br><br> v. <br><br> RED ROOF INNS, INC., *et al.*, <br><br> Defendants. | CIVIL ACTION FILE <br> NO. 1:20-cv-5263-VMC <br><br> JURY TRIAL DEMANDED <br><br> Pursuant to Fed. R. Civ. P. 38 |

## ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE ALL REMAINING DEFENDANTS

Now before the Court is the Parties Joint Motion to Dismiss with Prejudice the remaining Defendants Red Roof Inns, Inc., Red Roof Franchising, LLC and RRI West Management, LLC under Federal Rule of Civil Procedure 41(a). The Parties report that they have finalized a settlement to resolve all remaining claims. Accordingly, the Motion is **GRANTED** and the Clerk is **DIRECTED** to dismiss all claims against Defendants Red Roof Inns, Inc., Red Roof Franchising, LLC and RRI West Management, LLC with prejudice. The clerk is **DIRECTED** to close the case.

**IT IS SO ORDERED** this 9th day of August, 2024.

Victoria M. Calvert, Judge
United States District Court

Prepared by:

*/s/ Michael R. Baumrind*
John E. Floyd
Georgia Bar No. 266413
floyd@bmelaw.com
Manoj S. Varghese
Georgia Bar No. 734668
varghese@bmelaw.com
Tiana S. Mykkeltvedt
Georgia Bar No. 533512
mykkeltvedt@bmelaw.com
Amanda Kay Seals
Georgia Bar No. 502720
seals@bmelaw.com
Michael R. Baumrind
Georgia Bar No. 960296
baumrind@bmelaw.com
Juliana Mesa
Georgia Bar No. 585087
mesa@bmelaw.com

BONDURANT, MIXSON & ELMORE, LLP
1201 West Peachtree Street, N.W., Suite 3900
Atlanta, Georgia 30309
(404) 881-4100 – Telephone
(404) 881-4111 – Facsimile

**Attorneys for Plaintiffs**