UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| W.K., et al,<br>    Plaintiff,<br><br>vs.<br><br>RED ROOF INNS, INC., et al,<br>    Defendants. | CIVIL ACTION FILE<br><br>NO.  1:20-cv-05263-VMC |

## J U D G M E N T

This action having come before the court, Honorable Victoria M. Calvert, United States District Judge, for consideration of Defendant Westmont Hospitality Group Inc.'s Motion for Summary Judgment, and the court having granted said motion, it is

**Ordered and Adjudged** that the plaintiffs take nothing; that the defendant recover its costs of this action, and the action be, and the same hereby is, **dismissed**.

Dated at Atlanta, Georgia, this 13th day of August, 2024.

                KEVIN P. WEIMER
                CLERK OF COURT

             By:   s/J. Underwood
                Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
August 13, 2024
Kevin P. Weimer
Clerk of Court

By: s/J. Underwood
   Deputy Clerk