UNITED STATES DISTRICT COURT  
NORTHERN DISTRICT OF GEORGIA — ATLANTA

MOUSSA DIARRA  
PLAINTIFF

— against —

RED ROOF INN, et al.  
Defendant(s)

CIVIL ACTION FILE  
NO. 1:20-CV-5263

FILED IN CLERK'S OFFICE  
U.S.D.C. - Atlanta  
DEC 11 2024  
KEVIN P. WEIMER, Clerk  
By: _____ Deputy Clerk

## AFFIDAVIT

THIS AFFIDAVIT IS PURSUANT TO 18 U.S.C 1621 — PENALTY OF PERJURY;

I ATTEST OR AFFIRMED THAT THE FOLLOWING INFORMATION IS TRUE AND CORRECT,

(1) PLAINTIFF, MOUSSA DIARRA HAS RELATED FACTS, SAME SUBJECT OF PROPERTY OR TRAFFICKING, AND EXPLOITATION LEGAL ISSUES THAT QUALIFIES HIM AS JOINDER OF PARTIES OR FEDERAL RULES CIVIL PROCEDURE, RULE 17 AND 19 — PLAINTIFF, CORPORATION OR CITIZEN;

(2) NOTICE OF PUBLICATION; CASE NO. WAS PROVIDED TO PLAINTIFF; (see) OCGA 16-5-96,

SIGNED DECEMBER 04, 2024

Moussa Diarra  
SO ID: 0016591159  
COBB ADULT DETENTION  
PO BOX 100110, GEORGIA 30061

ID# 2023-0101385-CR
EFILED IN OFFICE
CLERK OF SUPERIOR COURT
COBB COUNTY, GEORGIA
**21900472**
LEONARD - 53
AUG 09, 2023 02:16 PM

Connie Taylor, Clerk of Superior Court
Cobb County, Georgia

IN THE SUPERIOR COURT OF COBB COUNTY
STATE OF GEORGIA

| | |
|---|---|
| THE STATE OF GEORGIA ) | |
| ) | |
| v. ) | Case No. 21-9-0472-53 |
| ) | |
| MOUSSA DIARRA, ) | |
| Defendant. ) | |

### ORDER

The above-styled case having come before the Court on Defendant's Motion to Change Venue.

**IT IS HEREBY ORDERED** as follows,

1.

Defendant is represented by attorney Sylvia Goldman, Esq.

2.

Accordingly, Defendant's self-represented Motions are a nullity, as he is represented by Counsel. Tolbert v. Toole, 296 Ga. 357 (2014).

3.

Therefore, Defendant's Motions are found to be **VOID**. Accordingly, Defendant's motions are DISMISSED.

**SO ORDERED**, this ___7___ day of ___August___, 2023.

~~CHIEF~~ JUDGE ROBERT D. LEONARD II
Superior Court of Cobb County
State of Georgia

COBB COUNTY
I HEREBY CERTIFY THE WITHIN AND FOREGOING TO BE A TRUE, CORRECT AND COMPLETE COPY OF THE ORIGINAL THAT APPEARS ON RECORD
CASE No. 21900472 IN THIS OFFICE
THIS ___ DAY OF ___ 20___
DEPUTY CLERK, COBB COUNTY COURT
COBB COUNTY, GEORGIA