UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

MOUSSA DIARRA (MOVANT PARTY)
PLAINTIFF

  - against -

RED ROOF INN, et al.
DEFENDANT(S)

CIVIL ACTION FILE NO.
1:20-CV-5263

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

DEC 11 2024

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

## MOTION FOR REQUEST OF DOCUMENTS

THIS MOTION IS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE, RULE 71 - ENFORCING RELIEF FOR OR AGAINST A NON-PARTY, AND 28 U.S.C. 2250 - INDIGENT PETITIONER ENTITLED TO DOCUMENTS WITHOUT COST;

(Please see), CIVIL DOCKET CASE NO. 1:21-CV-02660-WMR. ORDER DATED 07/08/2021, GRANTING IN FORMA PAUPERIS OR IFP;

PER CONVERSATION WITH COURT PERSONNEL I WAS INFORMED THAT AN COPY OF CIVIL DOCKET WAS MAILED FEW WEEKS AGO; BUT HAVEN'T RECEIVED IT (ANTE DANIEL)

REQUEST FOR COPY OF CIVIL DOCKET AT BELOW MAILING ADDRESS, AND AFFIDAVIT ATTACHED, AS EXHIBIT OF RELATED CASE STATUS OR PARTY INVOLVED;

SIGNED DECEMBER 04 2024

MOUSSA DIARRA
SOID: 001059159  3061
PO BOX 100110, Marietta GA.

ID# 2023-0143427-CR
EFILED IN OFFICE
CLERK OF SUPERIOR COURT
COBB COUNTY, GEORGIA
**21900472**
LEONARD - 53
OCT 26, 2023 10:53 AM

Connie Taylor, Clerk of Superior Court
Cobb County, Georgia

IN THE SUPERIOR COURT OF COBB COUNTY
STATE OF GEORGIA

| | |
|---|---|
| THE STATE OF GEORGIA ) | |
| ) | |
| v. ) | Case No. 21-9-0472-53 |
| ) | |
| MOUSSA DIARRA, ) | |
| Defendant. ) | |

## ORDER

The above-styled case having come before the Court on Defendant's Motion to Quash Indictment;

**IT IS HEREBY ORDERED** as follows,

1.

Defendant is represented by attorney Sylvia Goldman, Esq.

2.

This Court has reviewed the above styled case, and having taking all matters into consideration, finds Defendant's self-represented Motions to be a nullity, as he is formally represented by Counsel. Johnson v. State, 315 Ga. 876 (2023).

3.

Therefore, Defendant's Motions are found to be **VOID**. Accordingly, Defendant's motions are DISMISSED.

**SO ORDERED**, this 26 day of Oct., 2023.

_____
JUDGE ROBERT D. LEONARD II
Superior Court of Cobb County
State of Georgia