UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA - ATLANTA

MOUSSA U'NTA DIARRA (MUDA)
PLAINTIFF

-against-

RED ROOF INN, et al.,
DEFENDANT(S)

CIVIL ACTION FILE
NO. 1:20-CV-5263

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
DEC 11 2024
KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

NOTICE OF COPIES OF PUBLIC/RECORDS
TO PROVE PARTY OR CONTENT
_____

THIS NOTICE IS PURSUANT TO FEDERAL RULES OF EVIDENCE, RULE 1005-1007 — STATEMENT OF A PARTY TO PROVE CONTENT; OR PUBLIC RECORDS;

PLEASE SEE, ATTACH COPY OF GOOGLE PHOTO, OF TAREK EL MOUSSA (PROPERTY FIGURE - RELATED) AND COPY OF MEDICAL RECORDS, DIAGNOSIS, LEGAL STATUS, ETC.
TOTAL (3) PGS, (MARK EXHIBIT 1);
REQUEST FOR FINDINGS PURSUANT TO FED. R. CIV. PRO. RULE 12;

SIGNED DECEMBER 04 2024

MOUSSA DIARRA
SO ID: 001059 152
PRO-SE MD. CLOBB ADULT DETENTION

Cobb County Adult Detention Center
PO Box 100110
Marietta, GA 30061

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1060868753 [Date=11/15/2024] [FileNumber=14429324
-0] [4a363e53384d2566ed4dc66041396e5bb56c171f787cdc79229de83013aedf340
71793ac07eb55b1f9cbe6384b067840cbc6543adb7773c4f0f6333f9b7270f3]]
**Document description:** USCA Appeal Fee Letter
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1060868753 [Date=11/15/2024] [FileNumber=14429324
-1] [848796c12f10f45ec77aadbb8322777906ac1dd3b3904a14133c56eafa2483807
c0b4f417e74471c08b260c4d7e21fcd2fc1c48bb86bd8c3a88c42f1a70a49a4]]



Run Date: 09/0_ _01                                     P_  _: 1

GA. REG. HOSP AT ATLANTA
3073 PANTHERSVILLE ROAD
DECATUR, GA 30034-3828

## Client Active Chart Face Sheet

Client Name: DIARRA,MOUSSA        Date Of Birth: 06/07/1991
Client ID: 277532                 Age: 10
Admission Date: 09/07/2001        Admission Time: 05:00 AM
Program: Child & Adolescent Short Term Care    Sex: M
Program Type: I                   Episode: 6
HMIS CID #: 123134243             SSN:
Ethnic Origin: BLACK              Religion: UNKNOWN OR OTHER

*Different* (handwritten annotation)

****************************************************************

### ALERT INFORMATION

Client Level Of Observation: ROUTINE

#### Allergies - Food/Medications

Allergy: 0847 - NO KNOWN ALLERGY
Date Allergy Identified: 09/07/2001

****************************************************************

### Admission Information

ADMISSION DAY OF WEEK: FRIDAY
Community Screening Status: 1 - Prescr CMHMR
Most in Need Status: 1 - Min-Admitted
PRIMARY REFERRAL SOURCE CODE: 44375
REFERRAL SOURCE NAME: 88 DEKALB CRISIS SERVICES
REFERRAL SOURCE CATEGORY: 88
Source Of Admission: 9
County of Commitment: 44 - DEKALB
Came From Jail: N
Other Admissions Evaluator - Name: 440000287 - HANDY,PATRICIA
Other Admissions Evaluator - Title: Social Work
Reason for Admission: 26 - NEED FOR SECURE ENVIRONMENT
Height: 4'7"
Weight: 74
Blood Pressure: 100/60
Pulse: 64
Respiration: 16
MARITAL STATUS: 6 - Single
Number of Children: 0
Number of Siblings: 3
Highest Educational Level: 5 - GRADE 5 COMPLETED
RESIDENCE PRIOR TO ADMISSION: 24 - FOSTER CARE
Priority Of Admission: 1 - Emergency
CLIENT LEVEL OF OBSERVATION: 1 - ROUTINE
Age Category: 0-12 - CHILD
Disability Category: MH - Mental Health
Unit: 44000004
Medical/Behavioral Alerts:

Run Date: 09/0    )01                                P.    : 2
GA. REG. HOSP AT ATLANTA
3073 PANTHERSVILLE ROAD
DECATUR, GA 30034-3828

## Allergies - Food/Medications

Client Name: DIARRA,MOUSSA           Date Of Birth: 06/07/1991
Client ID: 277532                    Age: 10
Admission Date: 09/07/2001           Admission Time: 05:00 AM
Program: Child & Adolescent Short Term Care    Sex: M
Program Type: I                      Episode: 6
HMIS CID #: 123134243                SSN:
Ethnic Origin: BLACK                 Religion: UNKNOWN OR OTHER

  THREATS OR ACTIONS OF PHYSICAL HARM TO OTHERS
Diet Code:
  REGULAR

## Client Address Information

Client's Address - Street: DEKALB COUNTY DFACS
Client's Address - Zipcode: 30030
Client's Address - City: DECATUR
Client's Address - State: GA
Client's Address - Country: US - UNITED STATES
U.S. Citizen: Y - YES
GA Resident: Y - YES

## Client County / Region

County of Residence: 44
Service Area of Residence: 12 - DEKALB
Region of Residence: 6
Region of Responsibility: 6 - REGION 6

## DIAGNOSIS HISTORY - BY DATE OF DIAGNOSIS

TYPE OF DIAGNOSIS: A - ADMISSION
DIAGNOSIS - AXIS I:
  **314.011** - Attention-Deficit/Hyperactivity Disorder  Combined Type
Primary Diagnosis:
  **314.011** - Attention-Deficit/Hyperactivity Disorder  Combined Type
DSM-IV Axis IV Psycho & Environ Problems:
  PROBLEMS RELATED TO INTERACTION WITH LEGAL SYSTEM/CRIME
Axis V Global Assessment Functioning: 30 - INFLUENCED BY DELUSIONS OR HALLUCINATIONS (SCO
Responsible Clinician: 440000247 - MENDOZA,DELIQUIS

## Allergies - Food/Medications

Allergy Lookup (Sorted By Code): 0847
Allergy: 0847
Date Allergy Identified: 09/07/2001

## Legal Status

Legal Status: 210 - MH TRANS ER TO EVAL FACILITY
Expected End Date Of Legal Status: 09/14/2001

## Emergency Contact Information