UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA — ATLANTA

MOUSSA U'NFA DIARRA
PLAINTIFF (MOVANT)

— against —

RED ROOF INN, et al.,
Defendants

) CIVIL ACTION FILE
) NO. 1:20-CV-5263

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

DEC 11 2024

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

## NOTICE OF LEGAL DISABILITY

THIS NOTICE IS PURSUANT TO OCGA 44-6-44 —, Legal Disabilities, Effect of; Notice of Condition;

Plaintiff, is currently under illegal conditions and violation(s) of OCGA 24-5-501 — Confidential communication excluded on grounds of public policy;
And non-private or Federal institutions, and disability accommodations under American Disability Act, of 2008 (ADA);
Or criminal contempt — from paying fees, phone, television; (please see) 147 USC § 562 — Requirement for covered charges;
Request for Hearing scheduling to show cause for relief.
Signed December 04 2024    Moussa Diarra, Pro-Se;

The Clerk is **DIRECTED** to terminate the referral to the Magistrate Judge.

**SO RECOMMENDED**, this __25__ day of __October__, 2024.

_____
LINDA T. WALKER
UNITED STATES MAGISTRATE JUDGE

4