UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA — ATLANTA

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
DEC 11 2024
KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

IN RE: NOTICE;

THIS NOTICE RELATES TO:
STANDING ORDER M10-468
24MC127 and ADDRESS
REQUEST,

case nos:
1:24-CV-04675
1:20-CV-5263
1:24-CV-00871
19-CV-7250
17-CV-1018
22-CR-276 X

THIS NOTICE relates to U.S. DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK, CHIEF JUDGE LAURA TAYLOR SWAIN, WHOM, PETITIONER MOUSSA DIARRA HAS RELATED CASES THAT IS CLASSIFIED AS PRO-SE IN COURT'S RECORD OR SUBJECT OF MEDIA OR BROADCAST;

PETITIONER, IS REQUIRED TO PROVIDE THE COURT AN ADDRESS TO RECEIVE COURT FILINGS BY MAIL OR EMAILS, AND NOTIFICATION TO UNITED STATES POSTAL SERVICE FOR COMPLIANCES WITH MAILS.

FULL FAITH AND CREDIT FOR RELATED COURT ORDERS, CHILD SUPPORT, see, 28 U.S.C. § 1739;

PETITIONER, MOUSSA DIARRA REQUEST THE FOLLOWING(S):

(1) ECF USERS; FILLING PERMISSION, pursuant to Rule 3.2 ~~FRCR~~ UNDER 28 U.S.C. § 1407; All Legal Access To FULL LAW LIBRARY OR CONDITIONAL RELEASE / TRANSFER;

SIGNED DECEMBER 04 2024

Moussa Diarra
SOID: 00105915952
SCOBB ADULT DETENTION
Marietta, Georgia 30060
PRO-SE

FROM: MOUSSA DIARRA

TITLE: SOVEREIGN CITIZEN, KING
SSN: [redacted]
D.O.B. 07/06/1991
(w/o card)

I, ATTEST OR AFFIRMED THAT THE FOREGOING INFORMATION IS TRUE AND CORRECT.

COBB COUNTY JAIL SHERIFF, CRAIG OWENS., EMPLOYEE'S OR SUPERVISOR'S ARE HOUSING ME IN GENERAL POPULATION, OPEN DORMITORY'S, ETC.,

FOR SOLE PURPOSE(S): COMMIT CRIMES IN CONJUNCTION WITH INMATE'S AS OFFICERS.,

SIGNED THIS JULY 18, 2024

Moussa Diarra