IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA — ATLANTA

Moussa Diarra (movant)

vs.                                            Case no. 1:20-cv-5263

Red Roof Inn                            Judge, Victoria Calvert

Defendant.

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JAN 16 2025

KEVIN P WEIMER, Clerk
By: _____ Deputy Clerk

## Notice of Appeal

This Notice is to appeal for violations of Federal Civil Court Rules, Rule 77 — conducting business; Clerk's Authority; notice of an order or judgement;

Plaintiff, has (been) denied rights or privileages, copys, or documents, etc.

Signed January 08 2025

Moussa Diarra
SOID: 001059159
Cobb County Sheriff
PO Box 100110
Marietta, Georgia 30061