**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**2211 UNITED STATES COURTHOUSE**
**75 TED TURNER DRIVE, SW**
**ATLANTA, GEORGIA 30303-3318**
www.gand.uscourts.gov

| | |
|---|---|
| **KEVIN P. WEIMER**<br>**DISTRICT COURT EXECUTIVE**<br>**AND CLERK OF COURT** | **DOCKETING SECTION**<br>404-215-1655 |

January 23, 2025

**Moussa U'nfa Diarra**
**001059159**
**Cobb County Adult Detention Center**
**PO Box 100110**
**Marietta, GA 30061**
**PRO SE**

    Re:  (Moussa U'nfa Diarra, Movant) W.K. et al v. Red Roof Inns, Inc. et al
           Civil Action No.: 1:20-cv-5263-VMC

Dear Mr. Diarra:

On January 16, 2025, we received and filed your Notice of Appeal for the above case. Please be advised that we did not receive the following:

    __X__    Appeal fee $605.00 (Docketing fee $600.00 and Filing fee $5.00)

    __X__    Application to proceed on appeal in forma pauperis.

    __X__    Please complete the attached transcript information form as directed.

Sincerely,

Kevin P. Weimer
District Court Executive
and Clerk of Court

By:  P. McClam
       Deputy Clerk