# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
2211 UNITED STATES COURTHOUSE
75 TED TURNER DRIVE, SW
ATLANTA, GEORGIA 30303-3361

**KEVIN P. WEIMER**
**DISTRICT COURT EXECUTIVE**
 **AND CLERK OF COURT**

DOCKETING SECTION
404-215-1655

January 23, 2025

Clerk of Court
U.S. Court of Appeals for the Eleventh Circuit
56 Forsyth Street, NW
Atlanta, Georgia 30303

    U.S.D.C. No.: 1:20-cv-5263-VMC
    U.S.C.A. No.: 00-00000-00
    In re:   (Moussa U'nfa Diarra, Movant) W.K. et al v. Red Roof Inns, Inc. et al

Enclosed are documents regarding an appeal in this matter.   Please acknowledge receipt on the enclosed copy of this letter.

| | |
|---|---|
| **X** | **Certified copies of the Notice of Appeal, Order Appealed, and Docket Sheet enclosed.** |
| | This is not the first notice of appeal. Other notices were filed on: . |
| | There is no transcript. |
| **X** | **The court reporters are Judith Wolff, Shannon Welch, Denise Stewart and Wynette Blathers.** |
| | There is sealed material as described below: . |
| | Other: Original A/V record exhibits transmitted pursuant to request.   (See attached copy of request.) |
| **X** | **USCA Appeal fees HAVE NOT been paid. (Receipt# )** |
| | Appellant has been   leave to proceed *in forma pauperis*. |
| | This is a bankruptcy appeal. The Bankruptcy Judge is . |
| | The Magistrate Judge is . |
| **X** | **The District Judge is Victoria M. Calvert.** |
| | This is a **DEATH PENALTY** appeal. |

                                     Sincerely,

                                     Kevin P. Weimer
                                   District Court Executive
                                   and Clerk of Court

                          By:   <u>P. McClam</u>
                               Deputy Clerk