# UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF GEORGIA
**2211 UNITED STATES COURTHOUSE**
**75 TED TURNER DRIVE, SW**
**ATLANTA, GEORGIA 30303-3361**

KEVIN P. WEIMER                                                              DOCKETING SECTION
DISTRICT COURT EXECUTIVE                                                      404-215-1655
 AND CLERK OF COURT

January 23, 2025

Clerk of Court
U.S. Court of Appeals for the Eleventh Circuit
56 Forsyth Street, NW
Atlanta, Georgia 30303

> **U.S.D.C. No.: 1:20-cv-5263-VMC**
> **U.S.C.A. No.: 00-00000-00**
> **In re:   (Moussa U'nfa Diarra, Movant) W.K. et al v. Red Roof Inns, Inc. et al**

Enclosed are documents regarding an appeal in this matter.   Please acknowledge receipt on the enclosed copy of this letter.

__X__    **Certified copies of the Notice of Appeal, Order Appealed, and Docket Sheet enclosed.**

_____    This is not the first notice of appeal. Other notices were filed on: .

_____    There is no transcript.

__X__    **The court reporters are Judith Wolff, Shannon Welch, Denise Stewart and Wynette Blathers.**

_____    There is sealed material as described below: .

_____    Other: Original A/V record exhibits transmitted pursuant to request.   (See attached copy of request.)

__X__    **USCA Appeal fees HAVE NOT been paid. (Receipt# )**

_____    Appellant has been   leave to proceed *in forma pauperis*.

_____    This is a bankruptcy appeal. The Bankruptcy Judge is .

_____    The Magistrate Judge is .

__X__    **The District Judge is Victoria M. Calvert.**

_____    This is a **DEATH PENALTY** appeal.

Sincerely,

Kevin P. Weimer
District Court Executive
and Clerk of Court

By:  __P. McClam_____
Deputy Clerk

4months,APPEAL,CLOSED,NeedJgm,PROTO,SUBMDJ,VMCLC1

# U.S. District Court
# Northern District of Georgia (Atlanta)
# CIVIL DOCKET FOR CASE #: <u>1:20–cv–05263–VMC</u>

W.K. et al v. Red Roof Inns, Inc. et al

Assigned to: Judge Victoria M. Calvert

Cause: 18:1589 Forced Labor, Sex Trafficking

Date Filed: 12/29/2020

Date Terminated: 08/09/2024

Jury Demand: Both

Nature of Suit: 440 Civil Rights: Other

Jurisdiction: Federal Question

**Plaintiff**

**W. K.**                                    represented by    **Amanda Kay Seals**

Bondurant Mixson & Elmore, LLP

1201 West Peachtree Street, N.W.

Ste 3900

Atlanta, GA 30309–3417

404–881–4147

Email: seals@bmelaw.com

*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**John Earl Floyd**

Bondurant Mixson & Elmore, LLP

1201 West Peachtree Street, N.W.

Ste 3900

Atlanta, GA 30309–3417

404–881–4100

Email: floyd@bmelaw.com

*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Jonathan Tonge**

Andersen, Tate & Carr, PC

One Sugarloaf Centre

1960 Satellite Blvd.

Suite 4000

Duluth, GA 30097

770–822–0900

Email: jtonge@atclawfirm.com

*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Manoj Sam Varghese**

Bondurant Mixson & Elmore, LLP

1201 West Peachtree Street, N.W.

Ste 3900

Atlanta, GA 30309–3417

404–881–4100

Fax: .

1

Email: varghese@bmelaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Rosen Baumrind**
Bondurant Mixson & Elmore, LLP
1201 West Peachtree Street, N.W.
Ste 3900
Atlanta, GA 30309–3417
404–881–4195
Fax: 404–788–5617
Email: baumrind@bmelaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick J. McDonough**
Andersen, Tate & Carr, P.C.
One Sugarloaf Centre
1960 Satellite Boulevard
Suite 4000
Duluth, GA 30097
770–822–0900
Email: pmcdonough@atclawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Tiana Scogin Mykkeltvedt**
Bondurant Mixson & Elmore, LLP
1201 West Peachtree Street, N.W.
Ste 3900
Atlanta, GA 30309–3417
404–881–4100
Email: mykkeltvedt@bmelaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amanda Bradley**
Bondurant Mixson & Elmore LLP
1201 West Peachtree St NW
Ste 3900
Atlanta, GA 30309
404–881–4100
Email: bradley@bmelaw.com
*ATTORNEY TO BE NOTICED*

**Jennifer Webster**
Andersen, Tate & Carr, PC
One Sugarloaf Centre
1960 Satellite Blvd.
Suite 4000
Duluth, GA 30097
770–822–0900

Email: jwebster@atclawfirm.com
*ATTORNEY TO BE NOTICED*

**Juliana Mesa**
Bondurant Mixson & Elmore LLP
1201 West Peachtree St NW
Ste 3900
Atlanta, GA 30309
404–881–4100
Fax: 404–881–4111
Email: mesa@bmelaw.com
*ATTORNEY TO BE NOTICED*

**Rory Allen Weeks**
Andersen, Tate & Carr, P.C.
One Sugarloaf Centre
1960 Satellite Boulevard
Suite 4000
Duluth, GA 30097
770–822–0900
Email: rweeks@atclawfirm.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**E. H.**                                  represented by  **Amanda Kay Seals**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Earl Floyd**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan Tonge**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Manoj Sam Varghese**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Rosen Baumrind**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick J. McDonough**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Tiana Scogin Mykkeltvedt**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amanda Bradley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Webster**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Juliana Mesa**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rory Allen Weeks**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**M. M.**                          represented by  **Amanda Kay Seals**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Earl Floyd**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan Tonge**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Manoj Sam Varghese**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Rosen Baumrind**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick J. McDonough**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Tiana Scogin Mykkeltvedt**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amanda Bradley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Webster**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Juliana Mesa**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rory Allen Weeks**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**R. P.**                                          represented by **Amanda Kay Seals**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Earl Floyd**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan Tonge**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Manoj Sam Varghese**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Rosen Baumrind**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick J. McDonough**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Tiana Scogin Mykkeltvedt**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amanda Bradley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Webster**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Juliana Mesa**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rory Allen Weeks**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**M. B.**                     represented by   **Amanda Kay Seals**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Earl Floyd**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan Tonge**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Manoj Sam Varghese**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Rosen Baumrind**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick J. McDonough**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Tiana Scogin Mykkeltvedt**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amanda Bradley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Webster**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Juliana Mesa**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rory Allen Weeks**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**D. P.**                          represented by   **Amanda Kay Seals**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Earl Floyd**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan Tonge**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Manoj Sam Varghese**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Rosen Baumrind**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick J. McDonough**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Tiana Scogin Mykkeltvedt**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amanda Bradley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Webster**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Juliana Mesa**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rory Allen Weeks**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**A. F.**                          represented by  **Amanda Kay Seals**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Earl Floyd**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan Tonge**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Manoj Sam Varghese**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Rosen Baumrind**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick J. McDonough**
(See above for address)
*LEAD ATTORNEY*

8

*ATTORNEY TO BE NOTICED*

**Tiana Scogin Mykkeltvedt**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amanda Bradley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Webster**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Juliana Mesa**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rory Allen Weeks**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**C.A.**                                    represented by    **Amanda Kay Seals**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Earl Floyd**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan Tonge**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Manoj Sam Varghese**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Rosen Baumrind**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick J. McDonough**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Tiana Scogin Mykkeltvedt**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amanda Bradley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Webster**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Juliana Mesa**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rory Allen Weeks**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**R.K.**                          represented by   **Amanda Kay Seals**
                                                   (See above for address)
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

                                                   **John Earl Floyd**
                                                   (See above for address)
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

                                                   **Jonathan Tonge**
                                                   (See above for address)
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

                                                   **Manoj Sam Varghese**
                                                   (See above for address)
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

                                                   **Michael Rosen Baumrind**
                                                   (See above for address)
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

                                                   **Patrick J. McDonough**
                                                   (See above for address)
                                                   *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Tiana Scogin Mykkeltvedt**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amanda Bradley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Webster**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Juliana Mesa**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rory Allen Weeks**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**K.P.**                              represented by  **Amanda Kay Seals**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Earl Floyd**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan Tonge**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Manoj Sam Varghese**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Rosen Baumrind**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick J. McDonough**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Tiana Scogin Mykkeltvedt**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amanda Bradley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Webster**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Juliana Mesa**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rory Allen Weeks**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**T.H.**                          represented by **Jennifer Webster**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John Earl Floyd**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Juliana Mesa**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Rosen Baumrind**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tiana Scogin Mykkeltvedt**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**C D**                          represented by **Jennifer Webster**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew B. Stoddard**
The Stoddard Firm

1534 N Decatur Road NE
Atlanta, GA 30307
470–467–2200
Fax: 470–467–1300
Email: matt@legalhelpga.com
*ATTORNEY TO BE NOTICED*

**Michael Rosen Baumrind**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rory Allen Weeks**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tiana Scogin Mykkeltvedt**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Red Roof Inns, Inc.**                     represented by     **Carolyn Ashley Saferight**
Tucker Ellis, LLP –C. OH
Suite 1100
950 Main Avenue
Cleveland, OH 44113–7213
216–696–3864
Fax: 216–592–5009
Email: asaferight@baker.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Chelsea R. Mikula**
Tucker Ellis, LLP –C. OH
Suite 1100
950 Main Avenue
Cleveland, OH 44113–7213
216–696–2476
Fax: 216–592–5009
Email: chelsea.mikula@tuckerellis.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Christian T. Novay**
Lewis Brisbois Bisgaard & Smith LLP–IL
550 W. Adams Street
Suite 300
Chicago, IL 60661

312–345–1718
*TERMINATED: 05/18/2023*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sandra Wunderlich**
Tucker Ellis, LLP–MO
100 South 4th Street
Suite 600
St. Louis, MO 63102
314–256–2544
Email: sandra.wunderlich@tuckerellis.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Spencer E. Krebs**
Tucker Ellis
950 Main Avenue
Ste 1100
Cleveland, OH 44113
419–677–9264
Email: spencer.krebs@tuckerellis.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Admir Allushi**
Lewis Brisbois Bisgaard & Smith, LLP –
Atl
600 Peachtree Street N.E.
Suite 4700
Atlanta, GA 30308
404–991–2173
Fax: 404–467–8845
Email: adi.allushi@lewisbrisbois.com
*TERMINATED: 05/18/2023*
*ATTORNEY TO BE NOTICED*

**Charles Kyle Reed**
Lewis Brisbois Bisgaard & Smith, LLP –
Atl
600 Peachtree Street N.E.
Suite 4700
Atlanta, GA 30308
404–991–2175
Fax: 404–467–8845
Email: chuck.reed@lewisbrisbois.com
*TERMINATED: 05/18/2023*
*ATTORNEY TO BE NOTICED*

**Emma Jeanette Fennelly**
Freeman Mathis & Gary LLP
100 Galleria Parkway
Suite 1600
Atlanta, GA 30339
678–236–9095
Email: emma.fennelly@fmglaw.com
*TERMINATED: 05/18/2023*
*ATTORNEY TO BE NOTICED*

**Lillian K.H. Keeling**
Cassidy Coates Price, P.A.
1052 N Church Street
Greenville, SC 29601
864–349–2605
Email: lkeeling@cassidycoates.com
*TERMINATED: 05/18/2023*
*ATTORNEY TO BE NOTICED*

**Marcella Coladangelo Ducca**
Greenberg Traurig, LLP – Atl
Terminus 200, Suite 2500
3333 Piedmont Road, NE
Atlanta, GA 30305
678–553–7375
Fax: 678–553–2212
Email: duccam@gtlaw.com
*ATTORNEY TO BE NOTICED*

**P. Michael Freed**
Lewis Brisbois Bisgaard & Smith, LLP – Atl
600 Peachtree Street N.E.
Suite 4700
Atlanta, GA 30308
678–996–9081
Email: michael.freed@fmglaw.com
*TERMINATED: 04/20/2022*

**Tameika Lavenia Briscoe**
Lewis Brisbois Bisgaard & Smith LLP
600 Peachtree Street
Suite 4700
Atlanta, GA 30308
404–348–8585
Fax: 404–467–8845
Email: Tameika.Briscoe@lewisbrisbois.com
*TERMINATED: 05/18/2023*
*ATTORNEY TO BE NOTICED*

**Defendant**

represented by

**FMW RRI NC, LLC**
*TERMINATED: 06/10/2024*

**Carolyn Ashley Saferight**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Chelsea R. Mikula**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Christian T. Novay**
(See above for address)
*TERMINATED: 05/18/2023*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Elisabeth C. Arko**
Tucker Ellis, LLP –C. OH
Suite 1100
950 Main Avenue
Cleveland, OH 44113–7213
(216) 696–3964
Fax: 330–472–2481
Email: elisabeth.arko@tuckerellis.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joseph A. Manno**
Tucker Ellis, LLP –C. OH
Suite 1100
950 Main Avenue
Cleveland, OH 44113–7213
216–592–5000
Fax: 216–592–5009
Email: joseph.manno@tuckerellis.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sandra Wunderlich**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Spencer E. Krebs**
(See above for address)
*LEAD ATTORNEY*

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Admir Allushi**
(See above for address)
*TERMINATED: 05/18/2023*
*ATTORNEY TO BE NOTICED*

**Charles Kyle Reed**
(See above for address)
*TERMINATED: 05/18/2023*
*ATTORNEY TO BE NOTICED*

**Emma Jeanette Fennelly**
(See above for address)
*TERMINATED: 05/18/2023*
*ATTORNEY TO BE NOTICED*

**Lillian K.H. Keeling**
(See above for address)
*TERMINATED: 05/18/2023*
*ATTORNEY TO BE NOTICED*

**Marcella Coladangelo Ducca**
(See above for address)
*ATTORNEY TO BE NOTICED*

**P. Michael Freed**
(See above for address)
*TERMINATED: 04/20/2022*
*ATTORNEY TO BE NOTICED*

**Tameika Lavenia Briscoe**
(See above for address)
*TERMINATED: 05/18/2023*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Red Roof Franchising, LLC**                represented by  **Carolyn Ashley Saferight**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Chelsea R. Mikula**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Christian T. Novay**
(See above for address)

17

*TERMINATED: 05/18/2023*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Elisabeth C. Arko**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joseph A. Manno**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sandra Wunderlich**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Spencer E. Krebs**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Admir Allushi**
(See above for address)
*TERMINATED: 05/18/2023*
*ATTORNEY TO BE NOTICED*

**Charles Kyle Reed**
(See above for address)
*TERMINATED: 05/18/2023*
*ATTORNEY TO BE NOTICED*

**Emma Jeanette Fennelly**
(See above for address)
*TERMINATED: 05/18/2023*
*ATTORNEY TO BE NOTICED*

**Lillian K.H. Keeling**
(See above for address)
*TERMINATED: 05/18/2023*
*ATTORNEY TO BE NOTICED*

**Marcella Coladangelo Ducca**
(See above for address)
*ATTORNEY TO BE NOTICED*

**P. Michael Freed**
(See above for address)
*TERMINATED: 04/20/2022*

**Tameika Lavenia Briscoe**
(See above for address)
*TERMINATED: 05/18/2023*
*ATTORNEY TO BE NOTICED*

**Defendant**

RRI West Management, LLC          represented by     **Carolyn Ashley Saferight**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Chelsea R. Mikula**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Christian T. Novay**
(See above for address)
*TERMINATED: 05/18/2023*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Elisabeth C. Arko**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joseph A. Manno**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sandra Wunderlich**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Spencer E. Krebs**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Admir Allushi**
(See above for address)
*TERMINATED: 05/18/2023*
*ATTORNEY TO BE NOTICED*

**Charles Kyle Reed**
(See above for address)
*TERMINATED: 05/18/2023*
*ATTORNEY TO BE NOTICED*

**Emma Jeanette Fennelly**
(See above for address)
*TERMINATED: 05/18/2023*
*ATTORNEY TO BE NOTICED*

**Lillian K.H. Keeling**
(See above for address)
*TERMINATED: 05/18/2023*
*ATTORNEY TO BE NOTICED*

**Marcella Coladangelo Ducca**
(See above for address)
*ATTORNEY TO BE NOTICED*

**P. Michael Freed**
(See above for address)
*TERMINATED: 04/20/2022*

**Tameika Lavenia Briscoe**
(See above for address)
*TERMINATED: 05/18/2023*
*ATTORNEY TO BE NOTICED*

**<u>Defendant</u>**

**Varahi Hotel, LLC**                    represented by   **C. Shane Keith**
*TERMINATED: 08/31/2022*                              Hawkins Parnell & Young, LLP–GA
                                                      Suite 4000
                                                      303 Peachtree Street, N.E.
                                                      Atlanta, GA 30308–3243
                                                      404–614–7400
                                                      Fax: 404–614–7500
                                                      Email: <u>skeith@hpylaw.com</u>
                                                      *TERMINATED: 08/29/2023*

                                                      **Elliott Crawford Ream**
                                                      Hawkins Parnell & Young, LLP–GA
                                                      Suite 4000
                                                      303 Peachtree Street, N.E.
                                                      Atlanta, GA 30308–3243
                                                      404–614–7424

Fax: .
Email: eream@hpylaw.com
*TERMINATED: 08/29/2023*

**Warner S. Fox**
Hawkins Parnell & Young, LLP–GA
Suite 4000
303 Peachtree Street, N.E.
Atlanta, GA 30308–3243
404–614–7400
Fax: 404–614–7500
Email: wfox@hpylaw.com
*TERMINATED: 08/29/2023*

**Defendant**

**Westmont Hospitality Group, Inc.**          represented by  **Carolyn Ashley Saferight**
*TERMINATED: 09/14/2023*                       (See above for address)
                                               *LEAD ATTORNEY*
                                               *PRO HAC VICE*
                                               *ATTORNEY TO BE NOTICED*

                                               **Chelsea R. Mikula**
                                               (See above for address)
                                               *LEAD ATTORNEY*
                                               *PRO HAC VICE*
                                               *ATTORNEY TO BE NOTICED*

                                               **Christian T. Novay**
                                               (See above for address)
                                               *TERMINATED: 05/18/2023*
                                               *LEAD ATTORNEY*
                                               *PRO HAC VICE*
                                               *ATTORNEY TO BE NOTICED*

                                               **Sandra Wunderlich**
                                               (See above for address)
                                               *LEAD ATTORNEY*
                                               *PRO HAC VICE*
                                               *ATTORNEY TO BE NOTICED*

                                               **Admir Allushi**
                                               (See above for address)
                                               *TERMINATED: 05/18/2023*
                                               *ATTORNEY TO BE NOTICED*

                                               **Charles Kyle Reed**
                                               (See above for address)
                                               *TERMINATED: 05/18/2023*
                                               *ATTORNEY TO BE NOTICED*

                                               **Emma Jeanette Fennelly**
                                               (See above for address)

*TERMINATED: 05/18/2023*
*ATTORNEY TO BE NOTICED*

**Lillian K.H. Keeling**
(See above for address)
*TERMINATED: 05/18/2023*
*ATTORNEY TO BE NOTICED*

**Marcella Coladangelo Ducca**
(See above for address)
*ATTORNEY TO BE NOTICED*

**P. Michael Freed**
(See above for address)
*TERMINATED: 04/20/2022*

**Tameika Lavenia Briscoe**
(See above for address)
*TERMINATED: 05/18/2023*
*ATTORNEY TO BE NOTICED*

**Defendant**

**RRI III, LLC**                    represented by   **Carolyn Ashley Saferight**
*TERMINATED: 06/10/2024*                            (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *PRO HAC VICE*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Chelsea R. Mikula**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *PRO HAC VICE*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Christian T. Novay**
                                                    (See above for address)
                                                    *TERMINATED: 05/18/2023*
                                                    *LEAD ATTORNEY*
                                                    *PRO HAC VICE*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Elisabeth C. Arko**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *PRO HAC VICE*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Joseph A. Manno**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *PRO HAC VICE*
                                                    *ATTORNEY TO BE NOTICED*

**Sandra Wunderlich**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Spencer E. Krebs**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Admir Allushi**
(See above for address)
*TERMINATED: 05/18/2023*
*ATTORNEY TO BE NOTICED*

**Charles Kyle Reed**
(See above for address)
*TERMINATED: 05/18/2023*
*ATTORNEY TO BE NOTICED*

**Emma Jeanette Fennelly**
(See above for address)
*TERMINATED: 05/18/2023*
*ATTORNEY TO BE NOTICED*

**Lillian K.H. Keeling**
(See above for address)
*TERMINATED: 05/18/2023*
*ATTORNEY TO BE NOTICED*

**Marcella Coladangelo Ducca**
(See above for address)
*ATTORNEY TO BE NOTICED*

**P. Michael Freed**
(See above for address)
*TERMINATED: 04/20/2022*
*ATTORNEY TO BE NOTICED*

**Tameika Lavenia Briscoe**
(See above for address)
*TERMINATED: 05/18/2023*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Varahi Hotel, LLC**                     represented by  **C. Shane Keith**
*TERMINATED: 08/29/2023*                                 (See above for address)
                                                          *TERMINATED: 08/29/2023*

**Elliott Crawford Ream**
(See above for address)
*TERMINATED: 08/29/2023*

**unknown**

**Moussa Diarra**

| Date Filed | # | Docket Text |
|---|---|---|
| 12/29/2020 | 1 | COMPLAINT with Jury Demand filed by A.F., E.H., M.M., D.P., W.K., R.P., M.B.. (Filing fee $402.00, receipt number AGANDC−10544566) (Attachments: # 1 Exhibit −A, # 2 Exhibit −B, # 3 Exhibit −C, # 4 Civil Cover Sheet, # 5 Proposed Summons −7)(eop) Please visit our website at http://www.gand.uscourts.gov/commonly−used−forms to obtain Pretrial Instructions and Pretrial Associated Forms which includes the Consent To Proceed Before U.S. Magistrate form. (Entered: 12/31/2020) |
| 12/31/2020 | 2 | NINTH AMENDMENT TO GENERAL ORDER 20−01 RE: COURT OPERATIONS UNDER THE EXIGENT CIRCUMSTANCES CREATED BY COVID−19 AND RELATED CORONA VIRUS. Signed by Judge Thomas W. Thrash, Jr. on 12/8/20. (eop) (Entered: 12/31/2020) |
| 12/31/2020 | 3 | PROPOSED SUMMONS filed by A.F., D.P., E.H., M.B., M.M., R.P., W.K. *to FMW RRI NC LLC* (Mykkeltvedt, Tiana) (Entered: 12/31/2020) |
| 12/31/2020 | 4 | PROPOSED SUMMONS filed by A.F., D.P., E.H., M.B., M.M., R.P., W.K. *to Red Roof Franchising, LLC* (Mykkeltvedt, Tiana) (Entered: 12/31/2020) |
| 12/31/2020 | 5 | PROPOSED SUMMONS filed by A.F., D.P., E.H., M.B., M.M., R.P., W.K. *to Red Roof Inns, Inc.* (Mykkeltvedt, Tiana) (Entered: 12/31/2020) |
| 12/31/2020 | 6 | PROPOSED SUMMONS filed by A.F., D.P., E.H., M.B., M.M., R.P., W.K. *to RRI III, LLC* (Mykkeltvedt, Tiana) (Entered: 12/31/2020) |
| 12/31/2020 | 7 | PROPOSED SUMMONS filed by A.F., D.P., E.H., M.B., M.M., R.P., W.K. *to RRI West Management, LLC* (Mykkeltvedt, Tiana) (Entered: 12/31/2020) |
| 12/31/2020 | 8 | PROPOSED SUMMONS filed by A.F., D.P., E.H., M.B., M.M., R.P., W.K. *to Varahi Hotel, LLC* (Mykkeltvedt, Tiana) (Entered: 12/31/2020) |
| 12/31/2020 | 9 | PROPOSED SUMMONS filed by A.F., D.P., E.H., M.B., M.M., R.P., W.K. *to Westmont Hospitality Group, Inc.* (Mykkeltvedt, Tiana) (Entered: 12/31/2020) |
| 12/31/2020 | 10 | MOTION for Protective Order *and Leave to Proceed Anonymously* by A.F., D.P., E.H., M.B., M.M., R.P., W.K.. (Attachments: # 1 Text of Proposed Order)(Floyd, John) (Entered: 12/31/2020) |
| 01/04/2021 | 11 | Electronic Summons Issued as to Red Roof Inns, Inc. (jpa) (Entered: 01/04/2021) |
| 01/04/2021 | 12 | Electronic Summons Issued as to FMW RRI NC, LLC. (jpa) (Entered: 01/04/2021) |
| 01/04/2021 | 13 | Electronic Summons Issued as to Red Roof Franchising, LLC. (jpa) (Entered: 01/04/2021) |
| 01/04/2021 | 14 | Electronic Summons Issued as to RRI West Management, LLC. (jpa) (Entered: |

| | | 01/04/2021) |
|---|---|---|
| 01/04/2021 | 15 | Electronic Summons Issued as to Varahi Hotel, LLC. (jpa) (Entered: 01/04/2021) |
| 01/04/2021 | 16 | Electronic Summons Issued as to Westmont Hospitality Group, Inc. (jpa) (Entered: 01/04/2021) |
| 01/04/2021 | 17 | Electronic Summons Issued as to RRI III, LLC. (jpa) (Entered: 01/04/2021) |
| 01/06/2021 | 18 | STANDING ORDER regarding civil litigation. Signed by Judge Mark H. Cohen on 1/6/21. (jpa) (Entered: 01/06/2021) |
| 01/06/2021 | 19 | ORDER granting 10 Motion for Protective Order and Leave to Proceed Anonymously. The Court hereby ORDERS that all material, documents, pleadings, exhibits and evidence of any kind filed in this case shall refer to Plaintiffs as W.K., E.H., M.M., R.P., M.B., D.P., and A.F., by pseudonymous initials with no other additional identifying information. Signed by Judge Mark H. Cohen on 1/6/21. (jpa) (Entered: 01/06/2021) |
| 01/15/2021 | 20 | WAIVER OF SERVICE Returned Executed by Varahi Hotel, LLC. Varahi Hotel, LLC waiver mailed on 1/14/2021, answer due 3/15/2021. (Keith, Christopher) (Entered: 01/15/2021) |
| 01/15/2021 | 21 | NOTICE of Appearance by Christopher Shane Keith on behalf of Varahi Hotel, LLC (Keith, Christopher) (Entered: 01/15/2021) |
| 01/15/2021 | 22 | NOTICE of Appearance by Elliott Crawford Ream on behalf of Varahi Hotel, LLC (Ream, Elliott) (Entered: 01/15/2021) |
| 01/15/2021 | 23 | NOTICE of Appearance by Warner S. Fox on behalf of Varahi Hotel, LLC (Fox, Warner) (Entered: 01/15/2021) |
| 01/20/2021 | 24 | WAIVER OF SERVICE Returned Executed by A.F., E.H., M.M., D.P., W.K., R.P., M.B.. FMW RRI NC, LLC waiver mailed on 1/15/2021, answer due 3/16/2021. (Mykkeltvedt, Tiana) (Entered: 01/20/2021) |
| 01/20/2021 | 25 | WAIVER OF SERVICE Returned Executed by A.F., E.H., M.M., D.P., W.K., R.P., M.B.. Red Roof Franchising, LLC waiver mailed on 1/15/2021, answer due 3/16/2021. (Mykkeltvedt, Tiana) (Entered: 01/20/2021) |
| 01/20/2021 | 26 | WAIVER OF SERVICE Returned Executed by A.F., E.H., M.M., D.P., W.K., R.P., M.B.. Red Roof Inns, Inc. waiver mailed on 1/15/2021, answer due 3/16/2021. (Mykkeltvedt, Tiana) (Entered: 01/20/2021) |
| 01/20/2021 | 27 | WAIVER OF SERVICE Returned Executed by A.F., E.H., M.M., D.P., W.K., R.P., M.B.. RRI III, LLC waiver mailed on 1/15/2021, answer due 3/16/2021. (Mykkeltvedt, Tiana) (Entered: 01/20/2021) |
| 01/20/2021 | 28 | WAIVER OF SERVICE Returned Executed by A.F., E.H., M.M., D.P., W.K., R.P., M.B.. RRI West Management, LLC waiver mailed on 1/15/2021, answer due 3/16/2021. (Mykkeltvedt, Tiana) (Entered: 01/20/2021) |
| 01/28/2021 | 29 | TENTH AMENDMENT TO GENERAL ORDER 20–01 RE: COURT OPERATIONS UNDER THE EXIGENT CIRCUMSTANCES CREATED BY COVID–19 AND RELATED CORONAVIRUS. Signed by Judge Thomas W. Thrash, Jr. on 01/27/2021. (adg) (ADI) (Entered: 01/28/2021) |

| 02/02/2021 | 30 | WAIVER OF SERVICE Returned Executed by A.F., E.H., M.M., D.P., W.K., R.P., M.B.. Westmont Hospitality Group, Inc. waiver mailed on 1/22/2021, answer due 3/23/2021. (Mykkeltvedt, Tiana) (Entered: 02/02/2021) |
|---|---|---|
| 02/05/2021 | 31 | First AMENDED COMPLAINT against FMW RRI NC, LLC, RRI III, LLC, RRI West Management, LLC, Red Roof Franchising, LLC, Red Roof Inns, Inc., Varahi Hotel, LLC, Westmont Hospitality Group, Inc.with Jury Demand filed by A.F., E.H., M.M., D.P., W.K., R.P., M.B.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Floyd, John) Please visit our website at http://www.gand.uscourts.gov/commonly−used−forms to obtain Pretrial Instructions and Pretrial Associated Forms which includes the Consent To Proceed Before U.S. Magistrate form. (Entered: 02/05/2021) |
| 02/05/2021 | 32 | MOTION for Protective Order *and Leave to Proceed Anonymously* with Brief In Support by C.A., R.K., and K.P. (Attachments: # 1 Text of Proposed Order)(Floyd, John) Modified on 2/8/2021 to correct filers (jpa). (Entered: 02/05/2021) |
| 02/08/2021 | 33 | ORDER granting 32 Motion for Protective Order and Leave to Proceed Anonymously. The Court hereby ORDERS that all material, documents, pleadings, exhibits and evidence of any kind filed in this case shall refer to Plaintiffs as C.A., R.K., and K.P., respectively, by pseudonymous initials with no other additional identifying information. Signed by Judge Mark H. Cohen on 2/8/21. (jpa) (Entered: 02/08/2021) |
| 02/24/2021 | 34 | Notice for Leave of Absence for the following date(s): April 2, 5−9, 12, May 28, June 1−4, 7, July 2, 6−9, 12, November 19, 22−24, 29, December 23, 27−31, by Christopher Shane Keith. (Keith, Christopher) (Entered: 02/24/2021) |
| 03/05/2021 | 35 | MOTION to Amend 31 Amended Complaint,, by A.F., C.A., D.P., E.H., K.P., M.B., M.M., R.K., R.P., W.K.. (Attachments: # 1 Exhibit A− Proposed Second Amended Complaint, # 2 Exhibit B− Comparison Document, # 3 Text of Proposed Order C− Proposed Order)(Floyd, John) (Entered: 03/05/2021) |
| 03/05/2021 | 36 | MOTION for Protective Order *and to Proceed Anonymously* by T.H.. (Attachments: # 1 Text of Proposed Order)(Floyd, John) (Entered: 03/05/2021) |
| 03/05/2021 | 38 | SECOND AMENDED COMPLAINT against FMW RRI NC, LLC, RRI III, LLC, RRI West Management, LLC, Red Roof Franchising, LLC, Red Roof Inns, Inc., Varahi Hotel, LLC, Westmont Hospitality Group, Inc.with Jury Demand filed by A.F., M.M., W.K., T.H., R.P., R.K., C.A., K.P., E.H., D.P., M.B. (jpa) Please visit our website at http://www.gand.uscourts.gov/commonly−used−forms to obtain Pretrial Instructions and Pretrial Associated Forms which includes the Consent To Proceed Before U.S. Magistrate form. Modified on 3/17/2021 to add Second to title (jpa). (Entered: 03/08/2021) |
| 03/08/2021 | 37 | ORDER GRANTING Plaintiffs' 35 Motion to Amend the complaint and add a plaintiff. The proposed Second Amended Complaint attached to the Motion as Exhibit A is hereby deemed filed as of the date of the Motion. Signed by Judge Mark H. Cohen on 3/8/21. (jpa) (Entered: 03/08/2021) |
| 03/08/2021 | 39 | ORDER granting 36 Motion for Protective Order and Leave to Proceed Anonymously. Signed by Judge Mark H. Cohen on 3/8/21. (jpa) (Entered: 03/08/2021) |
| 03/10/2021 | 40 | |

| | | ELEVENTH AMENDMENT TO GENERAL ORDER 20–01 RE: COURT OPERATIONS UNDER THE EXIGENT CIRCUMSTANCES CREATED BY COVID–19 AND RELATED CORONAVIRUS. Signed by Judge Thomas W. Thrash, Jr. on 03/09/2021 (adg) (ADI) (Entered: 03/10/2021) |
|---|---|---|
| 03/16/2021 | 41 | ANSWER to 31 Amended Complaint by FMW RRI NC, LLC. Discovery ends on 8/13/2021.(Allushi, Admir) Please visit our website at http://www.gand.uscourts.gov to obtain Pretrial Instructions. (Entered: 03/16/2021) |
| 03/16/2021 | 42 | ANSWER to 31 Amended Complaint by RRI III, LLC.(Allushi, Admir) Please visit our website at http://www.gand.uscourts.gov to obtain Pretrial Instructions. (Entered: 03/16/2021) |
| 03/17/2021 | 43 | NOTICE of Appearance by Admir Allushi on behalf of FMW RRI NC, LLC, RRI III, LLC, RRI West Management, LLC, Red Roof Franchising, LLC, Red Roof Inns, Inc., Westmont Hospitality Group, Inc. (Allushi, Admir) (Entered: 03/17/2021) |
| 03/17/2021 | 44 | NOTICE of Appearance by P. Michael Freed on behalf of FMW RRI NC, LLC, RRI III, LLC, RRI West Management, LLC, Red Roof Franchising, LLC, Red Roof Inns, Inc., Westmont Hospitality Group, Inc. (Freed, P.) (Entered: 03/17/2021) |
| 03/17/2021 | 45 | Certificate of Interested Persons by A.F., C.A., D.P., E.H., K.P., M.B., M.M., R.K., R.P., T.H., W.K.. (Baumrind, Michael) (Entered: 03/17/2021) |
| 03/17/2021 | 46 | NOTICE of Appearance by Charles Kyle Reed on behalf of FMW RRI NC, LLC, RRI III, LLC, RRI West Management, LLC, Red Roof Franchising, LLC, Red Roof Inns, Inc., Westmont Hospitality Group, Inc. (Reed, Charles) (Entered: 03/17/2021) |
| 03/17/2021 | 47 | Consent MOTION for Extension of Time to Complete Discovery , Consent MOTION for Extension of Time to File Answer re 38 Amended Complaint,, by FMW RRI NC, LLC, RRI III, LLC, RRI West Management, LLC, Red Roof Franchising, LLC, Red Roof Inns, Inc., Westmont Hospitality Group, Inc.. (Attachments: # 1 Text of Proposed Order Proposed Order Granting Consent Motion for Extension of Time)(Allushi, Admir) (Entered: 03/17/2021) |
| 03/17/2021 | 48 | ORDER granting the parties' 47 Consent Motion for Extension of Time and Modification of the Local Rules. Defendants Red Roof Inns, Inc., FMW RRI NC, LLC, Red Roof Franchising, LLC, RRI West Management, LLC, RRI III, LLC, and Westmont Hospitality Group, Inc. shall have through and including April 15, 2021 to respond to Plaintiffs' Second Amended Complaint. Plaintiffs and the Red Roof Defendants will hold the Rule 26(f) conference on or before Monday, April 5, 2021. Plaintiffs and the Red Roof Defendants will file the Joint Preliminary Report and Discovery Plan on or before Monday, April 19, 2021. Plaintiffs and the Red Roof Defendants shall serve initial disclosures on or before Monday, April 19, 2021. Discovery shall commence on Monday, April 19, 2021. Signed by Judge Mark H. Cohen on 3/17/2021. (ddm) (Entered: 03/18/2021) |
| 03/19/2021 | 49 | ANSWER to 38 Amended Complaint by Varahi Hotel, LLC.(Keith, Christopher) Please visit our website at http://www.gand.uscourts.gov to obtain Pretrial Instructions. (Entered: 03/19/2021) |
| 03/24/2021 | 50 | NOTICE by FMW RRI NC, LLC, RRI III, LLC, RRI West Management, LLC, Red Roof Franchising, LLC, Red Roof Inns, Inc., Westmont Hospitality Group, Inc. *OF ADDRESS CHANGE* (Allushi, Admir) (Entered: 03/24/2021) |
| 03/25/2021 | | |

