# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

January 30, 2025

Moussa U'nra Diarra
Cobb County Adult Detention Center - Inmate Legal Mail
PO BOX 100110
MARIETTA, GA 30061

Appeal Number: 25-10284-J
Case Style: W.K., et al v. Moussa Diarra
District Court Docket No: 1:20-cv-05263-VMC

## PRISON LITIGATION REFORM ACT DOCKETING NOTICE

The above-referenced appeal has been docketed in this Court. All documents filed in this appeal must include the Case Style and Appeal Number shown above.

Appellant Requirements: Filing Fee
**Within 14 days of the date of this notice, the appellant** must:

1. Pay to the **District Court** the filing fee; **OR**
2. File in the **District Court** a Motion for Relief from the Obligation to Prepay the Fees. See FRAP 3(e), FRAP 24.

*If the filing fee is not paid and a motion for relief from the obligation to prepay the fees has not been filed in the district court within **14 days** of the date of this notice, this appeal will be dismissed without further notice pursuant to 11th Cir. R. 42-1(b).*

Appellant Requirements: Transcripts and Certificate of Interested Persons
Unless the following requirements have already been satisfied, **within 14 days of the date of this notice the appellant MUST:**

1. File in the **District Court** a Transcript Order Form or a certificate stating no transcripts will be ordered. See FRAP 10(b) & the accompanying 11th Cir. IOP.

    *If no transcripts are ordered, appellant's brief is due 40 days after **January 23, 2025**, except as otherwise provided by the rules. See 11th Cir. Rules 12-1 and 31-1.*

2. File a Certificate of Interested Persons and Corporate Disclosure Statement (CIP). See 11th Cir. R. 26.1-1(a)(1).

3. Complete the Web-Based CIP (attorneys only). See 11th Cir. R. 26.1-1(b).

Appellee Requirements
Unless the following requirements have already been satisfied, **within 28 days of the date of this notice, all appellees participating in this appeal MUST:**

1. File a CIP or a notice. See 11th Cir. R. 26.1-1(a)(3).

2. Complete the Web-Based CIP (attorneys only). See 11th Cir. R. 26.1-1(b).

Attorney Participation
Only attorneys admitted to the bar of the Court and attorneys admitted for a particular proceeding may practice before the Court. See 11th Cir. Rules 46-1, 46-3, and 46-4. You may look up your bar admission status at https://www.ca11.uscourts.gov/bar-admission-status-look. The Application for Admission to the Bar and other forms and information can be found at https://www.ca11.uscourts.gov/attorney-forms-and-information.

All attorneys (except court-appointed attorneys) who wish to participate in this appeal must file an Appearance of Counsel Form within 14 days of the date of this notice. See 11th Cir. R. 46-6(b). Please also see FRAP 46 and the corresponding circuit rules.

Electronic Filing
All counsel must file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause. Although not required, non-incarcerated pro se parties are permitted to use the ECF system by registering for an account at www.pacer.gov. Information and training materials related to electronic filing are available on the Court's website.

Obligation to Notify Court of Change of Addresses
Each pro se party and attorney has a continuing obligation to notify this Court of any changes to the party's or attorney's addresses during the pendency of the case. See 11th Cir. R. 25-7.

Additional Information
Rules, forms, and additional information, including a handbook for pro se litigants, can be found at www.ca11.uscourts.gov.

Clerk's Office Phone Numbers
General Information:     404-335-6100      Attorney Admissions:          404-335-6122
Case Administration:     404-335-6135      Capital Cases:                404-335-6200
CM/ECF Help Desk:        404-335-6125      Cases Set for Oral Argument:  404-335-6141

PLRA - 1 Fee not paid_IFP not filed USDC