UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA - ATLANTA

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

OCT 28 2025

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

MOUSSA V. DIARRA
(MOVANT)

CASE NO. 1:20-CV-5263

- versus -

RED ROOF INN,
DEFENDANT

## REQUEST FOR INFORMATION

THIS REQUEST IS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE, RULE 5 - SERVING AND FILLING PLEADINGS AND OTHER PAPERS;

REQUEST FOR THE BELOW ATTORNEY INFORMATION, CONTACT, ADDRESS, BAR NUMBER:

1. Jonathan Tonge, Attorney (for Plaintiff)
2. Patrick McDonough;
3. U.S. District Attorney, or opposing counsel;

Signed: MOUSSA U. JETM NPA DIARRA
DATE: 05-10-2025 - SATURDAY;