| | | |
|---|---|---|
| | | Clerks Notation re <u>45</u> Certificate of Interested Persons reviewed by MHC. (lwb) (Entered: 03/25/2021) |
| 03/30/2021 | <u>51</u> | Certificate of Interested Persons and Corporate Disclosure Statement by FMW RRI NC, LLC, RRI III, LLC, RRI West Management, LLC, Red Roof Franchising, LLC, Red Roof Inns, Inc., Westmont Hospitality Group, Inc. identifying Corporate Parent Westmont Investments, LLC for RRI West Management, LLC. (Allushi, Admir) (Entered: 03/30/2021) |
| 03/30/2021 | <u>52</u> | Certificate of Interested Persons and Corporate Disclosure Statement by FMW RRI NC, LLC, RRI III, LLC, RRI West Management, LLC, Red Roof Franchising, LLC, Red Roof Inns, Inc., Westmont Hospitality Group, Inc. identifying Corporate Parent WRRH Investments LP for Red Roof Inns, Inc.. (Allushi, Admir) (Entered: 03/30/2021) |
| 03/30/2021 | <u>53</u> | Certificate of Interested Persons by FMW RRI NC, LLC, RRI III, LLC, RRI West Management, LLC, Red Roof Franchising, LLC, Red Roof Inns, Inc., Westmont Hospitality Group, Inc.. (Allushi, Admir) (Entered: 03/30/2021) |
| 03/30/2021 | <u>54</u> | Certificate of Interested Persons and Corporate Disclosure Statement by FMW RRI NC, LLC, RRI III, LLC, RRI West Management, LLC, Red Roof Franchising, LLC, Red Roof Inns, Inc., Westmont Hospitality Group, Inc. identifying Corporate Parent RRF Holding Company, LLC for Red Roof Franchising, LLC. (Allushi, Admir) (Entered: 03/30/2021) |
| 03/30/2021 | <u>55</u> | Certificate of Interested Persons and Corporate Disclosure Statement by FMW RRI NC, LLC, RRI III, LLC, RRI West Management, LLC, Red Roof Franchising, LLC, Red Roof Inns, Inc., Westmont Hospitality Group, Inc. identifying Corporate Parent R–Roof Assets, LLC for RRI III, LLC. (Allushi, Admir) (Entered: 03/30/2021) |
| 03/30/2021 | <u>56</u> | Certificate of Interested Persons and Corporate Disclosure Statement by FMW RRI NC, LLC, RRI III, LLC, RRI West Management, LLC, Red Roof Franchising, LLC, Red Roof Inns, Inc., Westmont Hospitality Group, Inc. identifying Corporate Parent R–Roof Assets, LLC for FMW RRI NC, LLC. (Allushi, Admir) (Entered: 03/30/2021) |
| 03/30/2021 | <u>57</u> | Certificate of Interested Persons and Corporate Disclosure Statement by Varahi Hotel, LLC. (Keith, Christopher) (Entered: 03/30/2021) |
| 03/31/2021 | | Clerks Notation re <u>51</u> Certificate of Interested Persons, <u>52</u> Certificate of Interested Persons, <u>53</u> Certificate of Interested Persons, <u>54</u> Certificate of Interested Persons, <u>55</u> Certificate of Interested Persons, <u>56</u> Certificate of Interested Persons, and <u>57</u> Certificate of Interested Persons reviewed by MHC. (lwb) (Entered: 03/31/2021) |
| 04/15/2021 | <u>58</u> | ANSWER to <u>38</u> *(Second)*Amended Complaint , with Jury Demand by Westmont Hospitality Group, Inc..(Allushi, Admir) Please visit our website at http://www.gand.uscourts.gov to obtain Pretrial Instructions. Modified on 4/16/2021 to include Jury Demand (adg). (Entered: 04/15/2021) |
| 04/15/2021 | <u>59</u> | ANSWER to <u>38</u> (Second)Amended Complaint , with Jury Demand by RRI III, LLC.(Allushi, Admir) Please visit our website at http://www.gand.uscourts.gov to obtain Pretrial Instructions. Modified on 4/16/2021 to include Jury Demand(adg). (Entered: 04/15/2021) |
| 04/15/2021 | <u>60</u> | ANSWER to <u>38</u> (Second) Amended Complaint , with Jury Demand by Red Roof Inns, Inc..(Allushi, Admir) Please visit our website at http://www.gand.uscourts.gov |

| | | to obtain Pretrial Instructions. Modified on 4/16/2021 to include Jury Demand (adg). (Entered: 04/15/2021) |
|---|---|---|
| 04/15/2021 | 61 | ANSWER to 38 (Second) Amended Complaint , with Jury Demand by FMW RRI NC, LLC.(Allushi, Admir) Please visit our website at http://www.gand.uscourts.gov to obtain Pretrial Instructions. Modified on 4/16/2021 to include Jury Demand (adg). (Entered: 04/15/2021) |
| 04/15/2021 | 62 | ANSWER to 38 (Second) Amended Complaint , with Jury Demand by Red Roof Franchising, LLC.(Allushi, Admir) Please visit our website at http://www.gand.uscourts.gov to obtain Pretrial Instructions. Modified on 4/16/2021 to include jury demand(adg). (Entered: 04/15/2021) |
| 04/15/2021 | 63 | ANSWER to 38 (Second) Amended Complaint , with Jury Demand by RRI West Management, LLC.(Allushi, Admir) Please visit our website at http://www.gand.uscourts.gov to obtain Pretrial Instructions. Modified on 4/16/2021 to include jury demand(adg). (Entered: 04/15/2021) |
| 04/19/2021 | 64 | Initial Disclosures by Varahi Hotel, LLC.(Ream, Elliott) (Entered: 04/19/2021) |
| 04/19/2021 | 65 | JOINT PRELIMINARY REPORT AND DISCOVERY PLAN filed by A.F., C.A., D.P., E.H., K.P., M.B., M.M., R.K., R.P., T.H., W.K.. (Mykkeltvedt, Tiana) (Entered: 04/19/2021) |
| 04/20/2021 | 66 | CERTIFICATE OF SERVICE *of Plaintiffs' Initial Disclosures* by A.F., C.A., D.P., E.H., K.P., M.B., M.M., R.K., R.P., T.H., W.K..(Baumrind, Michael) (Entered: 04/20/2021) |
| 04/21/2021 | 67 | NOTICE of Appearance by Emma Jeanette Fennelly on behalf of FMW RRI NC, LLC, RRI III, LLC, RRI West Management, LLC, Red Roof Franchising, LLC, Red Roof Inns, Inc., Westmont Hospitality Group, Inc. (Fennelly, Emma) (Entered: 04/21/2021) |
| 04/21/2021 | 68 | NOTICE of Appearance by Amanda Bradley on behalf of A.F., C.A., D.P., E.H., K.P., M.B., M.M., R.K., R.P., W.K. (Bradley, Amanda) (Entered: 04/21/2021) |
| 04/28/2021 | 69 | SCHEDULING ORDER: re: 65 Joint Preliminary Report and Discovery Plan. Discovery ends on 3/15/2022. Summary Judgment and Daubert Motions due by 4/15/2022. Signed by Judge Mark H. Cohen on 4/28/21. (jpa) (Entered: 04/28/2021) |
| 04/30/2021 | 70 | CERTIFICATE OF SERVICE by Varahi Hotel, LLC.(Keith, Christopher) (Entered: 04/30/2021) |
| 05/04/2021 | 71 | CERTIFICATE OF SERVICE *for Plaintiffs' First Interrogatories to Varahi Hotel, LLC; Plaintiffs' First Request for Production of Documents to Varahi Hotel, LLC; Plaintiffs' First Interrogatories to Defendants Red Roof Inns, Inc., FMW RRI NC, LLC, Red Roof Franchising, LLC, RRI West Management, LLC, Westmont Hospitality Group, Inc., and RRI III, LLC; and Plaintiffs' First Request for Production of Documents to to Red Roof Inns, Inc., FMW RRI NC, LLC, Red Roof Franchising, LLC, RRI West Management, LLC, Westmont Hospitality Group, Inc., and RRI III, LLC* by A.F., C.A., D.P., E.H., K.P., M.B., M.M., R.K., R.P., T.H., W.K..(Baumrind, Michael) (Entered: 05/04/2021) |
| 05/11/2021 | 72 | Notice for Leave of Absence for the following date(s): July 26–30, August 2–3, December 6–10 2021, by Christopher Shane Keith. (Keith, Christopher) (Entered: 05/11/2021) |

| 06/03/2021 | 73 | Joint MOTION for Protective Order by A.F., C.A., D.P., E.H., K.P., M.B., M.M., R.K., R.P., T.H., W.K.. (Attachments: # 1 Exhibit A – Protective Order)(Mykkeltvedt, Tiana) (Entered: 06/03/2021) |
| 06/04/2021 | 74 | PROTECTIVE ORDER. Signed by Judge Mark H. Cohen on 6/4/21. (jpa) (Entered: 06/04/2021) |
| 06/15/2021 | 75 | CERTIFICATE OF SERVICE re 71 Certificate of Service,, *of Discovery Responses* by FMW RRI NC, LLC, RRI III, LLC, RRI West Management, LLC, Red Roof Franchising, LLC, Red Roof Inns, Inc., Westmont Hospitality Group, Inc..(Allushi, Admir) (Entered: 06/15/2021) |
| 06/18/2021 | 76 | CERTIFICATE OF SERVICE filed by Varahi Hotel, LLC (Ream, Elliott) (Entered: 06/18/2021) |
| 06/18/2021 | 77 | CERTIFICATE OF SERVICE filed by Varahi Hotel, LLC (Ream, Elliott) (Entered: 06/18/2021) |
| 06/30/2021 | 78 | CERTIFICATE OF SERVICE *of Plaintiffs' Objections and Responses to Defendant Varahi Hotel, LLC's First Interrogatories and First Request for Production of Documents to Plaintiffs* by A.F., C.A., D.P., E.H., K.P., M.B., M.M., R.K., R.P., W.K..(Bradley, Amanda) (Entered: 06/30/2021) |
| 07/20/2021 | 79 | CERTIFICATE OF SERVICE *OF DISCOVERY TO PLAINTIFFS* by Red Roof Inns, Inc..(Allushi, Admir) (Entered: 07/20/2021) |
| 08/06/2021 | 80 | CERTIFICATE OF SERVICE *Plaintiffs' Second Request for Production of Documents to Red Roof Inns, Inc., et al.* by W.K..(Tonge, Jonathan) (Entered: 08/06/2021) |
| 08/13/2021 | 81 | Joint MOTION for Modification of Scheduling Order by A.F., C.A., D.P., E.H., K.P., M.B., M.M., R.K., R.P., T.H., W.K.. (Attachments: # 1 Text of Proposed Order)(Mykkeltvedt, Tiana) (Entered: 08/13/2021) |
| 08/14/2021 | 82 | ORDER granting 81 Motion for Modification of the Scheduling Order. The new deadline for substantial completion of written, document, and discovery is Wednesday, September 15, 2021. Signed by Judge Mark H. Cohen on 8/14/2021. (dob) (Entered: 08/16/2021) |
| 08/14/2021 | | Discovery ends on 9/15/2021. (dob) (Entered: 08/16/2021) |
| 08/18/2021 | 83 | CERTIFICATE OF SERVICE *Of Discovery* by A.F., C.A., D.P., E.H., K.P., M.B., M.M., R.K., R.P., T.H., W.K..(Baumrind, Michael) (Entered: 08/18/2021) |
| 08/23/2021 | 84 | CERTIFICATE OF SERVICE *Of Discovery* by A.F., C.A., D.P., E.H., K.P., M.B., M.M., R.K., R.P., T.H., W.K..(Baumrind, Michael) (Entered: 08/23/2021) |
| 08/31/2021 | 85 | CERTIFICATE OF SERVICE *Of Discovery* by A.F., C.A., D.P., E.H., K.P., M.B., M.M., R.K., R.P., T.H., W.K..(Baumrind, Michael) (Entered: 08/31/2021) |
| 09/15/2021 | 86 | Joint MOTION to Amend *Scheduling Order* by A.F., C.A., D.P., E.H., K.P., M.B., M.M., R.K., R.P., T.H., W.K.. (Attachments: # 1 Text of Proposed Order)(Mykkeltvedt, Tiana) (Entered: 09/15/2021) |
| 09/15/2021 | 87 | ORDER granting 86 Motion to Amend Scheduling Order. Discovery ends 3/31/2022. Signed by Judge Mark H. Cohen on 9/15/2021. (dob) (Entered: 09/15/2021) |

| 09/16/2021 | 88 | CERTIFICATE OF SERVICE *Notice to Take Videotaped Deposition of Forrest Castille* by W.K..(Tonge, Jonathan) (Entered: 09/16/2021) |
|---|---|---|
| 09/16/2021 | 89 | CERTIFICATE OF SERVICE *Notice to take Videotaped Deposition of Michele Sarkisian* by W.K..(Tonge, Jonathan) (Entered: 09/16/2021) |
| 09/16/2021 | 90 | CERTIFICATE OF SERVICE *Notice to Take Videotaped Deposition of Vanessa Cole* by W.K..(Tonge, Jonathan) (Entered: 09/16/2021) |
| 09/28/2021 | 91 | NOTICE of Appearance by Juliana Mesa on behalf of A.F., C.A., D.P., E.H., K.P., M.B., M.M., R.K., R.P., T.H., W.K. (Mesa, Juliana) (Entered: 09/28/2021) |
| 10/08/2021 | 92 | NOTICE by A.F., C.A., D.P., E.H., K.P., M.B., M.M., R.K., R.P., T.H., W.K. *of Subpoenas* (Attachments: # 1 Subpoena for Booking.com (U.S.A.) Inc., # 2 Subpoena for Expedia, Inc., # 3 Subpoena for Facebook, Inc., # 4 Subpoena for Google LLC, # 5 Subpoena for Wills Towers Watson US LLC)(Mesa, Juliana) (Entered: 10/08/2021) |
| 10/13/2021 | 93 | Amended NOTICE to Take Deposition filed by W.K. (Attachments: # 1 Certificate of Service)(Tonge, Jonathan) (Entered: 10/13/2021) |
| 10/25/2021 | 94 | NOTICE by Varahi Hotel, LLC *Notice of Intent to Serve Subpoena* (Ream, Elliott) (Entered: 10/25/2021) |
| 10/29/2021 | 95 | CERTIFICATE OF SERVICE *Of Discovery* by A.F., C.A., D.P., E.H., K.P., M.B., M.M., R.K., R.P., T.H., W.K..(Baumrind, Michael) (Entered: 10/29/2021) |
| 11/01/2021 | 96 | STIPULATION *Joint Stipulated ESI Discovery Protocol* by FMW RRI NC, LLC, RRI III, LLC, RRI West Management, LLC, Red Roof Franchising, LLC, Red Roof Inns, Inc., Varahi Hotel, LLC, Westmont Hospitality Group, Inc.. (Allushi, Admir) (Entered: 11/01/2021) |
| 11/05/2021 | 97 | CERTIFICATE OF SERVICE *Notice to Take Deposition of Kavrin Fausnight* by W.K..(Tonge, Jonathan) (Entered: 11/05/2021) |
| 12/07/2021 | 98 | CERTIFICATE OF SERVICE *Defendant's Responses to Plaintiff's Second Request for Production of Documents* by FMW RRI NC, LLC, RRI III, LLC, RRI West Management, LLC, Red Roof Franchising, LLC, Red Roof Inns, Inc., Westmont Hospitality Group, Inc..(Allushi, Admir) (Entered: 12/07/2021) |
| 12/07/2021 | 99 | NOTICE by A.F., C.A., D.P., E.H., K.P., M.B., M.M., R.K., R.P., T.H., W.K. *of Intent to Serve Subpoenas* (Mesa, Juliana) Modified on 12/8/2021 to remove upper case lettering (dob). (Entered: 12/07/2021) |
| 12/09/2021 | 100 | Minute Entry for proceedings held before Judge Mark H. Cohen: Telephone Conference held on 12/9/2021. A discovery dispute conference call was conducted at the request of the parties. The parties presented argument regarding a document production issue. The Court resolved the issue. (Court Reporter Judith Wolff)(dob) (Entered: 12/09/2021) |
| 12/16/2021 | 101 | CERTIFICATE OF SERVICE *of Discovery* by A.F., C.A., D.P., E.H., K.P., M.B., M.M., R.K., R.P., T.H., W.K..(Seals, Amanda) (Entered: 12/16/2021) |
| 12/16/2021 | 102 | NOTICE by A.F., C.A., D.P., E.H., K.P., M.B., M.M., R.K., R.P., T.H., W.K. *of Serving Subpoenas* (Attachments: # 1 Subpoena – Westmont Investments, LLC, # 2 Subpoena – WRRH Investments, LP, # 3 Subpoena – RRF Holding Company, LLC, # 4 Subpoena – R–Roof Assets, LLC)(Seals, Amanda) (Entered: 12/16/2021) |

| 01/06/2022 | 103 | CERTIFICATE OF SERVICE *Plaintiff WK's Supplemental Interrogatory Responses* by W.K..(Tonge, Jonathan) (Entered: 01/06/2022) |
|---|---|---|
| 01/06/2022 | 104 | CERTIFICATE OF SERVICE *Notice to Take Videotaped Deposition of Monica Nash* by W.K..(Tonge, Jonathan) (Entered: 01/06/2022) |
| 01/07/2022 | 105 | CERTIFICATE OF SERVICE *Plaintiff's Notice to Take Video Deposition of Non−Party, Michael Thomas* by W.K..(Tonge, Jonathan) (Entered: 01/07/2022) |
| 01/12/2022 | 106 | NOTICE by A.F., C.A., D.P., E.H., K.P., M.B., M.M., R.K., R.P., T.H., W.K. *of Subpoenas* (Attachments: # 1 Plaintiffs' Notice of Video Deposition of Non−Party Andrew Alexander, # 2 Plaintiffs' Notice of Video Deposition of Non−Party Nha Lua "Vickie" Lam, # 3 Plaintiffs' Notice of Video Deposition of Non−Party Jay Moyer)(Seals, Amanda) (Entered: 01/12/2022) |
| 01/24/2022 | 107 | NOTICE by FMW RRI NC, LLC, RRI III, LLC, RRI West Management, LLC, Red Roof Franchising, LLC, Red Roof Inns, Inc., Westmont Hospitality Group, Inc. *of Withdrawal of Counsel P. Michael Freed* (Allushi, Admir) (Entered: 01/24/2022) |
| 02/14/2022 | 108 | Notice for Leave of Absence for the following date(s): April 1, April 48, May 27, May 31 June 3, July 18−22, August 1−5, November 21−23, December 5−10, December 19−30 2022, by Christopher Shane Keith. (Keith, Christopher) (Entered: 02/14/2022) |
| 02/17/2022 | 109 | NOTICE by A.F., C.A., D.P., E.H., K.P., M.B., M.M., R.K., R.P., T.H., W.K. *OF INTENT TO SERVE SUBPOENAS* (Mesa, Juliana) (Entered: 02/17/2022) |
| 02/24/2022 | 110 | CERTIFICATE OF SERVICE *of Non−Party Notices of Deposition* by A.F., C.A., D.P., E.H., K.P., M.B., M.M., R.K., R.P., T.H., W.K..(Seals, Amanda) (Entered: 02/24/2022) |
| 02/24/2022 | 111 | NOTICE by A.F., C.A., D.P., E.H., K.P., M.B., M.M., R.K., R.P., T.H., W.K. *of Subpoenas* (Attachments: # 1 Plaintiffs' 30(b)(6) Notice of Depositions of Westmont Investments LLC and WRRH Investments LP, # 2 Subpoena − Westmont Investments LLC and WRRH Investments LP)(Seals, Amanda) (Entered: 02/24/2022) |
| 02/25/2022 | 112 | NOTICE to Take Deposition of C.A. filed by FMW RRI NC, LLC, RRI III, LLC, RRI West Management, LLC, Red Roof Franchising, LLC, Red Roof Inns, Inc., Westmont Hospitality Group, Inc. (Allushi, Admir) (Entered: 02/25/2022) |
| 03/03/2022 | 113 | Joint MOTION to Amend *Scheduling Order* by A.F., C.A., D.P., E.H., K.P., M.B., M.M., R.K., R.P., T.H., W.K.. (Mykkeltvedt, Tiana) (Entered: 03/03/2022) |
| 03/03/2022 | 114 | ORDER granting 113 Motion to Amend Scheduling Order. See Order for deadlines. Signed by Judge Mark H. Cohen on 3/3/2022. (dob) (Entered: 03/03/2022) |
| 03/03/2022 | | Discovery ends on 7/15/2022. (dob) (Entered: 03/03/2022) |
| 03/03/2022 | 115 | CERTIFICATE OF SERVICE *OF DISCOVERY* by FMW RRI NC, LLC, RRI III, LLC, RRI West Management, LLC, Red Roof Franchising, LLC, Red Roof Inns, Inc., Westmont Hospitality Group, Inc..(Fennelly, Emma) (Entered: 03/03/2022) |
| 03/17/2022 | 116 | NOTICE to Take Deposition of Plaintiff M. B. by Varahi Hotel, LLC *of Deposition of Plaintiff M.B.* (Keith, Christopher) Modified on 3/18/2022 t edit event selected (dob). (Entered: 03/17/2022) |
| 03/17/2022 | 117 | |

| | | CERTIFICATE OF SERVICE *of Notices of Deposition* by A.F., C.A., D.P., E.H., K.P., M.B., M.M., R.K., R.P., T.H., W.K..(Mykkeltvedt, Tiana) (Entered: 03/17/2022) |
|---|---|---|
| 03/25/2022 | 118 | CERTIFICATE OF SERVICE *of Notice of Deposition of J.A.* by A.F., C.A., D.P., E.H., K.P., M.B., M.M., R.K., R.P., T.H., W.K..(Seals, Amanda) (Entered: 03/25/2022) |
| 04/04/2022 | 119 | CERTIFICATE OF SERVICE *Plaintiffs' Second Interrogatories & Request for Production of Documents to Varahi Hotel, LLC* by W.K..(Tonge, Jonathan) (Entered: 04/04/2022) |
| 04/07/2022 | 120 | NOTICE to Take Deposition of Plaintiff R.P. filed by Varahi Hotel, LLC (Ream, Elliott) (Entered: 04/07/2022) |
| 04/11/2022 | | Case Reassigned to Judge Victoria M Calvert. Judge Mark H. Cohen no longer assigned to case. NOTICE TO ALL COUNSEL OF RECORD: The Judge designation in the civil action number assigned to this case has been changed to 1:20–cv–5263–VMC. Please make note of this change in order to facilitate the docketing of pleadings in this case. (dob) (Entered: 04/11/2022) |
| 04/12/2022 | 121 | NOTICE by A.F., C.A., D.P., E.H., K.P., M.B., M.M., R.K., R.P., T.H., W.K. *of Service of Subpoenas to Testify at a Deposition* (Attachments: # 1 Subpoena to Testify at a Deposition – George Limbert, # 2 Subpoena to Testify at a Deposition – Greg Stocker, # 3 Subpoena to Testify at a Deposition – Marina MacDonald, # 4 Subpoena to Testify at a Deposition – Timothy Means, # 5 Subpoena to Testify at a Deposition – Tom McElroy, # 6 Subpoena to Testify at a Deposition – Vince Vittatoe)(Seals, Amanda) (Entered: 04/12/2022) |
| 04/12/2022 | 122 | NOTICE to Take Deposition of Jane Doe 3 filed by FMW RRI NC, LLC, RRI III, LLC, RRI West Management, LLC, Red Roof Franchising, LLC, Red Roof Inns, Inc., Westmont Hospitality Group, Inc. (Allushi, Admir) (Entered: 04/12/2022) |
| 04/13/2022 | 123 | CERTIFICATE OF SERVICE *Plaintiff R.P.'s Supplemental Objections and Responses to Defendant Varahi Hotel, LLC's First Interrogatories to Plaintiffs* by W.K..(Tonge, Jonathan) (Entered: 04/13/2022) |
| 04/13/2022 | 124 | CERTIFICATE OF SERVICE *Plaintiff R.P.'s Supplemental Objections and Responses to Defendant Red Roof Inns, Inc's First Interrogatories to Plaintiffs* by W.K..(Tonge, Jonathan) (Entered: 04/13/2022) |
| 04/19/2022 | 125 | NOTICE OF TELEPHONE PROCEEDING : Discovery Hearing set for 4/22/2022 at 10:00 AM before Judge Victoria M Calvert. Connection Instructions: Dial–In instructions will be provided to counsel of record via email prior to the scheduled conference date. You must follow the instructions of the Court for remote proceedings available here. The procedure for filing documentary exhibits admitted during the proceeding is available here. *Photographing, recording, or broadcasting of any judicial proceedings, including proceedings held by video teleconferencing or telephone conferencing, is strictly and absolutely prohibited.* (vs) (Entered: 04/19/2022) |
| 04/20/2022 | 126 | CERTIFICATE OF SERVICE *of Notices of Deposition* by A.F., C.A., D.P., E.H., K.P., M.B., M.M., R.K., R.P., T.H., W.K..(Mykkeltvedt, Tiana) (Entered: 04/20/2022) |
| 04/20/2022 | 127 | Certification of Consent to Substitution of Counsel. Tameika Lavenia Briscoe replacing attorney P. Michael Freed. (Briscoe, Tameika) (Entered: 04/20/2022) |

| 04/20/2022 | 128 | STANDING ORDER: GUIDELINES TO PARTIES AND COUNSEL IN CASES PROCEEDING BEFORE THE HONORABLE VICTORIA M. CALVERT. Signed by Judge Victoria M. Calvert on 4/20/2022. (bgt) (Entered: 04/21/2022) |
| --- | --- | --- |
| 04/21/2022 | 129 | NOTICE of Appearance by Lillian Henry on behalf of FMW RRI NC, LLC, RRI III, LLC, RRI West Management, LLC, Red Roof Franchising, LLC, Red Roof Inns, Inc., Westmont Hospitality Group, Inc. (Henry, Lillian) (Entered: 04/21/2022) |
| 04/22/2022 | 130 | Minute Entry for proceedings held before Judge Victoria M. Calvert: Discovery Hearing held re discovery disputes on 4/22/2022. Written order to follow. (Court Reporter Denise Stewart)(rlh) (Entered: 04/22/2022) |
| 04/22/2022 | 131 | Joint NOTICE to Take Deposition of Plaintiffs T.H., R.K., K.P., J.D.1, J.D.2, J.D.4, D.P., and A.F. filed by Red Roof Inns, Inc., Varahi Hotel, LLC (Keith, Christopher) (Entered: 04/22/2022) |
| 04/22/2022 | 132 | Amended NOTICE to Take Deposition of Plaintiffs T.H., R.K., K.P., J.D.1, J.D.2, J.D.4, D.P., and A.F. filed by Red Roof Inns, Inc., Varahi Hotel, LLC (Keith, Christopher) (Entered: 04/22/2022) |
| 04/25/2022 | 133 | ORDER re: Discovery Dispute and Conference held April 22, 2022. Signed by Judge Victoria M. Calvert on 4/25/2022. (vs) (Additional attachment(s) added on 4/25/2022: # 1 Main Document – Corrected PDF) (vs). (Entered: 04/25/2022) |
| 04/29/2022 | 134 | CERTIFICATE OF SERVICE *OF DISCOVERY* by A.F., C.A., D.P., E.H., K.P., M.B., M.M., R.K., R.P., T.H., W.K..(Mesa, Juliana) (Entered: 04/29/2022) |
| 05/02/2022 | 135 | TRANSCRIPT of the Discovery Dispute Telephone Conference Hearing Proceedings held on December 9, 2021, before Judge Mark H. Cohen. Court Reporter/Transcriber Judith M. Wolff. A full directory of court reporters and their contact information can be found at www.gand.uscourts.gov/directory–court–reporters. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 5/23/2022. Redacted Transcript Deadline set for 6/2/2022. Release of Transcript Restriction set for 8/1/2022. (Attachments: # 1 Notice of Filing of Official Transcript) (kac) (Entered: 05/02/2022) |
| 05/04/2022 | 136 | CERTIFICATE OF SERVICE by Varahi Hotel, LLC.(Ream, Elliott) (Entered: 05/04/2022) |
| 05/06/2022 | 137 | CERTIFICATE OF SERVICE *Amended Notice of Deposition of Andrew Alexander* by A.F., C.A., D.P., E.H., K.P., M.B., M.M., R.K., R.P., T.H., W.K..(McDonough, Patrick) (Entered: 05/06/2022) |
| 05/06/2022 | 138 | CERTIFICATE OF SERVICE *Notice of Deposition of Brenda Conner* by A.F., C.A., D.P., E.H., K.P., M.B., M.M., R.K., R.P., T.H., W.K..(McDonough, Patrick) (Entered: 05/06/2022) |
| 05/17/2022 | 139 | NOTICE by Red Roof Inns, Inc. *of Intent to Serve Subpoena Duces Tecum* (Allushi, Admir) (Entered: 05/17/2022) |
| 05/20/2022 | 140 | CERTIFICATE OF SERVICE *OF DISCOVERY* by K.P..(Baumrind, Michael) (Entered: 05/20/2022) |
| 05/20/2022 | 141 | |

| | | NOTICE by Varahi Hotel, LLC *Notice of Intent to Serve Supboenas* (Keith, Christopher) (Entered: 05/20/2022) |
|---|---|---|
| 05/26/2022 | 142 | NOTICE by Varahi Hotel, LLC *Second Notice of Intent to Serve Supboenas* (Keith, Christopher) (Entered: 05/26/2022) |
| 05/26/2022 | 143 | Notice for Leave of Absence for the following date(s): July 25–29, August 1–5, November 21–23 and 28, December 5–10, December 19–30 2022, by Christopher Shane Keith. (Keith, Christopher) (Entered: 05/26/2022) |
| 05/26/2022 | 144 | Notice for Leave of Absence for the following date(s): July 25–29, August 1–5, November 21–23 and 28, December 5–10, December 19–30 2022, by Christopher Shane Keith. (Keith, Christopher) (Entered: 05/26/2022) |
| 05/27/2022 | 145 | Amended NOTICE to Take Deposition of Jane Doe 1 filed by Varahi Hotel, LLC (Keith, Christopher) (Entered: 05/27/2022) |
| 06/01/2022 | 146 | CERTIFICATE OF SERVICE *Objections and Responses to Plaintiff's Fourth Request for Production of Documents* by FMW RRI NC, LLC, RRI III, LLC, RRI West Management, LLC, Red Roof Franchising, LLC, Red Roof Inns, Inc., Westmont Hospitality Group, Inc..(Henry, Lillian) (Entered: 06/01/2022) |
| 06/07/2022 | 147 | APPLICATION for Admission of Christian T. Novay Pro Hac Vice (Application fee $ 150, receipt number AGANDC–11850135).by FMW RRI NC, LLC, RRI III, LLC, RRI West Management, LLC, Red Roof Franchising, LLC, Red Roof Inns, Inc., Westmont Hospitality Group, Inc.. (Attachments: # 1 Text of Proposed Order Proposed Order)(Allushi, Admir) <span style="color:red">Documents for this entry are not available for viewing outside the courthouse.</span> (Entered: 06/07/2022) |
| 06/08/2022 | | NOTICE OF TELEPHONE PROCEEDING (docket text only) : Discovery conference set for 6/10/2022 at 02:00 PM before Judge Victoria M. Calvert. (Connection instructions will be emailed to the parties) You must follow the instructions of the Court for remote proceedings available here. The procedure for filing documentary exhibits admitted during the proceeding is available here. *Photographing, recording, or broadcasting of any judicial proceedings, including proceedings held by video teleconferencing or telephone conferencing, is strictly and absolutely prohibited.* (vs) (Entered: 06/08/2022) |
| 06/09/2022 | | RETURN of 147 APPLICATION for Admission of Christian T. Novay Pro Hac Vice (Application fee $ 150, receipt number AGANDC–11850135). to attorney for correction re: appearing on the behalf of. (gas) (Entered: 06/09/2022) |
| 06/09/2022 | 148 | APPLICATION for Admission of Christian T. Novay Pro Hac Vice.by FMW RRI NC, LLC, RRI III, LLC, RRI West Management, LLC, Red Roof Franchising, LLC, Red Roof Inns, Inc., Westmont Hospitality Group, Inc.. (Attachments: # 1 Text of Proposed Order Proposed Order)(Allushi, Admir) <span style="color:red">Documents for this entry are not available for viewing outside the courthouse.</span> (Entered: 06/09/2022) |
| 06/09/2022 | | NOTICE OF CANCELLATION of Hearing re: NOTICE OF TELEPHONE PROCEEDING (docket text only) : Discovery conference set for 6/10/2022 at 02:00 PM before Judge Victoria M. Calvert. (Hearing to be reset at a later date and time) (vs) (vs) (Entered: 06/09/2022) |
| 06/09/2022 | 149 | Notice for Leave of Absence for the following date(s): July 15 through July 30, 2022, by Admir Allushi. (Allushi, Admir) (Entered: 06/09/2022) |

| 06/09/2022 | 150 | Notice for Leave of Absence for the following date(s): 7/18/22–7/22/22, 9/8/22–9/12/22, by Tameika Lavenia Briscoe. (Briscoe, Tameika) (Entered: 06/09/2022) |
|---|---|---|
| 06/15/2022 | | APPROVAL by Clerks Office re: 148 APPLICATION for Admission of Christian T. Novay Pro Hac Vice.. Attorney Christian T. Novay added appearing on behalf of FMW RRI NC, LLC, RRI III, LLC, RRI West Management, LLC, Red Roof Franchising, LLC, Red Roof Inns, Inc., Varahi Hotel, LLC, Westmont Hospitality Group, Inc. (gas) (Entered: 06/15/2022) |
| 06/15/2022 | 151 | ORDER granting 148 Application for Admission Pro Hac Vice of Christian T. Novay. Signed by Judge Victoria M. Calvert on June 15, 2022. If the applicant does not have CM/ECF access in the Northern District of Georgia already, they must request access at http://pacer.gov. If they have electronically filed in this district in a previous case, please omit this step.(lwb) (Entered: 06/15/2022) |
| 06/16/2022 | 152 | Amended NOTICE to Take Deposition of Plaintiff D.P. filed by Varahi Hotel, LLC (Keith, Christopher) (Entered: 06/16/2022) |
| 06/16/2022 | 153 | NOTICE by Varahi Hotel, LLC *Third Notice of Intent to Serve Supboenas* (Keith, Christopher) (Entered: 06/16/2022) |
| 06/16/2022 | | NOTICE of TELECONFERENCE Hearing (by docket text only): Discovery Dispute Hearing set for 6/29/2022 at 10:00 AM before Judge Victoria M. Calvert. (Connection instructions to be emailed to the parties prior to the conference) (vs) (Entered: 06/16/2022) |
| 06/16/2022 | 154 | NOTICE by Varahi Hotel, LLC *Fourth Notice of Intent to Serve Suboenas* (Keith, Christopher) (Entered: 06/16/2022) |
| 06/16/2022 | 155 | NOTICE by Varahi Hotel, LLC *Fifth Notice of Intent to Serve Subpoenas* (Keith, Christopher) (Entered: 06/16/2022) |
| 06/22/2022 | 156 | STIPULATION of Dismissal by M.M.. (Baumrind, Michael) (Entered: 06/22/2022) |
| 06/22/2022 | 157 | CERTIFICATE OF SERVICE *of Discovery – Supplemental and Amended Objections and Responses to Defendant Varahi Hotel, LLC's First Interrogatories and Amended and Supplemental Objections and Responses to Defendant Red Roof Inns, Inc.'s First Interrogatories* by D.P..(Baumrind, Michael) (Entered: 06/22/2022) |
| 06/29/2022 | 158 | Minute Entry for proceedings held in chambers before Judge Victoria M. Calvert: Discovery Hearing (Oral Argument) held on 6/29/2022. Written order to follow. (Court Reporter Shannon Welch)(lwb) (Entered: 06/29/2022) |
| 06/30/2022 | 159 | ORDER directing parties to comply with discovery directives. The deadline to complete fact discovery in this case is extended by 90 days for discovery. Discovery ends on 10/13/2022. The Court declines to award fees or costs. Signed by Judge Victoria M. Calvert on June 30, 2022. (lwb) (Entered: 06/30/2022) |
| 07/11/2022 | 160 | NOTICE to Take Deposition of K.P. filed by FMW RRI NC, LLC, RRI III, LLC, RRI West Management, LLC, Red Roof Franchising, LLC, Red Roof Inns, Inc., Westmont Hospitality Group, Inc. (Allushi, Admir) (Entered: 07/11/2022) |
| 07/20/2022 | 161 | CERTIFICATE OF SERVICE *of Discovery* by A.F., C.A., D.P., E.H., K.P., M.B., M.M., R.K., R.P., T.H., W.K..(Baumrind, Michael) (Entered: 07/20/2022) |
| 07/21/2022 | | |

| | | |
|---|---|---|
| | | ORDER (by docket text only): The parties are granted an extension of time through and including July 27, 2022 to comply with the Court's June 30, 2022 Order. Entered by Judge Victoria M. Calvert on 7/21/22. (vs) (Entered: 07/21/2022) |
| 08/02/2022 | 162 | CERTIFICATE OF SERVICE *Defendants' Notice of Videotaped Depositions* by FMW RRI NC, LLC, RRI III, LLC, RRI West Management, LLC, Red Roof Franchising, LLC, Red Roof Inns, Inc., Westmont Hospitality Group, Inc..(Allushi, Admir) (Entered: 08/02/2022) |
| 08/03/2022 | 163 | Amended NOTICE to Take Deposition of Red Roof Franchising, LLC; RRI West Management, LLC; FMW RRI NC, LLC; RRI III, LLC; Red Roof Inns, Inc. filed by A.F., C.A., D.P., E.H., K.P., M.B., M.M., R.K., R.P., T.H., W.K. (Baumrind, Michael) (Entered: 08/03/2022) |
| 08/04/2022 | 164 | MOTION to Take Deposition from Michael Rutledge and Martez Fuqua *in Confinement under Rule 30* by FMW RRI NC, LLC, RRI III, LLC, RRI West Management, LLC, Red Roof Franchising, LLC, Red Roof Inns, Inc., Westmont Hospitality Group, Inc.. (Attachments: # 1 Exhibit A Proposed Order, # 2 Exhibit B – Notice of Videotaped Depositions)(Allushi, Admir) (Entered: 08/04/2022) |
| 08/10/2022 | 165 | CERTIFICATE OF SERVICE *of Discovery – Plaintiff E.H.'s Amended and Supplemental Objections and Responses to Defendant Red Roof Inns, Inc.'s First Interrogatories* by E.H..(Baumrind, Michael) (Entered: 08/10/2022) |
| 08/11/2022 | 166 | NOTICE to Take Deposition of C.A. filed by FMW RRI NC, LLC, RRI III, LLC, RRI West Management, LLC, Red Roof Franchising, LLC, Red Roof Inns, Inc., Westmont Hospitality Group, Inc. (Allushi, Admir) (Entered: 08/11/2022) |
| 08/11/2022 | 167 | ORDER Granting 164 Motion to Take Depositions from Michael Tyrone Rutledge and Martez Marquel Fuqua. Signed by Judge Victoria M. Calvert on August 11, 2022. (lwb) (Entered: 08/11/2022) |
| 08/11/2022 | | Clerk's Certificate of Mailing to attorney Christian T. Novay for Red Roof Inns, Inc. re 167 Order on Motion to Take Deposition. (lwb) (Entered: 08/11/2022) |
| 08/18/2022 | 168 | NOTICE to Take Deposition of Plaintiff E.H. filed by Varahi Hotel, LLC (Keith, Christopher) (Entered: 08/18/2022) |
| 08/22/2022 | 169 | CERTIFICATE OF SERVICE *of Notices of Deposition* by A.F., C.A., D.P., E.H., K.P., M.B., M.M., R.K., R.P., T.H., W.K..(Varghese, Manoj) (Entered: 08/22/2022) |
| 08/26/2022 | 170 | NOTICE Of Filing by FMW RRI NC, LLC, RRI III, LLC, RRI West Management, LLC, Red Roof Franchising, LLC, Red Roof Inns, Inc., Westmont Hospitality Group, Inc. *Notice of Intent to Seek Apportionment of Fault Against Non–Parties Pursuant to O.C.G.A 51–12–33 for Plaintiff C.A.* (Allushi, Admir) (Entered: 08/26/2022) |
| 08/26/2022 | 171 | NOTICE Of Filing by FMW RRI NC, LLC, RRI West Management, LLC, Red Roof Franchising, LLC, Red Roof Inns, Inc., Westmont Hospitality Group, Inc. *Notice of Intent to Seek Apportionment of Fault Against Non–Parties Pursuant to O.C.G.A 51–12–33 for Plaintiff M.M.* (Allushi, Admir) (Entered: 08/26/2022) |
| 08/26/2022 | 172 | NOTICE Of Filing by FMW RRI NC, LLC, RRI III, LLC, RRI West Management, LLC, Red Roof Franchising, LLC, Red Roof Inns, Inc., Westmont Hospitality Group, Inc. *Notice of Intent to Seek Apportionment of Fault Against Non–Parties Pursuant to O.C.G.A 51–12–33 for Plaintiff M.B.* (Allushi, Admir) (Entered: 08/26/2022) |

| 08/26/2022 | 173 | NOTICE by FMW RRI NC, LLC, RRI III, LLC, RRI West Management, LLC, Red Roof Franchising, LLC, Red Roof Inns, Inc., Westmont Hospitality Group, Inc. *Notice of Intent to Seek Apportionment of Fault Against Non−Parties Pursuant to O.C.G.A 51−12−33 for Plaintiff R.K.* (Allushi, Admir) (Entered: 08/26/2022) |
|---|---|---|
| 08/26/2022 | 174 | NOTICE by FMW RRI NC, LLC, RRI III, LLC, RRI West Management, LLC, Red Roof Franchising, LLC, Red Roof Inns, Inc., Westmont Hospitality Group, Inc. *Notice of Intent to Seek Apportionment of Fault Against Non−Parties Pursuant to O.C.G.A 51−12−33 for Plaintiff R.P.* (Allushi, Admir) (Entered: 08/26/2022) |
| 08/26/2022 | 175 | NOTICE by FMW RRI NC, LLC, RRI III, LLC, RRI West Management, LLC, Red Roof Franchising, LLC, Red Roof Inns, Inc., Westmont Hospitality Group, Inc. *Notice of Intent to Seek Apportionment of Fault Against Non−Parties Pursuant to O.C.G.A 51−12−33 for Plaintiff D.P.* (Allushi, Admir) (Entered: 08/26/2022) |
| 08/26/2022 | 176 | NOTICE by FMW RRI NC, LLC, RRI III, LLC, RRI West Management, LLC, Red Roof Franchising, LLC, Red Roof Inns, Inc., Westmont Hospitality Group, Inc. *Notice of Intent to Seek Apportionment of Fault Against Non−Parties Pursuant to O.C.G.A 51−12−33 for Plaintiff A.F.* (Allushi, Admir) (Entered: 08/26/2022) |
| 08/26/2022 | 177 | NOTICE by FMW RRI NC, LLC, RRI III, LLC, RRI West Management, LLC, Red Roof Franchising, LLC, Red Roof Inns, Inc., Westmont Hospitality Group, Inc. *Notice of Intent to Seek Apportionment of Fault Against Non−Parties Pursuant to O.C.G.A.§ 51−12−33 to Plaintiff TH* (Allushi, Admir) (Entered: 08/26/2022) |
| 08/26/2022 | 178 | NOTICE by FMW RRI NC, LLC, RRI III, LLC, RRI West Management, LLC, Red Roof Franchising, LLC, Red Roof Inns, Inc., Westmont Hospitality Group, Inc. *Notice of Intent to Seek Apportionment of Fault Against Non−Parties Pursuant to O.C.G.A.§ 51−12−33 to Plaintiff WK* (Allushi, Admir) (Entered: 08/26/2022) |
| 08/26/2022 | 179 | NOTICE by FMW RRI NC, LLC, RRI III, LLC, RRI West Management, LLC, Red Roof Franchising, LLC, Red Roof Inns, Inc., Westmont Hospitality Group, Inc. *Notice of Intent to Seek Apportionment of Fault Against Non−Parties Pursuant to O.C.G.A.§ 51−12−33 to Plaintiff KP* (Allushi, Admir) (Entered: 08/26/2022) |
| 08/26/2022 | 180 | NOTICE by FMW RRI NC, LLC, RRI III, LLC, RRI West Management, LLC, Red Roof Franchising, LLC, Red Roof Inns, Inc., Westmont Hospitality Group, Inc. *Notice of Intent to Seek Apportionment of Fault Against Non−Parties Pursuant to O.C.G.A.§ 51−12−33 to Plaintiff A.F.* (Allushi, Admir) (Entered: 08/26/2022) |
| 08/26/2022 | 181 | NOTICE by FMW RRI NC, LLC, RRI III, LLC, RRI West Management, LLC, Red Roof Franchising, LLC, Red Roof Inns, Inc., Westmont Hospitality Group, Inc. *Notice of Intent to Seek Apportionment of Fault Against Non−Parties Pursuant to O.C.G.A.§ 51−12−33 to Plaintiff E.H.* (Allushi, Admir) (Entered: 08/26/2022) |
| 08/29/2022 | 182 | NOTICE to Take Deposition of A.F. filed by FMW RRI NC, LLC, RRI III, LLC, RRI West Management, LLC, Red Roof Franchising, LLC, Red Roof Inns, Inc., Westmont Hospitality Group, Inc. (Allushi, Admir) (Entered: 08/29/2022) |
| 08/29/2022 | 183 | NOTICE to Take Deposition of Michael Tyrone Rutledge and Martez Marquel Fuqua filed by FMW RRI NC, LLC, RRI III, LLC, RRI West Management, LLC, Red Roof Franchising, LLC, Red Roof Inns, Inc., Westmont Hospitality Group, Inc. (Allushi, Admir) (Entered: 08/29/2022) |
| 08/30/2022 | 184 | STIPULATION of Dismissal *Claims Against Varahi Hotel, LLC* by A.F.. (Tonge, Jonathan) (Entered: 08/30/2022) |

| 08/31/2022 | 185 | Amended NOTICE to Take Deposition of A.F. filed by FMW RRI NC, LLC, RRI III, LLC, RRI West Management, LLC, Red Roof Franchising, LLC, Red Roof Inns, Inc., Westmont Hospitality Group, Inc. (Allushi, Admir) (Entered: 08/31/2022) |
|---|---|---|
| 08/31/2022 | | Clerk's Entry of Dismissal APPROVING 184 Stipulation of Dismissal pursuant to Fed.R.Civ.P.41(a)(1)(A)(ii) (ceo) (Entered: 08/31/2022) |
| 09/06/2022 | 186 | Expert Report of Matthew Norman, MD & Kimberly Mehlman−Orozco, Ph.D. by Varahi Hotel, LLC.(Keith, Christopher) (Entered: 09/06/2022) |
| 09/06/2022 | 187 | Expert Report of Kimberly Mehlman−Orozco, PH.D. & Matthew W. Norman, M.D. by FMW RRI NC, LLC, RRI III, LLC, RRI West Management, LLC, Red Roof Franchising, LLC, Red Roof Inns, Inc., Westmont Hospitality Group, Inc..(Allushi, Admir) (Entered: 09/06/2022) |
| 09/07/2022 | 188 | CERTIFICATE OF SERVICE filed by A.F., C.A., D.P., E.H., K.P., M.B., M.M., R.K., R.P., T.H., W.K. *Expert Reports* (Baumrind, Michael) (Entered: 09/07/2022) |
| 09/13/2022 | 189 | Amended NOTICE to Take Deposition of Meghan Harrsch filed by FMW RRI NC, LLC, RRI III, LLC, RRI West Management, LLC, Red Roof Franchising, LLC, Red Roof Inns, Inc., Westmont Hospitality Group, Inc. (Allushi, Admir) (Entered: 09/13/2022) |
| 09/14/2022 | 190 | CERTIFICATE OF SERVICE *of Amended Notices of Deposition* by A.F., C.A., D.P., E.H., K.P., M.B., M.M., R.K., R.P., T.H., W.K..(Varghese, Manoj) (Entered: 09/14/2022) |
| 09/14/2022 | 191 | CERTIFICATE OF SERVICE *Defendant Red Roof Inns, Inc.'s Second Interrogatories, Second Request for Production of Documents and First Request for Admissions to Plaintiffs* by Red Roof Inns, Inc..(Henry, Lillian) (Entered: 09/14/2022) |
| 09/16/2022 | 192 | Amended NOTICE to Take Deposition of Plaintiff E.H. filed by Varahi Hotel, LLC (Keith, Christopher) (Entered: 09/16/2022) |
| 09/19/2022 | 193 | Amended NOTICE to Take Deposition of Michael Beene, Tradelle Lacy, Anthony Crumley filed by FMW RRI NC, LLC, RRI III, LLC, RRI West Management, LLC, Red Roof Franchising, LLC, Red Roof Inns, Inc., Westmont Hospitality Group, Inc. (Allushi, Admir) (Entered: 09/19/2022) |
| 09/20/2022 | 194 | CERTIFICATE OF SERVICE by Varahi Hotel, LLC.(Ream, Elliott) (Entered: 09/20/2022) |
| 09/21/2022 | 195 | CERTIFICATE OF SERVICE *Defendants Supplemental Objections and Responses to Plaintiffs' First Request for Production of Documents* by FMW RRI NC, LLC, RRI III, LLC, RRI West Management, LLC, Red Roof Franchising, LLC, Red Roof Inns, Inc., Westmont Hospitality Group, Inc..(Allushi, Admir) (Entered: 09/21/2022) |
| 09/22/2022 | 196 | CERTIFICATE OF SERVICE *Defendant Red Roof Inns, Inc.'s Subpoena for the Production of Documents to Better Health, Atlanta Redemption Ink, and SafeWay Psychological Services* by Red Roof Inns, Inc..(Allushi, Admir) (Entered: 09/22/2022) |
| 09/22/2022 | 197 | CERTIFICATE OF SERVICE *of Plaintiffs' Cross−Notice of Videotaped Depositions* by A.F., C.A., D.P., E.H., K.P., M.B., M.M., R.K., R.P., T.H., W.K..(Baumrind, Michael) (Entered: 09/22/2022) |
| 09/29/2022 | 198 | |

| | | |
|---|---|---|
| | | CERTIFICATE OF SERVICE *of Plaintiffs' Notice of 30(b)(6) Deposition of Varahi Hotel, LLC* by A.F., C.A., D.P., E.H., K.P., M.B., M.M., R.K., R.P., T.H., W.K..(Baumrind, Michael) (Entered: 09/29/2022) |
| 09/29/2022 | 199 | NOTICE by Varahi Hotel, LLC *of Objections to Notice of 30(b)(6) Deposition* (Ream, Elliott) (Entered: 09/29/2022) |
| 09/30/2022 | 200 | Amended NOTICE to Take Deposition of Meghan Harrsch filed by FMW RRI NC, LLC, RRI III, LLC, RRI West Management, LLC, Red Roof Franchising, LLC, Red Roof Inns, Inc., Westmont Hospitality Group, Inc. (Allushi, Admir) (Entered: 09/30/2022) |
| 10/03/2022 | 201 | NOTICE to Take Deposition of Meghan Harrsch filed by A.F., C.A., D.P., E.H., K.P., M.B., M.M., R.K., R.P., T.H., W.K. (Baumrind, Michael) (Entered: 10/03/2022) |
| 10/03/2022 | 202 | Expert Report of by Varahi Hotel, LLC.(Ream, Elliott) (Entered: 10/03/2022) |
| 10/04/2022 | 203 | CERTIFICATE OF SERVICE *Second Supplemental Objections and Responses to Plaintiff's First Request for Production of Documents* by FMW RRI NC, LLC, RRI III, LLC, RRI West Management, LLC, Red Roof Franchising, LLC, Red Roof Inns, Inc..(Allushi, Admir) (Entered: 10/04/2022) |
| 10/06/2022 | 204 | Joint NOTICE to Take Deposition of Melanie Bliss filed by Varahi Hotel, LLC (Keith, Christopher) (Entered: 10/06/2022) |
| 10/06/2022 | 205 | Joint NOTICE to Take Deposition of David Williamson filed by Varahi Hotel, LLC (Keith, Christopher) (Entered: 10/06/2022) |
| 10/06/2022 | 206 | Joint NOTICE to Take Deposition of Anique Whitmore filed by Varahi Hotel, LLC (Keith, Christopher) (Entered: 10/06/2022) |
| 10/06/2022 | 207 | Joint NOTICE to Take Deposition of Alan Tallis filed by Varahi Hotel, LLC (Keith, Christopher) (Entered: 10/06/2022) |
| 10/12/2022 | 208 | CERTIFICATE OF SERVICE *Defendants' Objections and Responses to Jane Doe 2's Interrogatories and Request for Production of Documents* by FMW RRI NC, LLC, RRI III, LLC, RRI West Management, LLC, Red Roof Franchising, LLC, Red Roof Inns, Inc., Westmont Hospitality Group, Inc..(Allushi, Admir) (Entered: 10/12/2022) |
| 10/14/2022 | 209 | CERTIFICATE OF SERVICE *of Discovery* by A.F., C.A., D.P., E.H., K.P., M.B., M.M., R.K., R.P., T.H., W.K..(Baumrind, Michael) (Entered: 10/14/2022) |
| 10/14/2022 | 210 | CERTIFICATE OF SERVICE *of Plaintiffs' Fifth Request for Production of Documents to Red Roof Defendants and Fourth Request for Production of Documents to Varahi Hotel* by A.F., C.A., D.P., E.H., K.P., M.B., M.M., R.K., R.P., T.H., W.K..(Mykkeltvedt, Tiana) (Entered: 10/14/2022) |
| 10/21/2022 | 211 | Minute Entry for proceedings held before Judge Victoria M. Calvert: Telephone Conference held on 10/21/2022. The Court granted defendants' request to extend discovery on the limited basis stated during the call. Parties to confer and submit a proposed schedule to the courtroom deputy clerk by Monday, October 24, 2022. (Court Reporter Wynette Blathers)(lwb) (Entered: 10/21/2022) |
| 10/27/2022 | | MODIFIED SCHEDULING ORDER (by docket text only): The Court hereby modifies the Scheduling Order Doc. 114 as follows: motions for summary judgment are due no later than January 20, 2023; responses are due by March 3, 2023; reply briefs, if any, are due by April 14, 2023. Daubert motions are due according to |

| | | N.D.Ga. L.R. 26.2. Entered by Modified on 10/27/2022 (vs). (Entered: 10/27/2022) |
|---|---|---|
| 11/03/2022 | 212 | CERTIFICATE OF SERVICE *of Discovery (Amended)* by A.F., C.A., D.P., E.H., K.P., M.B., M.M., R.K., R.P., T.H., W.K..(Baumrind, Michael) (Entered: 11/03/2022) |
| 11/04/2022 | 213 | Amended NOTICE to Take Deposition of Anique S. Whitmore, MA, LPC filed by Varahi Hotel, LLC (Keith, Christopher) (Entered: 11/04/2022) |
| 11/07/2022 | 214 | CERTIFICATE OF SERVICE by Varahi Hotel, LLC.(Keith, Christopher) (Entered: 11/07/2022) |
| 11/08/2022 | 215 | CERTIFICATE OF SERVICE *RULE 5.4 CERTIFICATE OF SERVICE OF DISCOVERY* by FMW RRI NC, LLC, RRI III, LLC, RRI West Management, LLC, Red Roof Franchising, LLC, Red Roof Inns, Inc., Westmont Hospitality Group, Inc..(Fennelly, Emma) (Entered: 11/08/2022) |
| 11/22/2022 | 216 | CERTIFICATE OF SERVICE *Rule 5.4 Certificate of Service of Discovery* by FMW RRI NC, LLC, RRI III, LLC, RRI West Management, LLC, Red Roof Franchising, LLC, Red Roof Inns, Inc., Westmont Hospitality Group, Inc..(Allushi, Admir) (Entered: 11/22/2022) |
| 11/29/2022 | 217 | NOTICE to Take Deposition of Dr. Kim Mehlman−Orozco filed by A.F., C.A., D.P., E.H., K.P., M.B., M.M., R.K., R.P., T.H., W.K. (Mykkeltvedt, Tiana) (Entered: 11/29/2022) |
| 11/29/2022 | 218 | NOTICE to Take Deposition of Dr. Matthew Norman filed by A.F., C.A., D.P., E.H., K.P., M.B., M.M., R.K., R.P., T.H., W.K. (Mykkeltvedt, Tiana) (Entered: 11/29/2022) |
| 11/29/2022 | 219 | NOTICE to Take Deposition of Greg H. Bristol filed by A.F., C.A., D.P., E.H., K.P., M.B., M.M., R.K., R.P., T.H., W.K. (Mykkeltvedt, Tiana) (Entered: 11/29/2022) |
| 12/08/2022 | 220 | ORDER for Parties to participate in mediation. On or before December 30, 2022, the parties should inform the Court if they would like a United States Magistrate Judge or a private mediator to conduct the mediation. The mediation should be held before March 27, 2023. Within two days of completion of the mediation, the parties shall report the outcome of mediation to the Court. Signed by Judge Victoria M. Calvert on December 8, 2022. (lwb) (Entered: 12/08/2022) |
| 12/29/2022 | 221 | Notice for Leave of Absence for the following date(s): March 31, April 3−7, May 23, May 25−26, June 5−9, June 12, July 3, July 5−7, July 10−13, November 20−24, November 27, December 5−8, December 20−22, December 26−29, January 2−3 2024, by Christopher Shane Keith. (Keith, Christopher) (Entered: 12/29/2022) |
| 01/11/2023 | 222 | CERTIFICATE OF SERVICE *of Discovery* by A.F., C.A., D.P., E.H., K.P., M.B., M.M., R.K., R.P., T.H., W.K..(Baumrind, Michael) (Entered: 01/11/2023) |
| 01/16/2023 | 223 | Unopposed MOTION for Leave to File Excess Pages by Varahi Hotel, LLC. (Attachments: # 1 Text of Proposed Order)(Keith, Christopher) (Entered: 01/16/2023) |
| 01/17/2023 | 224 | ORDER Granting 223 Motion for Leave to File Excess Pages. Varahi may exceed the 25 page limit by up to 3 pages per brief. Signed by Judge Victoria M. Calvert on January 17, 2023. (lwb) (Entered: 01/17/2023) |
| 01/17/2023 | 225 | MOTION for Leave to File Excess Pages *Re: Briefs in Support of Motions for Summary Judgment* by FMW RRI NC, LLC, RRI III, LLC, RRI West Management, LLC, Red Roof Franchising, LLC, Red Roof Inns, Inc.. (Attachments: # 1 [Proposed]Order Granting Motion for Leave to Exceed Page Limits re: Defendants' |

| | | |
|---|---|---|
| | | Brief in Support of Defendants' Motion for Summary Judgment)(Briscoe, Tameika) (Entered: 01/17/2023) |
| 01/18/2023 | | ORDER (by docket text only) granting in part 225 Motion for Leave to File Excess Pages. Defendants' may exceed the Twenty–Five (25) page limit by Ten (10) pages. Entered by Judge Victoria M. Calvert on 1/18/2023. (vs) (Entered: 01/18/2023) |
| 01/18/2023 | 226 | MOTION for Relief To File Materials in Support of the upcoming summary judgment motions under seal by FMW RRI NC, LLC, RRI III, LLC, RRI West Management, LLC, Red Roof Franchising, LLC, Red Roof Inns, Inc., Varahi Hotel, LLC. (Attachments: # 1 Text of Proposed Order)(Keith, Christopher) (Entered: 01/18/2023) |
| 01/19/2023 | 227 | ORDER granting 226 Motion for Leave to File Materials Under Seal. Signed by Judge Victoria M. Calvert on 1/19/2023. (bgt) (Entered: 01/19/2023) |
| 01/20/2023 | 228 | NOTICE Of Filing DEPOSITIONS AND DEPO EXCERPTS UNDER SEAL by Varahi Hotel, LLC (Keith, Christopher) (Entered: 01/20/2023) |
| 01/20/2023 | 229 | PROVISIONALLY SEALED – INCORRECT DOCUMENT DOCKETED PER ATTORNEY DEPOSITION of Plaintiff W.K. taken on 11/4/2021 by Varahi Hotel, LLC.(Keith, Christopher) Modified on 1/20/2023 to edit text (jra). (Entered: 01/20/2023) |
| 01/20/2023 | 230 | SEALED DEPOSITION of Plaintiff R.P. taken on 4/14/2022 by Varahi Hotel, LLC.(Keith, Christopher) Modified on 1/24/2023 (vs). (Entered: 01/20/2023) |
| 01/20/2023 | 231 | PROVISIONALLY SEALED – INCORRECT DOCUMENT DOCKETED PER ATTORNEY DEPOSITION of Plaintiff E.H. taken on 10/12/2022 by Varahi Hotel, LLC.(Keith, Christopher) Modified on 1/20/2023 to edit text (jra). (Entered: 01/20/2023) |
| 01/20/2023 | 232 | PROVISIONALLY SEALED – INCORRECT DOCUMENT DOCKETED PER ATTORNEY DEPOSITION of Plaintiff D.P. taken on 6/30/2022 by Varahi Hotel, LLC.(Keith, Christopher) Modified on 1/20/2023 to edit text (jra). (Entered: 01/20/2023) |
| 01/20/2023 | 233 | PROVISIONALLY SEALED – INCORRECT DOCUMENT DOCKETED PER ATTORNEY DEPOSITION of Plaintiff M.B. taken on 3/22/2022 by Varahi Hotel, LLC.(Keith, Christopher) Modified on 1/20/2023 to edit text (jra). (Entered: 01/20/2023) |
| 01/20/2023 | 234 | SEALED DEPOSITION of T.H taken on May 5, 2022 by FMW RRI NC, LLC, RRI III, LLC, RRI West Management, LLC, Red Roof Franchising, LLC, Red Roof Inns, Inc..(Allushi, Admir) Modified on 1/24/2023 (vs). (Entered: 01/20/2023) |
| 01/20/2023 | 235 | SEALED DEPOSITION of K.P. taken on July 14, 2022 by FMW RRI NC, LLC, RRI III, LLC, RRI West Management, LLC, Red Roof Franchising, LLC, Red Roof Inns, Inc..(Allushi, Admir) (Entered: 01/20/2023) |
| 01/20/2023 | 236 | SEALED DEPOSITION of R.K. taken on May 6, 2022 by FMW RRI NC, LLC, RRI III, LLC, RRI West Management, LLC, Red Roof Franchising, LLC, Red Roof Inns, Inc..(Allushi, Admir) Modified on 1/24/2023 (vs). (Entered: 01/20/2023) |
| 01/20/2023 | 237 | SEALED DEPOSITION of Plaintiff W.K. (Refiled) taken on 11/4/2021 by Varahi Hotel, LLC.(Keith, Christopher) Modified on 1/24/2023 (vs). (Entered: 01/20/2023) |
| 01/20/2023 | 238 | |

| | | |
|---|---|---|
| | | SEALED DEPOSITION of Plaintiff E.H. (Refiled) taken on 10/12/2022 by Varahi Hotel, LLC.(Keith, Christopher) Modified on 1/24/2023 (vs). (Entered: 01/20/2023) |
| 01/20/2023 | 239 | SEALED DEPOSITION of W.K. taken on November 4, 2021 by FMW RRI NC, LLC, RRI III, LLC, RRI West Management, LLC, Red Roof Franchising, LLC, Red Roof Inns, Inc..(Allushi, Admir) Modified on 1/24/2023 (vs). (Entered: 01/20/2023) |
| 01/20/2023 | 240 | SEALED DEPOSITION of Plaintiff D.P. (Refiled) taken on 6/30/2022 by Varahi Hotel, LLC.(Keith, Christopher) Modified on 1/24/2023 (vs). (Entered: 01/20/2023) |
| 01/20/2023 | 241 | SEALED DEPOSITION of Plaintiff M.B. (Refiled) taken on 3/22/2022 by Varahi Hotel, LLC.(Keith, Christopher) Modified on 1/24/2023 (vs). (Entered: 01/20/2023) |
| 01/20/2023 | 242 | SEALED DEPOSITION of M.M. taken on November 11, 2021 by FMW RRI NC, LLC, RRI III, LLC, RRI West Management, LLC, Red Roof Franchising, LLC, Red Roof Inns, Inc..(Allushi, Admir) Modified on 1/24/2023 (vs). (Entered: 01/20/2023) |
| 01/20/2023 | 243 | SEALED DEPOSITION of R.P. taken on April 14, 2022 by FMW RRI NC, LLC, RRI III, LLC, RRI West Management, LLC, Red Roof Franchising, LLC, Red Roof Inns, Inc..(Allushi, Admir) Modified on 1/24/2023 (vs). (Entered: 01/20/2023) |
| 01/20/2023 | 244 | SEALED DEPOSITION of M.B. taken on March 22, 2022 by FMW RRI NC, LLC, RRI III, LLC, RRI West Management, LLC, Red Roof Franchising, LLC, Red Roof Inns, Inc..(Allushi, Admir) Modified on 1/24/2023 (vs). (Entered: 01/20/2023) |
| 01/20/2023 | 245 | SEALED DEPOSITION of R.K. taken on May 6, 2022 by FMW RRI NC, LLC, RRI III, LLC, RRI West Management, LLC, Red Roof Franchising, LLC, Red Roof Inns, Inc..(Allushi, Admir) Modified on 1/24/2023 (vs). (Entered: 01/20/2023) |
| 01/20/2023 | 246 | SEALED DEPOSITION of Excerpts from Plaintiff W.K. Deposition by Varahi Hotel, LLC.(Keith, Christopher) Modified on 1/24/2023 (vs). (Entered: 01/20/2023) |
| 01/20/2023 | 247 | SEALED DEPOSITION of Excerpts from Plaintiff R.P. Deposition by Varahi Hotel, LLC.(Keith, Christopher) Modified on 1/24/2023 (vs). (Entered: 01/20/2023) |
| 01/20/2023 | 248 | SEALED DEPOSITION of E.H. taken on October 12, 2022 by FMW RRI NC, LLC, RRI III, LLC, RRI West Management, LLC, Red Roof Franchising, LLC, Red Roof Inns, Inc..(Allushi, Admir) Modified on 1/24/2023 (vs). (Entered: 01/20/2023) |
| 01/20/2023 | 249 | SEALED DEPOSITION of Excerpts from Plaintiff E.H. Deposition by Varahi Hotel, LLC.(Keith, Christopher) Modified on 1/24/2023 (vs). (Entered: 01/20/2023) |
| 01/20/2023 | 250 | SEALED DEPOSITION of Excerpts from Plaintiff D.P. Deposition by Varahi Hotel, LLC.(Keith, Christopher) Modified on 1/24/2023 (vs). (Entered: 01/20/2023) |
| 01/20/2023 | 251 | SEALED DEPOSITION of Excerpts from Plaintiff M.B. Deposition by Varahi Hotel, LLC.(Keith, Christopher) Modified on 1/24/2023 (vs). (Entered: 01/20/2023) |
| 01/20/2023 | 252 | SEALED DEPOSITION of C.A. taken on March 3, 2022 by FMW RRI NC, LLC, RRI III, LLC, RRI West Management, LLC, Red Roof Franchising, LLC, Red Roof Inns, Inc..(Allushi, Admir) Modified on 1/24/2023 (vs). (Entered: 01/20/2023) |
| 01/20/2023 | 253 | SEALED DEPOSITION of C.A. taken on August 12, 2022 by FMW RRI NC, LLC, RRI III, LLC, RRI West Management, LLC, Red Roof Franchising, LLC, Red Roof Inns, Inc..(Allushi, Admir) Modified on 1/24/2023 (vs). (Entered: 01/20/2023) |
| 01/20/2023 | 254 | |

| | | |
|---|---|---|
| | | SEALED DEPOSITION of D.P. taken on June 30, 2022 by FMW RRI NC, LLC, RRI III, LLC, RRI West Management, LLC, Red Roof Franchising, LLC, Red Roof Inns, Inc..(Allushi, Admir) Modified on 1/24/2023 (vs). (Entered: 01/20/2023) |
| 01/20/2023 | 255 | SEALED DEPOSITION of A.F. taken on August 31, 2022 by FMW RRI NC, LLC, RRI III, LLC, RRI West Management, LLC, Red Roof Franchising, LLC, Red Roof Inns, Inc..(Allushi, Admir) Modified on 1/24/2023 (vs). (Entered: 01/20/2023) |
| 01/20/2023 | 256 | SEALED DEPOSITION of Gregory E. Stocker taken on September 21, 2022 by FMW RRI NC, LLC, RRI III, LLC, RRI West Management, LLC, Red Roof Franchising, LLC, Red Roof Inns, Inc..(Allushi, Admir) Modified on 1/24/2023 (vs). (Entered: 01/20/2023) |
| 01/20/2023 | 257 | SEALED DEPOSITION of Vickie Lam taken on March 11, 2022 by FMW RRI NC, LLC, RRI III, LLC, RRI West Management, LLC, Red Roof Franchising, LLC, Red Roof Inns, Inc..(Allushi, Admir) Modified on 1/24/2023 (vs). (Entered: 01/20/2023) |
| 01/20/2023 | 258 | SEALED DEPOSITION of James Moyer taken on March 18, 2022 by FMW RRI NC, LLC, RRI III, LLC, RRI West Management, LLC, Red Roof Franchising, LLC, Red Roof Inns, Inc..(Allushi, Admir) Modified on 1/24/2023 (vs). (Entered: 01/20/2023) |
| 01/20/2023 | 259 | MOTION for Partial Summary Judgment *on Plaintiffs' Claims under the TVPRA (deposition excerpts previously filed under seal)* with Brief In Support by Varahi Hotel, LLC. (Attachments: # 1 Brief, # 2 Statement of Material Facts)(Keith, Christopher) ––Please refer to http://www.gand.uscourts.gov to obtain the Notice to Respond to Summary Judgment Motion form contained on the Court's website.–– (Entered: 01/20/2023) |
| 01/20/2023 | 260 | MOTION for Summary Judgment *on the Claims of Plaintiff D.P. (deposition excerpts previously filed under seal)* with Brief In Support by Varahi Hotel, LLC. (Attachments: # 1 Brief, # 2 Statement of Material Facts)(Keith, Christopher) ––Please refer to http://www.gand.uscourts.gov to obtain the Notice to Respond to Summary Judgment Motion form contained on the Court's website.–– (Entered: 01/20/2023) |
| 01/20/2023 | 261 | MOTION for Summary Judgment *on the Claims of Plaintiff E.H. (deposition excerpts previously filed under seal)* with Brief In Support by Varahi Hotel, LLC. (Attachments: # 1 Brief, # 2 Statement of Material Facts)(Keith, Christopher) ––Please refer to http://www.gand.uscourts.gov to obtain the Notice to Respond to Summary Judgment Motion form contained on the Court's website.–– (Entered: 01/20/2023) |
| 01/20/2023 | 262 | MOTION for Summary Judgment *on the Claims of Plaintiff M.B. (deposition excerpts previously filed under seal)* with Brief In Support by Varahi Hotel, LLC. (Attachments: # 1 Brief, # 2 Statement of Material Facts)(Keith, Christopher) ––Please refer to http://www.gand.uscourts.gov to obtain the Notice to Respond to Summary Judgment Motion form contained on the Court's website.–– (Entered: 01/20/2023) |
| 01/20/2023 | 263 | MOTION for Summary Judgment *on the Claims of Plaintiff R.P. (deposition excerpts previously filed under seal)* with Brief In Support by Varahi Hotel, LLC. (Attachments: # 1 Brief, # 2 Statement of Material Facts)(Keith, Christopher) ––Please refer to http://www.gand.uscourts.gov to obtain the Notice to Respond to Summary Judgment Motion form contained on the Court's website.–– (Entered: 01/20/2023) |

| 01/20/2023 | 264 | MOTION for Summary Judgment *on the Claims of Plaintiff W.K. (deposition excerpts previously filed under seal)* with Brief In Support by Varahi Hotel, LLC. (Attachments: # 1 Brief, # 2 Statement of Material Facts)(Keith, Christopher) ––Please refer to http://www.gand.uscourts.gov to obtain the Notice to Respond to Summary Judgment Motion form contained on the Court's website.–– (Entered: 01/20/2023) |
|---|---|---|
| 01/20/2023 | 265 | SEALED DEPOSITION of Gregory E. Stocker taken on May 11, 2022 by FMW RRI NC, LLC, RRI III, LLC, RRI West Management, LLC, Red Roof Franchising, LLC, Red Roof Inns, Inc..(Allushi, Admir) Modified on 1/24/2023 (vs). (Entered: 01/20/2023) |
| 01/20/2023 | 266 | SEALED NOTICE Of Filing Filing Materials Under Seal by FMW RRI NC, LLC, RRI III, LLC, RRI West Management, LLC, Red Roof Franchising, LLC, Red Roof Inns, Inc. re 227 Order on Motion for Relief (Attachments: # 1 1. Standards Manual, # 2 2. Franchise Agreement)(Allushi, Admir) Modified on 1/24/2023 (vs). (Entered: 01/20/2023) |
| 01/20/2023 | 267 | MOTION for Summary Judgment with Brief In Support by FMW RRI NC, LLC, RRI III, LLC, RRI West Management, LLC, Red Roof Franchising, LLC, Red Roof Inns, Inc.. (Attachments: # 1 Brief MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT AGAINST PLAINTIFF K.P, # 2 Statement of Material Facts STATEMENT OF MATERIAL FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT AGAINST PLAINTIFF K.P., # 3 Exhibit 1 – EXCERPT FROM DEPOSITION TRANSCRIPT OF PLAINTIFF K.P., # 4 Exhibit 2 – EXCERPT FROM DEPOSITION TRANSCRIPT OF JAY MOYER, # 5 Exhibit 3 – EXCERPT FROM DEPOSITION TRANSCRIPT OF GREGORY STOCKER, # 6 Exhibit 4 – EXCERPT FROM DEPOSITION TRANSCRIPT OF VICKIE LAM)(Allushi, Admir) ––Please refer to http://www.gand.uscourts.gov to obtain the Notice to Respond to Summary Judgment Motion form contained on the Court's website.–– (Entered: 01/20/2023) |
| 01/20/2023 | 268 | MOTION for Summary Judgment with Brief In Support by FMW RRI NC, LLC, RRI III, LLC, RRI West Management, LLC, Red Roof Franchising, LLC, Red Roof Inns, Inc.. (Attachments: # 1 Brief MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT AGAINST PLAINTIFF T.H., # 2 Statement of Material Facts STATEMENT OF MATERIAL FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT AGAINST PLAINTIFF T.H., # 3 Exhibit 1 – EXCERPT FROM DEPOSITION TRANSCRIPT OF PLAINTIFF T.H., # 4 Exhibit 2 – EXCERPT FROM DEPOSITION TRANSCRIPT OF JAY MOYER, # 5 Exhibit 3 – EXCERPT FROM DEPOSITION TRANSCRIPT OF GREGORY STOCKER, # 6 Exhibit 4 – EXCERPT FROM DEPOSITION TRANSCRIPT OF VICKIE LAM)(Allushi, Admir) ––Please refer to http://www.gand.uscourts.gov to obtain the Notice to Respond to Summary Judgment Motion form contained on the Court's website.–– (Entered: 01/20/2023) |
| 01/20/2023 | 269 | MOTION for Summary Judgment with Brief In Support by FMW RRI NC, LLC, RRI III, LLC, RRI West Management, LLC, Red Roof Franchising, LLC, Red Roof Inns, Inc.. (Attachments: # 1 Brief MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT AGAINST PLAINTIFF W.K., # 2 Statement of Material Facts STATEMENT OF MATERIAL FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT AGAINST PLAINTIFF W.K., # 3 Exhibit 1 – EXCERPT FROM DEPOSITION TRANSCRIPT OF PLAINTIFF W.K., |

| | | |
|---|---|---|
| | | # 4 Exhibit 2 – EXCERPT FROM DEPOSITION TRANSCRIPT OF BHARAT PATEL, # 5 Exhibit 3 – FRANCHISE AGREEMENT PLACE HOLDER, # 6 Exhibit 4 – EXCERPT FROM DEPOSITION TRANSCRIPT OF ANDREW ALEXANDER, # 7 Exhibit 5 – EXCERPT FROM DEPOSITION TRANSCRIPT OF GEORGE LIMBERT, # 8 Exhibit 6 – STANDARDS MANUAL PLACE HOLDER, # 9 Exhibit 7 – EXCERPT FROM DEPOSITION TRANSCRIPT OF VARAHI 30(b)(6), # 10 Exhibit 8 – EXCERPT FROM DEPOSITION TRANSCRIPT OF JAMES MOYER, # 11 Exhibit 9 – EXCERPT FROM DEPOSITION TRANSCRIPT OF GREGORY STOCKER, # 12 Exhibit 10 – EXCERPT FROM DEPOSITION TRANSCRIPT OF VICKIE LAM)(Allushi, Admir) ––Please refer to http://www.gand.uscourts.gov to obtain the Notice to Respond to Summary Judgment Motion form contained on the Court's website.–– (Entered: 01/20/2023) |
| 01/20/2023 | 270 | MOTION for Summary Judgment with Brief In Support by FMW RRI NC, LLC, RRI III, LLC, RRI West Management, LLC, Red Roof Franchising, LLC, Red Roof Inns, Inc.. (Attachments: # 1 Brief MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT AGAINST PLAINTIFF C.A., # 2 Statement of Material Facts STATEMENT OF MATERIAL FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT AGAINST PLAINTIFF C.A.)(Allushi, Admir) ––Please refer to http://www.gand.uscourts.gov to obtain the Notice to Respond to Summary Judgment Motion form contained on the Court's website.–– (Entered: 01/20/2023) |
| 01/20/2023 | 271 | MOTION for Summary Judgment with Brief In Support by FMW RRI NC, LLC, RRI III, LLC, RRI West Management, LLC, Red Roof Franchising, LLC, Red Roof Inns, Inc.. (Attachments: # 1 Brief MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT AGAINST PLAINTIFF D.P, # 2 Statement of Material Facts STATEMENT OF MATERIAL FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT AGAINST PLAINTIFF D.P.)(Allushi, Admir) ––Please refer to http://www.gand.uscourts.gov to obtain the Notice to Respond to Summary Judgment Motion form contained on the Court's website.–– (Entered: 01/20/2023) |
| 01/20/2023 | 272 | MOTION for Summary Judgment with Brief In Support by FMW RRI NC, LLC, RRI III, LLC, RRI West Management, LLC, Red Roof Franchising, LLC, Red Roof Inns, Inc.. (Attachments: # 1 Brief MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT AGAINST PLAINTIFF R.P., # 2 Statement of Material Facts STATEMENT OF MATERIAL FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT AGAINST R.P.)(Allushi, Admir) ––Please refer to http://www.gand.uscourts.gov to obtain the Notice to Respond to Summary Judgment Motion form contained on the Court's website.–– (Entered: 01/20/2023) |
| 01/20/2023 | 273 | MOTION for Summary Judgment with Brief In Support by Westmont Hospitality Group, Inc.. (Attachments: # 1 Brief MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT AGAINST PLAINTIFFS, # 2 Statement of Material Facts STATEMENT OF MATERIAL FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT AGAINST PLAINTIFFS)(Allushi, Admir) ––Please refer to http://www.gand.uscourts.gov to obtain the Notice to Respond to Summary Judgment Motion form contained on the Court's website.–– (Entered: 01/20/2023) |
| 01/20/2023 | 274 | MOTION for Summary Judgment with Brief In Support by FMW RRI NC, LLC, RRI |

| | | |
|---|---|---|
| | | III, LLC, RRI West Management, LLC, Red Roof Franchising, LLC, Red Roof Inns, Inc.. (Attachments: # 1 Brief MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT AGAINST PLAINTIFF A.F., # 2 Statement of Material Facts STATEMENT OF MATERIAL FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT AGAINST PLAINTIFF A.F.)(Allushi, Admir) −−Please refer to http://www.gand.uscourts.gov to obtain the Notice to Respond to Summary Judgment Motion form contained on the Court's website.−− (Entered: 01/20/2023) |
| 01/20/2023 | 275 | MOTION for Summary Judgment with Brief In Support by FMW RRI NC, LLC, RRI III, LLC, RRI West Management, LLC, Red Roof Franchising, LLC, Red Roof Inns, Inc.. (Attachments: # 1 Brief MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT AGAINST PLAINTIFF M.B., # 2 Statement of Material Facts STATEMENT OF MATERIAL FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT AGAINST PLAINTIFF M.B.)(Allushi, Admir) −−Please refer to http://www.gand.uscourts.gov to obtain the Notice to Respond to Summary Judgment Motion form contained on the Court's website.−− (Entered: 01/20/2023) |
| 01/20/2023 | 276 | SEALED DEPOSITION of GEORGE LIMBERT taken on APRIL 27, 2022 by FMW RRI NC, LLC, RRI III, LLC, RRI West Management, LLC, Red Roof Franchising, LLC, Red Roof Inns, Inc..(Allushi, Admir) Modified on 1/24/2023 (vs). (Entered: 01/20/2023) |
| 01/20/2023 | 277 | MOTION for Summary Judgment *AGAINST PLAINTIFF R.K* with Brief In Support by FMW RRI NC, LLC, RRI III, LLC, RRI West Management, LLC, Red Roof Franchising, LLC, Red Roof Inns, Inc.. (Attachments: # 1 Brief MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT AGAINST PLAINTIFFS, # 2 Statement of Material Facts STATEMENT OF MATERIAL FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT AGAINST PLAINTIFFS)(Allushi, Admir) −−Please refer to http://www.gand.uscourts.gov to obtain the Notice to Respond to Summary Judgment Motion form contained on the Court's website.−− (Entered: 01/20/2023) |
| 01/20/2023 | 278 | SEALED DEPOSITION of GEORGE LIMBERT taken on APRIL 28, 2022 by FMW RRI NC, LLC, RRI III, LLC, RRI West Management, LLC, Red Roof Franchising, LLC, Red Roof Inns, Inc..(Allushi, Admir) Modified on 1/24/2023 (vs). (Entered: 01/20/2023) |
| 01/20/2023 | 279 | SEALED DEPOSITION of ANDREW ALEXANDER taken on JUNE 27, 2022 by FMW RRI NC, LLC, RRI III, LLC, RRI West Management, LLC, Red Roof Franchising, LLC, Red Roof Inns, Inc..(Allushi, Admir) Modified on 1/24/2023 (vs). (Entered: 01/20/2023) |
| 01/20/2023 | 280 | SEALED DEPOSITION of BRIANNE AUSTIN 30(b)(6) taken on MAY 17, 2022 by FMW RRI NC, LLC, RRI III, LLC, RRI West Management, LLC, Red Roof Franchising, LLC, Red Roof Inns, Inc..(Allushi, Admir) Modified on 1/24/2023 (vs). (Entered: 01/20/2023) |
| 01/20/2023 | 281 | SEALED DEPOSITION of MICHELE SARKISIAN taken on OCTOBER 20, 2021 by FMW RRI NC, LLC, RRI III, LLC, RRI West Management, LLC, Red Roof Franchising, LLC, Red Roof Inns, Inc..(Allushi, Admir) Modified on 1/24/2023 (vs). (Entered: 01/20/2023) |
| 01/20/2023 | 282 | |

| | | |
|---|---|---|
| | | MOTION for Summary Judgment *Against E.H.* with Brief In Support by FMW RRI NC, LLC. (Attachments: # 1 Brief Memo of Law in Support of Motion for Summary Judgement against EH, # 2 Statement of Material Facts Statement of Material Facts in Support of Motion for Summary Judgement against EH)(Allushi, Admir) ––Please refer to http://www.gand.uscourts.gov to obtain the Notice to Respond to Summary Judgment Motion form contained on the Court's website.–– (Entered: 01/20/2023) |
| 01/20/2023 | 283 | MOTION for Summary Judgment with Brief In Support by FMW RRI NC, LLC, RRI III, LLC, RRI West Management, LLC, Red Roof Franchising, LLC, Red Roof Inns, Inc.. (Attachments: # 1 Brief MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT AGAINST PLAINTIFF MM)(Allushi, Admir) ––Please refer to http://www.gand.uscourts.gov to obtain the Notice to Respond to Summary Judgment Motion form contained on the Court's website.–– (Entered: 01/20/2023) |
| 01/23/2023 | 284 | NOTICE Of Filing Motion for Summary Judgment by FMW RRI NC, LLC re 282 MOTION for Summary Judgment *Against E.H. Notice of Filing Exhibits to Defendants' Motion for Summary Judgment* (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit, # 10 Exhibit)(Allushi, Admir) (Entered: 01/23/2023) |
| 01/23/2023 | 285 | NOTICE Of Filing Exhibits to Defendant's Motion for Summary Judgment by FMW RRI NC, LLC, RRI III, LLC, RRI West Management, LLC, Red Roof Franchising, LLC, Red Roof Inns, Inc. re 270 MOTION for Summary Judgment (Attachments: # 1 Exhibit 1 – C.A.. Deposition Transcript Excerpt, # 2 Exhibit 2 – James Moyer Deposition Excerpt 3.18.22, # 3 Exhibit 3 – Gregory Stocker Deposition Excerpt, # 4 Exhibit 4 – Vickie Lam Deposition Excerpt)(Allushi, Admir) (Entered: 01/23/2023) |
| 01/23/2023 | 286 | SEALED NOTICE Of Filing by Varahi Hotel, LLC re 259 MOTION for Partial Summary Judgment *on Plaintiffs' Claims under the TVPRA (deposition excerpts previously filed under seal) Exhibit A–Plaintiff W.K.'s Responses to Varahi's First Interrogatories to Plaintiff Nos 2 and 12* (Keith, Christopher) Modified on 1/24/2023 (vs). (Entered: 01/23/2023) |
| 01/23/2023 | 287 | NOTICE Of Filing Exhibits to Defendant's Motion for Summary Judgment by FMW RRI NC, LLC, RRI III, LLC, RRI West Management, LLC, Red Roof Franchising, LLC, Red Roof Inns, Inc. re 271 MOTION for Summary Judgment (Attachments: # 1 Exhibit 1 – Bharat Patel Deposition Transcript Excerpt, # 2 Exhibit 2 – Franchise Agreement filed under seal, # 3 Exhibit 3 – Andrew Alexander Deposition Excerpt, # 4 Exhibit 4 – George Limbert Deposition Excerpt, # 5 Exhibit 5 – Standards Manual filed under seal, # 6 Exhibit 6 – Varahi 30(b)(6) Excerpt from Deposition Transcript, # 7 Exhibit 7 – Plaintiff D.P. Deposition Transcript Excerpt, # 8 Exhibit 8– Michele Sarkisian Deposition Transcript Excerpt, # 9 Exhibit 9 – Vickie Lam Deposition Transcript Excerpt)(Allushi, Admir) (Entered: 01/23/2023) |
| 01/23/2023 | 288 | NOTICE Of Filing Motion for Summary Judgment by FMW RRI NC, LLC re 275 MOTION for Summary Judgment *Notice of Filing Exhibits to Defendants' Motion for Summary Judgment Against MB* (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit)(Allushi, Admir) (Entered: 01/23/2023) |
| 01/23/2023 | 289 | NOTICE Of Filing Motion for Summary Judgment by FMW RRI NC, LLC re 283 MOTION for Summary Judgment *Notice of Filing Exhibits to Defendants' Motion for Summary Judgment Against MM* (Attachments: # 1 Exhibit, # 2 Exhibit)(Allushi, |

| | | Admir) (Entered: 01/23/2023) |
|---|---|---|
| 01/23/2023 | 290 | NOTICE Of Filing Exhibits to Defendant's Motion for Summary Judgment by FMW RRI NC, LLC, RRI III, LLC, RRI West Management, LLC, Red Roof Franchising, LLC, Red Roof Inns, Inc. re 272 MOTION for Summary Judgment (Attachments: # 1 Exhibit 1 – Plaintiff R.P. Deposition Transcript Excerpt, # 2 Exhibit 2 – Bharat Patel Deposition Transcript Excerpt, # 3 Exhibit 3 – Franchise Agreement Place Holder filed under seal, # 4 Exhibit 4 – Andrew Alexander Deposition Transcript Excerpt, # 5 Exhibit 3 – George Limbert Deposition Transcript Excerpt, # 6 Exhibit 6 –Place Holder filed under seal Standards Manual, # 7 Exhibit 7 – Varahi 30(b)(6) Deposition Transcript Excerpt, # 8 Exhibit 8– James Moyer Deposition Transcript Excerpt, # 9 Exhibit 9 – Gregory Stocker Deposition Transcript Excerpt, # 10 Exhibit 10– Vickie Lam Deposition Transcript Excerpt)(Allushi, Admir) (Entered: 01/23/2023) |
| 01/23/2023 | 291 | NOTICE Of Filing Defendants' Statement of Material Facts by FMW RRI NC, LLC, RRI III, LLC, RRI West Management, LLC, Red Roof Franchising, LLC, Red Roof Inns, Inc. re 283 MOTION for Summary Judgment (Attachments: # 1 Statement of Material Facts in Support of Defendants Motion for Summary Judgment against M.M.)(Allushi, Admir) Modified on 1/24/2023 to edit text (lwb). (Entered: 01/23/2023) |
| 01/23/2023 | 292 | NOTICE Of Filing Exhibits to Defendant's Motion for Summary Judgment by FMW RRI NC, LLC, RRI III, LLC, RRI West Management, LLC, Red Roof Franchising, LLC, Red Roof Inns, Inc. re 274 MOTION for Summary Judgment (Attachments: # 1 Exhibit 1 – Plaintiff A.F. Deposition Transcript Excerpt, # 2 Exhibit 2 – James Moyer Deposition Excerpt)(Allushi, Admir) (Entered: 01/23/2023) |
| 01/25/2023 | 293 | Consent MOTION to Dismiss *the claims of Plaintiffs AF and MM against Varahi* with Brief In Support by Varahi Hotel, LLC. (Attachments: # 1 Text of Proposed Order)(Keith, Christopher) (Entered: 01/25/2023) |
| 01/26/2023 | 294 | ORDER Granting 293 Motion to Dismiss Plaintiffs M.M.'s and A.F.'s claims against Defendant Varahi Hotel, LLC. The claims of Plaintiffs M.M. and A.F. against Defendant Varahi Hotel, LLC, are hereby dismissed with prejudice. No other claims are affected by this Order. Signed by Judge Victoria M. Calvert on January 26, 2023. (lwb) (Entered: 01/26/2023) |
| 02/07/2023 | 295 | NOTICE by Varahi Hotel, LLC *of Constitutional Challenge to the TVPRA* (Keith, Christopher) (Entered: 02/07/2023) |
| 02/15/2023 | 296 | PROVISIONALLY SEALED DEPOSITION of Melanie J. Bliss, Ph.D. taken on 10/26/2022 by Varahi Hotel, LLC.(Keith, Christopher) (Entered: 02/15/2023) |
| 02/15/2023 | 297 | NOTICE Of Filing Deposition of Melanie Bliss, Ph.D. filed Under Seal by Varahi Hotel, LLC (Keith, Christopher) (Entered: 02/15/2023) |
| 02/15/2023 | 298 | MOTION for Relief exclude Melanie Bliss, Ph.D. with Brief In Support by Varahi Hotel, LLC. (Attachments: # 1 Brief)(Keith, Christopher) (Entered: 02/15/2023) |
| 02/16/2023 | 299 | MOTION to Sever with Brief In Support by Varahi Hotel, LLC. (Attachments: # 1 Brief)(Keith, Christopher) Modified on 3/20/2023 (lwb). (Entered: 02/16/2023) |
| 02/16/2023 | 300 | Unopposed MOTION for Leave to File Excess Pages *for Consolidated Response Brief* by A.F., C.A., D.P., E.H., K.P., M.B., M.M., R.K., R.P., T.H., W.K.. (Attachments: # 1 Text of Proposed Order)(Mykkeltvedt, Tiana) (Entered: 02/16/2023) |

| | | |
|---|---|---|
| 02/17/2023 | | ORDER (by docket text only) granting 300 Motion for Leave to File Excess Pages. Prior to filing reply briefs, Defendants are directed to confer in an effort to facilitate the Court's review of the pending motions by identifying issues which would lend themselves to a consolidated reply brief. In addition to filing individual reply briefs, Defendants are permitted, but not required, to file a single, 50–page, consolidated reply brief which may be incorporated by reference into individual reply briefs. Signed by Judge Victoria M. Calvert on 2/17/2023. (ntj) (Entered: 02/17/2023) |
| 02/21/2023 | 301 | MOTION for Extension of Time to File Response to Varahi's Daubert Motion by A.F., C.A., D.P., E.H., K.P., M.B., M.M., R.K., R.P., T.H., W.K.. (Attachments: # 1 Text of Proposed Order)(Mykkeltvedt, Tiana) (Entered: 02/21/2023) |
| 02/21/2023 | 302 | RESPONSE in Opposition re 301 MOTION for Extension of Time to File Response to Varahi's Daubert Motion *& Motion to Sever* filed by Varahi Hotel, LLC. (Keith, C. Shane) (Entered: 02/21/2023) |
| 02/22/2023 | | ORDER (by docket text only) GRANTING IN PART 301 Motion for Extension of Time. The deadline for Plaintiffs to respond to Varahi's 298 Motion to Exclude is EXTENDED to April 14, 2023. The deadline for Plaintiffs to respond to Varahi's 299 Motion to Sever is EXTENDED to March 12, 2023. Entered by Judge Victoria M. Calvert on 2/22/23. (vs) Modified on 2/22/2023 to correct text (vs). (Entered: 02/22/2023) |
| 03/02/2023 | 303 | RESPONSE re 273 MOTION for Summary Judgment filed by W.K.. (Seals, Amanda) (Entered: 03/02/2023) |
| 03/02/2023 | 304 | Response to Statement of Material Facts re 259 MOTION for Partial Summary Judgment *on Plaintiffs' Claims under the TVPRA (deposition excerpts previously filed under seal)* filed by W.K.. (Seals, Amanda) (Entered: 03/02/2023) |
| 03/02/2023 | 305 | NOTICE Of Filing Summary Judgment Exhibits 1–25 by A.F., C.A., D.P., E.H., K.P., M.B., M.M., R.K., R.P., T.H., W.K. (Attachments: # 1 Exhibit 1– JD1 Vol. 1 Deposition Excerpts, # 2 Exhibit 2– JD1 Vol. 2 Deposition Excerpts, # 3 Exhibit 3– JD2 Vol. 1 Deposition Excerpts, # 4 Exhibit 4– JD2 Vol. 2 Deposition Excerpts, # 5 Exhibit 5– JD3 Deposition Excerpts, # 6 Exhibit 6– JD4 Deposition Excerpts, # 7 Exhibit 7– DP Deposition Excerpts, # 8 Exhibit 8– EH Deposition Excerpts, # 9 Exhibit 9– MB Deposition Excerpts, # 10 Exhibit 10– RP Deposition Excerpts, # 11 Exhibit 11– WK Deposition Excerpts, # 12 Exhibit 12– Varahi (30(b)(6) Deposition Excerpts, # 13 Exhibit 13– Intentionally Left Blank, # 14 Exhibit 14– Michael Thompson Deposition Excerpts, # 15 Exhibit 15– Vanessa Cole Deposition Excerpts, # 16 Exhibit 16– KP Deposition Excerpts, # 17 Exhibit 17– Bharat Patel Deposition Excerpts, # 18 Exhibit 18– James Moyer Deposition Excerpts, # 19 Exhibit 19– Forrest Castille Deposition Excerpts, # 20 Exhibit 20– CA Vol. 1 Deposition Excerpts, # 21 Exhibit 21– CA Vol. 2 Deposition Excerpts, # 22 Exhibit 22– RK Deposition Excerpts, # 23 Exhibit 23– TH Deposition Excerpts, # 24 Exhibit 24– AF Deposition Excerpts, # 25 Exhibit 25– MM Deposition Excerpts)(Mykkeltvedt, Tiana) (Entered: 03/02/2023) |
| 03/02/2023 | 306 | NOTICE Of Filing Summary Judgment Exhibits 52–76 by A.F., C.A., D.P., E.H., K.P., M.B., M.M., R.K., R.P., T.H., W.K. (Attachments: # 1 Exhibit 52– RRI–FMC Structure Chart, # 2 Exhibit 53– Red Roof Inns, Inc. Structure Chart, # 3 Exhibit 54– RRI Dune Structure Chart, # 4 Exhibit 55– DeKalb County Police Department iIncident Report, # 5 Exhibit 56– Brookhaven Police Department Incident Report, # 6 Exhibit 57– Brookhaven Police Department Incident Report, # 7 Exhibit 58– |

| | | |
|---|---|---|
| | | Brookhaven Police Department Incident Report, # 8 Exhibit 59– Brookhaven Police Department Incident Report, # 9 Exhibit 60– Brookhaven Police Department Incident Report, # 10 Exhibit 61– Cobb County Police Incident Report, # 11 Exhibit 62– DeKalb County Police Department Incident Report, # 12 Exhibit 63– DeKalb County Police Department Incident Report, # 13 Exhibit 64– Cobb County Police Incident Report, # 14 Exhibit 65– Affidavit of Vanessa Cole, # 15 Exhibit 66– Affidavit of Michele Sarkisian, # 16 Exhibit 67– Affidavit of Brenda Conner, # 17 Exhibit 68– Declaration of WK, # 18 Exhibit 69– Plaintiff W.K.s Objections and Responses to Defendant Red Roof Inns, Incs First Interrogatories (excerpts), # 19 Exhibit 70– Plaintiff C.A.s Objections and Responses to Defendant Red Roof Inns, Inc.s First Interrogatories (excerpts), # 20 Exhibit 71– Plaintiff D.P.s Objections and Responses to Defendant Red Roof Inns, Inc.s First Interrogatories (excerpts), # 21 Exhibit 72– Plaintiff Jane Doe 2's Objections and Responses to Red Roof Inns, Inc.s First Interrogatories (excerpts), # 22 Exhibit 73– Plaintiff Jane Doe 2's Amended and Supplemental Objections and Responses to Defendant Red Roof Inns, Inc.'s Interrogatories (excerpts), # 23 Exhibit 74– Plaintiff E.H.s Objections and Responses to Defendant Red Roof Inns, Inc.s First Interrogatories (excerpts), # 24 Exhibit 75– Plaintiff E.H.s Amended and Supplemental Objections and Responses to Defendant Red Roof Inns, Inc.s First Interrogatories (excerpts), # 25 Exhibit 76– Plaintiff R.K.s Objections and Responses to Defendant Red Roof Inns, Inc.s First Interrogatories (excerpts))(Mykkeltvedt, Tiana) (Entered: 03/02/2023) |
| 03/02/2023 | 307 | NOTICE Of Filing Summary Judgment Exhibits 26–51 by A.F., C.A., D.P., E.H., K.P., M.B., M.M., R.K., R.P., T.H., W.K. (Attachments: # 1 Exhibit 26– Greg Stocker 30(b)(6) Vol. 1 Deposition Exhibits, # 2 Exhibit 27– Intentionally Left Blank, # 3 Exhibit 28– Greg Stocker Individual Deposition Excerpts, # 4 Exhibit 29– Michelle Sarkisian Deposition Excerpts, # 5 Exhibit 30– Andrew Alexander Deposition Excerpts, # 6 Exhibit 31– George Limbert Vol. 1 Deposition Excerpts, # 7 Exhibit 32– Intentionally Left Blank, # 8 Exhibit 33– Westmont Hospitality Group, Inc. 30(b)(6) (Brianne Austin) Deposition Excerpts, # 9 Exhibit 34– RRI 30(b)(6) (John Park) Deposition Excerpts, # 10 Exhibit 35– Vickie Lam Deposition Excerpts, # 11 Exhibit 36– Marina MacDonald Deposition Excerpts, # 12 Exhibit 37– Intentionally Left Blank, # 13 Exhibit 38– KP ESA Deposition Excerpts, # 14 Exhibit 39– CA ESA Deposition Excerpts, # 15 Exhibit 40– Brenda Conner Deposition Excerpts, # 16 Exhibit 41– Monica Hamilton Deposition Excerpts, # 17 Exhibit 42– RRI 30(b)(6) Michelle Wehrle Deposition Excerpts, # 18 Exhibit 43– Vince Vittatoe Deposition Excerpts, # 19 Exhibit 44– Tom McElroy Deposition Excerpts, # 20 Exhibit 45– Intentionally Left Blank, # 21 Exhibit 46– Intentionally Left Blank, # 22 Exhibit 47– Intentionally Left Blank, # 23 Exhibit 48– Plaintiffs' Claims Chart, # 24 Exhibit 49– Plaintiffs' Tracking Chart, # 25 Exhibit Cast of Characters, # 26 Exhibit Defendants' Roles Chart)(Mykkeltvedt, Tiana) (Entered: 03/02/2023) |
| 03/02/2023 | 308 | NOTICE Of Filing Summary Judgment Exhibits 77–102 by A.F., C.A., D.P., E.H., K.P., M.B., M.M., R.K., R.P., T.H., W.K. (Attachments: # 1 Exhibit 77– Plaintiff K.P.s Amended and Supplemental Objections and Responses to Defendant Red Roof Inns, Inc.s First Interrogatories (excerpts), # 2 Exhibit 78– Plaintiff M.M.s Objections and Responses to Defendant Red Roof Inns, Inc.s First Interrogatories (excerpts), # 3 Exhibit 79– Plaintiff Jane Doe 4's Amended and Supplemental Objections and Responses to Defendant Red Roof Inns, Inc.s First Interrogatories (excerpts), # 4 Exhibit 80– Plaintiff R.P.'s Amended and Supplemental Objections and Responses to Defendant Red Roof Inns, Inc.'s First Interrogatories (excerpts), # 5 Exhibit 81– Plaintiff Jane Doe 3's Objections and Responses to Defendant Red Roof Inns, Inc.'s |

| | | |
|---|---|---|
| | | First Interrogatories (excerpts), # 6 Exhibit 82– Email Re: 2014 Budget, # 7 Exhibit 83– Email Re: Calfee Report on Ohio Government: February 2012, # 8 Exhibit 84– Email Re: Did We Stay At The Seacucus RRI???, # 9 Exhibit 85– Email Re: Travel Risk Management Conference: Focusing on Corporate & Government Travel, # 10 Exhibit 86– Email Re: Todays Clips, # 11 Exhibit 87– Email Re: e–Pak 3.30.2012, # 12 Exhibit 88– Email Re: FW: legal notice RRI #88 Smyrna, GA, # 13 Exhibit 89– Email Re: RRI #88 Smyrna, GA Officer Jeffrey Adcock (Abatement Concerns), # 14 Exhibit 90– Email Re: RRI Crisis Monitoring Monthly Report– July to October, 2015, # 15 Exhibit 91– Email Re: Red Roof–2200 Corporate Plaza, # 16 Exhibit 92– Email Re: Crisis Monitoring Monthly Report– July to October, 2015, # 17 Exhibit 93– Email re: Druid Hills Buckhead #130, # 18 Exhibit 94– Email Re: Employee Meeting Notes Red Roof Inn Smyrna, # 19 Exhibit 95– Email re: 2014 Budget, # 20 Exhibit 96– Email re 2019 Bonus, # 21 Exhibit 97– Email re April– Mid Month NR, # 22 Exhibit 98– Email re Mid–Month NR– October, # 23 Exhibit 99– Email re RRI Audit Report, # 24 Exhibit 100– Email re Google Alert– Red Roof Inns, # 25 Exhibit 101– Email re St. Louis–Forest Park Notice, # 26 Exhibit 102– Email re RRI Framingham)(Mykkeltvedt, Tiana) (Entered: 03/02/2023) |
| 03/02/2023 | 309 | NOTICE Of Filing Summary Judgment Exhibits 103–128 by A.F., C.A., D.P., E.H., K.P., M.B., M.M., R.K., R.P., T.H., W.K. (Attachments: # 1 Exhibit 103–Email re Google Alert– Red Roof Inn, # 2 Exhibit 104– Email re Region 4 Security, # 3 Exhibit 105– Email re Google Alert– Red Roof Inn, # 4 Exhibit 106– Email re Google Alert– Red Roof Inn, # 5 Exhibit 107– Email re Google Alert– Red Roof Inn, # 6 Exhibit 108– Emal re Google Alert– Red Roof Inn, # 7 Exhibit 109– Email re Google Alert– Red Roof Inn, # 8 Exhibit 110– Email Re: Notes for Budget Reviews FMC and Dune, # 9 Exhibit 111– Email Re: Prostitutes, # 10 Exhibit 112– Email Re: Red Roof January 2012 Monthly Activities Report, # 11 Exhibit 113– Email re: Kyle Miller, # 12 Exhibit 114– Email re RRI Smyrna Satisfaction Survey Results, # 13 Exhibit 115– Email re Red Roof Inn Daily Summary, # 14 Exhibit 116– Email Re: OH&LA: Recap of Columbus Meeting 2.9.12, # 15 Exhibit 117– Email Re: Red Roof Plus+ Atlanta – Buckhead Complaint of Guest at Property, # 16 Exhibit 118– Email Re: Prostitutes IO130, # 17 Exhibit 119– Copy of Negative Case Extract–Last Month – 03–31–2015 (Excerpt), # 18 Exhibit 120– Email re D11 Negative Comments with excerpt, # 19 Exhibit 121– Email Re: Service Manager Task Assigned– Tracey Strickland, # 20 Exhibit 122– RRI Crisis Monitoring Top Properties May–December 2015 (Extract), # 21 Exhibit 123– RRI Smyrna Satisfaction Survey Results, # 22 Exhibit 124– Email re 1–11–12 Ronald Roebuck–Katherine Hampton, # 23 Exhibit 125– Email re Red Roof Weekly Report, September 30–October 4, # 24 Exhibit 126– Email re Today's Clips, # 25 Exhibit 127– Email re Google Alert– Red Roof Inn, # 26 Exhibit 128– Email re Today's Clips)(Mykkeltvedt, Tiana) (Entered: 03/02/2023) |
| 03/02/2023 | 310 | NOTICE Of Filing Summary Judgment Exhibits 129–154 by A.F., C.A., D.P., E.H., K.P., M.B., M.M., R.K., R.P., T.H., W.K. (Attachments: # 1 Exhibit 129– Email re Today's Clips, # 2 Exhibit 130– Email re Red Roof Weekly Report January 18–January 22, 2016, # 3 Exhibit 131– Email re Today's Clips, # 4 Exhibit 132– Email re Red Roof Weekly Report January 9–January 13, 2017, # 5 Exhibit 133– Email re Today's Clips, # 6 Exhibit 134– Email re Google Alert– Red Roof Inn, # 7 Exhibit 135– Email re Google Alert– Red Roof Inn, # 8 Exhibit 136– Email re Google Alert– Red Roof Inn, # 9 Exhibit 137– Email re Google Alert– Red Roof Inn, # 10 Exhibit 138– Email Re: Red Roof Guest Relations Case Created for Scoot Ernster, # 11 Exhibit 139– Expert Report of Anique Whitmore, # 12 Exhibit 140– Expert Report of Alan L. Tallis, # 13 Exhibit 141– Firemans Fund Insurance |

| | | |
|---|---|---|
| | | Company Policy Divider, Westmont Hospitality Group, Inc., # <u>14</u> Exhibit 142– Firemans Fund Insurance Company Policy Divider, Westmont Hospitality Group, Inc., # <u>15</u> Exhibit 143– JD3 Dep. Exhibit 19, # <u>16</u> Exhibit 144– JD2 Dep. Exhibit 20, # <u>17</u> Exhibit 145– PIVIP Business Registration, # <u>18</u> Exhibit 146– Red Roof Innss Preventing & Reacting to Child Sex Trafficking, # <u>19</u> Exhibit 147– LP6 VPO Comments and Assets District 1, # <u>20</u> Exhibit 148– Hotel & Lodging Executive Briefing, # <u>21</u> Exhibit 149– Red Roof Inn GSR InnSider, # <u>22</u> Exhibit 150– Top Clips Report: April 2013 Hill + Knowlton Strategies, # <u>23</u> Exhibit 151–2015 Crisis Monitoring Report May December, 2015, # <u>24</u> Exhibit 152– Do Not Rent List, # <u>25</u> Exhibit 153– Red Roof Inn Public Safety Nuisance Abatement Meeting, # <u>26</u> Exhibit 154– Red Roof Weekly Report, October 2–October 6, 2017)(Mykkeltvedt, Tiana) (Entered: 03/02/2023) |
| 03/02/2023 | <u>311</u> | NOTICE Of Filing Summary Judgment Exhibits 155–171 by A.F., C.A., D.P., E.H., K.P., M.B., M.M., R.K., R.P., T.H., W.K. (Attachments: # <u>1</u> Exhibit 155– Texas Franchise Tax Public Information Report, # <u>2</u> Exhibit 156– Red Roof Franchising, LLC Disclosure Document, # <u>3</u> Exhibit 157– Confidential Ownership Information, # <u>4</u> Exhibit 158– Minutes of Annual Meeting of the Sole Shareholder of Red Roof Inns, Inc., # <u>5</u> Exhibit 159– Minutes of Annual Meeting of Sole Shareholder of Red Roof Inns, Inc., RRF Canada, Inc. And RRI Financial, Inc., # <u>6</u> Exhibit 160– Ops Call Composite, # <u>7</u> Exhibit 161– Exclusive Property Management Agreement Hospitality Property Red Roof Inn– North Druid Hills, # <u>8</u> Exhibit 162– Property Management Agreement between FMW RRI NC LLC and RRI West Management, LLC, # <u>9</u> Exhibit 163– Security Services Agreement, # <u>10</u> Exhibit 164– HomeTowne Studios by Red Roof Franchise Disclosure Document, # <u>11</u> Exhibit 165– Amended and Restated Agreement, # <u>12</u> Exhibit 166– Plaintiffs' 30(B)(6) Notice of Deposition of Westmont Hospitality Group, Inc., Westmont Investments LLC, and WRRH Investments LP, # <u>13</u> Exhibit 167– Red Roof Inn Franchise Agreement by and Between Red Roof Franchising, LLC and Varahi Hotel, LLC, # <u>14</u> Exhibit 168– Preventing and Reacting to Child Sex Trafficking Powerpoint, # <u>15</u> Exhibit 169–Franchise Operations December 2014 Executive Summary, # <u>16</u> Exhibit 170–Property Management Agreement between FMW RRI NC LLC and RRI West Management, LLC, # <u>17</u> Exhibit 171– 2016 Performance Evaluation Robert Allen)(Mykkeltvedt, Tiana) (Entered: 03/02/2023) |
| 03/02/2023 | <u>312</u> | SEALED NOTICE Of Filing Provisionally Sealed Exhibits 1–25 by A.F., C.A., D.P., E.H., K.P., M.B., M.M., R.K., R.P., T.H., W.K. (Attachments: # <u>1</u> Exhibit 1– JD1 Vol. 1 Deposition Excerpts, # <u>2</u> Exhibit 2– JD1 Vol. 2 Deposition Excerpts, # <u>3</u> Exhibit 3– JD2 Vol. 1 Deposition Excerpts, # <u>4</u> Exhibit 4– JD2 Vol. 2 Deposition Excerpts, # <u>5</u> Exhibit 5– JD3 Deposition Excerpts, # <u>6</u> Exhibit 6– JD4 Deposition Excerpts, # <u>7</u> Exhibit 7– DP Deposition Excerpts, # <u>8</u> Exhibit 8– EH Deposition Excerpts, # <u>9</u> Exhibit 9– MB Deposition Excerpts, # <u>10</u> Exhibit 10– RP Deposition Excerpts, # <u>11</u> Exhibit 11– WK Deposition Excerpts, # <u>12</u> Exhibit 12– Varahi (30(b)(6) Deposition Excerpts, # <u>13</u> Exhibit 16– KP Deposition Excerpts, # <u>14</u> Exhibit 17– Bharat Patel Deposition Excerpts, # <u>15</u> Exhibit 18– James Jay Moyer Deposition Excerpts, # <u>16</u> Exhibit 19– Forrest Castille Deposition Excerpts, # <u>17</u> Exhibit 20– CA Vol. 1 Deposition Excerpts, # <u>18</u> Exhibit 21– CA Vol. 2 Deposition Excerpts, # <u>19</u> Exhibit 22– RK Deposition Excerpts, # <u>20</u> Exhibit 23– TH Deposition Excerpts, # <u>21</u> Exhibit 24– AF Deposition Excerpts, # <u>22</u> Exhibit 25– MM Deposition Excerpts)(Mykkeltvedt, Tiana) Modified on 3/21/2023 (lwb). (Entered: 03/02/2023) |
| 03/02/2023 | <u>313</u> | SEALED NOTICE Of Filing Provisionally Sealed Exhibits 31–84 by A.F., C.A., D.P., E.H., K.P., M.B., M.M., R.K., R.P., T.H., W.K. (Attachments: # <u>1</u> Exhibit 31– |

| | | |
|---|---|---|
| | | George Limbert Vol. 1 Deposition Excerpts, # 2 Exhibit 34– RRI 30(b)(6) (John Park) Deposition Excerpts, # 3 Exhibit 35– Vickie Lam Deposition Excerpts, # 4 Exhibit 38– KP ESA Deposition Excerpts, # 5 Exhibit 39– CA ESA Deposition Excerpts, # 6 Exhibit 40– Brenda Connor Deposition Excerpts, # 7 Exhibit 43– Vince Vittatoe Deposition Excerpts, # 8 Exhibit 52– RRI–FMC Structure Chart, # 9 Exhibit 53– Red Roof Inns, Inc. Structure Chart, # 10 Exhibit 54– RRI Dune Structure Chart, # 11 Exhibit 67– Affidavit of Brenda Connor, # 12 Exhibit 68– Declaration of WK, # 13 Exhibit 69– Plaintiff W.K.s Objections and Responses to Defendant Red Roof Inns, Incs First Interrogatories (excerpts), # 14 Exhibit 70– Plaintiff C.A.s Objections and Responses to Defendant Red Roof Inns, Inc.s First Interrogatories (excerpts), # 15 Exhibit 71– Plaintiff D.P.s Objections and Responses to Defendant Red Roof Inns, Inc.s First Interrogatories (excerpts), # 16 Exhibit 73– Plaintiff Jane Doe 2's Amended and Supplemental Objections and Responses to Defendant Red Roof Inns, Inc.'s Interrogatories (excerpts), # 17 Exhibit 74– Plaintiff E.H.s Objections and Responses to Defendant Red Roof Inns, Inc.s First Interrogatories (excerpts), # 18 Exhibit 75– Plaintiff E.H.s Amended and Supplemental Objections and Responses to Defendant Red Roof Inns, Inc.s First Interrogatories (excerpts), # 19 Exhibit 77– Plaintiff K.P.s Amended and Supplemental Objections and Responses to Defendant Red Roof Inns, Inc.s First Interrogatories (excerpts), # 20 Exhibit 78– Plaintiff M.M.s Objections and Responses to Defendant Red Roof Inns, Inc.s First Interrogatories (excerpts), # 21 Exhibit 79– Plaintiff Jane Doe 4's Amended and Supplemental Objections and Responses to Defendant Red Roof Inns, Inc.s First Interrogatories (excerpts), # 22 Exhibit 80– Plaintiff R.P.'s Amended and Supplemental Objections and Responses to Defendant Red Roof Inns, Inc.'s First Interrogatories (excerpts), # 23 Exhibit 81– Plaintiff Jane Doe 3's Objections and Responses to Defendant Red Roof Inns, Inc.'s First Interrogatories (excerpts), # 24 Exhibit 83–Email Re: Calfee Report on Ohio Government: February 2012, # 25 Exhibit 84– Email Re: Did We Stay At The Seacucus RRI???)(Mykkeltvedt, Tiana) Modified on 3/21/2023 (lwb). (Entered: 03/02/2023) |
| 03/02/2023 | 314 | SEALED NOTICE Of Filing Provisionally Sealed Exhibits 85–123 by A.F., C.A., D.P., E.H., K.P., M.B., M.M., R.K., R.P., T.H., W.K. (Attachments: # 1 Exhibit 85– Email Re: Travel Risk Management Conference: Focusing on Corporate & Government Travel, # 2 Exhibit 86– Email Re: Todays Clips, # 3 Exhibit 87– Email Re: e–Pak 3.30.2012, # 4 Exhibit 88– Email Re: FW: legal notice RRI #88 Smyrna, GA, # 5 Exhibit 89– Email Re: RRI #88 Smyrna, GA Officer Jeffrey Adcock (Abatement Concerns), # 6 Exhibit 90– Email Re: RRI Crisis Monitoring Monthly Report– July to October, 2015, # 7 Exhibit 96– Email re 2019 Bonus, # 8 Exhibit 97– Email re April– Mid Month NR, # 9 Exhibit 98– Email re Mid–Month NR– October, # 10 Exhibit 99– Email re RRI Audit Report, # 11 Exhibit 100– Email re Google Alert– Red Roof Inns, # 12 Exhibit 101– Email re St. Louis–Forest Park Notice, # 13 Exhibit 102– Email re RRI Framingham, # 14 Exhibit 103– Email re Google Alert– Red Roof Inn, # 15 Exhibit 104– Email re Region 4 Security, # 16 Exhibit 105– Email re Google Alert– Red Roof Inn, # 17 Exhibit 106– Email re Google Alert– Red Roof Inn, # 18 Exhibit 107– Email re Google Alert– Red Roof Inn, # 19 Exhibit 108– Emal re Google Alert– Red Roof Inn, # 20 Exhibit 109– Email re Google Alert– Red Roof Inn, # 21 Exhibit 110– Email Re: Notes for Budget Reviews FMC and Dune, # 22 Exhibit 112– Email Re: Red Roof January 2012 Monthly Activities Report, # 23 Exhibit 116– Email Re: OH&LA: Recap of Columbus Meeting 2.9.12, # 24 Exhibit 119– Copy of Negative Case Extract–Last Month – 03–31–2015 (Excerpt), # 25 Exhibit 123– RRI Smyrna Satisfaction Survey Results)(Mykkeltvedt, Tiana) Modified on 3/21/2023 (lwb). (Entered: 03/02/2023) |

| 03/02/2023 | 315 | SEALED NOTICE Of Filing Provisionally Sealed Exhibits 124–152 by A.F., C.A., D.P., E.H., K.P., M.B., M.M., R.K., R.P., T.H., W.K. (Attachments: # 1 Exhibit 124– Email re 1–11–12 Ronald Roebuck–Katherine Hampton, # 2 Exhibit 125– Email re Red Roof Weekly Report, September 30–October 4, # 3 Exhibit 126– Email re Today's Clips, # 4 Exhibit 127– Email re Google Alert– Red Roof Inn, # 5 Exhibit 128– Email re Today's Clips, # 6 Exhibit 129– Email re Today's Clips, # 7 Exhibit 130– Email re Red Roof Weekly Report January 18–January 22, 2016, # 8 Exhibit 131– Email re Today's Clips, # 9 Exhibit 132– Email re Red Roof Weekly Report January 9–January 13, 2017, # 10 Exhibit 133– Email re Today's Clips, # 11 Exhibit 134– Email re Google Alert– Red Roof Inn, # 12 Exhibit 135– Email re Google Alert– Red Roof Inn, # 13 Exhibit 136– Email re Google Alert– Red Roof Inn, # 14 Exhibit 137– Email re Google Alert– Red Roof Inn, # 15 Exhibit 139– Expert Report of Anique Whitmore, # 16 Exhibit 140–A Expert Report of Alan L. Tallis, # 17 Exhibit 140–B Expert Report of Alan L. Tallis, # 18 Exhibit 141– Firemans Fund Insurance Company Policy Divider, Westmont Hospitality Group, Inc., # 19 Exhibit 142– Firemans Fund Insurance Company Policy Divider, Westmont Hospitality Group, Inc., # 20 Exhibit 143– JD3 Dep. Exhibit 19, # 21 Exhibit 144– JD2 Dep. Exhibit 20, # 22 Exhibit 146– Red Roof Innss Preventing & Reacting to Child Sex Trafficking, # 23 Exhibit 148– Hotel & Lodging Executive Briefing, # 24 Exhibit 149– Red Roof Inn GSR InnSider, # 25 Exhibit 150– Top Clips Report: April 2013 Hill + Knowlton Strategies, # 26 Exhibit 152– Do Not Rent List)(Mykkeltvedt, Tiana) Modified on 3/21/2023 (lwb). (Entered: 03/02/2023) |
| 03/02/2023 | 316 | SEALED NOTICE Of Filing Provisionally Sealed Exhibits 154–171 by A.F., C.A., D.P., E.H., K.P., M.B., M.M., R.K., R.P., T.H., W.K. (Attachments: # 1 Exhibit 154– Red Roof Weekly Report, October 2–October 6, 2017, # 2 Exhibit 156– Red Roof Franchising, LLC Disclosure Document, # 3 Exhibit 157– Confidential Ownership Information, # 4 Exhibit 158– Minutes of Annual Meeting of the Sole Shareholder of Red Roof Inns, Inc., # 5 Exhibit 159– Minutes of Annual Meeting of Sole Shareholder of Red Roof Inns, Inc., RRF Canada, Inc. And RRI Financial, Inc., # 6 Exhibit 160– Ops Call Composite, # 7 Exhibit 161– Exclusive Property Management Agreement Hospitality Property Red Roof Inn– North Druid Hills, # 8 Exhibit 162– Property Management Agreement between FMW RRI NC LLC and RRI West Management, LLC, # 9 Exhibit 163– Security Services Agreement, # 10 Exhibit 164– HomeTowne Studios by Red Roof Franchise Disclosure Document, # 11 Exhibit 165A– Amended and Restated Agreement, # 12 Exhibit 165B– Amended and Restated Agreement, # 13 Exhibit 167– Red Roof Inn Franchise Agreement by and Between Red Roof Franchising, LLC and Varahi Hotel, LLC, # 14 Exhibit 168– Preventing and Reacting to Child Sex Trafficking Powerpoint, # 15 Exhibit 169– Franchise Operations December 2014 Executive Summary, # 16 Exhibit 170– Property Management Agreement between FMW RRI NC LLC and RRI West Management, LLC, # 17 Exhibit 171– 2016 Performance Evaluation Robert Allen)(Mykkeltvedt, Tiana) Modified on 3/21/2023 (lwb). (Entered: 03/02/2023) |
| 03/02/2023 | 317 | RESPONSE re 273 MOTION for Summary Judgment filed by W.K.. (Mykkeltvedt, Tiana) (Entered: 03/02/2023) |
| 03/02/2023 | 318 | Response to Statement of Material Facts re 273 MOTION for Summary Judgment filed by W.K.. (Mykkeltvedt, Tiana) (Entered: 03/02/2023) |
| 03/03/2023 | 319 | Response to Statement of Material Facts re 263 MOTION for Summary Judgment *on the Claims of Plaintiff R.P. (deposition excerpts previously filed under seal)* filed by R.P.. (Mykkeltvedt, Tiana) (Entered: 03/03/2023) |

| 03/03/2023 | 320 | Response to Statement of Material Facts re 259 MOTION for Partial Summary Judgment *on Plaintiffs' Claims under the TVPRA (deposition excerpts previously filed under seal)* filed by A.F., C.A., D.P., E.H., K.P., M.B., M.M., R.K., R.P., T.H., W.K.. (Mykkeltvedt, Tiana) (Entered: 03/03/2023) |
| --- | --- | --- |
| 03/03/2023 | 321 | Response to Statement of Material Facts re 260 MOTION for Summary Judgment *on the Claims of Plaintiff D.P. (deposition excerpts previously filed under seal)* filed by D.P.. (Mykkeltvedt, Tiana) (Entered: 03/03/2023) |
| 03/03/2023 | 322 | Response to Statement of Material Facts re 261 MOTION for Summary Judgment *on the Claims of Plaintiff E.H. (deposition excerpts previously filed under seal)* filed by E.H.. (Mykkeltvedt, Tiana) (Entered: 03/03/2023) |
| 03/03/2023 | 323 | Response to Statement of Material Facts re 262 MOTION for Summary Judgment *on the Claims of Plaintiff M.B. (deposition excerpts previously filed under seal)* filed by M.B.. (Mykkeltvedt, Tiana) (Entered: 03/03/2023) |
| 03/03/2023 | 324 | Response to Statement of Material Facts re 264 MOTION for Summary Judgment *on the Claims of Plaintiff W.K. (deposition excerpts previously filed under seal)* filed by W.K.. (Mykkeltvedt, Tiana) (Entered: 03/03/2023) |
| 03/03/2023 | 325 | Response to Statement of Material Facts re 274 MOTION for Summary Judgment filed by A.F.. (Mykkeltvedt, Tiana) (Entered: 03/03/2023) |
| 03/03/2023 | 326 | Response to Statement of Material Facts re 270 MOTION for Summary Judgment filed by C.A.. (Mykkeltvedt, Tiana) (Entered: 03/03/2023) |
| 03/03/2023 | 327 | Response to Statement of Material Facts re 271 MOTION for Summary Judgment filed by D.P.. (Mykkeltvedt, Tiana) (Entered: 03/03/2023) |
| 03/03/2023 | 328 | Response to Statement of Material Facts re 282 MOTION for Summary Judgment *Against E.H.* filed by E.H.. (Mykkeltvedt, Tiana) (Entered: 03/03/2023) |
| 03/03/2023 | 329 | Response to Statement of Material Facts re 267 MOTION for Summary Judgment , 268 MOTION for Summary Judgment filed by K.P.. (Mykkeltvedt, Tiana) (Entered: 03/03/2023) |
| 03/03/2023 | 330 | Response to Statement of Material Facts re 275 MOTION for Summary Judgment filed by M.B.. (Mykkeltvedt, Tiana) (Entered: 03/03/2023) |
| 03/03/2023 | 331 | Response to Statement of Material Facts re 277 MOTION for Summary Judgment *AGAINST PLAINTIFF R.K* filed by R.K.. (Mykkeltvedt, Tiana) (Entered: 03/03/2023) |
| 03/03/2023 | 332 | Response to Statement of Material Facts re 282 MOTION for Summary Judgment *Against E.H.* filed by M.M.. (Mykkeltvedt, Tiana) (Entered: 03/03/2023) |
| 03/03/2023 | 333 | Response to Statement of Material Facts re 272 MOTION for Summary Judgment filed by R.P.. (Mykkeltvedt, Tiana) (Entered: 03/03/2023) |
| 03/03/2023 | 334 | Response to Statement of Material Facts re 269 MOTION for Summary Judgment filed by W.K.. (Mykkeltvedt, Tiana) (Entered: 03/03/2023) |
| 03/03/2023 | 335 | NOTICE Of Filing Summary Judgment Exhibits A and B by A.F., C.A., D.P., E.H., K.P., M.B., M.M., R.K., R.P., T.H., W.K. (Attachments: # 1 Exhibit A–1– Pages 1–399, # 2 Exhibit A–2– Pages 400–798, # 3 Exhibit A–3– Pages 799–1200, # 4 Exhibit A–4– Pages 1201–1600, # 5 Exhibit A–5– Pages 1601–1901, # 6 Exhibit A–6– Pages 1902–2102, # 7 Exhibit B–1– Pages 1–526, # 8 Exhibit B–2– Pages |

| | | 527–1034, # 9 Exhibit B–3– Pages 1035–1546)(Mykkeltvedt, Tiana) (Entered: 03/03/2023) |
|---|---|---|
| 03/03/2023 | 336 | SEALED NOTICE Of Filing Provisionally Sealed Exhibits A and B by A.F., C.A., D.P., E.H., K.P., M.B., M.M., R.K., R.P., T.H., W.K. (Attachments: # 1 Exhibit A–1– Pages 1–399, # 2 Exhibit A–2– Pages 400–798, # 3 Exhibit A–3– Pages 799–1200, # 4 Exhibit A–4– Pages 1201–1600, # 5 Exhibit A–5– Pages 1601–1901, # 6 Exhibit A–6– Pages 1902–2102, # 7 Exhibit B–1– Pages 1–526, # 8 Exhibit B–2– Pages 527–1034, # 9 Exhibit B–3– Pages 1035–1546)(Mykkeltvedt, Tiana) Modified on 3/21/2023 (lwb). (Entered: 03/03/2023) |
| 03/03/2023 | 337 | SEALED DEPOSITION of C.A. taken on 11/10/2022 by A.F., C.A., D.P., E.H., K.P., M.B., M.M., R.K., R.P., T.H., W.K. (Mykkeltvedt, Tiana) Modified on 3/21/2023 (lwb). (Entered: 03/03/2023) |
| 03/03/2023 | 338 | SEALED DEPOSITION of Vanessa Cole taken on 10/18/2021 by A.F., C.A., D.P., E.H., K.P., M.B., M.M., R.K., R.P., T.H., W.K..(Mykkeltvedt, Tiana) Modified on 3/21/2023 (lwb). (Entered: 03/03/2023) |
| 03/03/2023 | 339 | SEALED DEPOSITION of Brenda Conner taken on 5/20/2022 by A.F., C.A., D.P., E.H., K.P., M.B., M.M., R.K., R.P., T.H., W.K. (Mykkeltvedt, Tiana) Modified on 3/21/2023 (lwb). (Entered: 03/03/2023) |
| 03/03/2023 | 340 | SEALED DEPOSITION of Monica Hamilton taken on 01/19/2022 by A.F., C.A., D.P., E.H., K.P., M.B., M.M., R.K., R.P., T.H., W.K. (Mykkeltvedt, Tiana) Modified on 3/21/2023 (lwb). (Entered: 03/03/2023) |
| 03/03/2023 | 341 | SEALED DEPOSITION of K.P. taken on 09/14/2022 by A.F., C.A., D.P., E.H., K.P., M.B., M.M., R.K., R.P., T.H., W.K. (Mykkeltvedt, Tiana) Modified on 3/21/2023 (lwb). (Entered: 03/03/2023) |
| 03/03/2023 | 342 | SEALED DEPOSITION of Marina MacDonald taken on 06/14/2022 by A.F., C.A., D.P., E.H., K.P., M.B., M.M., R.K., R.P., T.H., W.K. (Mykkeltvedt, Tiana) Modified on 3/21/2023 (lwb). (Entered: 03/03/2023) |
| 03/03/2023 | 343 | SEALED DEPOSITION of Tom McElroy taken on 07/06/2022 by A.F., C.A., D.P., E.H., K.P., M.B., M.M., R.K., R.P., T.H., W.K. (Mykkeltvedt, Tiana) Modified on 3/21/2023 (lwb). (Entered: 03/03/2023) |
| 03/03/2023 | 344 | SEALED DEPOSITION of John Park 30(b)(6) taken on 08/25/2022 by A.F., C.A., D.P., E.H., K.P., M.B., M.M., R.K., R.P., T.H., W.K..(Mykkeltvedt, Tiana) Modified on 3/21/2023 (lwb). (Entered: 03/03/2023) |
| 03/03/2023 | 345 | SEALED DEPOSITION of B. Patel taken on 05/26/2022 by A.F., C.A., D.P., E.H., K.P., M.B., M.M., R.K., R.P., T.H., W.K. (Mykkeltvedt, Tiana) Modified on 3/21/2023 (lwb). (Entered: 03/03/2023) |
| 03/03/2023 | 346 | SEALED DEPOSITION of Greg Stocker 30(b)(6) taken on 05/11/2022 by A.F., C.A., D.P., E.H., K.P., M.B., M.M., R.K., R.P., T.H., W.K. (Mykkeltvedt, Tiana) Modified on 3/21/2023 (lwb). (Entered: 03/03/2023) |
| 03/03/2023 | 347 | SEALED DEPOSITION of Michael Thomas taken on 02/02/2022 by A.F., C.A., D.P., E.H., K.P., M.B., M.M., R.K., R.P., T.H., W.K. (Mykkeltvedt, Tiana) Modified on 3/21/2023 (lwb). (Entered: 03/03/2023) |
| 03/03/2023 | 348 | |

| | | |
|---|---|---|
| | | SEALED DEPOSITION of Varahi 30(b)(6) taken on 09/30/2022 by A.F., C.A., D.P., E.H., K.P., M.B., M.M., R.K., R.P., T.H., W.K. (Mykkeltvedt, Tiana) Modified on 3/21/2023 (lwb). (Entered: 03/03/2023) |
| 03/03/2023 | 349 | SEALED DEPOSITION of Vince Vittatoe taken on 05/03/2022 by A.F., C.A., D.P., E.H., K.P., M.B., M.M., R.K., R.P., T.H., W.K. (Mykkeltvedt, Tiana) Modified on 3/21/2023 (lwb). (Entered: 03/03/2023) |
| 03/03/2023 | 350 | SEALED DEPOSITION of Michelle Wehrle 30(b)(6) taken on 08/09/2022 by A.F., C.A., D.P., E.H., K.P., M.B., M.M., R.K., R.P., T.H., W.K..(Mykkeltvedt, Tiana) Modified on 3/21/2023 (lwb). (Entered: 03/03/2023) |
| 03/03/2023 | 351 | SEALED DEPOSITION of Anique Whitmore taken on 11/17/2022 by A.F., C.A., D.P., E.H., K.P., M.B., M.M., R.K., R.P., T.H., W.K..(Mykkeltvedt, Tiana) Modified on 3/21/2023 (lwb). (Entered: 03/03/2023) |
| 03/03/2023 | 352 | NOTICE Of Filing Additional Summary Judgment Exhibits by A.F., C.A., D.P., E.H., K.P., M.B., M.M., R.K., R.P., T.H., W.K. (Attachments: # 1 Exhibit 41– Monica Hamilton Deposition Excerpts, # 2 Exhibit 172– Anique Whitmore Deposition Excerpts)(Mykkeltvedt, Tiana) (Entered: 03/03/2023) |
| 03/03/2023 | 353 | SEALED NOTICE Of Filing Provisionally Sealed Responses and Depositions by A.F., C.A., D.P., E.H., K.P., M.B., M.M., R.K., R.P., T.H., W.K. (Attachments: # 1 Brief Plaintiffs' Response to Defendant Westmont Hospitality Group, Inc.'s Motion for Summary Judgment, # 2 Statement of Material Facts Plaintiffs' Response to Westmont Hospitality Group, Inc.'s Statement of Material Facts)(Mykkeltvedt, Tiana) Modified on 3/21/2023 (lwb). (Entered: 03/03/2023) |
| 03/03/2023 | 354 | RESPONSE in Opposition re 269 MOTION for Summary Judgment filed by A.F., C.A., D.P., E.H., K.P., M.B., M.M., R.K., R.P., T.H., W.K.. (Attachments: # 1 Statement of Material Facts)(Mykkeltvedt, Tiana) (Entered: 03/03/2023) |
| 03/03/2023 | 355 | MOTION for Leave to File Matters Under Seal re: 338 Deposition, 344 Deposition, 350 Deposition, 316 Notice of Filing, 315 Notice of Filing, 352 Notice of Filing, 351 Deposition, 336 Notice of Filing, 314 Notice of Filing 341 , Deposition, 348 Deposition, 347 Deposition, 349 Deposition, 339 Deposition, 353 Notice of Filing, 346 Deposition, 343 Deposition, 313 Notice of Filing, 342 Deposition, 340 Deposition, 337 Deposition, 312 Notice of Filing, 345 Deposition by A.F., C.A., D.P., E.H., K.P., M.B., M.M., R.K., R.P., T.H., W.K. (Attachments: # 1 Text of Proposed Order)(Mykkeltvedt, Tiana) Modified on 3/21/2023 to edit text (lwb). (Entered: 03/03/2023) |
| 03/06/2023 | 356 | MOTION for Leave to File Matters Under Seal re: 338 Deposition, 344 Deposition, 350 Deposition, 316 Notice of Filing 315 Notice of Filing 351 Deposition, 336 Notice of Filing,, 314 Notice of Filing 341 Deposition, 348 Deposition, 347 Deposition, 349 Deposition, 339 Deposition, 353 Notice of Filing, 346 Deposition, 343 Deposition, 313 Notice of Filing 342 Deposition, 340 Deposition, 337 Deposition, 312 Notice of Filing 345 Deposition by A.F., C.A., D.P., E.H., K.P., M.B., M.M., R.K., R.P., T.H., W.K.. (Attachments: # 1 Text of Proposed Order)(Baumrind, Michael) Modified on 3/7/2023 to edit text (lwb). (Entered: 03/06/2023) |
| 03/12/2023 | 357 | RESPONSE re 299 MOTION to Sever filed by M. B., C.A., A. F., E. H., W. K., K.P., M. M., D. P., R. P., R.K., T.H.. (Attachments: # 1 Exhibit 1– Deposition Excerpts of Matthew Norman, # 2 Exhibit 2– Deposition Excerpts of Kim Mehlman–Orozco)(Seals, Amanda) (Entered: 03/12/2023) |

| 03/14/2023 | 358 | Unopposed MOTION for Extension of Time file reply re: 299 MOTION to Sever with Brief In Support by Varahi Hotel, LLC. (Ream, Elliott) (Entered: 03/14/2023) |
|---|---|---|
| 03/20/2023 | 359 | –––DOCUMENT FILED IN ERROR BY CLERK–––ORDER granting 299 Motion to Sever. Varahi may file a reply to its Motion to Sever on or before April 24, 2023. Signed by Judge Victoria M. Calvert on March 20, 2023. (lwb) Modified on 3/20/2023 (lwb). (Entered: 03/20/2023) |
| 03/20/2023 | 360 | ORDER Granting 358 Unopposed motion for extension of time to file reply. Varahi may file a reply to its motion to sever on or before April 24, 2023. Signed by Judge Victoria M. Calvert on March 20, 2023. (lwb) (Entered: 03/20/2023) |
| 03/20/2023 | 361 | ORDER Granting 356 Motion for Leave to File Matters Under Seal. Signed by Judge Victoria M. Calvert on March 20, 2023. (lwb) (Entered: 03/21/2023) |
| 03/21/2023 | | SUBMISSION MADE IN ERRORSubmission of 263 MOTION for Summary Judgment *on the Claims of Plaintiff R.P. (deposition excerpts previously filed under seal)*, 267 MOTION for Summary Judgment , 269 MOTION for Summary Judgment , 268 MOTION for Summary Judgment , 272 MOTION for Summary Judgment , 282 MOTION for Summary Judgment *Against E.H.*, 271 MOTION for Summary Judgment , 270 MOTION for Summary Judgment , 277 MOTION for Summary Judgment *AGAINST PLAINTIFF R.K*, 260 MOTION for Summary Judgment *on the Claims of Plaintiff D.P. (deposition excerpts previously filed under seal)*, 262 MOTION for Summary Judgment *on the Claims of Plaintiff M.B. (deposition excerpts previously filed under seal)*, 283 MOTION for Summary Judgment , 273 MOTION for Summary Judgment , 274 MOTION for Summary Judgment , 264 MOTION for Summary Judgment *on the Claims of Plaintiff W.K. (deposition excerpts previously filed under seal)*, 261 MOTION for Summary Judgment *on the Claims of Plaintiff E.H. (deposition excerpts previously filed under seal)*, 275 MOTION for Summary Judgment , to District Judge Victoria M. Calvert. (vs) Modified on 3/22/2023 (vs). (Entered: 03/21/2023) |
| 03/21/2023 | | SUBMISSION MADE IN ERRORSubmission of 259 MOTION for Partial Summary Judgment *on Plaintiffs' Claims under the TVPRA (deposition excerpts previously filed under seal)*, to District Judge Victoria M. Calvert. (vs) Modified on 3/22/2023 (vs). (Entered: 03/21/2023) |
| 03/27/2023 | 362 | MOTION for Joinder *Brief to Adopt Defendant Varahi Hotel, LLC's Motion to Exclude Melanie J. Bliss, Ph.D.* with Brief In Support by FMW RRI NC, LLC, RRI III, LLC, RRI West Management, LLC, Red Roof Franchising, LLC, Red Roof Inns, Inc., Westmont Hospitality Group, Inc.. (Attachments: # 1 Exhibit A – Defendant Varahi Hotel, LLC's Motion to Exclude Melanie J. Bliss, Ph.D.)(Allushi, Admir) (Entered: 03/27/2023) |
| 03/27/2023 | 363 | Request for Leave of Absence for the following date(s): 4/20–4/28, 2023, 7/3–7/14, 2023, 9/13–9/15, 2023, 11/15–11/20, 2023, by Tiana Scogin Mykkeltvedt. (Mykkeltvedt, Tiana) (Entered: 03/27/2023) |
| 04/04/2023 | 364 | Notice for Leave of Absence for the following date(s): 5/18–19/2023, 5/29–6/2/2023, 6/5/2023, 6/21–23/2023, 6/26/2023,6/30/2023, 7/3–7/2023, by Patrick J. McDonough. (McDonough, Patrick) (Entered: 04/04/2023) |
| 04/06/2023 | 365 | Application for Leave of Absence for the following date(s): 8/28–9/13/23, by Admir Allushi. (Allushi, Admir) (Entered: 04/06/2023) |

| 04/14/2023 | 366 | STRICKEN BY ORDER 403  SEALED NOTICE Of Filing Dr. Kim's Rebuttal Report by FMW RRI NC, LLC, RRI III, LLC, RRI West Management, LLC, Red Roof Franchising, LLC, Red Roof Inns, Inc., Westmont Hospitality Group, Inc. (Allushi, Admir) Modified on 4/25/2023 (vs). Modified on 5/4/2023 (lwb). (Entered: 04/14/2023) |
|---|---|---|
| 04/14/2023 | 367 | STRICKEN BY ORDER 403  SEALED NOTICE Of Filing Deposition Transcript of Vanessa Cole by FMW RRI NC, LLC, RRI III, LLC, RRI West Management, LLC, Red Roof Franchising, LLC, Red Roof Inns, Inc., Westmont Hospitality Group, Inc. (Allushi, Admir) Modified on 4/25/2023 (vs). Modified on 5/4/2023 (lwb). (Entered: 04/14/2023) |
| 04/14/2023 | 368 | STRICKEN BY ORDER 403  SEALED NOTICE Of Filing Deposition Transcript of Michael Thomas by FMW RRI NC, LLC, RRI III, LLC, RRI West Management, LLC, Red Roof Franchising, LLC, Red Roof Inns, Inc., Westmont Hospitality Group, Inc. (Allushi, Admir) Modified on 4/25/2023 (vs). Modified on 5/4/2023 (lwb). (Entered: 04/14/2023) |
| 04/14/2023 | 369 | MOTION to Strike 366 Notice of Filing, 367 Notice of Filing, 368 Notice of Filing, by FMW RRI NC, LLC, RRI III, LLC, RRI West Management, LLC, Red Roof Franchising, LLC, Red Roof Inns, Inc., Westmont Hospitality Group, Inc.. (Allushi, Admir) (Entered: 04/14/2023) |
| 04/14/2023 | 370 | NOTICE Of Filing Corrected Summary Judgment Exhibit 13 and Additional Deposition Transcripts by M. B., C.A., A. F., E. H., W. K., K.P., M. M., D. P., R. P., R.K., T.H. (Attachments: # 1 Exhibit Corrected Summary Judgment Exhibit 13)(Baumrind, Michael) (Entered: 04/14/2023) |
| 04/14/2023 | 371 | SEALED DEPOSITION of Forrest Castille taken on 10222021 by M. B., C.A., A. F., E. H., W. K., K.P., M. M., D. P., R. P., R.K., T.H..(Baumrind, Michael) Modified on 4/25/2023 (vs). (Entered: 04/14/2023) |
| 04/14/2023 | 372 | SEALED DEPOSITION of Rita Patel taken on May 26, 2022 by M. B., C.A., A. F., E. H., W. K., K.P., M. M., D. P., R. P., R.K., T.H..(Baumrind, Michael) Modified on 4/25/2023 (vs). (Entered: 04/14/2023) |
| 04/14/2023 | 373 | SEALED DEPOSITION of JD1 taken on June 9, 2022 by M. B., C.A., A. F., E. H., W. K., K.P., M. M., D. P., R. P., R.K., T.H..(Baumrind, Michael) Modified on 4/14/2023 (bgt). Modified on 4/25/2023 (vs). (Entered: 04/14/2023) |
| 04/14/2023 | 374 | SEALED DEPOSITION of JD1 taken on June 10, 2022 by M. B., C.A., A. F., E. H., W. K., K.P., M. M., D. P., R. P., R.K., T.H..(Baumrind, Michael) Modified on 4/14/2023 (bgt). Modified on 4/25/2023 (vs). (Entered: 04/14/2023) |
| 04/14/2023 | 375 | SEALED DEPOSITION of JD2 taken on June 16, 2022 by M. B., C.A., A. F., E. H., W. K., K.P., M. M., D. P., R. P., R.K., T.H..(Baumrind, Michael) Modified on 4/14/2023 (bgt). Modified on 4/25/2023 (vs). (Entered: 04/14/2023) |
| 04/14/2023 | 376 | SEALED DEPOSITION of JD2 taken on August 29, 2022 by M. B., C.A., A. F., E. H., W. K., K.P., M. M., D. P., R. P., R.K., T.H..(Baumrind, Michael) Modified on 4/14/2023 (bgt). Modified on 5/8/2023 (vs). (Entered: 04/14/2023) |
| 04/14/2023 | 377 | SEALED DEPOSITION of JD3 taken on April 13, 2022 by M. B., C.A., A. F., E. H., W. K., K.P., M. M., D. P., R. P., R.K., T.H..(Baumrind, Michael) Modified on 4/14/2023 (bgt). Modified on 4/25/2023 (vs). (Entered: 04/14/2023) |

| 04/14/2023 | 378 | SEALED DEPOSITION of JD4 taken on June 24, 2022 by M. B., C.A., A. F., E. H., W. K., K.P., M. M., D. P., R. P., R.K., T.H..(Baumrind, Michael) Modified on 4/14/2023 (bgt). Modified on 4/25/2023 (vs). (Entered: 04/14/2023) |
|---|---|---|
| 04/14/2023 | | Notification of Docket Correction re 373 through 378 Depositions. Redacted names of deponents in docket text at the request of counsel. (bgt) (Entered: 04/14/2023) |
| 04/14/2023 | 379 | NOTICE Of Filing DEFENDANTS NOTICE OF FILING UNDER SEAL by FMW RRI NC, LLC, RRI III, LLC, RRI West Management, LLC, Red Roof Franchising, LLC, Red Roof Inns, Inc., Westmont Hospitality Group, Inc. (Allushi, Admir) (Entered: 04/14/2023) |
| 04/14/2023 | 380 | RESPONSE in Opposition re 298 MOTION for Relief exclude Melanie Bliss, Ph.D. filed by M. B., C.A., A. F., E. H., W. K., K.P., M. M., D. P., R. P., R.K., T.H.. (Baumrind, Michael) (Entered: 04/14/2023) |
| 04/14/2023 | 381 | SEALED DEPOSITION of Vanessa Cole taken on October 18, 2021 by FMW RRI NC, LLC, RRI III, LLC, RRI West Management, LLC, Red Roof Franchising, LLC, Red Roof Inns, Inc., Westmont Hospitality Group, Inc..(Allushi, Admir) . (Entered: 04/14/2023) |
| 04/14/2023 | 382 | SEALED DEPOSITION of Michael Thomas taken on February 2, 2022 by FMW RRI NC, LLC, RRI III, LLC, RRI West Management, LLC, Red Roof Franchising, LLC, Red Roof Inns, Inc., Westmont Hospitality Group, Inc..(Allushi, Admir) (vs). (Entered: 04/14/2023) |
| 04/14/2023 | 383 | SEALED DEPOSITION of Bharat Patel taken on May 25, 2022 by FMW RRI NC, LLC, RRI III, LLC, RRI West Management, LLC, Red Roof Franchising, LLC, Red Roof Inns, Inc., Westmont Hospitality Group, Inc..(Allushi, Admir) Modified on 4/25/2023 (vs). (Entered: 04/14/2023) |
| 04/14/2023 | 384 | SEALED DEPOSITION of Bharat Patel taken on September 30, 2022 by FMW RRI NC, LLC, RRI III, LLC, RRI West Management, LLC, Red Roof Franchising, LLC, Red Roof Inns, Inc., Westmont Hospitality Group, Inc..(Allushi, Admir) Modified on 4/25/2023 (vs). (Entered: 04/14/2023) |
| 04/14/2023 | 385 | SEALED DEPOSITION of Forrest Castille taken on OCTOBER 22, 2021 by FMW RRI NC, LLC, RRI III, LLC, RRI West Management, LLC, Red Roof Franchising, LLC, Red Roof Inns, Inc., Westmont Hospitality Group, Inc..(Allushi, Admir) Modified on 4/25/2023 (vs). (Entered: 04/14/2023) |
| 04/14/2023 | 386 | Expert Report of Dr. Kim Mehlman−Orozco by FMW RRI NC, LLC, RRI III, LLC, RRI West Management, LLC, Red Roof Franchising, LLC, Red Roof Inns, Inc., Westmont Hospitality Group, Inc..(Allushi, Admir) (Entered: 04/14/2023) |
| 04/14/2023 | 387 | MOTION for Leave to File Matters Under Seal re: 379 Notice of Filing by FMW RRI NC, LLC, RRI III, LLC, RRI West Management, LLC, Red Roof Franchising, LLC, Red Roof Inns, Inc., Westmont Hospitality Group, Inc.. (Attachments: # 1 Text of Proposed Order ORDER ON MOTION FOR LEAVE TO FILE MATERIALS UNDER SEAL)(Allushi, Admir) (Entered: 04/14/2023) |
| 04/14/2023 | 388 | REPLY BRIEF re 259 MOTION for Partial Summary Judgment *on Plaintiffs' Claims under the TVPRA (deposition excerpts previously filed under seal)* filed by Varahi Hotel, LLC. (Keith, C. Shane) (Entered: 04/14/2023) |
| 04/14/2023 | 389 | |

| | | |
|---|---|---|
| | | Response to Statement of Material Facts re 259 MOTION for Partial Summary Judgment *on Plaintiffs' Claims under the TVPRA (deposition excerpts previously filed under seal)* filed by Varahi Hotel, LLC. (Keith, C. Shane) (Entered: 04/14/2023) |
| 04/14/2023 | 390 | REPLY BRIEF re 263 MOTION for Summary Judgment *on the Claims of Plaintiff R.P. (deposition excerpts previously filed under seal)*, 262 MOTION for Summary Judgment *on the Claims of Plaintiff M.B. (deposition excerpts previously filed under seal)*, 264 MOTION for Summary Judgment *on the Claims of Plaintiff W.K. (deposition excerpts previously filed under seal)*, 261 MOTION for Summary Judgment *on the Claims of Plaintiff E.H. (deposition excerpts previously filed under seal)*, 260 MOTION for Summary Judgment *on the Claims of Plaintiff D.P. (deposition excerpts previously filed under seal)* filed by Varahi Hotel, LLC. (Keith, C. Shane) (Entered: 04/14/2023) |
| 04/14/2023 | 391 | Response to Statement of Material Facts re 263 MOTION for Summary Judgment *on the Claims of Plaintiff R.P. (deposition excerpts previously filed under seal)*, 262 MOTION for Summary Judgment *on the Claims of Plaintiff M.B. (deposition excerpts previously filed under seal)*, 264 MOTION for Summary Judgment *on the Claims of Plaintiff W.K. (deposition excerpts previously filed under seal)*, 261 MOTION for Summary Judgment *on the Claims of Plaintiff E.H. (deposition excerpts previously filed under seal)*, 260 MOTION for Summary Judgment *on the Claims of Plaintiff D.P. (deposition excerpts previously filed under seal)* filed by Varahi Hotel, LLC. (Keith, C. Shane) (Entered: 04/14/2023) |
| 04/14/2023 | 392 | REPLY BRIEF re 282 MOTION for Summary Judgment *Against E.H.*, 283 MOTION for Summary Judgment , 267 MOTION for Summary Judgment , 273 MOTION for Summary Judgment , 272 MOTION for Summary Judgment , 268 MOTION for Summary Judgment , 277 MOTION for Summary Judgment *AGAINST PLAINTIFF R.K*, 274 MOTION for Summary Judgment , 270 MOTION for Summary Judgment , 269 MOTION for Summary Judgment , 271 MOTION for Summary Judgment , 275 MOTION for Summary Judgment filed by FMW RRI NC, LLC, RRI III, LLC, RRI West Management, LLC, Red Roof Franchising, LLC, Red Roof Inns, Inc., Westmont Hospitality Group, Inc.. (Attachments: # 1 Statement of Material Facts DEFENDANTS' RESPONSES AND OBJECTIONS TO PLAINTIFFS STATEMENT OF MATERIAL FACTS)(Allushi, Admir) (Entered: 04/14/2023) |
| 04/14/2023 | 393 | RESPONSE re 354 Statement of Material Facts filed by FMW RRI NC, LLC, RRI III, LLC, RRI West Management, LLC, Red Roof Franchising, LLC, Red Roof Inns, Inc., Westmont Hospitality Group, Inc. (Allushi, Admir) Modified text on 4/18/2023 per attorney phone call(ane). (Entered: 04/14/2023) |
| 04/14/2023 | 394 | REPLY BRIEF re 273 MOTION for Summary Judgment filed by Westmont Hospitality Group, Inc.. (Allushi, Admir) (Entered: 04/14/2023) |
| 04/14/2023 | 395 | RESPONSE re 317 Response to Motion, 303 Response to Motion filed by Westmont Hospitality Group, Inc.. (Allushi, Admir) (Entered: 04/14/2023) |
| 04/17/2023 | 396 | NOTICE Of Filing by FMW RRI NC, LLC, RRI III, LLC, RRI West Management, LLC, Red Roof Franchising, LLC, Red Roof Inns, Inc. re 392 Reply Brief,,, (Attachments: # 1 Exhibit Forrest Castillo Deposition Transcript Excerpt, # 2 Exhibit Bharat Patel Deposition Transcript Excerpt, # 3 Exhibit R.P. Deposition Transcript Excerpt, # 4 Exhibit R.K. Deposition Transcript Excerpt, # 5 Exhibit C.A. Deposition Transcript Excerpt, # 6 Exhibit D.P. Deposition Transcript Excerpt, # 7 Exhibit M.B. Deposition Transcript Excerpt, # 8 Exhibit W.K Deposition Transcript Excerpt, # 9 |

| | | |
|---|---|---|
| | | Exhibit A.F. Deposition Transcript Excerpt, # 10 Exhibit T.H. Deposition Transcript Excerpt, # 11 Exhibit M.M. Deposition Transcript Excerpt, # 12 Exhibit K.P. Deposition Transcript Excerpt, # 13 Exhibit JD Volume 1 Deposition Transcript Excerpt, # 14 Exhibit JD 3 Deposition Transcript Excerpt, # 15 Exhibit JD 4 Deposition Transcript Excerpt, # 16 Exhibit E.H. Deposition Transcript Excerpt, # 17 Exhibit JD 2 Vol 1 Deposition Transcript Excerpt, # 18 Exhibit Jay Moyer Deposition Transcript Excerpt, # 19 Exhibit Vanessa Cole Deposition Transcript Excerpt, # 20 Exhibit Michael Thomas Deposition Transcript Excerpt, # 21 Exhibit Andrew Alexander Deposition Transcript Excerpt, # 22 Exhibit Dr. Kim Rebuttal Report, # 23 Exhibit Vickie Lam Deposition Transcript Excerpt, # 24 Exhibit JD Vol 1 Deposition Transcript Excerpt, # 25 Exhibit Trafficking Chart, # 26 Exhibit John Park 30(b)(6) Deposition Transcript Excerpt, # 27 Exhibit Michelle Wehrle Deposition Transcript Excerpt, # 28 Exhibit Michelle Sarkisian Deposition Transcript Excerpt, # 29 Exhibit Gregory Stocker30(b)(6) Deposition Transcript Excerpt, # 30 Exhibit Meghan Harrsch Deposition Transcript, # 31 Exhibit JD 2 Vol 2 Deposition Transcript Excerpt, # 32 Exhibit Brianne Austin 30(b)(6) Deposition Transcript Excerpt)(Allushi, Admir) (Entered: 04/17/2023) |
| 04/17/2023 | 397 | NOTICE Of Filing by Westmont Hospitality Group, Inc. re 394 Reply Brief (Attachments: # 1 Exhibit Forrest Castillo Deposition Transcript Excerpt, # 2 Exhibit Bharat Patel Deposition Transcript Excerpt, # 3 Exhibit R.P. Deposition Transcript Excerpt, # 4 Exhibit R.K. Deposition Transcript Excerpt, # 5 Exhibit C.A. Deposition Transcript Excerpt, # 6 Exhibit D.P. Deposition Transcript Excerpt, # 7 Exhibit M.B. Deposition Transcript Excerpt, # 8 Exhibit W.K Deposition Transcript Excerpt, # 9 Exhibit A.F. Deposition Transcript Excerpt, # 10 Exhibit T.H. Deposition Transcript Excerpt, # 11 Exhibit M.M. Deposition Transcript Excerpt, # 12 Exhibit K.P. Deposition Transcript Excerpt, # 13 Exhibit JD Volume 1 Deposition Transcript Excerpt, # 14 Exhibit JD 3 Deposition Transcript Excerpt, # 15 Exhibit JD 4 Deposition Transcript Excerpt, # 16 Exhibit E.H. Deposition Transcript Excerpt, # 17 Exhibit JD 2 Vol 1 Deposition Transcript Excerpt, # 18 Exhibit Jay Moyer Deposition Transcript Excerpt, # 19 Exhibit Vanessa Cole Deposition Transcript Excerpt, # 20 Exhibit Michael Thomas Deposition Transcript Excerpt, # 21 Exhibit Andrew Alexander Deposition Transcript Excerpt, # 22 Exhibit Dr. Kim Rebuttal Report, # 23 Exhibit Vickie Lam Deposition Transcript Excerpt, # 24 Exhibit JD Vol 1 Deposition Transcript Excerpt, # 25 Exhibit Trafficking Chart, # 26 Exhibit John Park 30(b)(6) Deposition Transcript Excerpt, # 27 Exhibit Michelle Wehrle Deposition Transcript Excerpt, # 28 Exhibit Michelle Sarkisian Deposition Transcript Excerpt, # 29 Exhibit Gregory Stocker30(b)(6) Deposition Transcript Excerpt, # 30 Exhibit Meghan Harrsch Deposition Transcript, # 31 Exhibit JD 2 Deposition Transcript Vol. 2 Excerpt, # 32 Exhibit Brianne Austin 30(b)(6) Deposition Transcript Excerpt)(Allushi, Admir) (Entered: 04/17/2023) |
| 04/18/2023 | | NOTICE (by docket text) OF TELEPHONE PROCEEDING : Hearing set for 5/1/2023 at 10:30 AM before Judge Victoria M. Calvert. Connection Instructions: Please call 1–866–390–1828 Access Code: 6421054# As participant push # Security Code: 0413#. (Entered: 04/18/2023) |
| 04/24/2023 | 398 | REPLY BRIEF re 299 MOTION to Sever filed by Varahi Hotel, LLC. (Keith, C. Shane) (Entered: 04/24/2023) |
| 04/24/2023 | 399 | Application for Leave of Absence for the following date(s): May 19 – 26, 2023, by Admir Allushi. (Allushi, Admir) (Entered: 04/24/2023) |

| 04/25/2023 | | ORDER (by docket text only) granting 387 Motion for Leave to File Matters Under Seal. Entered by Judge Victoria M. Calvert on 4/25/23. (vs) (Entered: 04/25/2023) |
|---|---|---|
| 04/28/2023 | 400 | REPLY BRIEF re 298 MOTION for Relief exclude Melanie Bliss, Ph.D. filed by Varahi Hotel, LLC. (Keith, C. Shane) (Entered: 04/28/2023) |
| 05/01/2023 | 401 | Minute Entry for proceedings held before Judge Victoria M. Calvert: Telephone Scheduling Conference held on 5/1/2023. (Court Reporter Wynette Blathers)(lwb) (Entered: 05/03/2023) |
| 05/03/2023 | | ORDER (by docket text only): The Parties are DIRECTED to file a Joint Index of Sealed Items pursuant to Section III.f.ii of the Court's 128 Standing Order by NO LATER THAN 6/30/2023. Entered by Judge Victoria M. Calvert on 5/3/2023. (ntj) (Entered: 05/03/2023) |
| 05/03/2023 | | Submission of 263 MOTION for Summary Judgment *on the Claims of Plaintiff R.P. (deposition excerpts previously filed under seal)*, 267 MOTION for Summary Judgment , 269 MOTION for Summary Judgment , 268 MOTION for Summary Judgment , 259 MOTION for Partial Summary Judgment *on Plaintiffs' Claims under the TVPRA (deposition excerpts previously filed under seal)*, 272 MOTION for Summary Judgment , 282 MOTION for Summary Judgment *Against E.H.*, 271 MOTION for Summary Judgment , 270 MOTION for Summary Judgment , 277 MOTION for Summary Judgment *AGAINST PLAINTIFF R.K*, 260 MOTION for Summary Judgment *on the Claims of Plaintiff D.P. (deposition excerpts previously filed under seal)*, 262 MOTION for Summary Judgment *on the Claims of Plaintiff M.B. (deposition excerpts previously filed under seal)*, 283 MOTION for Summary Judgment , 273 MOTION for Summary Judgment , 274 MOTION for Summary Judgment , 264 MOTION for Summary Judgment *on the Claims of Plaintiff W.K. (deposition excerpts previously filed under seal)*, 261 MOTION for Summary Judgment *on the Claims of Plaintiff E.H. (deposition excerpts previously filed under seal)*, 275 MOTION for Summary Judgment , to District Judge Victoria M. Calvert. (vs) (Entered: 05/03/2023) |
| 05/03/2023 | 402 | NOTICE Of Filing by M. B., C.A., A. F., E. H., W. K., K.P., M. M., D. P., R. P., R.K., T.H. *Corrected Response* (Attachments: # 1 Exhibit Plaintiff RP's Response to Varahi Hotel, LLC's Statement of Facts)(Baumrind, Michael) (Entered: 05/03/2023) |
| 05/03/2023 | 403 | ORDER Granting 369 Motion to Strike. Signed by Judge Victoria M. Calvert on May 3, 2023. (lwb) (Entered: 05/04/2023) |
| 05/11/2023 | 404 | STIPULATION *: Red Roof Defendants' Stipulations on Evidentiary Matters* by M. B., C.A., A. F., E. H., W. K., K.P., M. M., D. P., R. P., R.K., T.H.. (Varghese, Manoj) (Entered: 05/11/2023) |
| 05/16/2023 | 405 | NOTICE by M. B., C.A., A. F., E. H., W. K., K.P., M. M., D. P., R. P., R.K., T.H. *of Withdrawal of Filing* (Baumrind, Michael) (Entered: 05/16/2023) |
| 05/18/2023 | 406 | Certification of Consent to Substitution of Counsel. Marcella Coladangelo Ducca replacing attorney Emma Jeanette Fennelly; Lillian Kate Henry; Christian T. Novay; Charles Kyle Reed; Admir Allushi and Tameika Lavenia Briscoe. (Attachments: # 1 Text of Proposed Order)(Ducca, Marcella) (Entered: 05/18/2023) |
| 06/02/2023 | 407 | APPLICATION for Admission of Sandra J. Wunderlich Pro Hac Vice (Application fee $ 150, receipt number AGANDC–12647115).by FMW RRI NC, LLC, RRI III, LLC, RRI West Management, LLC, Red Roof Franchising, LLC, Red Roof Inns, Inc., |

| | | |
|---|---|---|
| | | Westmont Hospitality Group, Inc.. (Ducca, Marcella) Documents for this entry are not available for viewing outside the courthouse. (Entered: 06/02/2023) |
| 06/05/2023 | | APPROVAL by Clerks Office re: 407 APPLICATION for Admission of Sandra J. Wunderlich Pro Hac Vice (Application fee $ 150, receipt number AGANDC−12647115). Attorney Sandra Wunderlich added appearing on behalf of FMW RRI NC, LLC, RRI III, LLC, RRI West Management, LLC, Red Roof Franchising, LLC, Red Roof Inns, Inc., Westmont Hospitality Group, Inc. (rvb) (Entered: 06/05/2023) |
| 06/06/2023 | 408 | ORDER granting 407 Application for Admission Pro Hac Vice of Sandra J. Wunderlich. Signed by Judge Victoria M. Calvert on June 6, 2023. If the applicant does not have CM/ECF access in the Northern District of Georgia already, they must request access at http://pacer.gov. If they have electronically filed in this district in a previous case, please omit this step.(lwb) (Entered: 06/06/2023) |
| 06/06/2023 | | Clerk's Certificate of Mailing as to Sandra J. Wunderlich re 408 Order on Application for Admission PHV. (lwb) (Entered: 06/06/2023) |
| 06/08/2023 | 409 | APPLICATION for Admission of Chelsea Mikula Pro Hac Vice (Application fee $ 150, receipt number AGANDC−12661202).by FMW RRI NC, LLC, RRI III, LLC, RRI West Management, LLC, Red Roof Franchising, LLC, Red Roof Inns, Inc., Westmont Hospitality Group, Inc.. (Ducca, Marcella) Documents for this entry are not available for viewing outside the courthouse. (Entered: 06/08/2023) |
| 06/09/2023 | 410 | APPLICATION for Admission of Carolyn Ashley Saferight Pro Hac Vice (Application fee $ 150, receipt number AGANDC−12664899).by FMW RRI NC, LLC, RRI III, LLC, RRI West Management, LLC, Red Roof Franchising, LLC, Red Roof Inns, Inc., Westmont Hospitality Group, Inc.. (Ducca, Marcella) Documents for this entry are not available for viewing outside the courthouse. (Entered: 06/09/2023) |
| 06/11/2023 | | APPROVAL by Clerks Office re: 409 APPLICATION for Admission of Chelsea Mikula Pro Hac Vice (Application fee $ 150, receipt number AGANDC−12661202). Attorney Chelsea Mikula added appearing on behalf of FMW RRI NC, LLC, RRI III, LLC, RRI West Management, LLC, Red Roof Franchising, LLC, Red Roof Inns, Inc., Westmont Hospitality Group, Inc. (rvb) (Entered: 06/11/2023) |
| 06/11/2023 | | APPROVAL by Clerks Office re: 410 APPLICATION for Admission of Carolyn Ashley Saferight Pro Hac Vice (Application fee $ 150, receipt number AGANDC−12664899). Attorney Carolyn Ashley Saferight added appearing on behalf of FMW RRI NC, LLC, RRI III, LLC, RRI West Management, LLC, Red Roof Franchising, LLC, Red Roof Inns, Inc., Westmont Hospitality Group, Inc. (rvb) (Entered: 06/11/2023) |
| 06/14/2023 | 411 | ORDER GRANTING 409 Application for Admission Pro Hac Vice of Chelsea Mikula. Signed by Judge Victoria M. Calvert on 6/14/2023. If the applicant does not have CM/ECF access in the Northern District of Georgia already, they must request access at http://pacer.gov. If they have electronically filed in this district in a previous case, please omit this step.(tas) (Entered: 06/14/2023) |
| 06/14/2023 | 412 | ORDER GRANTING 410 Application for Admission Pro Hac Vice of Carolyn Ashley Saferight. Signed by Judge Victoria M. Calvert on 6/14/2023. If the applicant does not have CM/ECF access in the Northern District of Georgia already, they must request access at http://pacer.gov. If they have electronically filed in this district in a previous case, please omit this step.(tas) (Entered: 06/14/2023) |

| 06/26/2023 | 413 | Notice for Leave of Absence for the following date(s): October 5–6 9–10, November 20–22, November 27–December 1, December 20–22 26–29 2023, January 2–3 2024, by C. Shane Keith. (Keith, C. Shane) (Entered: 06/26/2023) |
|---|---|---|
| 06/29/2023 | 414 | NOTICE Of Filing Joint Index of Sealed Items by M. B., C.A., A. F., E. H., W. K., K.P., M. M., D. P., R. P., R.K., T.H. (Attachments: # 1 Exhibit Joint Index of Sealed Items)(Mykkeltvedt, Tiana) (Entered: 06/29/2023) |
| 07/12/2023 | 415 | Request for Leave of Absence for the following date(s): September 13–14, 2023, October 10–13, 2023, November 6–10, 2023, November 27–December 8, 2023, December 11–15, 2023 , December 26, 2023–January 12, 2024 , by Sandra Wunderlich, Chelsea R. Mikula, C. Ashley Saferight. Modified to edit docket text on 9/18/2023 (dnb). (Entered: 07/12/2023) |
| 07/26/2023 | 416 | NOTICE by W. K. *Of Supplemental Authority* (Seals, Amanda) (Entered: 07/26/2023) |
| 08/29/2023 | 417 | Joint MOTION to Dismiss *the Remaining Claims against Varahi Hotel, LLC with Prejudice* by Varahi Hotel, LLC. (Attachments: # 1 Text of Proposed Order)(Keith, C. Shane) (Entered: 08/29/2023) |
| 08/29/2023 | 418 | ORDER granting 417 Motion to Dismiss terminating Varahi Hotel, LLC. The Clerk is INSTRUCTED to mark Defendant Varahi Hotel, LLC as a terminated party and remove its counsel from the Courts CM/ECF distribution list in this case. Signed by Judge Victoria M. Calvert on 8/29/2023. (dnb) (Entered: 08/29/2023) |
| 09/06/2023 | 419 | MOTION to Dismiss *With Prejudice Certain Claims Against The Red Roof Defendants By Plaintiffs M.B., E.H., W.K., D.P., R.P.* with Brief In Support by M. B., E. H., W. K., D. P., R. P.. (Attachments: # 1 Text of Proposed Order Order Dismissing Certain Claims Against The Red Roof Defendants With Prejudice)(Mykkeltvedt, Tiana) Modified text per attorney call on 9/6/2023 (motion not unopposed) (nmb). (Entered: 09/06/2023) |
| 09/08/2023 | 420 | ORDER granting 419 Motion to Dismiss With Prejudice Certain Claims Against The Red Roof Defendants By Plaintiffs M.B., E.H., W.K., D.P., R.P. This Court DISMISSES Count 4 of the Second Amended Complaint with prejudice pursuant to this Court's inherent authority to control its docket and ensure the prompt resolution of lawsuits. This Order does not affect the claims (including those within Count 4) of any other Plaintiff besides M.B., E.H., W.K., D.P., and R.P. and it does not affect any claims against the Red Roof Defendants related to the Buckhead Red Roof. Signed by Judge Victoria M. Calvert on 9/8/2023. (dnb) (Entered: 09/08/2023) |
| 09/14/2023 | 421 | ORDER. Westmont's Motion for Summary Judgment 273 is GRANTED, and the Clerk is DIRECTED to drop Westmont as a party. Red Roof Defendants and Westmont's Motion for Joinder 362 is GRANTED. All other pending motions ( 259 , 260 , 261 , 262 , 263 , 264 , 267 , 268 , 269 , 270 , 271 , 272 , 274 , 275 , 277 , 282 , 283 , 298 , and 299 ) are DENIED. The remaining parties are directed to submit a consolidated pretrial order by no later than October 13, 2023. If the parties intend to conduct further settlement talks or mediation, they may contact the Court's courtroom deputy prior to that date to obtain a postponement of this deadline. Signed by Judge Victoria M. Calvert on 9/14/2023. (dnb) (Entered: 09/14/2023) |
| 09/19/2023 | 422 | Request for Leave of Absence for the following date(s): November 6–10, 2023, November 13–14, 2023, November 27–December 15, 2023, December 11–15, 2023, December 26, 2023–January 12, 2024, January 17–19, 2024, January 29–February 2, 2024, February 19–23, 2024, April 22–30, 2024, May 17–19, 2024, by Sandra |

| | | |
|---|---|---|
| | | Wunderlich. (Wunderlich, Sandra) (Entered: 09/19/2023) |
| 09/26/2023 | 423 | NOTICE to Take Deposition of Dr. Kim Mehlman−Orozco filed by M. B., C.A., A. F., E. H., W. K., K.P., M. M., D. P., R. P., R.K., T.H. (Mykkeltvedt, Tiana) (Entered: 09/26/2023) |
| 10/06/2023 | 424 | Amended NOTICE to Take Deposition of Greg H. Bristol filed by M. B., C.A., A. F., E. H., W. K., K.P., M. M., D. P., R. P., R.K., T.H. (Mykkeltvedt, Tiana) (Entered: 10/06/2023) |
| 10/13/2023 | 425 | Proposed Pretrial Order by M. B., C.A., A. F., E. H., W. K., K.P., M. M., D. P., R. P., R.K., T.H.. (Mykkeltvedt, Tiana) (Entered: 10/13/2023) |
| 10/18/2023 | 426 | NOTICE setting Trial: Pretrial Conference set for 5/14/2024 at 09:30 AM before Judge Victoria M. Calvert. Jury Trial set for 6/10/2024 at 09:30 AM in ATLA Courtroom 2105 before Judge Victoria M. Calvert. Any motions in limine and proposed voir dire questions are due on or before 4/30/2024. Objections to the motions in limine and proposed voir dire questions are due on 5/7/2024. (dnb) (Entered: 10/18/2023) |
| 10/24/2023 | 427 | NOTICE by FMW RRI NC, LLC, RRI III, LLC, RRI West Management, LLC, Red Roof Franchising, LLC, Red Roof Inns, Inc. re 175 Notice (Other), 172 Notice of Filing, 174 Notice (Other), 181 Notice (Other), 178 Notice (Other), *of Intent to Seek Apportionment of Fault Against Non−Parties Pursuant to O.C.G.A. Section 51−12−33* (Wunderlich, Sandra) (Entered: 10/24/2023) |
| 10/24/2023 | 428 | NOTICE by FMW RRI NC, LLC, RRI III, LLC, RRI West Management, LLC, Red Roof Franchising, LLC, Red Roof Inns, Inc. re 427 Notice (Other), 177 Notice (Other), 170 Notice of Filing, 174 Notice (Other), 178 Notice (Other), 179 Notice (Other), 173 Notice (Other), *of Intent to Seek Apportionment of Fault Against Non−Parties Pursuant to O.C.G.A. Section 51−12−33* (Wunderlich, Sandra) (Entered: 10/24/2023) |
| 10/24/2023 | 429 | NOTICE by FMW RRI NC, LLC, RRI III, LLC, RRI West Management, LLC, Red Roof Franchising, LLC, Red Roof Inns, Inc. re 175 Notice (Other), 427 Notice (Other), 176 Notice (Other), 171 Notice of Filing, 172 Notice of Filing, 174 Notice (Other), 181 Notice (Other), 178 Notice (Other), 428 Notice (Other), *of Intent to Seek Apportionment of Fault Against Non−Parties Pursuant to O.C.G.A. Section 51−12−33* (Wunderlich, Sandra) (Entered: 10/24/2023) |
| 10/25/2023 | | NOTICE of Hearing (by docket text only): Final Pretrial Conference RESET for 5/29/2024 at 10:00 AM in ATLA Courtroom 2105 before Judge Victoria M. Calvert. (vs) (Entered: 10/25/2023) |
| 11/29/2023 | 430 | SEALED NOTICE Of Filing by FMW RRI NC, LLC, RRI III, LLC, RRI West Management, LLC, Red Roof Franchising, LLC, Red Roof Inns, Inc. *of Certain Materials Under Seal* (Attachments: # 1 Exhibit A − Franchise Agreement, # 2 Exhibit B − 11.11.2021 Deposition of Plaintiff M.M., # 3 Exhibit C − 3.22.2022 Deposition of Plaintiff M.B., # 4 Exhibit D − 5.6.2022 Deposition of Plaintiff R.K., # 5 Exhibit E − 5.5.2022 Deposition of Plaintiff T.H., # 6 Exhibit F, Part I − 3.3.2022 Deposition of Plaintiff C.A., # 7 Exhibit F, Part II − 8.12.2022 Deposition of Plaintiff C.A., # 8 Exhibit G − 6.30.2022 Deposition of Plaintiff D.P., # 9 Exhibit H − 7.14.2022 Deposition of Plaintiff K.P., # 10 Exhibit I − 11.4.2021 Deposition of Plaintiff W.K., # 11 Exhibit J − 8.31.2022 Deposition of Plaintiff A.F., # 12 Exhibit K − 1.19.2022 Deposition of Hamilton, # 13 Exhibit L − 10.22.2021 Deposition of |

| | | |
|---|---|---|
| | | Forrest Castille, # <u>14</u> Exhibit M – 3.18.2022 Deposition of James Moyer, # <u>15</u> Exhibit P – 10.12.2022 Deposition of Plaintiff E.H.)(Ducca, Marcella) Modified on 4/30/2024 (jbu). (Entered: 11/29/2023) |
| 11/29/2023 | <u>431</u> | MOTION for Leave to File Matters Under Seal re: <u>430</u> Notice of Filing with Brief In Support by FMW RRI NC, LLC, RRI III, LLC, RRI West Management, LLC, Red Roof Franchising, LLC, Red Roof Inns, Inc.. (Attachments: # <u>1</u> Brief, # <u>2</u> Text of Proposed Order)(Ducca, Marcella) Modified to edit docket text on 11/30/2023 (dnb). (Entered: 11/29/2023) |
| 11/29/2023 | <u>432</u> | DOCUMENT FILING ERROR – REFILED AT <u>434</u> MOTION to Sever with Brief In Support by FMW RRI NC, LLC, RRI III, LLC, RRI West Management, LLC, Red Roof Franchising, LLC, Red Roof Inns, Inc.. (Attachments: # <u>1</u> Brief, # <u>2</u> Exhibit A – Franchise Agreement (provisionally filed under seal), # <u>3</u> Exhibit B – 11.11.2021 Deposition of Plaintiff M.M. (provisionally filed under seal), # <u>4</u> Exhibit C – 3.22.2022 Deposition of Plaintiff M.B. (provisionally filed under seal), # <u>5</u> Exhibit D – 5.6.2022 Deposition of Plaintiff R.K. (provisionally filed under seal), # <u>6</u> Exhibit E – 5.5.2022 Deposition of Plaintiff T.H. (provisionally filed under seal), # <u>7</u> Exhibit F, Part I – 3.3.2022 Deposition of Plaintiff C.A. (provisionally filed under seal), # <u>8</u> Exhibit F, Part II – 8.12.2022 Deposition of Plaintiff C.A. (provisionally filed under seal), # <u>9</u> Exhibit G – 6.30.2022 Deposition of Plaintiff D.P. (provisionally filed under seal), # <u>10</u> Exhibit H – 7.14.2022 Deposition of Plaintiff K.P. (provisionally filed under seal), # <u>11</u> Exhibit I – 11.4.2021 Deposition of Plaintiff W.K. (provisionally filed under seal), # <u>12</u> Exhibit J – 8.31.2022 Deposition of Plaintiff A.F. (provisionally filed under seal), # <u>13</u> Exhibit K – 1.19.2022 Deposition of Hamilton (provisionally filed under seal), # <u>14</u> Exhibit L – 10.22.2021 Deposition of Forrest Castille (provisionally filed under seal), # <u>15</u> Exhibit M – 3.18.2022 Deposition of James Moyer (provisionally filed under seal), # <u>16</u> Exhibit N – Plaintiffs' Chart MSJ Ex. 48, # <u>17</u> Exhibit O – Varahi Release Redacted, # <u>18</u> Exhibit P – 10.12.2022 Deposition of Plaintiff E.H. (provisionally filed under seal), # <u>19</u> Text of Proposed Order)(Ducca, Marcella) Modified on 11/30/2023 – law firm contacted clerk's office that caption on document is incorrect; attorney to refile (jbu). Modified on 12/1/2023 (jbu). Modified on 12/1/2023 (jbu). (Entered: 11/29/2023) |
| 11/30/2023 | <u>433</u> | DOCUMENT FILING ERROR – REFILED AT <u>434</u> MOTION to Sever *Corrected* by FMW RRI NC, LLC, RRI III, LLC, RRI West Management, LLC, Red Roof Franchising, LLC, Red Roof Inns, Inc. (Ducca, Marcella) Modified on 12/1/2023 (jbu). Modified on 12/1/2023 (jbu). (Entered: 11/30/2023) |
| 11/30/2023 | <u>434</u> | MOTION to Sever *Corrected* with Brief In Support by FMW RRI NC, LLC, RRI III, LLC, RRI West Management, LLC, Red Roof Franchising, LLC, Red Roof Inns, Inc.. (Attachments: # <u>1</u> Brief, # <u>2</u> Exhibit A – Franchise Agreement (provisionally filed under seal), # <u>3</u> Exhibit B – 11.11.2021 Deposition of Plaintiff M.M. (provisionally filed under seal), # <u>4</u> Exhibit C – 3.22.2022 Deposition of Plaintiff M.B. (provisionally filed under seal), # <u>5</u> Exhibit D – 5.6.2022 Deposition of Plaintiff R.K. (provisionally filed under seal), # <u>6</u> Exhibit E – 5.5.2022 Deposition of Plaintiff T.H. (provisionally filed under seal), # <u>7</u> Exhibit F, Part I – 3.3.2022 Deposition of Plaintiff C.A. (provisionally filed under seal), # <u>8</u> Exhibit F, Part II – 8.12.2022 Deposition of Plaintiff C.A. (provisionally filed under seal), # <u>9</u> Exhibit G – 6.30.2022 Deposition of Plaintiff D.P. (provisionally filed under seal), # <u>10</u> Exhibit H – 7.14.2022 Deposition of Plaintiff K.P. (provisionally filed under seal), # <u>11</u> Exhibit I – 11.4.2021 Deposition of Plaintiff W.K. (provisionally filed under seal), # <u>12</u> Exhibit J – 8.31.2022 Deposition of Plaintiff A.F. (provisionally filed under seal), # <u>13</u> Exhibit |

| | | |
|---|---|---|
| | | K – 1.19.2022 Deposition of Hamilton (provisionally filed under seal), # <u>14</u> Exhibit L – 10.22.2021 Deposition of Forrest Castille (provisionally filed under seal), # <u>15</u> Exhibit M – 3.18.2022 Deposition of James Moyer (provisionally filed under seal), # <u>16</u> Exhibit N – Plaintiffs' Chart MSJ Ex. 48, # <u>17</u> Exhibit O – Varahi Release – Redacted, # <u>18</u> Exhibit P – 10.12.2022 Deposition of Plaintiff E.H. (provisionally filed under seal), # <u>19</u> Text of Proposed Order)(Ducca, Marcella) (Entered: 11/30/2023) |
| 12/01/2023 | | Notification of Docket Correction re <u>432</u> MOTION to Sever. Caption incorrect; refiled at <u>434</u> . (jbu) (Entered: 12/01/2023) |
| 12/01/2023 | | Notification of Docket Correction re <u>433</u> MOTION to Sever *Corrected*. Caption incorrect; refiled at <u>434</u> . (jbu) (Entered: 12/01/2023) |
| 12/06/2023 | <u>435</u> | MOTION for Leave to File Matters Under Seal re: <u>269</u> MOTION for Summary Judgment and <u>421</u> Order and for Leave to File Subsequent Dispositive Motions Under Seal. with Brief In Support by FMW RRI NC, LLC, RRI III, LLC, RRI West Management, LLC, Red Roof Franchising, LLC, Red Roof Inns, Inc.. (Attachments: # <u>1</u> Brief, # <u>2</u> Text of Proposed Order)(Ducca, Marcella) Modified to edit docket text on 12/7/2023 (dnb). (Entered: 12/06/2023) |
| 12/13/2023 | <u>436</u> | RESPONSE re <u>434</u> MOTION to Sever *Corrected* filed by M. B., C.A., A. F., E. H., W. K., K.P., M. M., D. P., R. P., R.K., T.H.. (Mesa, Juliana) Modified to edit docket text on 12/14/2023 (dnb). (Entered: 12/13/2023) |
| 12/13/2023 | <u>437</u> | RESPONSE re <u>431</u> MOTION for Leave to File Matters Under Seal re: <u>430</u> Notice of Filing filed by M. B., C.A., A. F., E. H., W. K., K.P., M. M., D. P., R. P., R.K., T.H.. (Baumrind, Michael) Modified to edit docket text on 12/14/2023 (dnb). (Entered: 12/13/2023) |
| 12/18/2023 | <u>438</u> | RESPONSE re <u>435</u> MOTION for Leave to File Matters Under Seal re: <u>269</u> MOTION for Summary Judgment and <u>421</u> Order and for Leave to File Subsequent Dispositive Motions Under Seal filed by M. B., C.A., A. F., E. H., W. K., K.P., M. M., D. P., R. P., R.K., T.H.. (Baumrind, Michael) (Entered: 12/18/2023) |
| 12/27/2023 | <u>439</u> | REPLY to Response to Motion re <u>434</u> MOTION to Sever *Corrected* filed by FMW RRI NC, LLC, RRI III, LLC, RRI West Management, LLC, Red Roof Franchising, LLC, Red Roof Inns, Inc.. (Ducca, Marcella) (Entered: 12/27/2023) |
| 12/27/2023 | <u>440</u> | REPLY to Response to Motion re <u>431</u> MOTION for Leave to File Matters Under Seal re: <u>430</u> Notice of Filing,,,, filed by FMW RRI NC, LLC, RRI III, LLC, RRI West Management, LLC, Red Roof Franchising, LLC, Red Roof Inns, Inc.. (Ducca, Marcella) (Entered: 12/27/2023) |
| 01/02/2024 | <u>441</u> | REPLY to Response to Motion re <u>435</u> MOTION for Leave to File Matters Under Seal re: <u>269</u> MOTION for Summary Judgment and <u>421</u> Order and for Leave to File Subsequent Dispositive Motions Under Seal filed by FMW RRI NC, LLC, RRI III, LLC, RRI West Management, LLC, Red Roof Franchising, LLC, Red Roof Inns, Inc.. (Ducca, Marcella) (Entered: 01/02/2024) |
| 01/03/2024 | | Submission of <u>431</u> MOTION for Leave to File Matters Under Seal re: <u>430</u> <u>435</u> MOTION for Leave to File Matters Under Seal re: <u>269</u> MOTION for Summary Judgment and <u>421</u> Order and for Leave to File Subsequent Dispositive Motions Under Seal, <u>434</u> MOTION to Sever *Corrected*, to District Judge Victoria M. Calvert. (vs) (Entered: 01/03/2024) |

| 01/11/2024 | 442 | Notice for Leave of Absence for the following date(s): March 28–April 12, 2024, June 3–7,2024, July 1–5, 2024, by Patrick J. McDonough. (McDonough, Patrick) (Entered: 01/11/2024) |
|---|---|---|
| 01/11/2024 | 443 | NOTICE Withdrawal of Leave of Absence by M. B., C.A., A. F., E. H., W. K., K.P., M. M., D. P., R. P., R.K., T.H. (McDonough, Patrick) Modified docket text on 1/17/2024 (dnb). (Entered: 01/11/2024) |
| 01/16/2024 | 444 | APPLICATION for Admission of Elisabeth C. Arko Pro Hac Vice (Application fee $ 100, receipt number AGANDC–13159563).by FMW RRI NC, LLC, RRI III, LLC, RRI West Management, LLC, Red Roof Franchising, LLC, Red Roof Inns, Inc.. (Ducca, Marcella) Documents for this entry are not available for viewing outside the courthouse. (Entered: 01/16/2024) |
| 01/16/2024 | 445 | APPLICATION for Admission of Joseph A. Manno Pro Hac Vice (Application fee $ 100, receipt number AGANDC–13159601).by FMW RRI NC, LLC, RRI III, LLC, RRI West Management, LLC, Red Roof Franchising, LLC, Red Roof Inns, Inc.. (Ducca, Marcella) Documents for this entry are not available for viewing outside the courthouse. (Entered: 01/16/2024) |
| 01/17/2024 | | APPROVAL by Clerks Office re: 444 APPLICATION for Admission of Elisabeth C. Arko Pro Hac Vice (Application fee $ 100, receipt number AGANDC–13159563). Attorney Elisabeth C. Arko added appearing on behalf of FMW RRI NC, LLC, RRI III, LLC, RRI West Management, LLC, Red Roof Franchising, LLC. E–filing access may be requested after an order granting the application is entered. (esr) (Entered: 01/17/2024) |
| 01/17/2024 | | APPROVAL by Clerks Office re: 445 APPLICATION for Admission of Joseph A. Manno Pro Hac Vice (Application fee $ 100, receipt number AGANDC–13159601). Attorney Joseph A. Manno added appearing on behalf of FMW RRI NC, LLC, RRI III, LLC, RRI West Management, LLC, Red Roof Franchising, LLC. E–filing access may be requested after an order granting the application is entered. (esr) (Entered: 01/17/2024) |
| 01/22/2024 | 446 | ORDER granting 444 Application of Elisabeth C. Arko for Admission Pro Hac Vice. Signed by Judge Victoria M. Calvert on 1/22/2024. If the applicant does not have CM/ECF access in the Northern District of Georgia already, they must request access at http://pacer.gov. If they have electronically filed in this district in a previous case, please omit this step.(dnb) (Entered: 01/22/2024) |
| 01/22/2024 | 447 | ORDER granting 445 Application for of Joseph A. Manno Admission Pro Hac Vice. Signed by Judge Victoria M. Calvert on 1/22/2024. If the applicant does not have CM/ECF access in the Northern District of Georgia already, they must request access at http://pacer.gov. If they have electronically filed in this district in a previous case, please omit this step.(dnb) (Entered: 01/22/2024) |
| 02/14/2024 | | NOTICE setting Trial(BY DOCKT TEXT ONLY): Specially set Jury Trial RESET for 6/11/2024 at 09:30 AM in ATLA Courtroom 2105 before Judge Victoria M. Calvert. (THIS NOTICE CHANGES THE TRIAL START DATE FROM 6/10/2024 TO 6/11/2024) (vs) (Entered: 02/14/2024) |
| 02/22/2024 | 448 | NOTICE by FMW RRI NC, LLC, RRI III, LLC, RRI West Management, LLC, Red Roof Franchising, LLC, Red Roof Inns, Inc. *of Intent to Serve Subpoena for the Production of Documents* (Attachments: # 1 Exhibit A – Subpoena)(Ducca, Marcella) (Entered: 02/22/2024) |

| 03/10/2024 | 449 | Withdrawal of Motion 435 MOTION for Leave to File Matters Under Seal re: 269 MOTION for Summary Judgment and 421 Order and for Leave to File Subsequent Dispositive Motions Under Seal filed by RRI West Management, LLC, Red Roof Franchising, LLC, Red Roof Inns, Inc., FMW RRI NC, LLC, RRI III, LLC filed by FMW RRI NC, LLC, RRI III, LLC, RRI West Management, LLC, Red Roof Franchising, LLC, Red Roof Inns, Inc.. (Ducca, Marcella) (Entered: 03/10/2024) |
| --- | --- | --- |
| 03/14/2024 | 450 | NOTICE by FMW RRI NC, LLC, RRI III, LLC, RRI West Management, LLC, Red Roof Franchising, LLC, Red Roof Inns, Inc. *of Intent to Serve Subpoena for the Production of Documents* (Attachments: # 1 Exhibit A – Subpoena to Produce Documents)(Cox, Brandon) (Entered: 03/14/2024) |
| 04/02/2024 | 451 | STIPULATION *: Red Roof Defendants' Stipulation on Evidentiary Matters* by M. B., C.A., A. F., E. H., W. K., K.P., M. M., D. P., R. P., R.K., T.H.. (Varghese, Manoj) (Entered: 04/02/2024) |
| 04/04/2024 | 452 | First MOTION to Intervene and MOTION to Modify Protective Order with Brief In Support by C D. (Attachments: # 1 Exhibit)(Stoddard, Matthew) . Added MOTION to Amend on 4/5/2024 (jbu). (Entered: 04/04/2024) |
| 04/05/2024 | | Notification of Docket Correction re 452 First MOTION to Intervene, MOTION to Amend. Multi–part motion filed as only one motion. Additional motion added to entry and docket text modified to accurately reflect filed document. (jbu) (Entered: 04/05/2024) |
| 04/10/2024 | | ORDER (by docket text only): This matter comes before the Court on a discovery dispute on whether the Red Roof Defendants are entitled to Plaintiffs' settlement agreement(s) with Varahi Hotels, LLC. Plaintiffs do not object to production of the settlement agreement(s) but believe any settlement amounts should be redacted. It does not appear that Varahi Hotels, LLC has any objection to the Red Roof Defendants subpoena. The Court finds that the settlement agreements and the settlement amounts are relevant for the reasons provided by the Red Roof Defendants, and therefore OVERRULES Plaintiffs' objection. Any settlement agreement(s) produced by Varahi Hotels, LLC to the Red Roof Defendants is confidential and subject to the terms of the protective order in this case. The parties may renew any concerns about the admissibility of the settlement agreements or settlement amounts via a motion in limine prior to trial. Entered by Judge Victoria M. Calvert on 4/10/24. (vs) (Entered: 04/10/2024) |
| 04/17/2024 | 453 | APPLICATION for Admission of Spencer E. Krebs Pro Hac Vice (Application fee $ 100, receipt number AGANDC–13369546).by FMW RRI NC, LLC, RRI III, LLC, RRI West Management, LLC, Red Roof Franchising, LLC. (Ducca, Marcella) Documents for this entry are not available for viewing outside the courthouse. Modified docket text on 4/17/2024 (ajw). (Entered: 04/17/2024) |
| 04/17/2024 | 454 | Application for Refund of Fees paid online through Pay.gov for receipt number AGANDC–13369393. (Ducca, Marcella) (Entered: 04/17/2024) |
| 04/18/2024 | | APPROVAL by Clerks Office re: 453 APPLICATION for Admission of Spencer E. Kre3bs Pro Hac Vice (Application fee $ 100, receipt number AGANDC–13369546).. Attorney Spencer Krebs added appearing on behalf of FMW RRI NC, LLC, RRI III, LLC, RRI West Management, LLC, Red Roof Franchising, LLC. E–filing access may be requested after an order granting the application is entered. (djs) (Entered: 04/18/2024) |

| 04/18/2024 | 455 | ORDER granting the 453 Application for Admission Pro Hac Vice of Spencer E. Krebs. Signed by Judge Victoria M. Calvert on 4/18/2024. If the applicant does not have CM/ECF access in the Northern District of Georgia already, they must request access at http://pacer.gov. If they have electronically filed in this district in a previous case, please omit this step.(jbu) (Entered: 04/18/2024) |
| --- | --- | --- |
| 04/18/2024 | | Clerk's Certificate of Mailing to Spencer E. Krebs re 455 Order on Application for Admission PHV. (jbu) (Entered: 04/18/2024) |
| 04/18/2024 | 456 | RESPONSE re 452 First MOTION to Intervene *and Modify Protective Order*MOTION to Amend filed by M. B., C.A., C D, A. F., E. H., W. K., K.P., M. M., D. P., R. P., R.K., T.H.. (Baumrind, Michael) (Entered: 04/18/2024) |
| 04/18/2024 | 457 | RESPONSE in Opposition re 452 First MOTION to Intervene *and Modify Protective Order*MOTION to Amend filed by FMW RRI NC, LLC, RRI III, LLC, RRI West Management, LLC, Red Roof Franchising, LLC, Red Roof Inns, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G)(Ducca, Marcella) (Entered: 04/18/2024) |
| 04/22/2024 | 458 | Motion to Bring Audio/Visual/Electronic Equipment in the Courtroom by FMW RRI NC, LLC, RRI III, LLC, RRI West Management, LLC, Red Roof Franchising, LLC, Red Roof Inns, Inc.. (Attachments: # 1 Text of Proposed Order)(Ducca, Marcella) (Entered: 04/22/2024) |
| 04/22/2024 | 459 | ORDER granting 458 Motion to Bring Audio/Visual/Electronic Equipment in Courtroom 2105 on 5/29/2024 at 10:00 A.M. Signed by Judge Victoria M. Calvert on 4/22/2024. (jbu) (Entered: 04/23/2024) |
| 04/23/2024 | | Clerks Approval re 454 Application for Refund of Fees paid online. (mec) (Entered: 04/23/2024) |
| 04/24/2024 | | ORDER (by docket text only): This matter is before the Court on the Defendants' request for an in–person settlement conference with the lawyers and their clients. Having considered the parties' written submissions, Defendants' request is DENIED. Only the attorneys for the parties are DIRECTED to meet, in an agreed upon manner, to discuss settlement. Entered by Judge Victoria M. Calvert on 4/24/24. (vs) (Entered: 04/24/2024) |
| 04/25/2024 | 460 | Joint MOTION for Leave to File Excess Pages by M. B., C.A., C D, A. F., E. H., W. K., K.P., M. M., D. P., R. P., R.K., T.H.. (Attachments: # 1 Text of Proposed Order Proposed Order)(Baumrind, Michael) (Entered: 04/25/2024) |
| 04/25/2024 | 461 | NOTICE to Take Continued Deposition of Dr. Matthew Norman filed by M. B., C.A., C D, A. F., E. H., W. K., K.P., M. M., D. P., R. P., R.K., T.H. (Baumrind, Michael) Modified docket text on 4/25/2024 (ajw). (Entered: 04/25/2024) |
| 04/25/2024 | 462 | NOTICE to Take Continued Video Deposition of Anique Whitmore filed by FMW RRI NC, LLC, RRI III, LLC, RRI West Management, LLC, Red Roof Franchising, LLC, Red Roof Inns, Inc. (Wunderlich, Sandra) Modified on 4/26/2024 (ajw). (Entered: 04/25/2024) |
| 04/26/2024 | 463 | ORDER granting 460 Motion for Leave to File Excess Pages. Each side shall file a consolidated motion in limine of no more than 50 pages. Signed by Judge Victoria M. Calvert on 4/26/2024. (jbu) (Entered: 04/26/2024) |
| 04/30/2024 | 464 | |

| | | |
|---|---|---|
| | | ORDER granting <u>431</u> Motion for Leave to File Matters Under Seal. Any materials filed under seal pursuant to this Order shall remain under seal until further ordered by this Court. Signed by Judge Victoria M. Calvert on 4/30/2024. (jbu) (Entered: 04/30/2024) |
| 04/30/2024 | | Refund in the amount of $100.00 has been processed, effective 4/30/2024 in response to Clerks Action on Application for Refund of Fees paid online. (kns) (Entered: 04/30/2024) |
| 04/30/2024 | <u>465</u> | Plaintiff's Consolidated MOTION in Limine with Brief In Support by M. B., C.A., C D, A. F., E. H., W. K., K.P., M. M., D. P., R. P., R.K., T.H.. (Attachments: # <u>1</u> Exhibit 1 – Provisionally Filed Under Seal, # <u>2</u> Exhibit 2, # <u>3</u> Exhibit 3, # <u>4</u> Exhibit 4)(Baumrind, Michael) Modified docket text on 5/1/2024 (ajw). (Entered: 04/30/2024) |
| 04/30/2024 | <u>466</u> | MOTION for Leave to File Matters Under Seal re: <u>465</u> MOTION in Limine – *Plaintiffs' Consolidated Motions In Limine – Exhibit 1* with Brief In Support by M. B., C.A., A. F., E. H., W. K., K.P., M. M., D. P., R. P., R.K., T.H.. (Baumrind, Michael) (Entered: 04/30/2024) |
| 04/30/2024 | <u>467</u> | MOTION in Limine with Brief In Support by FMW RRI NC, LLC, RRI III, LLC, RRI West Management, LLC, Red Roof Franchising, LLC, Red Roof Inns, Inc.. (Attachments: # <u>1</u> Brief IN SUPPORT OF OMNIBUS MOTION IN LIMINE, # <u>2</u> Exhibit A, # <u>3</u> Exhibit B, # <u>4</u> Exhibit C, # <u>5</u> Exhibit D, # <u>6</u> Exhibit E)(Ducca, Marcella) (Entered: 04/30/2024) |
| 04/30/2024 | <u>468</u> | SEALED NOTICE Of Filing Exhibit 1 to Plaintiffs' Consolidated Motions in Limine by M. B., C.A., A. F., E. H., W. K., K.P., M. M., D. P., R. P., R.K., T.H. re <u>465</u> MOTION in Limine – *Plaintiffs' Consolidated Motions In Limine*, <u>466</u> MOTION for Leave to File Matters Under Seal re: <u>465</u> MOTION in Limine – *Plaintiffs' Consolidated Motions In Limine – Exhibit 1 – Defendants' Trial Exhibit No. 618* (Attachments: # <u>1</u> Exhibit 1)(Baumrind, Michael) Modified on 5/16/2024 (vs). (Entered: 04/30/2024) |
| 04/30/2024 | <u>469</u> | Proposed Voir Dire by FMW RRI NC, LLC, RRI III, LLC, RRI West Management, LLC, Red Roof Franchising, LLC, Red Roof Inns, Inc.. (Ducca, Marcella) (Entered: 04/30/2024) |
| 04/30/2024 | <u>470</u> | Proposed Voir Dire by M. B., C.A., A. F., E. H., W. K., K.P., M. M., D. P., R. P., R.K., T.H.. (Baumrind, Michael) (Entered: 04/30/2024) |
| 05/02/2024 | <u>471</u> | REPLY BRIEF re <u>452</u> First MOTION to Intervene *and Modify Protective Order*MOTION to Amend filed by C.A.. (Attachments: # <u>1</u> Exhibit)(Noens, Robert) (Entered: 05/02/2024) |
| 05/03/2024 | <u>472</u> | Joint MOTION for Leave to File Excess Pages by M. B., C.A., C D, A. F., E. H., W. K., K.P., M. M., D. P., R. P., R.K., T.H.. (Attachments: # <u>1</u> Text of Proposed Order)(Baumrind, Michael) (Entered: 05/03/2024) |
| 05/03/2024 | <u>473</u> | ORDER: The Court GRANTS IN PART the Parties' <u>472</u> Motion for Leave to File Excess Pages. Each side shall file a response to the consolidated motions in limine of no more than 30 pages. Signed by Judge Victoria M. Calvert on 5/3/2024. (jbu) (Entered: 05/03/2024) |
| 05/07/2024 | <u>474</u> | RESPONSE re <u>465</u> MOTION in Limine – *Plaintiffs' Consolidated Motions In Limine* filed by FMW RRI NC, LLC, RRI III, LLC, RRI West Management, LLC, Red Roof |

| | | |
|---|---|---|
| | | Franchising, LLC, Red Roof Inns, Inc.. (Attachments: # <u>1</u> Exhibit 1, # <u>2</u> Exhibit 2, # <u>3</u> Exhibit 3)(Ducca, Marcella) (Entered: 05/07/2024) |
| 05/07/2024 | <u>475</u> | Objections to Plaintiffs' Proposed Voir Dire Questions by FMW RRI NC, LLC, RRI III, LLC, RRI West Management, LLC, Red Roof Franchising, LLC, Red Roof Inns, Inc. re <u>470</u> Proposed Voir Dire (Ducca, Marcella) Modified docket event on 5/8/2024 (ajw). QC email sent (Entered: 05/07/2024) |
| 05/07/2024 | <u>476</u> | Plaintiffs' OBJECTIONS to Defendants' Voir Dire Questions by M. B., C.A., A. F., E. H., W. K., K.P., M. M., D. P., R. P., R.K., T.H. (Baumrind, Michael) Modified docket text on 5/8/2024 (ajw). QC email sent (Entered: 05/07/2024) |
| 05/07/2024 | <u>477</u> | RESPONSE re <u>467</u> MOTION in Limine filed by M. B., C.A., C D, A. F., E. H., W. K., K.P., M. M., D. P., R. P., R.K., T.H.. (Attachments: # <u>1</u> Exhibit)(Mykkeltvedt, Tiana) (Entered: 05/07/2024) |
| 05/08/2024 | | Submission of <u>452</u> First MOTION to Intervene *and Modify Protective Order*MOTION to Amend, to District Judge Victoria M. Calvert. (vs) (Entered: 05/08/2024) |
| 05/09/2024 | <u>478</u> | SEALED PER 5/28/2024 DOCKET ENTRY ORDER Proposed Pretrial Order by M. B., C.A., C D, A. F., E. H., W. K., K.P., M. M., D. P., R. P., R.K., T.H.. (Mykkeltvedt, Tiana) Modified on 5/29/2024 (bgt). (Entered: 05/09/2024) |
| 05/15/2024 | <u>479</u> | MOTION for Leave to File a Motion in Limine to Preclude Plaintiffs' Expert Anique Whitmore from Offering Unhelpful and Duplicative Opinions at Trial by FMW RRI NC, LLC, RRI III, LLC, RRI West Management, LLC, Red Roof Franchising, LLC, Red Roof Inns, Inc.. (Attachments: # <u>1</u> Exhibit A – Motion in Limine, # <u>2</u> Text of Proposed Order)(Ducca, Marcella) (Entered: 05/15/2024) |
| 05/15/2024 | <u>480</u> | SEALED NOTICE Of Filing Provisional Filing of Certain Materials Under Seal by FMW RRI NC, LLC, RRI III, LLC, RRI West Management, LLC, Red Roof Franchising, LLC, Red Roof Inns, Inc. (Attachments: # <u>1</u> Exhibit 1 – Whitmore Expert Report, # <u>2</u> Exhibit 2 – 05–02–2024 Anique Whitmore Rough Draft)(Ducca, Marcella) Modified on 5/16/2024 (jbu). (Entered: 05/15/2024) |
| 05/15/2024 | <u>481</u> | MOTION for Leave to File Matters Under Seal re: <u>480</u> Notice of Filing, with Brief In Support by FMW RRI NC, LLC, RRI III, LLC, RRI West Management, LLC, Red Roof Franchising, LLC, Red Roof Inns, Inc.. (Attachments: # <u>1</u> Brief in Support of RRI Defendants' Motion to Seal and for Leave to File Under Seal, # <u>2</u> Text of Proposed Order)(Ducca, Marcella) (Entered: 05/15/2024) |
| 05/15/2024 | <u>482</u> | TRIAL BRIEF *on the Application of Joint and Several Liability Under the Trafficking Victims Protection Reauthorization Act* by FMW RRI NC, LLC, RRI III, LLC, RRI West Management, LLC, Red Roof Franchising, LLC, Red Roof Inns, Inc.. (Ducca, Marcella) (Entered: 05/15/2024) |
| 05/15/2024 | <u>483</u> | MOTION for Protective Order *To Extend Protections For Plaintiffs' Anonymity Through Trial* with Brief In Support by M. B., C.A., E. H., W. K., K.P., M. M., D. P., R. P., R.K., T.H.. (Baumrind, Michael) (Entered: 05/15/2024) |
| 05/15/2024 | <u>484</u> | NOTICE by M. B., C.A., C D, A. F., E. H., W. K., K.P., M. M., D. P., R. P., R.K., T.H. *of Plaintiffs' Request For Leave To Recall Expert Anique Whitmore* (Baumrind, Michael) (Entered: 05/15/2024) |
| 05/16/2024 | <u>485</u> | |

| | | |
|---|---|---|
| | | ORDER granting <u>479</u> for Leave to File a Motion in Limine to Preclude Plaintiffs' Expert Anique Whitmore from Offering Unhelpful and Duplicative Opinions at Trial. Signed by Judge Victoria M. Calvert on 5/16/24. (vs) Modified on 5/16/2024 (vs). (Entered: 05/16/2024) |
| 05/16/2024 | | ORDER (by docket text only) granting <u>466</u> Motion for Leave to File Matters Under Seal. Entered by Judge Victoria M. Calvert on 5/16/24. (vs) (Entered: 05/16/2024) |
| 05/16/2024 | <u>486</u> | ORDER granting <u>481</u> Motion for Leave to File Matters Under Seal. Signed by Judge Victoria M. Calvert on 5/16/2024. (jbu) (Entered: 05/16/2024) |
| 05/20/2024 | <u>487</u> | ORDER: The Court finds that Plaintiffs have satisfied Rule 20's standard for permissive joinder and that Rule 42(b) favors joinder. Accordingly, the Red Roof Defendants' Motion to Sever <u>434</u> is DENIED. Signed by Judge Victoria M. Calvert on 5/20/2024. (jbu) (Entered: 05/20/2024) |
| 05/22/2024 | <u>488</u> | Motion to Bring Audio/Visual/Electronic Equipment in the Courtroom by M. B., C.A., C D, A. F., E. H., W. K., K.P., M. M., D. P., R. P., R.K., T.H.. (Attachments: # <u>1</u> Text of Proposed Order)(Mykkeltvedt, Tiana) (Entered: 05/22/2024) |
| 05/22/2024 | <u>489</u> | RESPONSE re <u>484</u> Notice (Other) – *Defendants Opposition to Plaintiffs Request for Leave to Recall Expert Anique Whitmore* filed by FMW RRI NC, LLC, RRI III, LLC, RRI West Management, LLC, Red Roof Franchising, LLC, Red Roof Inns, Inc.. (Ducca, Marcella) (Entered: 05/22/2024) |
| 05/22/2024 | <u>490</u> | RESPONSE in Opposition re <u>483</u> MOTION for Protective Order *To Extend Protections For Plaintiffs' Anonymity Through Trial* – *Defendants Response in Opposition to Plaintiffs Motion for Protective Order* filed by FMW RRI NC, LLC, RRI III, LLC, RRI West Management, LLC, Red Roof Franchising, LLC, Red Roof Inns, Inc.. (Ducca, Marcella) (Entered: 05/22/2024) |
| 05/22/2024 | <u>491</u> | NOTICE by M. B., C.A., A. F., E. H., W. K., K.P., M. M., D. P., R. P., R.K., T.H. *of Compliance With Standing Order* (Baumrind, Michael) (Entered: 05/22/2024) |
| 05/22/2024 | <u>492</u> | RESPONSE re <u>479</u> MOTION for Leave to File a Motion in Limine to Preclude Plaintiffs' Expert Anique Whitmore from Offering Unhelpful and Duplicative Opinions at Trial filed by M. B., C.A., A. F., E. H., W. K., K.P., M. M., D. P., R. P., R.K., T.H.. (Baumrind, Michael) (Entered: 05/22/2024) |
| 05/22/2024 | <u>493</u> | RESPONSE re <u>482</u> Trial Brief, *on the Application of Joint and Several Liability Under the TVPRA* filed by M. B., C.A., A. F., E. H., W. K., K.P., M. M., D. P., R. P., R.K., T.H.. (Attachments: # <u>1</u> Exhibit 1 – Excerpt of the Expert Witness Report of Matthew W. Norman)(Seals, Amanda) (Entered: 05/22/2024) |
| 05/23/2024 | <u>494</u> | NOTICE of Appearance by Rory Allen Weeks on behalf of M. B., C.A., C D, A. F., E. H., W. K., K.P., M. M., D. P., R. P., R.K. (Weeks, Rory) (Entered: 05/23/2024) |
| 05/23/2024 | <u>495</u> | NOTICE of Appearance by Jennifer Webster on behalf of M. B., C.A., C D, A. F., E. H., W. K., K.P., M. M., D. P., R. P., R.K., T.H. (Webster, Jennifer) (Entered: 05/23/2024) |
| 05/24/2024 | <u>496</u> | ORDER granting <u>488</u> Motion to Bring Audio/Visual/Electronic Equipment in the Courtroom on 5/29/2024. Signed by Judge Victoria M. Calvert on 5/24/2024. (jbu) (Entered: 05/24/2024) |
| 05/24/2024 | <u>497</u> | |

| | | NOTICE by FMW RRI NC, LLC, RRI III, LLC, RRI West Management, LLC, Red Roof Franchising, LLC, Red Roof Inns, Inc. *of Service of Offers of Judgment* (Wunderlich, Sandra) (Entered: 05/24/2024) |
|---|---|---|
| 05/28/2024 | 498 | Unopposed MOTION for Leave to File Matters Under Seal re: 425 Proposed Pretrial Order by M. B., C.A., C D, A. F., E. H., W. K., K.P., M. M., D. P., R. P., R.K., T.H.. (Attachments: # 1 Text of Proposed Order)(Baumrind, Michael) (Entered: 05/28/2024) |
| 05/28/2024 | | ORDER (by docket text only) granting 498 Motion for Leave to File Matters Under Seal. For good cause shown, the Clerk is DIRECTED to seal Docs. 425 and 478. These documents shall remain under seal absent any further Order from this Court. Entered by Judge Victoria M. Calvert on 5/28/24. (vs) (Entered: 05/28/2024) |
| 05/28/2024 | 499 | Proposed Pretrial Order by M. B., C.A., C D, A. F., E. H., W. K., K.P., M. M., D. P., R. P., R.K., T.H.. (Mykkeltvedt, Tiana) (Entered: 05/28/2024) |
| 05/29/2024 | 502 | Minute Entry for proceedings held before Judge Victoria M. Calvert: Pretrial Conference held on 5/29/2024. Written Order to follow. (Court Reporter Wynette Blathers)(vs) (Entered: 06/03/2024) |
| 05/30/2024 | 503 | Minute Entry for proceedings held before Judge Victoria M. Calvert: Telephone Conference held on 5/30/2024. (Court Reporter Wynette Blathers)(jbu) (Entered: 06/03/2024) |
| 05/31/2024 | 500 | SEALED NOTICE Of Filing of Certain Materials Under Seal by FMW RRI NC, LLC, RRI III, LLC, RRI West Management, LLC, Red Roof Franchising, LLC, Red Roof Inns, Inc. (Attachments: # 1 Exhibit – Defendants' Motion to Admit and Use at Trial Certain Evidence Under Rule 412, # 2 Exhibit A – List of Evidence to be Admitted Under Rule 412, # 3 Exhibit B – Expert Report of Dr. Mathew Norman, # 4 Exhibit C – Rebuttal Report of Dr. Kimberly Mehlman Orozco)(Ducca, Marcella) Modified on 6/3/2024 (jbu). Modified on 6/10/2024 (jbu). (Entered: 05/31/2024) |
| 05/31/2024 | 501 | MOTION for Leave to File Matters Under Seal re: 500 Notice of Filing,, with Brief In Support by RRI III, LLC, RRI West Management, LLC, Red Roof Franchising, LLC, Red Roof Inns, Inc.. (Attachments: # 1 Brief in Support of RRI Defendants' Unopposed Motion to Seal and for Leave to File Under Seal, # 2 Text of Proposed Order)(Ducca, Marcella) (Entered: 05/31/2024) |
| 06/03/2024 | 504 | TRANSCRIPT of Pretrial Conference held on May 29, 2024, before Judge Victoria M. Calvert. Court Reporter, Wynette C. Blathers. A full directory of court reporters and their contact information can be found at www.gand.uscourts.gov/court−reporter−directory. Transcript may be viewed at the court public terminal or purchased through the Court Reporter before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 6/24/2024. Redacted Transcript Deadline set for 7/5/2024. Release of Transcript Restriction set for 9/3/2024. (Attachments: # 1 Appendix Notice of Filing Transcript) (wxb) (Entered: 06/03/2024) |
| 06/03/2024 | 505 | ORDER: Plaintiffs' 465 Motion in Limine to exclude evidence that Defendants withheld during discovery on the basis of privilege is DENIED. The Court further finds that DX618 is not privileged and Plaintiffs suffered no prejudice in its untimely disclosure warranting exclusion under Rule 37(c). Therefore, Plaintiffs' motion to exclude DX618 is DENIED without prejudice as to evidentiary challenges to its admissibility. Signed by Judge Victoria M. Calvert on 6/3/2024. (jbu) (Entered: |

| | | 06/03/2024) |
|---|---|---|
| 06/03/2024 | 506 | ORDER: Plaintiffs' 483 Motion for Protective Order is GRANTED with the modification that first names and/or initials can be used (except as to A.F.). The Court DEFERRED ruling on Defendants' 482 Brief. Defendants are ORDERED to file a reply brief by June 5, 2024. Plaintiffs and Defendants are ORDERED to file their proposed verdict forms by June 5, 2024. Defendants' 362 Motion to Exclude Melanie J. Bliss, Ph.D. is DENIED without prejudice. Defendants' Motion in limine 479 is DENIED without prejudice and Plaintiffs' 484 request for leave to recall Dr. Whitmore is DENIED. Defendants' 467 Motions in Limine are DENIED IN PART AND GRANTED IN PART. Plaintiffs' 465 Motions in Limine are DENIED IN PART AND GRANTED IN PART. Signed by Judge Victoria M. Calvert on 6/3/2024. (jbu) (Entered: 06/03/2024) |
| 06/03/2024 | 507 | ORDER granting 501 Motion for Leave to File Matters Under Seal. Signed by Judge Victoria M. Calvert on 6/3/2024. (jbu) (Entered: 06/03/2024) |
| 06/03/2024 | 508 | SEALED NOTICE Of Filing Supplemental Filing of Certain Materials Under Seal by FMW RRI NC, LLC, RRI III, LLC, RRI West Management, LLC, Red Roof Franchising, LLC, Red Roof Inns, Inc. re 500 Notice of Filing,, (Attachments: # 1 Exhibit A−1 − Defendants' Supplemental Exhibit A−1 to their Motion to Admit and Use at Trial Certain Evidence Under Rule 412)(Ducca, Marcella) Modified on 6/7/2024 (vs). (Entered: 06/03/2024) |
| 06/03/2024 | 509 | MOTION for Leave to File Matters Under Seal re: 508 Notice of Filing, by FMW RRI NC, LLC, RRI III, LLC, RRI West Management, LLC, Red Roof Franchising, LLC, Red Roof Inns, Inc.. (Attachments: # 1 Text of Proposed Order)(Ducca, Marcella) (Entered: 06/03/2024) |
| 06/03/2024 | 510 | Motion to Bring Audio/Visual/Electronic Equipment in the Courtroom by FMW RRI NC, LLC, RRI III, LLC, RRI West Management, LLC, Red Roof Franchising, LLC, Red Roof Inns, Inc.. (Attachments: # 1 Text of Proposed Order)(Ducca, Marcella) (Entered: 06/03/2024) |
| 06/04/2024 | 511 | TRANSCRIPT of Telephone Conference held on May 30, 2024, before Judge Victoria M. Calvert. Court Reporter, Wynette C. Blathers. A full directory of court reporters and their contact information can be found at www.gand.uscourts.gov/court−reporter−directory. Transcript may be viewed at the court public terminal or purchased through the Court Reporter before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 6/25/2024. Redacted Transcript Deadline set for 7/5/2024. Release of Transcript Restriction set for 9/3/2024. (Attachments: # 1 Appendix Notice of Filing Transcript) (wxb) (Entered: 06/04/2024) |
| 06/04/2024 | 512 | RESPONSE re 501 MOTION for Leave to File Matters Under Seal re: 500 Notice of Filing,, filed by M. B., C.A., C D, A. F., E. H., W. K., K.P., M. M., D. P., R. P., R.K., T.H.. (Attachments: # 1 Exhibit A, # 2 Exhibit B− Norman Deposition Excerpt)(Mykkeltvedt, Tiana) (Entered: 06/04/2024) |
| 06/04/2024 | 513 | <font color=redSEALED RESPONSE re 501 MOTION for Leave to File Matters Under Seal re: 500 Notice of Filing,, filed by M. B., C.A., C D, A. F., E. H., W. K., K.P., M. M., D. P., R. P., R.K., T.H.. (Attachments: # 1 Exhibit A− Response to Rule 412 List of Evidence, # 2 Exhibit B− Norman Deposition Excerpt)(Mykkeltvedt, Tiana) Modified on 6/7/2024 (vs). (Entered: 06/04/2024) |

| 06/04/2024 | 514 | MOTION for Leave to File Matters Under Seal re: 513 Response to Motion, by M. B., C.A., C D, A. F., E. H., W. K., K.P., M. M., D. P., R. P., R.K., T.H.. (Attachments: # 1 Text of Proposed Order)(Mykkeltvedt, Tiana) (Entered: 06/04/2024) |
|---|---|---|
| 06/04/2024 | 515 | Supplemental Motion to Bring Audio/Visual/Electronic Equipment in the Courtroom by FMW RRI NC, LLC, RRI III, LLC, RRI West Management, LLC, Red Roof Franchising, LLC, Red Roof Inns, Inc.. (Attachments: # 1 Text of Proposed Order)(Ducca, Marcella) (Entered: 06/04/2024) |
| 06/05/2024 | 516 | ORDER granting 510 Motion to Bring Audio/Visual/Electronic Equipment in the Courtroom for trial on June 11, 2024 through July 9, 2024. Signed by Judge Victoria M. Calvert on 6/5/2024. (jbu) (Entered: 06/05/2024) |
| 06/05/2024 | 517 | ORDER granting 515 Motion to Bring Audio/Visual/Electronic Equipment in the Courtroom for trial on June 11, 2024 through July 9, 2024. Signed by Judge Victoria M. Calvert on 6/5/2024. (jbu) (Entered: 06/05/2024) |
| 06/05/2024 | 518 | NOTICE Of Filing by M. B., C.A., C D, A. F., E. H., W. K., K.P., M. M., D. P., R. P., R.K., T.H. *Plaintiffs' Proposed Verdict Form* (Attachments: # 1 Exhibit A – Proposed Verdict Form)(Varghese, Manoj) (Entered: 06/05/2024) |
| 06/05/2024 |  | ORDER (by docket text only): This matter comes before the Court on a dispute between the Parties about redaction of PX338. The Court agrees with Defendants' redaction of PX338, which would only provide information for the Smyrna and North Druid Hills locations. Defendants' redaction is consistent with the Court's ruling at the pretrial conference and still allows Plaintiffs to provide evidence and argument that Defendants profited from the alleged venture without introducing irrelevant, confusing, and potentially unduly prejudicial information to the jury. If the numerical degree to which Defendants may have profited from the Smyrna and Buckhead locations as compared to other locations becomes relevant, Plaintiffs can renew their objection to using Defendants' redacted version of PX338. Entered by Judge Victoria M. Calvert on 6/5/24. (vs) (Entered: 06/05/2024) |
| 06/05/2024 | 519 | TRIAL BRIEF *REPLY IN SUPPORT OF BENCH BRIEF ON THE APPLICATION OF JOINT AND SEVERAL LIABILITY* by FMW RRI NC, LLC, RRI III, LLC, RRI West Management, LLC, Red Roof Franchising, LLC, Red Roof Inns, Inc.. (Ducca, Marcella) (Entered: 06/05/2024) |
| 06/05/2024 | 520 | NOTICE Of Filing by FMW RRI NC, LLC, RRI III, LLC, RRI West Management, LLC, Red Roof Franchising, LLC, Red Roof Inns, Inc. *DEFENDANTS PROPOSED VERDICT FORM FOR PLAINTIFF R.K.* (Ducca, Marcella) (Entered: 06/05/2024) |
| 06/05/2024 | 521 | Motion to Bring Audio/Visual/Electronic Equipment in the Courtroom by M. B., C.A., C D, A. F., E. H., W. K., K.P., M. M., D. P., R. P., R.K., T.H.. (Attachments: # 1 Text of Proposed Order)(Mykkeltvedt, Tiana) (Entered: 06/05/2024) |
| 06/06/2024 | 522 | ORDER granting 521 Motion to Bring Audio/Visual/Electronic Equipment in the Courtroom on June 11, 2024 at 9:00 AM through the duration of trial. Signed by Judge Victoria M. Calvert on 6/6/24. (vs) (Entered: 06/06/2024) |
| 06/06/2024 | 523 | Supplemental Motion to Bring Audio/Visual/Electronic Equipment in the Courtroom *(Second Supplemental Motion)* by FMW RRI NC, LLC, RRI III, LLC, RRI West Management, LLC, Red Roof Franchising, LLC, Red Roof Inns, Inc.. (Attachments: # 1 Text of Proposed Order on Second Supplemental Motion Regarding Entry of Electronic Equipment)(Ducca, Marcella) (Entered: 06/06/2024) |

| 06/06/2024 | 524 | AFFIDAVIT of Service for Proof of Non−Service of Trial Subpoena , as to Michael S. Beene. (Attachments: # 1 Exhibit 1 − Letter from J. Manno to M. Beene re trial subpoena)(Ducca, Marcella) (Entered: 06/06/2024) |
|---|---|---|
| 06/06/2024 | 525 | AFFIDAVIT of Service for Proof of Service of trial subpoena , as to Forrest Castille by serving Elroy Castille, brother, co−resident. (Attachments: # 1 Exhibit 1 − Ltr from J. Manno to F. Castille re trial subpoena)(Ducca, Marcella) (Entered: 06/06/2024) |
| 06/06/2024 | 526 | AFFIDAVIT of Service for Proof of Service of Trial Subpoena , as to Vanessa Cole. (Attachments: # 1 Exhibit 1 − Ltr from J. Manno to V. Cole re trial subpoena)(Ducca, Marcella) (Entered: 06/06/2024) |
| 06/06/2024 | 527 | AFFIDAVIT of Service for Proof of Service of Trial Subpoena , as to Brenda Conner by serving Kenyatta Williams as daughter and co−resident. (Attachments: # 1 Exhibit 1 − Manno ltr to B. Conner re trial subpoena)(Ducca, Marcella) (Entered: 06/06/2024) |
| 06/06/2024 | 528 | AFFIDAVIT of Service for Affidavit of Non−Service of Trial Subpoena , as to Meghan Harrsch. (Attachments: # 1 Exhibit 1 − Manno ltr to M. Harrsch re trial subpoena)(Ducca, Marcella) (Entered: 06/06/2024) |
| 06/06/2024 | 529 | AFFIDAVIT of Service for Proof of Service of Trial Subpoena , as to Tradelle D. Lacy by serving Frank Simmons, Stepfather, Co−Resident. (Attachments: # 1 Exhibit 1 − Manno ltr to T. Lacy re trial subpoena)(Ducca, Marcella) (Entered: 06/06/2024) |
| 06/06/2024 | 530 | AFFIDAVIT of Service for Proof of Service of Trial Subpoena , as to Bharat Patel. (Attachments: # 1 Exhibit 1 − Manno ltr to Bharat Patel re trial subpoena)(Ducca, Marcella) (Entered: 06/06/2024) |
| 06/06/2024 | 531 | NOTICE Of Filing of Unsigned Proof of Service of Trial Subpoena on Joseph Fonseca by FMW RRI NC, LLC, RRI III, LLC, RRI West Management, LLC, Red Roof Franchising, LLC, Red Roof Inns, Inc. (Attachments: # 1 Exhibit 1 − S. Krebs Ltr to J. Fonseca re tri)(Ducca, Marcella) (Entered: 06/06/2024) |
| 06/07/2024 | | ORDER (by docket text only) granting 509 Motion for Leave to File Matters Under Seal; granting 514 Motion for Leave to File Matters Under Seal. Entered by Judge Victoria M. Calvert on 6/7/24. (vs) (Entered: 06/07/2024) |
| 06/07/2024 | 532 | ORDER granting 523 Motion to Bring Audio/Visual/Electronic Equipment in the Courtroom for trial on June 11 − July 9. Signed by Judge Victoria M. Calvert on 6/7/2024. (jbu) (Entered: 06/07/2024) |
| 06/07/2024 | 533 | Supplemental Motion to Bring Audio/Visual/Electronic Equipment in the Courtroom *(Third Supplemental Motion)* by FMW RRI NC, LLC, RRI III, LLC, RRI West Management, LLC, Red Roof Franchising, LLC, Red Roof Inns, Inc.. (Attachments: # 1 Text of Proposed Order)(Ducca, Marcella) (Entered: 06/07/2024) |
| 06/07/2024 | 534 | Proposed Jury Instructions by FMW RRI NC, LLC, RRI III, LLC, RRI West Management, LLC, Red Roof Franchising, LLC, Red Roof Inns, Inc. *(On behalf of RRI Defendants)*. (Ducca, Marcella) (Entered: 06/07/2024) |
| 06/07/2024 | 535 | Proposed Jury Instructions by C.A. . (Seals, Amanda) (Entered: 06/07/2024) |
| 06/07/2024 | 536 | ORDER granting 533 Motion to Bring Audio/Visual/Electronic Equipment in the Courtroom for trial on June 11 − July 9. Signed by Judge Victoria M. Calvert on 6/7/2024. (jbu) (Entered: 06/07/2024) |
| 06/07/2024 | | |

| | | |
|---|---|---|
| | | NOTICE TO THE PARTIES (by docket text only): This matter is before the Court on the parties' dispute regarding the application of joint and several liability under the Trafficking Victims Protection Reauthorization Act (Docs. 482, 493, 519). For reasons that will be discussed in a forthcoming opinion, the Court finds that joint and several liability applies to Plaintiffs' TVPRA and state law claims. (vs) (Entered: 06/07/2024) |
| 06/07/2024 | | AMENDED NOTICE (BY DOCKET TEXT ONLY) CORRECTION: This matter is before the Court on the parties' dispute regarding the application of joint and several liability under the Trafficking Victims Protection Reauthorization Act (Docs. 482, 493, 519). For reasons that will be discussed in a forthcoming opinion, the Court finds that joint and several liability applies to Plaintiffs' TVPRA and Georgia RICO claims. (vs) (Entered: 06/07/2024) |
| 06/07/2024 | 537 | Consent MOTION to Dismiss *with Prejudice Defendants RRI III and FMW RRI NC* by M. B., C.A., C D, A. F., E. H., W. K., K.P., M. M., D. P., R. P., R.K., T.H.. (Attachments: # 1 Text of Proposed Order)(Baumrind, Michael) (Entered: 06/07/2024) |
| 06/10/2024 | 538 | ORDER granting 537 Consent Motion to Dismiss Defendants RRI III and FMW RRI NC. The Clerk is DIRECTED to dismiss all claims against Defendants RRI III and FMW RRI NC with prejudice. Signed by Judge Victoria M. Calvert on 6/10/2024. (jbu) (Entered: 06/10/2024) |
| 06/10/2024 | 539 | ORDER: Plaintiffs' 465 motion in limine #3 is GRANTED IN PART and DENIED IN PART, and Defendants' Motion to Admit and Use at Trial Certain Evidence Under Rule 412 500 −1 is GRANTED IN PART and DENIED IN PART. Signed by Judge Victoria M. Calvert on 6/10/2024. (jbu) (Entered: 06/10/2024) |
| 06/10/2024 | 540 | OPINION. Signed by Judge Victoria M. Calvert on 6/10/2024. (jbu) (Entered: 06/10/2024) |
| 06/10/2024 | 541 | NOTICE Of Filing by M. B., C.A., C D, A. F., E. H., W. K., K.P., M. M. *Plaintiffs' and Defendants' Deposition Designation and Exhibit Objections and Responses* (Attachments: # 1 Exhibit A − Plaintiffs and Defendants Deposition Designation and Exhibit Objections and Responses)(Varghese, Manoj) (Entered: 06/10/2024) |
| 06/10/2024 | 542 | Supplemental Motion to Bring Audio/Visual/Electronic Equipment in the Courtroom by M. B., C.A., C D, A. F., E. H., W. K., K.P., M. M., D. P., R. P., R.K., T.H.. (Attachments: # 1 Text of Proposed Order)(Mykkeltvedt, Tiana) (Entered: 06/10/2024) |
| 06/10/2024 | 543 | Supplemental Motion to Bring Audio/Visual/Electronic Equipment in the Courtroom *(Fourth Supplemental Motion)* by FMW RRI NC, LLC, RRI III, LLC, RRI West Management, LLC, Red Roof Franchising, LLC, Red Roof Inns, Inc.. (Attachments: # 1 Text of Proposed Order)(Ducca, Marcella) (Entered: 06/10/2024) |
| 06/10/2024 | 544 | ORDER granting 542 Motion to Bring Audio/Visual/Electronic Equipment in the Courtroom for trial. Signed by Judge Victoria M. Calvert on 6/10/2024. (jbu) (Entered: 06/10/2024) |
| 06/10/2024 | 545 | ORDER granting 543 Motion to Bring Audio/Visual/Electronic Equipment in the Courtroom on June 11, 2024 at 9:30 AM through the duration of the jury trial. Signed by Judge Victoria M. Calvert on 6/10/24. (vs) (Entered: 06/10/2024) |
| 06/11/2024 | 546 | |

| | | |
|---|---|---|
| | | NOTICE Of Filing Defendants' Proposed Verdict Form for Plaintiffs by RRI West Management, LLC, Red Roof Franchising, LLC, Red Roof Inns, Inc. (Attachments: # 1 Exhibit A)(Ducca, Marcella) (Entered: 06/11/2024) |
| 06/11/2024 | 547 | NOTICE Of Filing by M. B., C.A., C D, A. F., E. H., W. K., K.P., M. M., D. P., R. P., R.K., T.H. *Plaintiffs' Proposed Verdict Form* (Attachments: # 1 Exhibit A – Plaintiffs' Proposed Verdict Form)(Varghese, Manoj) (Entered: 06/11/2024) |
| 06/11/2024 | 548 | Proposed Jury Instructions by M. B., C.A., C D, A. F., E. H., W. K., K.P., M. M., D. P., R. P., R.K., T.H. *and Red Roof Inns, Inc., Red Roof Franchising, LLC and RRI West Management, LLC*. (Varghese, Manoj) (Entered: 06/11/2024) |
| 06/11/2024 | 549 | Witness List by RRI West Management, LLC, Red Roof Franchising, LLC, Red Roof Inns, Inc.. (Ducca, Marcella) (Entered: 06/11/2024) |
| 06/11/2024 | | ORDER (by docket text only): This matter is before the Court on objections to portions of Monica Hamilton's, Tom McElroy's, and Jay Moyers depositions. The Court rules as follows:With respect to Monica Hamilton, the Court SUSTAINS Defendants' objections to 112:23–113:10, 116:5–117:3, 120:18–121:20, and 144:4–144:9. All other objections are OVERRULED.With respect to Tom McElroy, the Court sustains Plaintiffs' objections to 8:4–9 and 117:24–118:1 and Defendants' objections to 31:20–25, 32:1–33:18, 33:20, 46:23–25, 47:1, 47:3–15, 48:13–18, 54:11–12, 54:14–18, and 54:20–55:08. In light of the Court's other rulings, 53:1–4 should also be removed. Defendants' objection to PX152 is OVERRULED. Defendants' objection to PX353 is SUSTAINED only as to the line in the top email that begins "Also at". All other objections are OVERRULED.With respect to Jay Moyer, Defendants objections to 183:7–183:18, 193:8–193:9, 193:15–193:19, and 194:12–194:22 are OVERRULED. Defendants objections to PX110, PX111, PX112 and PX113 are SUSTAINED. All other objections are OVERRULED. Signed by Judge Victoria M. Calvert on 6/11/24. (vs) (Entered: 06/11/2024) |
| 06/11/2024 | 550 | Minute Entry for proceedings held before Judge Victoria M. Calvert: Jury Trial and Voir Dire began on 6/11/2024. Jurors advised to return 6/12/24 to continue voir dire. Hearing not concluded. (Court Reporter Wynette Blathers)(jbu) (Entered: 06/12/2024) |
| 06/12/2024 | | ORDER: This matter is before the Court on the parties' objections to designations for Michael Thomas's deposition. The Court SUSTAINS Defendants' objections to 35:11–18, 35:21–24, 37:4–5, 37:21–23, 42:17–18, 42:22–43:5, 43:7–44:6, 44:8–20, 44:24–45:16, and 54:4–54:15. All other objections are OVERRULED. Entered by Judge Victoria M. Calvert on 6/12/24. (vs) (Entered: 06/12/2024) |
| 06/12/2024 | 551 | Minute Entry for proceedings held before Judge Victoria M. Calvert: Jury Trial continued and Jury Selection held on 6/12/2024. Jurors sworn and testified. Preliminary instructions read to the jury. Open statements began. Hearing not concluded. Court adjourned and will reconvene at 9:30 AM 6/13/2024. (Court Reporter Wynette Blathers)(jbu) (Entered: 06/12/2024) |
| 06/13/2024 | 552 | PRETRIAL ORDER. Signed by Judge Victoria M. Calvert on 6/13/2024. (jbu) (Entered: 06/13/2024) |
| 06/13/2024 | 554 | Minute Entry for proceedings held before Judge Victoria M. Calvert: Jury Trial continued on 6/13/2024. Plaintiffs' exhibits 94, 96, 97, 105, 107–109, 114, 115, 117, 120, 122–123A, 125–128, 130–133, 152, 236, 237, 239, 255, 261, 318, 353, 383, 579, 581, 640, 644, 645, 646 admitted. Exhibits retained to be forwarded to the Clerks Office. (Court Reporter Wynette Blathers/Judith Wolff)(jbu) (Entered: 06/14/2024) |

| 06/14/2024 | | ORDER (by docket text only): This matter is before the Court on Defendants' objections to certain designations in John Park, Marina MacDonald (30(b)(6)) and Vickie Lam's depositions. With respect to John Park's deposition, the Court SUSTAINS Defendants' objections to pages 109:25–110:2, 110:10–12, 114:14–114:23, 119:1–6, 132:19–133:13, 137:15–17, 137:24–138:4, 138:14–138:19, 138:21–25, 139:11–13, 141:18–142:6, 142:12–143:1, 143:5–10, 143:20–143:21, 144:2–144:20, 144:24–142:2, 145:12–13, 145:16–23, and 146:3–17. The Court SUSTAINS Defendants' objections to PX346, PX347, PX348, and PX487. All other objections are OVERRULED. With respect to Marina MacDonald's 30(b)(6) deposition, the Court OVERRULES all of Defendants' objections. With respect to Vickie Lam's deposition, the Court OVERRULES Defendants' objections to the designations. With respect to the exhibits, the Court rules as follows: PX2, beginning on page 3 of the exhibit, should be redacted to exclude the reviews for all properties other than the Buckhead and Smyrna properties; and PX10 should be redacted to exclude the reviews on page 2 (fourth column) for all properties other than Smyrna. Defendants objections to Exhibits PX4, PX6, PX13, PX14, and PX21 are OVERRULED. Entered by Judge Victoria M. Calvert on 6/14/24. (vs) (Entered: 06/14/2024) |
| 06/14/2024 | [553](#) | AFFIDAVIT of Service for Proof of Service of Trial Subpoena , as to Joseph Fonseca. (Ducca, Marcella) (Entered: 06/14/2024) |
| 06/14/2024 | [555](#) | Motion to Bring Audio/Visual/Electronic Equipment in the Courtroom by M. B., C.A., C D, A. F., E. H., W. K., K.P., M. M., D. P., R. P., R.K., T.H.. (Attachments: # [1](#) Text of Proposed Order)(Mykkeltvedt, Tiana) (Entered: 06/14/2024) |
| 06/14/2024 | [559](#) | Minute Entry for proceedings held before Judge Victoria M. Calvert: Jury Trial continued on 6/14/2024. Plaintiff's Exhibits 39, 70, 101–103, 106, 107, 118, 119, 121, 142, 173, 228, 229, 231, 234, 235, 248, 301, 310, 325, 357, 495 admitted. Hearing not concluded. Court adjourned and will reconvene at 9:30 AM 6/17/2024. Exhibits retained to be forwarded to the Clerks Office. (Court Reporter Wynette Blathers)(jbu) (Entered: 06/17/2024) |
| 06/15/2024 | [556](#) | Motion to Bring Audio/Visual/Electronic Equipment in the Courtroom by M. B., C.A., C D, A. F., E. H., W. K., K.P., M. M., D. P., R. P., R.K., T.H.. (Attachments: # [1](#) Text of Proposed Order)(Mykkeltvedt, Tiana) (Entered: 06/15/2024) |
| 06/16/2024 | | ORDER (by docket text only) This matter comes before the Court on the parties' objections to certain deposition designations. As to Andrew Alexander's deposition, the Court SUSTAINS Plaintiffs' objection to page 239:8–10. All other objections are OVERRULED. With respect to the exhibits, the attachments to PX138 should be redacted. As Defendants did not object to the testimony at 82:1–4, 16–20, and 86:11–87:11, any objection to PX304 is OVERRULED. With respect to PX308, any reviews not related to the Buckhead or Smyrna properties should be redacted. As to Marina MacDonald's individual deposition, the Court OVERRULES Defendants' objection to page 183:23–183:12. All of Defendants' remaining objections that were not withdrawn are SUSTAINED. Further, to be consistent, Plaintiffs' designations at pages 272:11–273:21 should not be played for the jury. The Court SUSTAINS Defendants' objections to PX45 and PX303. Plaintiffs can admit the first page (cover email) of PX624 only; the rest of the document is irrelevant and/or cumulative. As to George Limbert's deposition, the Court SUSTAINS Defendants' objections to pages 121:6–121:11, 121:13–122:23, 128:16–129:10, 138:19–138:21, 139:20–139:21, 139:25–140:19, 152:19–154:16, 160:21–162:22, 163:12–164:12, 165:25–167:12, |

| | | |
|---|---|---|
| | | 167:15–167:22, 209:18–209:22, 228:20–229:1, 229:9–229:10, and 229:17–229:18. All of Defendants' other objections that were not withdrawn are OVERRULED. The Court SUSTAINS Defendants' objections to PX165, PX135, PX166, PX167, PX176, and PX180. As to PX138, only the cover email can be admitted, and as to PX183, only the pages referenced in the deposition designations and only reviews related to the Smyrna property can be admitted. Entered by Judge Victoria M. Calvert on 6/16/24. (vs) (Entered: 06/16/2024) |
| 06/17/2024 | 557 | ORDER granting 555 Motion to allow Expert, Anique Whitmore to Bring Audio/Visual/Electronic Equipment in the Courtroom on June 17, 2024 at 9:30 AM. Signed by Judge Victoria M. Calvert on 6/17/2024. (vs) (Entered: 06/17/2024) |
| 06/17/2024 | 558 | ORDER granting 556 Motion to allow Expert, Dr. Melanie Bliss to Bring Audio/Visual/Electronic Equipment in the Courtroom on June 17, 2024 at 9:30 AM. Signed by Judge Victoria M. Calvert on 6/17/24. (vs) (Entered: 06/17/2024) |
| 06/17/2024 | | ORDER (by docket text only) This matter comes before the Court on the parties' objections to designations in Greg Stocker's 30(b)(6) deposition. The Court SUSTAINS Defendants' objections to pages 199:8–200:2, 249:23–24, 250:3–5 and 250:7–12. All other objections are OVERRULED. With respect to the exhibits, Plaintiffs can admit the cover email of PX214 and the page with the specific review testified about; otherwise the exhibit is cumulative of other testimony and exhibits. Defendants' objection to PX218 is SUSTAINED. Signed by Judge Victoria M. Calvert on 5/17/24. (vs) (Entered: 06/17/2024) |
| 06/17/2024 | 560 | Fifth Motion to Bring Audio/Visual/Electronic Equipment in the Courtroom by FMW RRI NC, LLC, RRI III, LLC, RRI West Management, LLC, Red Roof Franchising, LLC, Red Roof Inns, Inc.. (Attachments: # 1 Text of Proposed Order)(Ducca, Marcella) (Entered: 06/17/2024) |
| 06/17/2024 | 563 | Minute Entry for proceedings held before Judge Victoria M. Calvert: Jury Trial continued on 6/17/2024. Witnesses sworn and testified. Plaintiffs' exhs 1–6, 10–19, 21, 100, 173, 175, 177, 183, 226, 291, 296, 322, 326, 328–333, 335–339, 343–345, 395, 397, 398, 414, 418, 420, 422, 424, 619, 624 admitted. Defendants' exhs 382, 393, 414 admitted. Exhibits retained to be forwarded to the Clerks Office. (Court Reporter Wynette Blathers/Judith Wolff)(vs) (Entered: 06/20/2024) |
| 06/18/2024 | 561 | ORDER granting 560 Motion to Bring Audio/Visual/Electronic Equipment in the Courtroom on June 18, 2024 at 9:30 AM through the duration of trial. Frankie Ostello, consultant and Marcus Mahfood, counsel for Insurer shall be allowed to bring electronic equipment to Judge Calvert's Courtroom 2105 for the duration of jury trial. Signed by Judge Victoria M. Calvert on 6/18/24. (vs) (Entered: 06/18/2024) |
| 06/18/2024 | 564 | Minute Entry for proceedings held before Judge Victoria M. Calvert: Jury Trial continued on 6/18/2024. Witnesses sworn and testified. Defendants' exhs 1,13, 14, 16, 17, 187, 214, 293, 297, 298, 300, 302, 313, 315, 321–323; Plaintiffs' exhs 179, 205, 206, 208–212, 214, 215, 668, admitted. Exhibits retained to be forwarded to the Clerks Office. (Court Reporter Wynette Blathers/Judith Wolff)(vs) (Entered: 06/20/2024) |
| 06/19/2024 | 562 | Motion to Bring Audio/Visual/Electronic Equipment in the Courtroom by M. B., C.A., C D, A. F., E. H., W. K., K.P., M. M., D. P., R. P., R.K., T.H.. (Attachments: # 1 Text of Proposed Order)(Mykkeltvedt, Tiana) (Entered: 06/19/2024) |
| 06/20/2024 | 567 | |

| | | |
|---|---|---|
| | | Minute Entry for proceedings held before Judge Victoria M. Calvert: Jury Trial continued on 6/20/2024. Plas' exhs 196, 217, 551, 556, 558 admitted. Dfts' exhs 21, 43, 45, 48, 50, 51, 52, 56, 57, 61, 100, 107–109, 111, 236, 237, 242–244, 247, 249, 251–253, 494, 497, 509, 600 admitted. Hearing not concluded. Court adjourned and will reconvene at 9:30 AM on 6/21/2024. Exhibits retained to be forwarded to the Clerks Office. (Court Reporter Wynette Blathers/Judith Wolff)(jbu) (Entered: 06/21/2024) |
| 06/21/2024 | 565 | Motion to Bring Audio/Visual/Electronic Equipment in the Courtroom by M. B., C.A., C D, A. F., E. H., W. K., K.P., M. M., D. P., R. P., R.K., T.H.. (Attachments: # 1 Text of Proposed Order)(Mykkeltvedt, Tiana) (Entered: 06/21/2024) |
| 06/21/2024 | 566 | ORDER granting 565 Motion to allow Consultant Jennifer Wilhelm to Bring Audio/Visual/Electronic Equipment in the Courtroom on 6/24/2024 at 9:30 AM. Signed by Judge Victoria M. Calvert on 6/21/24. (vs) (Entered: 06/21/2024) |
| 06/21/2024 | 570 | Minute Entry for proceedings held before Judge Victoria M. Calvert: Jury Trial continued on 6/21/2024. Plas' exhs 7, 138, 164, 168, 169, 172, 305, 308, 309, 319–321, 323 admitted. Dfts' exhs 123, 125, 141, 143, 145, 148, 162, 166, 173, 174, 175, 177, 178, 182, 573 admitted. Hearing not concluded. Court adjourned and will reconvene at 9:30 AM on 6/24/2024. Exhibits retained to be forwarded to the Clerks Office. (Court Reporter Wynette Blathers/Judith Wolff)(jbu) (Entered: 06/25/2024) |
| 06/24/2024 | | ORDER (by docket text only): This matter is before the Court on the parties' objections to R.P.'s deposition designations. The objections are OVERRULED. Entered by Judge Victoria M. Calvert on 6/23/24. (vs) (Entered: 06/24/2024) |
| 06/24/2024 | | ORDER (by docket text only): This matter comes before the Court on the parties' objections to designations in the depositions of Tara Moore and Vincent Vittatoe. Plaintiffs' objections to Defendants' designations in Tara Moore's deposition are OVERRULED. With respect to Vincent Vittatoe's deposition, Plaintiffs' objections to pages 151:1–151:7 and 151:9–151:13 are SUSTAINED and Defendants' objections to pages 70:12–22, 24, 120:23–121:6, 121:8–121:12, 121:14–122:2, 122:4–122:5, 131:20–133:4, 133:6–23, and 145:21–146:7 are SUSTAINED. All other objections are OVERRULED. Entered by Judge Victoria M. Calvert on 6/24/24. (vs) (Entered: 06/24/2024) |
| 06/24/2024 | | ORDER (by docket text only): This matter is before the Court on the parties' objections to certain designations in M.H.'s deposition. The Court SUSTAINS Plaintiffs' objections to 11:8–12, 21:4–21:17, 21:20–22:11, 23:13–25:5, and 39:24–40:4 and Defendants' objections to 31:10–14, 46:1–19, 58:16–25, 75:22–79:3, 79:4–18, 80:5–21, 81:12–16, 83:24–84:1, 84:20–25, and 85:1–8. For purposes of consistency, the Court further ORDERS that page 59:24–25 should be redacted. All other objections are OVERRULED. Entered by Judge Victoria M. Calvert on 6/24/24. (vs) (Entered: 06/24/2024) |
| 06/24/2024 | 572 | Minute Entry for proceedings held before Judge Victoria M. Calvert: Jury Trial continued on 6/24/2024. Exhibits retained to be forwarded to the Clerks Office. (Court Reporter Wynette Blathers/Judith Wolff)(jbu) (Entered: 06/26/2024) |
| 06/25/2024 | 568 | TRANSCRIPT of Jury Trial, Volume 6, held on June 18, 2024, before Judge Victoria M. Calvert. Court Reporter, Judith Wolff. A full directory of court reporters and their contact information can be found at www.gand.uscourts.gov/court–reporter–directory. Transcript may be viewed at the court public terminal or purchased through the Court Reporter before the deadline for |

| | | |
|---|---|---|
| | | Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 7/16/2024. Redacted Transcript Deadline set for 7/26/2024. Release of Transcript Restriction set for 9/23/2024. (Attachments: # 1 Appendix Notice of Filing Transcript) (wxb) (Entered: 06/25/2024) |
| 06/25/2024 | 569 | TRANSCRIPT of Jury Trial, Volume 6 Morning Session, held on June 18, 2024, before Judge Victoria M. Calvert. Court Reporter/Transcriber Wynette C. Blathers. A full directory of court reporters and their contact information can be found at www.gand.uscourts.gov/court–reporter–directory. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 7/16/2024. Redacted Transcript Deadline set for 7/26/2024. Release of Transcript Restriction set for 9/23/2024. (Attachments: # 1 Appendix Notice of Filing Transcri) (wxb) (Entered: 06/25/2024) |
| 06/25/2024 | | ORDER (by docket text only): This matter is before the Court on Plaintiffs' objections to certain designations in Michael Beene's deposition. The Court SUSTAINS Plaintiffs' objections. Entered by Judge Victoria M. Calvert on 6/25/24. (vs) (Entered: 06/25/2024) |
| 06/25/2024 | 571 | MOTION for Directed Verdict with Brief In Support by RRI West Management, LLC, Red Roof Franchising, LLC, Red Roof Inns, Inc.. (Ducca, Marcella) (Entered: 06/25/2024) |
| 06/25/2024 | | ORAL MOTION for Directed Verdict by RRI West Management, LLC, Red Roof Franchising, LLC, Red Roof Inns, Inc.. (jbu) (Entered: 06/27/2024) |
| 06/25/2024 | 593 | Minute Entry for proceedings held before Judge Victoria M. Calvert: Jury Trial continued on 6/25/2024. Plaintiff rested. Defendant orally moved for a directed verdict. Court orally denied Defendants' motion. Defendants' testimony began. Hearing not concluded. Court adjourned and will reconvene at 9:30 AM on 6/26/2024. (Court Reporter Wynette Blathers/Judith Wolff)(jbu) (Entered: 06/27/2024) |
| 06/26/2024 | 573 | TRANSCRIPT of Proceedings held on 6/11/24 (Jury Trial) Vol. 1 Afternoon Session, before Judge Victoria M. Calvert. Court Reporter/Transcriber Judith M. Wolff. A full directory of court reporters and their contact information can be found at www.gand.uscourts.gov/court–reporter–directory. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 7/17/2024. Redacted Transcript Deadline set for 7/29/2024. Release of Transcript Restriction set for 9/24/2024. (Attachments: # 1 Notice of Filing Transcript) (pjm) (Entered: 06/27/2024) |
| 06/26/2024 | 574 | TRANSCRIPT of Proceedings held on 6/12/24 (Jury Trial) Vol. 2 Afternoon Session, before Judge Victoria M. Calvert. Court Reporter/Transcriber Judith M. Wolff. A full directory of court reporters and their contact information can be found at www.gand.uscourts.gov/court–reporter–directory. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 7/17/2024. Redacted Transcript Deadline set for 7/29/2024. Release of Transcript Restriction set for 9/24/2024. (Attachments: # 1 Notice of Filing Transcript) (pjm) (Entered: 06/27/2024) |
| 06/26/2024 | 575 | |

| | | |
|---|---|---|
| | | TRANSCRIPT of Proceedings held on 6/13/24 (Jury Trial) Vol. 3 Afternoon Session, before Judge Victoria M. Calvert. Court Reporter/Transcriber Judith M. Wolff. A full directory of court reporters and their contact information can be found at www.gand.uscourts.gov/court–reporter–directory. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 7/17/2024. Redacted Transcript Deadline set for 7/29/2024. Release of Transcript Restriction set for 9/24/2024. (Attachments: # 1 Notice of Filing Transcript) (pjm) (Entered: 06/27/2024) |
| 06/26/2024 | 576 | TRANSCRIPT of Proceedings held on 6/14/24 (Jury Trial) Vol. 4 Afternoon Session, before Judge Victoria M. Calvert. Court Reporter/Transcriber Judith M. Wolff. A full directory of court reporters and their contact information can be found at www.gand.uscourts.gov/court–reporter–directory. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 7/17/2024. Redacted Transcript Deadline set for 7/29/2024. Release of Transcript Restriction set for 9/24/2024. (Attachments: # 1 Notice of Filing Transcript) (pjm) (Entered: 06/27/2024) |
| 06/26/2024 | 579 | TRANSCRIPT of Proceedings held on 6/17/24 (Jury Trial) Vol. 5 Afternoon Session, before Judge Victoria M. Calvert. Court Reporter/Transcriber Judith M. Wolff. A full directory of court reporters and their contact information can be found at www.gand.uscourts.gov/court–reporter–directory. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 7/17/2024. Redacted Transcript Deadline set for 7/29/2024. Release of Transcript Restriction set for 9/24/2024. (Attachments: # 1 Notice of Filing Transcript) (pjm) (Entered: 06/27/2024) |
| 06/26/2024 | 580 | TRANSCRIPT of Proceedings held on 6/20/24 (Jury Trial) Vol. 7 Afternoon Session, before Judge Victoria M. Calvert. Court Reporter/Transcriber Judith M. Wolff. A full directory of court reporters and their contact information can be found at www.gand.uscourts.gov/court–reporter–directory. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 7/17/2024. Redacted Transcript Deadline set for 7/29/2024. Release of Transcript Restriction set for 9/24/2024. (Attachments: # 1 Notice of Filing Transcript) (pjm) (Entered: 06/27/2024) |
| 06/26/2024 | 581 | TRANSCRIPT of Proceedings held on 6/21/24 (Jury Trial) Vol. 8 Afternoon Session, before Judge Victoria M. Calvert. Court Reporter/Transcriber Judith M. Wolff. A full directory of court reporters and their contact information can be found at www.gand.uscourts.gov/court–reporter–directory. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 7/17/2024. Redacted Transcript Deadline set for 7/29/2024. Release of Transcript Restriction set for 9/24/2024. (Attachments: # 1 Notice of Filing Transcript) (pjm) (Entered: 06/27/2024) |
| 06/26/2024 | 584 | TRANSCRIPT of Proceedings held on 6/24/24 (Jury Trial) Vol. 9 Afternoon Session, before Judge Victoria M. Calvert. Court Reporter/Transcriber Judith M. Wolff. A full directory of court reporters and their contact information can be found at |

| | | |
|---|---|---|
| | | www.gand.uscourts.gov/court–reporter–directory. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 7/17/2024. Redacted Transcript Deadline set for 7/29/2024. Release of Transcript Restriction set for 9/24/2024. (Attachments: # 1 Notice of Filing Transcript) (pjm) (Entered: 06/27/2024) |
| 06/26/2024 | 588 | TRANSCRIPT of Proceedings held on 6/25/24 (Jury Trial) Vol. 10 Afternoon Session, before Judge Victoria M. Calvert. Court Reporter/Transcriber Judith M. Wolff. A full directory of court reporters and their contact information can be found at www.gand.uscourts.gov/court–reporter–directory. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 7/17/2024. Redacted Transcript Deadline set for 7/29/2024. Release of Transcript Restriction set for 9/24/2024. (Attachments: # 1 Notice of Filing Transcript) (pjm) (Entered: 06/27/2024) |
| 06/26/2024 | 594 | Minute Entry for proceedings held before Judge Victoria M. Calvert: Jury Trial concluded on 6/26/2024. Parties notified the Court that the case has been settled. (jbu) (Entered: 06/27/2024) |
| 06/26/2024 | | NOTICE (by docket text only) re 594 Minute Entry – Jury Trial concluded (Settled). Exhibits returned to the parties in open Court upon notice by the parties that the case has settled. (vs) (Entered: 07/25/2024) |
| 06/27/2024 | 577 | TRANSCRIPT of Jury Trial, Volume 1, Morning Session, held on June 11, 2024, before Judge Victoria M. Calvert. Court Reporter Wynette C. Blathers. A full directory of court reporters and their contact information can be found at www.gand.uscourts.gov/court–reporter–directory. Transcript may be viewed at the court public terminal or purchased through the Court Reporter before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 7/18/2024. Redacted Transcript Deadline set for 7/29/2024. Release of Transcript Restriction set for 9/25/2024. (Attachments: # 1 Appendix Notice of Filing Transcript) (wxb) (Entered: 06/27/2024) |
| 06/27/2024 | 578 | TRANSCRIPT of Jury Trial, Volume 2, Morning Session, held on June 12, 2024, before Judge Victoria M. Calvert. Court Reporter Wynette C. Blathers. A full directory of court reporters and their contact information can be found at www.gand.uscourts.gov/court–reporter–directory. Transcript may be viewed at the court public terminal or purchased through the Court Reporter before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 7/18/2024. Redacted Transcript Deadline set for 7/29/2024. Release of Transcript Restriction set for 9/25/2024. (Attachments: # 1 Appendix Notice of Filing Transcript) (wxb) (Entered: 06/27/2024) |
| 06/27/2024 | 582 | TRANSCRIPT of Jury Trial, Volume 3, Morning Session held on June 13, 2024, before Judge Victoria M. Calvert. Court Reporter Wynette C. Blathers. A full directory of court reporters and their contact information can be found at www.gand.uscourts.gov/court–reporter–directory. Transcript may be viewed at the court public terminal or purchased through the Court Reporter before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 7/18/2024. Redacted Transcript Deadline set for 7/29/2024. Release of Transcript Restriction set for 9/25/2024. (Attachments: # 1 Appendix Notice of Filing Transcript) (wxb) (Entered: 06/27/2024) |

| 06/27/2024 | <u>583</u> | TRANSCRIPT of Jury Trial, Volume 4, Morning Session held on June 14, 2024, before Judge Victoria M. Calvert. Court Reporter Wynette C. Blathers. A full directory of court reporters and their contact information can be found at www.gand.uscourts.gov/court–reporter–directory. Transcript may be viewed at the court public terminal or purchased through the Court Reporter before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 7/18/2024. Redacted Transcript Deadline set for 7/29/2024. Release of Transcript Restriction set for 9/25/2024. (Attachments: # <u>1</u> Appendix Notice of Filing Transcript) (wxb) (Entered: 06/27/2024) |
| 06/27/2024 | <u>585</u> | TRANSCRIPT of Jury Trial, Volume 5, Morning Session held on June 17, 2024, before Judge Victoria M. Calvert. Court Reporter Wynette C. Blathers. A full directory of court reporters and their contact information can be found at www.gand.uscourts.gov/court–reporter–directory. Transcript may be viewed at the court public terminal or purchased through the Court Reporter before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 7/18/2024. Redacted Transcript Deadline set for 7/29/2024. Release of Transcript Restriction set for 9/25/2024. (Attachments: # <u>1</u> Appendix Notice of Filing Transcript) (wxb) (Entered: 06/27/2024) |
| 06/27/2024 | <u>586</u> | TRANSCRIPT of Jury Trial, Volume 6, Morning Session held on June 18, 2024, before Judge Victoria M. Calvert. Court Reporter Wynette C. Blathers. A full directory of court reporters and their contact information can be found at www.gand.uscourts.gov/court–reporter–directory. Transcript may be viewed at the court public terminal or purchased through the Court Reporter before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 7/18/2024. Redacted Transcript Deadline set for 7/29/2024. Release of Transcript Restriction set for 9/25/2024. (Attachments: # <u>1</u> Appendix Notice of Filing Transcript) (wxb) (Entered: 06/27/2024) |
| 06/27/2024 | <u>587</u> | TRANSCRIPT of Jury Trial, Volume 7, Morning Session held on June 20, 2024, before Judge Victoria M. Calvert. Court Reporter Wynette C. Blathers. A full directory of court reporters and their contact information can be found at www.gand.uscourts.gov/court–reporter–directory. Transcript may be viewed at the court public terminal or purchased through the Court Reporter before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 7/18/2024. Redacted Transcript Deadline set for 7/29/2024. Release of Transcript Restriction set for 9/25/2024. (Attachments: # <u>1</u> Appendix Notice of Filing Transcript) (wxb) (Entered: 06/27/2024) |
| 06/27/2024 | <u>589</u> | TRANSCRIPT of Jury Trial, Volume 8, Morning Session held on June 21, 2024, before Judge Victoria M. Calvert. Court Reporter Wynette C. Blathers. A full directory of court reporters and their contact information can be found at www.gand.uscourts.gov/court–reporter–directory. Transcript may be viewed at the court public terminal or purchased through the Court Reporter before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 7/18/2024. Redacted Transcript Deadline set for 7/29/2024. Release of Transcript Restriction set for 9/25/2024. (Attachments: # <u>1</u> Appendix Notice of Filing Transcript) (wxb) (Entered: 06/27/2024) |
| 06/27/2024 | <u>590</u> | TRANSCRIPT of Jury Trial, Volume 9, Morning Session held on June 24, 2024, before Judge Victoria M. Calvert. Court Reporter Wynette C. Blathers. A full directory of court reporters and their contact information can be found at |

| | | |
|---|---|---|
| | | www.gand.uscourts.gov/court–reporter–directory. Transcript may be viewed at the court public terminal or purchased through the Court Reporter before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 7/18/2024. Redacted Transcript Deadline set for 7/29/2024. Release of Transcript Restriction set for 9/25/2024. (Attachments: # 1 Appendix Notice of Filing Transcript) (wxb) (Entered: 06/27/2024) |
| 06/27/2024 | 591 | TRANSCRIPT of Jury Trial, Volume 10, Morning Session held on June 25, 2024, before Judge Victoria M. Calvert. Court Reporter Wynette C. Blathers. A full directory of court reporters and their contact information can be found at www.gand.uscourts.gov/court–reporter–directory. Transcript may be viewed at the court public terminal or purchased through the Court Reporter before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 7/18/2024. Redacted Transcript Deadline set for 7/29/2024. Release of Transcript Restriction set for 9/25/2024. (Attachments: # 1 Appendix Notice of Filing Transcript) (wxb) (Entered: 06/27/2024) |
| 06/27/2024 | 592 | SEALED TRANSCRIPT of Proceedings held on June 11, 2024 and June 12, 2024, before Judge Victoria M. Calvert. Court Reporter/Transcriber Wynette Blathers. A full directory of court reporters and their contact information can be found at www.gand.uscourts.gov/court–reporter–directory. Redaction requests are due within 21 days of entry. (Attachments: # 1 Volume 2) (jpa) (Entered: 06/27/2024) |
| 07/10/2024 | | ORDER (by docket text only): The Parties are DIRECTED to file a status report or stipulation of dismissal no later than August 9, 2024. Entered by Judge Victoria M. Calvert on 7/10/24. (vs) (Entered: 07/10/2024) |
| 08/05/2024 | 595 | ORDER: The Motion 452 is GRANTED IN PART to the extent that Proposed Intervenors seek leave to intervene and DENIED IN PART to the extent Proposed Intervenors seek to modify the Protective Order in this case. Signed by Judge Victoria M. Calvert on 8/5/2024. (jbu) (Entered: 08/05/2024) |
| 08/09/2024 | 596 | Joint MOTION to Dismiss *With Prejudice All Remaining Defendants* with Brief In Support by M. B., C.A., C D, A. F., E. H., W. K., K.P., M. M., D. P., R. P., R.K., T.H.. (Attachments: # 1 Text of Proposed Order Proposed Order)(Baumrind, Michael) (Entered: 08/09/2024) |
| 08/09/2024 | 597 | ORDER granting 596 Motion to Dismiss. The Clerk is DIRECTED to dismiss all claims against Defendants Red Roof Inns, Inc., Red Roof Franchising, LLC, and RRI West Management, LLC with prejudice. The Clerk is DIRECTED to close the case. Signed by Judge Victoria M. Calvert on 8/9/2024. (jbu) (Entered: 08/09/2024) |
| 08/09/2024 | | Civil Case Terminated. (jbu) (Entered: 08/09/2024) |
| 08/13/2024 | 598 | CLERK'S JUDGMENT. It is Ordered and Adjudged that the plaintiffs take nothing; that the defendant recover its costs of this action, and the action be, and the same hereby is, dismissed. (jbu)––Please refer to http://www.ca11.uscourts.gov to obtain an appeals jurisdiction checklist–– (Entered: 08/13/2024) |
| 12/11/2024 | 599 | AFFIDAVIT by Moussa Diarra. (dob) (Entered: 12/12/2024) |
| 12/11/2024 | 600 | NOTICE titled Motion for Request of Documents by Moussa Diarra. (dob) (Entered: 12/12/2024) |
| 12/11/2024 | 601 | NOTICE of Copies of Public/Records to Prove Party or Content by Moussa Diarra. (dob) (Entered: 12/12/2024) |

| 12/11/2024 | 602 | NOTICE of Legal Disability by Moussa Diarra. (dob) (Entered: 12/12/2024) |
| 12/12/2024 | | Submission of 600 Notice (Other), as direct in 1:24–cv–4675–WMR, Order No. 4 to District Judge Victoria M. Calvert. (dob) (Entered: 12/12/2024) |
| 12/12/2024 | 603 | NOTICE of Change of Address for Moussa Diarra. (dob) (Entered: 12/12/2024) |
| 01/16/2025 | 604 | NOTICE OF APPEAL as to 597 Order on Motion to Dismiss and 598 Clerk's Judgment, by Moussa Diarra. Case Appealed to USCA– 11th Circuit. Transcript Order Form due on 1/30/2025. (Attachments: # 1 USCA Appeal Fee Letter)(pjm) (Entered: 01/23/2025) |
| 01/23/2025 | 605 | USCA Appeal Transmission Letter to USCA– 11th Circuit re: 604 Notice of Appeal filed by Moussa Diarra. (pjm) (Entered: 01/23/2025) |

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

W.K., et al.,

    Plaintiffs,

v.

RED ROOF INNS, INC., *et al.*,

    Defendants.

CIVIL ACTION FILE
NO. 1:20-cv-5263-VMC

JURY TRIAL DEMANDED

Pursuant to Fed. R. Civ. P. 38

## ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE ALL REMAINING DEFENDANTS

Now before the Court is the Parties Joint Motion to Dismiss with Prejudice the remaining Defendants Red Roof Inns, Inc., Red Roof Franchising, LLC and RRI West Management, LLC under Federal Rule of Civil Procedure 41(a).  The Parties report that they have finalized a settlement to resolve all remaining claims. Accordingly, the Motion is **GRANTED** and the Clerk is **DIRECTED** to dismiss all claims against Defendants Red Roof Inns, Inc., Red Roof Franchising, LLC and RRI West Management, LLC with prejudice.  The clerk is **DIRECTED** to close the case.

**IT IS SO ORDERED** this 9th day of August, 2024.


Victoria M. Calvert, Judge
United States District Court

Prepared by:

*/s/ Michael R. Baumrind*
John E. Floyd
Georgia Bar No. 266413
floyd@bmelaw.com
Manoj S. Varghese
Georgia Bar No. 734668
varghese@bmelaw.com
Tiana S. Mykkeltvedt
Georgia Bar No. 533512
mykkeltvedt@bmelaw.com
Amanda Kay Seals
Georgia Bar No. 502720
seals@bmelaw.com
Michael R. Baumrind
Georgia Bar No. 960296
baumrind@bmelaw.com
Juliana Mesa
Georgia Bar No. 585087
mesa@bmelaw.com

BONDURANT, MIXSON & ELMORE, LLP
1201 West Peachtree Street, N.W., Suite 3900
Atlanta, Georgia 30309
(404) 881-4100 – Telephone
(404) 881-4111 – Facsimile

**Attorneys for Plaintiffs**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

W.K., et al,
                        Plaintiff,

vs.

RED ROOF INNS, INC., et al,
                        Defendants.

CIVIL ACTION FILE

NO.  1:20-cv-05263-VMC

## J U D G M E N T

This action having come before the court, Honorable Victoria M. Calvert,

United States District Judge, for consideration of Defendant Westmont Hospitality Group

Inc.'s Motion for Summary Judgment, and the court having granted said motion, it is

**Ordered and Adjudged** that the plaintiffs take nothing; that the defendant recover

its costs of this action, and the action be, and the same hereby is, **dismissed**.

Dated at Atlanta, Georgia, this 13th day of August, 2024.

KEVIN P. WEIMER
CLERK OF COURT

By:   s/J. Underwood
Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
August 13, 2024
Kevin P. Weimer
Clerk of Court

By: s/J. Underwood
                Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA — ATLANTA

Moussa Diarra (MOVANT)

                  1
                  3

   VS.                 3 Case no. 1:20-cv-5263

                  3
Red Roof Inn            3 JUDGE, Victoria Calvert
                  3
      Defendant.      3
                  3
                  1

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JAN 1 6 2025

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

## Notice of Appeal

This Notice is to appeal the violations of
Federal Civil Court Rules, Rule 77 — Conducting
Buisness; Clerk's Authority; Notice of an Order or
Judgement;
       (Been)
Plaintiff, has Denied Rights or Priuleages, copys,
or Documents, etc.

Signed January 08 2025

                  Moussa Diarra
                  SOID: 001 059 159
                  Cobb County Sheriff
                  PO Box 100110
                  Marietta, Georgia 30061

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**2211 UNITED STATES COURTHOUSE**
**75 TED TURNER DRIVE, SW**
**ATLANTA, GEORGIA 30303-3318**
www.gand.uscourts.gov

**KEVIN P. WEIMER**                                    **DOCKETING SECTION**
**DISTRICT COURT EXECUTIVE**                                **404-215-1655**
**AND CLERK OF COURT**

January 23, 2025

**Moussa U'nfa Diarra**
**001059159**
**Cobb County Adult Detention Center**
**PO Box 100110**
**Marietta, GA 30061**
**PRO SE**

      **Re:**  **(Moussa U'nfa Diarra, Movant) W.K. et al v. Red Roof Inns, Inc. et al**
             **Civil Action No.: 1:20-cv-5263-VMC**

Dear Mr. Diarra:

      On January 16, 2025, we received and filed your Notice of Appeal for the above case. Please be advised that we did not receive the following:

    **X**      **Appeal fee $605.00 (Docketing fee $600.00 and Filing fee $5.00)**

    **X**      **Application to proceed on appeal in forma pauperis.**

    **X**      **Please complete the attached transcript information form as directed.**

                       Sincerely,

                       Kevin P. Weimer
                       District Court Executive
                       and Clerk of Court

           By:  P. McClam
                   Deputy Clerk